APPEAL,CUSTODY

# U.S. District Court
# United States District Court – District of New Mexico (Las Cruces)
# CRIMINAL DOCKET FOR CASE #: <u>2:15–cr–04268–JB</u>–27

Case title: USA v. DeLeon et al

Date Filed: 12/01/2015

Date Terminated: 05/10/2019

Assigned to: District Judge James
O. Browning

Appeals court case number:
20–2056 Court of Appeals

**Defendant (27)**

| | | |
|---|---|---|
| **Andrew Gallegos** | represented by | **Donavon A Roberts** |
| *TERMINATED: 05/10/2019* | | 1959 |
| *also known as* | | 723 FRUIT NW |
| Smiley | | 723 FRUIT NW |
| *TERMINATED: 05/10/2019* | | ALBUQUERQUE, NM 87102 |

Andrew Gallegos
*TERMINATED: 05/10/2019*
*also known as*
Smiley
*TERMINATED: 05/10/2019*

represented by **Donavon A Roberts**
1959
723 FRUIT NW
723 FRUIT NW
ALBUQUERQUE, NM 87102
United Sta
505–506–3749
Fax: 505–503–8405
Email: ladar170@aim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**John Michael Bowlin**
Bowlin Law Firm LLC
1000 Harrison Dr.
Rio Rancho, NM 87144
505–892–1324
Fax: 505–359–3291
Email: johnmbowlin@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Lisa Torraco**
823 Gold Ave SW
Albuquerque, NM 87102
Email: lisatorraco@gmail.com
*TERMINATED: 05/26/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

Rhiannon M. Work
U.S. Probation Office and Pretrial Services Division
Email: rhiannon_work@nmp.uscourts.gov
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1959(a)(5): VIOLENT CRIMES IN AID OF RACKETEERING (CONSPIRACY TO MURDER) (4s) | SENTENCE IMPOSED: CBOP–120 months; Supervised Release–3 years; SPA–$100 |
| 18:1959(a)(1): VIOLENT CRIMES IN AID OF RACKETEERING (MURDER); 18:2 AIDING AND ABETTING (5s) | SENTENCE IMPOSED: CBOP – Life; Supervised Release–5 years; SPA–$100 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1959(a)(5): VIOLENT CRIMES IN AID OF RACKETEERING (CONSPIRACY TO MURDER) (4) | |
| 18:1959(a)(1): VIOLENT CRIMES IN AID OF RACKETEERING (MURDER); 18:2 AIDING AND ABETTING (5) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Maria Ysabel Armijo** |
|---|---|---|
| | | United States Attorney's Office |
| | | Criminal |

DNM 2

200 N. Church Street
Las Cruces, NM 88001
575 522–2304
Fax: 575 522–2391
Email: maria.armijo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Randy M Castellano**
United States Attorney's Office
Criminal
200 N. Church Street
Las Cruces, NM 88001
575–522–2304
Fax: 575–522–2391
Email: randy.castellano@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ryan Ellison**
U.S. Attorney's Office
200 N. Church Street
Las Cruces, NM 88001
575–323–5250
Fax: 575–522–2391
Email: ryan.ellison@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Matthew M Beck**
Peifer, Hanson, Mullins & Baker, P.A.
PO Box 25245
Albuquerque, NM 87125–5245
505–247–4800
Fax: 505–243–6458
Email: mbeck@peiferlaw.com
*TERMINATED: 09/26/2018*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/22/2016 | | | Jury Selection/Trial set for 10/4/2016 at 09:00 AM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning. (dmw) (Entered: 09/08/2016) |
| 04/21/2016 | 368 | | REDACTED SUPERSEDING INDICTMENT as to Angel DeLeon (1) count(s) 1s, Joe Lawrence Gallegos (2) count(s) 1s, 4s, 5s, 13s, 14s, 15s, Edward Troup (3) count(s) 1s, 3s, Leonard Lujan (4) count(s) 1s–2s, Billy |

| | | | |
|---|---|---|---|
| | | | Garcia (5) count(s) 1s–2s, Eugene Martinez (6) count(s) 2s, Allen Patterson (7) count(s) 2s, Christopher Chavez (8) count(s) 2s, Javier Alonso (9) count(s) 3s, Arturo Arnulfo Garcia (10) count(s) 3s, Benjamin Clark (11) count(s) 3s, Ruben Hernandez (12) count(s) 3s, Jerry Armenta (13) count(s) 6s, Jerry Montoya (14) count(s) 6s, Mario Rodriguez (15) count(s) 6s, Timothy Martinez (16) count(s) 6s, Mauricio Varela (17) count(s) 6s, Daniel Sanchez (18) count(s) 6s, Gerald Archuleta (19) count(s) 8s, Conrad Villegas (20) count(s) 8s, Anthony Ray Baca (21) count(s) 6s, 8s, 9s–10s, Robert Martinez (22) count(s) 9s–10s, Roy Paul Martinez (23) count(s) 9s–10s, Christopher Garcia (24) count(s) 10s, 11s, 12s, Carlos Herrera (25) count(s) 6, Rudy Perez (26) count(s) 6, Andrew Gallegos (27) count(s) 4, 5, Santos Gonzalez (28) count(s) 14, 15, Paul Rivera (29) count(s) 14, 15, Shauna Gutierrez (30) count(s) 14, 15. (kls) (Entered: 04/28/2016) |
| 04/21/2016 | 395 | | ARREST Warrant Issued as to Andrew Gallegos. Original ARREST Warrant with AO 442 Page 2 and one certified copy of Superseding Indictment hand–delivered to USMS by CRD K. Solis. (kls) (Entered: 04/28/2016) |
| 04/27/2016 | 405 | | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Andrew Gallegos. (kd) (Entered: 04/28/2016) |
| 04/27/2016 | 406 | | ORDER by Chief Magistrate Judge Karen B. Molzen granting 405 Motion for Writ of Habeas Corpus ad prosequendum as to Andrew Gallegos (27) (kd) (Entered: 04/28/2016) |
| 04/27/2016 | 407 | | Writ of Habeas Corpus ad Prosequendum Issued as to Andrew Gallegos for 4/29/16 at 1:30 pm (kd) (Entered: 04/28/2016) |
| 04/28/2016 | | | Arrest of Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez (emr) (Entered: 04/28/2016) |
| 04/28/2016 | | | Set Hearings as to Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez: Initial Appearance set for 4/29/2016 at 01:30 PM in Albuquerque – 520 Gila Courtroom before Magistrate Judge Karen B. Molzen. (emr) (Entered: 04/28/2016) |
| 04/29/2016 | 414 | | Clerk's Minutes for proceedings held before Magistrate Judge Karen B. Molzen: Initial Appearance as to Carlos Herrera, Rudy Perez, Andrew Gallegos, and Santos Gonzalez held on 4/29/2016; Arraignment/Detention set for 5/5/2016 at 01:30 PM in Albuquerque – 520 Gila Courtroom before Magistrate Judge Karen B. Molzen. (Recording Info: Gila Liberty) (emr) (Entered: 04/29/2016) |
| 04/29/2016 | 415 | | ORAL ORDER of temporary detention pending hearing as to Carlos Herrera, Rudy Perez, Andrew Gallegos, and Santos Gonzalez by Magistrate Judge Karen B. Molzen (emr) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 04/29/2016) |
| 05/02/2016 | 425 | | CJA Appointment of Attorney Donavon A. Roberts for Andrew Gallegos in Death Penalty Proceedings by Magistrate Judge Karen B. Molzen (emr) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 05/02/2016) |
| 05/04/2016 | 440 | | ORDER by District Judge James O. Browning granting 362 Motion for Order Regarding Doc. 360 (dmw) (Entered: 05/04/2016) |

| 05/05/2016 | 472 | | WAIVER of Detention Hearing by Andrew Gallegos (nm) (Entered: 05/05/2016) |
|---|---|---|---|
| 05/05/2016 | 473 | | Clerk's Minutes for proceedings held before Magistrate Judge Karen B. Molzen: Arraignment/Detention as to Andrew Gallegos (27) Count 4,5 held on 5/5/2016 (Recording Info: Gila Liberty) (emr) (Entered: 05/05/2016) |
| 05/05/2016 | 474 | | ORDER OF DETENTION as to Andrew Gallegos by Magistrate Judge Karen B. Molzen (emr) (Entered: 05/05/2016) |
| 05/05/2016 | 483 | | DISCOVERY ORDER as to Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos and Santos Gonzalez by Magistrate Judge Karen B. Molzen (emr) (Entered: 05/05/2016) |
| 05/09/2016 | 493 | | ARREST Warrant Returned Executed on 5/4/2016 as to Andrew Gallegos. (dmw) (Entered: 05/09/2016) |
| 05/19/2016 | 536 | | NOTICE of Status Conference and Motion Hearing (agenda to follow at a later time) scheduled for 6/2/2016 at 09:00 AM in Albuquerque – 320 Rio Grande Courtroom before District Judge James O. Browning. The Court will require the appearance of all Defendants at this proceeding.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 05/19/2016) |
| 05/19/2016 | 537 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, notifying the parties that the following motions/issues will be heard at the Status Conference scheduled for 6/2/2016: 1) the Brief Regarding Protective Orders for Materials Obtained From Sources Other Than the Government 302 ; 2) the Defendant Daniel Sanchez's Reply Regarding Court's Ability to Subject Materials Obtained Independently of This Court's Process to Court's Protective Order (Doc. 313) 315 ; 3) the United States' Notice Regarding When the New Mexico United States Attorneys Office First Became Involved in Prosecuting the Defendants in This Case or Any Other Case 358 ; 4) the Motion for Order Directing the United States to Comply With Court Rules and for Fundamental Due Process 342 ; and 5) the Motion to Suspend the Scheduling Order (Doc. 250), Request for Status Conference and Ex Parte CJA Conference With the District Court 535 . (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 05/19/2016) |
| 05/23/2016 | 541 | | Opposed MOTION for Reconsideration re 313 Order, *Protection Order* by Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Jerry Montoya, Timothy Martinez, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Santos Gonzalez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Blackburn, Billy) Modified text on 5/24/2016 (dmw). (Entered: |

| | | | |
|---|---|---|---|
| | | | 05/23/2016) |
| 05/23/2016 | 542 | | MOTION to Expedite *Briefing on Motion for Reconsideration (Doc 541)* by Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Jerry Montoya, Timothy Martinez, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Santos Gonzalez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Blackburn, Billy) (Entered: 05/23/2016) |
| 05/25/2016 | 547 | | RESPONSE to Motion by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez re 535 Joint MOTION for Order *TO SUSPEND THE SCHEDULING ORDER (DOC. 250), OPPOSED REQUEST FOR STATUS CONFERENCE AND EX PARTE CJA CONFERENCE WITH THE DISTRICT COURT* (Armijo, Maria) (Entered: 05/25/2016) |
| 05/26/2016 | 551 | | RESPONSE to Motion by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez re 542 MOTION to Expedite *Briefing on Motion for Reconsideration (Doc 541)* (Armijo, Maria) (Entered: 05/26/2016) |
| 05/26/2016 | 552 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, adding the Defendants' Opposed Joint Motion for Reconsideration of the Protective Order 541 to the agenda of motions to be heard at the hearing scheduled for 6/2/2016. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 05/26/2016) |
| 05/26/2016 | 554 | | MOTION for Order *to Waive Appearance at Hearing* by Eugene Martinez (Lane, David) Modified text on 5/27/2016 (dmw). (Entered: 05/26/2016) |
| 05/27/2016 | 557 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning (dmw) (Entered: 05/27/2016) |
| 06/06/2016 | 567 | | NOTICE *of Intent Not to Seek a Sentence of Death* by USA as to Joe |

| | | | |
|---|---|---|---|
| | | | Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Anthony Ray Baca, Carlos Herrera, Rudy Perez, Andrew Gallegos (Armijo, Maria) Modified text on 6/6/2016 (dmw). (Entered: 06/06/2016) |
| 06/09/2016 | 605 | | E–Mail from Cori Harbour–Valdez (dmw) (Entered: 06/22/2016) |
| 06/16/2016 | 589 | | PROTECTIVE ORDER by District Judge James O. Browning (dmw) (Entered: 06/17/2016) |
| 06/23/2016 | 607 | | COURT'S NOTICE of Memorandum Opinion and Order Entered in Unrelated Case Nos. 15–2485 (Doc. 181) and 15–3883 (Doc. 51) (dmw) (Entered: 06/23/2016) |
| 06/30/2016 | 609 | | ORDER by District Judge James O. Browning granting 542 Defendants' Joint Motion to Expedite Briefing (dmw) (Entered: 06/30/2016) |
| 09/07/2016 | 676 | | Joint MOTION to Vacate *March 2017 Trial Setting, Impose a Discovery Scheduling Order and Request for a Hearing* by Rudy Perez as to Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Villa, Ryan) (Entered: 09/07/2016) |
| 09/07/2016 | 677 | | NOTICE *of unavailability of counsel 11/1–15 and 12/1–4/2016* by Robert Martinez (McElhinney, Charles) Modified text on 9/8/2016 (dmw). (Entered: 09/07/2016) |
| 09/16/2016 | 688 | | NOTICE *OF JOINDER TO DEFENDANTS JOINT MOTION TO CONTINUE THE OCTOBER 4, 2016, TRIAL SETTING, AND RELATED SCHEDULING ORDER* by Allen Patterson as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez re 683 Unopposed MOTION to Continue *October 4, 2016 Trial Setting (Doc. 250) and Related Scheduling Order* (Lahann, Jeffrey) (Entered: 09/16/2016) |
| 09/21/2016 | 693 | | NOTICE of motion hearing regarding the following motions: 1) Motion for Specific Discovery 539 ; 2) Motion to Compel Discovery 668 ; and 3) Motion for Specific Discovery 678 scheduled for 10/4/2016 at 10:30 AM in Albuquerque – 320 Rio Grande Courtroom before District Judge James O. Browning. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] Modified text on 9/21/2016 to indicate hearing will take place in Rio Grande Courtroom (dc). (Entered: 09/21/2016) |

| 09/22/2016 | 698 | | Joint MOTION for Disclosure *and Production of Confidential Informant* by Rudy Perez as to Edward Troup, Jerry Montoya, Daniel Sanchez, Anthony Ray Baca, Carlos Herrera, Rudy Perez, Andrew Gallegos. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Villa, Ryan) (Entered: 09/22/2016) |
|---|---|---|---|
| 10/04/2016 | 722 | | ORDER TO CONTINUE by District Judge James O. Browning granting 683 MOTION to Continue *Trial Setting and Related Scheduling Order* and rescheduling on 3/6/2017 at 09:00 AM in Albuquerque – 460 Vermejo Courtroom. (dmw) (Entered: 10/04/2016) |
| 10/14/2016 | 738 | | LETTER from James Verdream (meq) (Entered: 10/14/2016) |
| 10/18/2016 | 743 | | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez held on October 4, 2016, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** Notice of Intent to Request Redaction set for 10/25/2016. Redaction Request due 11/8/2016. Redacted Transcript Deadline set for 11/18/2016. Release of Transcript Restriction set for 1/17/2017.(jab) (Entered: 10/18/2016) |
| 10/18/2016 | 744 | | NOTICE *United States' Notice of Proposed Scheduling Order* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez (Armijo, Maria) (Entered: 10/18/2016) |
| 10/26/2016 | 749 | | ORDER by District Judge James O. Browning granting 709 Motion for |

| | | | |
|---|---|---|---|
| | | | Extension of Time to File Response to Motion to Compel Discovery (meq) (Entered: 10/26/2016) |
| 10/26/2016 | 750 | | ORDER by District Judge James O. Browning granting 730 Motion for Extension of Time to File Response to Motion to Show Cause (meq) (Entered: 10/26/2016) |
| 10/26/2016 | 751 | | NOTICE *of Non−Availability of Counsel 11/18−11/25* by Billy Garcia (Cooper, Robert) Modified text on 10/27/2016 (meq). (Entered: 10/26/2016) |
| 10/26/2016 | 752 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 698 Joint MOTION for Disclosure *and Production of Confidential Informant* by Edward Troup as to Edward Troup, Jerry Montoya, Daniel Sanchez, Anthony Ray Baca, Carlos Herrera, Andrew Gallegos. (Harbour−Valdez, Cori) (Entered: 10/26/2016) |
| 10/28/2016 | 753 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning granting in part and denying in part 541 Opposed MOTION for Reconsideration of Protective Order; denying in part 342 MOTION for Order re Compliance with Rules; granting in part and denying in part 302 Brief; granting in part and denying in part 315 Reply; denying 358 360 Notice; and denying 535 Motion to Suspend Scheduling Order, Request for Status Conference and Ex Parte CJA Conference(meq). (Entered: 10/28/2016) |
| 11/01/2016 | 755 | | ORDER by District Judge James O. Browning granting 752 Motion for Extension of Time to File Reply as to Edward Troup (3), Jerry Montoya (14), Daniel Sanchez (18), Anthony Ray Baca (21), Carlos Herrera (25), Andrew Gallegos (27) (meq) (Entered: 11/01/2016) |
| 11/04/2016 | 759 | | SCHEDULING ORDER by District Judge James O. Browning (meq) (Entered: 11/04/2016) |
| 11/08/2016 | 763 | | Joint MOTION Exclude the Prosecution Team from Evidence Viewing *on December 2, 2016* by Rudy Perez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Fox−Young, Justine) (Entered: 11/08/2016) |
| 11/16/2016 | 771 | | NOTICE of motion hearing regarding the Defendants' Joint Motion to Vacate March 2017 Trial Setting, Impose a Discovery Scheduling Order and Request for a Hearing 676 , the Joint Motion for Disclosure and Production of Confidential Informant 698 ; and the Joint Motion to Exclude the Prosecution Team From December 2, 2016 Evidence Viewing 763 scheduled for 11/29/2016 at 09:00 AM in Albuquerque − 320 Rio Grande Courtroom before District Judge James O. Browning. (kw) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/16/2016) |
| 11/22/2016 | 787 | | LETTER from anonymous (meq) (Entered: 11/30/2016) |

| 11/23/2016 | 774 | | LETTER by District Judge James O. Browning (meq) (Entered: 11/23/2016) |
|---|---|---|---|
| 11/27/2016 | 777 | | NOTICE *of Anthony Ray Baca's Opposition to Proposed Courtroom Restrictions* (Lowry, Marc) Modified text on 11/28/2016 (meq). (Entered: 11/27/2016) |
| 11/29/2016 | 797 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Motion Hearing granting in part and denying in part 676 Joint MOTION to Vacate *March 2017 Trial Setting, Impose a Discovery Scheduling Order and Request for a Hearing*, Inclined to grant in part and deny in part 763 Joint MOTION Exclude the Prosecution Team from Evidence Viewing *on December 2, 2016*, granting 698 Joint MOTION for Disclosure *and Production of Confidential Informant*, granting 773 Joint MOTION for Disclosure *of Grand Jury and Petit Jury Data* (Court Reporter: J. Bean) (meq) (Entered: 12/12/2016) |
| 12/01/2016 | 788 | | NOTICE *Regarding Status of Tablets* by Edward Troup as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez (Harbour–Valdez, Cori) (Entered: 12/01/2016) |
| 12/02/2016 | 790 | | THIRD SCHEDULING ORDER by District Judge James O. Browning (meq) (Entered: 12/02/2016) |
| 12/20/2016 | 804 | | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez held on November 29, 2016, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Tape Number: NA. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** |

| | | | |
|---|---|---|---|
| | | | Notice of Intent to Request Redaction set for 12/27/2016. Redaction Request due 1/10/2017. Redacted Transcript Deadline set for 1/20/2017. Release of Transcript Restriction set for 3/20/2017.(jab) (Entered: 12/20/2016) |
| 12/22/2016 | 805 | | NOTICE *OF RELATED CASE (related to 16CR4572)* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez (Castellano, Randy) (Entered: 12/22/2016) |
| 01/06/2017 | 812 | | RESPONSE in Support by Javier Alonso as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez re 807 MOTION to Sever Defendant *All Defendants in Counts 6 and 7* (Chambers, Nathan) (Entered: 01/06/2017) |
| 01/06/2017 | 813 | | RESPONSE in Support by Edward Troup as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez re 807 MOTION to Sever Defendant *All Defendants in Counts 6 and 7 Joined by Joe Lawrence Gallegos, Leonard Lujan, Billy Garcia, Allen Patterson and Christopher Chavez* (Harbour–Valdez, Cori) (Entered: 01/06/2017) |
| 01/08/2017 | 816 | | APPENDIX/SUPPLEMENT re 698 Joint MOTION for Disclosure *and Production of Confidential Informant Supplemental Brief Regarding Timing of Disclosure of the Identity of Confidential Informant* by Anthony Ray Baca (Duncan, Theresa) (Entered: 01/08/2017) |
| 01/10/2017 | 818 | | ORDER by District Judge James O. Browning granting 814 Motion for Extension of Time to File Response as to Jerry Montoya (14), Mario Rodriguez (15), Timothy Martinez (16), Mauricio Varela (17), Daniel Sanchez (18), Anthony Ray Baca (21), Carlos Herrera (25), Rudy Perez (26) (meq) (Entered: 01/10/2017) |
| 01/11/2017 | 820 | | Opposed MOTION to Compel *Disclosure of Benjamin Clark's Plea Agreement and Related Documents* by Edward Troup as to Edward Troup, Javier Alonso, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez. (Burke, Patrick) Termed Mtn per 846 on 2/1/2017 (meq). (Entered: 01/11/2017) |

| 01/13/2017 | 822 | | NOTICE of motion hearing scheduled for 2/7−8/2017 at 08:30 AM in Albuquerque − 320 Rio Grande Courtroom before District Judge James O. Browning. An agenda of the matters to be heard will follow at a later date.(kw) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/13/2017) |
|---|---|---|---|
| 01/23/2017 | 838 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 815 MOTION to Compel *the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Armijo, Maria) (Entered: 01/23/2017) |
| 01/23/2017 | 840 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 817 Opposed MOTION to Identify Witness/Informant by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Armijo, Maria) (Entered: 01/23/2017) |
| 01/24/2017 | 844 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 829 Brief, by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Armijo, Maria) (Entered: 01/24/2017) |
| 01/25/2017 | 846 | | NOTICE *Unopposed Notice to Withdraw Doc 820* by Edward Troup as to Edward Troup, Javier Alonso, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez re 820 Opposed MOTION to Compel *Disclosure of Benjamin Clark's Plea Agreement and Related Documents* (Harbour−Valdez, Cori) (Entered: 01/25/2017) |
| 01/25/2017 | 848 | | Unopposed MOTION for Leave to File Excess Pages by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray |

| | | | |
|---|---|---|---|
| | | | Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Beck, Matthew) (Entered: 01/25/2017) |
| 01/30/2017 | 861 | | ORDER by District Judge James O. Browning granting 844 Motion for Extension of Time to File Response (meq) (Entered: 01/30/2017) |
| 01/30/2017 | 862 | | ORDER by District Judge James O. Browning granting 838 Motion for Extension of Time to File Response as to MOTION to Compel the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials (meq) (Entered: 01/30/2017) |
| 01/30/2017 | 863 | | Unopposed MOTION for Leave to File Excess Pages by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Beck, Matthew) (Entered: 01/30/2017) |
| 01/31/2017 | 867 | | ORDER by District Judge James O. Browning granting 840 Motion for Extension of Time to File Response to Defendant Christopher Garcias Supplemental Brief in Support of Opposed Motion to Compel the Identification of Confidential Informants (meq) (Entered: 01/31/2017) |
| 01/31/2017 | 868 | | Opposed MOTION to Sever Defendant *Andrew Gallegos and/or Counts 4 and 5* by Andrew Gallegos as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Roberts, Donavon) (Entered: 01/31/2017) |
| 01/31/2017 | 871 | | ORDER by District Judge James O. Browning granting 848 Motion for Leave to File Excess Pages (meq) (Entered: 01/31/2017) |
| 02/01/2017 | 874 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, notifying the parties of the agenda for the motions hearing scheduled for 2/7–8/2017. On 2/7/17 the Court will hear Docs. 700 and 807 . The hearing on 2/8/17 will be held in conjunction with CR 16–1613 and argument will resume as it relates to Doc. 698 in CR 15–4268 and 239 in CR 16–1613; also, the Court will take up Doc. 815 in CR 15–4268 and 285 in CR 16–1613. THIS IS A TEXT ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 02/01/2017) |
| 02/03/2017 | 885 | | MOTION to Seal Document *Second Status Report Regarding Discovery (Doc. 884)* by Edward Troup, Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene |

| | | | |
|---|---|---|---|
| | | | Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Burke, Patrick) (Entered: 02/03/2017) |
| 02/03/2017 | 889 | | Unopposed MOTION for Leave to File Excess Pages by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Beck, Matthew) (Entered: 02/03/2017) |
| 02/03/2017 | 890 | | MOTION Permission to File Omnibus Response *to Sealed Supplemental Brief in Support of Motion to Compel the Identification of Confidential Informants (Doc. 829)* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez. (Beck, Matthew) (Entered: 02/03/2017) |
| 02/06/2017 | 896 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning sustaining the objections in Defendant Anthony Ray Baca's Opposition to Proposed Courtroom Restrictions (Doc. 777).(kw) (Entered: 02/06/2017) |
| 02/07/2017 | 899 | | ORDER by District Judge James O. Browning granting 863 Motion for Leave to File Excess Pages (meq) (Entered: 02/07/2017) |
| 02/07/2017 | 904 | | ORDER by District Judge James O. Browning granting 889 Motion for Leave to File Excess Pages (dc) (Entered: 02/08/2017) |
| 02/07/2017 | 917 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Motion Hearing held on 2/7/2017 re 794 MOTION for Bond *Opposed Motion for Release of Defendant Pending Trial* filed by Christopher Chavez (Court Reporter: J. Bean) (meq) (Entered: 02/13/2017) |
| 02/08/2017 | 907 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning granting in part and denying in part the discovery requests in the Defendants Motion for Specific Discovery 539, granting in part and denying in part the discovery requests in the Defendants Motion to Compel Discovery 668, and granting in part and denying in part the discovery requests in the Defendants Motion for Specific Discovery 678 (meq) (Entered: 02/08/2017) |
| 02/08/2017 | 908 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 866 First MOTION for Bill of Particulars , 872 MOTION for Disclosure *of* |

| | | |
|---|---|---|
| | | *Confidential Informants*, 882 Joint MOTION to Sever Defendant , 868 Opposed MOTION to Sever Defendant *Andrew Gallegos and/or Counts 4 and 5*, 893 MOTION to Sever Defendant *Alonso and Troup and Count 3*, 869 MOTION to Compel *the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials*, 858 First MOTION to Sever Defendant by USA as to Billy Garcia, Javier Alonso, Andrew Gallegos, Santos Gonzalez. (Armijo, Maria) (Entered: 02/08/2017) |
| 02/08/2017 | 910 | **FILED IN ERROR** MEMORANDUM OPINION AND ORDER by District Judge James O. Browning, the objections in Anthony Ray Bacas Opposition to Proposed Restrictions on his Participation and Inclusion in Court Proceedings, are sustained; the directives outlined in the Email from Royce Namoca (USMS) to KAun Wild, are not incorporated in any court order; Defendant Baca will not, at this time, be subject to partitioning as the United States Marshal Service has suggested (meq) Modified on 2/9/2017 (meq). (Entered: 02/08/2017) |
| 02/08/2017 | 911 | ORDER by District Judge James O. Browning granting 890 Motion for Permission to File Omnibus Reponse (meq) (Entered: 02/08/2017) |
| 02/09/2017 | 912 | ORDER by District Judge James O. Browning granting 839 Motion for Leave to File Oversized Brief as to Daniel Sanchez (18) (meq) (Entered: 02/09/2017) |
| 02/21/2017 | 919 | ORDER by District Judge James O. Browning granting 908 Motion for Extension of Time to File Responses to Motions as to Billy Garcia (5), Javier Alonso (9), Andrew Gallegos (27), Santos Gonzalez (28) (meq) (Entered: 02/21/2017) |
| 02/24/2017 | 923 | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez held on 02/07/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number (505)348–2283. Tape Number: N/A. <br><br> **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** <br><br> (jab) (Entered: 02/24/2017) |
| 02/24/2017 | 924 | |

| | | | |
|---|---|---|---|
| | | | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez held on 02/08/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number (505)384–2283. Tape Number: N/A.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>(jab) (Entered: 02/24/2017) |
| 02/28/2017 | 933 | | UNITED STATES' RESPONSE IN OPPOSITION to the Opposed Motion to Sever Counts 4 and 5 868 . (dc) (Entered: 03/01/2017) |
| 03/08/2017 | 943 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning, the Defendants' Joint Motion to Vacate March 2017 Trial Setting, Impose a Discovery Scheduling Order and Request for a Hearing, 676 is granted; the Joint Motion to Exclude the Prosecution Team from December 2, 2016 Evidence Viewing, 763 is granted; and The Joint Motion for Disclosure and Production of Confidential Informant, 698 is granted in part, and denied in part without prejudice (meq) (Entered: 03/08/2017) |
| 03/09/2017 | 949 | | REDACTED SECOND SUPERSEDING INDICTMENT as to Angel DeLeon (1) count(s) 1ss, Joe Lawrence Gallegos (2) count(s) 1ss, 4ss, 5ss, 13ss, 14ss, 15ss, 16ss, Edward Troup (3) count(s) 1ss, 3ss, Leonard Lujan (4) count(s) 1ss–2ss, Billy Garcia (5) count(s) 1ss– 2ss, Eugene Martinez (6) count(s) 2ss, Allen Patterson (7) count(s) 2ss, Christopher Chavez (8) count(s) 2ss, Javier Alonso (9) count(s) 3ss, Arturo Arnulfo Garcia (10) count(s) 3ss, Mario Rodriguez (15) count(s) 6sss, 7sss, Mauricio Varela (17) cou nt(s) 6sss, 7sss, Daniel Sanchez (18) count(s) 6sss, 7sss, Conrad Villegas (20) count(s) 8ss, Anthony Ray Baca (21) count(s) 6sss, 7sss, 8sss, 9sss–10sss, Christopher Garcia (24) count(s) 10ss, 11ss, 12ss, Carlos Herrera (25) count(s) 6ss, 7s s, Rudy Perez (26) count(s) 6ss, 7ss, Andrew Gallegos (27) count(s) 4s, 5s, Santos Gonzalez (28) count(s) 14s, 15s, 16s, Shauna Gutierrez (30) count(s) 14s, 15s, 16s, Brandy Rodriguez (31) count(s) 14, 15, 16. (kls) (Entered: 03/11/2017) |
| 03/10/2017 | 950 | | NOTICE OF HEARING as to Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Mario Rodriguez, Mauricio Varela, Daniel |

| | | | |
|---|---|---|---|
| | | | Sanchez, Conrad Villegas, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, and Shauna Gutierrez: Arraignment set for 3/15/2017 at 1:30 PM in Las Cruces, NM – 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Gregory B. Wormuth. (kls) ***Inquiries regarding this setting should be directed to CRD Kristin Solis at Kristin_Solis@nmcourt.fed.us*** [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/11/2017) |
| 03/13/2017 | 968 | | Opposed MOTION for Order *to SET ARRAIGNMENT ON SUPERSEDING INDICTMENT IN ALBUQUERQUE, NM FOR ALBUQUERQUE ATTORNEYS (FOR CONDIDERATION BY THE U.S. MAGISTRATE JUDGE)* by Christopher Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Sirignano, Amy) (Entered: 03/13/2017) |
| 03/15/2017 | 978 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 933 Response in Opposition *to Motion to Sever* by Andrew Gallegos as to Joe Lawrence Gallegos, Andrew Gallegos. (Roberts, Donavon) (Entered: 03/15/2017) |
| 03/15/2017 | 994 | | Clerk's Minutes for proceedings held before Magistrate Judge Gregory B. Wormuth: Arraignment held on 3/15/2017 as to Andrew Gallegos (27); Not Guilty plea entered to Count 4s and 5s of the Second Superseding Indictment; Defendant to remain in custody. (LCR–Sierra Blanca) (kls) (Entered: 03/17/2017) |
| 03/16/2017 | 985 | | ORDER by District Judge James O. Browning granting 978 Motion for Extension of Time to File Response/Reply as to Andrew Gallegos (27) (meq) (Entered: 03/16/2017) |
| 03/28/2017 | 1021 | | NOTICE of motions hearing scheduled for 4/20–21/2017 at 08:30 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning. An agenda of the matters to be heard will follow at a later date.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/28/2017) |
| 03/30/2017 | 1030 | | Unopposed MOTION for Extension of Time to File *Rule 16 & Rule 7(f) motions* by Eugene Martinez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. |

| | | | |
|---|---|---|---|
| | | | (Couleur, Douglas) (Entered: 03/30/2017) |
| 03/30/2017 | 1031 | | REPLY TO RESPONSE to Motion by Andrew Gallegos re 868 Opposed MOTION to Sever Defendant *Andrew Gallegos and/or Counts 4 and 5*, 978 Unopposed MOTION for Extension of Time to File Response/Reply as to 933 Response in Opposition *to Motion to Sever Counts 4 and 5* (Roberts, Donavon) (Entered: 03/30/2017) |
| 04/03/2017 | 1043 | | NOTICE *United States' Notice of Expert Witness Testimony* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Armijo, Maria) (Entered: 04/03/2017) |
| 04/10/2017 | 1076 | | ORDER by District Judge James O. Browning granting 1030 Motion for Extension of Time to File Motions (meq) (Entered: 04/10/2017) |
| 04/12/2017 | 1083 | | NOTICE of motions hearing scheduled for 5/9–11/2017 at 08:30 AM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning. These dates are set as a reservation and a backup to a firm Jury Selection/Jury Trial scheduled in another matter from 5/1–12/2017. An agenda of the matters to be heard will follow at a later date.(kw)(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 04/12/2017) |
| 04/12/2017 | 1084 | | NOTICE of motions hearing scheduled for 5/19/2017 at 08:30 AM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning. An agenda of the matters to be heard will follow at a later date.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 04/12/2017) |
| 04/14/2017 | 1096 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, vacating the motions hearing scheduled for 4/20–21/2017. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 04/14/2017) |
| 04/21/2017 | 1107 | | NOTICE *Statement of Cause* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Armijo, Maria) (Entered: 04/21/2017) |
| 04/21/2017 | 1108 | | JOINDER to 882 Joint MOTION to Sever Defendant *Counts 1 & 2* joined by Defendant Eugene Martinez. (Couleur, Douglas) (Entered: 04/21/2017) |
| 04/30/2017 | 1117 | | RESPONSE to Motion by Rudy Perez as to Angel DeLeon, Joe Lawrence |

| | | | |
|---|---|---|---|
| | | | Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1101 Opposed MOTION to Continue *July 10, 2017 Trial Setting* (Villa, Ryan) (Entered: 04/30/2017) |
| 05/01/2017 | 1118 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning. IT IS ORDERED that, pursuant to 18 U.S.C. 4241(b), the Court finds the Defendant Eugene Martinez competent to stand trial or take a guilty plea (meq) (Entered: 05/01/2017) |
| 05/02/2017 | 1124 | | MOTION for Order to Show Cause *for the Immediate Return of Tablet and Request for the United States to File an Expedited Response to this Motion* by Rudy Perez as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Javier Alonso, Arturo Arnulfo Garcia, Mauricio Varela, Daniel Sanchez, Anthony Ray Baca, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Shauna Gutierrez. (Villa, Ryan) (Entered: 05/02/2017) |
| 05/05/2017 | 1133 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, notifying the parties that the following motions are set to be heard at the motion hearing commencing 5/9/2017: 1101 , 1010 , 1034 , 1124 , 858 , [815 (resuming argument)], 817 , 829 , 872 , 869 , 1037 , 1038 , 866 , 914 , 951 & 1023 . THIS IS A TEXT ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 05/05/2017) |
| 05/08/2017 | 1186 | | LETTER of Concern by Vincent Garduno (meq) (Entered: 06/07/2017) |
| 05/10/2017 | 1144 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, adding the following motions to the agenda for the motion hearings to be held 5/9–11/2017: 893 , 1047 , 1053 , 1056 & 868 . (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 05/10/2017) |
| 05/11/2017 | 1165 | | E–MAIL from Gregory Acton (meq) (Entered: 05/25/2017) |
| 05/16/2017 | 1150 | | Unopposed MOTION for Protective Order by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Beck, Matthew) (Entered: 05/16/2017) |
| 05/18/2017 | 1153 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, notifying the parties that the following motions will be heard at the motion hearing scheduled for 5/19/2017: the Defendants Troup and Billy Garcia's Motion to Sever Counts 1 & 2 882 & the Motion to Compel |

| | | | |
|---|---|---|---|
| | | | Discovery 1061 .(kw)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]<br>(Entered: 05/18/2017) |
| 05/18/2017 | 1158 | | APPENDIX/SUPPLEMENT *United States' Supplemental Brief Regarding Timing of Disclosure of Giglio Impeachment Evidence* by USA (Beck, Matthew) (Entered: 05/18/2017) |
| 05/23/2017 | 1160 | | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 05/09/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2017. Redaction Request due 6/13/2017. Redacted Transcript Deadline set for 6/23/2017. Release of Transcript Restriction set for 8/21/2017.(jab) (Entered: 05/23/2017) |
| 05/23/2017 | 1161 | | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 05/10/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request** |

|  |  |  | **Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** |
|---|---|---|---|
|  |  |  | Notice of Intent to Request Redaction set for 5/30/2017. Redaction Request due 6/13/2017. Redacted Transcript Deadline set for 6/23/2017. Release of Transcript Restriction set for 8/21/2017.(jab) (Entered: 05/23/2017) |
| 05/23/2017 | 1162 |  | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 05/11/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2017. Redaction Request due 6/13/2017. Redacted Transcript Deadline set for 6/23/2017. Release of Transcript Restriction set for 8/21/2017.(jab) (Entered: 05/23/2017) |
| 05/24/2017 | 1163 |  | Opposed MOTION for Discovery *of Giglio Materials* by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Castle, James) (Entered: 05/24/2017) |
| 05/26/2017 | 1166 |  |  |

| | | | |
|---|---|---|---|
| | | | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 05/19/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** Notice of Intent to Request Redaction set for 6/2/2017. Redaction Request due 6/16/2017. Redacted Transcript Deadline set for 6/26/2017. Release of Transcript Restriction set for 8/24/2017.(jab) (Entered: 05/26/2017) |
| 05/26/2017 | 1168 | | ORDER by District Judge James O. Browning granting 1150 Motion for Protective Order (meq) (Entered: 05/26/2017) |
| 06/06/2017 | 1182 | | Opposed MOTION to Continue *July 10, 2017 Trial Setting* by Edward Troup as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Attachments: # 1 Exhibit Proposed Scheduling Order)(Harbour–Valdez, Cori) (Entered: 06/06/2017) |
| 06/07/2017 | 1185 | | RESPONSE to Motion by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1163 Opposed MOTION for Discovery *of Giglio Materials* (Beck, Matthew) (Entered: 06/07/2017) |
| 06/07/2017 | 1193 | | NOTICE of Lodging by Joe Lawrence Gallegos as to 1184 RESPONSE in Opposition by USA as to Joe Lawrence Gallegos re 1142 MOTION to Suppress evidence and statements (meq) (Entered: 06/16/2017) |

| 06/09/2017 | 1188 | | Amended MOTION to Continue *July 10, 2017 Trial Setting (UNOPPOSED)* by Edward Troup as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Attachments: # 1 Exhibit Proposed Scheduling Order)(Harbour–Valdez, Cori) (Entered: 06/09/2017) |
|---|---|---|---|
| 06/14/2017 | 1192 | | APPENDIX/SUPPLEMENT re 1188 Amended MOTION to Continue *July 10, 2017 Trial Setting (UNOPPOSED)* by Edward Troup (Harbour–Valdez, Cori) (Entered: 06/14/2017) |
| 06/19/2017 | 1197 | | ORDER TO CONTINUE by District Judge James O. Browning granting 1188 Amended MOTION to Continue *Trial Setting* as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez and Brandy Rodriguez and rescheduling on 4/9/2018 at 09:00 AM in Albuquerque – 460 Vermejo Courtroom (meq) (Entered: 06/23/2017) |
| 06/21/2017 | 1201 | | LETTER Re: Jury Data, from Lincoln Sorrell (meq) (Entered: 06/29/2017) |
| 06/21/2017 | 1202 | | E–MAIL Re: Jury Data, from Lincoln Sorrell (meq) (Entered: 06/29/2017) |
| 06/26/2017 | 1203 | | LETTER Re: Jury Data, from Lincoln Sorrell (meq) (Entered: 06/29/2017) |
| 06/30/2017 | 1204 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning, Defendants' Joint Motion to Sever Defendants Charged with Offenses in Counts 6 & 7 807 is granted in part and denied in part, Defendant Santos Gonzales' Motion for a Severance of Defendant 858 is granted in part and denied in part, Defendant A. Gallegos' Opposed Motion to Sever Counts Four and Five 868 is granted in part and denied in part, Defendants Troup and Billy Garcia's Motion to Sever Counts 1 and 2 882 is granted in part and denied in part, Defendant Javier Alonso's Motion to Sever Count 3 and to Sever the Trials of Edward Troup and Javier Alonso 893 is granted in part and denied in part and Defendant Santos Gonzales' Amended Motion for a Severance of Defendant 901 is granted in part and denied in part (meq) (Entered: 06/30/2017) |
| 07/07/2017 | 1205 | | FOURTH SCHEDULING ORDER by District Judge James O. Browning (meq) (Entered: 07/07/2017) |
| 08/04/2017 | 1217 | | NOTICE *Pursuant to Fed. R. Crim. P. 16(b)* by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Attachments: # 1 Exhibit Phillip Danielson CV)(Cooper, Robert) (Entered: 08/04/2017) |
| 08/22/2017 | 1231 | | NOTICE *Notice of Joinder* by Andrew Gallegos re 1217 Notice (Other),, (Roberts, Donavon) (Entered: 08/22/2017) |
| 08/31/2017 | 1241 | | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Extend (other) *Time to File Motions Pursuant to Rule 16* by Rudy Perez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Villa, Ryan) (Entered: 08/31/2017) |
| 09/01/2017 | 1242 | NOTICE *United States' Amended Notice of Expert Witness Testimony* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1043 Notice (Other),, (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit)(Armijo, Maria) (Entered: 09/01/2017) |
| 09/15/2017 | 1248 | Second MOTION to Compel *the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials* by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Castle, James) Modified on 9/29/2017 (meq). (Entered: 09/15/2017) |
| 09/15/2017 | 1250 | Second MOTION to Compel *Discovery* by Edward Troup, Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Burke, Patrick) (Entered: 09/15/2017) |
| 09/18/2017 | 1261 | ORDER by District Judge James O. Browning granting 1241 Motion to Extend Time to File Motions Pursuant to Rule 16 (meq) (Entered: 09/18/2017) |
| 09/19/2017 | 1265 | SUPPLEMENT to 1248 *Motion to Compel the Government to Reveal the Identity of Certain Confidetial Informants Referenced in Discovery Materials (Doc. 1248)* by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, |

| | | | |
|---|---|---|---|
| | | | Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Castle, James) Modified text on 9/27/2017 (meq). (Entered: 09/19/2017) |
| 09/28/2017 | 1273 | | NOTICE *of Withdrawal of Doc. 1248* by Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1248 Second MOTION to Compel *the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials* (Castle, James) (Entered: 09/28/2017) |
| 09/29/2017 | 1274 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1253 MOTION to Compel *Specific Discovery* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 09/29/2017) |
| 10/03/2017 | 1282 | | RESPONSE to Motion by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1253 MOTION to Compel *Specific Discovery* (Castellano, Randy) (Entered: 10/03/2017) |
| 10/03/2017 | 1287 | | ORDER by District Judge James O. Browning granting 1266 Motion for Permission to Exceed Page Limit (meq) (Entered: 10/05/2017) |
| 10/05/2017 | 1288 | | JOINDER to 1281 Opposed MOTION for Order *OPPOSED MOTION FOR DESIGNATION OF EVIDENCE BY THE GOVERNMENT PURSUANT TO RULE 12(b)(4)(B)* joined by Defendant Andrew Gallegos. (Roberts, Donavon) (Entered: 10/05/2017) |
| 10/06/2017 | 1297 | | Opposed MOTION for Extension of Time to File *Daubert Motions* by Edward Troup as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, |

| | | | |
|---|---|---|---|
| | | | Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Mario Rodriguez, Mauricio Varela, Daniel Sanchez, Conrad Villegas, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Harbour–Valdez, Cori) (Entered: 10/06/2017) |
| 10/06/2017 | 1298 | | Opposed MOTION for Separate Trial on Counts Joe Lawrence Gallegos (2) Count 4ss,4s,5ss,5s and Andrew Gallegos (27) Count 4,4s,5,5s by Andrew Gallegos as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Roberts, Donavon) (Entered: 10/06/2017) |
| 10/06/2017 | 1299 | | NOTICE *OF, AND MOTION IN LIMINE TO ADMIT, GANG EXPERT WITNESSES TESTIMONY* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Armijo, Maria) Modified on 10/10/2017 to a motion (meq). (Entered: 10/06/2017) |
| 10/06/2017 | 1301 | | Unopposed MOTION to Continue *DEFENDANTS DEADLINE TO FILE FEDERAL RULE OF CRIMINAL PROCURE 12 MOTIONS* by Christopher Garcia as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Mario Rodriguez, Mauricio Varela, Daniel Sanchez, Conrad Villegas, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez. (Sirignano, Amy) (Entered: 10/06/2017) |
| 10/10/2017 | 1306 | | MOTION to Supplement *Motion to Dismiss* by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Castle, James) (Entered: 10/10/2017) |
| 10/12/2017 | 1336 | | ORDER by District Judge James O. Browning granting 1263 Motion for Extension of Time to File Discovery Motion (meq) (Entered: 10/17/2017) |
| 10/12/2017 | 1338 | | ORDER by District Judge James O. Browning granting 1274 Motion for Extension of Time to File Response (meq) (Entered: 10/17/2017) |
| 10/13/2017 | 1311 | | |

| | | | |
|---|---|---|---|
| | | | JOINDER to 1281 Opposed MOTION for Order *OPPOSED MOTION FOR DESIGNATION OF EVIDENCE BY THE GOVERNMENT PURSUANT TO RULE 12(b)(4)(B)* joined by Defendant Allen Patterson. (Lahann, Jeffrey) (Entered: 10/13/2017) |
| 10/13/2017 | 1312 | | JOINDER to 1292 MOTION to Produce *Motion for Production of Alleged Co−Conspirators Statements and for Pre−Trial Hearing on Their Admissibility* joined by Defendant Allen Patterson. (Lahann, Jeffrey) (Entered: 10/13/2017) |
| 10/13/2017 | 1313 | | JOINDER to 1300 Joint MOTION to Suppress *Lost or Destroyed Evidence* joined by Defendant Allen Patterson. (Lahann, Jeffrey) (Entered: 10/13/2017) |
| 10/13/2017 | 1314 | | JOINDER to 1302 Opposed MOTION to Exclude *GOVERNMENT EXPERT WITNESS TESTIMONY AND MOTION FOR DAUBERT HEARING* joined by Defendant Allen Patterson. (Lahann, Jeffrey) (Entered: 10/13/2017) |
| 10/13/2017 | 1315 | | JOINDER to 1303 Opposed MOTION for Order *FOR SPECIFICATION OF CO−CONSPIRATOR STATEMENTS AND A PRE−TRIAL HEARING ON THE STATEMENTS ADMISSIBILITY* joined by Defendant Allen Patterson. (Lahann, Jeffrey) (Entered: 10/13/2017) |
| 10/13/2017 | 1316 | | JOINDER to 1283 Opposed MOTION to Dismiss joined by Defendant Allen Patterson. (Lahann, Jeffrey) (Entered: 10/13/2017) |
| 10/13/2017 | 1317 | | MOTION for Hearing *MOTION FOR JAMES HEARING AND DETERMINATION OF CO−CONSPIRATOR STATEMENTS ADMISSIBILITY AT A PRE−TRIAL HEARING* by Joe Lawrence Gallegos as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Mario Rodriguez, Mauricio Varela, Daniel Sanchez, Conrad Villegas, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez. (Benjamin, Brock) (Entered: 10/13/2017) |
| 10/13/2017 | 1318 | | MOTION to Dismiss *Defendants' Motion to Dismiss − Preindictment Delay* by Joe Lawrence Gallegos as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Mario Rodriguez, Mauricio Varela, Daniel Sanchez, Conrad Villegas, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez. (Benjamin, Brock) (Entered: 10/13/2017) |
| 10/13/2017 | 1319 | | MOTION for Bill of Particulars *Defendants Motion for a Bill of Particulars as to Counts 13−16* by Joe Lawrence Gallegos as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Mario Rodriguez, Mauricio Varela, Daniel Sanchez, Conrad Villegas, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez. (Benjamin, Brock) (Entered: 10/13/2017) |
| 10/13/2017 | 1329 | | Opposed MOTION for Order *TO SHOW CAUSE FOR NON−COMPLIANCE OF DISTRICT COURT ORDERS DURING MAY 9−10, 2017 HEARINGS* by Christopher Garcia as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Mario Rodriguez, Mauricio Varela, Daniel Sanchez, Conrad Villegas, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy |

| | | | |
|---|---|---|---|
| | | | Perez, Andrew Gallegos, Shauna Gutierrez. (Sirignano, Amy) (Entered: 10/13/2017) |
| 10/15/2017 | 1333 | | NOTICE *of UNAVAILABILITY* November 7, 2017; November 11, 2017; November 22–24, 2017; December 7, 2017; December 15, 2017; December 21, 2017; and January 3, 2018. by Andrew Gallegos (Roberts, Donavon) Modified on 10/16/2017 (meq). (Entered: 10/15/2017) |
| 10/16/2017 | 1334 | | RESPONSE in Opposition by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1281 Opposed MOTION for Order *OPPOSED MOTION FOR DESIGNATION OF EVIDENCE BY THE GOVERNMENT PURSUANT TO RULE 12(b)(4)(B)* (Armijo, Maria) (Entered: 10/16/2017) |
| 10/17/2017 | 1337 | | RESPONSE in Opposition by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1299 MOTION in Limine (Castle, James) (Entered: 10/17/2017) |
| 10/17/2017 | 1339 | | ORDER by District Judge James O. Browning granting 1285 Motion for Order Authorizing Restricted Access to Doc. 1284 (meq) (Entered: 10/17/2017) |
| 10/20/2017 | 1348 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1295 Joint MOTION to Suppress *Statement* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 10/20/2017) |
| 10/20/2017 | 1349 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1300 Joint MOTION to Suppress *Lost or Destroyed Evidence* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos |

| | | | |
|---|---|---|---|
| | | | Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 10/20/2017) |
| 10/20/2017 | 1350 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1303 Opposed MOTION for Order *FOR SPECIFICATION OF CO−CONSPIRATOR STATEMENTS AND A PRE−TRIAL HEARING ON THE STATEMENTS ADMISSIBILITY* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 10/20/2017) |
| 10/20/2017 | 1351 | | RESPONSE in Opposition by USA as to Andrew Gallegos re 1298 Opposed MOTION for Separate Trial on Counts Joe Lawrence Gallegos (2) Count 4ss,4s,5ss,5s and Andrew Gallegos (27) Count 4,4s,5,5s (Armijo, Maria) (Entered: 10/20/2017) |
| 10/20/2017 | 1356 | | RESPONSE in Opposition by Rudy Perez as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Mario Rodriguez, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez re 1299 MOTION in Limine *and Request for Hearing Pursuant to Daubert and Kumho Tire* (Fox−Young, Justine) (Entered: 10/20/2017) |
| 10/25/2017 | 1359 | | ORDER by District Judge James O. Browning granting 1279 Motion for Leave to File Excess Pages as to Billy Garcia (5) (meq) (Entered: 10/25/2017) |
| 10/25/2017 | 1360 | | ORDER by District Judge James O. Browning granting 1344 Motion for Extension of Time to File Response/Reply as to Edward Troup (3), Billy Garcia (5) (meq) (Entered: 10/25/2017) |
| 10/25/2017 | 1361 | | ORDER by District Judge James O. Browning granting 1346 Motion for Extension of Time to File Response/Reply as to Edward Troup (3), Billy Garcia (5) (meq) (Entered: 10/25/2017) |
| 10/25/2017 | 1362 | | ORDER by District Judge James O. Browning granting 1348 Motion for Extension of Time to File Response (meq) (Entered: 10/25/2017) |
| 10/25/2017 | 1363 | | ORDER by District Judge James O. Browning granting 1349 Motion for Extension of Time to File Response (meq) (Entered: 10/25/2017) |
| 10/25/2017 | 1364 | | ORDER by District Judge James O. Browning granting 1350 Motion for Extension of Time to File Response (meq) (Entered: 10/25/2017) |
| 10/25/2017 | 1366 | | NOTICE of motion hearing scheduled for 11/8−9/2017 at 09:00 AM in Las Cruces − 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning. The agenda of the matters to be heard will issue at a later date.(kw) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 10/25/2017) |

| 10/26/2017 | 1372 | | RESPONSE in Opposition by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Andrew Gallegos re 1318 MOTION to Dismiss *Defendants' Motion to Dismiss – Preindictment Delay*, 1283 Opposed MOTION to Dismiss , 1306 MOTION to Supplement *Motion to Dismiss*, 1284 Opposed MOTION to Dismiss (Castellano, Randy) (Entered: 10/26/2017) |
|---|---|---|---|
| 10/27/2017 | 1373 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1295 Joint MOTION to Suppress *Statement* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 10/27/2017) |
| 10/27/2017 | 1374 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1328 MOTION to Exclude *Incomplete and Selective Recordings of Communications Made By Government Informant & Request for Evidentiary Hearing*, 1325 MOTION to Suppress *Coerced Statements and Anticipated Testimony of Cooperating Witness & Request for Evidentiary Hearing* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 10/27/2017) |
| 10/27/2017 | 1375 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1329 Opposed MOTION for Order *TO SHOW CAUSE FOR NON–COMPLIANCE OF DISTRICT COURT ORDERS DURING MAY 9–10, 2017 HEARINGS*, 1330 Opposed MOTION to Dismiss *AND REQUEST FOR EVIDENTIARY HEARING* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 10/27/2017) |
| 10/27/2017 | 1381 | | RESPONSE to Motion by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul |

| | | | |
|---|---|---|---|
| | | | Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1300 Joint MOTION to Suppress *Lost or Destroyed Evidence* (Armijo, Maria) (Entered: 10/27/2017) |
| 11/01/2017 | 1390 | | JOINDER to 1281 Opposed MOTION for Order *OPPOSED MOTION FOR DESIGNATION OF EVIDENCE BY THE GOVERNMENT PURSUANT TO RULE 12(b)(4)(B)* joined by Defendant Anthony Ray Baca. (Duncan, Theresa) (Entered: 11/01/2017) |
| 11/03/2017 | 1404 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1345 MOTION to Compel *Government to Comply with Rule 16 in Noticing Its Intent to Rely on Gang Expert Witness Testimony, OR, in the alternative, to Exclude the Government's Gang Expert Witnesses Altogether* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 11/03/2017) |
| 11/03/2017 | 1411 | | ORDER by District Judge James O. Browning granting 1373 Motion for Extension of Time to File Response (meq) (Entered: 11/07/2017) |
| 11/03/2017 | 1413 | | ORDER by District Judge James O. Browning granting 1374 Motion for Extension of Time to File Response (meq) (Entered: 11/07/2017) |
| 11/03/2017 | 1414 | | ORDER by District Judge James O. Browning granting 1358 Motion for Extension of Time to File Response (meq) (Entered: 11/07/2017) |
| 11/03/2017 | 1415 | | ORDER by District Judge James O. Browning granting 1365 Motion for Extension of Time to File Response (meq) (Entered: 11/07/2017) |
| 11/03/2017 | 1416 | | ORDER by District Judge James O. Browning granting 1387 Motion for Extension of Time to File Response (meq) (Entered: 11/07/2017) |
| 11/03/2017 | 1417 | | ORDER by District Judge James O. Browning granting 1375 Motion for Extension of Time to File Response (meq) (Entered: 11/07/2017) |
| 11/06/2017 | 1408 | | MOTION for Order *for Statewide Jury Pool and Jury Questionnaire* by Rudy Perez as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Villa, Ryan) (Entered: 11/06/2017) |
| 11/06/2017 | 1410 | | MINUTE ORDER, pursuant to the directionof District Judge James O. Browning, notifying the parties that the following motions are scheduled to be heard at the motions hearing scheduled for 11/8–9/2017: 1055 , 1126 , 1163 , [1228 & 1303], 1247 , 1251 , 1253 , 1258 , 1264 , 1267 , 1269 , 1270 , 1281 , 1296 , 1297 , 1046 , 1250 , 1292 , 1190 , 1283 and 1155 .(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/06/2017) |

| 11/07/2017 | 1412 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, removing Docs. [1228 & 1303] and 1283 from the agenda of motions to be heard at the motion hearing scheduled for 11/8–9/2017. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/07/2017) |
|---|---|---|---|
| 11/07/2017 | <u>1419</u> | | Unopposed MOTION to Continue *THE MOTIONS IN LIMINE AND REPLIES TO DAUBERT MOTIONS DEADLINE, DUE NOVEMBER 10, 2017 (Doc. 1205) TO DECEMBER 1, 2017 FOR ALL DEFENDANTS* by Christopher Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Sirignano, Amy) Modified on 11/29/2017 (meq). (Entered: 11/07/2017) |
| 11/08/2017 | 1421 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, removing Docs. 1292 from the agenda of motions to be heard at the motion hearing scheduled for 11/8–9/2017. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/08/2017) |
| 11/09/2017 | 1425 | | NOTICE of motions hearing regarding Docs. 1228 , 1292 , 1294 , 1295 & 1303 scheduled for 11/20/2017 at 09:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/09/2017) |
| 11/09/2017 | 1426 | | NOTICE of motions hearing regarding Docs. 1283 , 1284 , 1300 , 1325 , 1328 & 1330 scheduled for 12/7–8/2017 at 09:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/09/2017) |
| 11/09/2017 | 1427 | | NOTICE of motions hearing regarding Docs. <u>1242</u> , <u>1299</u> , 1302 , 1332 & 1345 scheduled for 12/12–13/2017 at 09:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/09/2017) |
| 11/09/2017 | 1428 | | NOTICE of motions hearing regarding Docs. <u>1317</u> & <u>1329</u> scheduled for 12/18–19/2017 at 09:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/09/2017) |
| 11/09/2017 | 1429 | | AMENDED NOTICE of motions hearing regarding Docs. 1228, 1292, 1294, 1295 & 1303 scheduled for 11/20–22/2017 at 09:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning.(kw) (kw) |

| | | | |
|---|---|---|---|
| | | | [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/09/2017) |
| 11/13/2017 | 1438 | | RESPONSE to Motion by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1345 MOTION to Compel *Government to Comply with Rule 16 in Noticing Its Intent to Rely on Gang Expert Witness Testimony, OR, in the alternative, to Exclude the Government's Gang Expert Witnesses Altogether* (Armijo, Maria) (Entered: 11/13/2017) |
| 11/14/2017 | 1440 | | SECOND AMENDED NOTICE (changing dates of hearing and agenda of motions set to be heard) of motions hearing regarding Docs. 1228 , 1242 , 1292 , 1299 , 1302 , 1303 , 1332 & 1345 and vacating the hearing scheduled for 11/20–22/2017 and rescheduling for 11/27–29/2017 at 09:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/14/2017) |
| 11/14/2017 | 1441 | | AMENDED NOTICE (revising the agenda of motions to be heard) of motions hearing regarding Docs. 1294 & 1295 scheduled for 12/12–13/2017 at 09:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/14/2017) |
| 11/17/2017 | 1454 | | REPLY by Christopher Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1401 Response to Motion *FOR ORDER TO SHOW CAUSE FOR NON–COMPLIANCE OF DISTRICT COURT ORDERS DURING MAY 9–10, 2017 HEARINGS (DOC. 1329)* (Sirignano, Amy) (Entered: 11/17/2017) |
| 11/20/2017 | 1456 | | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 11/08/17, before District Judge James O. Browning. Court |

| | | | |
|---|---|---|---|
| | | | Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 11/27/2017. Redaction Request due 12/11/2017. Redacted Transcript Deadline set for 12/21/2017. Release of Transcript Restriction set for 2/20/2018.(jab) (Entered: 11/20/2017) |
| 11/20/2017 | 1457 | | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 11/09/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 11/27/2017. Redaction Request due 12/11/2017. Redacted Transcript Deadline set for 12/21/2017. Release of Transcript Restriction set for 2/20/2018. (jab) (Entered: 11/20/2017) |
| 11/20/2017 | 1463 | | NOTICE *of Withdrawing Motion* by Anthony Ray Baca as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Christopher Chavez, Arturo Arnulfo Garcia, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, |

| | | | |
|---|---|---|---|
| | | | Andrew Gallegos, Shauna Gutierrez re 1332 MOTION to Compel *Immediate Production of Brady/Giglio Materials* (Duncan, Theresa) (Entered: 11/20/2017) |
| 11/22/2017 | 1470 | | EMAIL from Ryan Villa of Purposed Supplemental Juror Questionnaire (meq) (Entered: 11/22/2017) |
| 11/24/2017 | 1472 | | NOTICE of Pretrial Conference scheduled for 12/18/2017 at 09:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/24/2017) |
| 11/24/2017 | 1473 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, removing Doc. 1317 from the agenda of motions scheduled to be heard 12/18–19/2017 and adding it to the agenda of motions to be heard 11/27–29/2017; also, removing Doc. 1332 from the 11/27–29/17 agenda, as a result of the motion being withdrawn. (kw) (Entered: 11/24/2017) |
| 11/29/2017 | 1491 | | ORDER by District Judge James O. Browning granting 1404 Motion for Extension of Time to File Response(meq) (Entered: 11/29/2017) |
| 11/29/2017 | 1492 | | ORDER by District Judge James O. Browning granting 1409 Motion for Extension of Time to File Response to Motion to Compel Production of Brady and Giglio Materials (meq) (Entered: 11/29/2017) |
| 11/29/2017 | 1493 | | ORDER by District Judge James O. Browning granting 1419 Motion to Continue the Motions in Limine and Replies to Daubert Motions Deadline(meq) (Entered: 11/29/2017) |
| 11/29/2017 | 1495 | | ORDER by District Judge James O. Browning granting 1432 Motion for Extension of Time to File Reply as to Edward Troup (3), Billy Garcia (5) (meq) (Entered: 11/29/2017) |
| 11/30/2017 | 1501 | | Opposed MOTION for Discovery *Regarding Monetary Payments to Inmate Informant Witnesses – No Hearing Requested* by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Attachments: # 1 Appendix A)(Castle, James) (Entered: 11/30/2017) |
| 11/30/2017 | 1502 | | Opposed MOTION in Limine *Regarding Plea Agreements and Addenda* by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Appendix A)(Castle, James) (Entered: 11/30/2017) |
| 11/30/2017 | 1503 | Opposed MOTION for Order *for Advance Notice of Witnesses to be Called by the Government – No Hearing Requested* by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Shauna Gutierrez, Brandy Rodriguez. (Castle, James) (Entered: 11/30/2017) |
| 11/30/2017 | 1505 | MOTION in Limine *to Prohibit Cooperating and Other Witnesses from Testifying to Fear of Defendants, the SNM or Retaliation, and About any Witness Protection Measures* by Rudy Perez as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Villa, Ryan) (Entered: 11/30/2017) |
| 12/01/2017 | 1512 | MOTION to Exclude *Evidence of Other "Enterprise" Acts* by Rudy Perez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Fox–Young, Justine) (Entered: 12/01/2017) |
| 12/01/2017 | 1513 | Opposed MOTION in Limine *Regarding Alias Names, Monikers and/or A/K/A* by Edward Troup as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Harbour–Valdez, Cori) (Entered: 12/01/2017) |
| 12/01/2017 | 1514 | MOTION in Limine *to Exclude Statement of Cooperating Government Witnesses* by Rudy Perez as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Villa, Ryan) (Entered: 12/01/2017) |
| 12/01/2017 | 1520 | Opposed MOTION in Limine *to Preclude Questioning Government Witnesses Regarding Personal Information* by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 12/01/2017) |
| 12/01/2017 | 1521 | |

| | | | |
|---|---|---|---|
| | | | Opposed MOTION in Limine *to Exclude Any Reference to Punishment or Sentencing* by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 12/01/2017) |
| 12/01/2017 | 1522 | | Opposed MOTION in Limine *for a Pretrial Order Permitting the Prosecution to Present Witness Testimony in Installments* by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 12/01/2017) |
| 12/01/2017 | 1523 | | Opposed MOTION in Limine *to Allow Transcripts Containing English Translations of Recorded Spanish Conversations as Substantive Evidence* by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 12/01/2017) |
| 12/01/2017 | 1524 | | MOTION in Limine *to Preclude Soliciting Testimony About Sensitive Government Recording Devices and Programs* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Beck, Matthew) (Entered: 12/01/2017) |
| 12/01/2017 | 1525 | | NOTICE *United States' Notice of Intent to Use Evidence Pursuant to Rule 609* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Armijo, Maria) (Entered: 12/01/2017) |
| 12/05/2017 | 1544 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, removing Docs. 1283 , 1284 , 1325 , 1328 & 1330 from the agenda of motions to be heard 12/7–8/2017 and adding Docs. 1294 , 1295 , 1488 & 1534 . (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 12/05/2017) |
| 12/06/2017 | 1545 | | TRANSCRIPT of Motions Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, |

| | | |
|---|---|---|
| | | Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 11/27/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 5053482283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 12/13/2017. Redaction Request due 12/27/2017. Redacted Transcript Deadline set for 1/8/2018. Release of Transcript Restriction set for 3/6/2018. (jab) (Entered: 12/06/2017) |
| 12/06/2017 | 1546 | TRANSCRIPT of Motions Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 11/28/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 5053482283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** |

| | | | |
|---|---|---|---|
| | | | Notice of Intent to Request Redaction set for 12/13/2017. Redaction Request due 12/27/2017. Redacted Transcript Deadline set for 1/8/2018. Release of Transcript Restriction set for 3/6/2018. (jab) (Entered: 12/06/2017) |
| 12/06/2017 | 1547 | | TRANSCRIPT of Motions Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 11/29/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 5058432283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.  <br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**  <br><br>Notice of Intent to Request Redaction set for 12/13/2017. Redaction Request due 12/27/2017. Redacted Transcript Deadline set for 1/8/2018. Release of Transcript Restriction set for 3/6/2018. (jab) (Entered: 12/06/2017) |
| 12/06/2017 | 1551 | | Opposed MOTION for Reconsideration *re: Court's Order for Limited Production of Sensitive Government Recording Devices or Programs* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Attachments: # 1 Exhibit A (Declaration), # 2 Exhibit B (CV), # 3 Exhibit C (Testimony), # 4 Exhibit D (Testimony))(Beck, Matthew) (Entered: 12/06/2017) |
| 12/06/2017 | 1552 | | Unopposed MOTION for Leave to File Excess Pages – *Regarding United States' Motion to Reconsider (Doc. 1551)* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert |

| | | | |
|---|---|---|---|
| | | | Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Beck, Matthew) (Entered: 12/06/2017) |
| 12/08/2017 | 1554 | | NOTICE of motion hearing regarding Doc. 1551 scheduled for 12/11/2017 at 01:00 PM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 12/08/2017) |
| 12/11/2017 | 2492 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Motions Hearing held on 12/11/2017 (Court Reporter: J. Bean) (Attachments: # 1 Exhibit) (vv) (Entered: 01/16/2019) |
| 12/15/2017 | 1575 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1520 Opposed MOTION in Limine *to Preclude Questioning Government Witnesses Regarding Personal Information*, 1523 Opposed MOTION in Limine *to Allow Transcripts Containing English Translations of Recorded Spanish Conversations as Substantive Evidence*, 1525 Notice (Other),, 1522 Opposed MOTION in Limine *for a Pretrial Order Permitting the Prosecution to Present Witness Testimony in Installments*, 1524 MOTION in Limine *to Preclude Soliciting Testimony About Sensitive Government Recording Devices and Programs*, 1521 Opposed MOTION in Limine *to Exclude Any Reference to Punishment or Sentencing* by Edward Troup as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Harbour–Valdez, Cori) (Entered: 12/15/2017) |
| 12/15/2017 | 1576 | | TRANSCRIPT of Motion to Suppress Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 12/07/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the** |

| | | | |
|---|---|---|---|
| | | | **complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 12/22/2017. Redaction Request due 1/5/2018. Redacted Transcript Deadline set for 1/16/2018. Release of Transcript Restriction set for 3/15/2018. (jab) (Entered: 12/15/2017) |
| 12/15/2017 | 1577 | | TRANSCRIPT of Motion to Suppress Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 12/08/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 12/22/2017. Redaction Request due 1/5/2018. Redacted Transcript Deadline set for 1/16/2018. Release of Transcript Restriction set for 3/15/2018. (jab) (Entered: 12/15/2017) |
| 12/15/2017 | 1582 | | REPLY TO RESPONSE to Motion by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1502 Opposed MOTION in Limine *Regarding Plea Agreements and Addenda* (Attachments: # 1 Appendix A)(Castle, James) (Entered: 12/15/2017) |
| 12/18/2017 | 1585 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning, denying Defendant Daniel Sanchez's Motion to Sever the Trial of Counts 6–7 from the Trial of Counts 8–12 (meq) (Entered: 12/18/2017) |

| 12/19/2017 | 1586 | | RESPONSE to Motion by Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Christopher Chavez, Arturo Arnulfo Garcia, Daniel Sanchez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Shauna Gutierrez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1520 Opposed MOTION in Limine *to Preclude Questioning Government Witnesses Regarding Personal Information* (Benjamin, Brock) (Entered: 12/19/2017) |
|---|---|---|---|
| 12/19/2017 | 1588 | | MINUTE ORDER pursuant to the direction of District Judge James O. Browning, extending the motion hearing scheduled for 12/18–19/2017 to proceed through 12/20/2017; resuming argument as to Docs. 1294 & 1295 ; and, adding the following motions to the agenda: 1501 , 1502 , 1503 , 1504 , 1505 , 1512 , 1513 , 1514 , 1515 , 1516 , 1517 , 1518 , 1519 , 1520 , 1521 , 1522 , 1523 , 1524 , 1525 , 1528 , 1530 , 1531 , 1532 , 1537 , 1538 , 1539 , 1540 , 1549 and 1555 .(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 12/19/2017) |
| 12/20/2017 | 1589 | | NOTICE resuming Pretrial Conference and of motions hearing scheduled for 1/8–12/2018 at 09:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning. The following motions will be heard: Docs. 1328 , 1330 , 1527 & 1529 . The Court will also take up any outstanding attorney conflict issues and conduct the necessary colloquys to facilitate waiver of those issues. Further, if after the completion of the 12/20/2017 hearing there are other outstanding motions/issues pertaining to the Defendants scheduled to commence trial on 1/29/2018 that remain unheard and/or pending the presentation of evidence and/or oral argument, counsel shall notify the Court's Courtroom Deputy of those motions/issues in written format no later than the close of business on 12/31/2017; this shall include the estimated amount of time counsel believe will be required to complete the presentation of evidence and/or argument on the matters. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 12/20/2017) |
| 12/20/2017 | 1590 | | Joint MOTION to Amend/Correct *Fourth Scheduling Order [Doc. 1205]* by Edward Troup as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Harbour–Valdez, Cori) (Entered: 12/20/2017) |
| 12/20/2017 | 1591 | | RESPONSE by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, |

| | | |
|---|---|---|
| | | Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1563 Notice (Other), 1562 Notice (Other), 1550 Notice (Other), 1564 Notice (Other), 1559 Notice (Other), 1561 Notice (Other), 1560 Notice (Other) (Armijo, Maria) (Entered: 12/20/2017) |
| 12/21/2017 | 1592 | TRANSCRIPT of Motion to Suppress Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 12/11/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 12/28/2017. Redaction Request due 1/11/2018. Redacted Transcript Deadline set for 1/22/2018. Release of Transcript Restriction set for 3/21/2018. (jab) (Entered: 12/21/2017) |
| 12/27/2017 | 1597 | TRANSCRIPT of Motion to Suppress Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 12/12/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven** |

|  |  |  | **(7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/3/2018. Redaction Request due 1/17/2018. Redacted Transcript Deadline set for 1/29/2018. Release of Transcript Restriction set for 3/27/2018. (jab) (Entered: 12/27/2017) |
| 12/28/2017 | 1598 |  | TRANSCRIPT of Motion to Suppress Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 12/13/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/4/2018. Redaction Request due 1/18/2018. Redacted Transcript Deadline set for 1/29/2018. Release of Transcript Restriction set for 3/28/2018. (jab) (Entered: 12/28/2017) |
| 01/02/2018 | 1600 |  | TRANSCRIPT of Combined Motions to Suppress Proceedings and Daubert Hearings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos |

| | | | |
|---|---|---|---|
| | | | Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 12/18/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/9/2018. Redaction Request due 1/23/2018. Redacted Transcript Deadline set for 2/2/2018. Release of Transcript Restriction set for 4/2/2018. (jab) (Entered: 01/02/2018) |
| 01/04/2018 | 1607 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, and pursuant to the request of counsel, adding the following to be heard and/or resume argument at the motions hearing scheduled for 1/8/2018 through 1/12/2018: Docs. 1325 , 1517 , 1525 & 1539 . (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/04/2018) |
| 01/04/2018 | 1608 | | TRANSCRIPT of Combined Motions to Suppress Proceedings and Daubert Hearings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 12/19/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative** |

| | | | |
|---|---|---|---|
| | | | **Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/11/2018. Redaction Request due 1/25/2018. Redacted Transcript Deadline set for 2/5/2018. Release of Transcript Restriction set for 4/4/2018. (jab) (Entered: 01/04/2018) |
| 01/05/2018 | 1610 | | TRANSCRIPT of Motions to Suppress Proceedings and James Hearing as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 12/20/17, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/12/2018. Redaction Request due 1/26/2018. Redacted Transcript Deadline set for 2/5/2018. Release of Transcript Restriction set for 4/5/2018. (jab) (Entered: 01/05/2018) |
| 01/08/2018 | 1614 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, adding Docs. 1595 , 1596 and 1606 to the agenda of motions to be heard at the hearing scheduled to commence 01/08/2018. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/08/2018) |
| 01/10/2018 | 1618 | | TRIAL BRIEF by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Castle, James) (Entered: 01/10/2018) |
| 01/10/2018 | 1619 | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER, pursuant to the direction of by District Judge James O. Browning, requesting that Plaintiff United States of America respond to the following questions: (i) Does the United States stand by its argument that the Court should try the Counts 6–7 Defendants alongside the Counts 8–12 Defendants –– and will the United States defend that argument on appeal and not concede error –– even though evidence admitted against the Counts 8–12 Defendants under rule 801(d)(2)(E) is not admissible for its truth –– under that rule –– against the Counts 6–7 Defendants and vice versa?; (ii) Does the United States stand by its argument that the Court should proceed in a joint trial –– and will the United States defend that argument on appeal and not concede error –– given the number of statements that will be admissible against only one defendant under rule 801(d)(2)(A), requiring many limiting instructions?; (iii) Will the United States defend on appeal –– and not concede error –– the Courts ruling that particular out–of–court statements elicited by confidential human sources, such as Defendant Rudy Perez' statements to Billy Cordova and Defendant Anthony Baca's statements to Eric Duran, are nontestimonial?; (iv) Will the United States defend on appeal –– and not concede error –– the Court's ruling that Bruton v. United States, 391 U.S. 123 (1968) permits a nontestimonial confessions introduction, with a limiting instruction, if the confession implicates multiple defendants and is only admissible against one of them? The Court directs Assistant United States Attorney James Braun, or the current head of the Appellate Division of the United States Attorney's Office for the District of New Mexico, to respond on the United States' behalf by the end of business on January 17, 2018, so it can know the United States' appellate position. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/10/2018) |
| 01/11/2018 | 1621 | | ORDER by District Judge James O. Browning granting 1552 Motion for Leave to File Excess Pages (meq) (Entered: 01/11/2018) |
| 01/11/2018 | 1622 | | ORDER by District Judge James O. Browning granting 1580 Motion for Extension of Time to File Response (meq) (Entered: 01/11/2018) |
| 01/11/2018 | 1626 | | ORDER by District Judge James O. Browning granting 1590 Motion to Amend Fourth Scheduling Order (meq) (Entered: 01/11/2018) |
| 01/11/2018 | 1628 | | ORDER by District Judge James O. Browning granting 1575 Motion for Extension of Time to File Response to Motion in Limine (meq) (Entered: 01/11/2018) |
| 01/12/2018 | 1637 | | EXHIBIT LIST by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Armijo, Maria) (Entered: 01/12/2018) |
| 01/17/2018 | 1654 | | RESPONSE by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, |

| | | | |
|---|---|---|---|
| | | | Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Armijo, Maria) (Entered: 01/17/2018) |
| 01/18/2018 | 1655 | | NOTICE *to Correct Testimony* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Attachments: # 1 FBI FD 1057 re Wire intercepts)(Armijo, Maria) (Entered: 01/18/2018) |
| 01/18/2018 | 1656 | | NOTICE *OF GANG EXPERT TESTIMONY (SUPPLEMENTAL)* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1299 MOTION in Limine (Attachments: # 1 NMCD Memorandum Regarding Prison Gang Information)(Armijo, Maria) (Entered: 01/18/2018) |
| 01/22/2018 | 1670 | | Opposed MOTION for Order *for the Imposition of a January 31, 2018 Deadline for the Government to Produce a Summary of Statements it Intends to Offer Against Trial Two Defendants* by Billy Garcia as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez. (Castle, James) (Entered: 01/22/2018) |
| 01/22/2018 | 1672 | | TRANSCRIPT of Motion to Suppress Proceedings and James Hearing as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 01/08/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | | |
|---|---|---|---|
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/29/2018. Redaction Request due 2/12/2018. Redacted Transcript Deadline set for 2/22/2018. Release of Transcript Restriction set for 4/23/2018. (jab) (Entered: 01/22/2018) |
| 01/23/2018 | 1679 | | COURT'S FIRST PROPOSED PRELIMINARY JURY INSTRUCTIONS by District Judge James O. Browning. (kw) (Entered: 01/23/2018) |
| 01/23/2018 | 1682 | | NOTICE of hearing regarding the following Docs.: 1646 , 1657 , 1664 , 1673 , 1658 , 1661 and 1662 scheduled for 1/26/2018 at 09:00 AM in Las Cruces – 420 Mimbres Courtroom (North Tower) before District Judge James O. Browning. (kw)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]<br>(Entered: 01/23/2018) |
| 01/24/2018 | 1683 | | TRANSCRIPT of Motion to Suppress Proceedings and James Hearing as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 01/09/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/31/2018. Redaction Request due 2/14/2018. Redacted Transcript Deadline set for 2/26/2018. Release of |

| | | | |
|---|---|---|---|
| | | | Transcript Restriction set for 4/24/2018. (jab) (Entered: 01/24/2018) |
| 01/25/2018 | 1691 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, adding the following to the agenda of matters to be heard at the hearing scheduled for 1/26/2018: Docs. 1663 , 1684 , 1686 , 1687 and 1688 . (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/25/2018) |
| 01/25/2018 | 1696 | | ORDER by District Judge James O. Browning allowing defense staff to bring cellphones inside the courthouse (meq) (Entered: 01/25/2018) |
| 01/25/2018 | 1697 | | INSPECTION ORDER by District Judge James O. Browning (meq) (Entered: 01/25/2018) |
| 01/25/2018 | 1699 | | COURT'S SECOND PROPOSED PRELIMINARY JURY INSTRUCTIONS (w/citations) by District Judge James O. Browning (meq) (Entered: 01/25/2018) |
| 01/25/2018 | 1703 | | TRANSCRIPT of Motions to Suppress Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 01/10/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 2/1/2018. Redaction Request due 2/15/2018. Redacted Transcript Deadline set for 2/26/2018. Release of Transcript Restriction set for 4/25/2018. (jab) (Entered: 01/25/2018) |
| 01/26/2018 | 1752 | | EMAILS from Christopher Mickendrow regarding location of missing tablet(meq) (Entered: 02/06/2018) |
| 01/27/2018 | 1713 | | EXHIBIT LIST by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen |

| | | | |
|---|---|---|---|
| | | | Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Armijo, Maria) (Entered: 01/27/2018) |
| 01/29/2018 | 1746 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Jury Selection/Jury Trial as to Daniel Sanchez, Anthony Ray Baca, Carlos Herrera, and Rudy Perez held on 1/29/2018–2/2/2018 (Court Reporter: J. Bean) (meq) (Entered: 02/06/2018) |
| 02/02/2018 | 1735 | | RESPONSE in Opposition by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1733 MOTION in Limine *"Co−conspiracy" Statements* (Beck, Matthew) (Entered: 02/02/2018) |
| 02/05/2018 | 1743 | | Joint MOTION to Sever Defendant *Based on Practical Grounds* by Billy Garcia as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez, Brandy Rodriguez. (Castle, James) (Entered: 02/05/2018) |
| 02/06/2018 | 1747 | | COURT'S FINAL PRELIMINARY JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 02/06/2018) |
| 02/06/2018 | 1748 | | COURT'S FINAL PRELIMINARY JURY INSTRUCTIONS (GIVEN) (without citations) by District Judge James O. Browning (meq) (Entered: 02/06/2018) |
| 02/07/2018 | 1754 | | MOTION in Limine *to Exclude Extrinsic Evidence* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 02/07/2018) |
| 02/07/2018 | 1759 | | TRANSCRIPT of Motion to Suppress Proceedings and James Hearing as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, |

| | | | |
|---|---|---|---|
| | | | Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 01/26/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** <br><br>Notice of Intent to Request Redaction set for 2/14/2018. Redaction Request due 2/28/2018. Redacted Transcript Deadline set for 3/12/2018. Release of Transcript Restriction set for 5/8/2018. (jab) (Entered: 02/07/2018) |
| 02/08/2018 | 1762 | | NOTICE of motion hearing on all pending motions as to Group 2 Defendants scheduled for 3/12–16/2018 at 09:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning. An itemized agenda of the specific motions/matters to be heard will issue separately.(kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 02/08/2018) |
| 02/08/2018 | 1834 | | EMAIL From Christopher Mickendrow Regarding Tablets (meq) (Entered: 02/26/2018) |
| 02/09/2018 | 1768 | | NOTICE *of Redacted Transcripts* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit)(Armijo, Maria) (Entered: 02/09/2018) |
| 02/09/2018 | 1778 | | COURT'S FOURTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 02/12/2018) |
| 02/09/2018 | 1779 | | |

| | | | COURT'S FOURTH PROPOSED JURY INSTRUCTIONS (w/citations) by District Judge James O. Browning (meq) (Entered: 02/12/2018) |
|---|---|---|---|
| 02/12/2018 | 1781 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning denying the requests for relief in the Trial Brief in Support of Mr. Perez's Right to Present a Full Defense 1734 and the Trial Brief in Support of Mr. Perez's Right to Present Evidence of Threats 1742 (meq) (Entered: 02/12/2018) |
| 02/12/2018 | 1782 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning granting the request in the United States' Trial Brief Regarding Inadmissibility of Investigative Reports Under Rule 803(6) and Rule 803(8) 1753 (meq) (Entered: 02/12/2018) |
| 02/13/2018 | 1802 | | COURT'S FIFTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 02/15/2018) |
| 02/13/2018 | 1803 | | COURT'S FIFTH PROPOSED JURY INSTRUCTIONS (w/citations) by District Judge James O. Browning (meq) (Entered: 02/15/2018) |
| 02/19/2018 | 1810 | | MOTION for Writ of Habeas Corpus ad testificandum *for Billy Cordova* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Castellano, Randy) (Entered: 02/19/2018) |
| 02/19/2018 | 1811 | | MOTION for Writ of Habeas Corpus ad testificandum *for Eric Duran* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 02/19/2018) |
| 02/21/2018 | 1819 | | COURT'S SIXTH PROPOSED JURY INSTRUCTIONS (w/citations) by District Judge James O. Browning (meq) (Entered: 02/22/2018) |
| 02/21/2018 | 1822 | | ORDER by District Judge James O. Browning granting 1810 Motion for Writ of Habeas Corpus ad testificandum as to Billy Cordova (meq) (Entered: 02/23/2018) |
| 02/21/2018 | 1823 | | Writ of Habeas Corpus ad Prosequendum Issued as to Billy Cordova for 2–20–18 (meq) (Entered: 02/23/2018) |
| 02/21/2018 | 1824 | | ORDER by District Judge James O. Browning granting 1811 Motion for Writ of Habeas Corpus ad testificandum as to Eric Duran (meq) (Entered: 02/23/2018) |

| 02/21/2018 | 1825 | | Writ of Habeas Corpus ad Prosequendum Issued as to Eric Duran for 2–16–18 (meq) (Entered: 02/23/2018) |
|---|---|---|---|
| 02/22/2018 | 1818 | | COURT'S SIXTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 02/22/2018) |
| 02/27/2018 | 1835 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, notifying the parties that the Court will conduct a Pretrial Conference in conjunction with the motions hearing scheduled to commence 3/12/2018; also, notifying the parties that the following motions are set to be heard at said hearing: 1142 , 1143 , 1283 , 1284 , 1298 , 1307 , 1308 , 1318 , 1319 , 1320 , 1321 , 1504 , 1528 , 1531 , 1532 , 1602 , 1670 , 1671 , 1693 , 1743 , 1744 , 1754 & 1808 . Counsel shall provide a proposed batting order and estimated amount of time believed to be required to complete the presentation of evidence and/or argument on these motions no later than the close of business on 3/5/2018. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 02/27/2018) |
| 02/27/2018 | 1838 | | COURT'S SEVENTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 02/28/2018) |
| 02/27/2018 | 1839 | | COURT'S SEVENTH PROPOSED JURY INSTRUCTIONS (w/citations) by District Judge James O. Browning (meq) (Entered: 02/28/2018) |
| 03/01/2018 | 1848 | | RESPONSE by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez *Defendant Baca's Rule 29 Motion* (Castellano, Randy) (Entered: 03/01/2018) |
| 03/01/2018 | 1864 | | COURT'S EIGHTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 03/05/2018) |
| 03/01/2018 | 1865 | | COURT'S EIGHTH PROPOSED JURY INSTRUCTIONS (w/citations) by District Judge James O. Browning (meq) (Entered: 03/05/2018) |
| 03/02/2018 | 1849 | | NOTICE *of United States' Objections to Court's Eighth Proposed Jury Instructions* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1847 Notice (Other) (Castellano, Randy) (Entered: 03/02/2018) |
| 03/02/2018 | 1850 | | RESPONSE in Opposition by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, |

| | | |
|---|---|---|
| | | Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1842 MOTION to Dismiss , 1844 MOTION to Dismiss , 1841 MOTION to Dismiss *Case for Government's Outrageous Misconduct and Violation of Brady v. Maryland* (Attachments: # 1 Jan. 22 302, # 2 Mar. 6 302)(Beck, Matthew) (Entered: 03/02/2018) |
| 03/02/2018 | 1853 | NOTICE *of Joinder of Defendant Edward Troup in Christopher Garcia's Notice of Intent to Offer Expert Witness Testimony and the Amended Notice (Docs. 1257 and 1563)* by Edward Troup as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1257 Notice (Other) (Burke, Patrick) (Entered: 03/02/2018) |
| 03/02/2018 | 1859 | MOTION for Discovery *Motion for Discovery of the Arrest and Conviction Reports of Witnesses' Criminal History* by Joe Lawrence Gallegos as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Arturo Arnulfo Garcia, Andrew Gallegos. (Benjamin, Brock) (Entered: 03/02/2018) |
| 03/02/2018 | 1866 | COURT'S NINTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 03/05/2018) |
| 03/02/2018 | 1867 | COURT'S TENTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 03/05/2018) |
| 03/05/2018 | 1862 | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, adding the following motions to the agenda for the motions hearing set to commence 03/12/2018: 1292 , 1317 & 1694 . (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/05/2018) |
| 03/05/2018 | 1863 | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, adding Docs. 1859 & 1861 to the agenda for the motions hearing scheduled to commence 03/12/2018. (kw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/05/2018) |
| 03/05/2018 | 1869 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning denying the Defendants' Objection to Permitting the Jury to Consider Recordings, Never Presented in Court, During Their Deliberations (meq) (Entered: 03/05/2018) |
| 03/05/2018 | 1870 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning granting Defendant Anthony Ray Baca's oral motion for a judgment of acquittal, under rule 29 of the Federal Rules of Criminal Procedure, as to Count 8. (meq) (Entered: 03/05/2018) |

| | | | |
|---|---|---|---|
| 03/05/2018 | 1871 | | MOTION in Limine *to Preclude Cross−Examination of Special Agent Acee on Unrelated Conduct* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Beck, Matthew) (Entered: 03/05/2018) |
| 03/05/2018 | 1873 | | COURT'S ELEVENTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 03/06/2018) |
| 03/05/2018 | 1875 | | COURT'S TWELFTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 03/06/2018) |
| 03/05/2018 | 1876 | | COURT'S THIRTEENTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 03/06/2018) |
| 03/05/2018 | 1877 | | COURT'S FINAL JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (meq) (Entered: 03/06/2018) |
| 03/05/2018 | 1897 | | EMAIL from Theresa Duncan regarding Jury Instructions (meq) (Entered: 03/07/2018) |
| 03/07/2018 | 1882 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning granting Defendant Santos Gonzales' Motion for Production of Alleged Co−Conspirator Statements, Pre−Trial Hearing on Their Admissibility Pursuant to Fed.R.Evid. 801(d)(2)(E) 1141 , granting Defendant Rudy Perez's Motion for Production of Alleged Co−Conspirator Statements and for Pre−Trial Hearing on Their Admissibility 1228 , granting in part and denying in part the Opposed Motion for Specification of Co−Conspirator Statements and a Pre−Trial Hearing on the Statements' Admissibility 1303 , granting in part and denying in part Motion to Prevent the Admission of Statements of Non−Testifying Codefendants Implicating Defendant Billy Garcia and for an Order for the Government to Specify Such Statements Prior to Trial 1307 , granting Motion for James Hearing and Determination of Co−Conspirator Statements Admissibility at a Pre−Trial Hearing 1317 , granting Defendant Shauna Gutierrez' Opposed Motion for a James Hearing 1321 , granting in part and denying in part Motion in Limine to Exclude Statement of Cooperating Government Witnesses 1514 , denying Motion in Limine to Exclude Co−Defendant's Statements 1517 , denying Defendant Anthony Ray Baca's Motion in Limine to Prohibit the Government From Questioning Jerry Armenta About Defendant Anthony Ray Bacas Involvement in Counts 6 & 7 1540 , denying Defendant Daniel Sanchez's Motion in Limine to Preclude the Admission of Un−Confronted, Out of Court Statements Proffered by the Government at the James Hearing 1616 , and denying Motion to Renew Motion to Sever Defendants Charged with Offenses in Counts 6 and 7 1664 . (meq) (Entered: 03/07/2018) |
| 03/07/2018 | 1883 | | RESPONSE to Motion by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, |

| | | | |
|---|---|---|---|
| | | | Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1671 MOTION to Exclude *Testimony from Government's Gang Experts as Outlined in the United States' Supplemental Notice of Gang Expert Witnesses' Testimony [Doc. 1656]* (Armijo, Maria) (Entered: 03/07/2018) |
| 03/07/2018 | 1896 | | RESPONSE in Opposition by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Arturo Arnulfo Garcia, Andrew Gallegos re 1859 MOTION for Discovery *Motion for Discovery of the Arrest and Conviction Reports of Witnesses' Criminal History* (Armijo, Maria) (Entered: 03/07/2018) |
| 03/07/2018 | 1899 | | NOTICE *Notice of Entry of Appearance for Non−Party Leroy Lucero* by Leroy Lucero as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Fallick, Gregg) (Entered: 03/07/2018) |
| 03/08/2018 | 1902 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, adding Docs. 1871 & 1900 to the agenda of motions to be heard at the hearing scheduled to commence on 3/12/2018. (kw) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/08/2018) |
| 03/09/2018 | 1907 | | MOTION for Order *for Copy of Sealed Transcripts* by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Cooper, Robert) (Entered: 03/09/2018) |
| 03/09/2018 | 1922 | | Waiver of IAD antishuttling rights by Anthony Ray Baca (vv) (Entered: 03/12/2018) |
| 03/09/2018 | 1929 | | COURT'S SUPPLEMENTAL JURY INSTRUCTION by District Judge James O. Browning (vv) (Entered: 03/13/2018) |
| 03/10/2018 | 1911 | | MOTION to Quash *Subpoena to NMCD* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry |

| | | | |
|---|---|---|---|
| | | | Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Beck, Matthew) (Entered: 03/10/2018) |
| 03/12/2018 | 1918 | | RESPONSE by Joe Lawrence Gallegos as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 1903 Notice (Other),, (Benjamin, Brock) (Entered: 03/12/2018) |
| 03/12/2018 | 1921 | | MOTION to Quash subpoenas by Jim and Cheryl Moore as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (vv) (Entered: 03/12/2018) |
| 03/12/2018 | 1926 | | ORDER allowing defense staff to bring in cell phones inside the courthouse as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez by District Judge James O. Browning (vv) (Entered: 03/12/2018) |
| 03/12/2018 | 1963 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Motions Hearing held on 3/12/2018 – 3/16/18 re all pending motions as to all defendants (Court Reporter: J. Bean) (vv) (Entered: 03/23/2018) |
| 03/15/2018 | 1941 | | ORDER by District Judge James O. Browning re: Penitentiary of New Mexico North phone calls as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (cab) (Entered: 03/15/2018) |
| 03/15/2018 | 1942 | | |

| | | | |
|---|---|---|---|
| | | | ORDER by District Judge James O. Browning re: New Mexico Department of Corrections phone calls as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (cab) (Entered: 03/15/2018) |
| 03/15/2018 | 1944 | | NOTICE *United States' Notice Regarding James Statements From Trial 1* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Attachments: # 1 Exhibit)(Armijo, Maria) (Entered: 03/15/2018) |
| 03/16/2018 | 1946 | | RETURN OF EXHIBITS to counsel (vv) (Entered: 03/16/2018) |
| 03/16/2018 | 1947 | | RETURN OF EXHIBITS to counsel (vv) (Entered: 03/16/2018) |
| 03/16/2018 | 1950 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning denying request in 1903 Notice 1918 Response, as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (vv) (Entered: 03/16/2018) |
| 03/20/2018 | 1954 | | ORDER by District Judge James O. Browning as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (cab) (Entered: 03/20/2018) |
| 03/21/2018 | 1955 | | ORDER to redact portions of the clerk's minutes by District Judge James O. Browning granting 1953 Motion as to Daniel Sanchez (18), Anthony Ray Baca (21), Carlos Herrera (25), Rudy Perez (26) (vv) (Entered: 03/21/2018) |
| 03/21/2018 | 1956 | | Joint MOTION for Extension of Time to File *Parties Agreed and Disputed Challenges for Cause or Hardship* by Edward Troup as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, |

| | | | |
|---|---|---|---|
| | | | Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez. (Harbour–Valdez, Cori) (Entered: 03/21/2018) |
| 03/23/2018 | 1965 | | Joint MOTION to Extend (other) *March 23, 2018 Filing Deadline* by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez. (Armijo, Maria) (Entered: 03/23/2018) |
| 03/23/2018 | 1966 | | Proposed Jury Instructions by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez (Castellano, Randy) (Entered: 03/23/2018) |
| 03/23/2018 | 1967 | | Proposed Voir Dire by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez (Beck, Matthew) (Entered: 03/23/2018) |
| 03/23/2018 | 1969 | | Proposed Voir Dire by Edward Troup as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez (Harbour–Valdez, Cori) (Entered: 03/23/2018) |
| 03/23/2018 | 1970 | | Proposed Jury Instructions by Edward Troup as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez (Harbour–Valdez, Cori) (Entered: 03/23/2018) |
| 03/26/2018 | 1972 | | ORDER by District Judge James O. Browning granting 1956 Motion for Extension of Time to File as to Joe Lawrence Gallegos (2), Edward Troup (3), Billy Garcia (5), Allen Patterson (7), Christopher Chavez (8), Arturo Arnulfo Garcia (10), Andrew Gallegos (27), Shauna Gutierrez (30) (vv) (Entered: 03/26/2018) |
| 03/26/2018 | 1974 | | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, RESCINDING THE ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE THE PARTIES' AGREED AND DISPUTED CHALLENGES FOR CAUSE OR HARDSHIP 1972 and reinstating the deadlines related to Group 2's disclosure of juror questionnaires, the submission of the parties' agreed and disputed challenges and the Court's ruling on said challenges as previously provided on March 2, 2018. The sole modification to these deadlines is to require the parties to provide their agreed and disputed for cause challenges to the Court no later than 12:00 p.m. on 03/27/2018. (cab) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/26/2018) |
| 03/26/2018 | 1975 | | NOTICE OF JURY TRIAL as to Defendants Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos and Shauna Gutierrez resuming from 4/10/2018 through 6/1/2018 at 08:30 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning. (cab) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/26/2018) |
| 03/26/2018 | 1978 | | |

| | | | |
|---|---|---|---|
| | | | MOTION in Limine *to Admit Out−of−Court Statements* by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez. (Armijo, Maria) (Entered: 03/26/2018) |
| 03/26/2018 | 1979 | | EXHIBIT LIST by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez (Armijo, Maria) (Entered: 03/26/2018) |
| 03/28/2018 | 1995 | | NOTICE of motion hearing on all pending motions as to Group 2 Defendants scheduled for 4/4/2018 and 4/5/2018 at 08:30 AM in Las Cruces − 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning. An itemized agenda of the specific motions/matters to be heard will issue separately.(cab) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] Modified on 4/2/2018 to include 4/5/18(cab). (Entered: 03/28/2018) |
| 03/29/2018 | 1998 | | NOTICE of EMAIL COMMUNICATIONS as to applicable court reporting rates related to compensation for realtime transcript/feeds. (kdh) (Entered: 03/29/2018) |
| 04/02/2018 | 2021 | | RESPONSE by Andrew Gallegos re 1979 Exhibit List (Torraco, Lisa) (Entered: 04/02/2018) |
| 04/03/2018 | 2026 | | TRANSCRIPT of Motion Proceedings held on March 12, 2018 as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 03/12/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven−day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) Modified text on 4/4/2018 (kg). |

| | | | (Entered: 04/03/2018) |
|---|---|---|---|
| 04/03/2018 | 2027 | | TRANSCRIPT of Motion Proceedings held on March 13, 2018 as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 03/13/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) Modified text on 4/4/2018 (kg). (Entered: 04/03/2018) |
| 04/03/2018 | 2028 | | TRANSCRIPT of Motion Proceedings held on March 14, 2018 as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 03/14/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day** |

| | | | |
|---|---|---|---|
| | | | **period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) Modified text on 4/4/2018 (kg). (Entered: 04/03/2018) |
| 04/03/2018 | 2029 | | TRANSCRIPT of Motion Proceedings held on March 15, 2018 as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 03/15/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) Modified text on 4/4/2018 (kg). (Entered: 04/03/2018) |
| 04/03/2018 | 2030 | | TRANSCRIPT of Motion Proceedings held on March 16, 2018 as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 03/16/18, before |

| | | | |
|---|---|---|---|
| | | | District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) Modified text on 4/4/2018 (kg). (Entered: 04/03/2018) |
| 04/03/2018 | 2034 | | TRANSCRIPT of Excerpt of Testimony of Mario Montoya Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/20/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |

| 04/03/2018 | 2035 | | TRANSCRIPT of Excerpt of Testimony of Roy Martinez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/16/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2036 | | TRANSCRIPT Excerpt of Testimony of Jerry Ray Armenta as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/8–9 and 12/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days.** |

| | | | |
|---|---|---|---|
| | | | **For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2037 | | TRANSCRIPT Excerpt of Testimony of Gerald Archuleta and 104 Hearing as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/14/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2039 | | TRANSCRIPT Excerpt of Testimony of Bryan Acee as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 01/31/18 and 02/01/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | | |
|---|---|---|---|
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2040 | | TRANSCRIPT of Opening Statements as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 01/31/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2041 | | TRANSCRIPT Excerpt of Testimony of Mario Rodriguez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul |

| | | | |
|---|---|---|---|
| | | | Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/7−8/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven−day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2043 | | TRANSCRIPT Excerpt of Testimony of Eric Preston Duran as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/20−22/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven−day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |

| 04/03/2018 | 2044 | | TRANSCRIPT Excerpt of Testimony of Nancy Stemo as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/27–28/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2045 | | TRANSCRIPT Excerpt of Testimony of Billy Cordova as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/22–23/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days.** |

| | | | |
|---|---|---|---|
| | | | **For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2046 | | TRANSCRIPT Excerpt of Testimony of Manuel Armijo as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/1–2 and 8/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2047 | | TRANSCRIPTExcerpt of Testimony of Jerry Montoya as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/12–13/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | | |
|---|---|---|---|
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2048 | | MOTION in Limine *to Prohibit Government from Introducing Evidence of Allgeged* by Andrew Gallegos. (Attachments: # 1 Appendix A)(Torraco, Lisa) (Entered: 04/03/2018) |
| 04/03/2018 | 2049 | | TRANSCRIPT Excerpt of Testimony of Benjamin Clark as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/27/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/10/2018. Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018. (jab) (Entered: 04/03/2018) |
| 04/03/2018 | 2050 | | RESPONSE to Motion by Andrew Gallegos re 1978 MOTION in Limine *to Admit Out–of–Court Statements* (Torraco, Lisa) (Entered: 04/03/2018) |
| 04/04/2018 | 2054 | | |

| | | | |
|---|---|---|---|
| | | | TRANSCRIPT Excerpt of Testimony of Timothy Martinez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/13/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven−day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018. (jab) (Entered: 04/04/2018) |
| 04/04/2018 | 2055 | | TRANSCRIPT Excerpt of Testimony of Javier Rubio as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/02/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven−day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days.** |

| | | | |
|---|---|---|---|
| | | | **For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018. (jab) (Entered: 04/04/2018) |
| 04/04/2018 | 2056 | | TRANSCRIPT Excerpt of Testimony of David Calbert as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 2 & 5 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven−day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018. (jab) (Entered: 04/04/2018) |
| 04/04/2018 | 2057 | | TRANSCRIPT Excerpt of Testimony of Norman Rhoades as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/05/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | | |
|---|---|---|---|
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** <br><br> Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018.(jab) (Entered: 04/04/2018) |
| 04/04/2018 | 2058 | | TRANSCRIPT Excerpt of Testimony of Guadalupe Urquizo as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 5 & 6 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br> **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** <br><br> Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018. (jab) (Entered: 04/04/2018) |
| 04/04/2018 | 2059 | | TRANSCRIPT Excerpt of Testimony of Julian Romero as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, |

| | | | |
|---|---|---|---|
| | | | Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/14/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018. (jab) (Entered: 04/04/2018) |
| 04/04/2018 | 2060 | | TRANSCRIPT Excerpt of Testimony of Frederico Munoz as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 14 & 15 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018. (jab) (Entered: 04/04/2018) |

| 04/04/2018 | 2061 | | MOTION for Writ of Habeas Corpus ad testificandum by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 04/04/2018) |
|---|---|---|---|
| 04/04/2018 | 2062 | | TRANSCRIPT Excerpt of Testimony of Robert Martinez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 02/15/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven−day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018. (jab) (Entered: 04/04/2018) |
| 04/04/2018 | 2063 | | TRANSCRIPT Excerpt of Testimony of Bryan Acee as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 23 & 26 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's |

| | | | |
|---|---|---|---|
| | | | Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018. (jab) (Entered: 04/04/2018) |
| 04/04/2018 | 2064 | | TRANSCRIPT Excerpt of Testimony of Joseph Sainato as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on March 1 & 2 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2388. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018. (jab) (Entered: 04/04/2018) |
| 04/04/2018 | 2065 | | TRANSCRIPT Excerpt of Testimony of Bryan Acee as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo |

| | | | |
|---|---|---|---|
| | | | Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 03/02/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 4/11/2018. Redaction Request due 4/25/2018. Redacted Transcript Deadline set for 5/7/2018. Release of Transcript Restriction set for 7/3/2018. (jab) (Entered: 04/04/2018) |
| 04/04/2018 | 2066 | | RESPONSE re 1977 MOTION in Limine by Andrew Gallegos (Torraco, Lisa) Modified text on 4/4/2018 (kg). (Entered: 04/04/2018) |
| 04/04/2018 | 2068 | | ORDER by District Judge James O. Browning granting 2061 Motion for Writ of Habeas Corpus ad Testificandum for James Garcia. (Copies provided to USMS by VR) (kdh) (Entered: 04/04/2018) |
| 04/04/2018 | 2070 | | Writ of Habeas Corpus ad Testificandum Issued as to James Garcia for 04/05/18 in case as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Caleb Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Copies provided to USMS by VR) (kdh). (Entered: 04/04/2018) |
| 04/04/2018 | 2095 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Motion Hearing/Pretrial Conference held on 4/4/2018–4/5/2018 as to Defendants Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos. (Court Reporter: J. Bean) (Attachments: # 1 Exhibit List) (kdh) (Entered: 04/10/2018) |
| 04/04/2018 | 2102 | | LETTER to the Court from Attorney Gregg Fallick as to Angel DeLeon, Joe |

| | | | |
|---|---|---|---|
| | | | Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (kdh) (Entered: 04/12/2018) |
| 04/05/2018 | 2078 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning granting 1977 Motion in Limine as to Joe Lawrence Gallegos (2); granting 1978 Motion in Limine as to Joe Lawrence Gallegos (2) (cab) (Entered: 04/05/2018) |
| 04/06/2018 | 2079 | | NOTICE of EMAIL COMMUNICATIONS as to applicable court reporting rates related to compensation for realtime transcript/feeds.(kdh) (Entered: 04/06/2018) |
| 04/06/2018 | 2081 | | Court's First Proposed Preliminary Jury Instructions by District Judge James O. Browning (cab) (Entered: 04/06/2018) |
| 04/06/2018 | 2082 | | NOTICE *of Joint Proposed Statement of the Case* by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos (Castellano, Randy) (Entered: 04/06/2018) |
| 04/06/2018 | 2084 | | NOTICE *United States' Unopposed Notice of Removal of Witness* by USA as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos (Armijo, Maria) (Entered: 04/06/2018) |
| 04/09/2018 | 2088 | | EXHIBIT LIST by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos (Armijo, Maria) (Entered: 04/09/2018) |
| 04/09/2018 | 2324 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Jury Trial as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos held on 4/9/2018 – 5/22/18. (Court Reporter: J. Bean) (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (vv) (Entered: 06/06/2018) |
| 04/10/2018 | 2094 | | AMENDED ORDER by District Judge James O. Browning allowing defense staff to bring cellphones inside the courthouse. (kdh) (Entered: 04/10/2018) |
| 04/10/2018 | 2096 | | COURTS FIRST DRAFT OF TABLE TO BE INCLUDED IN THE IMPENDING MEMORANDUM OPINION AND ORDER REGARDING THE JAMES ISSUE (provided to the parties on April 4, 2018) (cab) Modified on 4/10/2018 (cab). (Entered: 04/10/2018) |
| 04/10/2018 | 2097 | | COURTS SECOND DRAFT OF TABLE TO BE INCLUDED IN THE IMPENDING MEMORANDUM OPINION AND ORDER REGARDING THE JAMES ISSUE(provided to the parties on April 9, 2018) (cab) (Entered: 04/10/2018) |
| 04/10/2018 | 2098 | | |

| | | | |
|---|---|---|---|
| | | | COURTS THIRD DRAFT OF TABLE TO BE INCLUDED IN THE IMPENDING MEMORANDUM OPINION AND ORDER REGARDING THE JAMES ISSUE(provided to the parties on April 9, 2018) (cab) (Entered: 04/10/2018) |
| 04/12/2018 | 2101 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning granting in part and denying in part 2071 Motion as to Arturo Arnulfo Garcia (10) (cab) (Entered: 04/12/2018) |
| 04/12/2018 | 2103 | | COURTS FOURTH DRAFT OF TABLE TO BE INCLUDED IN THE IMPENDING MEMORANDUM OPINION AND ORDER REGARDING THE JAMES ISSUE(provided to the parties on April 11, 2018) (cab) (Entered: 04/12/2018) |
| 04/12/2018 | 2105 | | SECOND AMENDED ORDER by District Judge James O. Browning allowing defense staff to bring cellphones inside the courthouse.(kdh) (Entered: 04/12/2018) |
| 04/12/2018 | 2107 | | MOTION for Presentence Investigation Report *Not be Disclosed to Co−Defendants &/or 3rd Parties* by Frederico Munoz as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Lopez, Louis) (Entered: 04/12/2018) |
| 04/12/2018 | 2108 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning Related Document(s): 2099 (cab) (Entered: 04/12/2018) |
| 04/13/2018 | 2109 | | ORDER FOR PRODUCTION by District Judge James O. Browning. (kdh) (Entered: 04/13/2018) |
| 04/13/2018 | 2110 | | ORDER TO SHOW CAUSE by District Judge James O. Browning that within two business days of this Order, Counsel for the aforementioned witnesses shall show cause as to why any PSIRs, draft PSIRs, probation notes or other documentation related to the reparation of their clients PSIR, other than personal identifying information, should not be released to defendant Billy Garcia with a protective order that such materials shall not be shared with the defendants. (kdh) (Entered: 04/13/2018) |
| 04/13/2018 | 2112 | | RESPONSE TO ORDER TO SHOW CAUSE by Frederico Munoz as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Lopez, Louis) (Entered: 04/13/2018) |
| 04/15/2018 | 2113 | | RESPONSE by Eugene Martinez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, |

| | | | |
|---|---|---|---|
| | | | Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez re 2110 Order to Show Cause, (Couleur, Douglas) (Entered: 04/15/2018) |
| 04/16/2018 | 2119 | | MEMORANDUM OPINION AND ORDER denying 2116 MOTION to Exclude *Statement of Mario Rodriguez* by District Judge James O. Browning (vv) (Entered: 04/16/2018) |
| 04/16/2018 | 2120 | | MOTION to Extend time to comply with subpoena by non party Bernalillo County District Attorney's Office (vv) (Entered: 04/16/2018) |
| 04/17/2018 | 2122 | | Third Amended ORDER allowing defense staff to bring in cell phones inside the courthouse by District Judge James O. Browning (vv) (Entered: 04/17/2018) |
| 04/17/2018 | 2124 | | MOTION to Exclude *Testimony and Evidence Relating to Frankie Gallegos* by Andrew Gallegos. (Torraco, Lisa) (Entered: 04/17/2018) |
| 04/17/2018 | 2129 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning Related Document(s): 2123 Trial Brief (cab) (Entered: 04/17/2018) |
| 04/18/2018 | 2131 | | MEMORANDUM OPINION AND ORDER denying 2121 MOTION to Exclude *Witness Testimony* by District Judge James O. Browning (vv) (Entered: 04/18/2018) |
| 04/18/2018 | 2132 | | MEMORANDUM OPINION AND ORDER re opening statement by District Judge James O. Browning (vv) (Entered: 04/18/2018) |
| 04/18/2018 | 2133 | | MOTION to Quash *Subpoena* by Billy Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Attachments: # 1 Exhibit, # 2 Exhibit)(Granata, Joshua) (Entered: 04/18/2018) |
| 04/20/2018 | 2140 | | Court's Proposed Preliminary Jury Instruction Provided to Jury on 4/13/2018 (cab) (Entered: 04/20/2018) |
| 04/23/2018 | 2145 | | NOTICE *of Objection* by Javier Alonso as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez |

| | | | (Chambers, Nathan) (Entered: 04/23/2018) |
|---|---|---|---|
| 04/23/2018 | 2146 | | MOTION for Writ of Habeas Corpus ad testificandum by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Armijo, Maria) (Entered: 04/23/2018) |
| 04/24/2018 | 2150 | | TRANSCRIPT of 104 Hearing and Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 04/04/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/1/2018. Redaction Request due 5/15/2018. Redacted Transcript Deadline set for 5/25/2018. Release of Transcript Restriction set for 7/23/2018. (jab) (Entered: 04/24/2018) |
| 04/25/2018 | 2161 | | MOTION Opposing Disclosure of Medical Records by Frederico Munoz as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Lopez, Louis) (Entered: 04/25/2018) |
| 04/25/2018 | 2162 | | |

| | | | |
|---|---|---|---|
| | | | MEMORANDUM OPINION AND ORDER denying 2141 MOTION to Exclude *Certain Statements by Joseph Otero* by District Judge James O. Browning (vv) (Entered: 04/25/2018) |
| 04/25/2018 | 2163 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning denying 2142 Motion in Limine as to Billy Garcia (5) (cab) (Entered: 04/25/2018) |
| 04/27/2018 | 2167 | | ORDER by District Judge James O. Browning granting 2146 Motion for Writ of Habeas Corpus ad testificandum (vv) (Entered: 04/27/2018) |
| 04/27/2018 | 2168 | | Writ of Habeas Corpus ad Prosequendum Issued for 4/30/18 (vv) (Entered: 04/27/2018) |
| 04/27/2018 | 2169 | | SUPPLEMENTAL PROTECTIVE ORDER as to defendants by District Judge James O. Browning (vv) (Entered: 04/27/2018) |
| 04/27/2018 | 2172 | | MEMO to all counsel from James O. Browning, United States District Judge (cab) (Entered: 04/27/2018) |
| 04/27/2018 | 2173 | | COURT'S FIRST PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 04/27/2018) |
| 04/27/2018 | 2174 | | COURT'S FIRST PROPOSED JURY INSTRUCTIONS (without citations) by District Judge James O. Browning (vv) (Entered: 04/27/2018) |
| 04/27/2018 | 2175 | | MOTION to Exclude *Out of Court Statements Made by Adrian Burns* by Andrew Gallegos. (Torraco, Lisa) (Entered: 04/27/2018) |
| 04/27/2018 | 2178 | | MEMORANDUM OPINION by District Judge James O. Browning Related document(s): 1985 MOTION for Order *to Obtain Physical and Mental Health Records* 2161 MOTION Opposing Disclosure of Medical Records . (cab) (Entered: 04/27/2018) |
| 04/30/2018 | 2180 | | Email defense memo re trial road map (vv) (Entered: 04/30/2018) |
| 04/30/2018 | 2181 | | Email from James Castle order on motion to dismiss (vv) (Entered: 04/30/2018) |
| 04/30/2018 | 2182 | | LETTER to Judge Browning on the CJA Managing Attorney (vv) (Entered: 04/30/2018) |
| 04/30/2018 | 2183 | | AMENDED MEMORANDUM OPINION AND ORDER re 2178 Memorandum Opinion by District Judge James O. Browning (vv) (Entered: 04/30/2018) |
| 04/30/2018 | 2184 | | COURT'S SECOND PROPOSED JURY INSTRUCTIONS (with Citations) by District Judge James O. Browning (vv) (Entered: 04/30/2018) |
| 04/30/2018 | 2185 | | FILED IN ERROR: Proposed Jury Instructions by Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos (Harbour–Valdez, Cori) Modified to add file in error text at attorney's request on 4/30/2018 (bc). (Entered: 04/30/2018) |
| 04/30/2018 | 2186 | | Proposed Jury Instructions by Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew |

| | | | |
|---|---|---|---|
| | | | Gallegos (Attachments: # <u>1</u> Exhibit Proposed Instruction No. 13)(Harbour–Valdez, Cori) (Entered: 04/30/2018) |
| 04/30/2018 | <u>2187</u> | | COURT'S SECOND PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 04/30/2018) |
| 05/01/2018 | <u>2190</u> | | TRANSCRIPT of 104 Hearing and Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 04/05/18, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/8/2018. Redaction Request due 5/22/2018. Redacted Transcript Deadline set for 6/1/2018. Release of Transcript Restriction set for 7/30/2018. (jab) (Entered: 05/01/2018) |
| 05/02/2018 | <u>2195</u> | | TRANSCRIPT of Excerpt of Testimony of Felipe Gonzalez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 19 and 20, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request** |

|  |  |  | **Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/9/2018. Redaction Request due 5/23/2018. Redacted Transcript Deadline set for 6/4/2018. Release of Transcript Restriction set for 7/31/2018. (jab) (Entered: 05/02/2018) |
| 05/02/2018 | 2196 |  | TRANSCRIPT of Excerpted Testimony of Norman Rhoades as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 19 and 20, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/9/2018. Redaction Request due 5/23/2018. Redacted Transcript Deadline set for 6/4/2018. Release of Transcript Restriction set for 7/31/2018. (jab) (Entered: 05/02/2018) |
| 05/03/2018 | 2198 |  | COURT'S THIRD PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 05/03/2018) |
| 05/03/2018 | 2199 |  | MEMORANDUM OPINION AND ORDER granting in part and denied in part 2188 MOTION to Exclude *Marital Communication Privileged Testimony by Yvonne Madrid* by District Judge James O. Browning (vv) (Entered: 05/03/2018) |
| 05/03/2018 | 2200 |  | WITNESS LIST by Andrew Gallegos (Torraco, Lisa) (Entered: 05/03/2018) |

| 05/03/2018 | 2203 | | SEALED EMAIL from Maria Armijo with proposed trial schedule 5–3 (Attachments: # 1 Exhibit) (vv) (Entered: 05/04/2018) |
|---|---|---|---|
| 05/03/2018 | 2204 | | SEALED EMAIL received from Cori A Harbour re trial schedule (Attachments: # 1 Exhibit, # 2 Exhibit) (vv) (Entered: 05/04/2018) |
| 05/04/2018 | 2205 | | SEALED EMAIL received from Cori Harbour re trial schedule (Attachments: # 1 Exhibit) (vv) (Entered: 05/04/2018) |
| 05/04/2018 | 2206 | | COURTS DRAFT TABLE RELATED TO WITNESS MICHAEL JARAMILLO (cab) (Entered: 05/04/2018) |
| 05/04/2018 | 2207 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning denying 2202 Motion in Limine as to Edward Troup (3) (cab) (Entered: 05/04/2018) |
| 05/07/2018 | 2213 | | NOTICE *of Entry of Appearance for Interested Party* by NM Corrections Department, Probation & Parole Division as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Nault, Kevin) (Entered: 05/07/2018) |
| 05/07/2018 | 2218 | | EMAIL received from Cori Harbour re trial schedule (vv) (Entered: 05/08/2018) |
| 05/07/2018 | 2219 | | EMAIL received from Cori Harbour re trial schedule (vv) (Entered: 05/08/2018) |
| 05/08/2018 | 2217 | | COURT'S FOURTH DRAFT JURY INSTRUCTIONS WITHOUT CITATIONS by District Judge James O. Browning (vv) (Entered: 05/08/2018) |
| 05/08/2018 | 2220 | | ORDER by District Judge James O. Browning re USMS shall be permitted to conduct a search of the cells of inmates (vv) (Entered: 05/08/2018) |
| 05/08/2018 | 2225 | | COURT'S FOURTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 05/08/2018) |
| 05/08/2018 | 2226 | | NOTICE *of Compliance by New Mexico Corrections Department* by NM Corrections Department, Probation & Parole Division as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Nault, Kevin) (Entered: 05/08/2018) |
| 05/08/2018 | 2228 | | ADDENDUM to 2225 Court's Jury Instructions (vv) (Entered: 05/08/2018) |

| 05/09/2018 | 2233 | | TRANSCRIPT of Opening Statements as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 12, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br> **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** <br><br> Notice of Intent to Request Redaction set for 5/16/2018. Redaction Request due 5/30/2018. Redacted Transcript Deadline set for 6/11/2018. Release of Transcript Restriction set for 8/7/2018. (jab) (Entered: 05/09/2018) |
| 05/09/2018 | 2234 | | TRANSCRIPT Excerpted Testimony of Bryan Acee as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 12, 13 and 16, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br> **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the** |

| | | | |
|---|---|---|---|
| | | | **complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/16/2018. Redaction Request due 5/30/2018. Redacted Transcript Deadline set for 6/11/2018. Release of Transcript Restriction set for 8/7/2018. (jab) (Entered: 05/09/2018) |
| 05/09/2018 | 2235 | | TRANSCRIPT of Excerpted Testimony of Mario Rodriguez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 16 & 17, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven−day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/16/2018. Redaction Request due 5/30/2018. Redacted Transcript Deadline set for 6/11/2018. Release of Transcript Restriction set for 8/7/2018. (jab) (Entered: 05/09/2018) |
| 05/09/2018 | 2236 | | TRANSCRIPT of Excerpted Testimony of Julian Romero as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 17 & 18, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | | |
|---|---|---|---|
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/16/2018. Redaction Request due 5/30/2018. Redacted Transcript Deadline set for 6/11/2018. Release of Transcript Restriction set for 8/7/2018. (jab) (Entered: 05/09/2018) |
| 05/09/2018 | 2237 | | TRANSCRIPT of Excerpted Testimony of Phillip Gonzales as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 18 & 19, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/16/2018. Redaction Request due 5/30/2018. Redacted Transcript Deadline set for 6/11/2018. Release of Transcript Restriction set for 8/7/2018. (jab) (Entered: 05/09/2018) |
| 05/09/2018 | 2238 | | TRANSCRIPT of Excerpted Testimony of Roy Paul Martinez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos |

| | | |
|---|---|---|
| | | Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 20 & 23, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/16/2018. Redaction Request due 5/30/2018. Redacted Transcript Deadline set for 6/11/2018. Release of Transcript Restriction set for 8/7/2018. (jab) (Entered: 05/09/2018) |
| 05/09/2018 | 2239 | TRANSCRIPT of Excerpted Testimony of Joseph Otero as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 20 & 23, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/16/2018. Redaction Request due 5/30/2018. Redacted Transcript Deadline set for 6/11/2018. Release of Transcript Restriction set for 8/7/2018. (jab) (Entered: 05/09/2018) |

| 05/09/2018 | 2240 | | TRANSCRIPT of Excerpted Testimony of William Farmer as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 30 & May 1, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/16/2018. Redaction Request due 5/30/2018. Redacted Transcript Deadline set for 6/11/2018. Release of Transcript Restriction set for 8/7/2018. (jab) (Entered: 05/09/2018) |
| 05/09/2018 | 2244 | | MINUTE ORDER Pursuant to the direction of District Judge James O. Browning, counsel shall provide to the Court a copy of the *Kastigar* letter for Billy Cordova as soon as possible. (cab) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 05/09/2018) |
| 05/10/2018 | 2250 | | ORDER re 2214 Emergency MOTION to Quash *Subpoenas for William Roach and Jesus Sandoval* filed by NM Corrections Department by District Judge James O. Browning (vv) (Entered: 05/10/2018) |
| 05/10/2018 | 2252 | | COURT'S FIFTH PROPOSED JURY INSTRUCTIONS (with citations)by District Judge James O. Browning (vv) (Entered: 05/10/2018) |
| 05/10/2018 | 2253 | | CORRECTED COURT'S FIFTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 05/10/2018) |
| 05/10/2018 | 2254 | | COURT'S FIFTH PROPOSED JURY INSTRUCTIONS (with citations)by District Judge James O. Browning (vv) (Entered: 05/10/2018) |
| 05/11/2018 | 2256 | | ORDER by District Judge James O. Browning granting 2248 Motion to Withdraw Document 2215 as to Billy Garcia (5) (vv) (Entered: 05/11/2018) |
| 05/14/2018 | 2263 | | COURT'S SIXTH PROPOSED JURY INSTRUCTIONS (with citations) by |

| | | | District Judge James O. Browning (vv) (Entered: 05/14/2018) |
|---|---|---|---|
| 05/14/2018 | 2264 | | COURT'S SIXTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 05/14/2018) |
| 05/14/2018 | 2265 | | MEMORANDUM OPINION AND ORDER granting 2245 MOTION in Limine *to Exclude Irrelevant Evidence under Rule 609* by District Judge James O. Browning (vv) (Entered: 05/14/2018) |
| 05/14/2018 | 2270 | | ORDER granting writ of habeas corpus ad testificandum for Brandy Rodriguez by District Judge James O. Browning (vv) (Entered: 05/14/2018) |
| 05/14/2018 | 2271 | | Writ of Habeas Corpus ad Prosequendum Issued as to Brandy Rodriguez for 5/15/18 (vv) (Entered: 05/14/2018) |
| 05/15/2018 | 2273 | | COURT'S SEVENTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 05/15/2018) |
| 05/15/2018 | 2274 | | COURT'S SEVENTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 05/15/2018) |
| 05/15/2018 | 2275 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning granting United States' oral motion (vv) (Entered: 05/15/2018) |
| 05/15/2018 | 2276 | | ORDER granting writ of habeas corpus ad testificandum for Lorenzo Mora by District Judge James O. Browning (vv) (Entered: 05/15/2018) |
| 05/15/2018 | 2277 | | Writ of Habeas Corpus ad Prosequendum Issued as to Lorenzo Mora for 5/16/18 (vv) (Entered: 05/15/2018) |
| 05/16/2018 | 2282 | | TRANSCRIPT of Excerpted Testimony of Leonard Lujan as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 23 and 24, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505−348−2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven−day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** |

| | | | |
|---|---|---|---|
| | | | Notice of Intent to Request Redaction set for 5/23/2018. Redaction Request due 6/6/2018. Redacted Transcript Deadline set for 6/18/2018. Release of Transcript Restriction set for 8/14/2018. (jab) (Entered: 05/16/2018) |
| 05/16/2018 | 2283 | | TRANSCRIPT of Excerpted Testimony of Lawrence Torres as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 24 and 25, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br> **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** <br><br> Notice of Intent to Request Redaction set for 5/23/2018. Redaction Request due 6/6/2018. Redacted Transcript Deadline set for 6/18/2018. Release of Transcript Restriction set for 8/14/2018. (jab) (Entered: 05/16/2018) |
| 05/16/2018 | 2284 | | TRANSCRIPT of Excerpted Testimony of Manuel Jacob Armijo as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 26 and 27, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br> **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this** |

| | | | |
|---|---|---|---|
| | | | **transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/23/2018. Redaction Request due 6/6/2018. Redacted Transcript Deadline set for 6/18/2018. Release of Transcript Restriction set for 8/14/2018. (jab) (Entered: 05/16/2018) |
| 05/16/2018 | 2285 | | TRANSCRIPT of Excerpted Testimony of Jason Van Veghel as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 1, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/23/2018. Redaction Request due 6/6/2018. Redacted Transcript Deadline set for 6/18/2018. Release of Transcript Restriction set for 8/14/2018. (jab) (Entered: 05/16/2018) |
| 05/16/2018 | 2286 | | TRANSCRIPT of Excerpted Testimony of Willie Romero as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 2, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, |

| | | | |
|---|---|---|---|
| | | | Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/23/2018. Redaction Request due 6/6/2018. Redacted Transcript Deadline set for 6/18/2018. Release of Transcript Restriction set for 8/14/2018. (jab) (Entered: 05/16/2018) |
| 05/16/2018 | 2287 | | TRANSCRIPT of Excerpted Testimony of Jose Gomez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 2 and 3, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/23/2018. Redaction Request due 6/6/2018. Redacted Transcript Deadline set for 6/18/2018. Release of Transcript Restriction set for 8/14/2018. (jab) (Entered: 05/16/2018) |
| 05/16/2018 | 2288 | | COURT'S EIGHTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 05/16/2018) |

| 05/16/2018 | 2289 | | TRANSCRIPT of Excerpted Testimony of Shauna Gutierrez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 3, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** Notice of Intent to Request Redaction set for 5/23/2018. Redaction Request due 6/6/2018. Redacted Transcript Deadline set for 6/18/2018. Release of Transcript Restriction set for 8/14/2018. (jab) (Entered: 05/16/2018) |
| 05/16/2018 | 2290 | | COURT'S EIGHTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 05/16/2018) |
| 05/17/2018 | 2292 | | COURT'S NINTH PROPOSED JURY INSTRUCTIONS (with citations) by District Judge James O. Browning (vv) (Entered: 05/17/2018) |
| 05/17/2018 | 2294 | | COURT'S TENTH PROPOSED JURY INSTRUCTIONS WITH CITATIONS (cab) (Entered: 05/17/2018) |
| 05/22/2018 | 2301 | | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning re 2295 Defendants' Objection to Jury Instruction 31, filed May 20, 2018. IT IS ORDERED that the Defendants' Objection to Jury Instruction 31, filed May 20, 2018 (Doc. 2295), is overruled. (kg) (Entered: 05/22/2018) |
| 05/23/2018 | 2302 | | COURT'S FINAL JURY INSTRUCTIONS (without citations) by District Judge James O. Browning. (kg) (Entered: 05/23/2018) |
| 05/23/2018 | 2303 | | COURT'S FINAL JURY INSTRUCTIONS (with citations) by District Judge James O. Browning. (kg) (Entered: 05/23/2018) |
| 05/23/2018 | 2304 | | TRANSCRIPT of Excerpt of Testimony of Eugene Martinez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry |

| | | | |
|---|---|---|---|
| | | | Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 25 & 26 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2305 | | TRANSCRIPT of Excerpt of Testimony of Morgan Ramirez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 30 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** |

| | | | |
|---|---|---|---|
| | | | Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2306 | | TRANSCRIPT of Excerpted Testimony of Paul Rivera as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 3 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2307 | | TRANSCRIPT of Excerpted Testimony of Benjamin Clark as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 4 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this** |

| | | | |
|---|---|---|---|
| | | | transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.<br><br>Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2308 | | TRANSCRIPT of Excerpted Testimony if Samuel Gonzales as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 4 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2309 | | TRANSCRIPT of Excerpted Testimony of Ruben Hernandez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 4 & 7 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer |

| | | | |
|---|---|---|---|
| | | | Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** |
| | | | Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2310 | | TRANSCRIPT of Excerpted Testimony of Javier Alonso as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 7 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** |
| | | | Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2311 | | TRANSCRIPT of Excerpted Testimony of Raymond Rascon as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy |

| | | | |
|---|---|---|---|
| | | | Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 9 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2312 | | TRANSCRIPT of Excerpted Testimony of Billy Cordova as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 9 & 10 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative** |

| | | | |
|---|---|---|---|
| | | | **Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2313 | | TRANSCRIPT of Excerpted Testimony of Sammy Griego as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 10 & 11 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2314 | | TRANSCRIPT of Excerpted Testimony of Gerald Archuleta as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 11 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven** |

| | | | |
|---|---|---|---|
| | | | **(7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2315 | | TRANSCRIPT of Excerpted Testimony of Bryan Acee as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 11 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2316 | | TRANSCRIPT of Excerpted Testimony of Michael Jaramillo as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, |

| | | | |
|---|---|---|---|
| | | | Shauna Gutierrez, Brandy Rodriguez held on May 14 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 5/30/2018. Redaction Request due 6/13/2018. Redacted Transcript Deadline set for 6/25/2018. Release of Transcript Restriction set for 8/21/2018. (jab) (Entered: 05/23/2018) |
| 05/23/2018 | 2325 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Jury Trial [Deliberations] as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos held on 5/23/2018– 5/25/18 (Court Reporter: J. Bean) (vv) (Entered: 06/06/2018) |
| 05/25/2018 | 2332 | | JURY VERDICT (vv) (Entered: 06/06/2018) |
| 05/30/2018 | 2318 | | TRANSCRIPT of Excerpted Trial Testimony of Bryan Acee as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 14 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the** |

| | | | |
|---|---|---|---|
| | | | **complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** |
| | | | Notice of Intent to Request Redaction set for 6/6/2018. Redaction Request due 6/20/2018. Redacted Transcript Deadline set for 7/2/2018. Release of Transcript Restriction set for 8/28/2018. (jab) (Entered: 05/30/2018) |
| 05/30/2018 | 2319 | | TRANSCRIPT of Excerpted Trial Testimony of Jimmie Rae Gordon as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 16 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 6/6/2018. Redaction Request due 6/20/2018. Redacted Transcript Deadline set for 7/2/2018. Release of Transcript Restriction set for 8/28/2018. (jab) (Entered: 05/30/2018) |
| 06/01/2018 | 2320 | | TRANSCRIPT of Trial Excerpt of Leroy Lucero as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 7 and 8 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | | |
|---|---|---|---|
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 6/8/2018. Redaction Request due 6/22/2018. Redacted Transcript Deadline set for 7/2/2018. Release of Transcript Restriction set for 8/30/2018. (jab) (Entered: 06/01/2018) |
| 06/01/2018 | 2321 | | TRANSCRIPT of Trial Excerpt of Frederico Munoz as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 8 and 9 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 6/8/2018. Redaction Request due 6/22/2018. Redacted Transcript Deadline set for 7/2/2018. Release of Transcript Restriction set for 8/30/2018. (jab) (Entered: 06/01/2018) |
| 06/01/2018 | 2322 | | TRANSCRIPT of Testimony Excerpt of Bryan Acee as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy |

| | | | |
|---|---|---|---|
| | | | Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 15 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 6/8/2018. Redaction Request due 6/22/2018. Redacted Transcript Deadline set for 7/2/2018. Release of Transcript Restriction set for 8/30/2018. (jab) (Entered: 06/01/2018) |
| 06/06/2018 | 2335 | | Unopposed MOTION to Extend (other) *JOINT MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTIONS FOR DIRECTED VERDICT AND MOTIONS FOR NEW TRIAL* by Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Arturo Arnulfo Garcia, Andrew Gallegos. (Harbour–Valdez, Cori) (Entered: 06/06/2018) |
| 06/11/2018 | 2336 | | ORDER by District Judge James O. Browning granting 2335 Motion to Extend (other) as to Joe Lawrence Gallegos (2), Edward Troup (3), Billy Garcia (5), Arturo Arnulfo Garcia (10), Andrew Gallegos (27) (vv) (Entered: 06/11/2018) |
| 06/15/2018 | 2338 | | Unopposed MOTION for Extension of Time to File *Rule 29 and Rule 33 motions* by Anthony Ray Baca as to Joe Lawrence Gallegos, Edward Troup, Billy Garcia, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Carlos Herrera, Andrew Gallegos. (Duncan, Theresa) (Entered: 06/15/2018) |
| 06/20/2018 | 2342 | | ORDER by District Judge James O. Browning granting 2338 Motion for Extension of Time to File as to Joe Lawrence Gallegos (2), Edward Troup (3), Billy Garcia (5), Arturo Arnulfo Garcia (10), Daniel Sanchez (18), Anthony Ray Baca (21), Carlos Herrera (25), Andrew Gallegos (27) (vv) (Entered: 06/20/2018) |
| 07/03/2018 | 2344 | | TRANSCRIPT of Excerpt of Voir Dire Examination by the Court as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, |

|  |  |  | Shauna Gutierrez, Brandy Rodriguez held on January 29 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 7/10/2018. Redaction Request due 7/24/2018. Redacted Transcript Deadline set for 8/3/2018. Release of Transcript Restriction set for 10/1/2018. (jab) (Entered: 07/03/2018) |
|---|---|---|---|
| 07/05/2018 | 2346 |  | MOTION for Hearing *for Presentment of Order on Docs 1694, 2110, 2113* by Eugene Martinez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Couleur, Douglas) (Entered: 07/05/2018) |
| 07/25/2018 | 2354 |  | TRANSCRIPT of Jury Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 9 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal** |

| | | | |
|---|---|---|---|
| | | | **data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 8/1/2018. Redaction Request due 8/15/2018. Redacted Transcript Deadline set for 8/27/2018. Release of Transcript Restriction set for 10/23/2018. (jab) (Entered: 07/25/2018) |
| 07/25/2018 | 2355 | | TRANSCRIPT of Jury Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 10 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 8/1/2018. Redaction Request due 8/15/2018. Redacted Transcript Deadline set for 8/27/2018. Release of Transcript Restriction set for 10/23/2018. (jab) (Entered: 07/25/2018) |
| 07/25/2018 | 2356 | | SEALED TRANSCRIPT of Jury Trial Proceedings (including voir dire) as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 11 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2833. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. (jab) Modified on |

| | | | |
|---|---|---|---|
| | | | 8/1/2018 (ljs). (Entered: 07/25/2018) |
| 09/07/2018 | 2390 | | SENTENCING MEMORANDUM by Brandy Rodriguez as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Walz, Jerry) (Entered: 09/07/2018) |
| 09/26/2018 | 2400 | | NOTICE *of Withdrawal of Counsel* by USA as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez (Beck, Matthew) Modified spellings on 9/27/2018 (vv). (Entered: 09/26/2018) |
| 10/15/2018 | 2415 | | Joint MOTION for New Trial *Gallegos' Rule 29 Motion for Judgment of Acquittal or in the Alternative Motion for New Trial with Regard to Counts Four and Five* by Joe Lawrence Gallegos as to Joe Lawrence Gallegos, Andrew Gallegos. (Benjamin, Brock) (Entered: 10/15/2018) |
| 10/15/2018 | 2418 | | MOTION for New Trial by Andrew Gallegos. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Torraco, Lisa) (Entered: 10/15/2018) |
| 11/02/2018 | 2437 | | NOTICE OF HEARING ON MOTION 2408 MOTION for New Trial *(FRCP Rule 33) or Judgment of Acquittal (FRCP Rule 29)*, 2413 MOTION for New Trial , 2415 Joint MOTION for New Trial *Gallegos' Rule 29 Motion for Judgment of Acquittal or in the Alternative Motion for New Trial with Regard to Counts Four and Five*, 2418 MOTION for New Trial , 2419 MOTION for New Trial *Count 1*, 2420 MOTION for New Trial , 2421 MOTION for New Trial and 2422 MOTION for Acquittal Or, In the Alternative, Dismissal Pursuant to Rule 12(b)(2) by Arturo Arnulfo Garcia. Motion Hearing set for 12/17/2018 through 12/19/2018 at 08:30 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge James O. Browning. (cab) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/02/2018) |
| 11/05/2018 | 2442 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 2418 MOTION for New Trial , 2408 MOTION for New Trial *(FRCP Rule 33) or Judgment of Acquittal (FRCP Rule 29)* by USA as to Daniel Sanchez, Andrew Gallegos. (Armijo, Maria) (Entered: 11/05/2018) |
| 11/06/2018 | 2444 | | ORDER by District Judge James O. Browning granting 2442 Motion for Extension of Time to File Response/Reply as to Andrew Gallegos (27) (vv) (Entered: 11/06/2018) |

| | | | |
|---|---|---|---|
| 11/26/2018 | 2450 | | RESPONSE to Motion by USA as to Andrew Gallegos re 2418 MOTION for New Trial (Armijo, Maria) (Entered: 11/26/2018) |
| 11/30/2018 | 2452 | | RESPONSE to Motion by USA as to Joe Lawrence Gallegos, Andrew Gallegos re 2415 Joint MOTION for New Trial *Gallegos' Rule 29 Motion for Judgment of Acquittal or in the Alternative Motion for New Trial with Regard to Counts Four and Five* (Armijo, Maria) (Entered: 11/30/2018) |
| 11/30/2018 | 2455 | | TRANSCRIPT Transcript of Excerpt of Testimony of Richard Williamson as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 27 & 30 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 12/7/2018. Redaction Request due 12/21/2018. Redacted Transcript Deadline set for 12/31/2018. Release of Transcript Restriction set for 2/28/2019. (jab) (Entered: 11/30/2018) |
| 11/30/2018 | 2456 | | TRANSCRIPT Excerpt of Testimony of Amber Sutton as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 27 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | | |
|---|---|---|---|
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 12/7/2018. Redaction Request due 12/21/2018. Redacted Transcript Deadline set for 12/31/2018. Release of Transcript Restriction set for 2/28/2019. (jab) (Entered: 11/30/2018) |
| 11/30/2018 | 2458 | | TRANSCRIPT Excerpt of Testimony of Michael Sutton as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on April 30 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 12/7/2018. Redaction Request due 12/21/2018. Redacted Transcript Deadline set for 12/31/2018. Release of Transcript Restriction set for 2/28/2019. (jab) (Entered: 11/30/2018) |
| 11/30/2018 | 2459 | | TRANSCRIPT Excerpt of Testimony of Charlene Baldizan as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos |

| | | | |
|---|---|---|---|
| | | | Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 1 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 12/7/2018. Redaction Request due 12/21/2018. Redacted Transcript Deadline set for 12/31/2018. Release of Transcript Restriction set for 2/28/2019. (jab) (Entered: 11/30/2018) |
| 12/17/2018 | 2484 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Evidentiary Hearing as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 12/17/2018 (Court Reporter: J. Bean) (cab) (Entered: 01/09/2019) |
| 01/04/2019 | 2479 | | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on December 17, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day** |

| | | | |
|---|---|---|---|
| | | | **period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/11/2019. Redaction Request due 1/25/2019. Redacted Transcript Deadline set for 2/4/2019. Release of Transcript Restriction set for 4/4/2019. (jab) (Entered: 01/04/2019) |
| 01/04/2019 | 2480 | | TRANSCRIPT of Motion Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on December 18, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 1/11/2019. Redaction Request due 1/25/2019. Redacted Transcript Deadline set for 2/4/2019. Release of Transcript Restriction set for 4/4/2019. (jab) (Entered: 01/04/2019) |
| 01/10/2019 | 2486 | | Supplemental Juror Questionnaire for Trial 1 (cab) (Entered: 01/10/2019) |
| 01/10/2019 | 2487 | | Supplemental Juror Questionnaire Trial 2 (cab) (Entered: 01/10/2019) |
| 01/14/2019 | 2489 | | ORDER by District Judge James O. Browning granting 2485 Motion for Extension of Time to File Further Motions for Discovery And/Or Motion for New Trial as to Billy Garcia (5) (meq) (Entered: 01/14/2019) |
| 01/15/2019 | 2490 | | NOTICE *Joining Arturo Arnulfo Garcia's Motion for Judgment of Acquittal or in the Alternative, Dismissal Pursuant to Rule 12 (B)(2) [Doc.2422]* by Andrew Gallegos (Torraco, Lisa) (Entered: 01/15/2019) |
| 01/15/2019 | 2491 | | Supplement to MOTION for New Trial by Andrew Gallegos. (Torraco, Lisa) Modified text on 1/16/2019 (vv). (Entered: 01/15/2019) |

| 01/28/2019 | 2495 | | LETTER from US Attorney to US District Judge James O. Browning (vv) (Entered: 01/28/2019) |
|---|---|---|---|
| 01/28/2019 | 2496 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 2491 Supplement to MOTION for New Trial by USA as to Andrew Gallegos. (Armijo, Maria) (Entered: 01/28/2019) |
| 02/01/2019 | 2498 | | ORDER by District Judge James O. Browning granting 2496 Motion for Extension of Time to File Response/Reply as to Andrew Gallegos (27) (vv) (Entered: 02/01/2019) |
| 02/11/2019 | 2504 | | Unopposed MOTION for Extension of Time to File *Further Motions for Discovery and/or Motions for New Trial* by Billy Garcia, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez. (Cooper, Robert) (Entered: 02/11/2019) |
| 02/19/2019 | 2515 | | RESPONSE by USA as to Andrew Gallegos re 2491 Supplement to MOTION for New Trial (Castellano, Randy) (Entered: 02/19/2019) |
| 02/22/2019 | 2519 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on January 31, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |

| 02/22/2019 | 2520 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 1, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2521 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 2, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative** |

| | | | |
|---|---|---|---|
| | | | **Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2522 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 5, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2523 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 6, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this** |

| | | | |
|---|---|---|---|
| | | | transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2524 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 7, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2525 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 8, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased |

| | | | |
|---|---|---|---|
| | | | through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2526 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 9, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2527 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald |

| | | | |
|---|---|---|---|
| | | | Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 12, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2528 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 13, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |

| 02/22/2019 | 2529 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 14, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2530 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 15, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative** |

| | | | |
|---|---|---|---|
| | | | **Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2531 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 16, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2532 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 20, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this** |

| | | | |
|---|---|---|---|
| | | | **transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2533 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 21, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2534 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 22, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 5. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court |

| | | | |
|---|---|---|---|
| | | | Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2535 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 28, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2536 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald |

| | | | |
|---|---|---|---|
| | | | Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 26, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2537 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 27, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |

| 02/22/2019 | 2538 | | TRANSCRIPT of Tiral Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 28, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br> **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** <br><br> Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2539 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on March 1, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br> **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative** |

| | | | |
|---|---|---|---|
| | | | **Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2540 | | TRANSCRIPT of Tiral Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on March 2, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2541 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on March 5, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this** |

| | | | |
|---|---|---|---|
| | | | **transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2542 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on March 6, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2543 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on March 7, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased |

| | | | |
|---|---|---|---|
| | | | through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2544 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on March 8, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2545 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald |

| | | | |
|---|---|---|---|
| | | | Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on March 9, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** |
| | | | Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |
| 02/22/2019 | 2546 | | TRANSCRIPT of Verict Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on March 12, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |
| | | | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.** |
| | | | Notice of Intent to Request Redaction set for 3/1/2019. Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/23/2019. (jab) (Entered: 02/22/2019) |

| 02/28/2019 | 2548 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on January 29, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/7/2019. Redaction Request due 3/21/2019. Redacted Transcript Deadline set for 4/1/2019. Release of Transcript Restriction set for 5/29/2019. (jab) (Entered: 02/28/2019) |
| 02/28/2019 | 2549 | | TRANSCRIPT of Trial Proceedings as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on January 30, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative** |

| | | | |
|---|---|---|---|
| | | | **Procedures Manual at www.nmcourt.fed.us.**<br><br>Notice of Intent to Request Redaction set for 3/7/2019. Redaction Request due 3/21/2019. Redacted Transcript Deadline set for 4/1/2019. Release of Transcript Restriction set for 5/29/2019. (jab) (Entered: 02/28/2019) |
| 03/11/2019 | 2589 | | NOTICE OF HEARING as to Andrew Gallegos: Sentencing set for 5/10/2019 at 10:30 AM in Albuquerque – 460 Vermejo Courtroom before District Judge James O. Browning. (cab)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]<br>(Entered: 03/11/2019) |
| 03/29/2019 | 2602 | | ORDER by District Judge James O. Browning denying 1841 2408 2415 2416 2419 2420 2421 2422 2413 2418 . (vv) (Entered: 03/29/2019) |
| 03/29/2019 | 2603 | | MINUTE ORDER pursuant to the direction of District Judge James O. Browning, the sentencing hearings for defendants Jerry Armenta, Jerry Montoya, Timothy Martinez, Robert Martinez, Roy Paul Martinez, Javier Alonso, Benjamin Clark, Leonard Lujan and Frederico Munoz are VACATED and will be reset by separate notice at a later date. (cab)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]<br>(Entered: 03/29/2019) |
| 04/03/2019 | 2608 | | MINUTE ORDER pursuant to the direction of District Judge James O. Browning, sentencing for Defendants Shauna Gutierrez, Paul Rivera, Ruben Hernandez, Billy Garcia, Carlos Herrera presently set for 4/22/19 and 4/23/19 is hereby VACATED and will be reset by separate notice at a later date. (cab)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]<br>(Entered: 04/03/2019) |
| 04/18/2019 | 2617 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Andrew Gallegos (Torraco, Lisa) (Entered: 04/18/2019) |
| 04/19/2019 | 2618 | | SENTENCING MEMORANDUM by Andrew Gallegos (Torraco, Lisa) (Entered: 04/19/2019) |
| 05/07/2019 | 2638 | | RESPONSE by USA as to Andrew Gallegos re 2617 Objection to Presentence Investigation Report (Castellano, Randy) (Entered: 05/07/2019) |
| 05/10/2019 | 2722 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Sentencing held on 5/10/2019 for Andrew Gallegos (27), Count(s) 4s, SENTENCE IMPOSED: CBOP–120 months; Supervised Release–3 years; Count(s) 5s, SENTENCE IMPOSED: CBOP – Life; Supervised Release–5 years; SPA–$200; deft in custody. (Court Reporter: J Bean) (vv) (Entered: 06/27/2019) |
| 05/13/2019 | 2650 | | MEMORANDUM OPINION AND ORDER granting in part and denying in part 1912 MOTION in Limine *SEALED re Statements against Penal Interest under Rule 804(b)(3)* by District Judge James O. Browning (vv) (Entered: 05/13/2019) |
| 06/17/2019 | 2712 | | Unopposed MOTION *for Retention of Tablet and Related Materials* by Andrew Gallegos. (Torraco, Lisa) (Entered: 06/17/2019) |
| 07/08/2019 | 2735 | | TRANSCRIPT of Excerpt Testimony of Guadalupe Urquizo as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy |

| | | | |
|---|---|---|---|
| | | | Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on February 5 & 6, 2018, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at https://www.nmd.uscourts.gov**.<br><br>Notice of Intent to Request Redaction set for 7/15/2019. Redaction Request due 7/29/2019. Redacted Transcript Deadline set for 8/8/2019. Release of Transcript Restriction set for 10/7/2019. (jab) (Entered: 07/08/2019) |
| 07/16/2019 | 2743 | | TRANSCRIPT of Sentencing of Christopher Garcia as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on May 10, 2019, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–348–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative** |

| | | | |
|---|---|---|---|
| | | | **Procedures Manual at https://www.nmd.uscourts.gov**.<br><br>Notice of Intent to Request Redaction set for 7/23/2019. Redaction Request due 8/6/2019. Redacted Transcript Deadline set for 8/16/2019. Release of Transcript Restriction set for 10/15/2019. (jab) (Entered: 07/16/2019) |
| 07/29/2019 | 2764 | | ORDER granting 2712 Unopposed MOTION *for Retention of Tablet and Related Materials* filed by Andrew Gallegos by District Judge James O. Browning (vv) (Entered: 07/29/2019) |
| 09/11/2019 | 2863 | | FILED IN ERROR–NOTICE OF APPEAL by Andrew Gallegos (Filing Fee – Waived) (Torraco, Lisa) Modified on 9/12/2019 (vv). (Entered: 09/11/2019) |
| 10/04/2019 | 2954 | | Clerk's Minutes for proceedings held before District Judge James O. Browning: Motion Hearing as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez held on 10/4/2019 re 539 MOTION for Discovery filed by Billy Garcia, 678 Opposed MOTION for Discovery filed by Edward Troup, 668 MOTION to Compel *Discovery* filed by Jerry Montoya (Court Reporter: J. Bean) (cab) (Entered: 10/25/2019) |
| 11/07/2019 | 2970 | | RETURN OF EXHIBITS to plaintiff's counsel (vv) (Entered: 11/07/2019) |
| 11/18/2019 | 3000 | | MEMORANDUM OPINION AND ORDER granting 1501 Opposed MOTION for Discovery *Regarding Monetary Payments to Inmate Informant Witnesses and 1502 Opposed MOTION in Limine Regarding Plea Agreements and Addenda by District Judge James O. Browning (vv) (Entered: 11/18/2019)* |
| 11/18/2019 | 3002 | | MEMORANDUM OPINION AND ORDER granting in part and denying in part 1299 MOTION in Limine by District Judge James O. Browning (vv) (Entered: 11/18/2019) |
| 11/19/2019 | 3006 | | MEMORANDUM OPINION AND ORDER granting in part and denying in part 1270 Opposed MOTION to Compel *Sealed DISCLOSURE OF DISCOVERABLE MATERIALS PURSUANT TO RULE 16* by District Judge James O. Browning (vv) (Entered: 11/19/2019) |
| 12/05/2019 | 3018 | | MEMORANDUM OPINION AND ORDER granting in part denying in part 1163 Opposed MOTION for Discovery *of Giglio Materials* by District Judge James O. Browning (vv) (Entered: 12/05/2019) |
| 01/01/2020 | 3029 | | MEMORANDUM OPINION AND ORDER Terminating document(s): 1308 , 1385 , 1504 , 1512 , 1519 , 1528 , 1530 , 1531 , 1532 , 1538 , 1539 , 1549 , 1555 , 1558 , 1581 , 1602 , 1684 , 1686 , 1687 , 1702 , 1915 , 1976 , 1994 , 2000 , and 2114 as to Angel DeLeon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Eugene Martinez, Allen Patterson, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben |

| | | | |
|---|---|---|---|
| | | | Hernandez, Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Gerald Archuleta, Conrad Villegas, Anthony Ray Baca, Robert Martinez, Roy Paul Martinez, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, Santos Gonzalez, Paul Rivera, Shauna Gutierrez, Brandy Rodriguez by District Judge James O. Browning {bdo} (Entered: 01/01/2020) |
| 01/21/2020 | 3035 | | MEMORANDUM OPINION AND ORDER re 2415 2416 2418 2419 2420 2422 2491 by District Judge James O. Browning (vv) (Entered: 01/21/2020) |
| 04/22/2020 | 3069 | | JUDGMENT as to Andrew Gallegos by District Judge James O. Browning (vv) (Entered: 04/22/2020) |
| 04/27/2020 | 3070 | | NOTICE OF APPEAL by Andrew Gallegos (Filing Fee – Waived) (Attachments: # 1 Exhibit A)(Torraco, Lisa) (Entered: 04/27/2020) |
| 04/28/2020 | 3071 | | Transmission of Preliminary Record as to Andrew Gallegos to US Court of Appeals re 3070 Notice of Appeal – Final Judgment (Attachments: # 1 Exhibit)(vv) (Entered: 04/28/2020) |
| 04/28/2020 | 3072 | | USCA Information Letter with Case Number as to Andrew Gallegos 20–2056 for 3070 Notice of Appeal – Final Judgment filed by Andrew Gallegos. (vv) (Entered: 04/28/2020) |
| 05/01/2020 | 3077 | | ORDER OF USCA partially consolidating these appeals for briefing and submission as to Joe Lawrence Gallegos, Andrew Gallegos (vv) (Entered: 05/06/2020) |
| 05/14/2020 | 3082 | | MOTION to Withdraw as Attorney by Andrew Gallegos. (Torraco, Lisa) (Entered: 05/14/2020) |
| 05/14/2020 | 3086 | | ORDER OF USCA – The court will reset the deadlines for the joint transcript order form and designation of record upon receipt of the appointment motion or motion to withdraw in 20–2056 as to Andrew Gallegos (vv) (Entered: 05/18/2020) |
| 05/19/2020 | 3089 | | ORDER OF USCA as to Andrew Gallegos – The court reminds appellant's counsel of their obligation to file a motion to either continue or withdraw with this court. That motion remains due in this court on 05/21/2020. (vv) (Entered: 05/21/2020) |
| 05/21/2020 | 3090 | | NOTICE *TO WITHDRAW FILING OF MOTION TO WITHDRAW [DOC 3082]* by Andrew Gallegos (Torraco, Lisa) (Entered: 05/21/2020) |
| 05/26/2020 | 3092 | | ORDER OF USCA granting appellant's counsel's motion to withdraw as attorney and appointing attorney John M. Bowlin to represent Andrew Gallegos (vv) (Entered: 05/26/2020) |
| 05/26/2020 | 3093 | | ORDER OF USCA directing counsel in these consolidated appeals to file a joint transcript order form and joint designation of record on or before 06/25/2020. (vv) (Entered: 05/26/2020) |
| 06/10/2020 | 3099 | | Receipt for RETURN OF MOTION HEARING EXHIBITS to defense counsel (vv) (Entered: 06/10/2020) |
| 06/22/2020 | 3103 | | NOTICE OF ATTORNEY APPEARANCE Ryan Ellison appearing for USA. (Ellison, Ryan) (Entered: 06/22/2020) |

| 06/22/2020 | | | Attorney update in case. Attorney Ryan Ellison for USA added. (vv) (Entered: 06/22/2020) |
|---|---|---|---|
| 06/25/2020 | 3109 | | DESIGNATION OF RECORD ON APPEAL by Joe Lawrence Gallegos as to Joe Lawrence Gallegos, Andrew Gallegos re 3070 Notice of Appeal – Final Judgment, 3073 Notice of Appeal – Final Judgment (Attachments: # 1 Appendix Marked Docket Sheet)(Acton, Gregory) (Entered: 06/25/2020) |
| 06/25/2020 | 3110 | | TRANSCRIPT ORDER FORM by Joe Lawrence Gallegos as to Joe Lawrence Gallegos, Andrew Gallegos requesting the proceedings held on 10/4/16; 11/29/16; 2/7 – 2/8/17; 5/9 – 5/11/17; 5/19/17; 11/8 – 11/9/17; 11/27/17 – 11/29/17; 12/7 – 12/8/17; 12/11/17; 12/18 –12/20/17; 1/8 – 1/12/18; 1/26/18; 3/12 – 3/16/18; 4/4 – 4/5/18; 4/9 – 5/23/18; 12/17 – 12/19/18; 5/10/19; 6/11/19; 2/20/18; 2/14/18 be transcribed re 3070 Notice of Appeal – Final Judgment, 3073 Notice of Appeal – Final Judgment (Attachments: # 1 Appendix List of Transcripts Requested)(Acton, Gregory) (Entered: 06/25/2020) |
| 08/04/2020 | 3135 | | ORDER OF USCA–Order filed by Clerk of the Court – This matter is before the court following notification from the court reporter that CJA counsel for appellants have not made payment arrangements for the transcripts ordered as to Joe Lawrence Gallegos, Andrew Gallegos (vv) (Entered: 08/04/2020) |
| 08/11/2020 | 3149 | | Court Reporter Jennifer Bean estimates date of 8/12/2020 for completion of the transcript of hearing(s) held before Judge James O. Browning on Trial and post trial proceedings, as ordered by Joe Lawrence Gallegos, Andrew Gallegos for the Notice of Appeal. Re: 3070 Notice of Appeal – Final Judgment, 3073 Notice of Appeal – Final Judgment. (vv) (Entered: 08/11/2020) |
| 09/08/2020 | 3180 | | TRANSCRIPT of Sentence Proceedings as to Andrew Gallegos held on May 10, 2019, before District Judge James O. Browning. Court Reporter/Transcriber Jennifer Bean, Telephone number 505–843–2283. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven–day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at https://www.nmd.uscourts.gov**.<br><br>Notice of Intent to Request Redaction set for 9/15/2020. Redaction Request due 9/29/2020. Redacted Transcript Deadline set for 10/9/2020. Release of Transcript Restriction set for 12/7/2020. (jab) (Entered: 09/08/2020) |
| 09/17/2020 | 3184 | | "FILED IN ERROR" will have to redo complete file. Supplemental Record on Appeal transmitted to US Court of Appeals in 1 Volume(s), as to Andrew |

| | | | |
|---|---|---|---|
| | | | Gallegos re <u>3070</u> Notice of Appeal – Final Judgment (bap) Modified text on 9/23/2020 (bap). (Entered: 09/17/2020) |
| 09/29/2020 | <u>3188</u> | | Supplemental Record on Appeal transmitted to US Court of Appeals in 3 Volume(s), as to Joe Lawrence Gallegos, Andrew Gallegos re <u>3070</u> Notice of Appeal – Final Judgment, 3073 Notice of Appeal – Final Judgment (bap) (Entered: 09/29/2020) |
| 09/29/2020 | 3189 | | NOTICE of Docketing Supplemental Record on Appeal from USCA as to Andrew Gallegos re <u>3070</u> Notice of Appeal – Final Judgment filed by Andrew Gallegos. USCA Case Number 20–2056 (vv) (Entered: 09/29/2020) |
| 04/15/2021 | <u>3275</u> | | ORDER OF USCA as to Andrew Gallegos granting appellants' motion to supplement the record on appeal. Supplemental record on appeal due 04/26/2021 (vv) (Entered: 04/16/2021) |

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                      Plaintiff,

5         vs.               NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                      Defendants.

8

9         Transcript of Jury Trial before The Honorable
     James O. Browning, United States District Judge, Las
10   Cruces, Dona Ana County, New Mexico, commencing on
     April 9, 2018.
11   For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
     Castellano, Mr. Matthew Beck
12

13   For the Trial 2 Defendants:  Mr. Brock Benjamin;
     Ms. Cori Harbour-Valdez; Mr. Patrick Burke; Mr. Jim
14   Castle; Mr. Robert Cooper; Mr. James Lahann; Mr. Joe
     Shattuck; Mr. John Granberg; Mr. Billy Blackburn; Mr.
15   Richard Sindel; Mr. Donovan Roberts; Ms. Lisa
     Torraco.

16

17

18

19

20

21

22            Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
23              Certified Realtime Reporter
                  333 Lomas, Northwest
24              Albuquerque, NM  87102
                Phone:   (505) 348-2283
25              Fax:   (505) 843-9492

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 138

```
 1              THE COURT:  All right.  Let's come to order
 2   here.
 3              All right.  The Court will call United
 4   States of America versus Angel DeLeon.  Court will
 5   call Criminal Matter Number 14-54268 JB for trial.
 6   If the parties will enter their appearances for the
 7   United States.
 8              MS. ARMIJO:  Good morning, Your Honor.
 9   Maria Armijo, Matthew Beck, and Randy Castellano on
10   behalf of the United States.
11              THE COURT:  Good morning to you.  And for
12   defendant Joe Lawrence Gallegos?
13              MR. BENJAMIN:  Good morning, Your Honor.
14   Brock Benjamin and Mr. Sindel on behalf of Mr.
15   Gallegos.  Ready.
16              THE COURT:  All right.  Mr. Benjamin, Mr.
17   Sindel, Mr. Gallegos, good morning to you.
18              And for Edward Troup.
19              MS. HARBOUR-VALDEZ:  Good morning, Your
20   Honor.  Cori Harbour-Valdez and Patrick Burke on
21   behalf of Mr. Troup, and we're ready.
22              THE COURT:  Ms. Harbour-Valdez, Mr. Burke,
23   and Mr. Troup, good morning to you.
24              THE DEFENDANT:  Good morning, Your Honor.
25              THE COURT:  And for Defendant Billy Garcia?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 139

1          MR. CASTLE:  Good morning, Your Honor.  Jim

2  Castle and Bob Cooper in absentia.  I'm joking.  He's

3  out in the hall.  Ready to proceed.

4          THE COURT:  All right.  Mr. Castle,

5  Mr. Garcia, good morning to you.

6          MR. GARCIA:  Good morning.

7          THE COURT:  And for Defendant Allen

8  Patterson.

9          MR. LAHANN:  Good morning.  Jeff Lahann and

10  Joe Shattuck on behalf of Mr. Patterson, who is

11  present, and we're ready for trial.

12          THE COURT:  Mr. Shattuck and Mr. Patterson,

13  good morning to you.

14          THE DEFENDANT:  Good morning, Your Honor.

15          THE COURT:  And for Defendant Christopher

16  Chavez.

17          MR. GRANBERG:  Good morning, Your Honor.

18  John Granberg for Christopher Chavez.  Mr. Ed Solis

19  should be here momentarily.

20          THE COURT:  Mr. Granberg, Mr. Chavez, good

21  morning to you.

22          MR. CHAVEZ:  Good morning, Your Honor.

23          THE COURT:  And for Defendant Arturo

24  Arnulfo Garcia.

25          MR. BLACKBURN:  Good morning, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 140

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 441

4

```
 1    Billy Blackburn on behalf of Mr. Garcia, who dresses
 2    up nice in a suit --
 3              THE COURT:  All right.
 4              MR. BLACKBURN:  -- as opposed to me.  Mr.
 5    Davidson will not be here today or tomorrow.
 6              THE COURT:  All right.  Mr. Blackburn, good
 7    morning to you.  Mr. Garcia, good morning to you.
 8              MR. GARCIA:  Good morning.
 9              THE COURT:  And for Defendant Andrew
10    Gallegos.
11              MR. ROBERTS:  Good morning, Your Honor.
12    Donovan Roberts and Lisa Torraco for Mr. Andrew
13    Gallegos.
14              THE COURT:  All right.  Mr. Roberts, Ms.
15    Torraco, and Mr. Gallegos, good morning to you.
16              MR. GALLEGOS:  Good morning.
17              THE COURT:  Well, they all dress up nicely.
18    Looking sharp over there.
19              A couple of things.  I did get a joint
20    statement and I just want to make sure the joint
21    statement that was sent to me, everybody is in
22    approval on it.  I'm seeing nods from everybody, so
23    that will be the statement that I'll read to see if
24    everybody has heard of this case, knows anything
25    about the case.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          I sent you a jury instruction.  Is the
 2   proposed preliminary jury instruction that the Court
 3   sent acceptable to everyone?  I'm getting nods from
 4   defendants.
 5          Okay.  From the Government?
 6          All right.  So not hearing any objection,
 7   the proposed preliminary instruction will be the one
 8   that I need to use.
 9          Okay.  When we came in today, I think
10   Ms. Wild and I are concerned a little bit about when
11   the jurors come in, the way these tables are
12   positioned, we just don't want to see the men's
13   shackles.  I think we'll be fine throughout the
14   trial, but at least for jury selection, what I'm
15   going to ask you to do is:  Don't stand, okay?  Keep
16   your feet underneath the table.  So it's a little
17   different, get used to it, and why don't the counsel
18   just stay seated, too, during voir dire so when the
19   men and women come in at the back, they just don't
20   have any chance.
21          We built up that little riser in the back,
22   and I think some of you on the end have cooperated by
23   putting some briefcases and things there, but I think
24   if you'll just stay seated.  I'm thinking about going
25   ahead and standing for them, but that's normal for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 142

```
 1   me, because I'm looking at their sheet anyway.

 2           And so the Government should stay seated,

 3   too.  Okay?  Y'all not stand.  So counsel and the

 4   parties, just don't stand.  I'll probably stand

 5   because I'm going to be looking at the sheet, and

 6   I'll just stand for them.

 7           So, men, defendants, keep your feet under

 8   the table.  Okay?  It will be a little better when we

 9   get into trial, because we won't have people sitting

10   behind you.  The jury will be over here.  For the

11   next day or so, until we get the jury, keep your feet

12   underneath that table.

13           So I'm going to come down here with

14   Ms. Wild and we're going to do some double-checking

15   here just to make sure.

16           (A discussion was held off the record.)

17           THE COURT:  When the jury is leaving the

18   room, stay seated.  I know that's going to be a

19   little hard for all of us.  As you're being

20   introduced, I think just stay seated, don't you?

21           Does that work for everybody?  When I call

22   upon you, lawyers, stand and you can introduce your

23   clients.  But defendants, gentlemen, you don't stand.

24   Let your attorneys stand and they'll put their hand

25   on your shoulder or something like that and introduce
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 143

1    you.

2              (A discussion was held off the record.)

3              THE COURT:  We've got a minute or two.  Mr.

4    Granberg, do you want to look?

5              MR. GRANBERG:  I have a quick question.

6    Say through the course of the proceedings we have an

7    issue with the monitors with the real-time.  What do

8    you want us to do?

9              THE COURT:  You know, I'm not going to tie

10   you to your seats.  If you need to come up and talk

11   to Ms. Bevel or something like that, don't hesitate

12   to do it.  I think, Ms. Gilbert, in the past, you've

13   done some of that; right?

14             MS. GILBERT:  Correct.

15             THE COURT:  So we all might talk, but

16   you're not tied to your seats, so feel free to come

17   and talk to Ms. Bevel, and we'll try to get it taken

18   care of.  Everybody comfortable?  What do you think

19   is not on the record?  Their opportunity to maybe go

20   back and look?  So if anybody wants to take a look,

21   go ahead, and this will be the time to do it, see if

22   everybody is comfortable.

23             All right.  Let me give you a few things

24   about the jury venire that we're going to be looking

25   at this morning.  Jury services released three jurors

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 144

```
 1    that were in the first group.  So let me give you
 2    those names and numbers so you can get those pulled.
 3    Excused was John Mott, juror number 405, for age and
 4    relocation.  He's group 1.  So you want to flag him.
 5          The next one is group 3, so not quite as
 6    important, at least here at the beginning.  Robert
 7    Bunten, juror number 1629.  He was released for age.
 8    And he is group 3.
 9          And then Dale Curtis, 1361, for medical
10    reasons, and he's in group 2.
11          So we had to begin to call some from group
12    2 to make sure that we had enough here.  So almost
13    surely in the mix are going to be the following:
14    Doreen Campbell.  Doreen has a T-O.  She's a
15    four-name person, 1926.
16          Melissa Vasquez, 975.  Nallely Bencomo,
17    1041.  Robert Patton, 1034.  Hilario Ramos, 1062, and
18    Patricia Bianco, 1070.  We asked Rudy Navarro, 883,
19    this morning, after leaving him a message last night,
20    asking if he could --
21          THE CLERK:  He showed up today, and asked
22    to be excused.  And I don't think we heard from him
23    but he's here.
24          THE COURT:  When you say we haven't heard,
25    are you talking about from the parties?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 145

1           MS. HARBOUR-VALDEZ:  Your Honor, we filed a

2     stipulation on Friday excusing Mr. Navarro.

3           THE COURT:  And you agree with that, it was

4     a stipulation on all sides?

5           MS. ARMIJO:  Yes, Your Honor.

6           THE COURT:  So he can just be told he's

7     excused?

8           THE CLERK:  If that's what they want.

9           THE COURT:  Anybody need that information

10     repeated?  Mr. Cooper?

11           MR. COOPER:  Robert Bunten?  That was for

12     age?

13           THE COURT:  Age.

14           MR. COOPER:  Your Honor, I don't believe

15     that that's a statutory reason for an excusal.

16           THE COURT:  I think it is 70.  I think if

17     they're over 70 and they want to be excused.  If they

18     don't ask, we don't ask them.

19           MR. COOPER:  I'm getting close.

20           THE COURT:  You're getting close?  But I

21     think if they're over 70 and they want to be excused,

22     they can.  But if they don't ask, we don't excuse

23     them.

24           MR. COOPER:  And the last name was

25     Patricia --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 146

```
 1              THE COURT:  The very last one that was
 2    added was Patricia Bianco, 1070.
 3              Okay.  On Mr. Mott, he did not check his
 4    message last night, so he did show up.  So he is
 5    here.  The only way he gets paid is if he goes
 6    through the process.  So he's going to be in the mix.
 7    So that's where he stands.  Anything else on the jury
 8    so far?
 9              THE CLERK:  Not so far.
10              THE COURT:  I'm about number 45, 46,
11    depending upon who gets here, so I'm not as deep as I
12    would like.  So at some point I kind of have to stop,
13    because I just haven't -- that's the reason.  I
14    just -- there's just so much you can get done.  So I
15    think I'll be okay for a while, and if it goes into
16    another evening, I'll get some more done, but that's
17    as about as deep as I got.
18              MR. CASTELLANO:  Can I address a couple of
19    matters before we begin?
20              THE COURT:  Go ahead, Mr. Castellano.
21              MR. CASTELLANO:  If I may approach.
22              THE COURT:  You may.
23              (The following proceedings were held at the
24    bench.)
25              MR. CASTELLANO:  The first thing, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 147



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Honor, I have to report that I ended up having dinner
 2   with one of the potential jurors last night.  He's a
 3   friend of mine who last week contacted me, said he
 4   was going to be in town, and asked about meeting for
 5   dinner with my family and me.  I didn't know he was
 6   going to be a juror, and then last night when we met
 7   for dinner, I asked him what he was doing in town.
 8   He said he was in town for jury duty, so I learned at
 9   that time that he was a prospective juror.
10             THE COURT:  Who is that?
11             MR. CASTELLANO:  Shawn Morales.
12             THE COURT:  Do you know where he is in the
13   mix?
14             MR. CASTELLANO:  I don't know.
15             THE COURT:  If he's reporting this morning?
16             MR. CASTELLANO:  I believe he is reporting
17   this morning.  I was going to pay for his dinner and
18   when I found out he was here for jury duty, I got
19   separate checks.  I let the parties know that we
20   didn't discuss the case or his jury service or this
21   case at all, but I wanted to let everybody know as
22   far as I got.  When we met he said, "How are you
23   doing?"
24             "I'm doing well.  I'm pretty busy.  I'm
25   starting an eight-week trial tomorrow."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          He didn't say anything about it.  Then when

2     I asked what he was doing in town, he said that he

3     was in town for this case, or for jury duty, and I

4     told him obviously we couldn't discuss the matter.

5     But I wanted to let everybody know that that was the

6     situation.

7          So I did have dinner with him last night.

8     We've been friends since eighth grade.  We played

9     five years of football together, so we had plenty of

10    other things to talk about.  So I just put that out

11    there.

12         And then the other issue is a separate

13    matter.

14         THE COURT:  Why don't we hold up here?  Any

15    defendants want to do something about that?  Let it

16    go through the process?  What's your --

17         MR. COOPER:  Your Honor, I think he

18    probably ought to be excused at this point in time.

19    I think with that close of a relationship and

20    especially on the eve of trial, I just don't believe

21    that, no matter what he says, that he's able to be

22    fair and impartial.  And Mr. Castellano didn't do

23    anything wrong.  Mr. Morales maybe should have known.

24         THE COURT:  All in agreement?  In agreement

25    on that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 149


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          MR. CASTELLANO:  I can tell the parties we

2    are pretty good friends where he kept in touch over

3    the years.

4          THE COURT:  Ms. Wild?

5          MR. CASTELLANO:  Shawn Morales from Rio

6    Rancho.  Now he's mad at me.

7          THE CLERK:  831.

8          THE COURT:  Number 831.  Is he in this

9    first group?

10          THE CLERK:  He is.

11          THE COURT:  We're just going to let him go.

12          What else, Mr. Castellano?

13          MR. CASTELLANO:  The other is a separate

14    matter.  After meeting with James Garcia last week,

15    he signed an affidavit and gave it to Mr. Castle.  So

16    we're asking for a copy of that affidavit.  It's

17    unrelated to this trial.  But for his case we are

18    seeking a copy of the affidavit.  And I think his

19    attorney will want it, as well.

20          THE COURT:  Do you have any objection to

21    producing that?  He's not going to be called in this

22    trial; correct?

23          MR. CASTELLANO:  That's correct.

24          MR. CASTLE:  I'd like to think about it,

25    Judge.  It wasn't produced to me.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 150

```
 1              THE COURT:  Well, let's just take it up
 2    after he gets an opportunity --
 3              MR. CASTELLANO:  I want to get started
 4    early.
 5              THE COURT:  Anything else up here at the
 6    bench?
 7              MR. CASTELLANO:  No, sir, thank you.
 8              THE COURT:  All right.
 9              MR. SINDEL:  When we're talking -- this is
10    Mr. Sindel.  If we say our names, it's a lot easier
11    for her.
12              THE COURT:  Okay.  Maybe everybody say
13    their names when they're up here at the bench.
14              (The following proceedings were held in
15    open court.)
16              THE COURT:  All right.  I guess is there
17    anything else we need to discuss before we bring the
18    jury in?  Anything else I can do for you, from the
19    Government's standpoint?
20              MS. ARMIJO:  No, Your Honor.
21              THE COURT:  How about from the defendants?
22    Anything else we need to discuss?  Anything else I
23    can do for you?
24              MS. ARMIJO:  And Your Honor, we still are
25    going to be getting the charts; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 151

```
 1              THE COURT:  Yeah, we're still trying to get
 2    a read as to who is here, and the jury service is
 3    working on it so I don't have one yet either.
 4              All right.  Why don't we do this.  Why
 5    don't we go into recess for a little bit.  If any of
 6    the attorneys want to -- feel free to use the jury
 7    restroom here on the side, so you're not out there
 8    with the jurors that are coming in.  So feel free to
 9    do that.  All right.  We'll just go off the record
10    for a little bit.
11              (A discussion was held off the record.)
12              THE COURT:  All right.  Let me give you a
13    little update.  We've had 61 report.  So we're going
14    to be okay.  We'll get started here.  Jury services
15    encouraged them to call people, and with those coming
16    out that I just said, we've got 61.  We're going to
17    start calling and getting some more people here
18    during the day to report, so that if -- I think that
19    makes certainly me and Ms. Wild and everybody a
20    little nervous to only have 61.  But at least we've
21    got that many here, and that's what we want.
22              So we're going to leave the one down,
23    because there may be others reporting throughout the
24    day, so we might as well have them begin to gather,
25    and we'll have that additional one if we need to
```

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com
DNM 152

```
 1    bring that person in.

 2              So come on up.  Go ahead and give that to

 3    us.  So we're about five minutes away.  So if you

 4    need to do anything, you've got about five minutes

 5    before we actually bring the jury in.  All right.  So

 6    we'll go back off the record.

 7              (A discussion was held off the record.)

 8              THE COURT:  All right.  We'll go back on

 9    the record.  As y'all have picked up, jury services

10    reshuffled, for some reason, the names after assuring

11    us they wouldn't do it.  I can go back and unshuffle

12    them, but it will be 20 minutes; or we can work with

13    what we've got.

14              MR. COOPER:  Unshuffle them.

15              MS. HARBOUR-VALDEZ:  We'd like them

16    unshuffled, please.  That's the way we prepared.

17              THE COURT:  All right.  We'll unshuffle

18    them.  All right.  We'll be off the record, then, for

19    about 20 minutes.

20              (The Court stood in recess.)

21              THE COURT:  All right.  I guess I'm just

22    going to sit here at the door and call out the names

23    and I'll seat them in the order that we have.  I

24    can't figure out what jury services is doing, so it

25    doesn't look like we can get started unless I seat
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 153

```
 1   everybody.  So you've got your list?

 2              MR. CASTELLANO:  Yes, sir.

 3              THE COURT:  You're juror number 1.

 4              COURT REPORTER:  I can't hear you.  Carol?

 5              THE COURT:  Can you hear me, Ms. Bean?

 6              COURT REPORTER:  I can't, sir.

 7              THE COURT:  Ms. Chavez, you'll be juror

 8   number 3.

 9              Ms. Menapace-Corral, you'll be juror number

10   4.

11              Mr. Melter is out there.  So you're

12   Mr. Lopez.  So you'll skip a seat and be right over

13   there, so just leave a seat open.

14              Mr. Troy?  All right.  You'll be the next

15   juror.

16              Are you Mr. (inaudible)?  All right.  So

17   keep those -- you need to put those in order.  So

18   you'll need to keep a seat between you and the

19   last --

20              Ms. Riley.  Take a seat here.  And you're

21   Mr. Montoya?  Okay.  Be seated, and you'll come right

22   over here in this jury box, right over here on the

23   side.

24              All right.  Ms. Morales, I think you'll be

25   back up in the corner.  You're in the far corner.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 154

```
 1              Mr. Singer, you'll be right next to the
 2    last juror.
 3              All right.  Mr. Telles?
 4              MR. TELLES:  Yes, sir.
 5              THE COURT:  All right.  Follow right over
 6    there, and stay over.
 7              Ms. Reser?  Okay.  I don't think you're
 8    Ms. Murillo; right?  So when you go up, keep a space
 9    between you and the last juror.
10              All right.  Mrs. Griego?  All right.
11              Mr. Doom?  You'll just be right up here.
12              Ms. Trujillo?  All right.  There is room
13    for you up there, if you'll be seated there.
14              And then Mr. McKinzie is going to be
15    right -- I'm going to place you right here.  All
16    right.  Is that right?  You think it's over here?
17              Mr. Brugger?  You're next.  Mr. Swantner.
18    Ms. Nitterauer, right there.  Ms. Duncan, I think
19    you're going to be one down there.
20              Mr. Skousen we're going to put on the back
21    bench.  I don't have numbers here on this.
22              Ms. Wise?  All right.  Ms. Wise, if you'll
23    go ahead and sit down there.
24              And Mr. Medina; is that correct?  Is that
25    correct.  All right, Mr. Medina, you're right next to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Ms. Wise.
 2            Mr. Mott.  All right, you're right here.
 3    And Ms. Lee, you're right here.  Is that all we're
 4    going to put there?
 5            MS. HARBOUR-VALDEZ:  Five, Your Honor.
 6            THE COURT:  One more, Mr. Solis.  All
 7    right, Mr. Niemeier, that's your seat right there.
 8    Is that correct?
 9            MS. HARBOUR-VALDEZ:  Yes, Your Honor.
10            THE COURT:  Ms. Griego, right there.
11    Ms. Beavers, all right.  Ms. Cardenas, Mr. Kulpa.
12    I've got one more in that row.
13            MS. HARBOUR-VALDEZ:  That's all, Your
14    Honor.
15            THE COURT:  Ms. Scifres?  All right, you're
16    right here.  Mr. Donart.  Mr. Gutierrez, there is a
17    space there, so that -- and Mr. Marquardt.  Leave a
18    little bit bigger space there.
19            THE CLERK:  Ms. Trujillo, Ms. (inaudible),
20    Ms. Garcia, Mr. Kimmick, in this case on the other
21    side.  Mr. Carrillo, Mr. Meyer.  Mr. Gutierrez, move
22    on down.  Mr. Marquardt, do you want to go in this
23    row?  Go ahead.  Ms. Velazquez, you're going to be on
24    this row.  Mr. Saiz, right on the other side.
25    Ms. Nelson on the other side of him.  Mr. DeVargas,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 156

1   Mr. Krohn, Mr. Bunnel, Mr. Martinez, Mr. (inaudible),

2   Mr. Plata, Mr. Yancey.

3            THE COURT:  Ms. Wild, can you hold just a

4   second?  Why don't you check with Ms. Harbour-Valdez.

5            THE CLERK:  It is Mr. Krohn from over here.

6   Mr. Plata, Mr. Maestas, Ms. Scifres, Ms. Campbell,

7   and Ms. Vazquez.  You can go on back there.

8            THE COURT:  Are you okay, Mr. Cooper?  Is

9   everything lining up okay?

10            MR. COOPER:  I believe so.  As soon as we

11   get a seating chart.

12            THE COURT:  Ms. Wild.

13            THE CLERK:  They're working on it.  Give me

14   just a second, please.  There's no empty seats, so go

15   ahead and scoot over.  Go ahead and scoot over.  Keep

16   going.  What is your last name, ma'am?

17            MS. TRUJILLO:  Trujillo.

18            THE CLERK:  Thank you.  So Mr. McKinzie,

19   Mr. Brugger, Mr. Swantner.  All the way down here, if

20   possible.  Let me help you.  Ms. Niemeier, go on the

21   other side of her, please.  Mr. Mott, on the other

22   side of her.  Ms. Lee, Ms. Solis, Mr. Niemeier on the

23   other side of her.  Ms. Griego, Ms. Beavers, scoot

24   all the way down.  Ms. Cardenas, Mr. Kulpa, Mr.

25   Kennedy.  Ms. Scifres on the other side of Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 157

1   McKinzie.  Mr. Donart, Mr. Marquardt, Ms. Pellegrino,

2   Ms. Trujillo, Ms. Garcia, Mr. Plata, Mr. Carrillo,

3   Mr. Meyer.  (Inaudible) on the other side.  Mr. Saiz,

4   Ms. Nelson.  Mr. Bunnel on the other side.

5   Mr. Moore, Mr. Plata, Mr. Yancey, Mr. Spencer, Mr.

6   Maestas, Ms. (inaudible), Ms. Campbell, Ms. Vasquez.

7          THE COURT:  All right.  Well, everyone be

8   seated.  I guess I'm the only one still standing

9   here.  You can tell why they don't allow the judge to

10  seat the jury.  It's just a big mistake.

11         Let me tell you what happened this morning,

12  then I'm going to introduce myself and introduce

13  everybody up here.  The lawyers have prepared seating

14  charts, and we sort of randomly put everybody into a

15  draw.  You remember in the old days, we had a draw up

16  here and put the jurors' names, crank it, and call it

17  out.  Well, the computers generate the draw, so it's

18  all random when we did it.

19         We did it last week.  When y'all came in

20  today, jury services redid it, so it knocked all our

21  seating charts out.  So rather than redoing seat

22  charts, we decided to go back to the random numbers

23  that we had last week, so everybody's seating charts

24  were correct.  For some reason, it was taking a long

25  time.  So I decided to come down and get you and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com
DNM 158

```
 1   bring you up here, and they're going to try to

 2   generate a seating chart for all the attorneys that

 3   will reflect everybody that's here.  That's the

 4   reason.  I just thought we were losing too much

 5   time -- your time, our time -- and I wanted to get

 6   everybody in here.

 7           So I appreciate your patience, I appreciate

 8   you working with us, and I'm sorry a little bit about

 9   the disorganization on the seating charts, but I made

10   a call to go back to the other seating chart.  Maybe

11   we should have left you the way you were.  I don't

12   know.  We'll figure that out as we go.

13           My name is Judge Jim Browning.  I'm from

14   Albuquerque.  So if you come to Albuquerque, my

15   courtroom -- or my chambers is on the sixth floor,

16   and I do most of my work on the fourth floor, but

17   I've done over my career a lot of work in Las Cruces,

18   so a lot of us in Albuquerque travel down here.  And

19   I'm down here a fair amount.  I've got a fair number

20   of cases down here, so I travel.  I live up in the

21   Northeast Heights for those of you from Albuquerque,

22   familiar with Albuquerque.  So I'm traveling, too.

23   So I know a lot of you have indicated on your forms

24   where you're from and that you've traveled, as well.

25   So I'm traveling with you on this trial.  And for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 159

1    those of you who are selected and serve, I'll be with

2    you and hitting the road, as well.

3           Let me first thank you for what you've

4    already done for us.  I know that some of you come

5    from some great distances, probably yesterday, spent

6    the night.  Some of you came over this morning.

7           If you did not do what you've already done

8    for us yesterday and this morning, it would be

9    impossible for us to do what we do in Federal Court,

10   so I want to thank you right off the bat.  And I'm

11   going to be thanking you a lot, because you're good

12   citizens for responding to the summons that you

13   receive, coming and being a good group and being

14   patient with us, and we appreciate it very much.

15          You know, in this country we don't get a

16   lot of opportunities to serve our nation, unless

17   we're in some particular field like the military or

18   something like that.  But one of the ways we do it

19   is, we vote and then we serve as jurors.  So this is

20   an incredibly important thing that we're going to be

21   doing today and over the next few weeks for those

22   that are selected for the trial.  So I can't express

23   enough my appreciation what you've already done and

24   what you're going to be doing for us.

25          You know, when you go around the world,




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 160

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 161

1    there's different trials and different ways of

2    deciding issues.  You can get up -- got up on the

3    news this morning and see how they resolve issues in

4    Syria and how they resolve issues in other countries.

5    If you think about it, the way we resolve conflicts

6    in our country with jury trials is one of the things

7    that makes us so special.  And while we're a

8    democracy and we talk a lot about that, about voting

9    and those sort of things, and those are very

10   important, if you think about it, after the Congress

11   passes the law and the president signs the law, when

12   we get to applying the law out of Washington to the

13   facts of the case, we kind of put the professionals

14   aside and we ask the citizens to come in and apply

15   the law to the facts.  If you think about it, there's

16   nothing more democratic than that.  Most nations

17   don't trust their citizens like we trust our citizens

18   to ask them at probably the most important stage of

19   applying the law to the facts, we ask the citizens to

20   do it.  And if you didn't do what you did this

21   morning, we couldn't do it in this country.

22        There's still a few countries that do jury

23   trials, but they're dwindling, and yet in the United

24   States it's so special that we put it right in the

25   Constitution.  So we guarantee the right to a jury.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   And so I appreciate what you're doing for us, what

2   you're going to do for us this morning, and I

3   appreciate the fact that, you know, we're still in a

4   country where people respond to the summons and they

5   come and do their duty, and I very much appreciate

6   that.

7           Let me introduce you to some people here.

8   I want you to be comfortable with everybody.  When

9   you walk into a courtroom, a lot of you don't hang

10  around courtrooms like I do all day long.  So let me

11  explain who people are and what they're doing.

12          Right here in the red jacket is Ms. K'Aun

13  Wild, and you may have met her downstairs.  Ms. Wild

14  and I have worked together for 28 years.  I hired her

15  when she was 9.  So she was in private practice with

16  me before, and she's so good that they just promoted

17  her to be a manager for the courtroom deputies.  And

18  what she does is -- what she was doing was managing

19  all the cases that I have, as well as what we're

20  about to do today, help pick a jury, and then be with

21  me in the courtroom.  But she's going to -- she's

22  been promoted to be the supervisor for all the

23  courtroom deputies because of her vast operational

24  experience, and what I mean by that is trying cases.

25          And so Ms. Bevel, Carol Bevel, is going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 162

1   be my new CRD, and this will be the first trial that

2   she and I have done together.  She's a very

3   experienced CRD.  One of our judges took senior

4   status, and so this was the transition.  But this is

5   our first trial that Ms. Bevel and I will be doing

6   together, so there's a little bit of transition here.

7   But Ms. Wild will be with us while we select the

8   jury, and then Ms. Bevel will be with us as we try

9   the case.

10          Ms. Jennifer Bean -- you may not be able to

11   see her machine.  She's the court reporter here, and

12   she's taking down everything that's said.  So she

13   will be in the courtroom with us throughout the

14   trial.

15          And Mr. Brendan Hammond is my law clerk.

16   He's right here behind me, if you can see him at the

17   side.  Mr. Hammond grew up in upstate New York.  His

18   parents were connected with Cornell University, and

19   he went to Cornell, then went to the University of

20   Texas Law School.  And he was about to go to work for

21   Sullivan & Cromwell in New York, which is a

22   prestigious Wall Street firm, but came and clerked

23   for me.  So when this year is over, which will be the

24   end of August, September 1st, in that area, I switch

25   clerks, so he's going to head to Sullivan & Cromwell.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 163

```
 1     So he'll be with us throughout the trial.

 2            Some of my other clerks from Albuquerque

 3     may in, and Mr. Hammond will be with me all the time.

 4     So when they're here, I'll introduce you to them if

 5     you're here and you're part of this trial.  So I

 6     won't introduce anyone else until they get here, and

 7     then we'll just see who is here for those

 8     introductions.

 9            All right.  Let me explain to you, ladies

10     and gentlemen, what we're going to be doing this

11     morning.  This stage of the proceedings is the voir

12     dire examination, depending upon how you say those

13     French words.  And the purpose of the voir dire

14     examination is twofold.  One, it's to enable the

15     Court to determine whether or not any of the

16     prospective jurors, any of you, should be excused for

17     cause.  And second, it's to enable the counsel whom I

18     will introduce in a moment, counsel for the parties,

19     to exercise individual judgment with respect to

20     peremptory challenges; that is, challenges for which

21     no reason need be given at all.

22            And so what we're going to do is ask you

23     some questions.  And if there is a question that you

24     don't want to answer in front of everybody, we have

25     the ability to sort of fog the machine up here and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



 1    keep everybody from necessarily hearing everything.
 2    The lawyers can come up here to the bench, and we'll
 3    hear whatever you want to say to us up here at the
 4    bench.  So those are some things I'll tell you if you
 5    decide you want to do that.
 6              Now, the first question we're going to be
 7    asking you is that, as you can tell from the jury
 8    questionnaires, which you all so patiently and
 9    diligently filled out, we expect this trial to last
10    no longer than eight weeks.  So it could go shorter,
11    but I don't think it's going to go any longer.  If
12    you look at the calendar, that's going to put the
13    last day as June 1st.  So some of you have already
14    told us a little bit about your schedule over that
15    period of time.
16              The first question that I'm going to be
17    asking is:  Expecting the trial to go eight weeks,
18    does that present any special problem for any of you?
19    And so before I ask that question, I need to -- now
20    that you're comfortable in your seats, if you'll
21    stand again and Ms. Bevel is going to swear you in.
22              All right.  If you'll raise your right
23    hands.
24              (The jury panel was sworn.)
25              THE COURT:  Is there anybody that didn't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 165

```
 1   say "I do"?  All right.  Everybody be seated.

 2            All right.  Everybody said "I do," is what

 3   I understood.  Okay.  Let me ask Ms. Wild something.

 4            (A discussion was held off the record.)

 5            THE COURT:  All right.  Let's then start

 6   with that first question.  Expecting the trial to ask

 7   eight weeks -- I don't know if it will last that

 8   long, but I don't think it will last any longer than

 9   that -- does that present any special problems for

10   you?  And you're going to have to be patient with me

11   a little bit, because I don't have a seating chart

12   yet, so I'm either going to have to guess or you'll

13   have to tell me your names so I can start to get

14   familiar with you.

15            Does that present any special problems for

16   anybody in the jury box?  Let me start with you,

17   Ms. Chavez.  What special problems do the next eight

18   weeks present for you?

19            MS. CHAVEZ:  Is there a way that I can tell

20   this privately?

21            THE COURT:  Come on up.  I may make you

22   stand here for a little bit while I get some other

23   people.  Anybody else in the jury box?  Is that

24   Mr. Lopez?

25            MR. LOPEZ:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 166

```
 1              THE COURT:  What special problems do the
 2    next eight weeks present for you?
 3              MR. LOPEZ:  I've got a doctor's appointment
 4    and also a dentist appointment, and then I have some
 5    child care issues on probably about three of those
 6    days.
 7              THE COURT:  Okay.  The doctor's
 8    appointments -- could they be rescheduled?
 9              MR. LOPEZ:  Well, the doctor's appointments
10    are three-months dermatology, in one case, the
11    doctor's appointment, and the other one is a
12    six-month dentist appointment.
13              THE COURT:  How about the child care?
14    Could somebody else --
15              MR. LOPEZ:  That one is very difficult,
16    since -- I point those out because my wife and I have
17    two different sets of grandchildren that we have to
18    go pick up, and they all come out of school at the
19    same time.  One is in Albuquerque, the other one is
20    in Rio Rancho.
21              THE COURT:  Okay.  So these are
22    grandchildren?
23              MR. LOPEZ:  Yes.
24              THE COURT:  Thank you, Mr. Lopez.
25              Anyone else in the jury box?  Is that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 167

```
 1    Mr. Troy?

 2              MR. TROY:  Correct.

 3              THE COURT:  What special problems do the

 4    next eight weeks present for you, Mr. Troy?

 5              MR. TROY:  Most importantly, vacation on

 6    May 1st.  I've had nonrefundable tickets since

 7    January, and three business obligations that require

 8    travel, and then one doctor appointment Thursday

 9    morning.

10              THE COURT:  All right.  Thank you,

11    Mr. Troy.

12              Anyone else in the jury box?

13              All right.  Ms. Riley?  What special

14    problems?

15              MS. RILEY:  Yes, sir.  My son is graduating

16    on May 18, and it's a Friday, and I'm not missing it.

17              THE COURT:  Where is he graduating?

18              MS. RILEY:  From Moriarty High School.

19              THE COURT:  What time of day is he

20    graduating?

21              MS. RILEY:  It will be in the evening.

22              THE COURT:  What time of day?

23              MS. RILEY:  In the evening.

24              THE COURT:  What time in the evening?

25              MS. RILEY:  It should be at 6:00.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  All right.  Thank you,
 2    Ms. Riley.
 3                Who else had their hand up?  Mr. Montoya?
 4                MR. MONTOYA:  Brian Montoya.
 5                THE COURT:  Yes, sir.  What special
 6    problems?
 7                MR. MONTOYA:  I'm self-employed, and I have
 8    two kids at home, and I'm a stay-at-home dad, as
 9    well.
10                THE COURT:  Okay.  Thank you, Mr. Montoya.
11                Who else?  Anyone else in that row?
12                All right.  Come down here, Ms. Dwore.
13    What special problems do you have?
14                MS. DWORE:  Your Honor, if we're permitted
15    to return home on weekends, I should be able to
16    schedule follow-up care on Saturday.
17                THE COURT:  Yeah.  Generally, the schedule
18    we're going to run -- we're going to work hard during
19    the days til about 5:30.  On Friday, we'll be
20    shutting her down and people can head back for the
21    weekend.
22                MS. DWORE:  I should be able to schedule
23    for Saturdays.
24                THE COURT:  That's going to be my schedule.
25    I may spend the night on Friday and drive back to
```



SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com

DNM 169

Appellate Case: 20-2058     Document: 010110513730     Date Filed: 04/27/2021     Page: 170

1    Albuquerque on Saturday morning, and come back down

2    on Sunday afternoon.  So that's the schedule I have.

3    Thank you, Ms. Dwore.

4              Anybody on the back row?  Anybody else?

5    Who on the back row?  Is that Ms. Trujillo?

6              MS. TRUJILLO:  I know there's a lot of

7    people from out of town, but I'm from Albuquerque.  I

8    moved there for work, so I'm a manager and I'm

9    short-staffed and I'm the sole provider in

10   Albuquerque.  So I also have an interlock license

11   that I have to be there to get serviced.  So it's

12   just -- it's more that I'm going to be financially

13   bound without --

14             THE COURT:  And you're Ms. Trujillo?

15             MS. TRUJILLO:  Yes.

16             THE COURT:  Okay.  Thank you, Ms. Trujillo.

17             Who else?  Back row, anyone else?

18             Mr. Swantner?

19             MR. SWANTNER:  I'm extremely concerned

20   about my work.  Of course, my employer can't do

21   anything.  I'm a contractor.  So I just started two

22   weeks ago, and if the relationship sours -- I've

23   already had to do update and different interviews.

24   We don't sign up for -- if they need somebody else,

25   they just bring somebody else in and my job kind of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 170

```
 1    disappears, and then I may or may not be able to get
 2    anything else there.  So I'm extremely nervous about
 3    disappearing for two months after being there only
 4    two weeks.
 5              THE COURT:  Thank you, Mr. Swantner.
 6              Anyone else in the jury box?  Let's go back
 7    over here.  Anyone -- you'll have to identify
 8    yourself, because -- are you Ms. Lee?
 9              MS. LEE:  Melanie Lee.
10              THE COURT:  Let's see.  Okay.  Go ahead,
11    Ms. Lee.
12              MS. LEE:  My husband is getting sent
13    emergency TDY next week with the Army, and I won't
14    have anyone to help with the children, picking them
15    up, dropping them off to school.  I'm in Alamogordo.
16              THE COURT:  All right.  Thank you, Ms. Lee.
17              Anyone else over here, any special problems
18    over the next eight weeks?
19              THE CLERK:  She wants to approach the
20    bench.
21              THE COURT:  All right.  Anybody else over
22    here that's got it?
23              Let's go over here, then.  Anybody over on
24    this side?
25              MS. CARDIEL:  Debbie Griego Cardiel.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           THE COURT:  Let's go over here.  She wants

2      to come over here.  Why don't we go over here?

3           What's his name?

4           THE CLERK:  Mr. Segovia.

5           THE COURT:  Give me your name.

6           MR. MEDINA:  My name is Randy Medina.

7           THE COURT:  Okay, Mr. Medina.

8           MR. MEDINA:  Yes, sir.  I'm currently on

9      workmen's comp, and I have a hearing on Thursday.  I

10     believe it's the 12th, at 10:30 a.m., and they've

11     been scheduling appointments and stuff on and off,

12     and I don't get a heads-up.  So they'll hit me the

13     next day, following day, or whatever.  But other than

14     that, I have no problem serving.

15          THE COURT:  Is there any way that could be

16     rescheduled?

17          MR. MEDINA:  It was canceled from last

18     month, moved up to this month by workmen's comp out

19     of Albuquerque.  So I could talk to my lawyer and see

20     if they can reschedule it or -- because I'm currently

21     out of work right now for that, also, so I could do

22     that, if needed.

23          THE COURT:  All right.  Okay.  Thank you,

24     Mr. Medina.

25          Who else over there?  Y'all will have to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 172

```
 1    identify yourselves.  I'm still not working with a
 2    seating chart yet.
 3              MR. DONART:  Nathan Donart.  I just started
 4    a job at UNM.  I'm one of two people in the biosafety
 5    office and administrator for the quarterly meeting on
 6    the 16th.  And my first anniversary is also in two
 7    weeks, and I've got one teenager and one 12-year-old
 8    at home that my wife is very nervous about caring for
 9    for eight weeks.
10              THE COURT:  All right.  Thank you, Mr.
11    Donart.
12              Who else over there had their hand up?  All
13    right?
14              MR. GUTIERREZ:  My name is Joaquin
15    Gutierrez, and I don't think I speak enough English
16    or understand enough English to be a juror.
17              THE COURT:  But schedulewise, are you okay
18    on your schedule?  Are you all right on your schedule
19    over the next eight weeks?
20              MR. GUTIERREZ:  Yes.
21              THE COURT:  Thank you.  I appreciate it.
22    And what was your name, again?
23              MR. GUTIERREZ:  Joaquin Gutierrez.
24              THE COURT:  All right.  Who else had their
25    hand up?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 173

```
 1              MR. KULPA:  My name is John Kulpa.

 2              THE COURT:  Mr. Kulpa.

 3              MR. KULPA:  About a week ago I defended my

 4   Ph.D. dissertation, and the next three days I was

 5   hoping to spend making final revisions on that

 6   document.  And I also have a conference that I would

 7   like to be at that's April 12 through April 14 to

 8   present this work.  And there is also a conference

 9   that I would like to present this work on May 23

10   through May 27.

11              THE COURT:  All right.  Thank you,

12   Mr. Kulpa, I appreciate it.

13              Who else?

14              MR. JOHNSON:  My name is Steve Johnson.  I

15   am a social worker at the New Mexico Rehab Center in

16   Roswell on the medical side, and I'm pretty much the

17   only social worker they have.  To be gone eight weeks

18   I think would be a burden on the rehab center.

19              THE COURT:  All right.  Thank you, Mr.

20   Johnson.

21              MR. JOHNSON:  Thank you.

22              THE COURT:  Anyone else over here?

23              MS. LARGE:  Good morning.  My name is

24   Sylvia Large.  And currently I'm a student.  I

25   graduate May 10th.  And I mean, I don't have to walk
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 174

```
 1    the line, potentially, but I do have a job interview
 2    on Wednesday, the 11th.
 3             THE COURT:  Of April or May?
 4             MS. LARGE:  May.  April, sorry.
 5             THE COURT:  Of April?  Did you say April?
 6             MS. LARGE:  Yeah.
 7             THE COURT:  All right.  Thank you,
 8    Ms. Large.
 9             Who else?
10             MR. KROHN:  My name is Chris Krohn.  I'm a
11    computer programmer at Pro Law Software.  Our clients
12    are law firms that use the software to run their
13    offices and keep their trial calendars, and it's also
14    used by local governments and the Department of
15    Justice.  I've got a deliverable on a year-long
16    custom software project that I've been working on for
17    a client that's due over the next two weeks.  And if
18    we don't finish that project on schedule, my employer
19    will be in breach of contract and liable for
20    thousands of dollars in penalties.
21             THE COURT:  All right.  Thank you,
22    Mr. Krohn, I appreciate it.
23             MR. KROHN:  Thank you.
24             THE COURT:  Anyone else back over there?
25    Anyone else before I have these that are here at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 175

```
 1   bench?

 2            MR. DONART:  I also forgot, I'm scheduled

 3   on June 1st to take the dental school entrance exam.

 4            THE COURT:  Thank you.  Anyone else?  I

 5   think there is a hand back in this corner.

 6            MR. PLATA:  My name is Allen Plata and I

 7   live in Albuquerque, and I can't drive over here, so

 8   either my mom or my dad had to take me.  But knowing

 9   their schedule, it's kind of conflicting with them.

10   And I do have a disability that kind of makes it hard

11   for me to understand, like, sorts of things, and --

12   yeah.

13            THE COURT:  All right.  Thank you, Mr.

14   Plata.

15            Who else?  Did somebody else have their

16   hand up?

17            MR. YANCY:  My name is Adam Yancey.  I,

18   too, do not currently own a vehicle.  The burden

19   between here and Albuquerque at 240-some miles, I

20   can't do that regularly.  So...

21            THE COURT:  All right.  Thank you, Mr.

22   Yancey.

23            All right.  The two jurors that were up

24   here, why don't we come up here, and counsel, if you

25   want to come up here.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 176

```
 1                    (The following proceedings were held at the
 2      bench.)
 3                    THE COURT:  Give me your name again.
 4                    MS. CHAVEZ:  Sure.  It's Angela Chavez.
 5                    THE COURT:  All right, Ms. Chavez.  What
 6      special problems do the next eight weeks present for
 7      you.
 8                    MS. CHAVEZ:  My daughter was released on
 9      bail from district court to me as a custodian, and
10      part of the condition is that I would be with her
11      24/7 as that custodian.  So I would be in violation
12      of that condition from district court.
13                    THE COURT:  All right.  Mr. Beck, do you
14      have any questions of Ms. Chavez?
15                    MR. BECK:  Is there anyone else who could
16      be her custodian in your place?
17                    MS. CHAVEZ:  No.  I actually resigned from
18      my job to fulfill that request.
19                    MR. BECK:  Thank you.
20                    THE COURT:  How about from the defendants?
21      Anybody have any questions?
22                    All right.  Thank you, Ms. Chavez.  I
23      appreciate it.
24                    What's your name?
25                    MS. CARDIEL:  Debbie Griego Cardiel.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 177

```
 1              THE COURT:  All right.  Ms. Griego Cardiel,
 2    what special problems do the next eight weeks present
 3    for you?
 4              MS. CARDIEL:  Well, for one, I live in
 5    Chupadero, which is on the outskirts of Santa Fe, and
 6    I don't drive this far, so I don't have anybody -- my
 7    husband brought me yesterday, but I have nobody to
 8    bring me.  And also, I take care of my 80-year-old
 9    mother.  She is a widow, and I'm an only child.
10              THE COURT:  All right.
11              Mr. Beck, do you have any questions of
12    Ms. Griego Cardiel?
13              MR. BECK:  Do you not have a license or do
14    you choose not to?
15              MS. CARDIEL:  I don't drive that well.
16              MR. BECK:  Okay.  And is there anyone else
17    who can substitute in taking care of your
18    granddaughter for you?
19              MS. CARDIEL:  It's my mother.  No, I'm an
20    only child.  We're on a waiting list for the State of
21    New Mexico for help, but I haven't gotten anything.
22    And I also work full-time.
23              THE COURT:  Work for what?
24              MS. CARDIEL:  I work full-time.
25              MR. BECK:  And how long have you been on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 178

```
 1   the waiting list?

 2            MS. CARDIEL:  My mother got sick back in

 3   January, so since January.

 4            MR. BECK:  Thank you.

 5            THE COURT:  Anything else, Mr. Beck?

 6            MR. BECK:  No, Your Honor.

 7            THE COURT:  How about from the defendants?

 8   Mr. Cooper?  Anyone else?

 9            MR. COOPER:  I don't believe we have any

10   questions, thank you.

11            THE COURT:  Thank you, Ms. Griego Cardiel.

12            Mr. Medina, if you'll come up and stand

13   right there so the court reporter can hear you.  How

14   are you?

15            MR. MEDINA:  Doing good.

16            THE COURT:  What special problems for you?

17            MR. MEDINA:  I was just saying that -- I

18   was telling you about the workmen's comp.  And also,

19   my wife is a registered nurse at the detention center

20   here, and she's also a registered nurse at Southern

21   New Mexico Correctional Facility, and I was kind of

22   worried about it.

23            THE COURT:  I saw that on your

24   questionnaire.  Here's what I was thinking about

25   doing.  You may be back up here in a few minutes, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 179

```
 1    I'm going to let these lawyers introduce themselves

 2    here in a moment, and I'm going to ask them to list

 3    out their witnesses, and you listen real carefully as

 4    those witnesses are listed, see if you know anybody.

 5    If you don't know anybody, then we may leave you in

 6    the pool.  But let's see if you know anybody.  Does

 7    that sound fair?

 8              MR. MEDINA:  Yeah.  Knowing anybody wasn't

 9    my concern.  It was, like, safetywise.

10              THE COURT:  All right.  Mr. Beck, anything

11    you want to ask Mr. Medina about that issue?

12              MR. BECK:  Mr. Medina, have you spoken with

13    your wife about jury service on this case?

14              MR. MEDINA:  No, sir, I haven't asked her

15    anything in particular about who she watches or

16    who -- you know, who is in prison.  So it's private

17    for her.

18              THE COURT:  How about from the defendants?

19              MR. COOPER:  How long has your wife worked

20    at Southern New Mexico Correctional Facility?

21              MR. MEDINA:  I'm going to say maybe six

22    months.  She's part-time there right now.

23              MR. COOPER:  And prior to that, she worked

24    at the detention center here in Las Cruces?

25              MR. MEDINA:  Yes, sir, but that was -- it's
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    been, like, two or three years ago.
 2              MR. COOPER:  But she is working there now
 3    full-time at the detention center?
 4              MR. MEDINA:  Correct.
 5              MR. COOPER:  And how often is she working
 6    at --
 7              MR. MEDINA:  So it's part-time.  Depending
 8    on what her schedule is, she could pick up extra
 9    shifts and stuff.  But she is up there today.
10              THE COURT:  Mr. Blackburn?
11              MR. BLACKBURN:  She's a nurse at the Dona
12    Ana Detention Facility?
13              MR. MEDINA:  Yes, sir.  Also at Southern.
14              MR. BLACKBURN:  And how much contact does
15    she have with the individuals?  I guess, what is her
16    job as it relates to the inmates there?
17              MR. MEDINA:  Which facility?
18              MR. BLACKBURN:  At the Dona Ana County
19    Detention Facility.
20              MR. MEDINA:  Right now, she's a charge
21    nurse.  So I imagine -- she's a nighttime charge
22    nurse, so I imagine she has contact with all.  She
23    don't tell me about her job, you know.  She can't do
24    that.  So she just tells me where she works, and her
25    responsibilities are charge nurse.  That's all I know
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 181

1    right now.

2              MR. COOPER:  And has she been working

3    nighttimes for how long?

4              MR. MEDINA:  I'm going to say less than a

5    month for the detention center.

6              MR. COOPER:  And before that, she was

7    working the day shift at the detention center?

8              MR. MEDINA:  No, no, she would have a

9    couple of days' training maybe on day shift.

10             MR. COOPER:  So she just started?

11             MR. MEDINA:  Yes, sir, but she used to work

12   for the detention center maybe two years ago.  That

13   was it.

14             MR. ROBERTS:  Two years ago, what was she

15   doing?

16             MR. MEDINA:  As an RN.

17             MR. SINDEL:  I'm Mr. Sindel.  How are you?

18   How are you doing?

19             MR. MEDINA:  I'm a little bit nervous.

20             THE COURT:  Don't be nervous.  Everything

21   will be all right.

22             MR. SINDEL:  Okay.  So you said something

23   right at the beginning, your concern was not so much

24   about her job, really, but about safety.

25             MR. MEDINA:  Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 183

1             MR. SINDEL:  That's what I want to ask you

2    about.

3             MR. MEDINA:  Okay.

4             MR. SINDEL:  Is that pretty much foremost

5    in your mind, that your concern is about safety

6    issues?

7             MR. MEDINA:  Well, what I'm concerned about

8    is that if I were to get selected that, you know, I

9    don't know who she watches over, who is going where,

10   or what is -- if they find out that I'm on the jury,

11   and knowing that she works -- where she works,

12   something might happen to her.  This isn't the

13   movies.  I understand that.  But --

14            MR. SINDEL:  Listen, that's a very real

15   concern.  Because your wife is in a situation where

16   there are people with all kinds of background;

17   correct?

18            MR. MEDINA:  Correct.

19            MR. SINDEL:  And she's been doing that for

20   a long time.

21            MR. MEDINA:  Yes.

22            MR. SINDEL:  And probably every day she

23   goes to work, you have some concerns?

24            MR. MEDINA:  Absolutely, absolutely.

25            MR. SINDEL:  And if you're sitting on this



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 183

```
1    jury and you think that there may be some people at
2    the facility where she works, that's scary.
3              MR. MEDINA:  Yeah.
4              MR. SINDEL:  Is that true?
5              MR. MEDINA:  Yeah, it is.  I'm going to say
6    it is, yes.
7              MR. SINDEL:  And if that's in your mind, is
8    that one reason you think, hey, this isn't just the
9    right place for me?
10             MR. MEDINA:  No, I don't have -- I don't
11   think that.  I just -- of course, every day she goes
12   to work, I'm going to be concerned anything could
13   happen.  But my concern was anybody finding out my
14   involvement as far as this trial, with her working
15   where she works.  And it happened -- I was in the
16   same situation when I served also here, I think it
17   was in 2011, 2012, on a three-month jury panel, so --
18             MR. SINDEL:  This is your second go --
19             MR. MEDINA:  And she was in the same
20   locations as the other witnesses were.  You know what
21   I mean?  She worked in the same places for everything
22   else.  So it doesn't -- it's like the second time
23   around, and it's kind of a little nerve-racking.
24             MR. SINDEL:  When you say nerve-racking, do
25   you think it's maybe going to be hard for you to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 184

1    concentrate on this case because of your concerns for

2    safety?

3            MR. MEDINA:  It's a little nerve-racking,

4    but I think it would be easier because I've done it

5    before.

6            MR. SINDEL:  Okay.  And I guess one or two

7    more questions.  And that is:  There are allegations

8    that there are certain things, certain acts of --

9    what they call violent acts that have occurred at

10   these facilities, the facility where your wife works.

11           MR. MEDINA:  Yes.

12           MR. SINDEL:  You read that in the

13   questionnaire, you saw that there?

14           MR. MEDINA:  Um-hum.

15           MR. SINDEL:  And what I want to do is make

16   sure that you can put aside your concern for her

17   safety and be able to judge this case only on the

18   evidence as you hear it.

19           MR. MEDINA:  Yeah, absolutely I can do

20   that.

21           MR. SINDEL:  All right.

22           MR. MEDINA:  No problem.

23           MR. SINDEL:  Glad to talk with you.

24           MR. MEDINA:  Absolutely.

25           MR. SINDEL:  I'm not nervous anymore.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 185

```
 1                THE COURT:  Anyone else?  Okay.  All right.

 2           Thank you, Mr. Medina.

 3                (The following proceedings were held in

 4      open court.)

 5                THE COURT:  All right.  Given that we --

 6      presenting the evidence is expected to take eight

 7      weeks, and we should be done by June 1st, does that

 8      present special problems for any of you that we

 9      haven't already discussed?

10                MS. TRUJILLO:  I was a little nervous the

11      first time, and I didn't really clarify enough.  But

12      my interlock dates -- I have to be there -- I have to

13      have the car present.  That's part of the contract.

14      So my first one is on -- or my next one is the 12th,

15      and then it usually runs a month after that.  So it

16      usually runs about the 11th or the 12th.  I have a

17      '93 Geo, which is an older car with over 300,000

18      miles.  So coming back and forth, that's going to be

19      a little difficult.

20                And my daughter graduates from NMSU in May.

21      I don't have the specific date yet, but I just wanted

22      to be a little more clear about that.

23                THE COURT:  Okay.  Thank you.  I appreciate

24      it.

25                All right.  Anyone else that over -- the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 186

 1   next eight weeks present any special problems for
 2   anybody?
 3           Let's see.  Mr. Telles?  What special
 4   problems do the next eight weeks present for you?
 5           MR. TELLES:  My name is Art Telles, and I'm
 6   the transmission superintendent for El Paso Electric
 7   Company.  And right now we're getting into our peak
 8   season, and of course, we tie all the transmission
 9   systems between, of course, PNM, Artesia -- they're
10   SPS -- Springville, Arizona, and Duncan and Brady, up
11   to Cuidad Juarez.  And of course, as load goes up,
12   our demand is needed much more.
13           I'm also the chair for the El Paso Electric
14   line rodeo, and that event is taking place the 21st
15   of April, and we're winding that down now, as well.
16   I wanted to share that and let y'all know it's going
17   to be difficult, but if need be, I would go ahead and
18   do my duty.  Thank you.
19           THE COURT:  Thank you, Mr. Telles.
20           Anyone else need to tell me about any
21   special problems they may have over the next eight
22   weeks?
23           I'm going to cut my chart off here a little
24   bit so I can see it here.
25           Let me tell you a little bit about the case

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 187

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 188

1    we're going to be trying here.  The question I'm

2    going to be asking is:  Has anyone heard or read

3    anything about this case?

4              This is a criminal case brought by the

5    United States Government.  I'm going to let the

6    attorneys identify themselves in a little bit, so

7    you're going to hear their names a couple of times

8    this morning.  And I will sometimes refer to the

9    United States as the prosecution.

10             The charges against the defendants, whom

11   we'll introduce here in a moment, are contained in an

12   indictment.  There are seven defendants who are

13   charged in this trial, and all seven are charged with

14   a crime which is a type of racketeering charge.

15   Specifically, the United States alleges that the

16   defendants were members or associates of a

17   racketeering enterprise known as the Syndicato de

18   Nuevo Mexico, or SNM Gang.

19             An indictment is a mere accusation.  The

20   indictment is not evidence at all of guilt.  It is

21   just a formal -- the formal way that the Government

22   tells the defendant what crimes he's accused of

23   committing.  Each individual defendant has pled not

24   guilty to the charges against him, is presumed

25   innocent, and that presumption stays with the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 188

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 189

1    defendant throughout the trial.

2              Assistant United States Attorneys Maria Y.

3    Armijo, Randy M. Castellano, and Matthew M. Beck will

4    be prosecuting this case and representing the United

5    States of America.  The defendants are Joe Lawrence

6    Gallegos, represented by Brock Benjamin and Richard

7    Sindel.  Edward Troup, represented by Cori

8    Harbour-Valdez and Patrick Burke.  Billy Garcia,

9    represented by James Castle and Robert Cooper.  Allen

10   Patterson, represented by Jeffrey (sic) Lahann and

11   Joseph Shattuck.  Christopher Chavez, represented by

12   John Granberg and Eduardo Solis.  And Arturo Garcia,

13   represented by Billy Blackburn and Scott Davidson.

14   And Andrew Gallegos represented by Donovan Roberts

15   and Lisa Torraco.

16             The defendants are charged as follows.  The

17   defendants Joe Lawrence Gallegos, Edward Troup, and

18   Billy Garcia have been charged in the indictment with

19   violent crimes in aid of racketeering for the murder

20   of Frank Castillo, occurring on or about March 26,

21   2001.

22             Defendants Billy Garcia, Allen Patterson,

23   and Christopher Chavez have been charged with violent

24   crimes in aid of racketeering for the murder of

25   Rolando Garza occurring on or about March 26, 2001.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Defendants Edward Troup and Arturo Arnulfo
 2    Garcia have been charged with violent crimes in aid
 3    of racketeering for the murder of Freddie Sanchez,
 4    occurring on or about June 17, 2007.
 5              And defendants Joe Lawrence Gallegos and
 6    Andrew Gallegos have been charged with violent crimes
 7    in aid of racketeering for the murder of Adrian
 8    Burns, occurring on or about November 12, 2012.
 9              Defendants Joe Lawrence Gallegos and Andrew
10    Gallegos have also been charged in violent crimes in
11    aid of racketeering for conspiring to murder Adrian
12    Burns.
13              Defendant Joe Gallegos has been charged
14    with violent crimes in aid of racketeering for the
15    assault of Jose Gomez with a dangerous weapon, for
16    conspiring to murder Jose Gomez, and for the
17    attempted murder of Jose Gomez with a deadly weapon
18    which resulted in serious bodily injury to Jose Gomez
19    occurring on or about February 27, 2016.
20              So let me ask whether any member of the
21    panel has heard or read anything about the case.
22    Anybody have any knowledge about this case from any
23    source?
24              All right.  Why don't you come up here so I
25    can discuss your knowledge up here at the bench.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Anyone else that's heard or read anything
 2     about the case?  If you do, why don't you come over
 3     here and up.  I'll get counsel to come up here.  If
 4     there's anybody that's heard or read anything about
 5     the case, I want to talk to you outside the presence
 6     of the other members of the jury.
 7              I didn't see where you came from.  Are you
 8     Ms. Morales?
 9              MS. MORALES:  Yes.
10              THE COURT:  All right.  I got that.  I've
11     got a seating chart.  How are you?
12              MS. MORALES:  I'm doing well.  Thank you.
13              THE COURT:  What have you heard or read
14     about this case?
15              MS. MORALES:  I work with the New Mexico
16     State Police as a 911 dispatcher.
17              THE COURT:  You're a dispatcher.  Okay.
18              MS. MORALES:  I do believe the case of Mr.
19     Sanchez from 2007 -- one of my sergeants is the case
20     agent.
21              THE COURT:  Who is that?
22              MS. MORALES:  George Bernal.
23              THE COURT:  And how long have you been a
24     dispatcher with the state police?
25              MS. MORALES:  Coming up on seven years in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 191

```
 1   June.
 2             THE COURT:  So I haven't gotten the witness
 3   list memorized like I should.  But I think that Mr.
 4   Bernal is going to be a witness in this case?
 5             MS. MORALES:  Yes.  I was actually advised
 6   to come up and speak with you, because of my
 7   involvement.
 8             THE COURT:  What has been your involvement
 9   in the case?
10             MS. MORALES:  I know that he's a part of
11   it.  Honestly, I don't know the amount of unbiasness
12   I can have, working with him for so long, and working
13   with the state police for so long.  It's really hard
14   to go against what they say, because my whole job is
15   to believe them.
16             THE COURT:  Okay.  Let's break this down a
17   little bit.
18             MS. MORALES:  Okay.
19             THE COURT:  The first thing is:  Kind of
20   explain to me what your involvement has been.  Have
21   you had any involvement in this case in any way?
22             MS. MORALES:  No, I was not employed in
23   2007.
24             THE COURT:  How long?
25             MS. MORALES:  From 2011.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  2011?

 2              MS. MORALES:  Yes.

 3              THE COURT:  So if you weren't -- if you

 4    haven't been involved in the case, does your

 5    knowledge of the case just come from what people have

 6    told you?

 7              MS. MORALES:  Yes.

 8              THE COURT:  Okay.  And who has told you?

 9              MS. MORALES:  My boss, when I submitted my

10    jury trial, actually said, "Look.  This is one of our

11    cases.  We're handling this.  You need to tell them

12    that you're a part of this.  You don't want to be

13    biased against anybody.  You don't want to mess this

14    up."

15              THE COURT:  Now, when they told you to say

16    that, who was it that told you to say that?

17              MS. MORALES:  My supervisor.

18              THE COURT:  Mr. Bernal?

19              MS. MORALES:  No, Chavarria.

20              THE COURT:  Okay.  And is that the only

21    conversation you've had with anybody about this case?

22              MS. MORALES:  I've heard a little bit of

23    the talk here and there about the Syndicato de Nuevo

24    Mexico.  Specifically, no, but, kind of, we're

25    gearing up for this, we're getting ready for this,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 193

```
 1    this is getting ready to come to trial, this is a big
 2    case.  But specifics, no.
 3              THE COURT:  Okay.  And everything you know
 4    about it is things that people have said?
 5              MS. MORALES:  Right.
 6              THE COURT:  And as far as you know, the
 7    only person that you know personally that's going to
 8    be testifying in this case or is involved in this
 9    case is Mr. Bernal?
10              MS. MORALES:  George Bernal.  And
11    possibly -- my mind went blank -- he's a sergeant now
12    and we call him Tony.  Antonio Palomares.  I believe
13    he might have also -- I'm not sure which one, but I
14    know this is something he's been working on for
15    years.
16              THE COURT:  And you know both of those men
17    personally?
18              MS. MORALES:  Yes, I do.
19              THE COURT:  Have you talked to them at all
20    about this case?
21              MS. MORALES:  No.
22              THE COURT:  You just know they're going to
23    be testifying?
24              MS. MORALES:  Right.
25              THE COURT:  If they take the stand, are you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 194

1    going to be inclined to believe anything they say?

2              MS. MORALES:  I honestly can't say that I

3    wouldn't believe them.  I do trust them with my life,

4    as they trust me with theirs in our job.  So it's

5    really hard for me to say, no, they're wrong.

6              THE COURT:  So if somebody were to

7    cross-examine them and go after their credibility,

8    you'd be inclined to believe the police officers?

9              MS. MORALES:  Probably.

10             THE COURT:  Even if there was some evidence

11   that they might not be telling the truth?

12             MS. MORALES:  Yes.

13             THE COURT:  Okay.  Let's go then to sort of

14   some general questions.

15             MS. MORALES:  Okay.

16             THE COURT:  Do you feel like you can be

17   fair and impartial to all the parties in this case?

18             MS. MORALES:  I don't know, just because I

19   do know them, I've worked with them for so long, and

20   I have such a trust with them, it's going to be very

21   hard for me to say they're not telling the truth.

22             THE COURT:  All right.

23             Mr. Beck, any questions of Ms. Morales?

24             MR. BECK:  Thank you.  Good morning,

25   Ms. Morales.


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 195

```
 1              MS. MORALES:  Good morning.
 2              MR. BECK:  I understand your background
 3    with New Mexico State Police.  The judge at some
 4    point is going to give all the jurors instructions.
 5    If the judge's instructions are to set aside any
 6    preconceived notions that you have or any thoughts
 7    you have in coming to the case and just rely on the
 8    evidence and information presented here in court, is
 9    that an instruction that you think you could follow?
10              MS. MORALES:  I would do that to the best
11    of my ability.  But I don't want to go into it -- any
12    sort of bias.  I already know them, and I already
13    trust them.
14              MR. BECK:  Sure.  And I guess I'm going to
15    press you a little bit on that.  If the judge
16    instructs you that you're supposed to give the same
17    credibility and take every witness, whether they're
18    law enforcement or a criminal, with the same weight,
19    listen to the same examination, is that an
20    instruction that you can follow, something to that
21    effect?
22              MS. MORALES:  I don't know if I can take
23    the word of a law enforcement and the word of a
24    defendant in such a case with the same weight.  I
25    would have a really hard time with that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 196

```
 1              MR. BECK:  Even if the judge instructs you?

 2              MS. MORALES:  Yes.

 3              THE COURT:  Anything else, Mr. Beck?

 4              MR. BECK:  No.

 5              THE COURT:  Mr. Lahann.

 6              MR. LAHANN:  Did you work with Norman

 7   Rhoades?

 8              MS. MORALES:  I have, yes.

 9              MR. LAHANN:  And is he still engaged or

10   dating another dispatcher?

11              MS. MORALES:  She's retired.

12              MR. LAHANN:  Is that somebody that you're

13   friends with?

14              MS. MORALES:  No.

15              MR. LAHANN:  As far as Mr. Rhoades, he's

16   retired also?

17              MS. MORALES:  I do not know.  I work night

18   shift, so I don't see him very often.

19              MR. LAHANN:  It's been a while since you've

20   seen him?

21              MS. MORALES:  Yes.

22              MR. LAHANN:  Did you talk about the case

23   with either one of those people?  I forget her name.

24              MS. MORALES:  Giovanna.

25              MR. LAHANN:  What about Felipe Gonzalez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 197

```
 1   Way before you?
 2            MS. MORALES:  He's still, as far as I know,
 3   employed.
 4            MR. LAHANN:  Rich Libicer?
 5            MS. MORALES:  He has also retired.
 6            MR. LAHANN:  That's all I have.
 7            THE COURT:  Mr. Lahann.
 8            MR. LAHANN:  While we're up here, might as
 9   well.  Patrick Bucksath.  Is he still there?
10            MS. MORALES:  Yes, he is.
11            MR. LAHANN:  Any special relationship with
12   him?
13            MS. MORALES:  Just work.  I see him from
14   time to time.  We haven't discussed this case, but --
15            MR. LAHANN:  I assume your answer would be
16   the same, that you would have a general bias?
17            MS. MORALES:  Right.
18            MR. LAHANN:  If anything jumps out that's
19   different, don't get anybody in trouble, but --
20            Okay.  Thomas Christianson.
21            MS. MORALES:  I don't know him.
22            MR. LAHANN:  Way before your time, I think?
23            MS. MORALES:  Yeah.
24            MR. LAHANN:  Michael Davies?
25            MS. MORALES:  No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 198

1          MR. LAHANN:  Robert Duncan?

2          MS. MORALES:  No.

3          MR. LAHANN:  Felipe Gonzalez?

4          MS. MORALES:  There is the other one.

5          MR. LAHANN:  Kirsten Harzewski?

6          MS. MORALES:  I've met her once at a

7    training.

8          MR. LAHANN:  Is she up in Santa Fe now?

9          MS. MORALES:  Yes, or in Albuquerque,

10   somewhere.

11         MR. LAHANN:  No special affinity?

12         MS. MORALES:  No, she taught me a class.

13         MR. LAHANN:  Okay.  Wesley Lacuesta?

14         MS. MORALES:  No.

15         MR. LAHANN:  Marco Martinez?

16         MS. MORALES:  No.

17         MR. LAHANN:  Richard Matthews?

18         MS. MORALES:  No.

19         MR. LAHANN:  Warren Pershall?

20         MS. MORALES:  No.

21         MR. LAHANN:  Norman we've talked about.

22         MS. MORALES:  Um-hum.

23         MR. LAHANN:  Jeff Smith?

24         MS. MORALES:  No.

25         MR. LAHANN:  Albert Venegas?


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 199

```
 1                MS. MORALES:  No.

 2                MR. LAHANN:  He used to be with the

 3    undercover unit.  I think he's in Artesia now.

 4                MS. MORALES:  I think I've heard his name,

 5    but I've never met him.

 6                MR. LAHANN:  Alvino Vigil?

 7                MS. MORALES:  No.

 8                MR. LAHANN:  William Vista?

 9                MS. MORALES:  No.

10                MR. LAHANN:  And Richard Williamson?

11                MS. MORALES:  No.

12                THE COURT:  Okay.  Okay.  I'll let you

13    follow up.

14                MR. LAHANN:  Thank you, Judge.

15                THE COURT:  Mr. Sindel, why don't you come

16    up here?

17                MR. SINDEL:  I'm Richard Sindel.  It's kind

18    of closed in here.  Your boss brought this up to you,

19    and when you told him, "Look, I'm going to go in this

20    case that a lot of our officers that you just heard

21    are involved in."

22                MS. MORALES:  Right.

23                MR. SINDEL:  Even before he brought it up,

24    you knew there was an issue for you?

25                MS. MORALES:  I had suspected, and I was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 200

 1   like, no, is that the same name?  Am I reading this

 2   right?  I wasn't --

 3            MR. SINDEL:  But as soon as you made that

 4   connection --

 5            MS. MORALES:  Yeah.

 6            MR. SINDEL:  -- you said, "Wait a minute,

 7   this is an issue"?

 8            MS. MORALES:  Yeah.

 9            MR. SINDEL:  It wasn't because your boss

10   said it so much as both of you agreed this is a

11   problem --

12            MS. MORALES:  And they explained to me what

13   I should be -- how to approach this once I get here.

14            MR. SINDEL:  And you're doing very good.

15            MS. MORALES:  Thanks.

16            MR. SINDEL:  And I guess, I mean, let's

17   just be real.  Your thumb is on the other side of the

18   scale?

19            MS. MORALES:  I don't want it to be.  I

20   would like to be impartial.  I do have a bachelor's

21   in criminal justice.  I understand the system.  But I

22   also understand I don't want to come in already

23   pulling for one side, already, you know, rooting for

24   the home team.

25            MR. SINDEL:  And that's exactly right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Rooting for the home team.
 2            MS. MORALES:  I don't want that at all.
 3            MR. SINDEL:  And Mr. Beck asked you a lot
 4    of questions about instructions from the Court.
 5            MS. MORALES:  Right.
 6            MR. SINDEL:  If the Court says, "Well, I'm
 7    going to tell you it's daytime here at 9:00 p.m. at
 8    night," that's the instruction, but you're going to
 9    say, I'm not sure I could follow that instruction
10    because what I know about my position and what I know
11    about these people, it's going to be almost
12    impossible for me to be fair and impartial; true?
13            MS. MORALES:  It would be difficult, yes.
14            MR. SINDEL:  Thank you.
15            THE COURT:  Mr. Cooper.
16            MR. COOPER:  It's okay to have feelings one
17    way or another.  That's okay.  We all have feelings
18    and attitudes.  All those attitude, feelings, and
19    pressures that we have are shaped by our experiences,
20    and you have an experience of working with New Mexico
21    State Police, working for the Department of Public
22    Safety for --
23            MS. MORALES:  Seven years.
24            MR. COOPER:  Seven years.  And it's hard to
25    change that and it's hard not to have those feelings
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 202

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 203

 1   and be biased and lean one way or another and just

 2   totally disregard that.  Now, because you have worked

 3   for New Mexico State Police for so long, all of your

 4   friends and your -- everybody you see all day long

 5   also are state police supporting people, aren't they,

 6   for the most part?

 7           MS. MORALES:  Yes, we have a few in our

 8   group that don't talk about work.

 9           MR. COOPER:  But for the most part, anytime

10   the 19 individuals that Mr. Lahann just read off --

11           MS. MORALES:  Right.

12           MR. COOPER:  -- all of them, if they're not

13   employed there now, they were, and so they were

14   brothers just like the guys that are there presently?

15           MS. MORALES:  Yes.

16           MR. COOPER:  And you would lend them a

17   little more credibility than you would somebody

18   that's not in this group of New Mexico State Police

19   officers; correct?

20           MS. MORALES:  That's what I'm going to say,

21   yes.

22           MR. COOPER:  And that's a real fear, isn't

23   it?

24           MS. MORALES:  I want to be fair.

25           MR. COOPER:  That's good.  We want you to



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 203

```
 1   be fair.  I think that's all we're trying to do is

 2   find 12 jurors that can be fair and impartial, 12

 3   jurors that don't have a preconceived notion and lean

 4   one way or another.  We want people who, given their

 5   experiences, can sit and fairly judge my client.

 6              MS. MORALES:  Right.

 7              THE COURT:  And if you were sitting where

 8   my client is, would you want somebody just like

 9   yourself sitting in that jury box judging you?

10              MS. MORALES:  Probably not.

11              MR. COOPER:  Probably not.

12              MS. MORALES:  Probably not.  I mean, like,

13   well, my lawyer is good enough to change my mind,

14   but...

15              MR. COOPER:  But you wouldn't want me to

16   have to have or give the Government a 50-yard head

17   start in that hundred-yard dash, would you?

18              MS. MORALES:  Right.

19              MR. COOPER:  And it's not fair; right?

20              MS. MORALES:  Yes.

21              MR. COOPER:  And it's okay that you cannot

22   be fair and impartial, but do you think perhaps that

23   you ought to be sitting on some other jury rather

24   than this?

25              MS. MORALES:  That's why I wanted to have
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 204

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 205

```
 1    this little chitchat.
 2              MR. COOPER:  And we're glad you did.  I
 3    think it's really, really important that we have
 4    these sorts of conversations, because I know that you
 5    wouldn't want to be sitting next to me if there was
 6    going to be a parade:  These are the Government
 7    witnesses.
 8              MS. MORALES:  Right.
 9              MR. COOPER:  The Government is going to
10    call 19 New Mexico State Police officers.  They're
11    also going to call nine Department of Public Safety
12    employees.
13              MS. MORALES:  Wow.
14              MR. COOPER:  And you probably have heard
15    those names?  Or Shirley Garcia?
16              MS. MORALES:  No.
17              MR. COOPER:  Margo -- maybe you haven't,
18    but you're under the --
19              MS. MORALES:  Umbrella.
20              MR. COOPER:  Correct.  And you would
21    likewise give them much more credibility than you
22    would somebody that I perhaps may call?
23              MS. MORALES:  Yes.
24              MR. COOPER:  Is that a yes?
25              MS. MORALES:  Yes.  Sorry.  I forget there
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   is a microphone.
 2          MR. COOPER:  That's okay.  So at the end of
 3   the day, do you think you could be fair and
 4   impartial, no matter what the judge --
 5          MS. MORALES:  Probably not, no.
 6          MR. COOPER:  Probably not, no.  So again
 7   that answer was --
 8          MS. MORALES:  No.
 9          MR. COOPER:  Okay.  I don't believe I have
10   any further questions of you, Ms. Morales.  Thank you
11   very much.
12          THE COURT:  Anybody else, defendants?  Any
13   other questions?  All right.  Thank you, Ms. Morales.
14          MR. SINDEL:  Go get a drink of water.
15          THE COURT:  Are y'all covering the screen
16   like you did in the last trial when you come up here?
17          MR. BECK:  I think so.
18          THE COURT:  For the bench conferences.
19   Make sure that you when you come up here, you put
20   something over the screens so they can't -- if you're
21   looking straight on, you can still read it.
22          MS. ARMIJO:  It's so Mr. Castellano can
23   read it at the table.
24          THE COURT:  Ms. Wild, why don't you go over
25   there and look.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 207

```
 1              MR. BENJAMIN:  I think the Court knows
 2    where I'm looking.  Essentially one seat back from
 3    Gayle Wise.  I believe she's juror number 22.  I
 4    wanted to bring this to the Court's attention:  The
 5    last bench conference she asked, "Are you guys
 6    lawyers?"  Just generally asking.
 7              I said, "Ma'am, I'm a lawyer.  I can't talk
 8    to you in this case."  And the gentleman to her -- to
 9    the Court's right, to my left as I'm looking at it,
10    Mr. Skousen, gave her the same admonishment.
11              THE COURT:  She's asking if y'all are
12    lawyers?
13              MR. BENJAMIN:  She was curious.
14              THE COURT:  Well, we'll take a break in 30
15    minutes.  I'll talk to them about not having contact.
16              MR. BENJAMIN:  The gentleman to her right
17    gave her more admonishing than I did.
18              THE COURT:  Okay.  He must be an
19    experienced juror.
20              Remind me your name.
21              MR. MEYER:  Charles Meyer.
22              THE COURT:  Okay.  Where were you sitting,
23    Mr. Meyer?
24              MR. MEYER:  I was sitting right in the
25    second row on the side.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 207

```
 1              THE COURT:  All right.  I've got you, Mr.
 2    Meyer.  What have you read or heard about this case?
 3              MR. MEYER:  Okay.  I don't know if this
 4    qualifies for preknowledge, but simply yesterday, out
 5    of curiosity, I did a simple Google search and an
 6    article from the Las Cruces Sun came up.  I glanced
 7    at it, about the security concerns for the Federal
 8    Courthouse.  And that's about it.  That's the extent
 9    of it.
10              THE COURT:  Now, I'm not aware -- everybody
11    in the room may be aware more than I am.  I'm not
12    aware of any press about this case.  Was this an
13    article about this case starting today?
14              MR. MEYER:  Yeah.  In fact, the word you
15    said, Syndicato de Nuevo Mexico, that was the head --
16    it was in the Las Cruces Sun about security concerns
17    for the federal case in Las Cruces, and it said
18    Syndicato de Nuevo Mexico, using those words.  That's
19    why I put two and two together when you said it.
20              THE COURT:  When was this article?
21              MR. MEYER:  I read it yesterday.
22              THE COURT:  Do you know when it was?
23              MR. MEYER:  I think it was on Friday.
24              THE COURT:  Friday?
25              MR. MEYER:  It was Las Cruces Sun.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 208

```
 1                  THE COURT:  And you went ahead and read the
 2       article?
 3                  MR. MEYER:  I glanced.  I didn't go into
 4       extent.  Out of curiosity, federal case, Las Cruces,
 5       and that popped up.
 6                  THE COURT:  Other than that one article, is
 7       there any article that you saw and just glanced?
 8                  MR. MEYER:  I glanced and did not look.
 9                  THE COURT:  Why don't you tell me what you
10       remember from the article.
11                  MR. MEYER:  Basically the thing I remember
12       is just the Syndicato de Nuevo Mexico, you mentioned
13       the name.  And I didn't go into any details of the
14       names of the individuals or -- so that would --
15       Syndicato de Nuevo Mexico, that's the only thing I
16       remember.
17                  THE COURT:  All right.  Anything else you
18       remember about the article or anything?
19                  MR. MEYER:  No.  In fact, I was aware that
20       I better not keep on reading this.
21                  THE COURT:  Okay.  So you stopped?
22                  MR. MEYER:  I stopped.
23                  THE COURT:  And you don't remember
24       anything?
25                  MR. MEYER:  No, I don't remember names or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 209

```
 1    details.  But the main article was about security

 2    concerns.  That's what it was about.

 3              THE COURT:  Okay.  Do you remember anything

 4    it said about security concerns?

 5              MR. MEYER:  It just said that because it's

 6    a gang-affiliated case, there were security concerns.

 7              THE COURT:  Okay.  Is there anything about

 8    what you read or know about this case or SNM or

 9    anything that would keep you from being fair and

10    impartial to the parties in this case?

11              MR. MEYER:  No.

12              THE COURT:  And you don't recall anything

13    else that you know or read about the case?

14              MR. MEYER:  No.  In fact, I was doing --

15    the Google searches are dangerous.  I stopped.

16              THE COURT:  You stopped.  Mr. Beck.

17              MR. BECK:  Good morning, Mr. Meyer.

18              MR. MEYER:  Good morning.

19              MR. BECK:  You said that you remembered the

20    name from the article.  Is the name -- what name is

21    it that you remember?

22              MR. MEYER:  I remember both the Spanish

23    names, Syndicato de Nuevo Mexico, and those are the

24    names.

25              MR. BECK:  Okay.  And my understanding of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 210

1    what you said is that once you saw the article, saw

2    what it was about, you didn't read the article?  You

3    glanced at it, then realized you should stop reading?

4            MR. MEYER:  Yes.

5            MR. BECK:  Was that because you knew from

6    the jury questionnaire and instructions that you

7    shouldn't do any research?

8            MR. MEYER:  I had been a juror before.  I

9    didn't want to be biased in one direction, so I

10   better not get into that.

11           MR. BECK:  Do you recall you did fill out a

12   questionnaire in this case?

13           MR. MEYER:  Yes.

14           MR. BECK:  Do you recall -- and if you

15   don't, that's fine -- do you recall what the jury

16   questionnaire said, if anything, about doing research

17   on the names?

18           MR. MEYER:  No.

19           MR. BECK:  So at the time that you did the

20   Google search, you didn't recall anything like that

21   in the questionnaire?

22           MR. MEYER:  No.

23           MR. BECK:  I think the judge asked you this

24   question, but do you even know -- do you even know if

25   that article was written about this case or some case

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 211

```
 1   before this?
 2           MR. MEYER:  Well, the reason I connected
 3   the dots, that's the first thing you said, and that's
 4   the first thing the article said.
 5           MR. BECK:  So other than the judge
 6   mentioning the name Syndicato de Nuevo Mexico and you
 7   knowing that from reading it, is that the only way?
 8           MR. MEYER:  That's the only way.
 9           MR. BECK:  That's the only way.  I think
10   you answered this for the judge, but I just want to
11   make sure I'm clear.  Reading that article, whatever
12   it was about, would you be able to set aside what
13   you've heard, what you've read, and just decide this
14   case from the judge's instructions on the evidence
15   presented to you here in court?
16           MR. MEYER:  Yes.
17           MR. BECK:  And you've done that before as a
18   juror; right?
19           MR. MEYER:  Yes.
20           MR. BECK:  And in your previous jury
21   experience, were you able to set aside whatever
22   notions you had?
23           MR. MEYER:  Oh, yes.
24           MR. BECK:  Do you feel like you could do
25   that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 212

1          MR. MEYER:  Definitely.

2          MR. BECK:  And I think you heard the judge

3     give instructions or a little statement of the case a

4     few moments ago about what this case is about; is

5     that right?

6          MR. MEYER:  Yes, seven individuals that

7     are -- yes.

8          MR. BECK:  And if there are allegations

9     that murders occurred on behalf of the Syndicato,

10    even given what you read about security concerns, are

11    you able to be fair and impartial in this case?

12         MR. MEYER:  Yes.

13         THE COURT:  Thank you.  Mr. Benjamin.  Mr.

14    Sindel.

15         MR. SINDEL:  Richard Sindel.  How are you?

16    You have been in this spot before if you served on a

17    jury.

18         MR. MEYER:  It was in Las Vegas, New

19    Mexico.  I used to live there.  Now I live in

20    Albuquerque.

21         MR. SINDEL:  When you said "security

22    concerns," do you remember if there was anything in

23    the article describing the concerns or steps that

24    were taken?

25         MR. MEYER:  No, I didn't go -- I basically

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    read the first paragraph, and that was it.

 2              MR. SINDEL:  And Mr. Beck has pointed out

 3    there was something in the questionnaire about not

 4    doing research.  And look, we're all curious, and

 5    Google is like having an Encyclopedia Britannica on

 6    your desk.  Do you feel comfortable saying, "If I'm

 7    going to be a juror on this case, I have to rely only

 8    on what comes from the witness chair and what the

 9    instructions of the Court are and stipulations that

10    the parties make," and you're not to Google it?  It

11    doesn't have anything to do with this courtroom?

12              MR. MEYER:  Yes, I do.

13              MR. SINDEL:  Are you comfortable with that?

14              MR. MEYER:  Yes.

15              MR. SINDEL:  Thank you.  I appreciate it

16    very much.

17              THE COURT:  Thank you, Mr. Sindel.

18              Mr. Blackburn.

19              MR. BLACKBURN:  No questions.

20              THE COURT:  Mr. Meyer, thank you.  I

21    appreciate it.

22              Why don't y'all stay up here?

23              (The following proceedings were held in

24    open court.)

25              THE COURT:  Is there anyone else, any
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

78

```
 1    member of the panel that's heard or read anything

 2    about this case that you need to discuss up here at

 3    the bench?

 4              All right.  Did y'all need to say something

 5    to me?

 6              (The following proceedings were held at the

 7    bench.)

 8              MS. HARBOUR-VALDEZ:  Your Honor, we have

 9    agreed to juror number 36, the man who says he has

10    language issues.

11              THE COURT:  All right.

12              MS. HARBOUR-VALDEZ:  And 54, the young man

13    who said he has a disability and can't pay attention

14    and can't drive himself.

15              THE COURT:  36?

16              MS. HARBOUR-VALDEZ:  And 54.

17              MS. ARMIJO:  And I think their

18    questionnaires definitely had issues.

19              THE COURT:  Oh, Mr. Plata and Mr.

20    Gutierrez.

21              MS. HARBOUR-VALDEZ:  A majority of their

22    questionnaires were blank.

23              THE COURT:  I'll have Ms. Wild excuse them.

24              MS. HARBOUR-VALDEZ:  Thank you, Your Honor.

25              MR. SINDEL:  Will 36 and 54 come back?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 215

```
 1              THE COURT:  There will be a space.
 2              (The following proceedings were held in
 3      open court.)
 4              THE COURT:  All right.  Let me just ask
 5      again, has anyone else heard or read anything about
 6      the case?
 7              All right.  I'm now going to ask the
 8      counsel -- let me make sure my microphone is on.  I
 9      didn't remember to do that.  I will now ask the
10      counsel for the Government to introduce themselves
11      and counsel associated in the trial, as well as
12      witnesses who will testify on the Government's
13      presentation of its case-in-chief.
14              So Mr. Beck, are you going to do that?
15              MR. BECK:  Yes.  May we approach?
16              (The following proceedings were held at the
17      bench.)
18              THE COURT:  Are you going to object to you
19      introducing yourself?
20              MR. BECK:  I was going to try.  I just
21      wanted to make sure that I was clear on the procedure
22      here.  I had it, then I lost my mind when we were
23      doing everything.  Are the counsel able to stand to
24      introduce themselves and the clients sit, or are we
25      all sitting through this?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 216

```
 1              THE COURT:  No, when counsel are talking,
 2    they can go ahead and stand.  And then, when the
 3    defendants are introducing.  So your people that
 4    you're introducing, like Mr. Acee and, you know,
 5    people like that, just have them sit, because that's
 6    what the defendants are going to do, too.  They
 7    shouldn't stand, but counsel can stand while they're
 8    being introduced or talking.
 9              MR. BLACKBURN:  For us, I think Mr. Cooper
10    is going to read off the names of everybody.
11              THE COURT:  I'll call on Mr. Cooper, then.
12    But y'all want to introduce yourselves.  This is your
13    first chance to talk to the jury.  I'll call
14    individually Mr. Cooper.
15              MR. BECK:  We aren't calling the witness
16    list?
17              THE COURT:  We are.
18              MR. BECK:  I better start working on that.
19              THE COURT:  You have to do it sometime.
20              (The following proceedings were held in
21    open court.)
22              THE COURT:  All right.  So Mr. Beck, do you
23    want to introduce the counsel for the Government and
24    counsel associated with you here in the trial?  And
25    then the witnesses who will testify on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 217

```
 1    Government's presentation of its case-in-chief.
 2              MR. BECK:  Yes, Your Honor.
 3              THE COURT:  Mr. Beck.
 4              MR. BECK:  Good morning.  Sorry for
 5    everybody behind me.  My name is Matthew Beck.
 6    Appearing with me at counsel table here is Maria
 7    Armijo and Randy Castellano.  We're the assistant
 8    United States Attorneys prosecuting this case.  Also
 9    with us this morning are Wendy Pura, who will be
10    helping us for the next couple of days, and then
11    Special Agent Bryan Acee, Special Agent Nancy Stemo.
12              The witnesses that we'll be calling during
13    this trial are Javier Alonso, a/k/a Wino, and if
14    anyone can't hear me, just raise your hand or throw
15    something at me.  Okay.
16              That was a test.  You could hear me because
17    you raised your hand.  That's all right.
18              Our first witness will be Javier Alonso,
19    a/k/a Wino.  Gerald Archuleta, a/k/a Styx.  Manuel
20    Jacob Armijo, a/k/a Big Jake.  Rena Blea, Kyle
21    Bridgman, Karen Cartwright, Brandon Chavez, Benjamin
22    Clark, a/k/a Cyclone.  Billy Cordova, a/k/a Little
23    Shadow.  Richard Gallegos, a/k/a Dopey.  James
24    Garcia, a/k/a Daffy; Phillip Gonzalez, a/k/a Grumpy.
25    Samuel Gonzalez.  Jose Gomez, a/k/a Tiny.  Sammy
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 218

```
1    Griego, a/k/a Sammy G.  Ruben Hernandez, Jeremy
2    Kaiser, Robert Lovato, a/k/a Boo Boo.  Leroy Lucero,
3    a/k/a Smurf.  Leonard Lujan, Yvonne Madrid, Eugene
4    Martinez, a/k/a Little Guero.  Robert Martinez, a/k/a
5    Baby Rob.  Roy Martinez, a/k/a Shadow.  Timothy
6    Martinez, a/k/a Red.  Josh Mirka.  Ray Molina, a/k/a
7    Boxer.  John Montano, a/k/a John-John.  Mario
8    Montoya, a/k/a Poo Poo.  Steven Morales, a/k/a
9    Cyclone.  Frederico Munoz, a/k/a Playboy.  Daniel
10   Orndorff, a/k/a Sleepy.  Joseph Otero, Charlene
11   Parker-Johnson, Fred Quintana, a/k/a Flaco.  Brian
12   Rascon, a/k/a Cokes.  Raymond Rascon, a/k/a Fuzz.
13   Paul Rivera, a/k/a Oso.  Mario Rodriguez, a/k/a Blue.
14   Willie Romero, a/k/a Demon.  Sapphira Serrano, Amber
15   Sutton, Michael Sutton, Lawrence Torres, Jesse
16   Trujillo, Jason Van Veghel, Leroy Vallejos, Eric
17   Young, Shauna Gutierrez, Joe Martinez, Augustine
18   Saenz, Albert Sanchez.
19          We may call someone from the following
20   organizations:  Dona Ana Detention Center, the
21   Hidalgo County Detention Center, the Otero County
22   Prison Facility, Santa Fe County Correctional
23   Facility, Sandoval County Detention Center, Cricket
24   Communications, Incorporated, and T-Mobile.
25          And from the Dona Ana County Detention
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 219

1   Center, Patrick Howie.  From the Federal Bureau of

2   Investigation, Bryan Acee, Tiffany Smith.  From the

3   New Mexico Corrections Department, Ruben Alvidrez,

4   Louie Baca, Chris Barela, Christopher Cupit, Eloy

5   Flores, Marcello Garcia, Noah Green, Ronald Martin,

6   Raymond Martinez, Ralph Mintz, David Morales, Richard

7   Norman, James Pedraza, Renee Perea, William Roach,

8   Jesus Sandoval, Sergio Sapien, Jerry Spiers, Roberta

9   Stellman, Lee Spooner, Rosalind Renee Williams, Jerry

10  Roark.

11          From the New Mexico Department of Public

12  Safety, Shirley Garcia, Margo Mikeska, Jennifer Otto,

13  Kristin Radecki, Tiffany Smith, Kevin Strain, Eve

14  Tokumaru, Teresa Vigil, Tracy Zehringer.

15          From the New Mexico State Police, Thomas

16  Shane Arthur, George Bernal, Patrick Bucksath, Thomas

17  Christian, Sr.; Michael Davies, Robert Duncan, Felipe

18  Gonzalez, Kiersten Harzewski, Wesley Lacuesta, Marco

19  Martinez, Richard Mathews, Warren Pershall, Norman

20  Rhoades, Jeffrey Smith, Albert Venegas, Alvino Vigil,

21  William Weisler, Richard Williamson, Paul Chavez,

22  Clay Goret.

23          From the Office of the Medical

24  Investigator, Anne Bracey, Carolyn Lucero, Ian Paul,

25  Laura May Williams, Amy Elizabeth Wright, Cecilia Wu,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 220

1    Ross Zumwalt.

2           From the Socorro County Sheriff's Office,

3    Kacey McFadden, Manuel Monte, State Fire Marshal Bill

4    Farmer.

5           From the Valencia County Sheriff's Office,

6    Roque Fernandez, Otto King, Clayton Martinez, James

7    Sanchez.  We may also call Charlene Baldizan, Maxine

8    Burns, Angelina Gallegos, Matt Lucero.

9           From the Federal Bureau of Investigation,

10   Thomas Neale, Lance Roundy, Joseph Sainato, Nancy

11   Stemo.

12          From the New Mexico Corrections Department,

13   Adam Anaya, Eleanor Suzanne Dunn, Elizabeth Larson,

14   Jim Moore, James Mulheron, George Ochoa, Anthony

15   Romero, and Nancy Smith.

16          From the New Mexico State Police, Joe

17   Andazola, Nathan Lucero, Janice Madrid, Elizabeth

18   Martinez.

19          And from the Office of the Medical

20   Investigator, Carol Shirreffs.

21          THE COURT:  All right.  Let me add a

22   couple, maybe four names, to the list.  This is the

23   U.S. Attorney's Office that Mr. Beck is a part of.

24   The current U.S. Attorney is a man named John

25   Anderson.  His immediate prior predecessor was Fred

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 221

1    Federici, and then before that the acting U.S.

2    Attorney was James Tierney, and the one before that

3    was Damon Martinez.  So I think I've gotten the

4    people that were there.

5           And so the question I have:  Do any jurors

6    know any of the people that I just mentioned, Mr.

7    Beck introduced at the table, or any of the people

8    that he listed as witnesses?  Has anybody had any

9    knowledge of those people?

10          All right.  Why don't you come up so I can

11   talk to you up here at the bench.

12          Anybody else, if you know any of these

13   people, why don't you come up here to the bench and

14   we'll talk about it.

15          Have any of you had any business dealings

16   with them?  Anybody been represented by the attorneys

17   that were there?  Some of the attorneys were in

18   private practice before they went to the U.S.

19   Attorney's Office.  So any names that you recognize,

20   or been represented by any firms that they might have

21   been part of?  If you need to come up, come on up

22   here and line up.

23          Anybody been a party to any case with the

24   U.S. Attorney's Office?  Had any sort of that

25   experience?  Any sort of similar relationship,



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                  201 Third NW, Suite 1630
Santa Fe, NM 87501                         Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                             FAX (505) 843-9492
                                                  1-800-669-9492
                                          e-mail: info@litsupport.com

DNM 222

1    business connection with any person that Mr. Beck

2    mentioned or introduced, or the four lawyers that I

3    introduced as part of the U.S. Attorney's Office?

4              All right.  So let me have the fog.

5              (The following proceedings were held at the

6    bench.)

7              THE COURT:  All right.  How are you doing

8    today?

9              MS. CARDENAS:  Good.

10             THE COURT:  You'll have to remind me of

11   your name.  I didn't see where you were coming from.

12             MS. CARDENAS:  Amy Cardenas.

13             THE COURT:  Where were you sitting?

14             Okay, Ms. Cardenas, who did you know on the

15   list or the introduction that Mr. Beck gave?

16             MS. CARDENAS:  Sergio Sapien.  He worked

17   for the Prisons.

18             THE COURT:  He worked for the Prisons.  And

19   what is your relationship -- who are -- how do you

20   know Mr. Sapien?

21             MS. CARDENAS:  I just know the whole

22   family.  I've known them since high school, and I'm

23   good friends with the sister.

24             THE COURT:  All right.  And so how well do

25   you know -- I know you may know the family.  How well

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 223

```
 1   do you know Mr. Sapien?

 2            MS. CARDENAS:  I haven't talked to him in

 3   years.

 4            THE COURT:  Years, okay.  When you say

 5   "years," would you say more than three years ago?

 6            MS. CARDENAS:  Yeah.

 7            THE COURT:  More than five years?

 8            MS. CARDENAS:  Like 10.

 9            THE COURT:  Okay.  So it's been 10 years.

10   What was your relationship with him?

11            MS. CARDENAS:  Just friends.  They're

12   family friends.

13            THE COURT:  And do you know from the family

14   that he's still working at the prison?

15            MS. CARDENAS:  Um-hum.

16            THE COURT:  Okay.  Do you have -- if he

17   were to testify, would you just automatically,

18   because of your relationship, believe whatever you

19   said?

20            MS. CARDENAS:  No.

21            THE COURT:  You'd treat him -- you'd be

22   able to treat him like any other witness?

23            MS. CARDENAS:  Um-hum.

24            THE COURT:  So if somebody were to show

25   some evidence or to contradict something he said, you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 224

1    think you'd be able to treat him like any other

2    witness and listen to when he's telling the truth and

3    make a credibility determination just like any other

4    witness?

5            MS. CARDENAS:  Um-hum.

6            THE COURT:  Okay.  A little bit more broad

7    and general question.  Knowing him, do you think you

8    could be fair and impartial to all the parties here?

9            MS. CARDENAS:  Yes.

10           THE COURT:  Mr. Beck?

11           MR. BECK:  Good morning.

12           MS. CARDENAS:  Good morning.

13           MR. BECK:  You're going to punish me for

14   this, but it will happen a lot.  I'm going to ask you

15   some of the same questions, because I don't think we

16   got a verbal yes.  I think the judge asked you,

17   knowing what you do about Mr. Sapien, if you could

18   still treat him like any other witness that may come

19   into the trial and testify on the stand.

20           MS. CARDENAS:  Yes.

21           MR. BECK:  And if someone presents some

22   evidence that may show that Mr. Sapien is not being

23   fully truthful or not telling the truth, will you be

24   able to treat him like any other witness and believe

25   him just based on the evidence in court and not what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 225

8226

```
1    you know about him personally?
2              MS. CARDENAS:  No, I mean it would be
3    from -- based off --
4              MR. BECK:  So I think your answer to that
5    question is:  You would treat him like any other
6    witness?
7              MS. CARDENAS:  Yes.
8              MR. BECK:  And not because you know him
9    personally?
10             MS. CARDENAS:  No.
11             THE COURT:  All right.  Thank you, Mr.
12   Beck.
13             Mr. Sindel.
14             MR. SINDEL:  Just a few questions.  Richard
15   Sindel is my name.  How are you?
16             MS. CARDENAS:  Good.
17             MR. SINDEL:  Has he ever talked to you
18   about work or --
19             MS. CARDENAS:  No, I haven't talked to him
20   in a few years.  I just know him through the family.
21             MR. SINDEL:  So it's pretty much
22   word-of-mouth rather than eyeball-to-eyeball like we
23   are now?
24             MS. CARDENAS:  Correct.
25             MR. SINDEL:  Thank you, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 226

```
 1              MS. CARDENAS:  You're welcome.

 2              THE COURT:  Anybody else?

 3              All right, Ms. Cardenas.  Thank you,

 4    Ms. Cardenas.

 5              You'll have to remind me your name.

 6              MR. DONART:  Donart.  D-O-N-A-R-T.

 7              THE COURT:  Where were you sitting, Mr.

 8    Donart?

 9              MR. DONART:  Back over there.

10              THE COURT:  I got you.  You're sitting in

11    the second row.  Okay, Mr. Donart, who did you

12    recognize?

13              MR. DONART:  Mr. Acee from the FBI.

14              THE COURT:  Okay.  And so anyone else off

15    that list or introductions?

16              MR. DONART:  No.

17              THE COURT:  How do you know Mr. Acee?

18              MR. DONART:  He's -- one of my best high

19    school buddies is friends with him.  I've met him a

20    couple of times.  My kids go to the same school.  I'm

21    not close to him personally.

22              THE COURT:  Has he been in your home?

23              MR. DONART:  No.

24              THE COURT:  Have you been in his home?

25              MR. DONART:  No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 227

1           THE COURT:  I don't want to put words in

2    your mouth.  Picking up kids at school, you see him,

3    know who he is.

4           MR. DONART:  Right.

5           THE COURT:  Can you give me, like, the

6    longest conversation you've had with Mr. Acee?

7           MR. DONART:  Just a couple minutes.

8           THE COURT:  A couple minutes.  Okay.  And

9    other than you know he's with the FBI, did you know

10   he was before you came in here?

11          MR. DONART:  The FBI SWAT team.

12          THE COURT:  Did you ever talk to him about

13   his work?

14          MR. DONART:  Not directly, no.

15          THE COURT:  Have you ever talked to him

16   about this case?

17          MR. DONART:  No.

18          THE COURT:  Have you formed an impression

19   about Mr. Acee so that if he were to take the stand,

20   do you think just because of what you know about Mr.

21   Acee, you just automatically believe him, or would

22   you treat him like any other witness?

23          MR. DONART:  I have a high opinion of him

24   just because I know my friend well, and he's a good

25   judge of character.  But again...

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 228

```
1              THE COURT:  What has your friend maybe told
2     you about Mr. Acee?
3              MR. DONART:  Just that I believe they were
4     going to the same church, is how he knew him.  He was
5     on the FBI SWAT team.  They went out shooting a
6     couple of times.  That's about it.
7              THE COURT:  Now, if somebody were to
8     introduce some evidence or cross-examine him and
9     present evidence to you that Mr. Acee was being
10    inaccurate or not telling the truth, do you think
11    you'd be able to listen to that evidence and
12    determine his credibility solely upon what is being
13    demonstrated to you here in this courtroom, or do you
14    think you're going to come in here and think he's
15    credible regardless of what anybody does or shows
16    you?
17             MR. DONART:  I'd have to weigh each
18    evidence as it comes, I guess.  But again, knowing my
19    friend's opinion of him, I'd lean a little more that
20    direction, but I can't say I would believe everything
21    he had to say.
22             THE COURT:  Okay.  So let me ask you this.
23    It may be a little bit repetitious.  Do you think you
24    could treat him like any other witness and determine
25    his credibility from what you see here in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 229

```
 1    courtroom rather than what your friend said or
 2    anything you've seen outside of the courtroom?
 3            MR. DONART:  I think so.
 4            THE COURT:  And Mr. Acee, sitting over at
 5    this table, he's sitting with the Government's side,
 6    do you think you could be fair and impartial to
 7    everybody in the courtroom here?
 8            MR. DONART:  I think so.
 9            THE COURT:  Okay.  Is there any doubt in
10    your mind that you could be fair and impartial?
11            MR. DONART:  You know, nobody like gangs or
12    drugs, but I think pretty much everybody probably has
13    a little -- some bias coming in, but other than
14    that...
15            THE COURT:  All right.  Nobody has to like
16    drugs, so that's -- we've got a lot of laws about
17    drugs in our society.  So if you're probably the
18    majority, you don't have to like drugs.  And there is
19    going to probably be some discussion of drugs here.
20    But given that, can you be fair and impartial to
21    these men here and not make them start with any sort
22    of presumption that they have to overcome?
23            MR. DONART:  I think so.
24            THE COURT:  Okay.  Because they're going to
25    be presumed innocent.  You would agree with that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 230

```
 1              MR. DONART:  (Nods.)
 2              THE COURT:  If gangs are -- we're going to
 3    be talking about gang affiliation.
 4              MR. DONART:  (Nods.)
 5              THE COURT:  Being a member of the gang is
 6    not enough to commit any crime.  Do you know that?
 7              MR. DONART:  I know that.
 8              THE COURT:  So you -- being a member of a
 9    gang may not be your cup of tea, but given being in a
10    gang is not a crime, do you think you could be fair
11    and impartial to anybody that's in the room?
12              MR. DONART:  I think so.
13              THE COURT:  Mr. Beck.
14              MR. BECK:  The judge was just talking to
15    you about the drugs and gang parts of this case, and
16    it sounds like you can come into this case and set
17    those things aside and be fair and impartial to the
18    defendants here based on the evidence and information
19    presented in court; is that right?
20              MR. DONART:  I believe so.  I've never done
21    jury duty before, but...
22              MR. BECK:  And if the judge instructs you
23    that's your duty as a juror to set aside your
24    preconceived notions and just render a verdict based
25    on what you hear in court, can you follow that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 231

```
 1    instruction?
 2              MR. DONART:  I believe so.
 3              MR. BECK:  And even given what you know
 4    about your friend, about what he said about Special
 5    Agent Acee, can you still follow that instruction as
 6    it relates to Special Agent Acee?
 7              MR. DONART:  I think so.
 8              MR. BECK:  And even though you may have had
 9    conversations with Special Agent Acee and your
10    friend, will you still be able to come in and presume
11    these men innocent until the United States proves
12    guilt beyond a reasonable doubt?
13              MR. DONART:  I believe so.
14              MR. BECK:  And as the judge said, if there
15    is cross-examination of Special Agent Acee that comes
16    to maybe question his credibility, will you be able
17    to set aside what you know about him and take him as
18    any other witness?
19              MR. DONART:  I think so.
20              MR. BECK:  And you said, I think -- I don't
21    want to push you, but you're going to have to take
22    the oath to follow the judge's instructions.  So if
23    the judge instructs you that's your duty, will you be
24    able to follow that instruction?
25              MR. DONART:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 232

1           MR. BECK:  And what's your friend's name?

2           MR. DONART:  Dana Parmenter,

3    P-A-R-M-E-N-T-E-R.

4           MR. BECK:  And is Mr. Parmenter employed by

5    law enforcement?

6           MR. DONART:  No.

7           MR. BECK:  And we had our list a little bit

8    mixed up at the beginning, but you were the one who

9    said you're sitting for your dental boards; is that

10   right?

11          MR. DONART:  Not boards, but the DAT

12   entrance exam.

13          MR. BECK:  I know what that is.  I just

14   want to make sure I had my faces lined up.

15          MR. DONART:  Studying.

16          MR. BECK:  We've all been through tests

17   like that.

18          Thank you.  That's all I've got.

19          THE COURT:  Mr. Sindel.

20          MR. SINDEL:  Just a few questions.  How

21   close are you to Mr. Parmenter?

22          MR. DONART:  Very close.  One of my best

23   friends since high school.

24          MR. SINDEL:  So you've known him how many

25   years?  I don't want to ask you how old you are.



SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                        1-800-669-9492
                                                                               e-mail: info@litsupport.com

1              MR. DONART:  30.  I've known him since

2      probably '92.

3              MR. SINDEL:  And you've maintained a very

4      close relationship?

5              MR. DONART:  Yes.

6              MR. SINDEL:  Do you trust his opinion?

7              MR. DONART:  Yes.

8              MR. SINDEL:  If he were to tell you certain

9      things or has told you about Agent Acee, would you

10     tend to believe those?

11             MR. DONART:  We haven't had in-depth

12     conversations, but yes.

13             MR. SINDEL:  Okay.  But you know he's a

14     friend of Agent Acee?

15             MR. DONART:  Correct.

16             MR. SINDEL:  And you mentioned he has

17     respect for Agent Acee?

18             MR. DONART:  Yes.

19             MR. SINDEL:  And he's made it clear to you

20     that Agent Acee is someone in the law enforcement

21     field he does respect?

22             MR. DONART:  Yes.

23             MR. SINDEL:  And nowadays there is an awful

24     lot of stuff out there about people in law

25     enforcement not necessarily doing the right thing.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

DNM 234

```
 1              MR. DONART:  Correct.

 2              MR. SINDEL:  In the news and everywhere,

 3      and would you say that Mr. Parmenter has left you

 4      with an impression that Mr. Acee is not one of those

 5      guys that was doing things that may be inappropriate

 6      or questionable?

 7              MR. DONART:  I wouldn't say that he

 8      discussed that specifically about his duties as an

 9      officer, but more he's a good guy.

10              MR. SINDEL:  Character?

11              MR. DONART:  Personal character, yes.

12              MR. SINDEL:  Now, don't get mad at me, but

13      one of the things that happened, you've never been up

14      in this spot before, have you?

15              MR. DONART:  No.

16              MR. SINDEL:  We have.  This is my second

17      go-round.  When people say "I think so" or "I believe

18      so," that's a little bell in our head, you know,

19      because we are always wanting to hear yes or no.  You

20      know, and "I think so" is like you're saying, I'm up

21      here, I want to be fair and impartial, but I can't --

22      I've got to hedge my bet just a bit.  True?

23              MR. DONART:  True.

24              MR. SINDEL:  So I guess what I'm asking you

25      is:  When you answered the questions that the judge
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 235

1    posed to you, when you answered the questions that

2    Mr. Beck posed to you and you answered every single

3    one either "I think so" or "I believe so," do you

4    still have some doubt in your mind whether or not you

5    can be totally fair and impartial in this particular

6    case because you have some opinions gained from one

7    of your best friends for over 20 years?  Would that

8    affect your ability to be fair and impartial in this

9    case?

10         MR. DONART:  I would say that that would

11   probably not affect me as much as just general

12   dislike of gangs.  I think that would probably sway

13   me more, but you know, again, I'm here to do a job.

14         MR. SINDEL:  May I ask him a few questions

15   about that?

16         THE COURT:  You may.

17         MR. SINDEL:  So you know, I sensed in your

18   answer and in the way you answered it, that's kind of

19   an issue that's been sitting in your mind since the

20   questionnaire got out?

21         MR. DONART:  Right.

22         MR. SINDEL:  And you've got the

23   questionnaire; you saw certain ideas in there, what

24   was going on, and would it be fair to say that

25   whether you wanted to or not, you began to think

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   about that as you answered the questionnaire?

 2              MR. DONART:  Correct.

 3              MR. SINDEL:  And as you answered the

 4   questionnaire, you were trying to say, "I want to be

 5   the best juror I can, but boy, I sure don't like

 6   these gangs"?

 7              MR. DONART:  Correct.

 8              MR. SINDEL:  And you knew from the

 9   questionnaire that this is a prison gang?

10              MR. DONART:  Yes.

11              MR. SINDEL:  Right.  And have you seen

12   television shows, movies, things like that about

13   prison gangs?

14              MR. DONART:  Yes.

15              MR. SINDEL:  Can you tell me a little bit

16   about those?

17              MR. DONART:  You mean about the shows

18   particularly or what I know about gangs from the

19   shows?

20              MR. SINDEL:  Let's talk first about the

21   shows themselves.  Do you remember what gangs they

22   were talking about?  Was this, like, Aryan

23   Brotherhood, the Black Guerrilla Family, the Dirty

24   White Boys?  There are all kinds of prison gangs.

25              MR. DONART:  Not specific names,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 237

1    necessarily, but generally race-based and fairly

2    organized and actions inside and out.

3              MR. SINDEL:  And the race-based thing is

4    public, isn't it?

5              MR. DONART:  Um-hum.

6              MR. SINDEL:  Very right.  The fact that

7    there is these distinctions in these gangs based in

8    large part upon race?

9              MR. DONART:  Sure.

10             MR. SINDEL:  So do you remember whether any

11   of the television shows or movies that you saw had to

12   do with a gang of Hispanic, Latino or Mexican

13   descent?

14             MR. DONART:  Yes.

15             MR. SINDEL:  Can you tell me a little bit

16   about that?

17             MR. DONART:  I'm trying to think of

18   specific shows.

19             MR. SINDEL:  I don't need the names.  Just

20   a general impression you got as you watched it is

21   what I'm asking about.

22             MR. DONART:  I don't know any of the gangs,

23   tend to be very violent, stereotypes, tattoos, drugs

24   are often involved.  I don't know.  I'm not quite

25   sure what you're --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  No, I understand because I'm
 2    not very good at it, but what I'm really trying to
 3    find out is:  In your mind, if someone is in a prison
 4    gang, that means they're probably violent?
 5              MR. DONART:  Likely, yes.
 6              MR. SINDEL:  And they probably use or have
 7    used drugs?
 8              MR. DONART:  Probably.
 9              MR. SINDEL:  And that they have a real
10    tight connection in a racial sense to their gang
11    membership?
12              MR. DONART:  Probably, yes.
13              MR. SINDEL:  So that's a lot to set aside;
14    true?
15              MR. DONART:  True.
16              MR. SINDEL:  Do you think that -- you know,
17    when I grew up, there was a thing called "Our Gang,"
18    the Little Rascals.  That was what a gang was.
19    That's not your impression of a gang, is it?
20              MR. DONART:  No.
21              MR. SINDEL:  In fact, the word means -- has
22    a lot of connotations, rings a lot of bells; correct?
23              MR. DONART:  Correct.
24              MR. SINDEL:  Do you feel comfortable -- and
25    "I think so" is not going to work -- but do you feel
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 240

1   comfortable saying, you know, "Despite what I've seen

2   on television, maybe I read in magazines or books,

3   talked to friends and people about, I can put all

4   that aside and be fair and impartial in this case,"

5   as well as knowing the case agent sitting there at

6   the counsel table from your friend Mr. Parmenter?

7          MR. DONART:  That's a great question.

8          MR. SINDEL:  It really boils down to this.

9   In this case, knowing what you know about it so far,

10  do you think you're the right juror and can be fair

11  and impartial, or would it be a totally different

12  thing for you to answer that question if they weren't

13  gangs, Agent Acee, race, and the other issues?

14         MR. DONART:  I don't think that I can be

15  100% impartial.  Yeah, it would probably make a

16  difference if there weren't gangs involved, but --

17         MR. SINDEL:  And Acee?

18         MR. DONART:  And Acee.

19         MR. SINDEL:  So that's going to be a little

20  bit of a hurdle for you to get over; true?

21         MR. DONART:  True.  How much of one, I

22  don't know.  Again, I've never done jury before,

23  but...

24         MR. SINDEL:  And you're sitting here on a

25  blank slate?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. DONART:  Yeah.

 2              MR. SINDEL:  But at least there is -- some

 3    writing on your slate has to do with gangs, has to do

 4    with circumstances, has to do with violence in

 5    prisons, drugs, all the things you mentioned; right?

 6              MR. DONART:  Correct.

 7              MR. SINDEL:  And that's going to be awfully

 8    hard to erase?

 9              MR. DONART:  I don't know.

10              MR. SINDEL:  That's fair enough.  We all

11    appreciate it.  Thank you, sir.

12              THE COURT:  Any other defendant have any

13    questions?  Mr. Cooper?

14              MR. COOPER:  Yes, thank you, Judge.

15              Mr. Donart, if you were sitting at counsel

16    table with me and I was defending you against

17    charges, whatever the charges may be, would you want

18    somebody like yourself sitting in the jury box having

19    all of these preconceived notions about gangs, about

20    drugs, about violence, and having a friendship with

21    Mr. Parmenter, who has a friendship with Mr. Acee,

22    and Mr. Acee is given a lot more credibility than he

23    otherwise would because of your relationship to

24    Parmenter?

25              MR. DONART:  Probably not.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. COOPER:  So you would not want somebody

2     like you, with your feelings and impressions, your

3     attitudes, sitting in judgment if you were on trial

4     here today, would you?

5          MR. DONART:  Probably not.

6          MR. COOPER:  And that is because you don't

7     think that somebody like you could be fair and

8     impartial given these issues?

9          MR. DONART:  Again, I'd like to think that

10    I can be fair and impartial, but the connections --

11    if I knew that a juror had a connection to one of the

12    witnesses and the preconceived --

13         MR. COOPER:  And had the ideas about gangs,

14    violence, drugs, prisons?

15         MR. DONART:  Correct.

16         MR. COOPER:  You wouldn't want that juror

17    to be sitting in judgment of you; right?

18         MR. DONART:  Probably not.

19         MR. COOPER:  And it's okay to have these

20    feelings.  We all have these feelings, one way or

21    another.  We all lean one way or another with regard

22    to certain issues, people, places, things, and that's

23    if we all had different experience in life.

24         MR. DONART:  Right.

25         MR. COOPER:  And it's okay for you to lean

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 242

```
 1    one way or another.  All we want to do is identify
 2    people that do have those leanings, people who can
 3    tell this Court that they would not be fair and
 4    impartial.  And that's not a character flaw of any
 5    sort.  It is what it is.
 6                MR. DONART:  Right.
 7                MR. COOPER:  And in this case, given the
 8    issues that will be raised, you don't think you could
 9    be fair and impartial?
10                MR. DONART:  Not 100%.
11                MR. COOPER:  So you would not want somebody
12    with your attitudes, feelings, impressions sitting on
13    a jury if you were the defendant?
14                MR. DONART:  If I knew ahead of time, no.
15                MR. COOPER:  Thank you very much.
16                THE COURT:  Mr. Blackburn.
17                MR. BLACKBURN:  I just had a couple.  I
18    didn't understand in the beginning.  Your children go
19    to school with Agent Acee's children.
20                MR. DONART:  Yes.
21                MR. BLACKBURN:  So is it like grade school
22    or preschool?
23                MR. DONART:  They're in middle school now,
24    but they've known them since grade school.
25                MR. BLACKBURN:  And your children are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   friends with his children?

 2              MR. DONART:  Or at least know of them.

 3              MR. BLACKBURN:  Are they in the same grade

 4   or anything like that, the same teachers?

 5              MR. DONART:  I think my daughter and his

 6   son are the same grade.

 7              MR. BLACKBURN:  In middle school, do you

 8   have one teacher the whole day, or different?

 9              MR. DONART:  Different teachers.

10              MR. BLACKBURN:  And how often do you see

11   his children and your children?  Is that every day

12   because aren't you the somebody that picks them up?

13              MR. DONART:  They ride the bus.  In

14   elementary school I saw them occasionally.

15              MR. BLACKBURN:  But your kids go to school

16   together?

17              MR. DONART:  I'm not actually sure if they

18   go to Lincoln or not, but...

19              MR. BLACKBURN:  Okay.  That's all I've got.

20              THE COURT:  Anybody else have any

21   questions?

22              MR. BECK:  Your Honor, may I have a few

23   follow-up questions?

24              THE COURT:  You may.

25              MR. BECK:  Mr. Donart, I want to make sure
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 244

```
 1    we're clear.  We all come here with notions about

 2    gangs and drugs and violence.  It sounds like it may

 3    be hard for you to get past some of those issues.  Is

 4    that fair to say.

 5                MR. DONART:  Yes.

 6                MR. BECK:  Okay.  But I mean --

 7                MR. DONART:  It's hard.  I don't know about

 8    anybody else.

 9                MR. BECK:  You're guessing my next

10    question.  That sort of everyone else in this room

11    has preconceived notions about gangs.

12                MR. DONART:  Correct.

13                MR. BECK:  And you've done very hard things

14    before, as exhibited by studying for the DAT; right?

15                MR. DONART:  Yes.

16                MR. BECK:  So when the judge instructs a

17    juror to set aside those feelings and presume each

18    one of these men innocent until proven guilty based

19    on guilt beyond a reasonable doubt based on the

20    evidence in this court, can you do that?

21                MR. DONART:  That was why I was leaning

22    toward the prosecution, yes, I think that I could --

23                MR. BECK:  And again --

24                MR. DONART:  -- if I haven't seen it

25    before.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 245

1          MR. BECK:  And that's why -- I don't mean

2     to push you.  I think here you say, I think, "I don't

3     think I can be 100% impartial."

4          All your life, have you been generally a

5     person who follows the rules?

6          MR. DONART:  Yes.

7          MR. BECK:  So if the rules of this Court or

8     the judge's instructions instruct you that you have

9     to set aside that and just hear the evidence, yes or

10    no, can you be fair?

11         MR. DONART:  Yes.

12         THE COURT:  All right.  Any other questions

13    by the defendants?

14         MR. BLACKBURN:  Do you want to change

15    professions?  Do you want to be one of us?

16         MR. DONART:  Sorry, no.

17         THE COURT:  All right.  Anybody else?

18         MR. COOPER:  You're one of very few people

19    who have come up to talk about the fact that they

20    have issues with prisons, with violence, with drugs.

21    Nobody here likes it.  None of these people that I'm

22    standing with like that.  Nobody does in our

23    society --

24         MR. DONART:  Right.

25         MR. COOPER:  -- at all, but your feelings

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 246

```
1    were much stronger than everybody else, the other 65
2    people out there.  And --
3            MR. BECK:  Your Honor, I'm going to object
4    to this question because we haven't gotten into
5    prison or drugs and we don't know their feelings.
6            THE COURT:  Well, let me let Mr. Cooper
7    explore.  Overruled.
8            MR. COOPER:  So you certainly have those
9    concerns, and you have concerns with the fact that
10   your children go to school with Acee, Parmenter, Mr.
11   Parmenter is a good friend of yours, and also a good
12   friend of Mr. Acee's.  And given all of that, I know
13   you want to be found impartial, but can you really be
14   fair and impartial?
15           MR. DONART:  Again, I believe so.  And
16   again, Mr. Acee I really don't know that well.  It
17   was more of a disclosure, I guess.  So I don't know
18   that it would sway my decision that much.
19           MR. COOPER:  But the other issues might?
20           MR. DONART:  It's been a little more
21   ingrained, I guess.  Pretty much a TV show that's
22   about grand juries or drugs, but --
23           MS. HARBOUR-VALDEZ:  Your Honor, just one
24   question.
25           THE COURT:  Okay.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 247

1          MS. HARBOUR-VALDEZ:  I hear you saying you

2     want to be fair, and we obviously want everyone here

3     to be fair, but is your feeling, your need to be

4     fair -- does that outweigh or does that overcome all

5     of the other issues that you have expressed concern

6     about?

7          MR. DONART:  Yes.  I very much worry about

8     sending an innocent person to jail and letting a

9     guilty person get off, if that makes sense.

10          MR. SINDEL:  I have one.  We're beating you

11     like a government mule.  You said something I was not

12     even going to ask.  You said something about sending

13     an innocent person to jail.  Do you understand from

14     the questionnaire, and the brief statement that the

15     Court has made, that it is not a question of whether

16     or not a person is guilty or innocent; the question

17     is whether they have proved beyond a reasonable doubt

18     the person's guilt.

19          MR. DONART:  Right.

20          MR. SINDEL:  You understand that not guilty

21     is not proof.  Do you understand that?

22          MR. DONART:  Yes.

23          MR. SINDEL:  Do you understand that you may

24     end up at the end of the case saying you know this is

25     really close, but I just don't believe that their

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 248

1    evidence rose to the standard that the Judge has

2    instructed me on; okay?

3            MR. DONART:  Right.

4            MR. SINDEL:  Do you think you could do

5    that?

6            MR. DONART:  Yes, I think that I could.

7            MR. SINDEL:  There we go.  This hasn't been

8    easy, is it?

9            MR. DONART:  No.

10           MR. SINDEL:  Everything -- you're trying to

11   answer the question; just like all of us, you want to

12   be fair and impartial.  You're just not positive;

13   right?

14           MR. DONART:  If it was down to the balance

15   point, would my experiences sway me?  Probably.  I

16   don't know.

17           MR. SINDEL:  So on that teeter-totter, that

18   seesaw, it might be a little more on one end because

19   of your background, because of your experiences,

20   because of your opinions, and because of your

21   beliefs?

22           MR. DONART:  Yes.

23           MR. SINDEL:  Fair enough?

24           MR. DONART:  Yes.

25           MR. SINDEL:  Everything I said, fair



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 249

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 250

```
1    enough?

2              MR. DONART:  Yes.

3              MR. SINDEL:  All right.  Thank you.

4              THE COURT:  Anyone else?  Anybody else?

5    All right.  Thank you, Mr. Donart.

6              K'Aun, do you think we ought to shut her

7    down?  I'm going to have to take a break for

8    Ms. Bean's sake.  We've been going a long time.

9              (The following proceedings were held in

10   open court.)

11             THE COURT:  All right.  We'll have to pick

12   this up after lunch.  Let me talk to everybody here

13   about a few things.  We're going to go ahead and take

14   our break.  I know we didn't get started like I was

15   hoping to this morning, because of the problems with

16   jury services, but we'll just have to work with that

17   and hope we pick up some steam this afternoon.  We

18   are going to be taking our first break and get some

19   lunch.

20             Let me tell you a few things that are

21   especially important.  Until the trial is

22   completed -- and obviously, it's a long ways from

23   that, because we haven't really gotten the trial

24   started -- don't discuss the case with anyone,

25   whether it's members of your family, people involved
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 250

1   in the trial, or anyone else.  And that includes your

2   fellow jurors.  So talk about something else.  How

3   cool the judge is, how the judge shouldn't seat his

4   own jurors, something like that.  But don't talk

5   about the case, don't talk about anything that you've

6   observed here in the courtroom.  Just talk about

7   something else.  Okay.

8           If anyone approaches you and tries to

9   discuss the trial with you, please let me know about

10  it immediately.  Also, you must not read or listen to

11  any news reports of the trial.  Again, don't get on

12  the internet, your phones, or anything like that and

13  do any research for purposes of this case.  Don't do

14  that.

15          And finally, remember that you must not

16  talk about anything with any person who is involved

17  in the trial.  So don't try, take a look at the

18  people sitting at this table, these tables.  Take a

19  look at them.  If anybody is at these tables that's

20  involved in the trial, don't talk about them about

21  anything, even if it doesn't have anything to do with

22  the case.  Just don't contact.

23          So if you see them outside, if they're at

24  the same restaurant or the same food stand or

25  something you're at, and these people won't look at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 251

```
 1    you, don't have contact, they're not being rude.
 2    They're doing exactly what I told them to do.  So
 3    just don't have any contact with them.
 4            If you need to speak with me, simply give a
 5    note to one of the court security officers, the
 6    people that have the suits on, or Ms. Wild or Ms.
 7    Bevel.
 8            You may hear these a lot because they're so
 9    very important.  But even if you don't hear them when
10    we take a break, do keep them in mind when you take a
11    break.
12            When you come back to the courthouse, stand
13    outside the courtroom.  Don't come back in.  So that
14    means take your personal belongings with you.  When
15    you come back in, you're going to be seated in the
16    same spot that are you sitting in now, but Ms. Bevel
17    or Ms. Wild will come out and get you.  So take your
18    belongings with you and just gather outside, and
19    we'll come and get you.
20            All right.  So we'll be in recess for about
21    an hour.  Try to be back here by about 1:30 or a
22    little before so we can try to move things and pick
23    up some speed.  All right.
24            See y'all in about an hour.
25            (The venire panel left the courtroom.)
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 252

```
 1              THE COURT:  All right.  We'll see y'all in

 2   about an hour, okay.

 3              (The Court stood in recess).

 4              THE COURT:  Why don't y'all be seated so we

 5   can get the jury.  Just remember that when the jurors

 6   come in the room, nobody stand.  I might stand, but

 7   no attorneys, no defendants.  And then when the

 8   attorneys need to talk to the jury, you can stand,

 9   but no parties, or defendants stand.

10              Mr. Troup, are you okay with your shoes?

11   You're okay.

12              MS. HARBOUR-VALDEZ:  Yes.

13              THE COURT:  Mr. Andrew Gallegos, you're

14   okay with your clothes.

15              MR. TROUP:  Thank you, Your Honor.

16              THE COURT:  Everybody ready to go?

17   Remember, everybody stay seated.  And I'll get the

18   jury in.  There may be some stragglers.  I think some

19   of them got served a little late at one of the

20   restaurants, so we may be sitting here for a little

21   bit.  Go ahead.

22              (The venire panel entered the courtroom.)

23              Just come on in and take your seats in the

24   seats you were sitting in before lunch.

25              All right.  We've got one that we're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   waiting for.  Let's see if --
 2              THE CLERK:  There she is.
 3              THE COURT:  All right.  Well, you don't
 4   know how good it make a judge's heart feel to let you
 5   go to lunch and you all come back.  So I appreciate
 6   that.  You're already ranking as a very good group.
 7              All right.  I appreciate your patience.  I
 8   appreciate you being back, ready to go.  We had two
 9   gentlemen that were up here that needed to talk to us
10   about somebody that was on Mr. Beck's list or they
11   know.  So if those two gentlemen would come back up
12   here.  I didn't get their names.  So if you'll come
13   back up and then the counsel come up.
14              (The following proceedings were held at the
15   bench.)
16              THE COURT:  Mr. Medina, if you'll come up
17   right here.  Did you have a good lunch, Mr. Medina?
18              MR. MEDINA:  Yes, thank you very much.
19              THE COURT:  You're back.  Who did you know
20   that Mr. Beck --
21              MR. MEDINA:  I know this gentleman,
22   Marcello Garcia that works for Southern New Mexico
23   Correctional Facility.
24              THE COURT:  And you know him?
25              MR. MEDINA:  Yes, I do.  He's from Hatch,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    where I'm from.

2            THE COURT:  Okay.  So you knew him as a

3    child?

4            MR. MEDINA:  No, he's a little bit older

5    than me, but I know him as not -- an acquaintance.

6    He's a friend, but not a real close friend.  Also a

7    Raymond Martinez.

8            THE COURT:  Let's start with the first one

9    first.  How much older do you think he would be?

10           MR. MEDINA:  Oh, he's about maybe 10 years

11   older.

12           THE COURT:  And so how did you know him,

13   just small town?

14           MR. MEDINA:  Yeah, small town, yes, sir, I

15   bought my boy's first pickup off of him.  We don't

16   hang out or anything.

17           THE COURT:  If he took the stand, would you

18   believe him, more or less, or just would you be able

19   to form an opinion about his credibility just from

20   what you see and hear in the courtroom?

21           MR. MEDINA:  Absolutely.

22           THE COURT:  Would there be anything --

23           MR. MEDINA:  That would sway me?  No.

24           THE COURT:  Okay, so nothing that you saw

25   or heard while you were growing up or knowing him or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 255

```
 1    his family or anything --

 2              MR. MEDINA:  No, sir.

 3              THE COURT:  -- one way or another.

 4              MR. MEDINA:  No, sir.

 5              THE COURT:  So far as he's concerned, do

 6    you think you could be fair and impartial?

 7              MR. MEDINA:  Absolutely, yes, sir.

 8              THE COURT:  You said you had another on the

 9    list.

10              MR. MEDINA:  So Raymond Martinez.  He --

11              THE COURT:  Tell me what your Raymond

12    Martinez --

13              MR. MEDINA:  The one I know is a

14    corrections officer at Southern and is now retired.

15    He's from Hatch, also, and lives in Radium Springs

16    right now.

17              THE COURT:  What age a man do you think he

18    is?

19              MR. MEDINA:  He's my brother's age, about

20    52.

21              THE COURT:  About 52.

22              Mr. Beck, does that sound like your

23    Raymond?

24              MR. BECK:  It does.

25              THE COURT:  All right.  Tell me what you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 256

```
 1    know about this Raymond Martinez.
 2              MR. MEDINA:  Yes, sir.  I've known him a
 3    while.  His brother is a real good friend of mine.
 4    And just, like, we never hung out or drank beer or
 5    anything, but I know who he is.
 6              THE COURT:  You know who he is.
 7              MR. MEDINA:  Correct.
 8              THE COURT:  I asked you a bunch of
 9    questions about the other gentleman that you
10    identified.  Would it be the same for him, or do you
11    have a different relationship?
12              MR. MEDINA:  Probably a little closer
13    relationship to Raymond, but nothing that would sway
14    me.
15              THE COURT:  If he took the stand, would you
16    automatically believe him or automatically disbelieve
17    him or --
18              MR. MEDINA:  Might just be neutral.
19              THE COURT:  Listen to what the information
20    was?
21              MR. MEDINA:  Yes, sir.
22              THE COURT:  And in what context do you know
23    this Mr. Martinez?
24              MR. MEDINA:  Let's see.  We bought a pig
25    from him in November and had a matanza.  That's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058     Document: 010110513730     Date Filed: 04/27/2021     Page: 258

```
 1   pretty much it.

 2            THE COURT:  So you bought a pig and a

 3   pickup from him.

 4            MR. MEDINA:  Just a pig.  Mr. Garcia --

 5            THE COURT:  That pretty well covers it.

 6   Small town.  Again, do you think if he testified, you

 7   could be fair and impartial?

 8            MR. MEDINA:  Absolutely.

 9            THE COURT:  If somebody were to question

10   his correctness or accuracy, do you think you could

11   listen to the evidence and treat him like any other

12   witness and form your opinion about his credibility

13   from what you see and hear in the courtroom?

14            MR. MEDINA:  Yes, sir.

15            THE COURT:  Mr. Beck?

16            MR. BECK:  Nothing.

17            THE COURT:  How about you, Mr. Sindel?

18            MR. SINDEL:  You know, Marcello Garcia is a

19   lot different than Mr. Martinez in terms of your

20   relationship.

21            MR. MEDINA:  Correct.

22            MR. SINDEL:  One can sell you a pickup;

23   anyone can sell you a pickup.  But only a real classy

24   guy can sell a pig.

25            MR. MEDINA:  It was a big pig.  What can I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 259

```
 1    say?

 2              MR. SINDEL:  Is it still around?

 3              MR. MEDINA:  He didn't last too long.

 4              MR. SINDEL:  I don't have any more.  Nice

 5    to see you.

 6              THE COURT:  Mr. Cooper?  Anybody else?  Did

 7    you have any others?

 8              How do you know Ms. Armijo?

 9              MR. MEDINA:  From a previous case.

10              THE COURT:  Because you were a juror and

11    you saw her in action?

12              MR. MEDINA:  Yes, she tried the case.  One

13    of two other people.

14              THE COURT:  But you have never socialized

15    with her or anything like that?

16              MR. MEDINA:  No, sir.

17              THE COURT:  Your experience has been

18    watching her as a juror?

19              MR. MEDINA:  No, sir.

20              THE COURT:  Is there anything about your

21    prior experience as a juror that would keep you from

22    being fair and impartial in this case?

23              MR. MEDINA:  No, sir.

24              THE COURT:  Do you think, after watching

25    her in a prior trial and being a juror on it, is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 260

```
 1    there anything about her that you dislike about her,

 2    you'd be biased against her, or anything like that?

 3              MR. MEDINA:  Very professional.  I can tell

 4    you that much.

 5              THE COURT:  How about with the defendants

 6    over here?  Is there anything about the way you saw

 7    her perform?

 8              MR. MEDINA:  No, sir.

 9              THE COURT:  You'd be fair and impartial?

10              MR. MEDINA:  Absolutely, yes, sir.

11              THE COURT:  How about you, Mr. Beck?

12              MR. BECK:  No, sir.

13              THE COURT:  Mr. Cooper.  On that jury, did

14    you guys reach a verdict?

15              MR. MEDINA:  Yeah.

16              MR. SINDEL:  Were you the foreperson?

17              MR. MEDINA:  No.

18              MR. SINDEL:  Did you guys laugh about Maria

19    in the jury room?

20              MR. MEDINA:  Not at the time.

21              THE COURT:  Mr. Cooper, do you have

22    anything?  Do you have anything else off the list?

23              MR. COOPER:  No, sir, that's it.

24              THE COURT:  Thank you, Mr. Medina.

25              MR. BLACKBURN:  We have a few more
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 260

```
1    questions.  We'll be back.  Judge, when I went back
2    to -- just before lunch, a bunch of the jurors were
3    complaining about the noise, that it was -- they know
4    we have to have the noise, but they were complaining
5    it was too loud.
6              THE COURT:  This right here?
7              MR. BLACKBURN:  I just heard the complaints
8    from them.  I'm just telling you.
9              THE COURT:  Well, it's got to do its job.
10             MR. BLACKBURN:  Yeah.
11             THE COURT:  I don't know.
12             MR. SINDEL:  Why don't we do this?  At the
13   next break we can stand in the back, see if it's an
14   issue.  Otherwise, you're right, it's there for a
15   reason.
16             THE COURT:  Ms. Wild, do you think it's any
17   different than it is in any other trial, this noise?
18   Mr. Blackburn is saying the jury are complaining
19   about how loud it is.  Is this any different sound to
20   you and anyone else?
21             THE CLERK:  It's typical courtroom white
22   noise.
23             MR. BLACKBURN:  Maybe it's because we're
24   here for so long.
25             THE COURT:  We may spend a little time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 261

```
 1                THE CLERK:  The problem is, I run the risk
 2    of not hearing.
 3                THE COURT:  I want you guys comfortable
 4    talking.  If you're up here whispering, it makes it
 5    hard for you to do your job.
 6                MR. SINDEL:  It's hard for the court
 7    reporter.
 8                THE COURT:  It's a little bit of a
 9    balancing act.  She'll check and see.
10                You'll have to remind me of your name.
11                MR. CARRILLO:  Robert Carrillo.
12                THE COURT:  Where were you sitting, Mr.
13    Carrillo?
14                MR. CARRILLO:  Over in this corner.
15                THE COURT:  I'm going to find you first.
16    All right.  I see it.  Your first name is Robert;
17    correct?
18                MR. CARRILLO:  Yes.
19                THE COURT:  Mr. Carrillo, who did you
20    recognize off the list that --
21                MR. CARRILLO:  Tim Martinez.
22                THE COURT:  Tim Martinez?
23                MR. CARRILLO:  Yes, sir.
24                THE COURT:  And tell me, are you pretty
25    sure you know this man?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 263

```
 1            MR. CARRILLO:  He's married to one of my
 2   friends that -- we grew up together since we were
 3   little, and they're married, and we're always getting
 4   together and stuff like that.  That's all I know.
 5            THE COURT:  So who is it that you know that
 6   Tim Martinez married?
 7            MR. CARRILLO:  Amy.  Amy Martinez now.
 8            THE COURT:  Martinez now.  And what was her
 9   name before?
10            MR. CARRILLO:  Guerrero.
11            THE COURT:  Is she a family --
12            MR. CARRILLO:  Well, we grew up together
13   since we were little, and she baptized my kid and
14   stuff.  That's how I know her.
15            THE COURT:  So has Tim Martinez been in
16   your home and have you been in his?
17            MR. CARRILLO:  No, I haven't met him.  Just
18   here and there.  She talks about him and stuff.
19            THE COURT:  It's more her that you know?
20            MR. CARRILLO:  Yeah, than him.
21            THE COURT:  Have you ever actually met him
22   or --
23            MR. CARRILLO:  No.
24            THE COURT:  You've never --
25            MR. CARRILLO:  I know he's going to move
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 263

1    back over there with her, so --

2            THE COURT:  But you haven't met him?

3            MR. CARRILLO:  No.

4            THE COURT:  But you know him through Amy?

5            MR. CARRILLO:  Yeah.

6            THE COURT:  All right.  And have you formed

7    any impression of him?

8            MR. CARRILLO:  No, I just try to keep to

9    myself.  That's his business.

10           THE COURT:  If he takes the stand, are you

11   even going to recognize him?

12           MR. CARRILLO:  I can tell from the

13   pictures.

14           THE COURT:  You've seen pictures?

15           MR. CARRILLO:  Yes.

16           THE COURT:  So if he takes the stand, are

17   you going to automatically think because he's taking

18   the stand he's believable or not believable or

19   anything like that?

20           MR. CARRILLO:  No.

21           THE COURT:  Do you think you could form an

22   impression about his credibility from just what you

23   see and observe in the courtroom like everybody

24   else --

25           MR. CARRILLO:  Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 264

```
 1            THE COURT:  -- that may not have any sort
 2    of relationship with him.  Do you think you can be
 3    fair and impartial --
 4            MR. CARRILLO:  Oh, yeah.
 5            THE COURT:  -- to the parties here?
 6            MR. CARRILLO:  Yeah.
 7            THE COURT:  Anything about him that you've
 8    learned or known that --
 9            MR. CARRILLO:  I usually try to stay out of
10    that business, because I don't want no part of it.
11            THE COURT:  Mr. Beck, does this sound like
12    your Tim Martinez?
13            MR. BECK:  I think so.  Do you know where
14    Timothy Martinez is now?
15            MR. CARRILLO:  No, I don't know where he's
16    at right now.
17            MR. BECK:  Do you know if he's -- and I
18    don't mean exactly.  Do you know if he's working
19    somewhere or in some part of the state, or in prison,
20    out of prison?
21            MR. CARRILLO:  I just know that he's in
22    prison.
23            MR. BECK:  You know he was in prison?
24            MR. CARRILLO:  Yes.
25            MR. BECK:  And I think you answered this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    question for the judge, but knowing he's in prison

2    now, or has been in prison, if the judge instructs

3    you that you'll have to listen to him like any other

4    witness, are you able to follow the judge's

5    instruction on what you know about him?

6                MR. CARRILLO:  Yes.

7                MR. BECK:  I think as the judge said, on

8    cross-examination or with evidence, his credibility

9    or truthfulness may be questioned.  Knowing what you

10   know about him, will you still be able to treat him

11   like any other witness?

12               MR. CARRILLO:  Yes.

13               THE COURT:  Thank you, Mr. Beck.

14               MR. SINDEL:  You said something about his

15   business.  What did you understand about, when you

16   said that, the phrase "I think I know"?

17               MR. CARRILLO:  I just don't.

18               MR. SINDEL:  What business?

19               MR. CARRILLO:  Everybody's in life

20   business.  I just don't --

21               MR. SINDEL:  I mean, like, is he a banker?

22               MR. CARRILLO:  No.  I just know he's in

23   prison, and I don't want nothing to do with --

24               MR. SINDEL:  Do you know whether or not he

25   was ever involved in drugs or things like that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 266

```
1              MR. CARRILLO:  Oh, I don't know none of
2    that.
3              MR. SINDEL:  But you knew that he did
4    something, got in trouble, went to prison, and been
5    there for a while; right?
6              MR. CARRILLO:  Yeah.  I don't ask nobody no
7    questions about that.
8              MR. SINDEL:  Did you ever talk to Amy about
9    it?  Did she ever express anything?
10             MR. CARRILLO:  No.
11             MR. SINDEL:  Did she ever say anything
12   about his business when he was not in prison?
13             MR. CARRILLO:  No.
14             MR. SINDEL:  Okay.  Do you feel sorry for
15   Amy sometimes?
16             MR. CARRILLO:  If she's, say, alone with
17   the kids and stuff, it's kind of hard.
18             MR. SINDEL:  That's the way it should be.
19   Okay.  Thank you, sir.
20             MR. CARRILLO:  I had a question to tell
21   you.
22             THE COURT:  Can you wait just a second?
23   Let me see if anybody has anything else to add.
24             MS. HARBOUR-VALDEZ:  You said you haven't
25   talked to Amy about any of this?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 268

```
 1                MR. CARRILLO:  No.
 2                THE COURT:  Anybody else?  Any questions.
 3                MR. ROBERTS:  It sounded like you said it
 4     troubles you that he was in prison or that was a
 5     problem that he was in prison.
 6                MR. CARRILLO:  I just don't want to be
 7     involved in this stuff.
 8                THE COURT:  All right.  Anybody else?
 9                All right.  You had another one,
10     Mr. Carrillo?
11                MR. CARRILLO:  I need to let you know that
12     I just had a message from my wife a while ago and my
13     mom needs go in surgery on the 14th because her
14     insides are -- it's kind of embarrassing.  They're
15     kind of falling out, and she's going to have to go
16     for surgery.  So I don't know what's going to happen
17     with her on that deal.
18                THE COURT:  And that's the 16th of this
19     month.
20                MR. CARRILLO:  The 14th.
21                THE COURT:  The 14th of April.  Okay.  So
22     that's next --
23                MR. SINDEL:  Tuesday, Wednesday.  What is
24     the date?  It would be Monday.
25                MR. CARRILLO:  Her insides are falling out.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 268

```
 1    I don't know what they're going to do with that.
 2              MR. BECK:  The 14th is a Saturday.
 3              THE COURT:  That would be a Saturday.
 4              MR. CARRILLO:  I thought she said the 14th.
 5    Okay.  I'm just --
 6              THE COURT:  Okay.  You might check.  If
 7    it's a Saturday, it might be okay.  But if it's some
 8    other day, let us know.  Okay?
 9              MR. CARRILLO:  Do I just call you guys
10    or --
11              MR. BECK:  We'll be here for a little
12    while.  You'll have a break, and maybe you can check
13    on that.  Because I think the questions that the
14    Court will have for you and the attorneys will have
15    for you is, you know, do you need to be there, is
16    there anyone who can care for your mother, those
17    sorts of things?  So we know, as the judge asked in
18    the beginning --
19              He just had open surgery about two months
20    ago.
21              THE COURT:  Who did?
22
23              MR. CARRILLO:  My dad.
24              THE COURT:  Your dad?
25              MR. BECK:  Did you care for your dad or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    someone else?

2            MR. CARRILLO:  I would be back and forth,

3    just helping out.  Because it's out of town, so it's

4    the back-and-forth deal.

5            MR. BECK:  So if you have a chance, check

6    on the schedule, see if there is someone who can look

7    after her or drop in so we know before you leave

8    today whether you'll be able to be a juror.

9            MR. CARRILLO:  Because I don't know what's

10   going to happen.

11           THE COURT:  Okay.  Anybody else?

12           MR. SINDEL:  Just a few questions, Mr.

13   Carrillo.

14           There are kind of two sides to everything.

15   Like this, when there is surgery, one is:  Can you be

16   there?  Can you be at the hospital?  Can you be there

17   immediately during that process?  And the second

18   thing is the recovery period and, you know, what that

19   is going to entail, because I can see you moving your

20   hands, I can see the expression on your face, this

21   concerns you a lot.  True?

22           MR. CARRILLO:  Yeah.

23           MR. SINDEL:  And would it be fair to say

24   that since your dad's surgery and now this thing

25   coming up, you say it's embarrassing to talk about,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    but it's pretty horrible.
 2              MR. CARRILLO:  Yeah.
 3              MR. SINDEL:  And so, you know, would you
 4    feel that you would be able to give your 100%
 5    attention to this case?
 6              MR. CARRILLO:  I don't know if I would,
 7    because I'd be probably thinking of them the whole
 8    time, what was going on.
 9              MR. SINDEL:  Thinking about your mom.  Is
10    she okay?  And how is your dad?
11              MR. CARRILLO:  Yeah.
12              MR. SINDEL:  And like I said, your hands
13    are going -- it's right there right now, the same
14    thing?
15              MR. CARRILLO:  I don't know what's going to
16    happen to my mom.
17              MR. SINDEL:  It's okay.  Things happen.  I
18    mean, I know we want to talk about scheduling, but I
19    don't really care about scheduling as much as about
20    whether you can feel that you're comfortable to
21    concentrate, and I'm not sure -- if you're not quite
22    convinced, yourself, that you will, you need to tell
23    us now, because if you get on this jury --
24              MR. CARRILLO:  I don't think I would.  I
25    don't think I would.  I'm going to be thinking of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 271

```
 1   them the whole --

 2              MR. SINDEL:  I know you would, and I think

 3   that's what you should.  Thank you.

 4              THE COURT:  All right.  Anybody else?

 5              Thank you, Mr. Carrillo.

 6              (The following proceedings were held in

 7   open court.)

 8              THE COURT:  All right.  Let me ask again

 9   the question I asked before lunch.  Has any member of

10   the panel heard or read anything about the case?

11   Anybody know any of the people that Mr. Beck

12   mentioned, either he introduced at the table, anybody

13   at the U.S. Attorney's Office, any of the witnesses

14   that he listed?  Anybody have any knowledge of those

15   people, had any business dealings with them, been

16   represented by any of the attorneys here in the U.S.

17   Attorney's Office, been parties to any cases with the

18   U.S. Attorney's Office?  Had any sort of similar

19   relationship, business connection, with any of the

20   people Mr. Beck introduced, U.S. attorneys that I

21   mentioned?

22              All right.  I'm now going to ask the

23   counsel for the defendants to introduce themselves

24   and indicate any witnesses that the defendants may

25   choose to call.  I think Mr. Cooper is going to do
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 272

```
1    that at the end.  So probably what we're going to do
2    here is just have the counsel introduce themselves at
3    the present time.
4              So I'll start with you, Mr. Benjamin, Mr.
5    Sindel, if y'all wish to introduce yourselves.
6              MR. BENJAMIN:  Thank you, Your Honor.
7              Brock Benjamin on behalf of Mr. Joe
8    Gallegos and Richard Sindel on behalf of Joe
9    Gallegos.
10             MR. SINDEL:  He's always speaking for both
11   of us.
12             THE COURT:  Do any of the jurors know Mr.
13   Sindel, know Mr. Benjamin, know Mr. Gallegos, had any
14   business dealings with them, been represented by Mr.
15   Sindel, Mr. Benjamin, any firm that they've been a
16   part of?  Anybody had any other similar relationship
17   business connection with Mr. Sindel, Mr. Benjamin,
18   Mr. Gallegos?
19             All right.  For defendant Edward Troup,
20   Ms. Harbour-Valdez.
21             MS. HARBOUR-VALDEZ:  Thank you, Your Honor.
22             Good afternoon.  I'm Cori Harbour-Valdez,
23   and I, along with Pat Burke and our paralegal, Raquel
24   Rodriguez, represent Edward Troup.
25             THE COURT:  Do any of the jurors know
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 273

```
 1    Ms. Harbour-Valdez, Mr. Burke, Mr. Troup, had any
 2    business dealings with them, been represented by
 3    Ms. Harbour-Valdez, Mr. Burke, any firm that they've
 4    been a part of?  Anybody had any similar
 5    relationship, business connection, with
 6    Ms. Harbour-Valdez, Mr. Troup, Mr. Burke?
 7              All right.  For defendant Billy Garcia.
 8    Mr. Cooper, you and Mr. Castle.
 9              MR. COOPER:  My name is Bob Cooper.
10    Together with Jim Castle we represent Billy Garcia.
11    Also assisting us in the representation of Billy
12    Garcia is our paralegal, Laura Koch, and she's seated
13    in the back of the courtroom right now.
14              We also may have the two paralegals that
15    are assisting the entire defense team, and they are
16    seated at these tables here.  We have Cynthia Gilbert
17    and Eda Gordon, and they're helping all of the
18    defendants.
19              THE COURT:  All right.  Do any of the
20    jurors know any of the people Mr. Cooper introduced?
21    Does anybody know Mr. Cooper, Mr. Castle, Mr. Billy
22    Garcia?  How about Ms. Koch, Ms. Gilbert, Ms. Gordon?
23    Anybody know any of them, had any business dealings
24    with them, or been represented by Mr. Cooper or Mr.
25    Castle or any firm they've been a part of?  Anybody
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 274

```
 1   had any sort of similar relationship, business

 2   connection with Mr. Cooper, Mr. Castle, Mr. Garcia,

 3   Mr. Billy Garcia, Ms. Koch, Ms. Gilbert, Ms. Gordon.

 4            Mr. Cooper, would this be a good time for

 5   you to list out the witnesses that the defendants may

 6   call?

 7            MR. COOPER:  Certainly, Your Honor.  Thank

 8   you.

 9            Ladies and gentlemen, we intend to call

10   some of these witnesses that are named.  And in

11   addition, some of the individuals that were named by

12   the Government, we may call them as well, and we may

13   examine them, should the Government call them.

14            So our civilian witnesses are Irene Abney,

15   Charles Asbury, Autumn Avila, Jesse Baca, Charlene

16   Baldizan, Valerie Carrejo, Braden Chavez, Edna

17   Chavez, Veronica Chavez, Mary Crumpton, Joe Doyle,

18   Jonathon Duran, Michelle Duran, Bill Elliott, Angela

19   Gallegos, Estevan Gallegos -- excuse me, Gonzalez;

20   Jimmie Rae Gordon, Tami Gutierrez, Jason Hoster,

21   Jennifer Lopez, Leroy Lucero, Mark Lugo, Geraldine

22   Martinez, Arlene Mendez, Mark Myers, Shaun Myers, Jim

23   Naranjo, Daniel Orndorff, Dina Ortiz-Chavez, Jolene

24   Romero, Julian Romero, Sadie Romero, Chad Rutter,

25   Michael Sanchez, Paula Sanchez, Troy Sanchez,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 275

1    Sapphira Serrano, John Shanks, Paul Silva, Amber

2    Sutton, Brandon Travis, and Benjamin Wood.

3           In addition to those civilian witnesses,

4    some or all of the attorneys in this case may call

5    the law enforcement witnesses, some of whom may be

6    called by the Government, as well.  Andrew Armijo,

7    Nikki Baca, James Braun, D. Brown, Jack Burkhead,

8    Sonya Chavez, Lawrence Tafoya, Felipe Gonzalez,

9    Nathan Gurule, Noah Guzman, Steven Hall, Richard

10   Lewis, James Mowduk, Brenton Myers, Trent Pedersen,

11   Robert Perry, Royleen Ross-Weaver, Daniel Sedillo,

12   Ray Soliz, Roberta Stellman, Reeve Swainston, Henry

13   Telles, James Tierney, Mark Torres, Vince Torres.

14          In addition to those individuals, Janine

15   Arvizu, Tim Bryan, Karen Green, Dr. Lesli Johnson,

16   Dan E. Krane, Suzanna Ryan.

17          And then finally, the custodian of records

18   at Lovelace UNM Rehabilitation Hospital, the

19   custodian of record at UNM Hospital, the custodian of

20   records at Valencia County Detention Center.

21          Thank you, Your Honor.

22          THE COURT:  Thank you, Mr. Cooper.

23          Do any of the jurors know any of the

24   persons that Mr. Cooper listed out as possible

25   witnesses for the defendants?  Anybody had any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 140 of 277

1    business deals with any of them?  Some of those were

2    attorneys.  Anybody been represented by them or any

3    firm that those attorneys were a part of?  Had any

4    sort of similar relationship, business connection

5    with any of the people that Mr. Cooper listed in the

6    defendants' witness list?

7         All right.  Let me go back, then, to the

8    introduction of the defendants.  For defendant Allen

9    Patterson, Mr. Lahann.

10        MR. LAHANN:  Good afternoon.  My name is

11   Jeff Lahann, and together with Joseph Shattuck and

12   our paralegal, Baz Torres in the back, we represent

13   Allen Patterson in this case.

14        THE COURT:  All right.

15        MR. SHATTUCK:  Your Honor, if I may, we

16   also have a paralegal named Sonya Salazar, who will

17   be helping us, as well.

18        THE COURT:  All right.  Any of the jurors

19   know Mr. Lahann, Mr. Shattuck?  How about the two

20   paralegals, Ms. Torres, Ms. Sanchez?

21        Anybody know Mr. Patterson, had any

22   business dealings with him?  Been represented by Mr.

23   Shattuck, Mr. Lahann, or any law firm that they've

24   been associated with, been a part of?  Had any sort

25   of similar relationship with Mr. Patterson, Mr.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 277

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 278

```
 1    Shattuck, Mr. Lahann, Ms. Torres, Mr. Sanchez?  Any
 2    other similar relationship, business connection with
 3    any of them?
 4            All right.  For defendant Christopher
 5    Chavez.
 6            MR. GRANBERG:  Ladies and gentlemen, my
 7    name is John Granberg.  I have co-counsel.  His name
 8    is Eduardo Solis.  He couldn't be here with us today,
 9    but he will be for the trial.  We both represent
10    Christopher Theodore Chavez.
11            THE COURT:  Do any of the jurors know any
12    of the people that Mr. Granberg just introduced?
13    Himself, Mr. Granberg; Mr. Chavez, Mr. Solis.
14    Anybody had any business dealings with them, been
15    represented by Mr. Granberg, Mr. Solis or any firm
16    that they've been a part of?  Had any similar
17    relationship or business connection with Mr.
18    Granberg, Mr. Solis, Mr. Chavez, anybody had that
19    sort of connection?
20            All right.  For Arturo Arnulfo Garcia.
21            MR. BLACKBURN:  Good afternoon.  My name is
22    Billy Blackburn.  Along with Scott Davidson, who
23    can't be with us today, we'll be representing Mr.
24    Arturo Garcia.
25            THE COURT:  Do any of the jurors know Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 278

```
 1   Blackburn, Mr. Davidson, Mr. Arturo Garcia?  Anybody
 2   had business dealings with them, been represented
 3   by --
 4             Why don't you come up, if you've got
 5   some -- why don't you come up here and stand up here.
 6             Anybody else had any knowledge, had any
 7   business dealings with Mr. Davidson, Mr. Blackburn,
 8   Mr. Arturo Garcia?  Anybody had any -- been
 9   represented by Mr. Blackburn or Mr. Davidson or any
10   firm that they've been a part of, had any sort of
11   similar relationship, business connection, with Mr.
12   Blackburn, Mr. Davidson, Mr. Arturo Garcia?
13             All right.  Let me see counsel up here at
14   the bench.  Get right in there.
15             How are you doing today?
16             MS. NITTERAUER:  I'm fine, thank you.
17             THE COURT:  And you're Mrs. Cardenas?
18             MS. NITTERAUER:  No, Nitterauer.
19             THE COURT:  How are you?
20             MS. NITTERAUER:  I'm great, thanks.  The
21   whole mob comes up.
22             THE COURT:  Who do you know?
23             MS. NITTERAUER:  I know Mr. Blackburn.
24             THE COURT:  How do you know Mr. Blackburn?
25             MS. NITTERAUER:  Well, he was a friend of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 279

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page 280

```
 1    my late husband.
 2              THE COURT:  What was your late husband's
 3    name?
 4              MS. NITTERAUER:  Peter Rubin.
 5              THE COURT:  And what did Mr. Rubin do to
 6    make Billy Blackburn his friend?
 7              MS. NITTERAUER:  He sold computers.  I
 8    mean, I didn't know -- and I also worked for his
 9    primary care provider, and he and I were in the exam
10    room one day and somebody shot through the window at
11    us.
12              THE COURT:  What?
13              MS. NITTERAUER:  Shot through the window at
14    us.
15              THE COURT:  Did you find out who it was?
16              MS. NITTERAUER:  No.
17              THE COURT:  Were they shooting at you or
18    Mr. Blackburn?
19              MS. NITTERAUER:  Must be him.
20              THE COURT:  You and your husband had a
21    computer business.  What was the name of it?
22              MS. NITTERAUER:  He's been dead --
23    Crownmark, Limited.
24              THE COURT:  Was it his own?
25              MS. NITTERAUER:  No, I think they're out of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 280



```
 1    business.
 2              THE COURT:  Out of business now.  And so
 3    how did you know that your husband was selling
 4    computers to Mr. Blackburn?
 5              MS. NITTERAUER:  Oh, I don't know if he was
 6    selling him computers, but I met him through him.
 7              THE COURT:  So what was your relationship
 8    with him?  Were you in his home, was he in your home?
 9              MS. NITTERAUER:  I think he came to my
10    house once.
11              THE COURT:  What was that for?
12              MS. NITTERAUER:  You know, I have no idea.
13              THE COURT:  All right.
14              MS. NITTERAUER:  We were both blondes.
15              THE COURT:  So --
16              MR. COOPER:  Long time ago.
17              THE COURT:  Is it fair to say that y'all
18    were mostly passing and --
19              MS. NITTERAUER:  Um-hum.
20              THE COURT:  Did you form any impression
21    about Mr. Blackburn of any sort?
22              MS. NITTERAUER:  I thought he was a really
23    nice young man.
24              THE COURT:  Nice young man.  Did you form
25    an impression of whether he was believable or not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 281

1   believable, or did you like him, dislike him, any of

2   those sorts of things?

3          MS. NITTERAUER:  I liked him, and he didn't

4   seem unbelievable.

5          THE COURT:  If Mr. Blackburn is

6   representing a defendant in this case, Mr. Arturo

7   Garcia, are you going to want to do some things to

8   help Mr. Garcia in the case because of your

9   relationship with him?

10          MS. NITTERAUER:  I don't know Mr. Garcia.

11          THE COURT:  So you think you could be fair

12   and impartial to both sides here, both the Government

13   and all the other defendants in the case, too?

14          MS. NITTERAUER:  Absolutely.

15          THE COURT:  Is there anything about your

16   relationship with Mr. Blackburn that you think would

17   keep you from being fair and impartial?

18          MS. NITTERAUER:  No.

19          THE COURT:  All right.  Mr. Beck?

20          MR. BECK:  Good afternoon, Ms. Nitterauer.

21   I guess sort of following up upon the judge's

22   question right there, how long ago was the last time

23   you spoke with Mr. Blackburn?

24          MS. NITTERAUER:  It was in Rodriguez's

25   office.  Let's see.  My daughter -- my husband died

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 282

```
 1   in '93, so it must have been early '90s.  It's been a
 2   long time.
 3          MR. BECK:  All right.  And I think the
 4   judge asked you this question, but just to follow up,
 5   is there anything about Mr. Blackburn representing
 6   one of the defendants that might make you lean
 7   towards believing his client over other people or
 8   believing his witnesses over others?
 9          MS. NITTERAUER:  No.
10          MR. BECK:  No further questions.
11          THE COURT:  Mr. Blackburn, do you have any
12   other questions?
13          MR. BLACKBURN:  No, Your Honor.
14          THE COURT:  How about any other defendant?
15          MR. COOPER:  You know Billy and you could
16   still be fair to him?
17          MS. NITTERAUER:  No, can I shake his hand?
18          THE COURT:  Thank you, Ms. Nitterauer.
19          MR. BLACKBURN:  Judge, they introduced
20   Sonya Sanchez.  Her name is Sonya Salazar.
21          MR. COOPER:  That's okay.
22          MR. BECK:  We can correct it.
23          THE COURT:  Was it Sanchez?
24          MR. COOPER:  She married a Sanchez, but she
25   kept her name, Salazar.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Did I get it wrong?

2              MR. BLACKBURN:  No, Shattuck did.

3              THE COURT:  All right.

4              (The following proceedings were held in

5    open court.)

6              THE COURT:  All right.  The paralegal that

7    I think we were referring to as Sanchez is Salazar,

8    Sonya Salazar.  Anyone know Ms. Salazar?

9              Let me just make sure on Mr. Arturo Garcia

10   and Mr. Davidson and Mr. Blackburn, are there any

11   other jurors that know any of those three people,

12   Mr. Arturo Garcia, Mr. Scott Davidson, Mr. Blackburn,

13   had any business dealings with them, been represented

14   by Mr. Davidson, Mr. Blackburn, any firm they've been

15   a part of, had any business, any other sort of

16   similar relationship, business connection, with Mr.

17   Blackburn, Mr. Davidson, or Mr. Arturo Garcia?

18             All right.  And let me introduce the

19   lawyers for defendant Andrew Gallegos.  Mr. Roberts.

20             MR. ROBERTS:  Good afternoon, ladies and

21   gentlemen.  My name is Donovan Roberts, and with me

22   is Lisa Torraco.  And we both represent Andrew

23   Gallegos, seated to my right.

24             THE COURT:  Do any of the jurors know any

25   of the people Mr. Roberts just introduced?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 284

 1    Mr. Roberts himself, Ms. Torraco, and Mr. Andrew
 2    Gallegos?  Anybody know them, had any business
 3    dealings with them, been represented by Mr. Roberts,
 4    Ms. Torraco, or any firm that they've been a part of?
 5    Had any sort of similar relationship, business
 6    connection with Mr. Roberts, Mr. Andrew Gallegos or
 7    with Ms. Torraco?
 8           All right.  Now, I want to move a little
 9    bit to some of the questions that you answered on
10    your questionnaire, so this is going to be a little
11    bit repetitive, but I'm going to do some follow-up
12    questioning on it.
13           So the first question is your jury
14    experience.  Have you ever served as a juror in a
15    criminal or a civil case or as a member of a grand
16    jury in either state or federal court?  So it's a
17    broad question to try to get your experience as a
18    juror.  Anyone had that experience as a juror in
19    state, federal court, civil, criminal case, grand
20    jury?  Anybody in the jury box first?  Let me start
21    in the back, back there.
22           Mr. Telles, what's been your experience as
23    a juror?  All right.
24           MR. TELLES:  In El Paso County, I was
25    chosen as a juror in a child molestation case.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 285

```
 1              THE COURT:  All right.  What did the jury
 2    do in that case, Mr. Telles?
 3              MR. TELLES:  Actually, we found him guilty
 4    on all three counts.
 5              THE COURT:  Did you serve as the foreperson
 6    in that case?
 7              MR. TELLES:  No, sir.
 8              THE COURT:  Is there anything about your
 9    experience as a juror in that case that would keep
10    you from being fair and impartial to the parties
11    here?
12              MR. TELLES:  I don't believe so, Your
13    Honor.
14              THE COURT:  What do you thing about the use
15    of juries in our criminal justice system?
16              MR. TELLES:  I think it's a great thing.
17    By all means, we need to take care of business one
18    way or the other, and I think this is the most
19    democratic way we can do that.
20              THE COURT:  All right.  What's been your
21    experience as a juror, Mr. Brugger?
22              MR. BRUGGER:  A long time ago in Erie,
23    Pennsylvania, 1980, I served on a jury for a murder
24    trial.
25              THE COURT:  What did the jury do in this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 286

```
 1   case?
 2              MR. BRUGGER:  We found him guilty.
 3              THE COURT:  Did you serve as the
 4   foreperson, Mr. Brugger?
 5              MR. BRUGGER:  No, I didn't.
 6              THE COURT:  Is there anything about that
 7   experience as a juror in that case that would keep
 8   you from being fair and impartial?
 9              MR. BRUGGER:  No.
10              THE COURT:  What do you think about the use
11   of juries in our criminal justice system?
12              MR. BRUGGER:  I think it works.
13              THE COURT:  Thank you, Mr. Brugger.
14              Anyone else in the jury box?  All right.
15   Let's go behind the Government's table.  Somebody
16   else?  Let's see.  Is that Mr. Troy?
17              MR. TROY:  Yes, last year in a criminal
18   case, and we found him not guilty.
19              THE COURT:  All right.  What kind of case
20   was it, Mr. Troy?
21              MR. TROY:  Assault with a deadly weapon.
22              THE COURT:  And you found him not guilty?
23              MR. TROY:  Correct.
24              THE COURT:  Did you serve as the foreperson
25   on that case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 287

```
 1              MR. TROY:  No.

 2              THE COURT:  Is there anything about that

 3    experience that would keep you from being fair and

 4    impartial to the parties in this case?

 5              MR. TROY:  No, sir.

 6              THE COURT:  What do you think about the use

 7    of juries in our criminal justice system?

 8              MR. TROY:  I think we need them.  I might

 9    need them someday.

10              THE COURT:  Thank you, Mr. Troy.

11              Anyone else in the jury box?

12              All right.  Ms. Corral, what's been your

13    experience?

14              MS. MENAPACE-CORRAL:  Civil court for a

15    drug-smuggling case for a trucking company.

16              THE COURT:  What did the jury do in that

17    case?

18              MS. MENAPACE-CORRAL:  Not guilty.

19              THE COURT:  All right.  Now, sometimes in

20    civil cases, they don't have to be unanimous.  Did

21    you agree with the verdict in that case?

22              MS. MENAPACE-CORRAL:  I did.

23              THE COURT:  And in a criminal case, it has

24    to be unanimous but not always in a civil case.  Did

25    you serve as the foreperson?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. MENAPACE-CORRAL:  I did not.
 2              THE COURT:  Anything about your experience
 3    as a juror that could keep you from being fair and
 4    impartial to the parties in this case?
 5              MS. MENAPACE-CORRAL:  No, sir.
 6              THE COURT:  Anyone else who has experience?
 7    Let's go back to the back.  Let's start with Ms. Lee.
 8    What's been your experience as a juror?
 9              MS. LEE:  I was on a murder trial in 2010.
10              THE COURT:  All right, and what did the
11    jury do with that case?
12              MS. LEE:  Guilty.
13              THE COURT:  Did you serve as the
14    foreperson?
15              MS. LEE:  No, sir.
16              THE COURT:  Anything about that experience
17    that would keep you from being fair and impartial to
18    the parties in this case?
19              MS. LEE:  No, sir.
20              THE COURT:  What do you think about the use
21    of juries in our criminal justice system?
22              MS. LEE:  I think it works.
23              THE COURT:  All right.  Anybody else back
24    there have jury experience?  Is that Ms. Beavers?
25    Ms. Beavers, what's been your experience as a juror?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page 290

```
 1              MS. BEAVERS:  I've been on a lot of them.
 2    I've been in Otero County petit, grand jury there,
 3    I've been twice on district federal over here.  So
 4    multiple cases.  And it's been a few years, about
 5    three years, since I've last been on it.  So I
 6    couldn't tell you -- all different sorts.  I don't
 7    think any were civil.  I think they were all
 8    criminal.
 9              THE COURT:  All criminal?  Can you tell me
10    how many that you think -- how many you've actually
11    sat on?
12              MS. BEAVERS:  No, I couldn't.  I've been
13    through a lot of rounds of juries.
14              THE COURT:  And can you go back through and
15    tell me what kind of cases they were that you can
16    remember doing?
17              MS. BEAVERS:  The grand jury was an
18    assortment, you know, of course.  But the district,
19    it was mostly drugs.
20              THE COURT:  And did you find them guilty in
21    all cases?
22              MS. BEAVERS:  And there were some other --
23    criminal sexual penetration, you know.  Hung jury,
24    guilty, innocent.  I mean, I've had round robin.
25              THE COURT:  So some of them the jury found
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 290

1    guilty and some not guilty.  Did you serve as the

2    foreperson?

3              MS. BEAVERS:  I was never a foreperson.

4              THE COURT:  Anything about your experience

5    as a juror that would keep you from being fair and

6    impartial in this case?

7              MS. BEAVERS:  No.

8              THE COURT:  What do you think about the use

9    of juries in our criminal justice system?

10             MS. BEAVERS:  It's fine.  I just think

11   other people need to be on them.

12             (Laughter.)

13             THE COURT:  Share the fun.  All right.

14   Thank you, Ms. Beavers.

15             Anyone else over here that has -- let's

16   see.  Probably testing my eyesight here.  Let's start

17   with -- is that Mr. Marquardt?

18             DR. MARQUARDT:  Yes, sir.

19             THE COURT:  What's been your experience as

20   a juror?

21             DR. MARQUARDT:  A juror for a DUI case in

22   Texas.

23             THE COURT:  What did the jury do in that

24   case?

25             DR. MARQUARDT:  Not guilty.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 291

```
 1            THE COURT:  And did you serve as the
 2   foreperson?
 3            DR. MARQUARDT:  Yes, I did.
 4            THE COURT:  And anything about that
 5   experience that would keep you from being fair and
 6   impartial to the parties here?
 7            DR. MARQUARDT:  No.
 8            THE COURT:  What do you think about the use
 9   of juries in our criminal justice system?
10            DR. MARQUARDT:  Absolutely necessary.
11            THE COURT:  Thank you, Mr. Marquardt.
12            Anyone else on that row?  All right.  Let's
13   see.  Is that Ms. Garcia?
14            MS. GARCIA:  Yes, sir.
15            THE COURT:  What's been your experience as
16   a juror?
17            MS. GARCIA:  District court, San Juan
18   County.  You're chosen for several months, and I sat
19   on two different trials.  One guilty, one not guilty.
20   Both criminal trials.  And it's an interesting thing
21   to do.
22            THE COURT:  What were -- there were two
23   cases.  What was the first case?
24            MS. GARCIA:  The very first case was
25   assault with a deadly weapon.  It was a young lady
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 292

```
 1    trying to run over someone with her car.
 2              THE COURT:  And Ms. Garcia, was that the
 3    one where the jury found guilty?
 4              MS. GARCIA:  Yes, sir.
 5              THE COURT:  And what was the second case?
 6              MS. GARCIA:  The second one was a battery
 7    case, and that one was found not guilty.
 8              THE COURT:  Did you serve as the foreperson
 9    on either case?
10              MS. GARCIA:  No, Your Honor, I didn't.
11              THE COURT:  Is there anything about your
12    experience as a juror that would keep you from being
13    fair and impartial to the parties in this case?
14              MS. GARCIA:  No.
15              THE COURT:  What do you think about the use
16    of juries in our criminal justice system?
17              MS. GARCIA:  It works.
18              THE COURT:  Thank you, Ms. Garcia.
19              Anyone else on that row?  All right.  Mr.
20    Kimmick, what's been your experience as a juror?
21              MR. KIMMICK:  I served on a jury for
22    driving while intoxicated resulting in great bodily
23    harm.  And the outcome of that one was they struck
24    some kind of a plea deal somewhere at the 11th hour,
25    right before we were to come back with a verdict.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 293

1                THE COURT:  Had the jury agreed on a

2    verdict?

3                MR. KIMMICK:  No, we had just barely began

4    deliberations and went home for the day, and then we

5    got the call the next day in the morning that we

6    weren't going to be required.

7                THE COURT:  Which way were you leaning?

8                MR. KIMMICK:  I was leaning more towards

9    the guilty side.

10               THE COURT:  And were you serving or

11   functioning as the foreperson?

12               MR. KIMMICK:  No, sir.

13               THE COURT:  Is there anything about that

14   experience that would keep you from being fair and

15   impartial to the parties in this case?

16               MR. KIMMICK:  Not at all.

17               THE COURT:  What do you think about the use

18   of juries in our criminal justice system?

19               MR. KIMMICK:  The only way to make it work.

20               THE COURT:  Thank you, Mr. Kimmick.

21               Anyone else on that row?  Let's see.  Is it

22   Mr. Meyer?  What's been your experience as a juror?

23               MR. MEYER:  I served in San Miguel County

24   District Court.  We had a criminal drug case and

25   found him guilty.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com

DNM 294

```
 1              THE COURT:  Did you serve as a foreperson?
 2              MR. MEYER:  I did not.
 3              THE COURT:  Is there anything about your
 4    experience that would keep you from being fair and
 5    impartial in this case?
 6              MR. MEYER:  No.
 7              THE COURT:  What do you think about the use
 8    of juries?
 9              MR. MEYER:  It works.
10              THE COURT:  All right.  Thank you, Mr.
11    Meyer.
12              Anybody else in the back?
13              All right, let's go over here.  We'll start
14    with -- is it Mr. Johnson?
15              MR. JOHNSON:  Yes.
16              THE COURT:  Mr. Johnson, what's been your
17    experience as a juror?
18              MR. JOHNSON:  I think it was around 1992.
19    I was in Taylor County, Texas.  I believe it was a
20    drug trial.  But I was selected for the jury, but
21    they settled before we were able to deliberate.
22              And then also an assault case in Chaves
23    County, here in New Mexico, and we had a guilty
24    verdict, and I was the foreperson.
25              THE COURT:  You were not a foreperson in
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 295

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 296

```
 1    the first case?

 2             MR. JOHNSON:  No.  Actually, we didn't even

 3    get that far.  It settled before we were able to even

 4    do that.

 5             THE COURT:  Let me ask you, on the first

 6    case, what were you thinking, leaning toward, when

 7    the case settled?

 8             MR. JOHNSON:  Probably guilty.  I mean,

 9    it's been a long -- almost 30 years ago, so...

10             THE COURT:  All right.  And on the second

11    case, you did serve as the foreperson?

12             MR. JOHNSON:  I did.

13             THE COURT:  And the jury found the

14    defendant guilty?

15             MR. JOHNSON:  Unanimously.

16             THE COURT:  And is there anything about

17    those two experiences that would keep you from being

18    fair and impartial to the parties in this case?

19             MR. JOHNSON:  No.

20             THE COURT:  What do you think about the use

21    of juries in our criminal justice system?

22             MR. JOHNSON:  Like everybody else, I think

23    it works.  It's the only way to go.

24             THE COURT:  Anyone over on this side?  Is

25    that Mr. Krohn?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 296

```
 1                MR. KROHN:  Yes, sir.
 2                THE COURT:  All right.  Mr. Krohn, what's
 3     been your experience as a juror?
 4                MR. KROHN:  A few years ago I was an
 5     alternate juror on an auto theft case in Bernalillo
 6     County.
 7                THE COURT:  Did you later hear what the
 8     verdict was?
 9                MR. KROHN:  No.  I did not.  Never did.
10                THE COURT:  What were you thinking about
11     the case?
12                MR. KROHN:  I was considering not guilty
13     from the evidence.
14                THE COURT:  All right.  Anything about that
15     experience that would keep you from being fair and
16     impartial to the parties in this case?
17                MR. KROHN:  No, Your Honor.
18                THE COURT:  What do you think about the use
19     of juries in our criminal justice system?
20                MR. KROHN:  It's essential.
21                THE COURT:  Thank you, Mr. Krohn.
22                Anyone else on that row?  Then we'll move
23     to the front.  Is that Ms. Williams who had her hand
24     up?
25                Ms. Williams, what's been your experience
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 297

```
 1    as a juror, Ms. Williams?

 2              MS. WILLIAMS:  I served as a juror in Lea

 3    County.  It was an assault case, and we found him not

 4    guilty.

 5              THE COURT:  Did you serve as the foreperson

 6    on that case?

 7              MS. WILLIAMS:  No, sir.

 8              THE COURT:  Anything about that experience

 9    that would keep you from being a fair and impartial

10    juror in this case?

11              MS. WILLIAMS:  No.

12              THE COURT:  What do you think about the use

13    of juries in our criminal justice system?

14              MS. WILLIAMS:  It's the way to go.

15              THE COURT:  Thank you, Ms. Williams.

16              Anybody else have their hand up over here?

17              Down the row there, is that Ms. Scifres?

18    Am I saying that correctly?  Sorry.  Did I skip

19    somebody there?

20              Mr. Medina?

21              MR. MEDINA:  Yes, sir.  I served in

22    district court here in Las Cruces on three cases.

23              THE COURT:  Were they all criminal?

24              MR. MEDINA:  Yes, sir.  Two were

25    drug-related.  One was a DWI with child negligence, I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    believe.

2              THE COURT:  All right.  And what did the

3    jury do in those three cases?

4              MR. MEDINA:  One of the drug cases was

5    dropped.  Something happened between the Government

6    and, I guess, the defendant.  And then one case, the

7    second drug case, we found them not guilty, and on

8    the DWI child endangerment, guilty.

9              THE COURT:  Did you serve as the foreperson

10   on any of those cases?

11             MR. MEDINA:  No, sir.

12             THE COURT:  Is there anything about those

13   experiences that would keep you from being fair and

14   impartial to the parties here?

15             MR. MEDINA:  No.  I also served for federal

16   jury duty.

17             THE COURT:  Tell me a little bit about that

18   case.  We talked a little bit up here at the bench on

19   it.  Give me the nature of that case.

20             MR. MEDINA:  It was a death penalty case in

21   2011.

22             THE COURT:  Okay.  And that one, if I

23   recall, went to a verdict.  And did you serve as the

24   foreperson on that case?

25             MR. MEDINA:  No, sir, I did not.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 299

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 300

1          THE COURT:  All right.  Anything about your

2    experience in those four cases that would keep you

3    from being fair and impartial to the parties here?

4          MR. MEDINA:  No, sir.

5          THE COURT:  What do you think about the use

6    of juries in our criminal justice system?

7          MR. MEDINA:  I think it's what makes

8    America great.

9          THE COURT:  Thank you, Mr. Medina.

10         Anyone else over here that has some jury

11   experience?

12         All right.  Ms. Wise.  Do you have the next

13   one?  Ms. Wise, what's been your experience as a

14   juror?

15         MS. WISE:  I think it was 2015.  I served

16   in district court in Albuquerque.  It was a sexual

17   penetration of a child case.  We found the defendant

18   guilty.

19         THE COURT:  Did you serve as the

20   foreperson?

21         MS. WISE:  No.

22         THE COURT:  Anything about that experience

23   that would keep you from being fair and impartial to

24   the parties here?

25         MS. WISE:  No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 300

```
 1              THE COURT:  What do you think about the use
 2    of juries in our criminal justice system?
 3              MS. WISE:  I think it's the best way to go.
 4              THE COURT:  Thank you, Ms. Wise.
 5              Mr. Skousen, did you have your hand up?
 6              MR. SKOUSEN:  No.
 7              THE COURT:  Mr. Mott, did you have your
 8    hand up?  All right.  Mr. Mott, what's been your
 9    experience as a juror?
10              MR. MOTT:  My most recent was about 30
11    years ago in Solano County, California, and it was a
12    robbery case.  And before we got to -- I was an
13    alternate, but before it got to the jury to make a
14    decision, it was disclosed that they dropped the
15    charges and that the defendant was a police
16    informant.
17              The first case was a drug case in Dallas
18    County, prior to that.  And before we got to a
19    verdict, the defendant pled out.
20              THE COURT:  On that first case where you
21    were an alternate, what were you thinking about the
22    case at the time?
23              MR. MOTT:  I was thinking not guilty.
24              THE COURT:  And what about the second one,
25    where --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. MOTT:  It was the drug case, and I was
 2    thinking guilty.
 3              THE COURT:  Were you far enough along in
 4    either case to serve as foreperson?
 5              MR. MOTT:  No, sir.
 6              THE COURT:  Anything about those
 7    experiences that would keep you from being fair and
 8    impartial to the parties in this case?
 9              MR. MOTT:  No.
10              THE COURT:  What do you think about the use
11    of juries in our criminal justice system?
12              MR. MOTT:  I think we have to have it.
13              THE COURT:  All right.  Thank you, Mr.
14    Mott.
15              Anyone else over here?
16              We'll go down the row.  Ms. Duncan, what's
17    been your experience as a juror?
18              MS. DUNCAN:  I have been on two cases in
19    Albuquerque.  One was a civil personal injury case
20    involving UNM Hospital.  We ended up with a hung
21    jury, and I was the foreperson on that.
22              The second case was a criminal case
23    involving assault and evading police, and we found
24    him guilty on one count.
25              THE COURT:  Were you a foreperson in that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 302

```
 1    second case?

 2              MS. DUNCAN:  No, I was not.

 3              THE COURT:  On the first case, which way

 4    were you leaning on the civil case?

 5              MS. DUNCAN:  I was leaning in favor of the

 6    defendants; UNM Hospital.

 7              THE COURT:  Is there anything about those

 8    two experiences that would keep you from being fair

 9    and impartial to the parties in this case?

10              MS. DUNCAN:  No, sir.

11              THE COURT:  What do you think about the use

12    of juries in our criminal justice system?

13              MS. DUNCAN:  It's the way to go.

14              THE COURT:  Thank you, Ms. Duncan.

15              Anyone else back over here that's had jury

16    experience?

17              Let me ask again, have you ever served as a

18    juror in a criminal or a civil case or as a member of

19    a grand jury, either in state or federal court?

20    Anybody had that experience that we haven't talked

21    about?

22              Mr. Milne, what's been your experience?

23              MR. MILNE:  Just last year I was on two DWI

24    cases.  And the first one was guilty, and the second

25    one, before we even got any evidence or anything
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 303

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 804

```
 1    else, he plea bargained.

 2              THE COURT:  So you were about to go through

 3    voir dire, like we're doing today, and didn't get

 4    that far?

 5              MR. MILNE:  Right.

 6              THE COURT:  But the first one, the jury

 7    found the defendant guilty?

 8              MR. MILNE:  Yes.

 9              THE COURT:  Did you serve as the

10    foreperson?

11              MR. MILNE:  No, sir.

12              THE COURT:  Is there anything about your

13    experience, either one of those experiences, that

14    would keep you from being fair and impartial to the

15    parties here?

16              MR. MILNE:  No, sir.

17              THE COURT:  What do you think about the use

18    of juries in our criminal system?

19              MR. MILNE:  We need it.  It's a good

20    system.

21              THE COURT:  Thank you, Mr. Milne.

22              Anyone else had any experience, served as a

23    juror in a criminal or civil case or as a member of a

24    grand jury in either state or federal court that we

25    haven't talked about?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 304

1           All right.  Now I want to talk to you a

2    little bit about law enforcement.  Again, this was a

3    question that was on the questionnaire, and some of

4    you answered questions about it.  But again, it's a

5    broad question.

6           Have you or any member of your family or

7    any close friend ever been employed by a law

8    enforcement agency?  Anybody had that experience?

9           All right.  Ms. Chavez, anything further

10   than what we talked about up here at the bench, or

11   did we pretty much exhaust it up here at the bench?

12           MS. CHAVEZ:  No.

13           THE COURT:  Anything further on that?

14           MS. CHAVEZ:  No.  Well, my husband is on

15   the law enforcement side.

16           THE COURT:  Okay.  All right.  Anything

17   about his work, your relationship with him, keep you

18   from being fair and impartial?

19           MS. CHAVEZ:  No.

20           THE COURT:  All right.  Thank you,

21   Ms. Chavez.

22           Mr. Troy, what's been your experience or

23   relationship with law enforcement?

24           MR. TROY:  I had a son-in-law previously

25   that was at the correction facility in Santa Fe, in



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 306

```
 1    '94 through '96.  He wasn't my son-in-law at that
 2    time, but '98 through 2000.
 3              THE COURT:  So he was there and then he
 4    went back?
 5              MR. TROY:  Um-hum.
 6              THE COURT:  Anything about his work, your
 7    relationship with him, that would keep you from being
 8    fair and impartial to the parties in this case?
 9              MR. TROY:  No.
10              THE COURT:  Thank you, Mr. Troy.  Anyone
11    else?
12              All right.  Let's go down here to
13    Ms. Dwore.  Ms. Dwore, what's been your experience or
14    relationship with law enforcement?
15              MS. DWORE:  I've had several acquaintances
16    who were sheriff's deputies, FBI special agents.  No
17    members in the family.
18              THE COURT:  All right.  Let's talk about
19    FBI agents.  Were they here in New Mexico?
20              MS. DWORE:  Yes, or they're former agents,
21    is my neighbor in Santa Fe.
22              THE COURT:  What's his or her name?
23              MS. DWORE:  Retired agent Scott Metcalf.
24              THE COURT:  Okay.  Anything about your
25    relationship with any of these deputy sheriffs or
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    sheriffs or FBI agents that would keep you from being
2    fair and impartial to the parties in this case?
3              MS. DWORE:  I think not, Your Honor.
4              THE COURT:  Thank you, Ms. Dwore.
5              Who else had their hand up here in the
6    front row?
7              Let's go to the second row.  Who had their
8    hand up?
9              All right.  Ms. Trujillo?
10             MS. TRUJILLO:  My sister served with the
11   Navajo Police Department.
12             THE COURT:  All right.  And anything about
13   your relationship with her, her work, anything that
14   would keep you from being fair and impartial to the
15   parties in this case?
16             MS. TRUJILLO:  No.
17             THE COURT:  Thank you, Ms. Trujillo.
18             Anyone else back over here?
19             All right.  Mr. Swantner.
20             MR. SWANTNER:  One friend of about 20 years
21   served in the Bernalillo Sheriff's Department.
22   Another friend was also in the Bernalillo Sheriff's
23   Department.  An uncle in California was the sheriff.
24   I don't remember the name of the county.  Also, my
25   aunt works for the sheriff's department there, as

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 308

```
1    well.
2              THE COURT:  All right.  Anything about
3    their work, your relationship with them, that would
4    keep you from being fair and impartial to the parties
5    in this case?
6              MR. SWANTNER:  No, sir.
7              THE COURT:  Thank you, Mr. Swantner.
8              Did you have something or are you just
9    holding the mic?
10             MS. MORALES:  Only what's previously
11   discussed.
12             THE COURT:  Other than what you talked
13   about up here at the bench?  All right.
14             Let's go back, then, to the back row.  Is
15   that Ms. Vasquez?  What's been your experience,
16   Ms. Vasquez, in your relationship with law
17   enforcement?
18             MS. VASQUEZ:  My husband worked for Curry
19   County Detention Center about four years ago.
20             THE COURT:  All right.  Anything about his
21   work, your relationship with him, that would keep you
22   from being fair and impartial to the parties in this
23   case?
24             MS. VASQUEZ:  No.
25             THE COURT:  Thank you, Ms. Vasquez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 308

```
 1              Who else back over there -- let's stay on
 2     that back row down there.  Is that Ms. McKee?
 3              MS. McKEE:  Yes.
 4              THE COURT:  All right, Ms. McKee.  What's
 5     your relationship with law enforcement?
 6              MS. McKEE:  I work for the County of Lea
 7     and work within the sheriff's department, so I know
 8     pretty much everyone that works there.  And my mom
 9     works there, as well.
10              THE COURT:  With the Lea County Public
11     Safety Department?
12              MS. McKEE:  I work for maintenance, so I
13     work in all the buildings, so I know everybody.
14              THE COURT:  All right.  Anything about your
15     work, your mother's work, your relationship with law
16     enforcement that would keep you from being fair and
17     impartial to the parties in this case?
18              MS. McKEE:  No.
19              THE COURT:  Thank you, Ms. McKee.
20              Anyone else in the back row?
21              All right.  Is that Mr. Spencer?
22              MR. SPENCER:  Yes, sir.
23              THE COURT:  What's been your relationship
24     with law enforcement?
25              MR. SPENCER:  My uncle was a San Diego
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 309

```
 1    County sheriff.
 2              THE COURT:  Anything about his work, your
 3    relationship with him, that would keep you from being
 4    fair and impartial to the parties in this case?
 5              MR. SPENCER:  No.
 6              THE COURT:  Thank you, Mr. Spencer.
 7              Anybody else on your row?
 8              All right, Mr. Yancey.  What's been your
 9    experience?
10              MR. YANCEY:  My Aunt Terry is a
11    correctional officer.  I know she's a lieutenant, but
12    I'm not really close with her, so I don't even know
13    which correctional facility she works at.
14              THE COURT:  Do you know the locality of it,
15    where she lives?
16              MR. YANCY:  She lives in Albuquerque.
17              THE COURT:  Anything about your
18    relationship with her, her work, that would keep you
19    from being fair and impartial to the parties here?
20              MR. YANCEY:  No.
21              THE COURT:  All right.  Thank you, Mr.
22    Yancey.
23              Let's go to the row right in front of you.
24    Mr. Marquardt?
25              DR. MARQUARDT:  I have a very longtime
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    friend whose son was a city police officer in Texas
2    and is currently working for the Secret Service.
3              THE COURT:  Anything about his work, your
4    relationship with the family, that would keep you
5    from being fair and impartial to the parties here?
6              DR. MARQUARDT:  No.
7              THE COURT:  Thank you, Mr. Marquardt.
8              Anyone else on that row?  All right.
9              Is that Ms. Trujillo?  What's been your
10   experience, relationship, with law enforcement?
11             MS. TRUJILLO:  My brother was a stater for
12   two years and he's currently APD.
13             THE COURT:  And anything about your
14   relationship with him, his work, that would keep you
15   from being fair and impartial to the parties here?
16             MS. TRUJILLO:  No.
17             THE COURT:  Thank you, Ms. Trujillo.
18             Anybody else on that row?
19             All right, Mr. Kimmick?
20             MR. KIMMICK:  My uncle was a New Mexico
21   State Police officer for 21 years, 16 of which was
22   undercover narcotics.  And I worked for New Mexico
23   State University Campus Police for a year.  And my
24   grandfather was a reservist deputy for the Grant
25   County Sheriff's Office.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 311

175

```
 1              THE COURT:  All right.  Anything about your
 2    work, their work, your relationship with them, that
 3    would keep you from being fair and impartial to the
 4    parties in this case?
 5              MR. KIMMICK:  No, sir.  It actually makes
 6    you look closer at evidence that's gathered.
 7              THE COURT:  I appreciate that.  Thank you,
 8    Mr. Kimmick.
 9              Anyone else on that row?  Mr. Meyer?
10              MR. MEYER:  I was a special agent for the
11    State of New Mexico.
12              THE COURT:  Did you work in the AG's
13    office?
14              MR. MEYER:  I worked for OIG, Department of
15    Human Services.
16              THE COURT:  It was Human Services, wasn't
17    it?  Anything about your work that would keep you
18    from being fair and impartial to the parties in this
19    case?
20              MR. MEYER:  No.
21              THE COURT:  Thank you, Mr. Meyer.
22              Anyone else on that row?
23              All right.  Then I think we're moving
24    forward.  Anybody on the front row that had a
25    relationship -- oh, did somebody at the end?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 613

176

```
 1              Ms. Nelson, what's been your relationship
 2    in working with law enforcement?
 3              MS. NELSON:  My ex-husband worked for the
 4    Alamogordo Police Department for about a year.
 5              THE COURT:  Anything about his work, your
 6    relationship with him, that would keep you from being
 7    fair and impartial to the parties in this case?
 8              MS. NELSON:  No.
 9              THE COURT:  All right.  Thank you,
10    Ms. Nelson.
11              Anyone else over on this side of the room?
12              All right.  We'll go -- all right.  We've
13    got Ms. Beavers here on the front row.
14              Ms. Beavers, what's been your relationship
15    with law enforcement?
16              MS. BEAVERS:  I have a nephew who is a
17    corrections officer in Arizona.
18              THE COURT:  Anything about your
19    relationship with him, his work, that would keep you
20    from being fair and impartial to the parties in this
21    case?
22              MS. BEAVERS:  No.
23              THE COURT:  Anyone else on that front row?
24              Then we'll go over to this side of the
25    room.  We might as well start with Ms. Nitterauer.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Have you got your hand up?  What's been your
 2    relationship with law enforcement?
 3              MS. NITTERAUER:  I was a civilian
 4    contractor to the Albuquerque Police Department
 5    collecting forensic evidence in DUI cases.
 6              THE COURT:  Anything about your work,
 7    relationship with the APD, that would keep you from
 8    being fair and impartial to the parties in this case?
 9              MS. NITTERAUER:  No.
10              THE COURT:  Thank you, Ms. Nitterauer.
11              Let's see.  Who else had their hand up?
12    Ms. Duncan?  What's been your relationship with law
13    enforcement?
14              MS. DUNCAN:  My brother was a Fairfax
15    County, Virginia, police officer for 27 years,
16    including undercover narcotics, criminal
17    investigation, and SWAT.
18              THE COURT:  All right.  Anything about your
19    relationship with your brother, his work, that would
20    keep you from being fair and impartial to the parties
21    in this case?
22              MS. DUNCAN:  No.
23              THE COURT:  Thank you, Ms. Duncan.
24              Anyone else on that row?  Let's see where
25    the mic stops.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 314

```
 1              Mr. Medina.
 2              MR. MEDINA:  Yes, I have a cousin that's
 3    with the New Mexico State Police, and --
 4              THE COURT:  What is his name?
 5              MR. MEDINA:  His name is David Candelaria.
 6              THE COURT:  All right.  And anyone else?
 7              MR. MEDINA:  Yes, I have a good friend
 8    that's a retired captain from the Dona Ana County
 9    Sheriff's Department.
10              THE COURT:  Anybody else in your family
11    or --
12              MR. MEDINA:  Yes.  My brother was a
13    corrections officer for 15 years at Southern New
14    Mexico Correctional Facility.
15              THE COURT:  Anything about your
16    relationship with them, their work, that would keep
17    you from being fair and impartial to the parties in
18    this case?
19              MR. MEDINA:  No, sir.
20              THE COURT:  All right.  Thank you, Mr.
21    Medina.
22              Mr. Mott, did you have your hand up?
23              MR. MOTT:  Yes, sir.
24              THE COURT:  What's been your relationship
25    with law enforcement?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 315

179

```
1              MR. MOTT:  I have a nephew who is the head
2     of strategic planning with the United States Border
3     Patrol, and I have a very close friend that's a
4     retired deputy from Harris County, Texas.
5              THE COURT:  Where is Harris County?
6              MR. MOTT:  It's Houston.
7              THE COURT:  Is there anything about your
8     relationship with them, their work, that would keep
9     you from being fair and impartial to the parties in
10    this case?
11             MR. MOTT:  No, sir.
12             THE COURT:  Thank you, Mr. Mott.
13             How about the next row behind you?  Let's
14    see.  Is that Mr. Scifres or is that Mr. Donart?
15             MR. DONART:  One of my good friends is a
16    Sandoval County deputy.  And a variety of loose
17    contacts, APD and Bernalillo County.
18             THE COURT:  Anything about their work, your
19    relationship with them, that would keep you from
20    being fair and impartial, Mr. Donart?
21             MR. DONART:  No, sir.
22             THE COURT:  Thank you, Mr. Donart.
23             Who else?  Ms. Scifres?
24             MS. SCIFRES:  My father-in-law was retired
25    Roswell Police Department, and my nephew, as well.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 316

```
 1              THE COURT:  All right.  Anything about your

 2    relationship with them, their work, that would keep

 3    you from being fair and impartial in this case?

 4              MS. SCIFRES:  No.

 5              THE COURT:  All right, Ms. Scifres, thank

 6    you.

 7              Who else?  Is that Mr. Kulpa?

 8              MR. KULPA:  Yes.

 9              THE COURT:  What has been your relationship

10    with law enforcement?

11              MR. KULPA:  My father is a retired United

12    States customs inspector.  He worked in the Niagara

13    Falls/Buffalo, New York, area for about 25 years.

14              THE COURT:  Anything about his work, your

15    relationship with him, that would keep you from being

16    fair and impartial to the parties in this case?

17              MR. KULPA:  No.

18              THE COURT:  Thank you, Mr. Kulpa.

19              Anyone else on that row?  Ms. Cardenas?

20              MS. CARDENAS:  My nephew is currently

21    working for the police department in Luna County.

22              THE COURT:  Anything about his work, your

23    relationship with him, that would keep you from being

24    fair and impartial to the parties in this case?

25              MS. CARDENAS:  No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 317

1           THE COURT:  Mr. Johnson, what's been your

2     experience in relationship to law enforcement?

3           MR. JOHNSON:  I work as a social worker

4     doing psych assessments there at the Eastern County

5     Medical Center.  And they would bring patients into

6     the ER, the police would, and I have got to know them

7     that way.

8           I worked for about a year and a half at the

9     Chaves County Detention Center.  And just over the

10    years, especially as a social worker, my relationship

11    with them, I had a lot of close friends and have a

12    high respect for the officers and people that do that

13    kind of work.

14          THE COURT:  All right.  And is there

15    anything about your work or your relationship with

16    these law enforcement that would keep you from being

17    fair and impartial to the parties in this case?

18          MR. JOHNSON:  As a social worker, I really

19    try to look at the whole thing and the objective, and

20    so my 20 years and my master's degree and all that, I

21    think I've learned to be able to do that.

22          THE COURT:  So you think you can be an

23    objective, fair, impartial juror?

24          MR. JOHNSON:  I do.

25          THE COURT:  All right.  Thank you, Mr.



SANTA FE OFFICE                                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                                Albuquerque, NM 87102
(505) 989-4949                                                                                                  (505) 843-9494
FAX (505) 843-9492                                                                                FAX (505) 843-9492
                                                                                                             1-800-669-9492
                         BEAN & ASSOCIATES, Inc.                           e-mail: info@litsupport.com
                         PROFESSIONAL COURT
                         REPORTING SERVICE
                                                                                                                    DNM 318

```
 1    Johnson.

 2              Anyone else in that row?  Ms. Large?

 3              MS. LARGE:  Currently I'm an intern at the

 4    LOPD in Albuquerque, the public defender's office,

 5    and I frequent MDC quite often.

 6              THE COURT:  All right.  So that's the state

 7    public defender's office there?

 8              MS. LARGE:  Yes.  That is the office of the

 9    public defender.

10              THE COURT:  You're an intern there?

11              MS. LARGE:  Correct.

12              THE COURT:  Anything about your current

13    work, relationship with those, anything about those

14    that would keep you from being fair and impartial to

15    the parties in this case?

16              MS. LARGE:  No, sir.

17              THE COURT:  Thank you, Ms. Large.

18              Anyone else on that back row?  Is that

19    Mr. Hinson, or is there somebody in between

20    Mr. Hinson?  We'll go with you.

21              MR. MOORE:  This is Mr. Moore.

22              THE COURT:  Oh, I'm sorry, Mr. Moore.

23              MR. MOORE:  I have a first cousin in the

24    Austin area whose husband is a sheriff's deputy and

25    has been a detective.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 319

1        THE COURT:  Anything about his work, your

2    relationship with him, that would keep you from being

3    fair and impartial to the parties in this case?

4        MR. MOORE:  No, sir.

5        THE COURT:  Thank you, Mr. Moore.

6        Anyone else on that back row?

7        Let me just ask the question again and see

8    if it picks up anything else.

9        Have you or any member of your family or

10   any close friend ever been employed by a law

11   enforcement agency that we haven't already talked

12   about?  Anybody had that experience?

13       All right.  Now, really, it's going to be

14   the next two questions, but we'll start with the

15   first one.  If you answer yes or you don't understand

16   the question, you want to discuss it up here at the

17   bench, please indicate, and you can come up to the

18   bench.  But again, it's a broad question.  Some of

19   this came up on your questionnaires.  But have you

20   ever been involved in any court in a criminal matter

21   that concerned yourself, any member of your family,

22   or a close friend, either as a defendant, a witness,

23   or a victim?  Anybody had that experience with the

24   criminal justice system?

25       All right.  Ms. Griego, what's been your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 320

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 321

```
 1    experience with the criminal justice system?

 2             MS. GRIEGO:  My son is a 100% disabled

 3    combat veteran, and he was arrested for brandishing a

 4    firearm in Albuquerque.  And I went to his trial and

 5    testified and went through the proceedings and that.

 6             THE COURT:  Okay.  And how did it get

 7    resolved, Ms. Griego?

 8             MS. GRIEGO:  He ended up getting a deferred

 9    sentence.  They took into account the fact that he

10    has severe PTSD and mild traumatic brain injury.  And

11    he did probation and got counseling and help, and

12    he's doing real well right now.

13             THE COURT:  Anything about that experience

14    that would keep you from being fair and impartial to

15    the parties in this case?

16             MS. GRIEGO:  No.

17             THE COURT:  Thank you, Ms. Griego.

18             Anyone else had any relationship,

19    experience with the criminal justice system?

20             Mr. Swantner?  Pass it on down there to the

21    very end.  What's been your experience with the

22    criminal justice system?

23             MR. SWANTNER:  In about 1998 I was arrested

24    for assault in Denver.

25             THE COURT:  And those charges were dropped;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 321

```
 1    correct?

 2              MR. SWANTNER:  Eventually, yeah.  I was

 3    booked, but it was later dropped.

 4              THE COURT:  Anything about that experience

 5    that would keep you from being fair and impartial to

 6    the parties in this case?

 7              MR. SWANTNER:  No.

 8              THE COURT:  Thank you, Mr. Swantner.

 9              Anyone else in the jury box that's had some

10    experience, relationship with the criminal justice

11    system?

12              All right.  Then let's go back there.  Is

13    that Mr. Saiz?

14              What's been your experience?

15              MR. SAIZ:  Yes, sir.  I was arrested for a

16    DV.  Those charges were dropped.

17              THE COURT:  Dropped.  Okay.

18              MR. SAIZ:  I was also a witness for -- in a

19    matter between family members.  They called me as a

20    witness for a restraining order between them, and I

21    don't know the outcome of that.

22              THE COURT:  Anything about those

23    experiences that would keep you from being fair and

24    impartial to the parties in this case, Mr. Saiz?

25              MR. SAIZ:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  All right.
 2                Hand that mic back to Ms. Vazquez right
 3      behind you.  We'll get her.
 4                Ms. Vazquez, what's been your --
 5                MS. VAZQUEZ:  May I come up there and speak
 6      to you?
 7                THE COURT:  You may.
 8                Anyone else?  Right next to you.
 9                Ms. Campbell, what's been your experience
10      with the criminal justice system?
11                MS. CAMPBELL:  In 1996 my younger brother
12      was killed by a 16-year-old and he -- it ended up
13      being a plea deal so the perpetrator got -- I don't
14      know -- nine years, I think.
15                THE COURT:  All right.  Anything about that
16      experience that would keep you from being fair and
17      impartial to the parties in this case?
18                MS. CAMPBELL:  No.
19                THE COURT:  All right.  Thank you, Ms.
20      Campbell.
21                Anyone else back over here that's had some
22      experience with the criminal justice system?
23                All right.  Ms. Vazquez, why don't you make
24      your way up, and then we'll go to this side over
25      here.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              I think Mr. Johnson has his hand up; is
2    that correct, Mr. Johnson?  What's been your
3    experience with the criminal justice system?
4              MR. JOHNSON:  My wife was killed by a drunk
5    driver in 2015.  The court is still pending.  It's
6    constantly being delayed, and so I haven't had a very
7    good experience so far with that.  So that's really
8    all I can say, is that I think I could be fair and
9    just, but I haven't had a good experience with the
10   court system at this point.
11             THE COURT:  All right.  I understand that.
12   But you do think you could be fair and impartial to
13   the parties in this case?
14             MR. JOHNSON:  Yes.
15             THE COURT:  All right.  Thank you, Mr.
16   Johnson.
17             Anyone else?  All right.  Just pass that
18   mic on down, and I may have to have a little help on
19   that back row.
20             Mr. Krohn, what's been your experience?
21             MR. KROHN:  Yes, Your Honor.  I was called
22   as an eyewitness before a grand jury in an armed
23   robbery case.
24             THE COURT:  And anything about that
25   experience that would keep you from being fair and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    impartial to the parties in this case?
 2              MR. KROHN:  No, Your Honor.
 3              THE COURT:  Thank you, Mr. Krohn.  Is there
 4    someone else next to you?  Is it Mr. Bunnel?  No?
 5    Oh, right in front of you.  Is that Mr. Kennedy?
 6              MR. KENNEDY:  Yes, sir.
 7              THE COURT:  All right, Mr. Kennedy, what's
 8    been your experience with the criminal justice
 9    system?
10              MR. KENNEDY:  In 2014 I was arrested for
11    permitting a house party, as well as interference
12    with a peace officer.
13              THE COURT:  All right.  Anything about that
14    experience that would keep you from being fair and
15    impartial to the parties here?
16              MR. KENNEDY:  No, sir.
17              THE COURT:  Thank you, Mr. Kennedy.
18              Anyone else over here?  Mr. Medina, what's
19    been your experience with the criminal justice
20    system?
21              MR. MEDINA:  Yes, sir.  May I approach?
22              THE COURT:  You may.  Come on up.
23              Anybody else had any experience with the
24    criminal justice system that we haven't already
25    picked up?  Who else had their hand up?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 325

```
 1            Mr. Zink, what's been your experience with
 2    the criminal justice system?
 3            MR. ZINK:  In 2016 I was attacked and
 4    kidnapped and it went to court.
 5            THE COURT:  And what was the --
 6            MR. ZINK:  Good experience.
 7            THE COURT:  Good experience?
 8            MR. ZINK:  Well, not the kidnapping, but
 9    the court experience was a good experience.
10            THE COURT:  I think we understood.
11    Anything about that experience that would keep you
12    from being fair and impartial to the parties here?
13            MR. ZINK:  No.
14            THE COURT:  Thank you, Mr. Zink.
15            Anyone else that has been involved in any
16    court in a criminal matter that concerned yourself,
17    any member of your family, or a close friend, either
18    as a defendant, a witness, or a victim?  Anybody had
19    that experience?
20            Mr. Brugger, what's been your experience
21    with the criminal justice system?  Do you want to
22    approach?
23            MR. BRUGGER:  Yes.
24            THE COURT:  Anybody else been involved in
25    any court in a criminal matter that concerned
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    yourself, any member of your family, or a close

2    friend, either as a defendant, a witness, or a

3    victim, other than the three jurors we have up here?

4              All right.  We've got a hand right back

5    here.  I believe that's Ms. Solis.

6              What's been your experience with the

7    criminal justice system?

8              MS. SOLIS:  My son was arrested for DUI and

9    possession of drugs.

10             THE COURT:  And how did that get resolved?

11             MS. SOLIS:  The drug part was dropped, and

12   he did get the DUI.  So he had to do probation, and

13   get the interlock on his car.

14             THE COURT:  Anything about that experience

15   that would keep you from being fair and impartial to

16   the parties in this case?

17             MS. SOLIS:  No.

18             THE COURT:  All right.  Thank you,

19   Ms. Solis.

20             Anyone else ever been involved in any court

21   in a criminal matter that concerned yourself -- who

22   else had their hand up back here?  All right.  Is

23   that --

24             MR. KIMMICK:  I only had the one citation

25   that I wrote when I was working for the campus police

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    department, for public indecency.  And I had to --

2    well, if he hadn't peed on my leg, I wouldn't have

3    had to go through and write him a citation and

4    actually appear in front of the judge.  So that was

5    my only experience.  Not a very good campus police

6    officer.

7             THE COURT:  They've got some real crimes on

8    those universities.  Anything about that experience,

9    Mr. Kimmick, that would keep you from being fair and

10   impartial to the parties in this case?

11            MR. KIMMICK:  As long as they don't pee on

12   my leg, I guess I'll be just fine.

13            THE COURT:  Thank you, Mr. Kimmick.

14            Anyone else that's been involved in any

15   court in a criminal matter that concerned yourself,

16   any member of your family, or close friend, either as

17   a defendant -- all right, Ms. Riley?

18            MS. RILEY:  Yes.

19            THE COURT:  What's been your experience?

20            MS. RILEY:  When my son was 14, he staged a

21   protest at his school and refused to leave.  And so

22   they threw him out, and we had to go to court, and he

23   ended up getting probation for it.  I don't know if

24   that counts as criminal, but we did go to court for

25   it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 328

1          THE COURT:  They arrested him and treated

2     him as?

3          MS. RILEY:  Yes, they took him out of the

4     school.  A police officer took him out of the school.

5          THE COURT:  So he was arrested and then

6     prosecuted for it?

7          MS. RILEY:  Well, yeah.  We had to go see

8     the judge for it in Estancia.

9          THE COURT:  Anything about that experience

10    that would keep you from being fair and impartial to

11    the parties in this case?

12         MS. RILEY:  I don't think so.

13         THE COURT:  Thank you, Ms. Riley.

14         Anyone else been involved in any court in a

15    criminal matter that concerned yourself, any member

16    of your family, close friend, either as a defendant,

17    a witness, or a victim that we haven't talked about?

18    We've got these three jurors here.

19         All right, Ms. Vazquez, if you'll come in

20    here, and if the lawyers will come up.

21         (The following proceedings were held at the

22    bench.)

23         THE COURT:  How are you, Ms. Vazquez?  Let

24    me get the attorneys up.

25         MS. VAZQUEZ:  So I've been arrested a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 329

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 330

```
 1    couple times, tickets for one.  I was also arrested
 2    for a domestic violence battery on a household
 3    member, convicted of that one.  And then I've been
 4    arrested for a DUI.  It was dismissed.  And they were
 5    all over 10 to 15 years ago.
 6              THE COURT:  Okay.  Anything about those
 7    experiences that would keep you from being fair and
 8    impartial to the parties here?
 9              MS. VAZQUEZ:  No.
10              THE COURT:  All right.
11              MS. VAZQUEZ:  And then I did have a niece
12    that just got out of prison two years ago, my
13    husband's niece, but she's like the baby I raised,
14    sort of.  She did time for child abuse.
15              THE COURT:  Anything about your
16    relationship with her, what she did, that would keep
17    you from being fair and impartial to the parties
18    here?
19              MS. VAZQUEZ:  No.
20              THE COURT:  All right.  Mr. Beck?
21              MR. BECK:  I don't have any questions.
22              THE COURT:  Do the defendants in this case
23    have any questions?  Mr. Sindel?
24              MR. SINDEL:  Your husband's niece.
25              MS. VAZQUEZ:  My husband, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 330

```
 1              MR. SINDEL:  But you're close to her?

 2              MS. VAZQUEZ:  Yes.

 3              MR. SINDEL:  Almost like you raised her?

 4              MS. VAZQUEZ:  Well, she lived with us, so

 5    she came as a girl of 10 or 13 or 14.  Because I have

 6    rules, she decided to go live with Grandma, who let

 7    her do whatever.  So that's how that went down, yeah.

 8              MR. SINDEL:  Was that a pretty big

 9    disappointment?

10              MS. VAZQUEZ:  It was.  It was sad.  We went

11    with her to court, we made contact with her while she

12    was in jail, just to check on her, put money on her

13    books, because we wanted to make sure she was okay in

14    there.

15              MR. SINDEL:  She's out now?

16              MS. VAZQUEZ:  She's been out for two years

17    now.

18              MR. SINDEL:  Doing good?

19              MS. VAZQUEZ:  Yeah, she's on probation.

20    She's got a family.  She's got a good job.

21              MR. SINDEL:  That's great.  So that's

22    somebody who went in, came out of it, and you think

23    may have learned something?

24              MS. VAZQUEZ:  Yeah.  She got her GED in

25    there; a lot of good things while she was in there.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 331

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 532

```
 1              MR. SINDEL:  Before that, like you said,
 2     you try to do your best, but it just wasn't working?
 3              MS. VAZQUEZ:  Right.  Right.
 4              MR. SINDEL:  Did she ever talk to you about
 5     her experiences while she was in prison, things that
 6     happened?
 7              MS. VAZQUEZ:  No, not really her
 8     experiences.  Just that it scared her and she don't
 9     want to go back.  That's all she said.
10              MR. SINDEL:  It's a scary place, wouldn't
11     you agree?
12              MS. VAZQUEZ:  Yes.
13              MR. SINDEL:  When she went there, wouldn't
14     you say you were scared for her well-being?
15              MS. VAZQUEZ:  I was at times.
16              MR. SINDEL:  And her physical well-being?
17              MS. VAZQUEZ:  You hear stories, but you
18     don't know.
19              MR. SINDEL:  True or not?
20              MS. VAZQUEZ:  Yeah.
21              MR. SINDEL:  Sometimes they are, and maybe
22     sometimes they aren't.
23              MS. VAZQUEZ:  Right.
24              MR. SINDEL:  And is there anything at all
25     about the fact that she went through these
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

DNM 332

1    experiences and shared them with you that you think

2    would affect your ability -- because this is a prison

3    case --

4             MS. VAZQUEZ:  Okay.

5             MR. SINDEL:  You know that; right?

6             MS. VAZQUEZ:  Yes.

7             MR. SINDEL:  And you know that all these

8    events, almost all of them, occurred in the prison

9    setting?

10            MS. VAZQUEZ:  Okay.

11            MR. SINDEL:  Okay.  So is there anything

12   about the fact that you were apprehensive or

13   concerned about your husband's niece that would cause

14   you any -- you know, bring those feelings back to you

15   and interfere --

16            MS. VAZQUEZ:  No.

17            MR. SINDEL:  You look really confident.

18            MS. VAZQUEZ:  No, I don't think so.  I

19   mean, I'm a social worker and I pride myself on being

20   unbiased and being nonjudgmental and looking at the

21   facts and everything.

22            MR. SINDEL:  That's good.  My mom was a

23   social worker.  She was biased and very judgmental.

24   I'm glad you're doing better than she is.

25            MS. VAZQUEZ:  I pride myself not being that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 333

```
 1   way so...

 2            MR. SINDEL:  Thank you.

 3            THE COURT:  Anybody else?  Any other

 4   defendant?

 5            Ms. Vazquez, thank you very much.  I

 6   appreciate it.

 7            Mr. Medina.

 8            MR. MEDINA:  Sir, I'm on a first-name

 9   basis.

10            THE COURT:  I'll still call you Mr. Medina.

11            MR. SINDEL:  Okay.  Here's the deal, Mr.

12   Medina:  You're going to get this seat eventually.

13            THE COURT:  Do you want my robe?

14            MR. MEDINA:  No way.

15            THE COURT:  I like you a lot.  It's been a

16   long time since I've been called too small.

17            MR. MEDINA:  No way you're getting off now.

18            THE COURT:  What's been your relationship

19   with the criminal justice system?

20            MR. MEDINA:  One of my wife's -- her

21   brothers -- one of them was arrested for a beating,

22   and he served 18 months' probation.  And then the

23   sentence was deferred.

24            And then my older brother, who was a

25   corrections officer, I think -- he wasn't so much
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 334

1    convicted, but they made him resign for, like, a

2    domestic violence so that's why he had to leave the

3    Corrections Department.

4              And my two daughters and two of my nieces

5    were molested by the same person.

6              And as far as being just, I don't think --

7    I would have done a lot worse than what was handed

8    down, but it is what it is.  So...

9              THE COURT:  Given those experiences,

10   anything about them that you think would keep you

11   from being fair and impartial in this case?

12             MR. MEDINA:  No, not really.

13             THE COURT:  Okay.  Is there something in

14   the back of your mind that makes you think you might

15   go one way or another?

16             MR. MEDINA:  No, you --

17             THE COURT:  You can be fair to everybody in

18   this room?

19             MR. MEDINA:  Yes, in this case.  If it were

20   a different type of case, probably not.

21             THE COURT:  But in this case, you think you

22   could be fair and impartial?

23             MR. MEDINA:  I do.

24             THE COURT:  Mr. Beck?

25             MR. BECK:  Mr. Medina, when did your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   brother work at Southern?

 2            MR. MEDINA:  Oh, it's going to be about,

 3   I'm going to say, a good 10 years ago.

 4            MR. BECK:  So that would have been 2008?

 5            MR. MEDINA:  Around there, yeah, because --

 6   I'm going to say maybe 10, 12 years ago, yeah.

 7            MR. BECK:  And for how long did he work

 8   there?

 9            MR. MEDINA:  Fifteen years.  Five years

10   short of retirement.

11            MR. BECK:  And is there anything about his

12   resignation there that would cause problems for you

13   in this case if you hear there were prison gangs and

14   incidents took place in prison?

15            MR. MEDINA:  No, he never spoke to me

16   personally about work.

17            MR. BECK:  That's all I've got.

18            THE COURT:  Mr. Sindel?

19            MR. SINDEL:  What's your brother's name?

20            MR. MEDINA:  George K. Medina, Jr.

21            MR. SINDEL:  George K. Medina, Jr.?

22            MR. MEDINA:  Yes, sir.

23            MR. SINDEL:  Was he just a corrections

24   officer?

25            MR. MEDINA:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 336

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 337

```
 1                MR. SINDEL:  Was he in the STG unit, do you
 2   know?
 3                MR. MEDINA:  What's that?
 4                MR. SINDEL:  I guess not, if you answered
 5   that --
 6                MR. MEDINA:  I know he was a sergeant.
 7                MR. SINDEL:  What's his name?
 8                MR. MEDINA:  George K. Medina, Jr.
 9                MR. SINDEL:  He was sort of forced to
10   resign?
11                MR. MEDINA:  Well, he resigned so he could
12   be able to move on.
13                MR. SINDEL:  You said you never talked
14   about his experience in prison?  Did you ever want to
15   about his experience?
16                MR. MEDINA:  No.
17                MR. SINDEL:  And you talked about this
18   really horrible situation about the two daughters?
19                MR. MEDINA:  Yes.
20                MR. SINDEL:  When you said there is a
21   certain kind of case that you can't --
22                MR. MEDINA:  Yeah.
23                MR. SINDEL:  That's it?
24                MR. MEDINA:  Yeah.
25                MR. SINDEL:  That's not it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. MEDINA:  No, absolutely not.

2              MR. SINDEL:  All right, Mr. Medina.  It's

3    always nice to see you.

4              MR. MEDINA:  I'll be here again.

5              THE COURT:  Anyone else?

6              All right.  Thank you, sir.

7              Mr. Brugger.  What's been your --

8              MR. BRUGGER:  In 2012 I had three years'

9    unsupervised probation on a misdemeanor.

10             THE COURT:  What's the misdemeanor?

11             MR. BRUGGER:  It was possession of obscene

12   material.

13             THE COURT:  And is there anything about

14   that experience that would keep you from being fair

15   and impartial to the parties here?

16             MR. BRUGGER:  No.

17             THE COURT:  Mr. Beck?

18             MR. BECK:  Is that the only time that

19   you've been charged, in 2012?

20             MR. BRUGGER:  Yeah, it was over something

21   in 2009, because it took that long to go to trial.

22   It never went to trial, because I pled it out,

23   because I had already moved to New Mexico.  Probably

24   if it went to trial, there wouldn't have been any

25   evidence.  Really what I had was not illegal in this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 339

```
 1    state; only in Tennessee.
 2              MR. BECK:  So if I understand, you were
 3    arrested in 2009, and then the case wasn't resolved
 4    or completed until 2012?
 5              MR. BRUGGER:  Yes.
 6              MR. BECK:  Was it pled to a misdemeanor?
 7              MR. BRUGGER:  Yes.
 8              MR. BECK:  That's all.
 9              THE COURT:  Thank you, Mr. Beck.
10              Mr. Sindel?
11              MR. SINDEL:  I'm sorry, I didn't hear what
12    state.
13              MR. BRUGGER:  Tennessee.
14              MR. SINDEL:  And when you were
15    unsupervised, you didn't have to report?
16              MR. BRUGGER:  No.
17              MR. SINDEL:  All you had to do was count
18    down --
19              MR. BRUGGER:  Count down the time.
20              MR. SINDEL:  Get it over with?
21              Thank you, sir.
22              THE COURT:  Anybody else have anything?
23              MR. BECK:  I do.  If in this case there is
24    testimony or evidence about problems for people in
25    the prison who have some obscene material and bad
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 339

1    things happen to those people, will those allegations

2    or that evidence cause you problems in listening to

3    the evidence in this trial?

4              MR. BRUGGER:  No, not at all.

5              THE COURT:  Anything else, Mr. Beck?

6              MR. BECK:  No, Your Honor.

7              THE COURT:  Anybody else?  All right.

8              Thank you, Mr. Brugger.  I appreciate it.

9              MR. BRUGGER:  Can I say something?  I told

10   you about that murder trial in Pennsylvania.  You may

11   know who the prosecuting attorney was.  Tom Ridge.

12             THE COURT:  Oh, okay.  All right.  You got

13   to see a good show.

14             Ms. Campbell.

15             MS. CAMPBELL:  In 2009 my son was a senior

16   in high school, and he got in trouble for having a

17   gun in the trunk of his car, so he was arrested and

18   unable to finish high school.  He did graduate, but

19   he wasn't able to participate in anything, and then

20   it was a conditional release, so it was off his

21   record after he completed 18 months, or whatever.

22             THE COURT:  Anything about that experience

23   that would keep you from being fair and impartial to

24   the parties in this case?

25             MS. CAMPBELL:  No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 340

```
 1              THE COURT:  Mr. Beck?
 2              MR. BECK:  Ms. Campbell, will you remind
 3    me, were you the one who had the brother killed?
 4              MS. CAMPBELL:  Yes.
 5              MR. BECK:  And I think you said that there
 6    was a plea deal in that case?
 7              MS. CAMPBELL:  Yes.
 8              MR. BECK:  How did you feel about the
 9    murder plea in that case?
10              MS. CAMPBELL:  I was glad he got some time.
11    In those days, a lot of cases, they were not finding
12    people guilty.  So I was glad that there was some
13    time given to him.
14              MR. BECK:  Was there anything about the
15    resolution that you were not glad about?
16              MS. CAMPBELL:  Which part?
17              MR. BECK:  I mean, you said you were glad
18    he got some time.  Was it overall a good or bad
19    experience?
20              MS. CAMPBELL:  It was a horrible
21    experience.
22              MR. BECK:  Well, that was a stupid
23    question.  I mean, there is nothing about him in
24    pleading out to less time that really caused you more
25    grief or made you not like the court system?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1           MS. CAMPBELL:  Oh, no.

2           MR. BECK:  That's all.

3           THE COURT:  Mr. Sindel.

4           MR. SINDEL:  Did you feel like he got a

5     deal that was better than he deserved?

6           MS. CAMPBELL:  No, I was just glad that he

7     got some time.

8           MR. SINDEL:  Okay.  And was it something he

9     had to do in order to get a lower sentence?

10          MS. CAMPBELL:  He had to plead guilty to

11    second-degree murder.

12          MR. SINDEL:  So it was murder in the second

13    degree?

14          MS. CAMPBELL:  Yes.

15          MR. SINDEL:  And they reduced the charge

16    because of that?

17          MS. CAMPBELL:  Yeah.

18          MR. SINDEL:  Did he do anything in terms of

19    cooperating with the police or in terms of other

20    people, what happened, or anything like that?

21          MS. CAMPBELL:  They were trying to charge

22    two different people, and so I think the second guy

23    got less of a sentence, or he got off, and then they

24    got the one guy.  I think other people pled against

25    him, so then he finally pled to second degree.  Then

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                 (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                              1-800-669-9492
                                                             e-mail: info@litsupport.com



```
 1   the other guy got off, or something like that.  I

 2   don't remember about the other guy so much.

 3            MR. SINDEL:  Were you pretty convinced that

 4   he deserved what he got?

 5            MS. CAMPBELL:  Yes.

 6            MR. SINDEL:  Absolutely; right?

 7            MS. CAMPBELL:  Yes.

 8            MR. SINDEL:  Now, you understand that when

 9   somebody enters a plea of guilty, it's not exactly a

10   finding of guilt; they say, "I did it"?

11            MS. CAMPBELL:  Yes.

12            MR. SINDEL:  And what we're doing here is

13   for you to determine whether someone did something

14   wrong and there was a criminal act and that the State

15   has proved the case beyond a reasonable doubt.

16            MS. CAMPBELL:  Yes.

17            MR. SINDEL:  So you understand there is a

18   major distinction when somebody says, "I did it," and

19   when somebody else says, "I don't think you can prove

20   it; I want my day in court"?

21            MS. CAMPBELL:  Yes.

22            MR. SINDEL:  Okay.  And you're able to do

23   that and carry out that responsibility?

24            MS. CAMPBELL:  I think so.

25            MR. SINDEL:  I think so, too.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 343

```
 1              THE COURT:  Thank you, Mr. Sindel.
 2              Anybody else?  All right.  Thank you, Ms.
 3   Campbell.
 4              Why don't y'all stand here and see if there
 5   is anybody else.
 6              (The following proceedings were held in
 7   open court.)
 8              THE COURT:  Before counsel move back to
 9   their seats, have you ever been involved in any court
10   in a criminal matter that concerned yourself, any
11   member of your family or a close friend, either as a
12   defendant, a witness, or a victim that we haven't
13   already talked about?
14              All right, Mr. Medina.  Do you need to come
15   back up here?
16              MR. MEDINA:  Yes, sir.
17              (The following proceedings were held at the
18   bench.)
19              MR. MEDINA:  I apologize, but I forgot that
20   I do have a workmen's comp lawyer at this time.
21              THE COURT:  Generally that's a civil
22   matter.
23              MR. MEDINA:  Okay.
24              THE COURT:  Do you have any more criminal
25   matters that involve you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 345

```
 1              MR. MEDINA:  No, just that I completely
 2    forgot.  I apologize.
 3              THE COURT:  Thank you, Mr. Medina.
 4              MR. COOPER:  See you in a minute.
 5              (The following proceedings were held in
 6    open court.)
 7              THE COURT:  All right.  Once again, have
 8    you been involved in any court in a criminal matter
 9    that concerned yourself, any member of your family,
10    or a close friend, either as a defendant, witness, or
11    a victim that we haven't already talked about?
12              All right.  I'm going to leave the lawyers
13    right here, because I'm going to ask another
14    question.  And again, if you don't understand the
15    question or you want to discuss it here up at the
16    bench, please indicate and you can come up to the
17    bench.
18              But the case may involve some evidence
19    regarding illegal drugs or narcotics.  And if you
20    want to talk about it in front of everybody, that's
21    fine, because a lot of times we have family members
22    or something, and it's not a big deal.  But if
23    someone has something they want to discuss up here.
24              But the question is:  Have you had any
25    experience involving yourself, any member of your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 345

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 346

```
 1    family, or a close friend that relates to the use or
 2    possession of illegal drugs or narcotics?  Anybody
 3    had that experience.
 4          All right.  How about, let's do this.  Is
 5    there anybody that needs to speak to us at the bench
 6    while I've got all the lawyers up here?
 7          Everybody can talk about it?  Ms. Vazquez,
 8    do you want to come up here?  All right.  Anybody
 9    that needs to come up here, come on now, while I've
10    got all the attorneys up here.
11          While she's coming up, anybody else have
12    that experience?  Let's hear from you, Mr. Zink.
13          MR. ZINK:  I need to come up.
14          THE COURT:  All right.  Ms. Garcia, if
15    you'll come up right here.
16          (The following proceedings were held at the
17    bench.)
18          MS. GARCIA:  I had a niece that was
19    involved in drug trafficking.  My niece was running
20    drugs out of San Juan County, or into the county.
21    They were running them from Las Vegas, Nevada, into
22    San Juan County.  This has been three years ago.  She
23    eventually became involved in a gang out of
24    California.  There were issues in San Juan County.
25    She had been subpoenaed to show up in court.  I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 346

```
 1    know all the circumstances, but she committed suicide
 2    prior to the trial.  So that is something that our
 3    family is involved in.
 4              THE COURT:  Sure.  Well, a very sad story.
 5              MS. GARCIA:  It is.
 6              THE COURT:  Is there anything about that
 7    experience that would keep you from being fair and
 8    impartial to the parties in this case?
 9              MS. GARCIA:  No, no.  I mean, I've worked
10    with groups in San Juan County, San Juan Family
11    Preservation, working with displaced youths and first
12    offenders, trying to alleviate some of the problems.
13    So I've worked both ends of the spectrum.  I've seen
14    how it affected her, and I've seen the good side of
15    some of the young adults that we've saved there.
16    That is an issue that my family was involved in.
17              THE COURT:  All right.  Thank you,
18    Ms. Garcia.
19              Mr. Beck.
20              MR. BECK:  Thank you, Ms. Garcia.  In this
21    case, if you hear testimony -- and I'm sure you've
22    kind of gotten onto this, that there is a gang, that
23    the gang is involved in drug trafficking -- will you
24    still be able to maybe set aside your personal
25    experiences and presume these men innocent until
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 347

```
1    proven guilty?

2            MS. GARCIA:  I probably will be able to.

3    My niece made her choices, and we've as a family

4    dealt with that.  I take everything and look at

5    things objectively.  I think I'm an objective person,

6    but she -- again, she made her choices.  I don't know

7    exactly what all this is about, but I think I can be

8    impartial.

9            MR. BECK:  Okay.  And it sounds like it.

10   So if there is evidence in this case that there is a

11   gang and that the gang deals in drugs, you know,

12   deals in drugs, it sounds like you still think you'd

13   be able to set aside your previous experience with

14   your niece and just listen to the evidence here in

15   court and judge these gentlemen fairly.

16           MS. GARCIA:  Yes.

17           THE COURT:  Mr. Sindel.

18           MR. SINDEL:  Hi, there.

19           MS. GARCIA:  Hi.

20           MR. SINDEL:  The situation with your

21   niece -- how long did it go on for?

22           MS. GARCIA:  She started -- she got

23   involved in gangs when she was about 14.  She

24   committed suicide when she was 18.  The minute she

25   turned 18, she was 18 and a few days, but she was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 348

```
 1    supposed to appear in court, and we assumed that it
 2    was something that she was trying to avoid.
 3              MR. SINDEL:  Court?
 4              MS. GARCIA:  Going to court.
 5              MR. SINDEL:  These are difficult things,
 6    tough for you, though.
 7              MS. GARCIA:  That's fine.
 8              MR. SINDEL:  But was her suicide -- did it
 9    involve drugs, as well?  Did she take an overdose?
10              MS. GARCIA:  No, she shot herself.  But
11    they said after the autopsy that she probably hadn't
12    eaten in three or four days; all she had done was
13    drugs.  She killed herself in Las Vegas, Nevada, so,
14    you know, there was never a trial.  We didn't -- I'm
15    sure my brother-in-law and sister saw the report.  I
16    didn't.  They just told us this after the fact.
17              MR. SINDEL:  So they basically talked with
18    you about it?
19              MS. GARCIA:  Um-hum.
20              MR. SINDEL:  What do you do for a living?
21              MS. GARCIA:  I was a human resource
22    business partner for Williams.
23              MR. SINDEL:  Sounds like it.
24              MS. GARCIA:  I've been in human resources
25    for 35 years.  But I'm retired.  Thank you.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 349

```
 1   retired two years ago April.
 2             MR. SINDEL:  Well, great.
 3             MS. GARCIA:  So all I'm doing is hanging
 4   out.
 5             MR. SINDEL:  So that job also deals with
 6   the individuals struggling with crisis in their
 7   lives?
 8             MS. GARCIA:  Every day.
 9             MR. SINDEL:  And part of what you had to do
10   was reach out to those people when they came to you
11   for assistance and help?
12             MS. GARCIA:  Yes.
13             MR. SINDEL:  Do you feel that because this
14   case is going to involve drugs and you have at least
15   professional -- my guess is you took it personal,
16   sometimes -- that that would have an effect on your
17   ability to sit and listen to the evidence in this
18   case, because it does involve drugs?
19             MS. GARCIA:  I have sat through -- because
20   of my experience in human resources, we sat through
21   several trials, and I didn't come forward on that
22   because it wasn't personal; it was professional.  But
23   we sat through several trials.  Normally an employee
24   is suing the company for termination.  And I feel I
25   was always objective because I have to look at it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 350

```
 1    from -- as an employee, not the case that -- I was an
 2    advocate for our employees.  I was working for
 3    Williams, of course, but I had to be the advocate for
 4    the employee when corporate was, you know, against
 5    the employee.  I had to look at it very objectively,
 6    because I had to take care of my employee.  That was
 7    my job at HR.  And a lot of people don't realize
 8    that.  But that is what a human resource person does.
 9    I'm taking care of the employee.
10              MR. SINDEL:  That's a tough job, I have to
11    tell you.
12              MS. GARCIA:  It was.  But I was okay.  I
13    knew, going in, what the outcome was going to be 90
14    percent of the time.
15              MR. SINDEL:  And what the outcome would be
16    90 percent of the time was?
17              MS. GARCIA:  The company was usually right.
18              MR. SINDEL:  Or got their way?
19              MS. GARCIA:  Or got their way.  But again,
20    I knew, because if you are a good human resource
21    person and you know the law, you can go into it and
22    tell your company personnel, "You have violated every
23    EEOC violation possible.  She's Hispanic, she's over
24    40, and she was replaced by a man.  How is that going
25    to go over?"  Am I supposed to tell the company that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Yes.
 2            MR. SINDEL:  It sounds to me like you did a
 3    great job and I perceive that you're a dynamo.  You
 4    can't reach the microphone?
 5            MS. GARCIA:  I can't.
 6            MR. SINDEL:  But I can tell you, your voice
 7    was heard.  Is there anything at all about this
 8    entire collection of experiences -- in fact, you're
 9    going to hear about dangerous drugs, about overdoses,
10    you're going to hear probably something about
11    cocaine.  These are dangerous drugs, and we hear
12    about it almost every day.  Is there anything about
13    the fact that you in your personal life, in your
14    professional life, and just as a citizen of this
15    country, that would cause you a difficulty to listen
16    to this case because it involved those things that
17    resonate in your heart and in your mind?
18            MS. GARCIA:  I am scared to death of those
19    guys.  I have no doubt.  I am scared to death what
20    they're doing in society today.  But I don't know any
21    of you.  I don't know any of the gentlemen sitting
22    there.  I don't know anything about this case.  I
23    have to sit there with everybody else besides you
24    guys.  I have to sit there and reason out what you're
25    telling me.  Yes, I am scared of drugs.  I am also
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 352

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 353

```
 1    scared of child abuse.  I'm also scared of
 2    pedophilia.  I'm also scared of all these horrible
 3    things that are going on in the world.  But I'm smart
 4    enough to know that -- everybody that comes to court
 5    is not guilty of what they're accused of.  In HR, I
 6    lived it every single day, and sometimes it hurt
 7    because I may not have known it, but it may not have
 8    turned out the way I would have wanted it to, and I
 9    had to live with it.
10             MR. SINDEL:  We all do.  Thank you so much
11    for your time.  I'm going to hire you some day.
12             MR. COOPER:  I'm just curious.  What does
13    Williams do?  What kind of company?
14             MS. GARCIA:  It's an energy company.
15             MR. COOPER:  In San Juan County?
16             MS. GARCIA:  It was, but I covered
17    Colorado, Wyoming, Kansas, Michigan, Arizona, and all
18    of New Mexico.
19             MR. COOPER:  Do you still live in San Juan
20    County?
21             MS. GARCIA:  I do.
22             MR. COOPER:  Farmington?  Aztec?
23             MS. GARCIA:  Bloomfield.  And in Mora,
24    we're renovating my family home.
25             MR. COOPER:  Your family is from Mora?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                MS. GARCIA:  We're renovating a home up
2     there.
3                MR. COOPER:  I have a friend that just did
4     that.
5                MS. GARCIA:  In Mora?
6                MR. COOPER:  Moved back to Mora.  Do you
7     believe it?
8                MS. GARCIA:  I can because --
9                MR. COOPER:  It's beautiful.  She puts her
10    photographs up on Facebook every day.  She and her --
11               MS. GARCIA:  I'm afraid I know that friend.
12    I do know that friend.  But yeah, I am going to learn
13    and process and maybe even go home.  I don't know
14    what we're doing here.
15               THE COURT:  Any other defendant have any
16    other questions?
17               Why don't we take a break?  I need to give
18    Ms. Bean a break.  I'll pick you up after the break,
19    Mr. Zink.
20               (The following proceedings were held in
21    open court.)
22               THE COURT:  All right.  So I think we're
23    going to take a break.  I need to give Ms. Bean a
24    break, so we'll take a 15-minute break.  This is the
25    first one in the afternoon.  I want to remind you of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    a few things that are especially important.

 2            Until the trial is completed -- and again,

 3    we haven't really started it -- you're not to discuss

 4    the case with anyone, whether it's members of your

 5    family, people involved in the trial, or anyone else.

 6    And that includes your fellow jurors.  Talk about

 7    something else than what's going on in the courtroom.

 8    If anyone approaches and tries to discuss the trial

 9    with you, please let me know about it immediately.

10            Also, you must not read or listen to any

11    news reports of the trial.  Again, please don't get

12    on your phones or the internet or anything until --

13    at any time and do any research for purposes of this

14    case.

15            And finally, remember that you must not

16    talk about anything with any person who is involved

17    in the trial, even if it doesn't have anything to do

18    with the trial.  If you need to speak with me, simply

19    give a note to one of the court security officers.

20    They're the folks in the blue jackets in the

21    building.

22            And I'll try not to repeat these every time

23    we take a break, but I am going to do it at the

24    beginning so we get in the groove of this because

25    it's extremely important.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           Again, stay outside of the courtroom.

2    Ms. Wild, Ms. Bevel will come out and get you.  Take

3    your belongings with you, and we'll come get you when

4    we're ready to seat everybody.  But when you come

5    back in, we'll ask you to be seated in the same seats

6    that you've been seated so far.

7           All right.  See you in about 15 minutes.

8           (The venire panel left the courtroom.)

9           THE COURT:  All right.  We'll be in recess

10   about 15 minutes.  Lawyers, you're certainly welcome

11   to use the jury restroom here on the side if you

12   don't want to mingle out there in the front.  So

13   we'll be in recess about 15 minutes.

14           (The Court stood in recess.)

15           THE COURT:  Let's go on the record.  Let's

16   just make sure everybody has got counsel, all the

17   defendants are in the room.  I'm going to bring the

18   jury in.  I'm still looking for two of them, but

19   let's go ahead and bring them in.

20           Y'all just go back to the seat you've been

21   sitting in all day.  That will help the Court with

22   its continued questioning.

23           All right.  So let me have the attorneys

24   back up.

25           Mr. Zink, you were going to be here.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 356

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 357

```
 1              And while they're coming up, let me ask the
 2      question again.  Have you had any experience
 3      involving yourself, any member of your family, or any
 4      close friend that relates to the use or possession of
 5      illegal drugs or narcotics?  Anybody had that
 6      experience?
 7              All right, Ms. Reser, what's been your
 8      experience?
 9              Ms. Reser raised her hand.  If you'll give
10      the microphone to her, she had something.
11              MS. RESER:  Yes.  My younger daughter was
12      into illegal drugs.  She was smoking marijuana and
13      she used methadone, and was later killed by a drunk
14      driver.
15              THE COURT:  All right.  Well, I'm very
16      sorry to hear that, Ms. Reser.  Is there anything
17      about those experiences that would keep you from
18      being fair and impartial to the parties in this case?
19              MS. RESER:  I can be fair.
20              THE COURT:  You can be fair and impartial
21      to everyone in the room?
22              MS. RESER:  Yes, absolutely.
23              THE COURT:  I thank you, Ms. Reser.
24              Anyone else that has experience with
25      illegal narcotics or drugs?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 357

```
 1              Let's go back over here.  Ms. Vazquez,
 2    what's been your experience or relationship with
 3    illegal drugs or narcotics?
 4              MS. VAZQUEZ:  Like I spoke to you guys
 5    about before, my niece, my husband's niece, she had
 6    gotten charges for trafficking methamphetamines.
 7              THE COURT:  All right.  Anything about that
 8    experience that would keep you from being fair and
 9    impartial to the parties in this case?
10              MS. VAZQUEZ:  No, sir.
11              THE COURT:  Thank you, Ms. Vasquez.
12              Anybody else back there?  Ms. Campbell?
13              MS. CAMPBELL:  There's a few people in my
14    family that deal with heroin addiction.
15              THE COURT:  Anything about your
16    relationship with them, what they're dealing with,
17    that would keep you from being fair and impartial to
18    the parties in this case?
19              MS. CAMPBELL:  No.
20              THE COURT:  Thank you, Ms. Campbell.
21              Anyone back over here?  Anybody have their
22    hand up?
23              Ms. Nitterauer, what's been your
24    experience?
25              MS. NITTERAUER:  During the '60s, I did do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 358

```
 1   some experimentation myself, and I quit that in '74
 2   when I got my nursing license, because nothing will
 3   ever, ever get in the way of that.
 4            And my nephew was incarcerated for many
 5   years for interstate trafficking and guns and drugs.
 6   And I worked in chemical dependency treatment in
 7   three different settings.
 8            THE COURT:  All right.  Anything about
 9   those experiences that would keep you from being fair
10   and impartial to the parties in this case?
11            MS. NITTERAUER:  No.
12            THE COURT:  Thank you, Ms. Nitterauer.
13            Ms. Duncan, what's been your experience?
14            MS. DUNCAN:  I have a nephew that is
15   addicted to drugs and stole a great deal of property
16   and money from his parents.
17            THE COURT:  All right.  Anything about that
18   experience, your relationship with that part of your
19   family, that would keep you from being fair and
20   impartial to the parties in this case?
21            MS. DUNCAN:  No, sir.
22            THE COURT:  Thank you, Ms. Duncan.
23            Anyone else over here?  Let's go to the row
24   in the back.
25            Mr. Donart, did you have your hand up?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 359

```
 1              Mr. Hinson, did you have your hand up
 2     again?
 3              MR. MOORE:  Mr. Moore again.  I have a
 4     couple cousins in the past who have been addicted to
 5     drugs and have gotten into all kinds of trouble.  One
 6     died and the other one is clean.
 7              THE COURT:  The other one is clean?
 8              MR. MOORE:  Yeah.
 9              THE COURT:  Anything about their
10     experiences, your relationship with them that would
11     keep you from being fair and impartial to the parties
12     in this case?
13              MR. MOORE:  No, Your Honor.
14              THE COURT:  Thank you, Mr. Moore.
15              Did you have your hand up, Mr. Hinson?
16              MR. HINSON:  I was arrested in 2014 for
17     possession of Ecstasy and cocaine.  I went through
18     the preprosecution program, did my probation, no
19     conviction.
20              THE COURT:  Anything about that experience
21     keep you from being fair and impartial to the parties
22     in this case?
23              MR. HINSON:  No.
24              THE COURT:  Thank you, Mr. Hinson.
25              Anyone else over here?  I thought I saw one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 360

```
 1    more hand up.

 2              Mr. Johnson, what's been your experience,

 3    relationship with illegal drugs?

 4              MR. JOHNSON:  First of all, I've been clean

 5    and sober for 35 years.  As a social worker, I've

 6    worked in counseling and a lot of work like that.

 7    Over the years, part of the past 20 years, I've been

 8    involved as a counselor to that type of population.

 9              THE COURT:  All right.  Anything about that

10    experience, your experience, what you have

11    experienced that would keep you from being fair and

12    impartial, Mr. Johnson?

13              MR. JOHNSON:  No.

14              THE COURT:  Thank you, Mr. Johnson.

15              Anyone else?

16              All right, Ms. Lee, what's been your

17    experience?

18              MS. LEE:  My ex-husband was addicted to

19    crack for 10 years or so, in and out of rehab

20    centers, and in the Otero detention center a few

21    times.

22              THE COURT:  Anything about your

23    relationship with him, his experiences, that would

24    keep you from being fair and impartial to the parties

25    in this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 361

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 562

```
 1                 MS. LEE:  No, I don't think so.

 2                 THE COURT:  Thank you, Ms. Lee.

 3                 Anyone else over here have their hands up?

 4      Anyone else?  Let me repeat the question.

 5                 All right, Ms. Solis.

 6                 MS. SOLIS:  Again, my son -- basically

 7      throughout his teen years, he was doing a lot of

 8      drugs, which I almost lost him a couple of times,

 9      till this last one when he got the DUI.  So he's 25

10      and he's doing much better.

11                 THE COURT:  All right.  Anything about your

12      relationship with him, his experiences, that would

13      keep you from being fair and impartial to the parties

14      in this case?

15                 MS. SOLIS:  Not at all.

16                 THE COURT:  Thank you, Ms. Solis.  Anyone

17      else?  Let me sort of repeat the question.  Have you

18      had any experience involving yourself, any member of

19      your family, or any close friend that relates to the

20      use or possession of illegal drugs or narcotics that

21      we haven't already talked about?

22                 All right.  I'm going to talk to Mr. Zink

23      here.

24                 (The following proceedings were held at the

25      bench.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. ZINK:  I just completed a six-month
 2     in-house rehab in November.
 3              THE COURT:  And what was that for?
 4              MR. ZINK:  Meth.
 5              THE COURT:  For meth.  How are you today?
 6              MR. ZINK:  Better on Saturday.
 7              THE COURT:  Is it better?
 8              MR. ZINK:  Oh, yeah, a lot better.
 9              THE COURT:  I'm glad for you.
10              MR. ZINK:  Thank you.
11              THE COURT:  That's a tough one.  A lot of
12     men that are back there have drug problems and don't
13     do as well as you're doing.
14              MR. ZINK:  I'm doing well.
15              THE COURT:  I'm proud of you.  Anything
16     about your experience that would keep you from being
17     fair and impartial to the parties in this case?
18              MR. ZINK:  No, I don't think so.
19              THE COURT:  Mr. Beck?
20              MR. BECK:  In this case there may likely be
21     some allegations of drug use inside the prison and
22     outside the prison.  Given your past experiences, do
23     you tend to think you'll have a hard time hearing
24     that testimony?
25              MR. ZINK:  No, I don't think so.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 363

1          MR. BECK:  And would you tend to believe or

2    disbelieve those allegations, one way or the other,

3    if you heard that some of these men were in prison at

4    one time?

5          MR. ZINK:  No, I wouldn't even believe them

6    or not believe them, depending on what the proof is.

7          MR. BECK:  And if the judge instructs you

8    that you're to set aside not necessarily all of your

9    experience but at least the past experiences and the

10   drugs and listen to the evidence and information

11   that's presented just in this trial and decide these

12   men's guilt or not guilty, would you be able to do

13   that in this case?

14         MR. ZINK:  I believe so.

15         THE COURT:  Thank you, Mr. Beck.

16         MR. SINDEL:  I've got a lot of tough

17   questions.  Don't get angry at me.  But I think there

18   are some questions that I need know to do my job.

19         MR. ZINK:  Okay.

20         MR. SINDEL:  How long were you involved in

21   addictive drugs?

22         MR. ZINK:  Six years, so a long time.

23   Um-hum.

24         MR. SINDEL:  And the methamphetamine that

25   you got, did you buy it from individuals on the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 365

```
 1   street, or did you have a supplier that gave it to

 2   you on a regular basis?  I'm not asking for names.

 3           MR. ZINK:  I got it from a supplier on a

 4   regular basis.

 5           MR. SINDEL:  It was revolved in some way to

 6   give you the use of those drugs?

 7           MR. ZINK:  Yes.

 8           MR. SINDEL:  When you said to yourself,

 9   I've had it, it's enough, there isn't -- there is no

10   floor anymore?

11           MR. ZINK:  Yeah.

12           MR. SINDEL:  How did you feel about that

13   person who had been supplying your drugs for six

14   years?

15           MR. ZINK:  I took responsibility myself, so

16   I didn't blame them.

17           MR. SINDEL:  Were you ever involved -- this

18   person obviously was a criminal; right?  He was

19   selling you drugs.

20           MR. ZINK:  Um-hum.

21           MR. SINDEL:  As far as you knew, he was

22   selling drugs to other people?

23           MR. ZINK:  Um-hum.

24           MR. SINDEL:  That's how he made a living or

25   whatever?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 365

```
 1              MR. ZINK:  Yes.
 2              MR. SINDEL:  Did you yourself ever consider
 3     selling drugs because of your habit and because of
 4     your need to supply yourself?
 5              MR. ZINK:  No.
 6              MR. SINDEL:  Good.  Good.  I think that's a
 7     major step in getting through the process you had to
 8     go through.  If -- there will be testimony, not a
 9     lot, but there will be some testimony about
10     methamphetamine.  I believe they call it shards?
11              MR. ZINK:  Um-hum.
12              MR. SINDEL:  You've heard that expression?
13              MR. ZINK:  Um-hum.
14              MR. SINDEL:  When you decided to go into
15     treatment --
16              MR. ZINK:  Um-hum.
17              MR. SINDEL:  -- why, what was the
18     motivating factor in your life that you said, "I
19     can't do this anymore"?
20              MR. ZINK:  I couldn't get past the
21     three-month mark of getting clean, so I went in to
22     learn a way to do it long-term.
23              MR. SINDEL:  And that's part of inpatient,
24     is about learning how to do it?
25              MR. ZINK:  Um-hum.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            MR. SINDEL:  One more question.  I'm asking

2    really personal stuff.  I apologize.

3            MR. ZINK:  That's all right.

4            MR. SINDEL:  Because that's part of the

5    recovery?

6            MR. ZINK:  Yes.

7            MR. SINDEL:  I understand.  And is it a

8    fight every day?

9            MR. ZINK:  No, it's not.

10            MR. SINDEL:  That's great.

11            MR. ZINK:  Yeah, I have given the glory to

12    God.

13            MR. SINDEL:  You've learned a lot of that

14    yourself?

15            MR. ZINK:  Um-hum.

16            MR. SINDEL:  And there may be things that

17    happen in this trial that resonate and recover

18    certain memories that are deep and dark and purple in

19    your life.  If that happens, would you be able to

20    say, "Look, that was my life then; I can function as

21    a juror now"?

22            MR. ZINK:  Yeah.  I talked to my therapist

23    about it on Thursday before I came, and he thought it

24    was a good idea that I do participate.

25            MR. SINDEL:  And the final one is:  Did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 367

Appellate Case: 20-2058     Document: 010110513730     Date Filed: 04/27/2021     Page: 368

```
 1   find that within the community that you often had

 2   traveled in that you couldn't trust people?

 3              MR. ZINK:  Yeah.

 4              MR. SINDEL:  And that they would lie to

 5   you?

 6              MR. ZINK:  Yeah.

 7              MR. SINDEL:  And try to manipulate you?

 8              MR. ZINK:  Sure.

 9              MR. SINDEL:  And take advantage of you?

10              MR. ZINK:  Um-hum.

11              MR. SINDEL:  Did you ever feel that you did

12   that to people that you depended on?

13              MR. ZINK:  Occasionally, yes, I think I did

14   maybe take advantage.

15              MR. SINDEL:  It's a powerful deterrent to

16   leading a good life, isn't it?

17              MR. ZINK:  Yeah.

18              MR. SINDEL:  I'm so glad for you.

19              MR. ZINK:  Thank you.

20              MR. SINDEL:  I'm proud of you.

21              MR. ZINK:  Thank you.

22              THE COURT:  Anybody else?  Defendants?

23   Anybody else.  All right.

24              Hang in there, guys.  Good luck.

25              MR. SINDEL:  Great job.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 368

1            THE COURT:  Remind me of your name.

2            MR. SWANTNER:  Swantner.

3            THE COURT:  Mr. Swantner, how are you doing

4    today?  What do you need?  Anything, just anything

5    you've done in connection with drugs, illegal

6    possession.

7            MR. SWANTNER:  Pot, acid, schrooms, cocaine

8    in high school.  I sold the first three of those.  A

9    friend's wife basically became a coke head at one

10   point, and there was a large ordeal over that

11   divorce, what do you call it, when you go to deal

12   with it, which never really worked out.  She kept on

13   going back to rehab.  There are other friends that

14   still do it, but I'm somewhat close.  With some I

15   have limited connection because of that sometimes.

16   That pretty well covers most of it.

17           THE COURT:  Where are you now with drugs in

18   your life?

19           MR. SWANTNER:  Oh, I haven't done anything

20   since about the early 20s.

21           THE COURT:  You're how old now?

22           MR. SWANTNER:  39.

23           THE COURT:  So 20 years?

24           MR. SWANTNER:  It's been a while.

25           THE COURT:  In the rearview mirror I think

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 369

1    what you're telling us is, "Here's the range of my

2    drug participation.  This is how it affected my life,

3    my friend, and that sort of thing"?

4              MR. SWANTNER:  Yeah.

5              THE COURT:  All right.  What -- do you

6    think you can be fair and impartial to everybody in

7    this room?

8              MR. SWANTNER:  Yeah.

9              THE COURT:  Okay.  Anything about your past

10   experience that you think would be a problem if you

11   serve as a juror?

12             MR. SWANTNER:  No, sir.

13             THE COURT:  Mr. Beck?

14             MR. BECK:  Is there anything about your

15   experiences in the past, either drug use or your

16   friend's wife, that you think if you hear testimony

17   in this case about drug use will tend to sway your

18   opinion one way or the other either for the

19   defendants or for the prosecution?

20             MR. SWANTNER:  I guess not.  I'm not real

21   close with them, but I don't think so.

22             THE COURT:  A little closer here.

23             MR. BECK:  And if it does relate closely,

24   if the judge instructs at some point in this trial

25   that you're to take those experiences and set them

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    aside and reach a verdict as to these defendants

2    based only on the evidence and information presented

3    to you here in court, will you be able to follow that

4    instruction and reach a verdict based on that?

5            MR. SWANTNER:  I would assume so.

6            MR. BECK:  And I'm going to press you just

7    a little bit on that, because we need a more definite

8    answer.

9            MR. SWANTNER:  I've never done this, so I'm

10   going through it --

11           MR. BECK:  No problem.  That's kind of the

12   way we talk every day, but we need a little bit more.

13   If the judge instructs you to reach a verdict solely

14   on the evidence and information presented here in

15   court, can you do that even given these past

16   experiences?

17           MR. SWANTNER:  Yes.

18           MR. BECK:  Fair enough.  Thank you.

19           THE COURT:  Mr. Sindel.

20           MR. SINDEL:  Did you feel at any time that

21   you had become addicted to drugs of physical

22   necessity?

23           MR. SWANTNER:  I don't think so.

24           MR. SINDEL:  It was just sort of you

25   experimented a little bit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                MR. SWANTNER:  Social pastime, sort of.

 2                MR. SINDEL:  With a buddy?

 3                MR. SWANTNER:  Correct.

 4                MR. SINDEL:  Passing around a little weed

 5      or whatever.  So did you ever -- you said you sold a

 6      little in the past, way, way --

 7                MR. SWANTNER:  Yes.

 8                MR. SINDEL:  And assuming -- so that was --

 9      so you had a stash?

10                MR. SWANTNER:  I'd buy it in large

11      quantities and sell it around the crowd at school.

12                MR. SINDEL:  You also said -- I think you

13      were talking really early on today, way back when,

14      about your job as a contractor?

15                MR. SWANTNER:  Yeah.

16                MR. SINDEL:  And I'm assuming that's

17      something that you have put together that gives you a

18      whole sense of stability that you didn't have when

19      you were younger?

20                MR. SWANTNER:  Yeah.  Well, I also know

21      about several jobs so I had to report all of this

22      long ago.

23                MR. SINDEL:  So you're used to basically

24      saying, "No, this is what happened then; this is who

25      I am now"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 372

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 373

```
 1              MR. SWANTNER:  Yeah.
 2              MR. SINDEL:  Can you tell me a little bit
 3    about your business and how you are concerned about
 4    how if you're gone from it for two months, that might
 5    lower your situation?
 6              MR. SWANTNER:  Well, there is a bit to it,
 7    but I've been a software engineer for 10 years with
 8    Lockheed with the Air Force, and they lost the
 9    contract.  I ended up having to take on a job with
10    General Dynamics coming in.  They pushed me off to
11    PLEXUS and then soon after that I ended up getting an
12    offer to SAIC, who contracts with Sandia.  And I
13    understand that I can't be fired for jury duty by my
14    employer; however, if Sandia decides we need to fill
15    this position, we can't leave it empty for two
16    months; well, they can do that, because they're not
17    directly -- I'm not directly employed by them, I
18    would assume.  So basically I have to interview about
19    four times for -- with about 30 people, which has
20    kind of disappeared in thin air, and I might be able
21    to interview for something else, but that's totally
22    unknown.  It's been extremely stressful since
23    November when the contract loss was announced, and
24    I'm more than nervous about that.
25              MR. SINDEL:  Worried?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 373

1            MR. SWANTNER:  Yes.

2            MR. SINDEL:  Preoccupied?

3            MR. SWANTNER:  Yes.

4            MR. SINDEL:  You don't go to bed at night

5    without thinking about that?

6            MR. SWANTNER:  Yeah.

7            MR. SINDEL:  Fair to say?

8            MR. SWANTNER:  That's what I've been

9    thinking about since I got the notice.

10           MR. SINDEL:  That's what you've been

11   thinking about here; you've been straightforward

12   answering all the questions.  I'm not saying you're

13   not paying attention.  But it never goes away, does

14   it?

15           MR. SWANTNER:  No.  The paying attention

16   thing -- well, I don't know if it really relates

17   exactly, but kind of a note of when you started

18   reading off witness names on the first part, I just

19   kind of stopped listening, because no one ever said

20   anything beforehand about, do you know anybody that

21   was mentioned beforehand.  So I zoned it out, because

22   it was just a long list of names.

23           MR. SINDEL:  Do you have some concern as to

24   whether --

25           MR. SWANTNER:  I don't think I would have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   known any of them, but...
 2           MR. SINDEL:  Do you have some concern that
 3   if you had to be in trial for two months, that your
 4   employment situation, your future employment
 5   situation, would weigh pretty heavy on your mind?
 6           MR. SWANTNER:  Yeah.
 7           MR. SINDEL:  Would it make it hard to
 8   concentrate?
 9           MR. SWANTNER:  Yeah.
10           MR. SINDEL:  If that was behind you, I
11   assume you wouldn't have any problems being a good
12   juror on a case like this?
13           MR. SWANTNER:  No.  If this had happened a
14   year ago or a year in the future, I would have no
15   issue.  But I would probably try to keep in contact
16   with it as much as possible, just to see what I can
17   do.
18           MR. SINDEL:  And while there is a lunch
19   break and an afternoon break and morning break, the
20   judge usually goes from 8:30 to 5:30.  Would it be
21   very difficult to you to have contact with someone
22   while testimony was going on?
23           MR. SWANTNER:  Yes, it's all been off-site.
24   I'd have to email them after hours.
25           MR. SINDEL:  Let me ask you straight out,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

DNM 375

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 376

1    in terms of being fair and impartial, do you think

2    concern about your employment situation is going to

3    be such that you may not be able to concentrate and

4    it may affect your ability to be fair and impartial,

5    despite the fact that you would like to be?

6              MR. SWANTNER:  That's what I keep on going

7    to.  I would assume -- or I'd like to be, but yeah, I

8    haven't been through this.  Especially with the job

9    complications, I'm significantly worried about it.

10             MR. SINDEL:  I appreciate your honesty.  I

11   hope for you the best.

12             MR. SWANTNER:  Thank you, sir.

13             THE COURT:  Any other defendant have

14   questions?

15             Thank you, Mr. Swantner.

16             MS. HARBOUR-VALDEZ:  Should we reread the

17   witness list?

18             MR. BECK:  That's a concern for me, hearing

19   his comments there.

20             THE COURT:  All right.

21             MR. BECK:  I should also put on the record

22   that when we were waiting outside for the jurors to

23   come in, I was a little late coming in, and as a

24   juror walked by, they said, "I like your bow tie."

25             I didn't react to it in any way.  I just

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com
DNM 376

240

1   kept looking down.

2          MR. SINDEL:  I like it, too.

3          THE COURT:  I think it's 50/50.

4          MR. BECK:  I know how you feel about it,

5   Judge.  You made that clear before.

6          I'm trying to remember who it was.  I think

7   it was number 713, Steven Johnson.

8          MR. SINDEL:  I don't care.  Does anybody

9   care?

10          THE COURT:  Well, I think I need to ask the

11   jury how many are going to hold that bow tie against

12   Mr. Beck.

13          MR. BECK:  We'll take a poll.  Just don't

14   tell them which side you're on.

15          MR. SINDEL:  We will.

16          THE COURT:  Let me come back to the

17   witnesses a little bit later.  Let me work through

18   this.  Let me make sure we get some of these issues

19   out.

20          (The following proceedings were held in

21   open court.)

22          THE COURT:  All right.  Let me ask the

23   question again, before we move on.  Have any of you

24   had any experience involving yourself, any member of

25   your family, or any close friend that relates to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 377

1   use or possession of illegal drugs or narcotics that

2   we haven't already talked about?

3          All right.  I'm going to ask a very broad

4   question, just to see if there is something there

5   that I need to know about that might make it

6   difficult for you to serve as a juror here.  If you

7   are selected to sit on this case, will you be able to

8   render a verdict solely on two things?  One is on the

9   evidence that's going to be presented in this trial;

10  and then secondly, in the context of the law as I

11  will give it to you in my instructions.

12         So that's the first portion.  And what I'm

13  really trying to get at is:  We all come to court

14  with certain ideas and notions or beliefs about the

15  law and what the law should be that we have

16  encountered and we've reached in our lives.  That's

17  all good.  We're Americans, and we get to come in

18  with certain viewpoints about the law and how things

19  should be done.

20         But in a court of law, in what we're about

21  to do here, is there anyone that can't reach the

22  verdict solely on the basis of the evidence that's

23  going to be presented in this courtroom, and then the

24  instructions on the law that I'm going to give to

25  you?  Is there anybody that can't do that or will not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 378

1    be able to do that for some reason?

2             Let me ask another question.  Somebody has

3    their hand up.  Yes, Ms. Dwore.

4             MS. DWORE:  I have a question, Your Honor.

5    I think that I could, but for this question.  Were

6    any of the alleged crimes committed in a privatized

7    prison facility?

8             THE COURT:  You know, I don't know if I

9    have the answer to it, and I'm not sure you'll hear

10   any evidence on that issue.  Now, if you happen to

11   know, when they're talking about the facilities,

12   whether they're privatized or not -- you know, I

13   think they're going to tell you what the facilities

14   are.  But tell me what problem that may create for

15   you.

16            MS. DWORE:  Well, I think it's difficult

17   enough to be introduced to the criminal justice

18   system in a facility that's conventionally operated

19   by the government.  But in privatized facilities,

20   which are run by corporations, you know, I think it's

21   an entirely different matter, and it might be hard

22   for me to hear testimony presented by prison

23   officials who are corporate employees and not

24   government employees.

25            THE COURT:  All right.  We're going to go



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   back through the witness list here in a minute, and

2   maybe I can ask both sides, when they go back through

3   the witness list, if you know anybody that's a

4   corporate attorney -- not a corporate attorney, but a

5   corporate official rather than a state person.

6          But I'm not sure I know the answer to that

7   question.  Let me ask you.  You said it might be

8   difficult to listen to it.  Do you think you could be

9   fair and impartial to the parties here if it turns

10  out that there's a name or two or a facility that's

11  mentioned in the trial?

12         MS. DWORE:  I apologize for not making

13  myself clear.  I don't think it would be difficult to

14  listen to, but I think it might be difficult for me

15  to be fair.

16         THE COURT:  Okay.

17         MS. DWORE:  Because it would be difficult

18  for me to believe that a corporate profit motive

19  isn't in some way involved in the interactions among

20  the officers of the facility and the prisoners.

21         THE COURT:  If the words "private facility"

22  never come up in this trial and you don't know -- if

23  you don't have the list of facilities memorized,

24  whether they're private or not, is that going to

25  impact you in this trial?  Because I will bet you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 380

```
 1   that that word is not going to be mentioned in this

 2   trial over the next eight weeks?

 3               MS. DWORE:  It's fine if it's not

 4   mentioned, as long as the facilities are not

 5   privatized.

 6               THE COURT:  And do you know which ones in

 7   New Mexico are or are not?

 8               MS. DWORE:  No, Your Honor, I do not, which

 9   is why I asked, frankly.

10               THE COURT:  So if nobody mentions whether

11   they are or aren't, you're going to be okay?

12               MS. DWORE:  I think so.

13               THE COURT:  Because you're not going to --

14               MS. DWORE:  No.  I'm not going to know.

15               THE COURT:  Anyone else have anything like

16   that that might keep them from rendering a verdict

17   based solely on the evidence and the instructions as

18   I will give them to you?

19               Let me ask another question, and we've

20   talked about some of this.  Some of these questions

21   are overlapping, but I want to make sure we're all

22   comfortable here.  Is there any member of the panel

23   who has any special disability or problem that would

24   make serving as a member of this jury difficult or

25   impossible that we haven't already talked about, that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

DNM 381

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page 4 582

```
 1   I have not asked you the right question and not given

 2   you the opportunity to tell me?

 3             All right.  I'm going to ask some questions

 4   of you.  Some of you have talked a fair amount, some

 5   of you have talked a little bit.  But I'm going to

 6   ask you some questions so we get everybody talking

 7   before I turn you over to the lawyers.  And we're

 8   going to come back to these witnesses before I'm

 9   done.

10             Ms. Dwore, you're down from Santa Fe.

11   Thank you very much.  What brought you from Florida

12   to New Mexico?

13             MS. DWORE:  Like a lot of people, I came

14   here on vacation and fell under the spell.

15             THE COURT:  What did you do before you

16   retired?

17             MS. DWORE:  I was a commercial interior

18   designer.

19             THE COURT:  Did you have your own company

20   or were you employed by somebody?

21             MS. DWORE:  No, I was employed by an

22   architectural and interiors firm.

23             THE COURT:  Your spouse does some

24   architecture work for detention facilities; correct?

25             MS. DWORE:  Primarily courts, Your Honor,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 382

```
 1    but occasionally prison.
 2              THE COURT:  So he does the courts and
 3    jails?  That's the two sorts of things that he works?
 4              MS. DWORE:  Probably 98 percent courts.
 5              THE COURT:  And your spouse's employer?
 6              MS. DWORE:  He's self-employed as a courts
 7    consultant.
 8              THE COURT:  Now, I'm going to have to
 9    figure out my writing.  I'm going to ask you a couple
10    of questions off your questionnaire.  One is talking
11    about your spouse.  You put the words, "The behaviors
12    of the people in the orange suits and the people in
13    the green suits are similar."
14              What did you mean by that?
15              MS. DWORE:  Actually, that was a snippet of
16    a conversation at a cocktail party one night.  And my
17    husband was speaking with a newly arrived neighbor
18    who was a corrections officer for the State of
19    California, and when the subject of what they each
20    did came up, the corrections officer said, "Well,
21    what do you think of what you saw inside the
22    prisons?"
23              And my husband said, "Well, it was many,
24    many years ago, but I didn't see a lot of behaviors,"
25    which I took to mean, knowing him, that he found the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



DNM 383

```
1    behaviors to be tribal, and that within that very
2    closed culture there was the green tribe and the
3    orange tribe, and they had developed their sides and
4    their behaviors, but they were not terribly
5    differentiated, in his view.
6              THE COURT:  Okay.  Green suits, you mean by
7    that the correction officers?
8              MS. DWORE:  Corrections.
9              THE COURT:  On another question you were
10   asked, "Do you think your feelings involving people
11   who sell drugs might influence you in this case?"
12             And you said, "Yes."
13             I guess the question I have is:  Would they
14   affect you in a way so that you could not be fair and
15   impartial to the parties in this case?
16             MS. DWORE:  To elaborate on that, I think,
17   in fairness, I have to say that many of the people
18   involved in the drug problem that we experience as a
19   culture wear long white coats.  And in writing the
20   prescriptions that they write, they sort of begin the
21   cycle which is then exacerbated by the larger
22   culture.  So I don't think we have anybody in this
23   room wearing a long white coat with a prescription
24   pad, but I do think that it's a very complicated
25   problem.  It begins often in the doctors' offices,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 384

248

```
 1   and just extends from there.
 2            So I think that the problem of organized
 3   drug smuggling and the drug sales is a huge problem.
 4   It's difficult for me, I think, to be fair about
 5   that, but I'll try.
 6            THE COURT:  Now, we don't have anybody here
 7   that's in the pharmaceutical business, corporate
 8   pharmaceutical business or people, doctors or
 9   anything like that.  But you kind of have a sense of
10   probably the drugs we're going to talk about here.
11   Do you think you can be fair and impartial to the
12   people in this room?
13            MS. DWORE:  I'll do my best.
14            THE COURT:  I know out-of-town jury service
15   is difficult.  You're a little bit further from
16   Albuquerque than I am.  Do you think you'd be able to
17   do it, if you were asked to serve?
18            MS. DWORE:  Well, I got here largely
19   because my husband drove, but -- and I've been a
20   little bit protective of my eyes, as I indicated in
21   my questionnaire.  Yes, it would be inconvenient, but
22   it's doable.
23            THE COURT:  How are your eyes doing?
24            MS. DWORE:  They're much improved, thank
25   you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 385

```
 1              THE COURT:  Are you driving yourself at any
 2    point right now?
 3              MS. DWORE:  No.  I was cleared to drive by
 4    my doctor, but I chose not to drive here because of
 5    the strain of a long trip.  I probably could around
 6    town if it was not possible for my husband.
 7              THE COURT:  You asked about medicating your
 8    eyes.  You know that that's okay.  It's not going to
 9    be a problem at all.  Are you still doing that?
10              MS. DWORE:  I did.  If nobody noticed it,
11    it's not a problem.
12              THE COURT:  If anybody noticed, they're
13    going to tell you it's fine.
14              MS. DWORAK:  Thank you.
15              THE COURT:  You think medically, though,
16    you're okay to serve?
17              MS. DWORE:  I am, Your Honor, yes.
18              THE COURT:  Thank you, Mrs. Dwore, I
19    appreciate it.
20              Mr. Milne, where did you work with the U.S.
21    Forest Service?
22              MR. MILNE:  I worked in Cloudcroft on the
23    Lincoln National Forest as assistant bargaining
24    officer for 31 years.
25              THE COURT:  Boy, it's tough working in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 387

```
1    Cloudcroft, isn't it?  That's just hardship duty.
2              What did your spouse do before retirement?
3              MR. MILNE:  She worked at the hospital in
4    Alamogordo.
5              THE COURT:  What's the name of that
6    employer?
7              MR. MILNE:  Gerald Champion Hospital.
8              THE COURT:  And years of high school.  How
9    many did you have?
10             MR. MILNE:  What's that, sir?
11             THE COURT:  How many years of high school
12   did you have?
13             MR. MILNE:  I graduated from high school,
14   then went to the military.
15             THE COURT:  I'm going to talk to you a
16   little bit about a question that I'm going to talk to
17   a lot of jurors about, but we'll start with you.
18   There was a question on the questionnaire about:
19   would you be more likely to believe law enforcement.
20   Do you remember that question?
21             MR. MILNE:  Yes.
22             THE COURT:  And you answered it yes.  For
23   this trial -- and let's talk about this situation --
24   when a law enforcement person hits the stand over
25   here, are you going to believe that law enforcement
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 387

 1    officer just because he's law enforcement or he or

 2    she is a law enforcement officer, automatically?

 3              MR. MILNE:  Every situation is different.

 4    I have to really listen to it.  One reason why I

 5    answered that is because I live in a small

 6    subdivision, and I have a lot of law enforcement that

 7    live there.  Neighbors, state cops, they're local

 8    police, they're ICE.  You name it, they're there.

 9              THE COURT:  So you know some law

10    enforcement?

11              MR. MILNE:  I know one that works here.

12              THE COURT:  We're going to go back through

13    the list in a little bit.  But you don't know those

14    people; right?

15              MR. MILNE:  I know --

16              THE COURT:  You don't know the law

17    enforcement that's going to come to this trial;

18    right?  And so can you take them just like you would

19    any other witness?  You'll look at them, you'll

20    listen to them, you'll watch them, and determine

21    their credibility one by one?

22              MR. MILNE:  Depending on what they say and

23    the evidence.

24              THE COURT:  So you're not just going to

25    believe them because they're law enforcement?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 388

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 389

```
 1              MR. MILNE:  No, sir.
 2              THE COURT:  Let me ask you another
 3    question.  This is a question about the presumption
 4    of innocence that I'm going to be asking a lot of
 5    people about.  And the question was:  Do you think if
 6    a person is brought to trial, there must be some
 7    truth to the charges?  You know in our Constitution
 8    that everybody is presumed innocent; right?
 9              MR. MILNE:  Yes, sir.
10              THE COURT:  And these men that have been
11    charged by the Government, they're presumed innocent;
12    right?
13              MR. MILNE:  Yes, sir.
14              THE COURT:  Can you assure me that you
15    won't worry about how they got here, that you'll just
16    listen to the evidence that's going to be presented
17    in here, and that you'll presume them innocent
18    throughout the trial and then until you make some
19    decision in the jury room?
20              MR. MILNE:  Exactly.
21              THE COURT:  You can do that?
22              MR. MILNE:  Yes, sir.
23              THE COURT:  All right.  There is going to
24    be another area that I'm going to talk to you first
25    about, but it will be other people as well.  There is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 389

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page 390

1    going to be some evidence here that you indicated

2    that you might have a hard time looking at in this

3    trial.

4            MR. MILNE:  Yes, not just -- to look at it

5    doesn't really bother me much.  I've got a stomach

6    issue.  I'm taking medication.  I get real nauseated,

7    and it doesn't take much to trigger it.  Some days

8    I'm good, some days -- I just never know.

9            THE COURT:  Well, let's talk about this,

10   because as you probably know, I'm going to have to

11   ask every juror to look at the evidence, because

12   you're going to have to consider all the evidence.

13   At the end of the trial I'll have to tell you to

14   consider it all.  You don't have to believe it all,

15   but you do have to consider it.  Can you give me your

16   word that you can -- you'll look at the evidence?

17           MR. MILNE:  Yes, sir.

18           THE COURT:  All right.  And you can --

19   after looking at it, you can be fair and impartial to

20   the parties, you're not going to let your emotions or

21   anything affect you; you'll just be level-headed

22   about it?

23           MR. MILNE:  Yes, sir.

24           THE COURT:  Okay.  Healthwise, do you think

25   you're okay to serve?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 390

```
 1              MR. MILNE:  Well, like I said, it's every
 2    day when I wake up.  Anxiety gets agoing or whatever.
 3    I mean, like now, I'm kind of -- I didn't eat much
 4    today, because I was afraid I would get nausea.  But
 5    some days I'm good.  I just never know.
 6              THE COURT:  For right now --
 7              MR. MILNE:  Yes.
 8              THE COURT:  -- if you were selected, you
 9    think you could get started and see how it goes?
10              MR. MILNE:  Yes.
11              THE COURT:  Thank you, Mr. Milne.  I
12    appreciate it.
13              Ms. Chavez, what's your occupation?
14              MS. CHAVEZ:  I'm at home right now.
15              THE COURT:  All right.  Have you been
16    employed outside of the home in the past?
17              MS. CHAVEZ:  Yes.
18              THE COURT:  And what have your employers
19    been?  What have you done?
20              MS. CHAVEZ:  Fifteen years in health care
21    as a registered respiratory therapist.  And then I
22    went back and got my master's degree, and so I went
23    into grants contract and program development.
24              THE COURT:  Okay.  And your spouse before
25    retirement?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 391

Case 2:15-cr-04268-JB   Document 2354   Filed 07/25/18   Page 255 of 327
Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page 592

25-592

```
 1              MS. CHAVEZ:  I'm sorry?

 2              THE COURT:  What did your spouse do before

 3    retirement?

 4              MS. CHAVEZ:  He was 34 years in law

 5    enforcement, and then he went back into law

 6    enforcement.

 7              THE COURT:  All right.  And his employer?

 8              MS. CHAVEZ:  State of New Mexico.

 9              THE COURT:  Again, you said yes on "more

10    likely to believe police officers."  Would you

11    believe a police officer just automatically because

12    he or she is law enforcement?

13              MS. CHAVEZ:  No.

14              THE COURT:  You would look at the situation

15    and determine credibility of that law enforcement

16    just as you would any other witness?

17              MS. CHAVEZ:  Um-hum.

18              THE COURT:  All right.  Same thing about

19    the presumption of innocence.  Could you give me your

20    assurance that you wouldn't worry about how this case

21    got here?  You'd just listen to the evidence and

22    presume them innocent throughout the trial until you

23    got back to that jury room and had to make a

24    decision?

25              MS. CHAVEZ:  I believe so, but I think I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   probably need to disclose that my husband currently,

2   for the last five years, is task forced with several

3   gang units, and so he is familiar with this case

4   intimately.  So I just thought I would disclose that.

5            THE COURT:  All right.  Have you talked to

6   him about this case?

7            MS. CHAVEZ:  He talks to me about it, but I

8   tend to tell him, "Leave it at the door," and I

9   ignore a lot of it.  But he has talked about parts of

10  this case because there are people that he has dealt

11  with down here.

12           THE COURT:  Okay.  All right.  Well, before

13  we get done, I'll bring you up here because I don't

14  want everyone to hear what your husband is saying

15  about the case.  We'll do that.

16           But as far as the presumption of innocence,

17  can you presume them innocent throughout the trial

18  and not worry about how this case got here and

19  anything like that?

20           MS. CHAVEZ:  Yes.

21           THE COURT:  All right.  And let's talk

22  about, then, the pictures or the evidence here.  You

23  said you might have a hard time looking at it.  Can

24  you also give me an assurance that you would look at

25  the evidence and consider it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 393

```
 1              MS. CHAVEZ:  Yes.
 2              THE COURT:  All right.  Thank you,
 3    Ms. Chavez.
 4              All right.  Ms. Menapace-Corral, over from
 5    Gallup.  Thank you.  What's your employer?
 6              MS. MENAPACE-CORRAL:  I am an HR
 7    representative for my family car dealership.
 8              THE COURT:  And that employer is -- I
 9    couldn't quite read the writing.  Is it Rico?
10              MS. MENAPACE-CORRAL:  Rico Auto Complex.
11              THE COURT:  And what was your -- where were
12    you born?
13              MS. MENAPACE-CORRAL:  I was born and raised
14    in Gallup.
15              THE COURT:  What was your major field of
16    study in college?
17              MS. MENAPACE-CORRAL:  Business management.
18              THE COURT:  You listed two dates of
19    unavailability, the 9th and the 23rd of this month.
20    And I bet that's because of payrolls; correct?
21              MS. MENAPACE-CORRAL:  That's right.
22              THE COURT:  If you were selected to serve
23    on this, is somebody going to be able to cover those
24    payrolls for you?
25              MS. MENAPACE-CORRAL:  They're going to have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 394

```
 1    to, like today, yes.

 2              THE COURT:  So if you were selected, you're

 3    able to serve?

 4              MS. MENAPACE-CORRAL:  Yes.

 5              THE COURT:  And on this "likely to believe

 6    police officers," you said, "Not sure."  Is what you

 7    were telling me is, you're going to take these law

 8    enforcement people one at a time, you'll have to look

 9    at them, listen to them, and determine credibility

10    like anybody else?

11              MS. MENAPACE-CORRAL:  Correct.

12              THE COURT:  You put down ASPC.  What is

13    that?

14              MS. MENAPACE-CORRAL:  Arizona State

15    Penitentiary.

16              THE COURT:  And what is your connection or

17    knowledge about ASPC?

18              MS. MENAPACE-CORRAL:  I visit my best

19    friend of 30 years, who is there for a few years.

20              THE COURT:  This evidence -- you said it

21    might be hard for you to look at.  Could you give me

22    your assurance you'll look at it, consider it?

23              MS. MENAPACE-CORRAL:  Yes.

24              THE COURT:  I know that jury duty can

25    impose a burden on an employer and a burden on you,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 395

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 396

```
 1    but if you were selected to serve, could you do it?
 2              MS. MENAPACE-CORRAL:  Yes, sir.
 3              THE COURT:  All right, Ms. Menapace-Corral,
 4    thank you very much.
 5              Mr. Lopez, you're down here from
 6    Albuquerque, like me.  Thank you.  What did you do
 7    before you retired?
 8              MR. LOPEZ:  I was an engineer with the
 9    Department of Energy.
10              THE COURT:  And your spouse was a teacher
11    before retiring?
12              MR. LOPEZ:  That is correct.
13              THE COURT:  Where was your spouse teaching?
14              MR. LOPEZ:  APS.
15              THE COURT:  Which particular school?
16              MR. LOPEZ:  The last school that she was at
17    was Sierra Vista Elementary.
18              THE COURT:  What grade did she teach?
19              MR. LOPEZ:  Actually, she was a reading
20    specialist.
21              THE COURT:  All right.  For a number of
22    grades or --
23              MR. LOPEZ:  Yes, primarily, you know, when
24    kid begin to read, she was the person that taught
25    them how to read.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 396

```
 1              THE COURT:  My wife is a retired elementary

 2   schoolteacher, as well.  She was a music teacher,

 3   Sunset Mesa, if you know where that is, up in the

 4   Northeast Heights.

 5              Let's talk about this question about police

 6   officers again.  And you had, I think, checked "yes"

 7   on that, as well.  Again, would you automatically

 8   believe a law enforcement person or would you be able

 9   to look at them one at a time and make a

10   determination about their credibility?

11              MR. LOPEZ:  I'd have to look at them to see

12   how credible they are, given the situation, like any

13   other witness.

14              THE COURT:  You put, "In general, it would

15   depend upon the circumstances."  So the circumstances

16   are going to be the evidence in this case; is that

17   correct?

18              MR. LOPEZ:  That's correct.

19              THE COURT:  All right.  We break about

20   every hour and a half.  You can see that's kind of

21   the routine.  Healthwise, medicationwise, does that

22   work now?

23              MR. LOPEZ:  Yeah, for the most part.  You

24   know, I do -- I didn't disclose, but I have a kidney

25   transplant, so I take diuretics and blood pressure
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 397

```
 1    medications, a variety of other medications.  So in

 2    general, I do pretty well.  But the only thing I do

 3    have a problem with, once in a while, in the morning

 4    I take a diuretic.

 5              THE COURT:  Well, if you can wave and let's

 6    take a break, we'll be okay.

 7              MR. LOPEZ:  I pushed my way through Javier

 8    this afternoon to get to the bathroom.  He tried to

 9    stop me, but it didn't work.

10              THE COURT:  All right.  But if you can

11    signal and us take a break, you're okay?

12              MR. LOPEZ:  I think so.

13              THE COURT:  Thank you, Mr. Lopez.  I

14    appreciate it.

15              Mr. Troy, you're down from Albuquerque, as

16    well.  You were born in Hobbs, I noticed, and you

17    probably picked up --

18              MR. TROY:  I don't tell everybody.

19              THE COURT:  Well, you probably figured out

20    I'm from Hobbs or somewhere close to that.  Did you

21    grow up there?

22              MR. TROY:  I did.

23              THE COURT:  You and I are about the same

24    age, I think.  You look a lot better than me.  But

25    what -- did you graduate about '77 -- I mean '73?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. TROY:  '73.
 2              THE COURT:  All right.  Did you ever run
 3   into me, I into you?
 4              MR. TROY:  I think so.
 5              THE COURT:  Did you play ball?
 6              MR. TROY:  You played football, I think,
 7   didn't you?
 8              THE COURT:  Yeah, I did.  I was on the last
 9   state championship that Hobbs had, and it was all my
10   doing.  No.  I was up in the stands.  We beat
11   Mayfield.  I'll tell that to Las Cruces.
12              Did your spouse ever work outside of the
13   home?
14              MR. TROY:  Yes, she did.
15              THE COURT:  And what did she do, or what
16   did your spouse do, an employer?
17              MR. TROY:  She's, in her past, more
18   medical.  She worked for an otolaryngologist and an
19   optometrist.  Anything with an O sometimes.
20              THE COURT:  Dates of unavailability, you've
21   got April 23, 27, 30, through May 4, May 14 through
22   the 18th.  What's going on on those particular dates?
23              MR. TROY:  Financial advisor with all the
24   regulation with the Department of Labor, you're
25   required to meet with clients once a year to do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   reviews for their IRAs, things like that.  So I
 2   manage a team with about $400 million in assets, so
 3   those are private clients that we go see, sometimes
 4   annual, sometimes biannual, sometimes on a quarterly
 5   basis.
 6            THE COURT:  I surmised that was what it is.
 7   Is there anything fixed about those?  Could you go
 8   another time if you had to?
 9            MR. TROY:  I do have a partner, that we can
10   discuss that.
11            THE COURT:  On the police officers, or law
12   enforcement officers, same question.  Do you -- you
13   checked the "yes" there.  Are you going to
14   automatically believe them because they're law
15   enforcement, or can you look at them one at a time
16   and determine whether they're being credible here in
17   this courtroom?
18            MR. TROY:  I think most of us lean to
19   believe one.  I have an uncle who was a Dallas police
20   officer.  His son-in-law is a lieutenant with the New
21   Mexico State Police.  Met him.  The chief -- the New
22   Mexico State Police chief -- his daughter does my
23   daughter's hair; and kids, things like that.  So they
24   just kind of -- raised that way, you know.
25            THE COURT:  What about here?  Can you take
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058     Document: 010110513730     Date Filed: 04/27/2021     Page: 401

```
 1   these officers --
 2            MR. TROY:  I didn't recognize any of the
 3   names.
 4            THE COURT:  And so you'd make a
 5   determination based upon what you see and hear in
 6   this courtroom, rather than just assuming they're
 7   credible just because they take the stand?
 8            MR. TROY:  I think they can lie, too, I
 9   guess.
10            THE COURT:  Presumption of innocence.  Can
11   you presume all these gentlemen here to be innocent
12   until you go back to the jury room to deliberate?
13            MR. TROY:  I learned that last year.  Even
14   if they don't testify, they're still presumed
15   innocent.
16            THE COURT:  And you're not going to hold it
17   against them if they decide not to testify, and
18   you're not going to infer anything from that?
19            MR. TROY:  Correct.
20            THE COURT:  There was a question about,
21   should it be easier to convict people because they're
22   in prison, something like that.  You're not going to
23   make any burden of the Government here any easier;
24   you're going to require them to prove anything
25   against any person beyond a reasonable doubt; is that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 401

1   fair?

2           MR. TROY:  Fair.

3           THE COURT:  You talked about your feelings

4   about drugs.  We've talked a little bit about drugs

5   this afternoon.  Do you think there is anything about

6   your feelings about drugs that's going to interfere

7   with your ability to be fair and impartial in this

8   case?

9           MR. TROY:  No.  I believe in drugs.

10          THE COURT:  You believe in it; right?

11          MR. TROY:  Prescription drugs.

12          THE COURT:  Jury service can be hard on a

13  business.  If you were selected, do you think you'd

14  be okay to serve the next eight weeks?

15          MR. TROY:  I don't have much choice.

16          THE COURT:  Okay.  Photographs.  Give me

17  your word that you'll look at them and consider them?

18          MR. TROY:  Sure.

19          THE COURT:  And if we're able to break,

20  like we've been doing, every hour and a half, get a

21  little coffee, or something like that, do you think

22  you'd be okay healthwise and everything?

23          MR. TROY:  Pretty good.

24          THE COURT:  Thank you, Mr. Troy.

25          Ms. Riley, you're down from Edgewood.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 402

```
 1    Thank you very much.  What's your place of birth?

 2              MS. RILEY:  Glendora, California.

 3              THE COURT:  And what does your spouse do?

 4              MS. RILEY:  My spouse is not working right

 5    now.  He suffered a back injury.

 6              THE COURT:  What kind of work has your

 7    spouse done in the past?

 8              MS. RILEY:  He was an electrician.

 9              THE COURT:  And did he have a particular

10    employer?

11              MS. RILEY:  He worked for EMI, did a lot of

12    work on the bases and stuff, Clovis, Kirtland, all

13    over the place.

14              THE COURT:  And your major field of study

15    in college was what?

16              MS. RILEY:  Business administration.

17              THE COURT:  All right.  And in answer to

18    what fraternal, civic, labor organizations, you put

19    USCW?

20              MS. RILEY:  That's just our union.  I work

21    for Smith's now, and that's our union.

22              THE COURT:  Now, regardless of where a

23    crime is committed or alleged to be committed, would

24    you agree with me the burden shouldn't be any easier

25    on the Government, the Government's burden is to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    prove things beyond a reasonable doubt; doesn't

 2    matter where it takes place?  Do you agree with that?

 3              MS. RILEY:  Yes.

 4              THE COURT:  You'll require the Government

 5    to that, if that's what they're trying to do here; is

 6    that right?

 7              MS. RILEY:  (Nods.)

 8              THE COURT:  You've had some losses recently

 9    in your family.  You put them down?

10              MS. RILEY:  Yes.

11              THE COURT:  Are you okay to serve if you're

12    selected?

13              MS. RILEY:  I will, sir.

14              THE COURT:  How has your hearing been doing

15    here?  Are you doing okay with hearing and

16    everything?

17              MS. RILEY:  Yes, sir.

18              THE COURT:  You had asked some questions

19    about your husband.  You know your husband can come

20    to Las Cruces.  My wife has come with me.  She may

21    not stay down here eight weeks, but she may come down

22    here.  So that's okay.  But you're okay with that?

23    You've got that cleared away and somebody has

24    explained that to you?

25              MS. RILEY:  Yes, we've got it all worked
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 404

```
 1   out.
 2              THE COURT:  Thank you, Ms. Riley.
 3              Mr. Montoya, I notice you're down from
 4   Bernalillo.  I thank you very much.  What do you do?
 5   You've got some free advertising here, so you better
 6   use it.
 7              MR. MONTOYA:  I'm self-employed.  Also I'm
 8   a stay-at-home dad.
 9              THE COURT:  What do you do that's
10   self-employed?
11              MR. MONTOYA:  My dad and I own a window
12   blind business.
13              THE COURT:  You better get some advertising
14   here.  This is a crowd here.
15              MR. MONTOYA:  Yes.
16              THE COURT:  How many years of vocational
17   school do you have?
18              MR. MONTOYA:  Two years.
19              THE COURT:  And your partner.  What does
20   your partner do?
21              MR. MONTOYA:  He's a stylist.
22              THE COURT:  And does he have his own
23   company or --
24              MR. MONTOYA:  No.
25              THE COURT:  Let's talk about police
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 405

```
 1    officers, law enforcement.  Are you going to believe
 2    them just because they're law enforcement?
 3              MR. MONTOYA:  I would give everyone a
 4    fair --
 5              THE COURT:  So you're going to treat them
 6    one at a time, just as any other witness?
 7              MR. MONTOYA:  Yes.
 8              THE COURT:  Let me ask you also about
 9    presumption of innocence.  Can you give me an
10    assurance you're not going to worry about how this
11    trial got started; you're just going to presume these
12    gentlemen over here to be innocent all the way
13    through trial?
14              MR. MONTOYA:  Yes.
15              THE COURT:  You can do that?  Can you give
16    me an assurance, can you look at the pictures?
17              MR. MONTOYA:  Yes.
18              THE COURT:  Look at them and consider them?
19              MR. MONTOYA:  Yes.
20              THE COURT:  I know that training is hard
21    and traveling is hard and those sort of things on
22    you.  If you think you were selected, do you think
23    you could serve?
24              MR. MONTOYA:  It would be very difficult
25    right now for me, well, because, like I said, I'm
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 406

1    self-employed.  It will be a financial burden.  I've

2    got my kids and recently my grandma got sick.  So my

3    mind would just be in another spot, I would think, if

4    I had to serve.

5              THE COURT:  All right.  Thank you, Mr.

6    Montoya.

7              Ms. Morales, what does your spouse do?

8              MS. MORALES:  He's a utility locator.

9              THE COURT:  And what is that?

10             MS. MORALES:  When there is construction or

11   a new development coming, they want to know where the

12   electrical lines are so they don't hit them and get

13   electrocuted.  Water lines, cable lines.  And he goes

14   through and he paints the street.

15             THE COURT:  And what is his employer?

16             MS. MORALES:  USIC.

17             THE COURT:  What is USIC?

18             MS. MORALES:  I have no idea.

19             THE COURT:  Would you agree with me that

20   the burden on the Government should not be easier,

21   depending upon where the alleged crime is alleged to

22   have been committed?  Do you agree with that

23   statement?

24             MS. MORALES:  Yes.

25             THE COURT:  So you're going to require this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 407

1    Government, if they're going to bring allegations of

2    a crime, regardless of where it is, that they have to

3    prove it beyond a reasonable doubt, every element?

4              MS. MORALES:  Yes.

5              THE COURT:  And you can agree with that?

6              Pictures.  Can you give me your assurance

7    that you'll look at them and consider them?

8              MS. MORALES:  I have no problem with that.

9              THE COURT:  Thank you, Ms. Morales.

10             All right, Mr. Zink.  We'll go up here.  I

11   know I should know where McIntosh is.  I think I ask

12   this every time it comes up.

13             MR. ZINK:  Between Moriarty and Estancia.

14             THE COURT:  That's right.  It's on that

15   beautiful drive.

16             MR. ZINK:  All there is is a post office

17   there.

18             THE COURT:  There it is.  All right.  What

19   brought you from Arizona to New Mexico?

20             MR. ZINK:  It's too hot in Arizona.  The

21   older I got, the less tolerant I was to the heat.

22             THE COURT:  I was in Phoenix on Friday.  It

23   was --

24             MR. ZINK:  My whole family lived out there,

25   so...



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 408

272:409

```
 1              THE COURT:  You've been employed in the
 2   past.  What have you done?
 3              MR. ZINK:  Call center, management,
 4   operations manager, project manager.
 5              THE COURT:  All right.  And your
 6   employers -- what have they been?
 7              MR. ZINK:  The Connection, which was based
 8   out of Minnesota.  They had four call centers in New
 9   Mexico.
10              THE COURT:  Is New Beginnings where Richard
11   Mansfield is the pastor?
12              MR. ZINK:  No.
13              THE COURT:  I thought that I knew him.
14              All right.  Let's talk about law
15   enforcement here.  And you heard kind of what I'm
16   asking on this question.  Are you going to believe
17   them just because they say they're law enforcement?
18              MR. ZINK:  No, I'd have to listen to their
19   story and take it case by case.
20              THE COURT:  Treat them like any other
21   witness?
22              MR. ZINK:  Right.
23              THE COURT:  How about the presumption of
24   innocence?  Can you not worry about how this case got
25   here, but just presume these gentlemen innocent all
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 409

1    the way through the trial till you get back to

2    deliberate?

3              MR. ZINK:  Yes.

4              THE COURT:  Can you look at the pictures?

5              MR. ZINK:  Yes.

6              THE COURT:  And consider them?

7              MR. ZINK:  Um-hum.

8              THE COURT:  Healthwise, medicinewise, okay

9    to serve as a juror?

10             MR. ZINK:  I believe so, yes.

11             THE COURT:  Mr. Telles, you're from

12   Anthony.  Thank you very much.  What do you do?

13             MR. TELLES:  I'm the transmission

14   superintendent for El Paso Electric.

15             THE COURT:  What did your spouse do before

16   retirement?

17             MR. TELLES:  She was an accounts manager

18   for Vital Signs, an anesthesia company.

19             THE COURT:  You put on dates of

20   unavailability you had in July.  So you've sat here

21   and you know we're not going to be trying this case

22   in July, but you've got some other issues?

23             MR. TELLES:  Well, after further discussion

24   with my senior management, of course, because we're

25   getting into our peak season, of course, the grid

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 410

```
 1    itself, we maintain that, so we always have to be
 2    available.  And at this time, it would be rather
 3    difficult for me to be out of the office for that
 4    long.  But I do have supervisors in place, so if I
 5    was chosen to serve, I would definitely serve.
 6              THE COURT:  Your hearing?  Has it been
 7    okay?
 8              MR. TELLES:  Actually, so far, it's been
 9    well.
10              THE COURT:  They build courthouses for
11    acoustics, so usually people who are a little bit
12    hard of hearing, they do well in court.  That's how
13    they built this building.  So you've been doing okay?
14    The acoustics work for you?
15              MR. TELLES:  Yes, Your Honor.
16              THE COURT:  People talk in the microphone,
17    you're doing okay?
18              MR. TELLES:  Yes.
19              THE COURT:  Let's talk about the right to
20    remain silent.  I don't know what these gentlemen are
21    going to do, but you know that under the
22    Constitution, they have a right to remain silent;
23    correct?
24              MR. TELLES:  That's correct.
25              THE COURT:  If they don't -- you put you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   weren't sure about it.  But if I tell you that's

2   their right and it's a very cherished right in our

3   government, would you agree that for the purposes of

4   this trial, that you'll honor that right and not

5   infer anything from it if they decide not to testify;

6   or if they don't put on any witnesses, that you won't

7   use that against them in any way?

8           MR. TELLES:  I do believe I could.

9           THE COURT:  On one question -- let me just

10  pull it up, so that we can talk about it precisely.

11  But it relates to gang membership.  Do you think that

12  being a gang member, they deserve what they get, even

13  if it means being a victim of a crime.  And you put,

14  "It depends on their involvement."

15          And I guess the question is:  I'm not

16  trying to tell you what to believe, but you're not

17  saying that just because somebody is in prison, they

18  deserve to get beat up or murdered or something?

19          MR. TELLES:  No, I don't believe that at

20  all.  I guess what I was trying to say there is that

21  if the individual committed the crime and he was

22  proven guilty, then, of course, they deserve what

23  they get.

24          THE COURT:  Thank you, Mr. Telles.  I

25  appreciate it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

276

1          Ms. Reser, you're down from Albuquerque, as

2     well.  What did you do before retirement?

3          MS. RESER:  I was a contract specialist

4     with the Department of Veterans Affairs.

5          THE COURT:  And what did your spouse do

6     before retirement?

7          MS. RESER:  Just before he retired, he was

8     a fossil preparer for the petrified forest in

9     Arizona.  When I met him, he was a mailman.

10         THE COURT:  I like the other job better.

11         MS. RESER:  He's still doing it.

12         THE COURT:  So he worked for the Park

13    Service?

14         MS. RESER:  Yes, he did.

15         THE COURT:  Police officers.  Are you going

16    to believe them just because they're a police

17    officer?

18         MS. RESER:  Not necessarily.

19         THE COURT:  You're going to listen?

20         MS. RESER:  I'll judge as --

21         THE COURT:  You'll watch them and listen to

22    them and make a determination about credibility one

23    by one?

24         MS. RESER:  Yes.

25         THE COURT:  All right.  I want to ask you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 413

```
 1    about a question that -- just see if, when I read it
 2    to you, if your answer is going to be the same.  It's
 3    a little bit of a long question.  But it says, "In a
 4    trial with multiple defendants who are alleged to be
 5    members of a gang, do you believe the charges against
 6    each defendant should be judged individually?"
 7             And you put "No."  Is that still your
 8    answer?
 9             MS. RESER:  Didn't I cross that out?  I
10    thought I put -- well, to clarify, then, I think each
11    should be judged on his own merit, either one way
12    or -- I'm not sure.
13             THE COURT:  We've tried to be real clear by
14    putting different coloring on these tables so you can
15    see each one of the defendants and their defense
16    team.  Can you reach a decision about these
17    gentlemen -- and I'm going to walk you through it at
18    the end of the trial.  But as you think about it, can
19    you reach a verdict on each one of them individually?
20             MS. RESER:  I believe so.
21             THE COURT:  You hesitated a little bit.
22             MS. RESER:  Well, I'm trying to see the
23    colors, and I don't see any colors, so...
24             THE COURT:  Well, good point.  They're
25    black and white.  Right.  The Hobbs Eagles is black
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 414

1    and white.  We thought those were our colors; right,

2    Mr. Troy?

3              You can reach an individual verdict on each

4    one of the individuals; right?

5              MS. RESER:  Yes.

6              THE COURT:  I know it's all new today, but

7    you'll get used to where the men are sitting, and

8    you'll get used to their attorneys.  We're going to

9    help you do that.  But you can reach an individual

10   verdict for each one of them; correct?

11             MS. RESER:  Yes, I believe so.

12             THE COURT:  Thank you, Ms. Reser.

13             Ms. Griego, from Rio Rancho.  Thank you.

14   What brought you from California to New Mexico?

15             MS. GRIEGO:  Well, actually, it's

16   originally from North Carolina.  But that's a very,

17   very long time ago.

18             My husband was born and raised in

19   Albuquerque.  And when we got out of the Air Force,

20   we came here, and I really loved it.  But he got a

21   job in California, so we went out to California.  And

22   we were out there for many years, and got an

23   opportunity to come back, and so we did.  And I love

24   it here.  I mean, this is basically my home state.

25             THE COURT:  And what do you do?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. GRIEGO:  I'm an operations manager for
 2    Schenker Logistics.  We do the logistics for the
 3    Intel facility at Rio Rancho.
 4              THE COURT:  And your spouse.  What does
 5    your spouse do?
 6              MS. GRIEGO:  He's in management, mostly.
 7    He has been in the aircraft industry, but recently
 8    he's now in the electronics industry, but he's a
 9    manager.
10              THE COURT:  All right.  And did you give me
11    the employer, his employer?
12              MS. GRIEGO:  His employer is an electric
13    company.  He's only been there for a few months.  He
14    was with Eclipse Aviation, then he's moved over -- I
15    think it's Delta something, but I keep asking him
16    what the name of his company is.
17              THE COURT:  Ask him for his paycheck?
18              MS. GRIEGO:  I get the paycheck, so that's
19    good enough.
20              THE COURT:  How many years of education do
21    you have?
22              MS. GRIEGO:  I got a GED and joined the Air
23    Force.
24              THE COURT:  I know you live in Rio Rancho,
25    and that's a long trip, and it's going to interfere
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 416

1    with work.  I'm going to be making the same trip with

2    you.  Are you okay to serve if you're selected?

3              MS. GRIEGO:  Yeah.  I mean, it's going to

4    be tough with work and, you know, different things,

5    but I mean, it's tough for anybody to drive that

6    distance.  So, yes, if I'm chosen, I could serve.

7              THE COURT:  You had mentioned a trip on

8    June 6th through 12th.  We're going to be done by

9    then.

10             MS. GRIEGO:  I hope so, because my sister I

11   haven't seen in many, many years -- she's coming out

12   from Tennessee for a week, and we have all these

13   things planned to do, and it would be terrible to be

14   stuck in a court case for a long time.

15             THE COURT:  Your animals.  Do you have

16   somebody to take care of your animals?

17             MS. GRIEGO:  I had to send one foster dog

18   back to someone else, but I do animal rescue and

19   foster.  But my husband is good with them.  As long

20   as I can leave on Friday and go back to Albuquerque,

21   I can still do the adoption events.

22             THE COURT:  We'll get you out of here on

23   Friday so you can be there on the weekends.  Where do

24   you do the adoptions?  Sprouts?

25             MS. GRIEGO:  We do them -- typically, right

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 417

```
 1    now, we go up to Santa Fe where the kennel is, and

 2    people are coming up for introductions.  Sometimes we

 3    do them down at the bosque on Alameda, the open space

 4    there.  So it just depends.  They can be at different

 5    areas, but we typically do adoptions every Saturday.

 6              THE COURT:  Thank you, Ms. Griego.

 7              Mr. Doom, over from Jal.  Thank you.  You

 8    work in Carlsbad, though?

 9              MR. DOOM:  In between Jal and Carlsbad,

10    sir.

11              THE COURT:  You work out in the field?

12              MR. DOOM:  Yes, sir.

13              THE COURT:  One summer I was working

14    roustabout for Texaco, so one time they put me down

15    at Eunice.  Three summers up at Buckeye and then I

16    went to one down at Jal, so I kind of know a little

17    bit about that area.

18              MR. DOOM:  Mine is not as tough as

19    roustabout.

20              THE COURT:  Are you a pumper?

21              MR. DOOM:  I'm a pipeline operator.

22              THE COURT:  Yeah, your job wasn't quite as

23    bad.  I had a glorified job, you know.

24              I was going to ask you about a question

25    that you had on your questionnaire.  Let me turn to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 418

1    it, because my notes are not real clear here.  But

2    again, the question about -- you put that the purpose

3    of a trial is to give a person a chance to prove

4    their side of the story.  And then you talk about a

5    trial should be impartial and those sort of things.

6            You heard me talking a little bit a minute

7    ago about:  These gentlemen don't have an obligation

8    and, in fact, they have a right to remain silent, not

9    put on any evidence at all.  They don't have to prove

10   anything.

11           MR. DOOM:  I guess what I was trying to get

12   out at that point is the trial gives them an

13   opportunity for them to be able to make their case if

14   they so choose.  The Fifth Amendment guarantees that

15   they don't need to do it if they don't want.

16           THE COURT:  You know the Constitution.  And

17   you won't hold that against them in any way or infer

18   anything from any decision they make on putting on

19   witnesses, including themselves?

20           MR. DOOM:  No, sir.

21           THE COURT:  And workwise, if we can do

22   something to help you on that score and get you a

23   leave, do you think you'd be able to serve as a

24   juror?

25           MR. DOOM:  It would be inconvenient, but I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 419

```
 1    could do it.

 2              THE COURT:  Thank you, Mr. Doom.

 3    Appreciate it.

 4              Ms. Trujillo, down from Albuquerque.  Thank

 5    you.  What do you do?

 6              MS. TRUJILLO:  I'm a general manager at a

 7    pizza place.

 8              THE COURT:  I was going to ask, is it

 9    Sbarro's?

10              MS. TRUJILLO:  Sbarro's.

11              THE COURT:  And it's pizza; right?

12              MS. TRUJILLO:  Yes.

13              THE COURT:  Is it the best pizza in town?

14              MS. TRUJILLO:  It is.

15              THE COURT:  See, my daughter, when she

16    arrives in town, she stops at Dion's before she comes

17    to see me.  So I know where I rank, right behind

18    pizza.

19              What does your spouse do?

20              MS. TRUJILLO:  I'm sorry?

21              THE COURT:  What's your spouse do?

22              MS. TRUJILLO:  He's a budget analyst.

23              THE COURT:  And his employer?

24              MS. TRUJILLO:  White Sands Missile Range.

25              THE COURT:  You've been represented by an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 420

```
 1   attorney.  What was that for?
 2            MS. TRUJILLO:  My DWI cases.
 3            THE COURT:  You put dates of
 4   unavailability, you put 4/11.  What do you got on --
 5            MS. TRUJILLO:  Actually, what I did was,
 6   after I sealed it, I remembered that I didn't
 7   complete that part.  So I put on the paper that they
 8   gave us this morning -- because I didn't consider --
 9   there is an extension that I need on my interlock
10   contract.  I need to get that done.  I need to be
11   there for my interlock on the 12th.  And then the
12   next month, and then my daughter's graduation.
13        Q.  All right.  All right.  Let's talk a little
14   bit about -- you had checked yes, there must be some
15   truth to the charges; the individual people that are
16   charged are more likely guilty.  You've heard me talk
17   a little bit about the presumption of innocence.  Can
18   you presume these gentlemen to be innocent and not
19   get away from that presumption until you go back to
20   the jury room?
21            MS. TRUJILLO:  I can do my best.
22            THE COURT:  Do you have some struggle with
23   that?
24            MS. TRUJILLO:  To a degree.  I tend to --
25   what do you call it -- imply certain things instead
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 421

```
 1    of, This is what happened.  I mean, I'm just being

 2    honest.  I do have that...

 3               THE COURT:  We all have some tendencies we

 4    bring to court.

 5               MS. TRUJILLO:  Yes.

 6               THE COURT:  But let's talk about this one

 7    right here.  Could you -- if you were selected, could

 8    you presume these men innocent and just wait for the

 9    Government to present their evidence and presume them

10    innocent until you got back to deliberate?

11               MS. TRUJILLO:  Yes.

12               THE COURT:  And would you then require the

13    Government to prove the elements that they need to

14    prove beyond a reasonable doubt?

15               MS. TRUJILLO:  Yes.

16               THE COURT:  All right.  There was a

17    question that I was going to ask you about and see if

18    your answer would be the same today.  If, after

19    hearing the evidence, you thought the defendant could

20    be guilty but you were not convinced beyond a

21    reasonable doubt that he is guilty, would you be able

22    to return a verdict of not guilty?  And you put no.

23    Is that still your answer today?

24               MS. TRUJILLO:  Like I said, I'll do my best

25    to keep it to the -- whatever is brought up in the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 422

286

```
1    trial.
2              THE COURT:  So can I assume from that that
3    you would require the Government to prove them beyond
4    a reasonable doubt; and even if the evidence was that
5    they could be guilty, that wouldn't be enough; the
6    Government would have to prove beyond a reasonable
7    doubt?
8              MS. TRUJILLO:  They would have to prove.
9              THE COURT:  Okay.  And you also answered on
10   another question if the charges are proved beyond a
11   reasonable doubt, would anything prevent you from
12   convicting any or all of the defendants?  And you put
13   yes.  Is there something that would keep you from
14   convicting the defendants if the Government proved
15   their case beyond a reasonable doubt?
16             MS. TRUJILLO:  I must have misread that.
17             THE COURT:  So if the Government proved its
18   case, you could convict them?
19             MS. TRUJILLO:  Yes.
20             THE COURT:  All right.  The pictures.  The
21   evidence here.  Give me your word that you'll look at
22   them and consider them?
23             MS. TRUJILLO:  I wrote on there I would
24   not.
25             THE COURT:  And what do you think about it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 423

1    today?

2            MS. TRUJILLO:  I would not.

3            THE COURT:  You can't?

4            MS. TRUJILLO:  I cannot.

5            THE COURT:  You can't look at the evidence?

6            MS. TRUJILLO:  No.

7            THE COURT:  And so you would not be able to

8    consider some of the evidence that the parties are

9    going to show?

10           MR. SINDEL:  It would be very difficult for

11   me.

12           THE COURT:  Okay.  Let's talk about that.

13   It may be difficult for you, and it may be difficult

14   for some others.  But do you think you would be able

15   to look at it, even though it would be difficult for

16   you?

17           MS. TRUJILLO:  I will try my best.

18           THE COURT:  Okay.

19           MS. TRUJILLO:  I'm just being serious.

20   Even when I watch movies, and even I know they're

21   acting and they're dead or -- I can't.

22           THE COURT:  Okay.  Well, the problem is

23   that when they show you this evidence, it's going to

24   be too late to get your commitment.  So the

25   commitment has to be today, and I know you said you'd

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 424

```
 1    do your best.  But could you give me your word that
 2    you will look at it and consider it?
 3              MS. TRUJILLO:  Yes.
 4              THE COURT:  And let me ask you this.  After
 5    you look at it, could you be fair and impartial to
 6    all the parties in the courtroom?
 7              MS. TRUJILLO:  Yes.
 8              THE COURT:  Let me ask you another
 9    question.  I want to get it exactly right what you
10    may have put there.  It says, "There may be evidence
11    that victims in this case may be gang members.  Will
12    the fact that a victim may be a gang member affect
13    your ability to render a guilty verdict?"
14              And you put yes.  What were you trying to
15    say with that answer?
16              MS. TRUJILLO:  I'm sorry, can you repeat
17    the question?
18              THE COURT:  The question was:  Will the
19    fact that a victim may be a gang member affect your
20    ability to render a guilty verdict?  And you put yes.
21    What were you thinking when you answered it that way?
22              MS. TRUJILLO:  I feel like I understand
23    everybody or those who join a gang for a reason.  But
24    I believe that, on the other side, you don't know the
25    whole story.  And so a gang member, even though being
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 425

289

1    a victim, for me it's just difficult to say, okay,

2    see him as a victim, because he's also a gang member.

3           THE COURT:  That's getting to a little bit

4    the question I wanted to ask you, because the next

5    question is:  "Do you think, being a gang member,

6    they deserve what they get even if it means being a

7    victim of a crime?"  So if the allegations are that

8    the alleged victim is a gang member, would you still

9    be able to find that a crime had been committed?

10          MS. TRUJILLO:  Yes.

11          THE COURT:  Okay.  So I'm asking you:  Do

12   gang members, if it's proven that they are, that they

13   deserve protection from being assaulted or murdered

14   or something like that, would you agree with that

15   statement?

16          MS. TRUJILLO:  Yes.

17          THE COURT:  And I'm going to be telling you

18   that being a gang member is not necessarily a crime.

19   That's not the issue here.  Would you agree with me

20   that just because there may be evidence that somebody

21   is a gang member, that that's not itself a crime?

22          MS. TRUJILLO:  Yes.

23          THE COURT:  All right.  Thank you,

24   Ms. Trujillo.

25          Mr. McKinzie, you're down from Santa Fe.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 426

1  Thank you.  What brought you from Texas to New

2  Mexico?

3          MR. McKINZIE:  Heat and traffic in Dallas.

4          THE COURT:  I've got three grandchildren in

5  Rockwell, if you know where that is.

6          MR. McKINZIE:  Oh, yes.

7          THE COURT:  So I've got a house over there,

8  too, and boy, I wish those grandchildren lived back

9  over here.

10          MR. McKINZIE:  It's horrible.

11          THE COURT:  They grow 90,000 people every

12  year.  That's like dropping a Rio Rancho in north

13  Texas every year, it's growing that fast.

14          What did you do before you retired?

15          MR. McKINZIE:  I was an oil field geologist

16  working in the Gulf of Mexico.

17          THE COURT:  So were you working in the

18  Houston area, or out of Dallas?

19          MR. McKINZIE:  I was out of Dallas.

20          THE COURT:  What did your spouse do before

21  retirement?

22          MR. McKINZIE:  She's an interior decorator.

23          THE COURT:  Did she have an employer, or

24  does she have an employer?

25          MR. McKINZIE:  No, she was self-employed.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 427

```
 1              THE COURT:  You've been represented by an
 2    attorney in the past.  What was that in connection
 3    with?
 4              MR. McKINZIE:  I've got to think about it.
 5    What did I write on my answer?  Outside of being
 6    divorced.
 7              THE COURT:  Was that what it was for?
 8              MR. McKINZIE:  Yeah, that must have been
 9    it.
10              THE COURT:  All right.  You said you didn't
11    look favorably on lots of tattoos.  You may see some
12    pictures here of tattoos, so you're likely to see
13    some.  Can you be fair and impartial to everybody
14    that's got tattoos on?
15              MR. McKINZIE:  Sure.
16              THE COURT:  And I know you live in Santa
17    Fe, and that's going to be a hardship.  We do put you
18    up in a hotel during the week.  If you're asked to
19    serve, do you think you'd be able to do it?
20              MR. McKINZIE:  No problem.
21              THE COURT:  Thank you, Mr. McKinzie.
22              Mr. Brugger, you're over from Deming.
23    Thank you.  What brought you from Pennsylvania to New
24    Mexico?
25              MR. BRUGGER:  I worked heavy industrial
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1    construction for, like, 25 years and I've been to all

2    50 states.

3            THE COURT:  Wow.

4            MR. BRUGGER:  And I just -- New Mexico is

5    great.

6            THE COURT:  We won, huh?

7            MR. BRUGGER:  The land was cheap, too.

8            THE COURT:  We've got a lot of it, don't

9    we?

10           MR. BRUGGER:  Yeah.

11           THE COURT:  What was your employer?

12           MR. BRUGGER:  I worked for several

13   employers.  I traveled to power plant shutdowns,

14   things like that.  Worked for a company out of

15   Michigan that put conveyors in Walmart warehouses and

16   different things.  Mostly welding.

17           THE COURT:  And your spouse teaches where?

18           MR. BRUGGER:  Deming Public Schools.

19           THE COURT:  And grade, subject?

20           MR. BRUGGER:  She's special education.

21   She's teaching sixth grade right now, but she's got

22   her K-through-12 in special ed.

23           THE COURT:  And let's see.  There was one

24   question I was going to ask you about.  It says,

25   "After hearing the evidence, you thought the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    defendant could be guilty but you were not convinced

 2    beyond a reasonable doubt that he is guilty.  Would

 3    you be able to return a verdict of not guilty?"

 4              You checked no.  Do you still -- is that

 5    the way you intended to answer, or --

 6              MR. BRUGGER:  I don't remember that

 7    question.

 8              THE COURT:  Okay.  Let me ask it maybe in a

 9    little bit clearer way.  If you thought they were

10    guilty but you didn't think the Government had proved

11    it beyond a reasonable doubt, could you still check

12    that box "not guilty"?

13              MR. BRUGGER:  If they couldn't prove it

14    beyond a reasonable doubt, no, they would be not

15    guilty.

16              THE COURT:  All right.  You'd check that;

17    even if you thought they might, could be guilty, that

18    wouldn't be enough for you; you'd require the

19    Government to prove it beyond a reasonable doubt?

20              MR. BRUGGER:  If you had any suspicion on

21    any of the evidence, you know.

22              THE COURT:  If there is a reasonable

23    doubt --

24              MR. BRUGGER:  If there is a reasonable

25    doubt, you'd have to.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 430

```
 1                THE COURT:  You've got to check it for the
 2      defendant; right?
 3                MR. BRUGGER:  Right.
 4                THE COURT:  Okay.  Thank you, Mr. Brugger.
 5                Mr. Swantner, you're down from Albuquerque.
 6      Thank you.  What do you do?
 7                MR. SWANTNER:  For the last 10 years I was
 8      a software engineer.  But two weeks ago I started as
 9      a scrum master.  Two weeks before that I was supposed
10      to start as a software dev scrum master.
11                THE COURT:  What were the two recent
12      employers?  Give me the names of the two.
13                MR. SWANTNER:  There's been a few in the
14      last couple of months.  Lockheed, PLEXUS, and now
15      SAIC.
16                THE COURT:  Okay.  On the presumption of
17      innocence we talk about in the questionnaire, you
18      said "technically."  I know sometimes we use those
19      words, lay people and the public, that these are
20      technicalities.  But when we get in a court of law
21      and these gentlemen are on trial, it's a very real
22      thing to them.  If you are selected, could you
23      presume them innocent throughout trial until you went
24      back to the jury room?
25                MR. SWANTNER:  Yeah, I think so.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 431

1          THE COURT:  And you wouldn't make the

2    burden any easier on the Government because of what

3    they alleged or where they alleged the crime was

4    committed; you'd make them prove their case beyond a

5    reasonable doubt?

6          MR. SWANTNER:  Yes.

7          THE COURT:  All right.  Do you think you

8    could be fair and impartial throughout the trial?

9          MR. SWANTNER:  I'd try.

10         THE COURT:  Same on the right to silence.

11   Do you think that if they didn't take the stand or

12   put on any evidence, could you give me your assurance

13   you wouldn't draw any adverse inference from it or

14   hold that against them in any way?

15         MR. SWANTNER:  If I had written something,

16   it doesn't have any specific implication.

17         THE COURT:  Let's look a little bit at the

18   answer, and let's just make sure what you said.  You

19   said, "That seems like a fine line to walk."

20         And so what I was saying is:  Regardless of

21   your circumstances or what you would do if you were

22   them, if they decide not to testify or not to put on

23   any witnesses -- and I don't know what they're going

24   to do -- but if they did that, would you -- could you

25   assure them and me that you wouldn't hold it against

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 432

```
 1    them?

 2              MR. SWANTNER:  Yes, sir.

 3              THE COURT:  And you wouldn't draw any

 4    adverse inference of any kind?

 5              MR. SWANTNER:  I guess it wouldn't be

 6    evidence otherwise.

 7              THE COURT:  Thank you, Mr. Swantner.

 8              Let's go over to Ms. Nitterauer, over from

 9    Silver City.  What did you do before retiring,

10    Ms. Nitterauer?

11              MS. NITTERAUER:  I am a registered nurse.

12              THE COURT:  And that was with the

13    Albuquerque Public Schools.  Did you have a

14    particular school?

15              MS. NITTERAUER:  I started at Rio Grande,

16    and went to Sandia, back to Rio, and then Atrisco

17    Heritage.

18              THE COURT:  What did your spouse do before

19    retiring?

20              MS. NITTERAUER:  He was a nurse.

21              THE COURT:  And his employer?

22              MS. NITTERAUER:  It was CYFD.  El Camino,

23    the long-term facility for juvenile offenders.

24              THE COURT:  Did he have a particular grade

25    or subject?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 433

```
 1                MS. NITTERAUER:  Who's that?
 2                THE COURT:  Did he have a particular grade
 3      or subject?
 4                MS. NITTERAUER:  No, he had all the kids.
 5      He was a nurse for El Camino.
 6                THE COURT:  Talking about the presumption
 7      of innocence, can you put aside any sort of thoughts
 8      about why they're here and just listen to the
 9      evidence and presume them innocent throughout the
10      trial until you get back to the jury room?
11                MS. NITTERAUER:  Yes, I could.
12                THE COURT:  And let's see.  I thought I had
13      this questionnaire memorized, but let me look at this
14      number one more time.  Oh.  It says, "If charges are
15      proven beyond a reasonable doubt, would anything
16      prevent you from convicting any or all of the
17      defendants?"  You put "yes."  What were you thinking
18      of that might keep you from checking that they were
19      guilty, if the Government had proved their case
20      beyond a reasonable doubt?
21                MS. NITTERAUER:  A concern about
22      retribution.
23                THE COURT:  Even if you have that concern,
24      could you assure the Court and the parties that you
25      would be fair and impartial?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                    MS. NITTERAUER:  Yes.

 2                    THE COURT:  You'd do your job?

 3                    MS. NITTERAUER:  Yes.

 4                    THE COURT:  Healthwise, do you think you're

 5       okay to serve?

 6                    MS. NITTERAUER:  Yes, sir.

 7                    THE COURT:  Thank you, Ms. Nitterauer.

 8                    Ms. Duncan, you're down from Sandia Park.

 9       That's on the east side of the mountains there;

10       right?

11                    MS. DUNCAN:  Yes, it is.

12                    THE COURT:  Ms. Bevel here is an east

13       side -- east mountain side person, too, so she has to

14       worry about the weather.  You've always got to worry

15       about the weather?

16                    MS. DUNCAN:  No.

17                    THE COURT:  And what do you do?

18                    MS. DUNCAN:  I write genealogy resource

19       books.

20                    THE COURT:  I hired somebody a few years

21       ago to do some genealogy work on the east side.  Did

22       you do any work for me?

23                    MS. DUNCAN:  No.

24                    THE COURT:  I didn't recognize the name,

25       either, but I thought it was interesting.  I hired
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 435

1   someone on the east side.  They had done a little bit

2   of work for me.  We had a family dispute.  Somebody

3   thought we were -- turned out I was right.  Here's

4   the interesting thing.  My dad still wouldn't believe

5   it, so we got him the DNA test for Christmas, and I

6   was still right.

7          What does your spouse do?

8          MS. DUNCAN:  He's retired Air Force,

9   currently working for a company called Agilities.

10  He's the senior project manager.

11         THE COURT:  And your major field of study

12  in college?

13         MS. DUNCAN:  Business.

14         THE COURT:  Talk about law enforcement.

15  We're going to have law enforcement testify.  Are you

16  going to automatically believe them because they're

17  law enforcement?

18         MS. DUNCAN:  Depends on the evidence.

19         THE COURT:  So you're going to look at them

20  one by one and make credibility determinations about

21  when they're telling you the truth?

22         MS. DUNCAN:  Yes.

23         THE COURT:  Presumption of innocence.

24  You're not going to worry about how this case got

25  here; you're going to presume these gentlemen



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 436

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 437

300 437

```
1    innocent all the way through the trial until you get
2    back to the jury room?
3            MS. DUNCAN:  Yes, sir.
4            THE COURT:  And you're going to make the
5    Government -- you don't believe -- let me ask this.
6    I shouldn't ask a question that way.  I want to hear
7    your own words.  But do you believe that people
8    deserve what they get?  In other words, if somebody
9    is proven to be a gang member or they're in prison or
10   something like that, do they deserve what they get?
11   Or are they still entitled to the protection of the
12   law?
13           MS. DUNCAN:  They're entitled to
14   protection.
15           THE COURT:  And if they were shown to be a
16   gang member, you would agree that they deserve
17   protection?
18           MS. DUNCAN:  Yes.
19           THE COURT:  I know that you don't look
20   forward to jury service here, but if you were
21   selected, would you be able to serve?
22           MS. DUNCAN:  Yes, sir.
23           THE COURT:  Thank you, Ms. Duncan.
24           Mr. Skousen, you're down from Albuquerque,
25   as well.  Thank you.  What do you do?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 437

```
 1              MR. SKOUSEN:  I work for Sandia National
 2   Laboratories.
 3              THE COURT:  And what does your spouse do?
 4              MR. SKOUSEN:  She's a CPA, and currently
 5   she works at Gap as a salesperson.
 6              THE COURT:  Oh, okay.  Is she with an
 7   accounting firm in Albuquerque?
 8              MR. SKOUSEN:  No, she's not.  She elected
 9   to be a stay-at-home mom.
10              THE COURT:  So she has her own business out
11   of her house?
12              MR. SKOUSEN:  No, she no longer practices
13   as a CPA.
14              THE COURT:  Police officers, law
15   enforcement officers, are you going to automatically
16   believe them because they're law enforcement
17   officers?
18              MR. SKOUSEN:  No, it's situational.  As
19   others said, it depends on the circumstances.
20              THE COURT:  So you're going to treat them
21   like any other witness?  You'll listen to the
22   evidence, watch them?
23              MR. SKOUSEN:  Yes, sir.
24              THE COURT:  See how they perform and decide
25   whether they're credible or not?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. SKOUSEN:  Yes, sir.
 2            THE COURT:  Tattoos.  You put that that's a
 3    poor decision.  You're going to see probably some
 4    pictures of some tattoos.  Can you be fair and
 5    impartial about the people that may be wearing those
 6    tattoos?
 7            MR. SKOUSEN:  What I put is some people
 8    later in life may have made a bad decision.  I know
 9    people who got tattoos when they were younger, and
10    that was a mistake, and they wish they hadn't done
11    that.  So again, I don't have anything particular
12    against tattoos or people who have tattoos.
13            THE COURT:  So you can be fair and
14    impartial if pictures are shown to you?
15            MR. SKOUSEN:  Absolutely.
16            THE COURT:  Of those people?  Thank you,
17    Mr. Skousen.
18            Ms. Wise, what brought you from Missouri to
19    New Mexico?
20            MS. WISE:  I guess you could say love.
21            THE COURT:  That's a good excuse.  Where do
22    you teach?
23            MS. WISE:  I'm retired.
24            THE COURT:  What grade or subject did you
25    have?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 439

```
 1                MS. WISE:  I was a kindergarten teacher for
 2     APS.
 3                THE COURT:  Okay.  Which school?
 4                MS. WISE:  I was at Manzano Mesa.
 5                THE COURT:  Okay.  All right.  What did
 6     your spouse do before your spouse was deceased,
 7     passed away?
 8                MS. WISE:  Worked at Sandia Casino.
 9                THE COURT:  Okay.  Let's talk about law
10     enforcement.  Are you going to believe law
11     enforcement just because they're a witness up here?
12                MS. WISE:  No.
13                THE COURT:  Okay.  Tell me why that's an
14     emotional question for you.
15                MS. WISE:  That one isn't.
16                THE COURT:  What are you thinking of?
17                MS. WISE:  When I told you about love, I
18     lost my love.
19                THE COURT:  I know you did.
20                MS. WISE:  It still bothers me.
21                THE COURT:  Okay.  I understand that.
22                MS. WISE:  As far as police officers, I
23     believe most of them take the oath with really good
24     intention, and most of them are good people.  I do
25     believe that some of them are not, so...
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 440

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page 441

```
 1              THE COURT:  All right.  And there's --
 2    nobody is going to criticize any belief like that.
 3    But let's talk about the law enforcement that's going
 4    to come into this courtroom and testify.  Could you
 5    give all the parties here in the court the assurance
 6    that just because they tell you in the first few
 7    sentences of their testimony that they're law
 8    enforcement, that you're not going to automatically
 9    believe them?
10              MS. WISE:  No, I would not automatically
11    believe them.
12              THE COURT:  You're going to listen to them,
13    watch them, and see if they're credible, just like
14    any other witness?
15              MS. WISE:  Yes, sir.
16              THE COURT:  Okay.  Let talk about the
17    presumption of innocence.  Can you give these
18    gentlemen that are right in front of you an assurance
19    and the Court an assurance that you will presume them
20    innocent?
21              MS. WISE:  I will, yes.
22              THE COURT:  You're not going to worry about
23    how this case got here; you're going to presume them
24    innocent all the way till you get to the jury room?
25              MS. WISE:  I will do my very best.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 441

```
 1                THE COURT:  And you're not going to be

 2      sitting there thinking that they're more likely

 3      guilty or not guilty because they're sitting in front

 4      of you?

 5                MS. WISE:  No.

 6                THE COURT:  You talked a little bit about

 7      probable cause, so you must have some idea of what

 8      probable cause means and those sort of things.  Can

 9      you put those out of your mind, presume them

10      innocent?

11                MS. WISE:  I'll do my very best, Your

12      Honor.

13                THE COURT:  You said you want to hear from

14      the defendant.  I don't know what these gentlemen are

15      going to do, and I don't know whether they're going

16      to put any evidence on, but you know that the

17      Constitution guarantees them the right not to have to

18      do that; right?

19                MS. WISE:  Yes.

20                THE COURT:  And that's a very cherished

21      right in our Constitution.  Do you agree with me?

22                MS. WISE:  I do, yes.

23                THE COURT:  Even though you might want to

24      hear them, could you give me and these defendants the

25      assurance that you will not hold it against them if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 442

```
 1   they decide not to testify?
 2           MS. WISE:  I believe I would not hold it
 3   against them.
 4           THE COURT:  And you won't infer anything
 5   from it if that's what occurs?
 6           MS. WISE:  No.
 7           THE COURT:  I know you lost your husband in
 8   2016, which is not that far back.  Do you think
 9   you're okay to serve, Ms. Wise?
10           MS. WISE:  Yes.  I'm sorry I got so
11   emotional.
12           THE COURT:  Don't worry about it.  But I
13   think everybody wants to know if you think you'll be
14   able to do this, if you're asked to serve.
15           MS. WISE:  I believe I will.
16           THE COURT:  You live in Albuquerque?
17           MS. WISE:  Um-hum.
18           THE COURT:  You've got some pets, chickens,
19   a big garden?
20           MS. WISE:  Yes.
21           THE COURT:  Who is going to take care of
22   those for eight weeks?
23           MS. WISE:  My neighbors came together and
24   they were kind of like arguing over who was going to
25   get to do what.  So I've got it covered.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  So you've got some good

2    neighbors.

3          MS. WISE:  I do.

4          THE COURT:  Thank you, Ms. Wise.

5    Appreciate it.

6          Mr. Medina, you're over from Hatch.  We

7    talked to you a little bit up here.  Do you want to

8    tell me what you do?  You may have told me, but what

9    do you do?

10         MR. MEDINA:  I work for the New Mexico

11   Department of Transportation.

12         THE COURT:  And what do you do for them?

13         MR. MEDINA:  Equipment operator,

14   maintenance worker.

15         THE COURT:  Your spouse's employer?

16         MR. MEDINA:  My wife is a registered nurse.

17         THE COURT:  I know you've had a back

18   injury.  You talked a little about that.

19         MR. MEDINA:  Yes, sir.

20         THE COURT:  You're able to stand, okay to

21   sit?  Okay to serve?

22         MR. MEDINA:  Yeah, just walking hurts, and

23   if I sit too long, also.

24         THE COURT:  If you can stand at any point

25   you want to, you'd be okay to serve from a health



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 444

```
 1    standpoint?

 2            MR. MEDINA:  Yes, sir.

 3            THE COURT:  Dates of unavailability, you

 4    put N/A.  Are you okay to serve the next eight weeks?

 5            MR. MEDINA:  Well, yeah, until I found out

 6    that they moved my workmen's comp hearing up to

 7    Thursday, this Thursday.

 8            THE COURT:  Okay.  Let's talk a little bit

 9    about that.  If we were to help you call your

10    attorney or that and rearrange it and --

11            MR. MEDINA:  Possibly, yes, sir, I could.

12            THE COURT:  You might be able to serve?  I

13    want to ask you a question that I've asked some of

14    the other jurors about, just make sure that this is

15    the question.  "Do you think that being a gang

16    member, they deserve what they get, even if it means

17    being a victim of a crime?"

18            And you put yes.  Let me see if I

19    understand, or if you want to tell me in your own

20    words.  If it's established that the alleged victim

21    is a gang member, do you think they deserve the same

22    protections just as any other member, or are you

23    going to say they don't deserve the protections

24    because they're a gang member?

25            MR. MEDINA:  No, I'm not going to say that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 445

```
 1    they don't deserve protection.  But I will say that
 2    if -- like, the way I was raised, my father was old
 3    school, so I had a tough bringing up, a lot of
 4    discipline.  And his saying would be, pardon my
 5    French, but (speaking Spanish), which means, "Whoever
 6    is in the crap is going to come out with crap."
 7           So you've got to surround yourself with
 8    good people and make the right decisions.  That's the
 9    point I was trying to make.
10           THE COURT:  Well, I certainly -- my dad
11    didn't use that French, but --
12           MR. MEDINA:  I apologize.
13           THE COURT:  Over in Hobbs, they had a
14    different way of putting it.  But -- so I think some
15    of us got the same advice from our dads, parents and
16    other people.  But we know that some people are gang
17    members.
18           MR. MEDINA:  Yes, sir.
19           THE COURT:  And if it's established that
20    they are, do you think you'd be able to treat those
21    people as having the same protection of the law as
22    anybody else?
23           MR. MEDINA:  Yes, sir.  I'm just saying
24    it's a decision people make.  Some of the decisions
25    people make -- but I mean, it does not -- we all have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 446

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 447

```
 1    rights, so everybody deserves a fair trial, and it
 2    would not impede my ability to listen to the evidence
 3    and to come away with a proper verdict, however I
 4    feel the proper verdict would be.
 5              THE COURT:  Thank you, Mr. Medina.
 6              Mr. Mott, you're down from Los Alamos.
 7    What brought you from Texas to New Mexico?
 8              MR. MOTT:  My grandchildren.
 9              THE COURT:  I can understand that.  What do
10    you do?
11              MR. MOTT:  I'm retired.
12              THE COURT:  What is Quorum Business
13    Solutions?  What is that?
14              MR. MOTT:  It is a company that provides
15    oil and gas accounting software.
16              THE COURT:  And what did your spouse do
17    before retirement?
18              MR. MOTT:  She was a housewife, and then
19    various and sundry jobs in doctors' offices and other
20    businesses.
21              THE COURT:  Any employer I would know or
22    the jurors would know?
23              MR. MOTT:  Probably not.
24              THE COURT:  Okay.  Talk about law
25    enforcement.  There's going to be law enforcement
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 447

```
 1   testify.  Are you going to automatically believe them
 2   because they're law enforcement?
 3              MR. MOTT:  No, sir.
 4              THE COURT:  You can treat them like any
 5   other witness in determining their credibility by
 6   watching their demeanor and how they testify and, if
 7   they're cross-examined, whether they're telling the
 8   truth?
 9              MR. MOTT:  Yes, sir.
10              THE COURT:  Thank you, Mr. Mott.
11              Let me ask -- we've got some people from
12   some smaller towns and things like that.  Are there
13   any members of the jury that know each other?  You've
14   been sitting there.  Have you got to know each other?
15              All right.  Ms. Lee, you're from
16   Alamogordo.  Thank you.  What kind of real estate or
17   Realtor are you?  Commercial or residential?
18              MS. LEE:  Residential qualifying broker.
19              THE COURT:  What does your husband do?
20              MS. LEE:  He's an electronic warfare
21   engineer at the missile range.
22              THE COURT:  What was your major field of
23   study in college?
24              MS. LEE:  Business technology.
25              THE COURT:  Presumption of innocence.  Can
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 448

```
 1    you assume these men that are over here on your right

 2    to be innocent?

 3              MS. LEE:  Innocent until proven guilty.

 4              THE COURT:  And you could wait until you

 5    get back to that deliberation room, to the jury room,

 6    before you ever did anything with that presumption?

 7    You could keep that presumption throughout the trial?

 8              MS. LEE:  Yes.

 9              THE COURT:  And you're going to sit there

10    and assume them to be innocent right now?

11              MS. LEE:  Yes.

12              THE COURT:  And not worry about how they

13    got here, how this case got here?

14              MS. LEE:  I don't know anything, so yes.

15              THE COURT:  Thank you, Ms. Lee.

16              Ms. Solis, what brought you from Texas to

17    New Mexico?

18              MS. SOLIS:  My job.

19              THE COURT:  And what do you do?

20              MS. SOLIS:  I work -- right now I'm working

21    at NMSU, administrative assistant for the College of

22    Business.

23              THE COURT:  All right.  And what -- oh, the

24    Department of Business?

25              MS. SOLIS:  In the Department of Marketing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 449

```
 1    in the College of Business.
 2            THE COURT:  What did your spouse do before
 3    the separation or divorce?
 4            MS. SOLIS:  He was in retail.
 5            THE COURT:  And did he have an employer?
 6            MS. SOLIS:  He was between jobs all the
 7    time.  Part of the reason why I'm here.  I left.
 8            THE COURT:  What was your major field of
 9    study in college?
10            MS. SOLIS:  I was getting into accounting.
11            THE COURT:  Talk to me about how you're
12    going to view law enforcement.  Are you going to
13    automatically believe them or be more likely to
14    believe them because they say they're law
15    enforcement?
16            MS. SOLIS:  Again, I will listen to what
17    they have to say.
18            THE COURT:  All right.  And are you going
19    to believe them any more than any other witness?  Are
20    you going to use the same tools to determine whether
21    they're credible?
22            MS. SOLIS:  Same tools.
23            THE COURT:  All right.  What about the
24    presumption of innocence?  Can you give the Court and
25    these gentlemen the assurance that you'll presume
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 450

1    them innocent and make the Government prove their

2    charges beyond a reasonable doubt?

3              MS. SOLIS:  Absolutely.

4              THE COURT:  All the way through the trial

5    until you get to the jury room to deliberate?

6              MS. SOLIS:  Yes.

7              THE COURT:  You put, "Every person has a

8    right under the law to prove their innocence."  Do

9    you remember writing that on your form?

10             MS. SOLIS:  That's correct.

11             THE COURT:  Now, you heard me talking to

12   some of the other jurors.  Would you agree with me

13   that these gentlemen don't have to prove their

14   innocence?

15             MS. SOLIS:  Yes.

16             THE COURT:  It's the Government that has to

17   prove, if they can, that they're guilty beyond a

18   reasonable doubt; right?

19             MS. SOLIS:  That's correct.

20             THE COURT:  And can you give these

21   gentlemen your assurance that you won't require these

22   defendants to prove their innocence?

23             MS. SOLIS:  Yes.

24             THE COURT:  They have a right to testify,

25   and they have a right to put on witnesses, and they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 451

```
 1    may do that and put on evidence.  But if they don't,
 2    you won't hold that against them in any way?
 3              MS. SOLIS:  Not at all.
 4              THE COURT:  And you won't draw any adverse
 5    inference from it in any way?
 6              MS. SOLIS:  No.
 7              THE COURT:  And photographs.  Could you
 8    give me your assurance that you'll look at them and
 9    consider them, the evidence in this case, all of it?
10              MS. SOLIS:  I will.
11              THE COURT:  All right.  Thank you,
12    Ms. Solis.
13              Mr. Niemeier, you're over from Carlsbad.
14    Thank you.  What brought you from Texas to New
15    Mexico?
16              MR. NIEMEIER:  Family originally in
17    Carlsbad.
18              THE COURT:  And what do you do?
19              MR. NIEMEIER:  I'm an insurance agent and a
20    retirement planner.
21              THE COURT:  Do you have an employer?
22              MR. NIEMEIER:  I'm self-employed.
23              THE COURT:  What was your major field of
24    study in college?
25              MR. NIEMEIER:  Business.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 452

1          THE COURT:  What did your spouse do before

2     the divorce?

3          MR. NIEMEIER:  She worked in retail.  That

4     was 20 years ago.

5          THE COURT:  What was her employer?

6          MR. NIEMEIER:  Express Clothing Store.

7          THE COURT:  Okay.  On the question, "Would

8     you be more likely to believe police officers," talk

9     to me a little bit about the police officers, law

10    enforcement that are going to come in and testify.

11    Are you going to automatically believe them?

12         MR. NIEMEIER:  I don't know if I'd

13    automatically believe them, but as long as they have

14    corroborating evidence, I would be likely to believe

15    their testimony.

16         THE COURT:  Can you treat them like any

17    other witness?  If they're cross-examined, if

18    somebody shows that they're inaccurate or not telling

19    the truth, do you think you'd be able to go ahead and

20    say, "Well, even though that he or she is law

21    enforcement, somebody has shown me that they're

22    inconsistent, and might not be telling the truth or

23    might be inaccurate"?

24         MR. NIEMEIER:  I believe I can do that.

25         THE COURT:  Let's talk about the burden of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 453

```
 1   proof in this case.  Let me refresh my memory about
 2   the question.  "Do you think if a person is brought
 3   to trial, there must be some truth to the charges?"
 4           And you put, "Yes," but you also then put,
 5   "That is why beyond a reasonable doubt is so
 6   important."
 7           Before we even get to the burden, let me
 8   talk to you a little bit about how we're getting
 9   here.  Can you presume these gentlemen to be innocent
10   at the beginning of the trial and throughout the
11   trial and until you get back to that jury room --
12           MR. NIEMEIER:  Yes.
13           THE COURT:  -- to deliberate?
14           MR. NIEMEIER:  Yes.
15           THE COURT:  Okay.  And -- all right.  Thank
16   you, Mr. Niemeier.
17           Ms. Griego, you're down from Santa Fe.
18   Thank you.  What is a respite care provider?
19           MS. GRIEGO:  I work with seniors.
20           THE COURT:  And what do you do there?
21           MS. GRIEGO:  I provide respite for the
22   caregivers.
23           THE COURT:  Does the City of Santa Fe own
24   that facility?
25           MS. GRIEGO:  I'm in their homes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 454

```
 1              THE COURT:  And what does your spouse do?
 2              MS. GRIEGO:  He's in construction.
 3              THE COURT:  All right.  Does he have an
 4    employer?
 5              MS. GRIEGO:  Yes.
 6              THE COURT:  About police officers and law
 7    enforcement that are going to come testify, are you
 8    going to automatically believe them or be more likely
 9    to believe them than other witnesses in the case?
10              MS. GRIEGO:  No.
11              THE COURT:  Do you think you could treat
12    them, as far as credibility, the same way you do
13    other witnesses?
14              MS. GRIEGO:  Yes.
15              THE COURT:  And listen to the
16    cross-examination and other evidence and watch their
17    demeanor and make a decision before you believe them
18    or not?
19              MS. GRIEGO:  Yes.
20              THE COURT:  Talk to me about the
21    presumption of innocence.  Could you give these men
22    and the Court the assurance that you'll presume them
23    innocent throughout the entire trial until you go
24    back to that jury room to deliberate?
25              MS. GRIEGO:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 455

```
 1              THE COURT:  And you won't worry about how
 2    we got here, or why we're here until you get back
 3    there?
 4              MS. GRIEGO:  No.
 5              THE COURT:  And you put on your jury form,
 6    "I think needs to be able to testify."  Certainly if
 7    the defendants want to testify, they'll have that
 8    right.  That's guaranteed to them, as well.  But if
 9    they decide not to testify or put on any evidence,
10    can you assure them and the Court that you'll not
11    draw any inference from it?
12              MS. GRIEGO:  Yes.
13              THE COURT:  And you won't hold that against
14    them in any way?
15              MS. GRIEGO:  Yes.
16              THE COURT:  Photographs, evidence.  Can you
17    assure me that you'll look at it and consider it?
18              MS. GRIEGO:  Yes.
19              THE COURT:  And then after you look at it
20    and consider it, you won't get emotional, you'll just
21    be fair and impartial to the parties here?
22              MS. GRIEGO:  I will try.
23              THE COURT:  Healthwise, are you okay to
24    serve?
25              MS. GRIEGO:  I'm a diabetic on insulin.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 456

```
 1              THE COURT:  If we can take care of you,
 2    make sure you get what you need to keep your sugar
 3    levels okay, do you think you'd be able to serve?
 4              MS. GRIEGO:  I will try.
 5              THE COURT:  Tattoos.  I know you said you
 6    didn't care for them, but there's going to be
 7    probably some pictures of people wearing tattoos.
 8    Can you be fair and impartial to the people --
 9              MS. GRIEGO:  Yes.
10              THE COURT:  -- who have tattoos?  I know
11    Las Cruces is a long way from Santa Fe, and you've
12    got a job.  Do you think you'd be okay to serve?
13              MS. GRIEGO:  Well, I don't drive
14    long-distance, so my husband had to bring me down.
15              THE COURT:  If you were selected, what
16    would be your plan?
17              MS. GRIEGO:  I don't know.
18              THE COURT:  Would it be likely that
19    somebody would drive you here, and then you'd get to
20    the courthouse, and then you go back on the weekends,
21    somebody pick you up?
22              MS. GRIEGO:  I'm not sure.
23              THE COURT:  Not sure.  Okay.  Thank you,
24    Ms. Griego.
25              MS. GRIEGO:  All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 457

```
 1              THE COURT:  Ms. Beavers.  You may be our

 2   last one tonight.  You're from Alamogordo.  Thank

 3   you.  What do you do?

 4              MS. BEAVERS:  I work for New Mexico State

 5   University, the branch in Alamogordo.

 6              THE COURT:  And are you in a particular

 7   department there?

 8              MS. BEAVERS:  I work for the vice president

 9   for academic affairs.  I work in the office, catalog,

10   curriculum, schedule, recertifications.

11              THE COURT:  You've been represented by an

12   attorney in the past.  What was that in connection

13   with?

14              MS. BEAVERS:  I actually don't remember

15   that.

16              THE COURT:  Dates of unavailability, you

17   put "unknown at this time."  How are we doing now

18   that we're in the courtroom?  Are you okay?

19              MS. BEAVERS:  Other than, you know,

20   standard work deadlines, but probably no more or less

21   than everyone else has.

22              THE COURT:  So if you were selected, you'd

23   be able to serve?

24              MS. BEAVERS:  Yes.

25              THE COURT:  Any evidence, pictures or
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 458

1    something like that -- could you assure the Court

2    that you would look at them and consider them?

3              MS. BEAVERS:  Yes.

4              THE COURT:  All right.  And I know you have

5    concerns about an eight-week trial, but you'd be able

6    to serve if you were selected?

7              MS. BEAVERS:  Yes.

8              THE COURT:  All right.  Thank you,

9    Ms. Beavers.

10             Let me get one more tonight and then we'll

11   stop.

12             Ms. Cardenas, let me do you.  You're from

13   Deming.  Thank you.  What does your spouse do?

14             MS. CARDENAS:  He's a supervisor for a

15   drilling company for environmental work.

16             THE COURT:  All right.  What kind of

17   drilling is it?

18             MS. CARDENAS:  Contamination,

19   environmental.

20             THE COURT:  You put dates of unavailability

21   June 25 through July 4.  We're going to be done by

22   then.  Are you okay to serve over the next eight

23   weeks?

24             MS. CARDENAS:  Yes.

25             THE COURT:  Police officers, law

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 459

1    enforcement.  Are you going to be more likely to

2    believe them, or are you going to take them one at a

3    time and watch them and listen to them before you

4    make a determination whether they're believable?

5              MS. CARDENAS:  No, I can be fair.

6              THE COURT:  You think you can just make

7    determinations one by one?

8              MS. CARDENAS:  Yes.

9              THE COURT:  Presumption of innocence.  Can

10   you assure these gentlemen and the Court that you'll

11   presume them innocent until you get back to the jury

12   room to deliberate, and you won't worry about how the

13   case got here?

14             MS. CARDENAS:  Yes.

15             THE COURT:  And you know that they don't

16   have to testify or put on any witnesses; correct?

17             MS. CARDENAS:  Correct.

18             THE COURT:  And you won't hold that against

19   them if they make a decision not to do that?

20             MS. CARDENAS:  No.

21             THE COURT:  And you won't draw any

22   inference from their not putting on any witnesses?

23             MS. CARDENAS:  No.

24             THE COURT:  All right.  Thank you,

25   Ms. Cardenas.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 460

```
 1            All right, let's pause there for the
 2   evening.  We've worked hard.  I know we got started a
 3   little bit late.
 4            Let me talk to you a little bit about --
 5   since we're breaking for the evening.  This will be
 6   our first break for the evening.  I'm going to remind
 7   you of a few things that are especially important.
 8            Until the trial is completed, you're not to
 9   discuss this case with anyone, whether it's members
10   of your family, people involved in the trial, or
11   anyone else.  And that includes your fellow jurors.
12   So if y'all are staying at the same hotel or
13   something like that, please talk about something
14   else.  Don't talk about this trial.
15            If anyone approaches you -- there's a lot
16   of people here -- and tries to discuss the trial with
17   you, please let me know immediately.  Also, you must
18   not read or listen to any news reports of the trial.
19   Again, don't get out of here and do any research for
20   purposes of this case on the internet or anywhere
21   else.
22            And finally, remember that you must not
23   talk about anything with any person who is involved
24   in the trial, even if it doesn't have anything to do
25   with the trial.  So a lot of people are going to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 461

```
 1   leaving the courtroom together.  Let's just not talk
 2   to the people sitting at these tables at all.
 3           If you need to speak with me, give a note
 4   to one of the court security officers or to Ms. Bevel
 5   or to Ms. Wild.
 6           I may drop off saying these tomorrow.  I
 7   may start off in the day saying them.  But if I don't
 8   say them, do keep them in mind.
 9           Ms. Wild, should they just gather outside
10   the courtroom at 8:30?
11           THE CLERK:  Yes.
12           THE COURT:  Please don't go back to Jal or
13   Hobbs or anything like that.  Enjoy a nice overnight
14   stay in Las Cruces.  I've been down here a lot over
15   my career.  There are some great restaurants.  And
16   just enjoy it.  And do come back.  I'll meet you
17   outside the courtroom.  Ms. Bevel and Ms. Wild will
18   meet you outside.  So don't come in until we come out
19   and get you.  But try to be on time, through security
20   and everything, out there at 8:30.
21           I've got a little bit more questioning I'm
22   going to do like we're doing here, and then I'm going
23   to turn you over to the attorneys to let them ask
24   some questions.
25           Let me thank you for what you've done for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 462

1    us.  I know you're probably going to think I say this

2    all the time because you think I'm obligated to, but

3    I get good feelings about the people in this room and

4    that you're good folks, and you're good citizens, and

5    I appreciate the way you've been very open with us,

6    the way you've been patient with us, and done what

7    we've asked you to do.  So I thank you a lot.

8              I hope you have a good evening.  If you're

9    traveling, be safe.  We'll see you at 8:30 in the

10   morning.

11             (The venire panel left the courtroom.)

12             THE COURT:  All right.  I appreciate

13   everybody's hard work.  I know that it was a little

14   bit rough getting started here in the morning, but I

15   appreciate your hard work.  And I'll be turning it

16   over to y'all pretty soon in the morning, so y'all

17   have a good evening.  See y'all tomorrow.

18             (The Court stood in recess.)

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 463

```
1    UNITED STATES OF AMERICA

2    STATE OF NEW MEXICO

3

4               C-E-R-T-I-F-I-C-A-T-E

5         I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6    Official Court Reporter for the State of New Mexico,

7    do hereby certify that the foregoing pages constitute

8    a true transcript of proceedings had before the said

9    Court, held in the District of New Mexico, in the

10   matter therein stated.

11        In testimony whereof, I have hereunto set my

12   hand on this 16th day of July, 2018.

13

14                  _____

15                  Jennifer Bean, FAPR, RMR-RDR-CCR
                    Certified Realtime Reporter
16                  United States Court Reporter
                    NM Certified Court Reporter #94
17                  333 Lomas, Northwest
                    Albuquerque, New Mexico 87102
18                  Phone:      (505) 348-2283
                    Fax: (505) 843-9492
19                  License expires:  12/31/18

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 464

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF NEW MEXICO

 3    UNITED STATES OF AMERICA,

 4                   Plaintiff,

 5       vs.                NO:  CR-15-4268 JB

 6    ANGEL DELEON, et al.,

 7                   Defendants.

 8

 9       Transcript of Jury Trial before The Honorable
      James O. Browning, United States District Judge, Las
10    Cruces, Dona Ana County, New Mexico, commencing on
      April 10, 2018.
11    For the Plaintiff:  Ms. Maria Armijo, Mr. Randy

12    Castellano, Mr. Matthew Beck

13

14    For the Trial 2 Defendants:  Mr. Brock Benjamin;
      Ms. Cori Harbour-Valdez; Mr. Patrick Burke; Mr. Jim
15    Castle; Mr. Robert Cooper; Mr. James Lahann; Mr. Joe
      Shattuck; Mr. John Granberg; Mr. Eduardo Solis;
16    Mr. Scott M. Davidson; Mr. Richard Sindel; Mr. Billy
      Blackburn; Mr. Donovan Roberts; Ms. Lisa Torraco; Ms.
17    Angela Arellanes.

18

19

20            Jennifer Bean, FAPR, RDR, RMR, CCR
21            United States Court Reporter
              Certified Realtime Reporter
22               333 Lomas, Northwest
              Albuquerque, NM  87102
23            Phone:   (505) 348-2283
                Fax:   (505) 843-9492
24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 465

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 466

1          THE COURT:  All right.  Let's go on the

2    record.  I think Ms. Wild has gone out to check on

3    our jury to see where they are.

4          Is there anything we need to discuss before

5    we bring the jury in?  Anything new for you, Mr.

6    Burke?

7          MR. BURKE:  I just wanted to put on the

8    record I went into the exercise room at my hotel and

9    I thought I recognized -- and it was Carrie

10   Menapace-Corral, and I said, "Are you?"

11         And she said, "Yes."

12         And I said, "I'll excuse myself," and I

13   just wanted that --

14         THE COURT:  Okay.  I appreciate that.  I

15   waved at one of the jurors at my hotel today, but

16   didn't speak.  Just waved.

17         Anything else you need to put on the

18   record, Mr. Castle?

19         MR. CASTLE:  Yes, Your Honor.  I think it

20   was last Thursday that the Court authorized some

21   seizures -- or maybe it wasn't the Court authorizing

22   it, but the Government was going to do seizures of

23   some items in our clients' possession.  And we're

24   wondering what the process is going to be here on

25   out.  I am concerned because I believe that the taint



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 466

```
 1    team is not taking the view that I think they should
 2    take, which is:  The only thing that they were
 3    supposed to seize and collect would be items that
 4    would be contraband under the rules of the Marshal
 5    Service or whatever facility they're in or things
 6    that are evidence of a crime.  Like in my client's
 7    instance it appears that they've seized documents
 8    that we printed off for the client and provided them
 9    that were not illegal or not part of discovery or
10    anything of that nature.  So I'm trying to figure out
11    what the process is going to be.
12            THE COURT:  Have you talked to the taint
13    team?
14            MR. CASTLE:  We've communicated, because it
15    was over the weekend, and I didn't have a phone
16    number that was active for them over the weekend.
17            THE COURT:  I guess I'm wondering if you
18    could try to talk to them.  I know we're all busy in
19    here in the courtroom.  Try to talk to them directly.
20    And then if it can't be worked out, we'll try to
21    carve out a time to pipe them back in here and talk
22    to them.  Would that work?
23            MR. CASTLE:  That would work.  I was
24    wondering if the Court could do something generally
25    for us, and that is inform the jury that sometimes
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Counsel may be getting up to go outside not because
 2    we're out having a cigarette or candy, but because
 3    we're doing business and we can't do it here in the
 4    courtroom.  If the Court would do that for us, that
 5    would be great, and I can take some time this morning
 6    and make that call.
 7              THE COURT:  Any objection to that, Ms.
 8    Armijo?
 9              MS. ARMIJO:  Well, yeah.  I think that --
10    well, as long as it works both ways.  If they're
11    going to be calling the taint team, we would be
12    allowed to call the taint team.  I think so far all
13    communications have been through the Court.  I was
14    unaware that they have reached out to the taint team.
15    So I guess it works both ways.  But what I was
16    suggesting is the request from Mr. Eicker was, what
17    does he do with the nonprivileged material?  And it's
18    not just gathering U.S. Marshal contraband.  This was
19    specific to this case in reference to the court
20    order, because these defendants -- and I'm using
21    "these defendants" broadly, not just these people
22    here in court -- are not to have certain documents in
23    their possession.  So I think that Mr. Eicker may not
24    be able to figure that out.
25              So whatever is nonprivileged I think does
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 468

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 5169

```
1    need be shown to the prosecution to determine if it

2    is under the order or not, and then disclosed

3    properly.  Because if we just give it back to the

4    defense and they're not allowed to have it, it does

5    away with it, number 1; and 2, obviously, the

6    relevance, if they do have, you know -- if they have

7    information on all of the CIs and something that is

8    inculpatory, then obviously that would be important,

9    too.  So we, too, will reach out to Mr. Eicker this

10   morning as well.

11           THE COURT:  I guess I see a little bit of

12   difference with you reaching out to Eicker without

13   the Court being present and the defendants reaching

14   out.  Mr. Eicker is going to protect the Government's

15   interests.  That's what you have a taint team for.

16   So if you feel a need to reach out to them, let's do

17   it with everybody present and you making your pitch

18   to the taint team in the presence of the Court and

19   also in the presence of the defendants.

20           I think if Mr. Castle reaches out on behalf

21   of the defendants, the taint team is going to have

22   your interests in mind.  And so I don't feel a need

23   to be present for that.  They'll take care of your

24   interests.

25           MS. ARMIJO:  Then I think we need to set up
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 469

```
 1    something or come to an agreement what we do with the
 2    nonprivileged, because that was the specific question
 3    that he reached out to the Court on, and I think
 4    that's what needs to be decided.
 5              THE COURT:  Okay.  Well, I mean, we have
 6    rules in place.  If we need to revisit those rules,
 7    we can.  But we haven't had any trouble here until
 8    just now about what should be in the cell.  So why
 9    don't y'all -- if there is a dispute, I can tell you
10    what should be in the cell or not.  But we haven't
11    had any problems for months and months, because the
12    rules have been clear, so...
13              MS. ARMIJO:  And I would agree with that.
14              THE COURT:  Let's do this.  I think we've
15    got the jury available.  Let's try to take this up at
16    a different time.
17              Ms. Wild, is the jury all here and
18    everything?
19              THE CLERK:  Yes, sir.
20              THE COURT:  Look good from that angle?
21              Guys, keep your feet in when we bring the
22    jury in.  This is a real important stage, so just
23    keep it in.  Remember, no parties or attorneys stand.
24              (The venire panel entered the courtroom.)
25              THE COURT:  Good morning, everyone.  If
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 470

1    you'll just go back to your seats that you had all
2    day yesterday, we'll get started.
3            Good morning.
4            MS. DWORE:  Good morning.
5            THE COURT:  Good morning, everyone.  Looks
6    like we've got everybody.  Thank y'all.  I appreciate
7    you coming back.  I also hope you had a good evening
8    in Las Cruces.  I went over to the Pecan Grill and
9    shared a steak with my wife.  So if you haven't tried
10   the Pecan Grill, I sure enjoy it.  I know that Cattle
11   Baron has got some good steaks, too, but I like that
12   Pecan Grill.  So if you're back in town or are one of
13   the people that are selected, you might want to check
14   it out while you're here.
15           All right.  I'm going to go a little bit
16   further with some of the questions that I had, and
17   then we're going to be turning over this morning for
18   some additional direct voir dire from counsel.
19           So I'll start.  Let's see.  All right.
20   Mr. Kulpa, I'm going to start with you this morning.
21   What brought you from New York to New Mexico?
22           MR. KULPA:  My -- at the time my wife and
23   our two children moved from New York to Las Cruces,
24   because she's now my ex-wife.  Because -- she's fine,
25   but she wanted to be closer to home.  So at that time

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                            1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    I was just starting graduate school, and so I looked
 2    for places in the Southwest that would have me, and
 3    it just so happened that New Mexico State University
 4    Psychology Department was interested in having me as
 5    a graduate student.  So we came here.  In fact, her
 6    hometown is Las Cruces, so it worked out for her.
 7    And it worked out for me and -- we have three
 8    children now.  At the time we had two.
 9              THE COURT:  And what do you do?
10              MR. KULPA:  I'm a psychology and education
11    researcher.
12              THE COURT:  And what is the SOAR Lab?  What
13    is that SOAR Lab?
14              MR. KULPA:  The SOAR Lab is the Southwest
15    Outreach Academic Research Lab.  It's located in the
16    Education College of New Mexico State University, and
17    we do education research, we evaluate educational
18    programs.  We analyze -- we set up studies to analyze
19    the effectiveness of educational programs.
20              THE COURT:  And you're working on your
21    Ph.D. now?
22              MR. KULPA:  I'm basically finished, so I
23    defended the dissertation about a week and a half
24    ago, and today and tomorrow I have to work on the
25    final revisions of the document and turn that in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 472

```
 1    tomorrow.  And then I'll have to do some revisions on

 2    formatting issues.  But yeah, pretty much done with

 3    that.

 4              THE COURT:  My middle son successfully

 5    defended his Ph.D. dissertation in philosophy on

 6    February 7.

 7              MR. KULPA:  Congratulations.

 8              THE COURT:  Well, yeah.  It is a family

 9    thing, isn't it?

10              MR. KULPA:  Yeah, very.

11              THE COURT:  I think he graduated from high

12    school about 2001, so it seems like it's been a long

13    time.  And I was in trial on February 7, so I

14    couldn't go back for his dissertation, so I flew in

15    on the weekend and bought him a steak at Delmonico's.

16    Y'all probably think I just eat steak all the time.

17    I was a lot poorer after I bought that steak.  I tell

18    you that.

19              You listed dates of unavailability from

20    April 12th through the 14th, later this week.

21              MR. KULPA:  Yes.  Very early in the morning

22    on the 12th, I would like to fly to Denver and

23    present this work.

24              THE COURT:  Okay.  And then you had May 23

25    through 27.  What's happening then?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 473

1           MR. KULPA:  That's a conference.  I believe

2    that's Wednesday through Sunday of that week.  That's

3    a conference in San Francisco, a larger conference.

4    I'll also present the work there.

5           THE COURT:  And the one this week is a

6    conference, as well?

7           MR. KULPA:  That's right.

8           THE COURT:  I understand how those work,

9    because my son is beginning to go through those, as

10   well.

11          What did your spouse do before the divorce?

12          MR. KULPA:  When she was employed, mostly

13   it was as a cosmetologist, doing hair and nails.

14          THE COURT:  Did she have a particular

15   employer, or did she do work --

16          MR. KULPA:  When I met her, she was working

17   at the Palace Station Casino and Hotel in Las Vegas,

18   Nevada.  When we were in New York, she was employed

19   with Seneca Niagara Casino in Niagara Falls, New

20   York, and a few other smaller places.

21          THE COURT:  I'm going to ask you a few

22   questions about some of your answers to the

23   questionnaire.  One was -- the question was:  Is it

24   more likely that a person brought to trial is guilty

25   under the law?  And you checked Yes, and then said,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 474

```
 1    "I would assume a person brought to trial is more
 2    likely to be guilty than another random person," I
 3    think is what it says, "not brought to trial."
 4              We talked a little bit about the
 5    presumption of innocence yesterday.  Is there any
 6    inconsistency between your thoughts that you put on
 7    the questionnaire and the presumption of innocence?
 8              MR. KULPA:  No.  I would say that I'm
 9    capable of presuming any defendant, defendants, here
10    to be innocent until we go to deliberation and
11    determine that they're guilty, if so we do that.
12              Now, my statement about -- I suppose I hold
13    to that statement that a defendant here -- I guess
14    it's sort of an academic point, but that a defendant
15    here is -- and this could probably be shown -- that a
16    defendant here is more likely to be guilty of the
17    crimes charged here than, say, somebody -- the
18    average random person that I choose off the street.
19    I don't want to split hairs.  But let me say that I
20    can certainly presume these defendants here innocent,
21    and I will not presume them guilty until we've
22    reviewed the facts and determined that.
23              THE COURT:  All right.  I wanted to ask you
24    a question about one of your answers to the -- about
25    tattoos.  You said, "I'm biased against them a very
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 475

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 476

1  small amount." You may see some tattoos in this

2  case. Can you still be fair and impartial depending

3  on -- well, depending on who has those tattoos or

4  it's shown that they have the tattoos?

5        MR. KULPA: Yes, I believe I can. I

6  just -- my answer just, you know, admitted some bias

7  that I believe I have. But knowing that I have that,

8  I can adjust for it.

9        THE COURT: We talked a little bit about

10 your schedule. If you were selected for this jury,

11 would you be able to serve? I know that it would

12 interfere with some things, but would you be able to

13 do it?

14        MR. KULPA: I would just like to say that I

15 really would like to ask to not be selected at this

16 time. I'm very happy to serve in the future, but I'd

17 just ask to please be excused this time. This is a

18 pretty pivotal point in my career and life and my

19 family's life, having just finished the dissertation,

20 and I need to go and present this work to have

21 opportunities for employment in the near future. My

22 employment at the SOAR Lab ends in May. It would be

23 very hard. It would be very not good, I think, now.

24 I mean, I would love to serve, but I would very much

25 prefer not to at this point.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 476

```
 1              THE COURT:  All right.  Thank you,
 2    Mr. Kulpa.
 3              Ms. Williams, I mentioned yesterday I was
 4    from Hobbs, my wife is from Hobbs, my parents still
 5    live there.  You don't know Weldon and Shirley
 6    Browning, do you?  Live over on Stevens Drive?
 7              MS. WILLIAMS:  I do not.
 8              THE COURT:  Did you know where Hodgepodge
 9    and Art was?
10              MS. WILLIAMS:  I do, Your Honor, yes.
11              THE COURT:  That was my mom's store there.
12    Did you ever go in there?
13              MS. WILLIAMS:  I did not, but a friend of
14    mine lives in that house now.
15              THE COURT:  Okay.  I was going to mention
16    to Mr. Troy that I did mention you to my wife and she
17    knew you from Taylor Baptist.  She said your family
18    went to Taylor Baptist.  She remembered you right off
19    the bat.
20              MR. TROY:  I know everyone from Hobbs.
21              THE COURT:  Her name was Jan Ramey.  She
22    was blond, played the piano.  Ring any bells with
23    you?
24              MS. WILLIAMS:  Yeah.
25              THE COURT:  Her dad owned Jack's Office
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 477

```
 1   Supply downtown.
 2            Ms. Williams, what brought you from Texas
 3   to New Mexico?
 4            MS. WILLIAMS:  My husband was in the oil
 5   field and he got transferred temporarily to New
 6   Mexico about 30 years ago.
 7            THE COURT:  My dad had a temporary job in
 8   Lea County for a while, too, and he was there --
 9   they're still there.
10            MS. WILLIAMS:  Some of my roots are there.
11            THE COURT:  There you are.  And what did
12   you do?
13            MS. WILLIAMS:  I'm a nurse.  I work in a
14   nursing home.
15            THE COURT:  And who is your employer?
16            MS. WILLIAMS:  My employer is Desert
17   Springs Nursing and Rehab.
18            THE COURT:  And what did your spouse do
19   before becoming disabled?
20            MS. WILLIAMS:  My husband worked in the oil
21   field.  He worked for a company named DCP Midstream.
22   He did corrosion prevention on pipelines.
23            THE COURT:  And how has your hearing been
24   in the courtroom?
25            MS. WILLIAMS:  It's been fine.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 478

```
 1              THE COURT:  The acoustics work for you
 2   here?
 3              MS. WILLIAMS:  It has.
 4              THE COURT:  If people talk in microphones,
 5   you're okay?
 6              MS. WILLIAMS:  Yes.
 7              THE COURT:  All right.  Let me ask you
 8   about a couple of your answers to some of the
 9   questions on the questionnaire.  This one is:  Do you
10   think if a person is brought to trial, there must be
11   some truth to the charge?  And you said, "Yes, the
12   grand jury had to have evidence."  How do you kind of
13   square your thoughts there with the presumption of
14   innocence?
15              MS. WILLIAMS:  Yeah, I think that I can
16   presume they're innocent, yes.
17              THE COURT:  All right.  And can you kind of
18   put aside how we got here, and anything about the
19   grand jury, just put that aside and just focus on the
20   evidence here?
21              MS. WILLIAMS:  Yes, I can.
22              THE COURT:  Another question and answer
23   that you had was:  "If, after hearing the evidence,
24   you thought the defendant could be guilty but you
25   were not convinced beyond a reasonable doubt that he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 479

1   is guilty, would you be able to return a verdict of

2   not guilty?"  And you checked No.  Is that still your

3   answer, or -- and if it is, what's your thinking?

4         MS. WILLIAMS:  No, I think that probably I

5   misunderstood the question.

6         THE COURT:  Okay.  So if you think there is

7   a chance they could be guilty but the Government

8   hasn't proved it beyond a reasonable doubt --

9         MS. WILLIAMS:  Yes, sir.

10         THE COURT:  -- you could return a verdict

11   of not guilty?

12         MS. WILLIAMS:  Yes.

13         THE COURT:  All right.  And you put, "It

14   has to be proven," and you know it has to be proven

15   beyond a reasonable doubt?

16         MS. WILLIAMS:  Yes.

17         THE COURT:  All right.  And you would hold

18   the Government to that burden?

19         MS. WILLIAMS:  Yes.

20         THE COURT:  And one other question I was

21   going to ask about.  It says, "What thoughts, if any,

22   do you have about tattoos?"  And you said you're not

23   in favor of multiple visible tattoos.  If you see

24   some pictures of tattoos, do you think you can still

25   be fair and impartial to all the parties here?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MS. WILLIAMS:  Yes, I think I can overlook

2     that.

3           THE COURT:  Thank you, Ms. Williams, I

4     appreciate it.

5           Mr. Kennedy, you're all the way down from

6     Farmington.  Thank you very much.  What do you do?

7           MR. KENNEDY:  Oh, by trade I'm an

8     operations manager.  I usually am in the energy and

9     construction field.  Currently I'm working as a

10    district supervisor for UniFirst.

11          THE COURT:  What is UniFirst?

12          MR. KENNEDY:  UniFirst is a uniform company

13    that also services mats and consumables for small

14    businesses and large corporations alike, most notably

15    the United States Postal Service.

16          THE COURT:  Let me ask you about a couple

17    of questions that you had.  They are kind of related.

18    One is:  Do you think, if a person is brought to

19    trial, there must be some truth to the charges?  And

20    then we had a similar question a little bit later.

21    If a person brought to trial as a member of a prison

22    gang and that gang is allegedly involved in murder,

23    assault, and drug-trafficking, there must be some

24    truth to the charges against the individual person?

25          You checked Yes on both of those, and I was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 481

Appellate Case: 20-2058     Document: 010110513730     Date Filed: 04/27/2021     Page: 482

1   wondering what your thoughts were about those answers

2   and the presumption of innocence.  How do you kind of

3   square those and work those out?

4              MR. KENNEDY:  No.  I don't think

5   necessarily it has any clouding on the presumption of

6   innocence.  I believe all false information is

7   shadowed with truths.  I believe the more truths you

8   put into the false accusation or information, the

9   more believable it becomes.  So I know it's very

10  important to scrutinize details and variables in each

11  individual case, so I think...

12             THE COURT:  So you think you could put

13  aside how we got here while we're having this trial,

14  and just focus on the evidence here and presume these

15  gentlemen innocent throughout the trial until you get

16  back to deliberate?

17             MR. KENNEDY:  Absolutely.

18             THE COURT:  Thank you, Mr. Kennedy.

19             Ms. Scifres, am I saying that correctly?

20             MS. SCIFRES:  Scifres.

21             THE COURT:  You're over from Roswell?

22  Thank you.  What brought you from California to New

23  Mexico?

24             MS. SCIFRES:  My husband was born and

25  raised in Roswell.  We moved back after being in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 482

```
 1   military.
 2            THE COURT:  My first year of law school, I
 3   spent the summer there.  It's a very nice town.  I
 4   must say, I had a little carriage house that didn't
 5   have any air conditioning, and I found out how hot
 6   the Pecos Valley is.
 7            MS. SCIFRES:  We have lots of wind.
 8   Windows.
 9            THE COURT:  What do you do, Ms. Scifres?
10            MS. SCIFRES:  I'm a shipping and receiving
11   manager for Roswell Livestock and Farm Supply.
12            THE COURT:  And what did your spouse do
13   before retirement?
14            MS. SCIFRES:  He was in security, and now
15   he's unemployed.
16            THE COURT:  All right.  And what branch did
17   he work --
18            MS. SCIFRES:  Navy.
19            THE COURT:  And what did he do there?
20            MS. SCIFRES:  Avionics technician.
21            THE COURT:  And did you say his employer --
22   what the name of the firm was?
23            MS. SCIFRES:  Mine is Roswell Livestock --
24            THE COURT:  Well, his.
25            MS. SCIFRES:  Navy.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 483

```
 1              THE COURT:  Oh, Navy.  Okay.  All right.
 2              A couple of questions about your answers on
 3     the special questionnaire.  It says:  "Do you believe
 4     that it should be easier to convict a prison inmate
 5     who commits a crime in prison than a person who is
 6     not in prison who commits the same crime?"  And you
 7     said yes.  What's your thinking about that being
 8     easier?
 9              MS. SCIFRES:  I believe they're there for a
10     reason if they were convicted of whatever they were
11     convicted of.
12              THE COURT:  Okay.  If I were to instruct
13     you that it doesn't matter where the alleged crime
14     occurred, the burden is always going to be the same,
15     on the Government, to prove beyond a reasonable doubt
16     each and every element, would you be able to follow
17     that instruction?
18              MS. SCIFRES:  I believe so, yes.
19              THE COURT:  And so if I were to instruct
20     you that this case isn't going to be any easier than
21     any other case for the Government to try to get a
22     conviction, would you be able to follow that
23     instruction?
24              MS. SCIFRES:  Yes.
25              THE COURT:  All right.  Thank you, Ms.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 484

```
 1    Scifres.

 2              Mr. Donart, good morning again to you.

 3    You're down from Rio Rancho.  Thank you very much.

 4    What do you do?

 5              MR. DONART:  I'm currently working in the

 6    biosafety office and the conflict of interest office

 7    at UNM.  I've only been there two weeks.  Before

 8    that, I was in biology research.

 9              THE COURT:  And what is UNM HSC?

10              MR. DONART:  Health Sciences Center.

11              THE COURT:  Is that right on campus near

12    the hospital and the law school, in that area?

13              MR. DONART:  Yeah.

14              THE COURT:  And what does your spouse do?

15              MR. DONART:  She is also in biology

16    research.  She just traded jobs, as well.  So she's

17    working for a company called Sartorius now.

18              THE COURT:  And your dates of

19    unavailability, you had June 1, and we talked a

20    little bit -- that seems to be the very outside date.

21    But what do you have on that date?

22              MR. DONART:  June 1 was the scheduled

23    testing date for my dental exam.  Also added some

24    dates that I thought of.

25              THE COURT:  The other one you had was May
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 485

```
 1   16.   And what happens then?
 2              MR. DONART:  Oh, May 16 is the
 3   Institutional Biosafety Committee meeting, which I
 4   was hired be the administrator for.
 5              THE COURT:  Okay.  A few questions about
 6   some of your answers on the questionnaire.  In
 7   response to, "In what ways, if at all, might your
 8   religious or philosophical beliefs affect your
 9   service on the jury," you said, "My religion guides
10   all my decisions."  Do you see any possibility of any
11   conflict between your religious beliefs and the
12   evidence in this case as you know -- it has been
13   described over the last couple of days or my
14   instructions, do you see any problems there?
15              MR. DONART:  No, sir.
16              THE COURT:  And a couple of questions that
17   we've already touched on this morning.  The one about
18   easier to convict if the -- convict a prison inmate
19   who commits a crime in prison than a person who is
20   not in prison who commits the same crime, and you put
21   yes.  And I think you were there talking about
22   probably there's more evidence, like videos and
23   stuff.
24              MR. DONART:  Yeah.
25              THE COURT:  Is that what you had in mind?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 486

1          MR. DONART:  I was thinking of prison as a

2    more restricted environment, smaller population, more

3    oversight.

4          THE COURT:  So you might have more evidence

5    and that's the reason it's easier?

6          MR. DONART:  Right.

7          THE COURT:  But would you agree that it's

8    not easier on the Government; they have the same

9    burden of proving every element beyond a reasonable

10   doubt?

11         MR. DONART:  Yes, sir.

12         THE COURT:  Okay.  So it's not easier in

13   that sense?

14         MR. DONART:  Right.

15         THE COURT:  And then again, this question

16   about there must be some evidence or truth to the

17   charges against the individual person.  One time you

18   checked Yes, one time you checked No.  And your

19   thoughts about that and the presumption of innocence?

20         MR. DONART:  I think "must" is probably a

21   bit stronger word than I was thinking, but...

22         THE COURT:  You wouldn't have any problem

23   presuming these people innocent and forgetting how

24   they got here and how this trial got started?

25         MR. DONART:  No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 487

```
 1              THE COURT:  And the other question was:
 2    "If, after hearing the evidence, you thought the
 3    defendant could be guilty but you were not convinced
 4    beyond a reasonable doubt that he is guilty, would
 5    you be able to return a verdict of not guilty?"  And
 6    you put No there.  Is that still your answer or --
 7              MR. DONART:  I think I misunderstood the
 8    question, as well.
 9              THE COURT:  So if you came to the end and
10    you thought there's a chance they're guilty but the
11    Government hadn't proved it beyond a reasonable
12    doubt, you would be able to check that box and say
13    "Not guilty"?
14              MR. DONART:  Yes, sir.
15              MR. SINDEL:  You indicated that you might
16    have some problems, that it was possible you would
17    not be able to look at photographs and video
18    recordings.  After sitting here a couple of days, do
19    you think that if you were told to look at them and
20    consider them, would you be able to do that?
21              MR. DONART:  Yeah.
22              THE COURT:  Tattoos.  You had that -- you
23    said they're pretty common these days, didn't
24    understand why people put them on their faces, I
25    think.  I don't know if we're going to see evidence
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 488

```
1    on faces and stuff, but if we do see tattoos on

2    faces, do you think you could be fair and impartial

3    to those people?

4              MR. DONART:  Yes, sir.

5              THE COURT:  All right.  And you're studying

6    for the entrance exam, but that's June 1.  Do I have

7    that correct?

8              MR. DONART:  Yes.

9              THE COURT:  Thank you, Mr. Donart.

10             MR. DONART:  There's one other date that I

11   put on the slip yesterday, April 27.  My old job,

12   when I transferred over, we made a deal with my new

13   boss that I could assist with a study on April 27.

14   That was the date that I put on there.  They're

15   short-staffed and I was the most qualified person to

16   run the exposure system.  There are other people that

17   know how to run it, but it would be difficult.

18             THE COURT:  All right.  Thank you, Mr.

19   Donart.

20             Let's go over here to Mr. Marquardt from

21   Roswell, as well.  Thank you.  What brought you from

22   Texas to New Mexico, Mr. Marquardt?

23             DR. MARQUARDT:  Practice opportunity.

24             THE COURT:  And what does your spouse do?

25             DR. MARQUARDT:  She's an adult nurse
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    practitioner, has a cardiology practice in Roswell.

 2              THE COURT:  And what is her employer?

 3              DR. MARQUARDT:  Covenant Health Systems.

 4              THE COURT:  My folks use Covenant over in

 5    Lubbock.  I didn't know they stretched all the way to

 6    Roswell.

 7              DR. MARQUARDT:  They do.

 8              THE COURT:  It's interesting, Covenant goes

 9    to Lovington, but not to Hobbs.  My dad got sick and

10    my mom's plan was:  Throw him in the car and drive

11    him to Lovington.  Well, that's not really a plan.

12              DR. MARQUARDT:  It's kind of a common

13    occurrence.

14              THE COURT:  Guess what?  She did it.

15    Called a couple of people at church and threw him in

16    the car.

17              Your dates of unavailability, you had June

18    16th through the 24th.  What's occurring on those

19    dates?

20              DR. MARQUARDT:  I was planning on taking my

21    son-in-law and his father to the College World Series

22    in Nebraska.

23              THE COURT:  Oh, cool.  You can't get Ray

24    Birmingham to get the Lobos there?  We'll be over by

25    June 1st, so are you okay to serve the next eight
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    weeks?
 2              DR. MARQUARDT:  Yes, sir.
 3              THE COURT:  A couple of your questions I
 4    wanted to ask you about -- or answers.  One was more
 5    likely to believe law enforcement, including FBI
 6    agents and prison officials, over any other witness
 7    in a court of law.  What's your thoughts about that?
 8    Do you think that you'd be more likely to believe
 9    those?
10              DR. MARQUARDT:  I would listen to the
11    testimony, and I'm not going to put any more weight
12    on that than anybody else's testimony.
13              THE COURT:  Do you think you could judge
14    their credibility with the same tools you would any
15    other witness?
16              DR. MARQUARDT:  Yes.
17              THE COURT:  On the question about:  Do you
18    think your feelings involving people who sell drugs
19    or your personal experiences involving drugs might
20    influence you in a case where there are allegations
21    of distribution of drugs, you checked Yes and No on
22    that.  You put Yes in considering punishment for
23    someone.  One of the instructions that I'll give the
24    jurors is that they're not to consider punishment in
25    any way.  If there is a conviction, that's something
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    I'll have to decide.  With that understanding, do you

 2    think you could be fair and impartial to everybody if

 3    there's allegations of drug use and trafficking?

 4              DR. MARQUARDT:  Yes, sir.

 5              THE COURT:  And again, on this question

 6    about some truth to the charges, how do you square

 7    that and your answer of Yes to that with the

 8    presumption of innocence?

 9              DR. MARQUARDT:  Presumption of innocence is

10    there.

11              THE COURT:  So you'd be able to put aside

12    why we're here and how we got here and focus on the

13    evidence and presume them innocent all the way

14    through trial?

15              DR. MARQUARDT:  Yes.

16              THE COURT:  Thank you, Mr. Marquardt.

17              Ms. Pellegrino, what brought you from

18    Missouri to New Mexico?

19              DR. PELLEGRINO:  A good job.

20              THE COURT:  And what is a professional --

21    what is your professional specialty?  Do you have a

22    particular one?

23              DR. PELLEGRINO:  No, I didn't formally

24    specialize, but I'm a public health general dentist.

25              THE COURT:  What is the Ben Archer Health
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 492

```
 1    Center?
 2              DR. PELLEGRINO:  It's a federally qualified
 3    health center throughout central and southern New
 4    Mexico.  I believe there's about 11 different
 5    locations, and we help underserved populations.
 6              THE COURT:  Now, one of the things that you
 7    wanted to bring to the Court's attention was the NHSC
 8    loan repayment recipient.  Tell me how that might
 9    play into the fact that you might be --
10              DR. PELLEGRINO:  I spoke with them and any
11    day that I am not at work I can just tack onto my
12    commitment so --
13              THE COURT:  So you're okay.  I assumed what
14    you're trying to tell me is, you've got these loans
15    and you're obligated to be at that facility, and it
16    might interfere with the repayment obligation.  Is
17    that what you're telling me?
18              DR. PELLEGRINO:  Correct.
19              THE COURT:  And you talked to them and
20    you're okay?
21              DR. PELLEGRINO:  Yes.
22              THE COURT:  Okay.  So it's not a factor if
23    you're chosen?
24              DR. PELLEGRINO:  No.
25              THE COURT:  You had dates of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 493

1    unavailability.  You had 5/11/18.  What do you have

2    on May 11?

3              DR. PELLEGRINO:  A cousin is getting

4    married.

5              THE COURT:  And what day is the 11th?

6              DR. PELLEGRINO:  Friday.

7              THE COURT:  And where is the wedding?

8              DR. PELLEGRINO:  Austin.

9              THE COURT:  Other than that, you're okay to

10   serve?  It's that one day?

11             DR. PELLEGRINO:  Correct.

12             THE COURT:  On the question about more

13   likely to believe law enforcement, what's your

14   thoughts about that?  Are you going to believe those

15   law enforcement more than other witnesses, or how are

16   you going to go about --

17             DR. PELLEGRINO:  Ideally, they have a code

18   of ethics that we hope that they adhere to, but we're

19   all human, so that's not always the case.

20             THE COURT:  So you'd be able to look at

21   each one of them one at a time --

22             DR. PELLEGRINO:  Yes.

23             THE COURT:  -- and bring the same sort of

24   tools to determining credibility as you would any

25   other witness?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 494

```
 1                    DR. PELLEGRINO:  Yes.

 2                    THE COURT:  And you answered, Do you

 3      believe that a prison inmate is presumed innocent if

 4      he is being prosecuted for committing a crime while

 5      in prison, and you selected No there.  Can you talk

 6      to me about how you square that thought with the

 7      presumption of innocence here?

 8                    DR. PELLEGRINO:  I think I was probably

 9      thinking the community at large would probably be

10      more assuming that they were guilty.  But I realize

11      that in this sense it is assumed until personally I

12      am convinced otherwise.

13                    THE COURT:  And you would be able do that?

14      You'd be able to presume any person charged by the

15      Government with the presumption of innocence?

16                    DR. PELLEGRINO:  Yes.

17                    THE COURT:  All the way through trial?

18                    DR. PELLEGRINO:  Yes.

19                    THE COURT:  And the question, "Do you

20      believe it should be easier to convict a

21      person/inmate who commits a crime in prison than a

22      person who is not in prison who commits the same

23      crime," you selected No, but then you put in your

24      answer, "Depends on the circumstances, the evidence."

25      What's your thoughts on that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 495

```
 1              DR. PELLEGRINO:  I think there is more
 2    oversight so it should be -- a lot more evidence
 3    should be easily presented via the prison system, et
 4    cetera.
 5              THE COURT:  But you're not trying to say
 6    that the burden on the Government should be easier?
 7              DR. PELLEGRINO:  No.
 8              THE COURT:  You'd hold them to --
 9              DR. PELLEGRINO:  The evidence still has to
10    be there.
11              THE COURT:  You'd hold them to the standard
12    of beyond a reasonable doubt on every element of the
13    charges?
14              DR. PELLEGRINO:  Yes, Your Honor.
15              THE COURT:  Thank you, Ms. Pellegrino.
16              Ms. Trujillo, you're down from Albuquerque.
17    Thank you very much.  What do you do when you're
18    employed, Ms. Trujillo?
19              MS. TRUJILLO:  Currently I'm working for
20    Lovelace Hospital doing chart abstracting, and I just
21    found out yesterday that I got a job with
22    Presbyterian that they would like me to start on May
23    7.
24              THE COURT:  Were we good luck to you
25    yesterday?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    MS. TRUJILLO:  It was a big day.
 2                    THE COURT:  Big day.  All right.  Which
 3       hospital are you currently at, or which Lovelace
 4       facility?
 5                    MS. TRUJILLO:  It's a new Lovelace off of
 6       Jefferson and Osuna.
 7                    THE COURT:  Where will you be working with
 8       Pres?
 9                    MS. TRUJILLO:  At the Rust Hospital in the
10       ER.
11                    THE COURT:  Okay.  Thank you, Ms. Trujillo.
12                    Ms. Garcia, down from Bloomfield.  Thank
13       you very much.  What did you do before you retired?
14                    MS. GARCIA:  I worked in HR.
15                    THE COURT:  And what does your spouse do?
16                    MS. GARCIA:  He worked for the same
17       company.  He was an optimizer.  It's an energy
18       company, and he was tasked with doing jobs for --
19       well, we always called it "Doing it better for less."
20                    THE COURT:  And what's the name of the
21       employer?
22                    MS. GARCIA:  Williams.
23                    THE COURT:  And that's the big energy
24       company.
25                    MS. GARCIA:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 497

```
 1              THE COURT:  The dates of unavailability you

 2     put October 2018.  We're certainly going to be over

 3     by October 2018.

 4              MS. GARCIA:  Yeah.

 5              THE COURT:  So you're okay to serve the

 6     next eight weeks?

 7              MS. GARCIA:  Yes.

 8              THE COURT:  On this question about easier

 9     to convict, what's your thinking about that answer,

10     which I think you checked Yes, and this requirement

11     that the -- well, you did check No, but then you put,

12     "Innocent until proven guilty."  Oh, I see what I was

13     looking at.  It's:  "Do you believe it should be

14     easier to convict a prison inmate," you put Yes, then

15     you wrote the word "perception."  Can you tell me

16     what you were thinking about that?

17              MS. GARCIA:  I think it is perception.  If

18     someone is in prison, it would be easier, in common

19     thought.  But in actuality, the gentlemen at this

20     table are going to have to prove to me that they are

21     not innocent.

22              THE COURT:  And so you're not trying to say

23     the burden on the Government is easier in this case

24     than another case?

25              MS. GARCIA:  No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 498

```
 1              THE COURT:  And just because they're

 2    alleging that somebody was in prison when there was

 3    the crime that's charged, you wouldn't make it easier

 4    for the Government to try to prove it in that

 5    situation?

 6              MS. GARCIA:  Absolutely not.

 7              THE COURT:  All right.  I was going to talk

 8    to you about your thoughts on the right to silence,

 9    and your answer to that was -- this was a person

10    accused of a crime does not have to testify in his

11    defense, and his silence may not be considered as

12    evidence against him.  And the question was:  "How do

13    you feel about that," and you said you're not sure.

14    Do you want to talk to me about what your thoughts

15    are about the right to silence?

16              MS. GARCIA:  I wasn't sure until you

17    explained it.  I really wasn't sue.  I didn't realize

18    that that was actually one of our freedoms, that we

19    had that ability not to say anything.  You know,

20    especially when they said -- and now I'm

21    understanding that these gentlemen may be in prison,

22    or maybe this happened in prison.  I didn't know all

23    this.  So a lot of the questions I am answering I'm

24    answering thinking about the general public.

25              THE COURT:  Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 499

```
 1              MS. GARCIA:  And I don't -- now that you've
 2     explained it, I am more understanding as to what is
 3     expected of me.
 4              THE COURT:  All right.  And so my
 5     instructions will be -- and I don't know what these
 6     gentlemen will do, but I will instruct the jury that
 7     if they don't testify, you can't use that against
 8     them; and if they don't put on evidence, you can't
 9     use that against them or draw any inference.  You
10     would be able to follow that instruction?
11              MS. GARCIA:  Yes.
12              THE COURT:  All right.  Photographs.  You
13     indicated you might have a hard time looking at them.
14     Do you think you'd be able to assure the Court and
15     parties that whatever evidence gets introduced, you
16     would look at it?
17              MS. GARCIA:  I'll look at it.  I know I'm
18     going to be uncomfortable.  I know that for a fact.
19     I wouldn't deny that.  But yes, I will look at them.
20              THE COURT:  I know that Las Cruces is a
21     long ways from Bloomfield, but if you were selected,
22     would you be able to serve?
23              MS. GARCIA:  Yes.
24              THE COURT:  Thank you, Ms. Garcia.
25              Mr. Kimmick, I'm going to have to ask you a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

DNM 500

```
 1    little bit more questions about your basic

 2    questionnaire, because we didn't get the same

 3    questionnaire from you that we got from others.  So

 4    if you'll bear with me.  You're over from Silver

 5    City.  Thank you very much.  I guess the first

 6    question is:  How long have you resided at your

 7    current address?

 8              MR. KIMMICK:  Oh, it's actually at my

 9    parents' guest house, so pretty much 27 years.

10              THE COURT:  Are you renting it, or do you

11    own it, or just living there?

12              MR. KIMMICK:  I'm doing refurbishments on

13    it, so that's how I'm paying rent right now until I

14    get ready to buy a house.

15              THE COURT:  How long have you resided in

16    New Mexico?

17              MR. KIMMICK:  All my life, save for about a

18    year.

19              THE COURT:  Now, were you born in Silver

20    City?

21              MR. KIMMICK:  Yes.

22              THE COURT:  So you're not naturalized or

23    anything like that?

24              MR. KIMMICK:  No, I'm a natural.

25              THE COURT:  And your marital status?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 501

```
 1              MR. KIMMICK:  I'm single, but that's
 2     probably going to be changing here before too long.
 3              THE COURT:  And what does your fiance do?
 4              MR. KIMMICK:  She just got through working
 5     for a health care provider within detention centers.
 6              THE COURT:  And what's the name of her
 7     employer?
 8              MR. KIMMICK:  Well, she recently resigned,
 9     so it was Health Care Partners, and they typically
10     service county detention centers.  There are several
11     of them here in New Mexico and Colorado, and she just
12     got through with an assignment up in Sterling,
13     Colorado.
14              THE COURT:  And your occupation.  Are
15     you -- I used to represent Phelps Dodge, which I
16     don't think exists anymore, but is that --
17              MR. KIMMICK:  I work for their successors.
18              THE COURT:  I was just in Phoenix on
19     Friday.  It's McMoRan --
20              MR. KIMMICK:  Freeport-McMoRan.
21              THE COURT:  Did they change the name of the
22     building in Phoenix from Phelps Dodge?
23              MR. KIMMICK:  Literally every single thing
24     that said Phelps Dodge has been erased from their
25     memories, except for the Bisbee Deportation, is the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 502

```
 1    only thing they still talk about.
 2              THE COURT:  All right.  And let's see.  All
 3    right.  You read, write, and speak English?
 4              MR. KIMMICK:  Last I checked.
 5              THE COURT:  What was your highest education
 6    level?
 7              MR. KIMMICK:  I have an associate's in
 8    general studies from New Mexico State University.
 9              THE COURT:  Were you ever convicted of a
10    state or federal crime punishable by imprisonment for
11    more than one year?
12              MR. KIMMICK:  No, sir.
13              THE COURT:  Are there any charges pending
14    against you?
15              MR. KIMMICK:  Not that I'm aware of.
16              THE COURT:  Have you ever been represented
17    by an attorney or law firm?
18              MR. KIMMICK:  Yes.
19              THE COURT:  Have you ever been a party to a
20    lawsuit?
21              MR. KIMMICK:  Yes.
22              THE COURT:  And those are related?
23              MR. KIMMICK:  No, the attorney represented
24    me for a family legal matter with the settling of my
25    late grandmother's estate, and I'm a part of a class
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 503

```
 1    action lawsuit against Wells Fargo right now.

 2              THE COURT:  And are you a member of any

 3    fraternal, civic, labor, or other organization?

 4              MR. KIMMICK:  I'm a member of the Loyal

 5    Order of Moose.

 6              THE COURT:  And do you have any hearing

 7    impairments?

 8              MR. KIMMICK:  What?  No, sir.

 9              THE COURT:  When you get this job, the

10    first thing they do is send you to an ear doctor,

11    and --

12              MR. KIMMICK:  Mine, too.

13              THE COURT:  -- and so everybody -- when I

14    said I had to go get it checked, everybody said,

15    "Well, you know, you haven't been listening."  I go,

16    "What's this?"  And my wife said, "Yeah, you haven't

17    been hearing."

18              So when I got to the doctor, the doctor

19    said, "What are you here for?"

20              And I explained I was about to get this

21    job, and he said, "Well, your hearing is okay."

22              So then the doctor came in and he said,

23    "What are you here for?"  And I explained.  And I

24    said, My wife, though, has been saying I'm not

25    hearing everything."
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                He said, "How long have you been married?"
 2                MR. KIMMICK:  Selective hearing.
 3                THE COURT:  He said, "Well, your hearing is
 4      just fine."
 5                Are there any additional matters touching
 6      upon your ability to serve as a juror that should be
 7      brought to the attention of the Court?
 8                MR. KIMMICK:  I don't think so.
 9                THE COURT:  And what about your dates of
10      unavailability?  Do you have anything specific?
11                MR. KIMMICK:  No, not specific.  It would
12      just be helpful if the Court would tell my employer
13      to not force me to go work on, like, Sunday on night
14      shift, because they will, and that means I'd get off
15      at 5:00 in the morning and then have to drive down
16      here and sit through jury duty all day.  But their
17      policies are written that during my scheduled shifts
18      if we're actually in court, they'll pay and all that,
19      but if we're not in court and I'm not subject to
20      being called in to court, then I need to cover my
21      shifts.
22                THE COURT:  All right.  We'll see, if
23      you're selected, if we can help on that score.
24                MR. KIMMICK:  Okay.
25                THE COURT:  One question I wanted to ask on
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 505

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 506

1    the special questionnaire, is this:  "Do you think if

2    a person is brought to trial there must be some truth

3    to the charges?"  And you put Yes or No.  What's your

4    thinking about that, and how do you square that with

5    the --

6            MR. KIMMICK:  Well, if they go through a

7    grand jury process, there is generally something

8    there that is going to cause reasonable people to

9    raise an inquiry.  It doesn't mean that there is any

10   guilt or innocence to it.  It's just that there is a

11   reasonable inquiry that is made by the grand jury,

12   and another jury needs to go through and actually

13   study it in-depth.  So there might be truth there.

14   There might not, you know.  It could be where there's

15   smoke, there's fire; and it could just be that the

16   ashes are smoldering and it just blew on somebody

17   else.

18           THE COURT:  But you could put aside how we

19   got here?

20           MR. KIMMICK:  Absolutely.

21           THE COURT:  And just presume these

22   gentlemen to be innocent for the entire trial?

23           MR. KIMMICK:  Absolutely.

24           THE COURT:  All right.  Thank you, Mr.

25   Kimmick.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 Mr. Carrillo, you're over from Silver City,
 2     too.  Thank you very much.  What do you do?
 3                 MR. CARRILLO:  I work for Freeport, too.
 4                 THE COURT:  And y'all don't know each
 5     other?
 6                 MR. CARRILLO:  No.
 7                 THE COURT:  Okay.  What -- you work with
 8     the pumps.  What do you use pumps for in mining?
 9                 MR. CARRILLO:  I take care of all the
10     environmental wells around the four mines in Silver.
11                 THE COURT:  I'm more familiar with how you
12     use water in the oil field from my time there.  What
13     do you use water for --
14                 MR. CARRILLO:  The bad water doesn't get
15     into the good water.  We have to get, like, the city
16     and then pump of water to them, too, and stuff.
17                 THE COURT:  My brother-in-law lives in
18     Placitas, and he's a hard rock mining engineer.  He
19     flies all over the world.  So I know a little bit
20     about mining.
21                 MR. CARRILLO:  We have 1,000 wells to take
22     care of.
23                 THE COURT:  What does your spouse do?
24                 MR. CARRILLO:  She works at Cobre High
25     School in the day care, taking care of the infant
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    babies for the girls that are going to school.
 2             THE COURT:  Your answer to the question on
 3    being easier to convict, do you believe they're in
 4    prison -- do you believe it should be easier to
 5    convict a prison inmate who commits a crime in
 6    prison?  You put Yes.  What's your thinking on that?
 7             MR. CARRILLO:  My thinking was just that
 8    people outside would convict them easier than anybody
 9    else.
10             THE COURT:  Because of evidence or --
11             MR. CARRILLO:  Because of the situation and
12    stuff.
13             THE COURT:  Do you agree that it shouldn't
14    be easier on the Government to prove somebody in that
15    position guilty; the same burden applies?
16             MR. CARRILLO:  No.
17             THE COURT:  You don't think the same burden
18    applies or you do?
19             MR. CARRILLO:  Oh, yes.  Yes.
20             THE COURT:  So you would hold the
21    Government to having to prove --
22             MR. CARRILLO:  They would have to prove
23    them guilty.
24             THE COURT:  -- in this case just like any
25    other case --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                MR. CARRILLO:  Yes.

 2                THE COURT:  -- they'd have to prove beyond

 3     a reasonable doubt, you could do that?

 4                MR. CARRILLO:  Yes, sir.

 5                THE COURT:  All right.  And the question

 6     about there must be some truth to the charges against

 7     the individual person who is brought to trial --

 8     what's your thoughts about that and the presumption

 9     of innocence?

10                MR. CARRILLO:  I would just have to see

11     what was, I guess --

12                THE COURT:  What the evidence is going to

13     be?

14                MR. CARRILLO:  Yeah, the evidence is going

15     to be.

16                THE COURT:  Could you presume -- not worry

17     about how we got here and just presume these

18     gentlemen to be innocent throughout trial until you

19     get back there and deliberate?

20                MR. CARRILLO:  Yes, sir.

21                THE COURT:  All right.  Thank you, Mr.

22     Carrillo.

23                MR. CARRILLO:  I had one --

24                THE COURT:  You may.

25                MR. CARRILLO:  On the days to be here, my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 509

1    mother is getting operated on the 14th.

2              THE COURT:  On the 14th.  All right.  Thank

3    you, Mr. Carrillo.

4              Mr. Meyer, you're down from Albuquerque?

5              MR. MEYER:  Yes, sir.

6              THE COURT:  What did your spouse do before

7    your spouse passed away?

8              MR. MEYER:  Before she passed away, she was

9    a special ed. director for a charter school.

10             THE COURT:  And what was her employer?  Was

11   it APS?

12             MR. MEYER:  It was Rio Gallinas, in Las

13   Vegas, New Mexico.

14             THE COURT:  What did you do before

15   retiring?

16             MR. MEYER:  I was -- my last position -- I

17   retired from the state government.  My last position

18   was manager of New Mexico Human Services Department

19   in Las Vegas, New Mexico.

20             THE COURT:  And what agency is that

21   connected with?

22             MR. MEYER:  New Mexico Human Services.

23             THE COURT:  What was your major field of

24   study in college?

25             MR. MEYER:  I have a BA in mass

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 510

```
 1    communication.

 2              THE COURT:  And you put dates of

 3    unavailability, you put all dates.  Does that mean --

 4              MR. MEYER:  I meant the opposite.

 5              THE COURT:  You meant the opposite.  So

 6    you're available all dates.  Try to keep it that way.

 7    So you're available for the next eight weeks?

 8              MR. MEYER:  Yes, I meant the opposite.

 9              THE COURT:  Thank you, Mr. Meyer.

10              Ms. Velazquez, you're down from Santa Fe.

11    Thank you.  What -- how long have you resided at your

12    current address?

13              MS. VELAZQUEZ:  Can I go speak to you?

14              THE COURT:  Certainly.  While you're doing

15    that, I'm going to talk to Mr. Saiz over right next

16    to you there.

17              You're over from Flora Vista.  Thank you

18    very much.  Where exactly is that?  I think this

19    shows up on my questionnaires, and I always have to

20    ask.  Do you want to remind me?

21              MR. SAIZ:  It's in between Aztec and

22    Farmington.

23              THE COURT:  All right.  And what do you do?

24              MR. SAIZ:  I'm actually in Artesia now.

25              THE COURT:  Oh, you are?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. SAIZ:  I'm a service land man for Devon

2      Energy.

3           THE COURT:  I used to do some oil and gas

4      production and worked with Devon.  They seem like a

5      good group of people to work with.  Do you agree?

6           MR. SAIZ:  Yes, sir.

7           THE COURT:  On your questionnaire, you had

8      "more likely to believe law enforcement."  What's

9      your thinking about the answer on that question?

10          MR. SAIZ:  I think it has to do with their

11     testimony, the way they act, the way they speak, and

12     probably the questions they're asked.

13          THE COURT:  All right.  And do you believe

14     that if there were evidence shown that they weren't

15     remembering correctly, or that they were not being

16     truthful, do you think you'd be able to treat them

17     like any other witness?

18          MR. SAIZ:  Yes.

19          THE COURT:  All right.  And then on the

20     question about, "Do you think your feelings involving

21     people who sell or use drugs might influence you in

22     this case," you checked Yes, that you had no sympathy

23     for anyone who has anything to do with drug activity.

24     In this case, there may be some evidence that people

25     are involved in drug trafficking.  Do you think you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  could still be fair and impartial?  You've got strong

2  views there, but do you think you could be fair and

3  impartial to people that there may be evidence that

4  they engaged in drug trafficking use?

5        MR. SAIZ:  I believe so.

6        THE COURT:  And then on the right to

7  silence, that question says, A person who is accused

8  of a crime doesn't have to testify, and you said, "I

9  think they should be questioned in front of the

10  jury."  What's your thoughts about that, and how you

11  square that with the right to silence?

12        MR. SAIZ:  I think your explanation has

13  probably changed my mind on that.  I guess I didn't

14  realize that they didn't have to testify.

15        THE COURT:  So if I instruct you not to

16  draw any inference if they decide not to testify or

17  put on witnesses, you'd be able to follow that and

18  not draw any adverse inferences or use it against

19  them in any way?

20        MR. SAIZ:  That's correct.

21        THE COURT:  All right.  I know that jury

22  service can interfere with work, and I really do.

23  But if you were selected, do you think you'd be able

24  to serve?

25        MR. SAIZ:  I believe so.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 513

1            THE COURT:  All right.  Thank you, Mr.

2    Saiz.

3            Let me get one more over in that corner,

4    and then we'll come to Ms. Velazquez.

5            Ms. Nelson, you're over from Alamogordo.

6    Thank you very much.  What do you do?

7            MS. NELSON:  I'm a budget analyst for the

8    U.S. Air Force.

9            THE COURT:  Are you in the Air Force, or a

10   civilian employee?

11           MS. NELSON:  I'm a civilian.

12           THE COURT:  What does a resource advisor

13   do?

14           MS. NELSON:  Right now, like, we're

15   handling the F-16 fed down budget, and so all the

16   budget process from purchasing, contracts.

17           THE COURT:  And what was your major field

18   of study in college?

19           MS. NELSON:  Electronics.

20           THE COURT:  What did your spouse do before

21   the divorce?

22           MS. NELSON:  He was in -- worked for the

23   sheriff's department, Alamogordo Police Department,

24   for about a year.

25           THE COURT:  And you put on that you would



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 514

```
 1    be more likely to believe law enforcement.  What's
 2    your thinking about that in relation to other
 3    witnesses and how you determine credibility?
 4              MS. NELSON:  I think I could be impartial.
 5              THE COURT:  So you wouldn't necessarily
 6    believe somebody just because they were law
 7    enforcement?
 8              MS. NELSON:  Yes.
 9              THE COURT:  And you could bring the same
10    tools you use to determine credibility, like demeanor
11    and what they say, and cross-examination, those
12    things, bring them to -- use them the same way to
13    determine credibility with law enforcement as you
14    could any other witness?
15              MS. NELSON:  Yes, sir.
16              THE COURT:  Thank you, Ms. Nelson.
17              All right.  Why don't we come up here,
18    Ms. Velasquez.
19              (The following proceedings were held at the
20    bench.)
21              THE COURT:  All right.  How are you doing
22    this morning, Ms. Velazquez?
23              MS. VELAZQUEZ:  I'm good.
24              THE COURT:  You're down from Santa Fe.
25    Thank you.  What did you want to speak to us about or
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    want me to ask you questions here at the bench?

 2              MS. VELAZQUEZ:  Sorry, I didn't speak

 3    yesterday, but I am having a hard time understanding

 4    most of this.  I'm still learning English.  Where I

 5    work in Santa Fe, it's the animal shelter, and

 6    there's a lot of people that are helping me there.

 7    So yeah, I'm just -- I'm really having a hard time.

 8    I thought I could do it, but I don't think I can.

 9              THE COURT:  Well, just take a deep breath;

10    all right?

11              MS. VELAZQUEZ:  No, I'm sorry.

12              THE COURT:  We're all friendly here.  None

13    of us are going to eat you alive or anything.  So

14    you're doing quite well.  I knew it from the

15    questionnaire that you feel a little self-conscious

16    about your English.  This isn't a patent case, it's

17    not an intellectual property case, so we're not going

18    to be using some of the biggest words that lawyers

19    use, and we're going to try to explain everything we

20    do.  And I wanted to have you just kind of sit there

21    for a day or so, so that you could kind of get a feel

22    for us and what this case is about, and how we talk.

23    And I also wanted to give you an opportunity to speak

24    a little bit in court and get comfortable with

25    speaking in court.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            If you're selected as a juror, you're not

2       going to have to speak in court.  This is probably as

3       bad as it gets, as far as you having to talk; and

4       we're talking up here at the bench, so you don't have

5       to be in front of anybody.

6            My impression has been that your English is

7       really quite good; you're doing very well.  And I've

8       had people talking to you that have told me that

9       you're doing okay.  What's your thinking about it?

10      Tell me what you're thinking about your English.

11      Because my impression is, you're doing just fine.

12           MS. VELAZQUEZ:  Just -- I don't think I

13      can.

14           THE COURT:  Okay.  Let's do this a little

15      bit.  Let me ask you some questions, and you answer

16      those, and then I'm going to let some of the lawyers

17      ask you some questions up here, as well.

18           How long have you resided at your current

19      address?

20           MS. VELAZQUEZ:  In Santa Fe, six, seven

21      months.

22           THE COURT:  Okay can you talk to me a

23      little bit about your work at a veterinarian clinic?

24           MS. VELAZQUEZ:  Um-hum.

25           THE COURT:  What do you do there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 517

```
 1              MS. VELAZQUEZ:  I clean, I help a lot with,
 2    you know, pets, cats and dogs.
 3              THE COURT:  Get a little closer to the
 4    microphone here so that the court reporter can pick
 5    it up.
 6              When you received this questionnaire,
 7    unlike a lot of people that wrote back answers on
 8    this, I could read your writing.  Did you write out
 9    all this?
10              MS. VELAZQUEZ:  I used Google.
11              THE COURT:  To do what?
12              MS. VELAZQUEZ:  I used the Google
13    Translate.
14              THE COURT:  Okay.  But this is your
15    handwriting?
16              MS. VELAZQUEZ:  Um-hum.
17              THE COURT:  You've got beautiful
18    handwriting, and I can read it.  Some of the others I
19    put on my glasses and I still couldn't read it.  But
20    nobody helped you fill out this questionnaire?  You
21    did it yourself?
22              MS. VELAZQUEZ:  Most of it.  My boyfriend
23    helped me a little bit.
24              THE COURT:  All right.  But most of these
25    are your answers?
```



SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492          **BEAN**                          FAX (505) 843-9492
                           **&ASSOCIATES**, Inc.            **1-800-669-9492**
                           PROFESSIONAL COURT        e-mail: info@litsupport.com
                             REPORTING SERVICE
                                                                        DNM 518

```
 1              MS. VELAZQUEZ:  Um-hum.
 2              THE COURT:  Okay.  Let me ask you about a
 3    couple of questions that are here.  One of the
 4    questions -- and you may remember having filled this
 5    out -- it said, "Do you believe that a prison inmate
 6    is presumed innocent if he is being prosecuted for
 7    committing a crime while in prison?"
 8              And you didn't answer Yes or No, but you
 9    wrote in as an answer, you said, "It depends on the
10    situation.  People may just be defending themselves."
11              What were you thinking about that answer
12    and that question when you made it?
13              MS. VELAZQUEZ:  Um, um, um, can you repeat
14    the question?
15              THE COURT:  Yeah.  The question was:  "Do
16    you believe that a prison inmate is presumed innocent
17    if he is prosecuted for committing a crime while in
18    prison?"  And you didn't answer Yes or No, but you
19    did write -- you wrote out, "Depends on the
20    situation.  People may just be defending themselves."
21              What were you thinking when you wrote that
22    out?
23              MS. VELAZQUEZ:  Um, I think, um, um, in
24    jail they can fight.  So I mean, maybe, just, um, the
25    picture.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 519

1          THE COURT:  Do you understand the English

2     word "presumption"?

3          MS. VELAZQUEZ:  No.

4          THE COURT:  All right.  When you look at

5     these men sitting over at this table, do you think

6     they're guilty or not guilty?

7          MS. VELAZQUEZ:  Um, not guilty.

8          THE COURT:  Okay.  And could you throughout

9     this trial keep that thought that they're not guilty

10    until you go back at the end of the trial and

11    deliberate?

12         MS. VELAZQUEZ:  Um, I think so.

13         THE COURT:  And could you require the

14    Government here, the prosecutors -- could you require

15    them to prove these gentlemen guilty beyond a

16    reasonable doubt if they can do that?

17         MS. VELAZQUEZ:  Can you repeat that again?

18         THE COURT:  Yeah.  Could you require the

19    Government over here, the people sitting over at this

20    table -- could you require them to prove each element

21    of the crime beyond a reasonable doubt?

22         MS. VELAZQUEZ:  Um-hum.

23         THE COURT:  Let me see if there is anything

24    else I wanted to ask you.  You talked a little bit

25    about drugs, that drugs might influence you in this

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com
DNM 520

1    case if there was evidence of drug distribution.

2    There may be evidence of that in this case of drug

3    distribution.  Do you think you could still be fair

4    and impartial to people if there is evidence that

5    they're distributing drugs?

6              MS. VELAZQUEZ:  Um.  I don't know.

7              THE COURT:  You don't know?

8              MS. VELAZQUEZ:  Drugs have ruined a lot of

9    my family.  I just --

10             THE COURT:  Now, we heard a lot of people

11   talking yesterday about it ruined their family and

12   some lives and things like that.  And you don't have

13   to change your view about how you feel about drugs.

14             MS. VELAZQUEZ:  Um-hum.

15             THE COURT:  But if you have -- if you hear

16   evidence that some of the people in this room

17   distributed drugs, could you still be fair and

18   impartial to them about the charges here?  Because

19   the charges are, as I summarized yesterday, more

20   about murder and assault and those things.  Do you

21   think you could still be fair to them?

22             MS. VELAZQUEZ:  I don't know.

23             THE COURT:  You don't know?

24             MS. VELAZQUEZ:  No.

25             THE COURT:  Let me ask you about how they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 521

1    got there.  You had answered some of the questions

2    about there must be some truth to the charges.  Do

3    you think you could put aside how we got here and

4    things like this and just concentrate on the evidence

5    in this courtroom and not worry about how we got

6    there?

7              MS. VELAZQUEZ:  Could you say that again?

8              THE COURT:  You said there might be some

9    truth to the charges if somebody is being brought to

10   trial and here we are at trial.  Could you put aside

11   how we got here and just focus on the evidence that

12   you're going to hear here and not speculate about how

13   we got here?

14             MS. VELAZQUEZ:  Um, I think so.

15             THE COURT:  Okay.  You've heard me probably

16   talking about the right to silence, that these men

17   don't have to put on any evidence or have to testify.

18   If they decided not to do that, would you be able not

19   to hold that against them or think, well, they may be

20   guilty because they're not testifying?  Would you be

21   able to not do that?

22             MS. VELAZQUEZ:  Like, me, I didn't speak at

23   the beginning, so I mean, I -- I feel like if they

24   don't speak, it might be because they, you know -- I

25   think they did something.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                        1-800-669-9492
                                                           e-mail: info@litsupport.com



```
 1                THE COURT:  And in the United States, under
 2    the Constitution that we have here, you've got to put
 3    those sort of thoughts aside.  And if I told you you
 4    had to put those thoughts aside, would you be able to
 5    follow my instructions, or would you always have in
 6    the back of your mind that they must not be -- they
 7    must have something to hide, because they're not
 8    testifying?
 9                MS. VELAZQUEZ:  Um, I think if they don't
10    speak, it must be for a reason.
11                THE COURT:  Say that again?
12                MS. VELAZQUEZ:  I think if they don't
13    speak, it must be for a reason.
14                THE COURT:  And even if I told you
15    otherwise, you couldn't follow my instruction?
16                MS. VELAZQUEZ:  I don't think so.
17                THE COURT:  Okay.  We talked a little bit
18    about the photographs and things like that.  Would
19    you be able to look at the photographs?
20                MS. VELAZQUEZ:  I think so.
21                THE COURT:  Okay.  And do you think that
22    listening -- or listening to maybe some evidence or
23    videos or photographs, you'd still be able to be fair
24    and impartial to these folks?
25                MS. VELAZQUEZ:  I think so.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You had talked a little bit
 2    about some family members that I think were coming
 3    home that had been in a hospital or something like
 4    that.  Where does that stand?
 5              MS. VELAZQUEZ:  What was that, again?
 6              THE COURT:  I thought you had said that
 7    there were some family members that had been in a
 8    hospital or something, and they had just come home.
 9    Let's see.  "Family member is really sick.  Was sent
10    home."
11              What was that referring to?
12              MS. VELAZQUEZ:  My Uncle Paul.  They sent
13    him home just to die.
14              THE COURT:  Okay.
15              MS. VELAZQUEZ:  He has cancer and he lives
16    in Albuquerque.
17              THE COURT:  Right.
18              MS. VELAZQUEZ:  I do go visit a lot.
19              THE COURT:  Your uncle doesn't live with
20    you?
21              MS. VELAZQUEZ:  Hum-um.
22              THE COURT:  He lives independently?
23              MS. VELAZQUEZ:  Um-hum.
24              THE COURT:  And you live in Santa Fe, and
25    when you talked about appointments, that was with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    your job; correct?

 2              MS. VELAZQUEZ:  Um-hum.

 3              MR. SINDEL:  Now, you told me you didn't

 4    have a vehicle.  How did you get here yesterday or

 5    Sunday?

 6              MS. VELAZQUEZ:  My boyfriend, and he's not

 7    going to work, because he's here with me.

 8              THE COURT:  He's still here with you?

 9              MS. VELAZQUEZ:  Um-hum.

10              THE COURT:  And if you were selected to

11    serve, would you stay -- would he stay with you and

12    drive you back and forth on the weekend and things?

13    Is that what the plan would be?

14              MS. VELAZQUEZ:  I don't know, because he

15    works on the weekends.  So I don't know.

16              THE COURT:  All right.

17              MS. VELAZQUEZ:  We haven't planned

18    anything.

19              THE COURT:  All right.

20              Mr. Beck, do you have questions of

21    Ms. Velasquez?

22              MR. BECK:  Ms. Velazquez, thank you for

23    coming here.  And it's obvious that you put work into

24    your questionnaire and into answering the questions

25    here, so we appreciate that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 525

1           How much of what the judge just asked you

2    would you say you understood?  All of it, most of it,

3    some of it?

4           MS. VELAZQUEZ:  Some of it.  Some questions

5    I kind of remember.  Yesterday, just when they talked

6    too fast, it's hard for me.

7           MR. BECK:  Sure.  I understand.  What about

8    when I read off the names of the witnesses?  Were you

9    able to follow along with my reading?

10          MS. VELAZQUEZ:  Not all of them.  I don't

11   remember.

12          MR. BECK:  And how well do you read the

13   English language?

14          MS. VELAZQUEZ:  There's a lot of words that

15   I still don't understand.

16          MR. BECK:  Okay.

17          MS. VELAZQUEZ:  I usually have my phone.

18          MR. BECK:  Sure.  And it sounds like that's

19   how you filled out the questionnaire that you filled

20   out, is that you wrote in, I'm guessing, the Spanish

21   language to the translator, and then you translated

22   it into English with Google, and then wrote that

23   translation onto the form; is that right?

24          MS. VELAZQUEZ:  Yeah, and my boyfriend --

25   because Google sometimes makes things difficult, so



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    my boyfriend helped me how to write it better.
2            MR. BECK:  Okay.  If during this trial
3    there was evidence, say, recordings of fast-paced
4    conversations in English, would that cause you
5    concern that you would have to listen to the --
6    decide on the matter here?
7            MS. VELAZQUEZ:  Um-hum.
8            MR. BECK:  Is that a yes?
9            MS. VELAZQUEZ:  Um-hum.
10           MR. BECK:  I just need you to answer yes or
11   no.
12           MS. VELAZQUEZ:  Yeah.  Even at work, I have
13   to ask to repeat a lot.
14           MR. BECK:  And as I said, I think it shows
15   a lot of your character to try to work hard here and
16   to try to understand.  But oftentimes there's just
17   cases or situations where maybe you're not the right
18   juror to sit on this case.
19           MS. VELAZQUEZ:  Um-hum.
20           MR. BECK:  And given what you've heard here
21   in this first day and some of the difficulties you've
22   had understanding the language, do you think that
23   maybe you're not the right juror to sit on this
24   panel?
25           MS. VELAZQUEZ:  No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 527

```
 1                    MR. BECK:  Thank you for sharing.  I don't

 2       have any more questions.

 3                    THE COURT:  Mr. Sindel, do you want to come

 4       on this side?

 5                    MR. SINDEL:  I was just wondering if maybe

 6       we could talk over here, have her step aside and we

 7       could talk.

 8                    THE COURT:  Why don't you step over here?

 9                    MR. SINDEL:  I think I got a visual from

10       Ms. Armijo; perhaps we can have an agreement to

11       strike this particular person.  I don't want to

12       question her unnecessarily.  I will.  But if we get

13       an agreement that is sufficient for the Court, I

14       think there's obviously concerns, and Mr. Beck has

15       been adequately able to point out some of those

16       concerns, and whether or not she's really going to be

17       able to.  There's going to be scientific evidence as

18       well as the phone conversations.  Some of these

19       people can talk pretty quickly.  And if she's trying

20       to translate in her head, she's going to be thinking

21       about the past thought rather than the present

22       testimony.

23                    THE COURT:  All right.  Is that where all

24       the defendants are?

25                    MR. COOPER:  And there's also the hardship
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 528

```
 1    issue.
 2              THE COURT:  All right.  I'll put her back
 3    over, back in the seat, and then maybe at the break
 4    I'll have Ms. Wild or Ms. Bevel go ahead and excuse
 5    her then.
 6              MR. BECK:  And the United States agrees.
 7              THE COURT:  I should have asked that.
 8              MS. HARBOUR-VALDEZ:  Thank you.
 9              MR. COOPER:  Mr. Castle asked me to remind
10    the Court to --
11              THE COURT:  Oh, yeah.
12              MR. COOPER:  -- inform them that we may be
13    stepping out.
14              THE COURT:  Okay.  I will do that.
15              MS. HARBOUR-VALDEZ:  Reread the list.
16              MR. BECK:  The thing -- the judge is going
17    to have me reread the list.
18              (A discussion was held off the record.)
19              THE COURT:  I understand that y'all may
20    have agreed to release the group 3 jurors entirely.
21              MS. HARBOUR-VALDEZ:  Yes.
22              MR. COOPER:  Yes.
23              THE COURT:  You guys must be optimistic.  I
24    like that.
25              MR. SINDEL:  Pessimism, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  I'm always trying to keep a few
 2     in my back pocket for disasters.
 3              MR. COOPER:  We're going to be fine, Judge.
 4              MR. BECK:  We are.
 5              THE COURT:  So if everybody is in
 6     agreement, we'll let the group 3 go.
 7              MS. HARBOUR-VALDEZ:  Thank you.
 8              (The following proceedings were held in
 9     open court.)
10              THE COURT:  All right.  You may see from
11     time to time attorneys stepping out of the courtroom
12     for things.  They're not going out to smoke.  They
13     can't smoke in a federal building anyway, but they're
14     going out there doing business, because they're going
15     to begin this trial, and so if you see that
16     occurring, don't hold it against anybody.  They've
17     got permission of the Court to step out and get ready
18     for the trial.
19              All right, Mr. Johnson, I'm going to come
20     over to you.
21              You're down from Roswell.  Thank you very
22     much.  What do you do?
23              MR. JOHNSON:  I am a master's level social
24     worker at the New Mexico Rehab Center in Roswell, New
25     Mexico.  I'm on the medical side.  My primary duty is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 530

```
 1   discharge planning, writing reports, doing
 2   assessments, some counseling.
 3            THE COURT:  All right.  And what is the
 4   rehab center?  Is it all kinds of drugs, alcohol --
 5   what is it?
 6            MR. JOHNSON:  We do medical rehab, which
 7   I'm involved in.  We serve people with knee
 8   replacements, hip replacements, stroke, TBIs.  And
 9   then also, on the other side of our building,
10   chemical dependency.
11            THE COURT:  Okay.
12            MR. JOHNSON:  It's a short-term facility.
13   I really don't have a lot to do with that side.
14            THE COURT:  And your hearing, so far,
15   you've been okay in the courtroom?
16            MR. JOHNSON:  Yes, as long as I have this
17   handy little device.
18            THE COURT:  People have those, but the
19   acoustics work for you?
20            MR. JOHNSON:  Yes.
21            THE COURT:  If we talk in a microphone,
22   you're doing okay?
23            MR. JOHNSON:  Yes.
24            THE COURT:  What did your spouse do before
25   passing away?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 531

```
 1              MR. JOHNSON:  She was a teacher, awarded
 2    teacher.  She was one of those type of teachers
 3    that -- her students really loved her.
 4              THE COURT:  And her employer?
 5              MR. JOHNSON:  The Roswell Independent
 6    School District.
 7              THE COURT:  And what grade or subject did
 8    she teach?
 9              MR. JOHNSON:  She taught fifth grade for, I
10    think, about 10 or 15 -- about 10 years.  And in her
11    last year she had transferred to the middle school at
12    Mesa Middle School in Roswell.
13              THE COURT:  What was her subject in middle
14    school?
15              MR. JOHNSON:  I think mostly social studies
16    and things like that.
17              THE COURT:  We talked a little bit about
18    this question about believing law enforcement more
19    than other witnesses, and I think you had checked Yes
20    on that.  What's your thoughts about that?
21              MR. JOHNSON:  I think on the street that I
22    would believe an officer before maybe other people.
23    But here in the courtroom I'd be willing to listen,
24    and depending on the answer, you know, I think I'd be
25    able to make a good judgment, you know, on both sides
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 532

 1   of the court.

 2           THE COURT:  You'd treat them like any other

 3   witness here in court?

 4           MR. JOHNSON:  Yes.

 5           THE COURT:  And you put -- "Do you think if

 6   a person is brought to trial, there must be some

 7   truth to the charges?"  And that was asked a couple

 8   of times in a couple of ways, and you put, Yes.  Kind

 9   of how do you square those with the presumption of

10   innocence?

11           MR. JOHNSON:  The reason I put those is

12   that in dealing with my wife's trial, I know if you

13   get this far in a court proceeding, there must be --

14   for these folks over here to bring this, they must

15   have some pretty good evidence.

16           However, you know, I'm able to listen to

17   it.  I don't know any of these guys or any of the

18   people that are coming to trial.  So my thought would

19   be they're innocent.  I'm thinking everybody is going

20   to do a good job and we're going to get the

21   information, and then, if I was selected, to

22   deliberate fairly.

23           THE COURT:  So could you not worry about

24   how we got there and those things and just presume

25   them innocent?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 533

```
 1              MR. JOHNSON:  Yeah.  Yeah, I think so.
 2              THE COURT:  You're not going to sit here
 3     and think, because they're sitting here, they're more
 4     likely guilty than not?
 5              MR. JOHNSON:  I would just say, you know,
 6     show me.  I'm up to listening to the evidence.
 7              THE COURT:  Okay.  And you'd require the
 8     Government to prove their case against these
 9     gentlemen beyond a reasonable doubt?
10              MR. JOHNSON:  Yes, I have respect for the
11     law.  That's what you're telling me; that's what I'm
12     going to do.
13              THE COURT:  One question you put, If after
14     hearing the evidence you thought the defendant could
15     be guilty but you were not convinced beyond a
16     reasonable doubt that he is guilty, would you be able
17     to return a verdict of not guilty?  And you put No.
18              If you thought at the end of the case that
19     there is a chance they were guilty but you didn't
20     think the Government had proved it beyond a
21     reasonable doubt, would you be able to check that box
22     of not guilty?
23              MR. JOHNSON:  I think I really didn't
24     understand, like a lot of folks here, what that
25     really meant.  I might not like that, but if I feel
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that the other jurors felt the same, I could, you

2    know, go with a not guilty.

3              THE COURT:  All right.  So you would hold

4    the Government to the burden of proving these

5    gentlemen guilty beyond a reasonable doubt?

6              MR. JOHNSON:  Again, I don't like that law,

7    but if you tell me that's what I've got to do, that's

8    what I've got to do, I'll listen to that and abide by

9    the law.

10             THE COURT:  What is it that you don't like

11   about that standard of beyond a reasonable doubt?

12             MR. JOHNSON:  I think sometimes somebody

13   might be guilty.  I mean, just because it may not be

14   clearly presented, you know, that doesn't necessarily

15   mean that they're innocent.  I mean, it depends on

16   how folks present and how the Court sometimes is, for

17   lack of a better word, manipulated, you know, to

18   prove a case.  Just because they're not able to give

19   clear evidence doesn't mean that -- but again, I

20   would be able to abide by the law.

21             THE COURT:  Okay.  We talked a little bit

22   about the right to silence, and I think you wrote you

23   don't like that either.  But your thoughts on that

24   after thinking about it maybe a couple of days?

25             MR. JOHNSON:  Yeah, I think, again, I may

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 535

1    not like that, but that's the law.  As a social

2    worker I work with a lot of issues that I don't

3    particularly like and maybe people that I don't

4    particularly like, but I'm there to serve them

5    because that's my duty, and to help them and try to

6    help them find a better path.

7              THE COURT:  All right.  And if these

8    gentlemen decide not to testify or put on any

9    evidence, you wouldn't hold that against them or draw

10   any adverse inference from it?

11             MR. JOHNSON:  That is correct.

12             THE COURT:  All right.  If we take breaks

13   like we did yesterday every hour and a half,

14   healthwise you'd be okay to serve?

15             MR. JOHNSON:  I think so.  I've had cancer,

16   prostate cancer, and I have some incontinence

17   problems.  So just as long as I don't drink a lot of

18   coffee and water, I'm okay.  The last couple of days

19   I've been all right.

20             THE COURT:  And I know it can be difficult

21   to be away from your job for this length of time, but

22   if you were selected, you'd be okay to serve?

23             MR. JOHNSON:  Well, I'm the only licensed

24   social worker on my side of the building.  We do have

25   a couple of others.  It would be a real burden on



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   them, and some of the things at home, but if you call
 2   me to serve, I talked with my boss this morning, I
 3   think I could do it.
 4             THE COURT:  All right.  Thank you, Mr.
 5   Johnson.
 6             MR. JOHNSON:  You're welcome.
 7             THE COURT:  Ms. Large, you're down from
 8   Albuquerque.  Thank you.  What do you do?
 9             MS. LARGE:  Currently I work at the Rape
10   Crisis Center in New Mexico, and also a student and
11   doing my social work internship at the Public
12   Defender's Office in Albuquerque.
13             THE COURT:  What does an advocate do?
14             MS. LARGE:  So I basically work on the rape
15   crisis hotline.  I assist in sexual assaults with the
16   SANE nurse examiners.  I support survivors with
17   whatever resources they need.  Just basically a
18   support and advocate for victims of sexual assault.
19             THE COURT:  And how many years of college
20   have you had?
21             MS. LARGE:  I'm actually graduating with my
22   BSW in May and starting graduate school in the fall.
23             THE COURT:  What is your major field?
24             MS. LARGE:  Social work.
25             THE COURT:  Are you a member of any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 537

```
 1    fraternal, civic, labor or other organization?

 2              MS. LARGE:  No, sir.

 3              THE COURT:  Let's talk about your being a

 4    student.  Where are you a student?

 5              MS. LARGE:  I'm a student at NMHU, the

 6    Albuquerque campus.

 7              THE COURT:  That's Highlands?

 8              MS. LARGE:  Yes.

 9              THE COURT:  What level -- you're done with

10    your undergraduate, you're about to go into your

11    master's?

12              MS. LARGE:  I'm going to be graduating with

13    my BSW in May and then I'll start my MSW in the fall.

14              THE COURT:  And can you spell out what

15    those are?

16              MS. LARGE:  Master's of social work.

17    Master of social work.

18              THE COURT:  What is your career goal?

19              MS. LARGE:  I really don't -- I'm not

20    really sure where I'm going to be, what my passion

21    is.  Definitely to serve underneeded populations, so

22    I'm not really sure where I'm going to go.  But I'm

23    open to pretty much anything.

24              THE COURT:  All right.  You live in

25    Albuquerque.  You've got this going on.  If you were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 538

1    selected to serve, would you be able to serve?

2            MS. LARGE:  I would have to do some

3    rearranging, but yeah, I can make it happen.

4            THE COURT:  Thank you, Ms. Large.  I

5    appreciate it.

6            Mr. DeVargas, when you say Los Ranchos,

7    you're talking about Albuquerque?

8            MR. DeVARGAS:  Yes, North Valley in

9    Albuquerque, yes, sir.

10            THE COURT:  And what do you do,

11   Mr. DeVargas?

12            MR. DeVARGAS:  I work for Bank of America.

13   I am a manager of 20 bank tellers who assist

14   customers through virtual assistance.  So if you go

15   to an ATM, you speak to one of my tellers through

16   video chat.

17            THE COURT:  Well, Wells Fargo doesn't do

18   that.

19            MR. DeVARGAS:  Technology has come a long

20   way, absolutely.

21            THE COURT:  I'm not sure I want to speak to

22   an ATM.

23            MR. DeVARGAS:  It's pretty cool.  If you

24   come and cash a check, you could get hundreds,

25   twenties, fives, ones, and change.  When is the last

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 539

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 540

1   time you got change at an ATM?

2          THE COURT:  I don't know.  I know I'm

3   probably the last person that still buys stamps.  I

4   went to my Wells Fargo, and they don't give stamps

5   anymore.  Do you give stamps at your ATM?

6          MR. DeVARGAS:  No, but as part of my

7   career, we try to help people save money and I think

8   saving them money on stamps is one of the ways we do

9   that.  So it's something that's going out of

10  business.

11         THE COURT:  I was doing a bank fraud case

12  and the Assistant U.S. Attorney was talking about

13  there are still old people that still mail stuff, and

14  Ms. Wild put up on her screen -- she sometimes sends

15  me messages -- "He thinks you're an old guy."

16         Do you work out of one of the branches?

17         MR. DeVARGAS:  My office is in Rio Rancho

18  on the corner of 550 and 528.

19         THE COURT:  What does your spouse do?

20         MR. DeVARGAS:  She works there, as well.

21  It's kind of a customer service contact service

22  center, so we aren't necessarily a big branch.

23         THE COURT:  This question that some people

24  have said that they didn't quite understand it -- it

25  said, If, after hearing the evidence, you thought the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 540

77

```
 1    defendant could be guilty but you were not convinced

 2    beyond a reasonable doubt that he is guilty, would

 3    you be able to return a verdict of not guilty?  And

 4    you checked No.  Is that still your thinking or

 5    what's your thoughts?

 6              MR. DeVARGAS:  My understanding is better

 7    now.  Yesterday and today have been very enlightening

 8    of beyond a reasonable doubt, and I think that I

 9    could certainly see that beyond a reasonable doubt.

10              THE COURT:  All right.  So you'd hold the

11    Government to that standard, and if they didn't prove

12    it, you'd be able to check that "Not guilty" box?

13              MR. DeVARGAS:  Absolutely.

14              THE COURT:  You live in Albuquerque.

15              MR. DeVARGAS:  Yes, sir.

16              THE COURT:  You're like me, a three-hour

17    drive?

18              MR. DeVARGAS:  Yes.

19              THE COURT:  If you are selected, would you

20    be able to serve?

21              MR. DeVARGAS:  My leadership would not be

22    very excited to have to do what I do every day, but I

23    think we can manage, yes, sir.

24              THE COURT:  Thank you, Mr. DeVargas.  I

25    appreciate it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 541

```
 1              Mr. Krohn, you're down from Sandia Park.
 2    Thank you.  What do you do?
 3              MR. KROHN:  I'm a technical consultant.
 4    That's a generic phrase.  I'm actually a computer
 5    programmer for ProLaw Software.  It's a software
 6    branch of a big huge conglomerate called Thomson
 7    Reuters.
 8              THE COURT:  I associate them with the news
 9    services.  Am I wrong?  Do they do some things like
10    Bloomberg News?
11              MR. KROHN:  The company has been expanding
12    and acquiring new things, and at some point they
13    decided they needed a wire service, so they bought
14    Reuters.
15              THE COURT:  That must be the portion.
16              MR. KROHN:  I work with the software that's
17    used by law firms and the Department of Justice and
18    places like that to manage their offices and their
19    court calendars.
20              THE COURT:  What does your spouse do?
21              MR. KROHN:  She's a writer.  She's
22    currently writing a series of murder mysteries set in
23    Santa Fe.
24              THE COURT:  Any particular time period?
25              MR. KROHN:  Contemporary.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 542

```
 1                 THE COURT:  I can't read my writing.

 2                 MR. KROHN:  I can't read my writing.

 3                 THE COURT:  I know what I was going to say.

 4    I know that there is some job interference, and there

 5    is distance between Santa Fe and Albuquerque.  Do you

 6    think, with your job and distance, if you were

 7    selected you'd be able to serve?

 8                 MR. KROHN:  If I was called, I could serve.

 9    There would be a minor inconvenience personally.

10    We've got a vacation two weeks from now booked, paid

11    for, tour tickets that can't be redeemed.  The

12    greater burden would be on my employer, because of

13    the deliverable I mentioned yesterday that my company

14    has been working on for a year, and the delivery date

15    is literally right now.  So right now, my managers

16    are waiting to find out what happens here to decide

17    whether to try to reschedule, or take the financial

18    hit for being in breach of contract for failing to

19    deliver over the next two weeks.

20                 THE COURT:  You had put dates of

21    unavailability as April 2 through 17.  That's what

22    you're talking about right now?

23                 MR. KROHN:  Right, yeah, that's the work

24    conflict.

25                 THE COURT:  All right.  What is the Society
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   for Creative Anachronism?

 2             MR. KROHN:  I had forgotten I wrote that

 3   down.  In my teens, I was a member of a club.  It's a

 4   nonprofit recreational club dedicated to the research

 5   and recreation of things medieval, jousting

 6   tournaments, things like that.  You know, it was an

 7   interesting way to learn about medieval history, and

 8   it was a lot of fun.

 9             THE COURT:  So when I go by the parks in

10   Albuquerque and see the knights and banners, that's

11   it?

12             MR. KROHN:  Yeah.  If they're swinging

13   boffers, then it's an unrelated organization.  If

14   they're swinging great big sticks that look more like

15   actual swords, that's SCA.

16             THE COURT:  What is a local herald?

17             MR. KROHN:  The herald is like a person who

18   is in charge of a few different things, including

19   things like holding court.  Rather than the king

20   deigning to make pronouncements to the populace, the

21   herald would read proclamations and things like that.

22   They're also in charge of registering coats of arms

23   for the knights to paint on their shields.

24             THE COURT:  Let me ask you about a couple

25   of questions that you hadn't answered yet on your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 544

```
 1   questionnaire.  "Do you think if a person is brought
 2   to trial, there must be some truth to the charges?"
 3   And you put Yes.  Do you want to talk to me about
 4   that answer and the presumption of innocence that we
 5   talked about the last couple of days?
 6             MR. KROHN:  Well, a grand jury has found
 7   probable cause to bring it to trial.  There is the
 8   old bromide that a grand jury would be willing to
 9   indict a ham sandwich.  So I know that the burden of
10   proof is not nearly as high and that there's not any
11   opportunity for a defense to be mounted before a
12   grand jury.  So that's what we would be here for
13   today, would be to give a defendant his day in court
14   and for the State to put forward a more rigorous
15   presentation of evidence.
16             THE COURT:  And you think you could put
17   aside how we got here and why these gentlemen are
18   here and presume them innocent until you go back to
19   deliberate?
20             MR. KROHN:  Absolutely.  Everybody on that
21   side of the bar, both sides of the room, are just
22   fellow citizens of New Mexico.
23             THE COURT:  The photographs and videos that
24   you may see in this trial -- would you be able to
25   look at them and consider them as evidence?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 545

```
1              MR. KROHN:  I could look at still photos.

2    No problem.  If the Government is bringing video

3    evidence, that would be more difficult.  If anybody

4    happened to be manipulating bodies in the video, I

5    would not be able to look at that.

6              THE COURT:  I don't know the evidence well

7    enough to comment on that.  Maybe the lawyers can

8    address that with you.  You think, right at the

9    moment, you would be able to look and consider the

10   evidence that's going to come into the case?

11             MR. KROHN:  Except for that one very thin

12   slice, yeah, I would be able to look at it.  If

13   they've got videotape of bodies being moved,

14   manipulated, I wouldn't be able to look at that.

15   I've tried in the past, so I know I wouldn't be able

16   to.  I had to get up and leave the room.

17             THE COURT:  After you look at these

18   pictures, assume it's not that category --

19             MR. KROHN:  Yeah.

20             THE COURT:  -- do you think could be fair

21   and impartial to the parties, look at it, consider

22   it, be fair and impartial to the parties?

23             MR. KROHN:  Yes, Your Honor.

24             THE COURT:  Tattoos.  There may be some

25   evidence in the case of tattoos, and you said that --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 546

```
 1    we asked you what thoughts you had about it, and you
 2    said, "If they don't exhort criminal activity, then
 3    they're fine."  Do you want to talk to me about what
 4    you were trying to communicate with that thought?
 5              MR. KROHN:  I have lots of friends who have
 6    tattoos, varying levels of artistry.  I have no
 7    problems with them, but they don't have tattoos of
 8    Nazi symbols, they don't have tattoos of violent
 9    activities, things like that.  So if I were to see
10    some of those, I would have to assume that the wearer
11    was trying to convey a violent message like that, and
12    I would have to say, "Message received."
13              THE COURT:  Okay.  You know, I think you'll
14    agree with me, it's not a crime to have a tattoo;
15    right?
16              MR. KROHN:  Absolutely not.
17              THE COURT:  So certainly it may -- usually
18    tattoos are trying to express something, because
19    that's what people generally do with putting tattoos.
20    After you look at them and you consider them for what
21    everybody is trying to convey with them, do you think
22    you could still remain fair and impartial to the
23    parties here and just use it as any other evidence in
24    the case?
25              MR. KROHN:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 547

```
 1                THE COURT:  Okay.  I know the distance and
 2       job.  You and I have talked a little bit about that.
 3       But you think if you were asked to serve, you would
 4       be able to do it, Mr. Krohn?
 5                MR. KROHN:  Yes, your Honor.
 6                THE COURT:  Thank you very much, Mr. Krohn.
 7                All right.  I think that we had better give
 8       Ms. Bean a break, so we're going to take a break this
 9       morning.  This is our first morning break.  So I'm
10       going to remind you of a few things that are
11       especially important.
12                Again, until the trial is completed -- and
13       we're long ways from that -- you're not to discuss
14       this case with anyone, whether it's members of your
15       family, people involved in the trial, or anyone else,
16       and that includes your fellow jurors.  If anyone
17       approaches and tries to discuss the trial with you,
18       let me know immediately.
19                Also, you must not read or listen to any
20       news reports of the trial.  Don't get on the internet
21       and do any research for purposes of this case.
22                And finally, remember that you must not
23       talk about anything with any person who is involved
24       in the trial, even if it doesn't have anything to do
25       with the trial.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                If you need to speak with me, give a note
 2      to one of the court security officers or Ms. Wild or
 3      Ms. Bevel.  I may not be repeating these at the lunch
 4      break and things, but do keep them in mind each time
 5      we take a break.
 6                All right.  We'll be in recess for about 15
 7      minutes, then I'm about to wrap up, and then the
 8      lawyers may have some questions.  So stay outside of
 9      the courtroom until Ms. Wild or Ms. Bevel comes and
10      gets you.  Take your belongings with you, because you
11      will need to come back in and take the seat and place
12      that you've been sitting all day.
13                (The venire panel left the courtroom.)
14                THE COURT:  All right, we'll be in recess
15      for about 15 minutes.
16                (The Court stood in recess.)
17                THE COURT:  All right.  I think we've got
18      all the attorneys.  Got all the defendants.  If you
19      can sit down so Ms. Wild can take a look down at that
20      end and make sure everything is okay.
21                All right.  Feel good about it?  Mr. Beck?
22                MR. BECK:  The only thing I was going to
23      say, Your Honor, we had the comment from the juror
24      yesterday that he wasn't paying attention to the
25      Government's witness list because he didn't know he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 549

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 550

```
 1   should.
 2           THE COURT:  I'm going to finish this.  I'm
 3   going to do some wrap-up to see if they've got
 4   anything else to say, then I'll come back to it.  If
 5   I don't do it, stand up.  That's where I'm planning
 6   to do it.  Does that work for you?
 7           MR. BECK:  Yes, sir.  Thank you.
 8           THE COURT:  Remember to stay seated.
 9           Everything look okay at that end, Ms. Wild?
10   Everything look okay?
11           All right.  Remember to stay seated.  Sorry
12   this is taking some time.  I hope I'm doing some good
13   here.  I know it's a little slow, but maybe this will
14   be helpful.
15           (The venire panel entered the courtroom.)
16           THE COURT:  If you'll come back in and take
17   your seats where you've been seated the last couple
18   of days, we'll try to get started.  Thank you for
19   your patience, cooperation, all you're doing for us.
20           All right.  I appreciate everybody getting
21   in and out and back here, and I appreciate the way
22   you're working with the Court, with the parties.  I
23   appreciate that very much.
24           Mr. Bunnel, we'll start with you.  You're
25   down here from Tijeras.  Thank you very much.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 550

```
 1                What brought you from -- I think I wrote --
 2   Kansas to New Mexico?
 3                MR. BUNNEL:  It's where the Air Force left
 4   me, sir.
 5                THE COURT:  And what's the name of your
 6   employer?
 7                MR. BUNNEL:  I work for Agilities.
 8                THE COURT:  What is that group?
 9                MR. BUNNEL:  It's an engineering and
10   support contract for the Air Force.
11                THE COURT:  Has your spouse ever worked
12   outside of the home?
13                MR. BUNNEL:  Yes, sir.  When I was
14   stationed in Florida, she worked for a scholarship
15   foundation.
16                THE COURT:  What was the name of it?
17                MR. BUNNEL:  It was the Astronaut
18   Scholarship Foundation, STEM scholarships for
19   undergraduates.
20                THE COURT:  Thank you, Mr. Bunnel.
21                Mr. Moore, you're over from Alamogordo.
22   Thank you.  What brought you from Ohio to New Mexico?
23                MR. MOORE:  Oh, well, that's where my
24   family is from.  But I moved around quite a bit since
25   then.  Arizona, Massachusetts, Georgia, New Mexico.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1              THE COURT:  And what do you do?  Are you in

 2    the military?

 3              MR. MOORE:  I'm a civilian working for the

 4    Air Force, yes.

 5              THE COURT:  And what do you do in your --

 6              MR. MOORE:  I'm a photographer.

 7              THE COURT:  Okay.  And your spouse.  What

 8    does your spouse do?

 9              MR. MOORE:  She is a child care provider

10    for the Air Force.

11              THE COURT:  For the Air Force.  And so her

12    employer -- she's another civilian employee of the

13    Air Force?

14              MR. MOORE:  Yes, she's what they call a NAF

15    employee.

16              THE COURT:  You had mentioned in your

17    questionnaire about police officers, that you would

18    be more likely to believe law enforcement.  What's

19    your thoughts about that in comparison to how you

20    evaluate credibility with other witnesses in this

21    case?

22              MR. MOORE:  Well, I think it's an

23    idealistic perspective.  I would like to think they'd

24    be more honest than the average person, but I

25    understand that they're human like the rest of us.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                             1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                               e-mail: info@litsupport.com

DNM 552

```
 1              THE COURT:  So you just test their

 2    credibility the same way you would the other

 3    witnesses?

 4              MR. MOORE:  Yes, sir.

 5              THE COURT:  So you're mostly saying you

 6    hope law enforcement would be truthful and accurate?

 7              MR. MOORE:  Yes, sir.

 8              THE COURT:  All right.  On the drugs, I

 9    wanted to ask you if -- on the question, "Do you

10    think your feelings involving people who sell drugs

11    might influence you in this case," and you said,

12    "Yes, there may be some evidence of drug use and drug

13    trafficking in this case."

14              It's not primarily a drug case, although

15    there may be evidence of it.  We've talked about it

16    being more of a murder and assault and those sort of

17    things case.  If you heard that evidence about drug

18    use and drug trafficking, do you think you could

19    still be fair and impartial to the parties as you

20    look at the charges of murder and assault and those

21    things?

22              MR. MOORE:  Yes, sir.  I think I responded

23    that way just because I've had that abuse in my

24    family and it obviously affected the family.

25              THE COURT:  But for purposes of this case,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 553

1    do you think you could be fair and impartial to all

2    the parties here?

3              MR. MOORE:  Yes, sir.

4              THE COURT:  Thank you, Mr. Moore.

5              All right, Mr. Hinson, you're from

6    Mountainair.  What brought you from Michigan to New

7    Mexico?

8              MR. HINSON:  Principally I was tired of

9    shoveling my driveway four months out of the year.

10             THE COURT:  You indicated you were an Uber

11   driver.  Now, are you an Uber driver in Mountainair?

12             MR. HINSON:  No, I go up to Albuquerque.

13             THE COURT:  Up to Albuquerque.  What does

14   your spouse do?

15             MR. HINSON:  We're both self-employed.  We

16   own a skin care business, Skin-beautiful.com.

17             THE COURT:  And you've been represented by

18   an attorney in the past.  What was that in connection

19   with?

20             MR. HINSON:  That was when I was caught

21   with Ecstasy and cocaine.

22             THE COURT:  All right.  Your ability to

23   look at photographs, videos in this case, would you

24   be able to do that?

25             MR. HINSON:  Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 554

```
 1              THE COURT:  All right.  And I know that
 2    particularly with the work that you have, jury duty
 3    can impose a financial hardship, but if you were
 4    selected, would you be able to serve?
 5              MR. HINSON:  I would still have to go to
 6    the hotel and work four hours a night.
 7              THE COURT:  All right.  Thank you,
 8    Mr. Hinson.  I appreciate it.  I'm probably going to
 9    be joining you at the hotel working every night.  We
10    work on the stuff up in Albuquerque and probably
11    these lawyers will be, too.
12              All right.  We'll go over here to
13    Mr. Yancey.  You're down from Albuquerque, with me.
14    What do you do?
15              MR. YANCEY:  Officially I'm a data center
16    technician.  Unofficially, I'm, "Hey, we need this."
17              THE COURT:  What is BigByte?
18              MR. YANCEY:  BigByte is a data center
19    facility in which we house other people's
20    infrastructures in our secure class 3 data security
21    vault.
22              THE COURT:  Your major field of study in
23    college was what?
24              MR. YANCEY:  Computer information systems.
25              THE COURT:  And what is an ISSP
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   certification?

 2            MR. YANCEY:  That would be a CISSP,

 3   certified information systems security professional.

 4            THE COURT:  I was going to ask you a

 5   question about one of your answers on the

 6   questionnaire.  And the question was:  "Do you

 7   believe it should be easier to commit a prison inmate

 8   who commits a crime in prison?"  You put, "Yes, more

 9   evidence."

10            If I understand what you were trying to

11   communicate, there may be more evidence in a prison

12   setting than elsewhere, and that's why it would be

13   easier?  Is that close to what you were trying to

14   communicate?

15            MR. YANCEY:  In a controlled environment

16   you would have access to more resources such as guard

17   testimony, security cameras, I suppose, whatever

18   other control aspects are implemented in the facility

19   at the time.

20            THE COURT:  So you were not saying that it

21   should be easier on the Government to prove their

22   case in that situation than in other situations?

23            MR. YANCEY:  That is correct.

24            THE COURT:  And so you would hold the

25   Government to the same burden of proof of beyond a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 556

```
 1   reasonable doubt as in any other case?
 2              MR. YANCEY:  That is correct.
 3              THE COURT:  You don't have a car; is that
 4   correct?
 5              MR. YANCEY:  Yes.
 6              THE COURT:  And how did you get here?
 7              MR. YANCEY:  A mutual acquaintance, I
 8   believe, Jason Laubscher.  I believe that name rings
 9   that bell with you.  I'm not entirely sure.  He gave
10   me a ride here.
11              THE COURT:  And how would you plan to get
12   back and forth from Albuquerque if you were chosen?
13              MR. YANCEY:  I have no idea.
14              THE COURT:  All right.  Thank you,
15   Mr. Yancey.
16              Mr. Spencer, you're from Alamogordo.  Thank
17   you.
18              MR. SPENCER:  Yes.
19              THE COURT:  What brought you from
20   California to New Mexico?
21              MR. SPENCER:  A long way around.  I lived
22   in Alaska and Wyoming and just traveling jobs.
23              THE COURT:  And what's a model maker?
24              MR. SPENCER:  I create advanced weapons for
25   the Department of Defense.  That's about as far as I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 557

1   can --

2             THE COURT:  You can tell me.

3             MR. SPENCER:  Yeah.

4             THE COURT:  What does your spouse do?

5             MR. SPENCER:  She's a resident assistant at

6   the New Mexico School for the Blind.

7             THE COURT:  All right.  And her employer is

8   the State of New Mexico?

9             MR. SPENCER:  Yes, sir.

10             THE COURT:  All right.  You had listed some

11   dates of unavailability.  Looked like they were July.

12   We're going to be done by then.  Would you be okay to

13   serve the next eight weeks?

14             MR. SPENCER:  Yes, sir.

15             THE COURT:  Let's talk about a couple of --

16   well, a little bit more than that.  Questions on your

17   questionnaire.  One is this one that's easier to

18   convict.  What were your thoughts when you put -- let

19   me refresh my memory.  You did put, Yes, that it

20   should be easier to convict a prison inmate who

21   commits a crime in prison.  You put Yes.  What was

22   your thinking?

23             MR. SPENCER:  Based on surveillance,

24   increased surveillance.

25             THE COURT:  So it's more that there might

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    be more evidence or something like that?

2              MR. SPENCER:  Yes.

3              THE COURT:  You wouldn't lower the burden

4    for the Government in any way?

5              MR. SPENCER:  No, sir.

6              THE COURT:  They'd still have to prove

7    every element beyond a reasonable doubt?

8              MR. SPENCER:  Yes.

9              THE COURT:  These questions about there

10   must be some truth to the charges because we're at

11   trial; they're more likely guilty.  I think on all

12   those you had put Yes.  What's your thinking about

13   those answers and then the presumption of innocence?

14             MR. SPENCER:  Your Honor, I have the

15   deepest respect for the judicial process, so I think

16   my thinking on those answers were in relation to if

17   you had enough evidence to go to trial.

18             THE COURT:  And you think you could put

19   aside any thoughts or thinking about how we got here

20   and just presume these gentlemen to be innocent

21   throughout until deliberations?

22             MR. SPENCER:  Yes, sir.

23             THE COURT:  All right.  And you think that

24   you would hold the Government to the burden of beyond

25   a reasonable doubt for every element?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 559

```
 1                MR. SPENCER:  Yes.

 2                THE COURT:  Let's talk a second about the

 3      question on right to silence, and you said they have

 4      something to hide if they do that -- I'm not sure

 5      quite what that word is, "if they do --"

 6                MR. SPENCER:  My writing is atrocious.

 7                THE COURT:  Well, it's not atrocious, but I

 8      did have trouble with that one word.  "Do that to

 9      commit to their own defense."  What were you trying

10      to communicate?

11                MR. SPENCER:  I don't really understand,

12      because I do understand the Fifth Amendment.  So I

13      don't know what -- really what my thoughts were

14      there.

15                THE COURT:  All right.  Let's talk about

16      maybe your thoughts today.  Do you think you could

17      keep from holding anything against these gentlemen if

18      they decide not to testify?

19                MR. SPENCER:  Absolutely.

20                THE COURT:  And you wouldn't infer anything

21      adverse to them if they didn't?

22                MR. SPENCER:  No, no.

23                THE COURT:  And you heard me talking about

24      that's a very cherished right in our society.

25                MR. SPENCER:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 560

```
 1              THE COURT:  And you think you could also
 2   cherish it and keep honoring it throughout the trial?
 3              MR. SPENCER:  Yes, sir.
 4              THE COURT:  Photographs, videos.  We talked
 5   a little bit about that.  You'd said you might have a
 6   problem looking at it.  Do you think you could commit
 7   to looking at and considering the evidence?
 8              MR. SPENCER:  Yes, sir.
 9              THE COURT:  You have this vacation in July.
10   We think we're going to be done by June 1st.  Do you
11   think you're okay to serve the next eight weeks if
12   you're selected?
13              MR. SPENCER:  Yes.
14              THE COURT:  Thank you so much, Mr. Spencer.
15              Mr. Maestas.  You're down from Albuquerque
16   too.  Do you do other things beside being a plumber
17   at Roto-Rooter?  I know on the radio you all solve
18   all sorts of problems.  Do you solve all problems, or
19   are you just in the plumbing side?
20              MR. MAESTAS:  Most of the problems, yes.  I
21   don't do drains.
22              THE COURT:  You don't do drains.  I'm not
23   very good at them.
24              You've been represented by an attorney in
25   the past.  What was that in connection with?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 561

```
 1              MR. MAESTAS:  DWI.
 2              THE COURT:  Okay.  On the presumption of
 3    innocence, we talked about these answers to these
 4    questions.  The question was, "Do you believe that a
 5    prison inmate is presumed innocent if he is being
 6    prosecuted for committing a crime while in prison,"
 7    and you checked the word No.  After sitting there for
 8    a couple of days, is that still your answer?
 9              MR. MAESTAS:  Yes.
10              THE COURT:  So if somebody were
11    committing -- alleged to have committed a crime while
12    they were a prison inmate, you would not be able to
13    presume them to be innocent?
14              MR. MAESTAS:  I would have to look over
15    everything.  I would give them a fair chance.
16              THE COURT:  Okay.  Do you think that in
17    this case -- we'll just put anything aside, because
18    you and I both don't know a lot of the evidence that
19    we're about to hear -- let's just talk about these
20    men here.  Can you presume them innocent throughout
21    the trial until you get back to that jury room to
22    deliberate?
23              MR. MAESTAS:  Yes, sir.
24              THE COURT:  All right.  And so you're not
25    going to assume, just because they're here, that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 562

1    there is some evidence or they're guilty or more

2    likely guilty?  You can put all that aside?

3          MR. MAESTAS:  I'll put that aside.

4          THE COURT:  Okay.  And you had said easier

5    to convict.  You thought it might be easier to

6    convict a prison inmate who commits a crime in

7    prison, and you had put, "They're already in

8    custody."  What were you thinking when you wrote that

9    sentence out?

10         MR. MAESTAS:  I was thinking maybe in

11   custody for the same issues, same arrests, I guess.

12   But after hearing everything, it can go either way.

13         THE COURT:  All right.  You and I don't

14   know what the evidence is going to be, but at least

15   in this case, you're not going to make the burden

16   easier.  Depending upon the evidence, you're going to

17   still require the Government to meet their normal

18   burden of proving every element of the alleged crime

19   beyond a reasonable doubt.

20         MR. MAESTAS:  Yes.

21         THE COURT:  And you can do that?

22         You just had a baby.  Baby doing okay?

23         MR. MAESTAS:  Doing fine.

24         THE COURT:  If you were asked to serve,

25   would you be able to serve over the next eight weeks?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     MR. MAESTAS:  It would be hard to be away,

2   but we do have family that helps with that.

3     THE COURT:  And you live in Albuquerque,

4   okay on transportation, all that sort of thing, to

5   get down here?

6     MR. MAESTAS:  Yes.

7     THE COURT:  Thank you, Mr. Maestas.

8   Appreciate it.

9     Ms. McKee, you're over from Lovington.

10  Thank you.  What do you do?

11    MS. McKEE:  I am a maintenance technician

12  for the County of Lea.

13    THE COURT:  And your spouse's employer?

14    MS. McKEE:  Pilot, Flying J.

15    THE COURT:  Oh, okay.  What is -- oh,

16  something I was going to ask, but you've been

17  represented by an attorney in the past.  What was

18  that in connection with?

19    MS. McKEE:  I have not been represented.

20  My husband was.

21    THE COURT:  You're right.  You just didn't

22  answer that question so the answer is No; right?

23    MS. McKEE:  Yes.

24    THE COURT:  You got two school-age

25  children?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 564

```
 1              MS. McKEE:  Um-hum.

 2              THE COURT:  And the father here works at

 3   nights?

 4              MS. McKEE:  Their father works nights.

 5              THE COURT:  So if you were asked to serve,

 6   tell me how you'd balance that?

 7              MS. McKEE:  My mother and my mother-in-law

 8   are both willing to help out with that.

 9              THE COURT:  You had indicated on your

10   questionnaire, "More likely to believe police

11   officers or law enforcement."  What's your thinking

12   about as we have law enforcement here?  Are you going

13   to always believe them, test them like any other

14   witness?  How are you going to go about that task?

15              MS. McKEE:  I can look at it.  I can't

16   think of the word now.

17              THE COURT:  You can look at their demeanor

18   and cross-examination and things and test their

19   credibility the same way as anyone else?

20              MS. McKEE:  Yes.

21              THE COURT:  I know that jury service

22   interferes with business.  From a business

23   standpoint, do you think you can balance it and

24   serve?

25              MS. McKEE:  Yeah.  I'll probably lose my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 565

```
 1    place in the project we're working on now, but it is
 2    what it is.
 3              THE COURT:  And the two children -- the
 4    grandmothers helping and stuff, okay to serve?
 5              MS. McKEE:  Yes.
 6              THE COURT:  All right.  Thank you,
 7    Ms. McKee.
 8              Ms. Campbell, down from Chimayo.  Thank
 9    you.  What do you do?
10              MS. CAMPBELL:  I'm a licensed clinical
11    therapist.
12              THE COURT:  And what is an LCSW?
13              MS. CAMPBELL:  Licensed clinical --
14              THE COURT:  Just what you told me.  Okay.
15    Who is your employer?
16              MS. CAMPBELL:  Las Clinicas del Norte, and
17    I work at a school-based clinic in Pojoaque.
18              THE COURT:  You indicated you had some
19    strong feelings about drugs that might affect the
20    case.  You said you weren't sure how it would.  Tell
21    me what your thinking was when you answered it, or
22    when your thinking is today about that issue.
23              MS. CAMPBELL:  I live in a county with a
24    lot of heroin addiction, and people in my family and
25    in my community and the patients that I serve deal
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 566

```
 1   with that on a daily basis.  So it's all around me.
 2            THE COURT:  Sure.  There may be some
 3   evidence here of use of drugs and drug trafficking.
 4   Do you think you could still be fair to all the
 5   parties here, be fair and impartial to everybody?
 6            MS. CAMPBELL:  As a social worker, I
 7   operate under, you know, ethical principles, so it's
 8   the work that I do.  It's just not easy all the time.
 9            THE COURT:  Sure.  Well, being a juror is
10   not easy, either.  We're asking a lot.  But do you
11   think you could be fair and impartial even though you
12   have strong feelings about drugs?
13            MS. CAMPBELL:  Yes.
14            THE COURT:  Thank you, Ms. Campbell.
15            Ms. Wild, do you want to hand me that one
16   on Ms. Vasquez?
17            Ms. Vazquez, you're over from Clovis.
18   Ms. Wild grew up in Clovis.  Do you know any Barnes
19   over there?  That was her maiden name.
20            MS. VAZQUEZ:  No, I'm originally from
21   Arizona.
22            THE COURT:  What do you do?
23            MS. VAZQUEZ:  I am a licensed clinical
24   social worker at the Hartley House Domestic Violence
25   Shelter, and I work for CYFD.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           THE COURT:  When you talk about that house,
2    what is the name of it?
3           MS. VAZQUEZ:  The Hartley House.
4           THE COURT:  Hartley House.  Okay.  That's
5    the Hartley family that was there for many years that
6    it's named after?
7           MS. VAZQUEZ:  Yes.
8           THE COURT:  What does it do?
9           MS. VAZQUEZ:  So I provide counseling to
10   survivors of domestic violence, their children, and
11   also individuals who have been convicted of domestic
12   violence.
13          THE COURT:  And you've been represented by
14   an attorney.  Was that in connection with this
15   landlord/tenant dispute that you listed in your
16   questionnaire?
17          MS. VAZQUEZ:  Yes, and then also for a DUI
18   that was dismissed.
19          THE COURT:  Okay.  All right.  Let's talk
20   about your answer to some of the questions that were
21   asked of you on the special questionnaire, if I can
22   get these pages to not stick together here.
23          The question was:  "Do you believe that a
24   prison inmate is presumed innocent if he is being
25   prosecuted for committing a crime while in prison?"

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And you did some crossing out.  It looked
 2   to me in the end you put Yes and No.  What were you
 3   thinking?
 4              MS. VAZQUEZ:  I misunderstood the question
 5   at first.  It's a No.
 6              THE COURT:  It's a No?
 7              MS. VAZQUEZ:  I think what an individual
 8   has been convicted of and doing time for doesn't
 9   matter for what's in front of me right now.  So the
10   evidence and the facts have to prove that they are no
11   longer innocent for that crime.
12              THE COURT:  All right.  Let me ask some
13   questions about that.  Are you saying that we
14   shouldn't give people the presumption of innocence if
15   they're already in prison?
16              MS. VAZQUEZ:  No, what I'm saying is they
17   are innocent for the crimes that are in front of --
18              THE COURT:  Any new crimes.  Is that what
19   you're trying to say?
20              MS. VAZQUEZ:  Yes.
21              THE COURT:  All right.  Another question
22   that you have, and at least in this case -- we're
23   talking kind of a theoretical case there, but in this
24   case you could presume all these gentlemen to be
25   innocent throughout the trial?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. VAZQUEZ:  Yes.
 2            THE COURT:  This was this cluster of
 3   questions about, "Do you think if a person is brought
 4   to trial, there might be some truth to the charges?"
 5   You didn't answer yes or no, and said, "Can't say for
 6   sure," and then when that question was kind of
 7   re-asked about there might be some truth you said,
 8   "Not sure."
 9            Now, when you were asked if they are likely
10   to be guilty, you put No both times.  What was your
11   thinking about those questions and answers?
12            MS. VAZQUEZ:  So my thought is, my thinking
13   in that question was -- I mean, it takes time and
14   money to come to do a trial.  There has to be
15   something that you're bringing to the table that --
16   to bring charges against somebody.  That was my
17   thinking.
18            THE COURT:  Okay.  Can you put aside any
19   thoughts about how we got here, and why these men are
20   sitting here, and presume them innocent and just
21   listen to the evidence in this case?
22            MS. VAZQUEZ:  Yes.
23            THE COURT:  And on the right to silence,
24   you indicated -- you said, "I agree with that, just
25   because --"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. VAZQUEZ:  You probably won't be able to
 2    read it.
 3              THE COURT:  "Doesn't want to testify on
 4    their behalf does not make them automatically
 5    guilty."  I paused a little bit on that word
 6    "automatically."  Would you agree with me that you
 7    can't draw any inference, automatic or otherwise,
 8    about guilt just from a decision not to testify?
 9              MS. VAZQUEZ:  That's basically what I was
10    saying.  Just because they don't testify, it doesn't
11    mean one way or the other.
12              THE COURT:  On the photographs and videos,
13    you said -- I think you checked that you wouldn't
14    have any problem.  No, you put Yes on both those
15    questions, and then you said, "I believe I can.  But
16    not sure till I see things like that."
17              And as you can probably guess, we can't
18    wait till that moment.  We've got to push it up
19    today.  Do you think you'd be able to look at the
20    evidence?
21              MS. VAZQUEZ:  Yes.
22              THE COURT:  You'd be able to consider it?
23              MS. VAZQUEZ:  Yes.
24              THE COURT:  And then after you look at it,
25    can you put it down, any emotions, and just be fair
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and impartial to the parties even after you look at

2    it and consider it?

3              MS. VAZQUEZ:  I think I could, yes.

4              THE COURT:  Okay.  I know that trial can be

5    difficult as far as costs and things.  I think at

6    least the transportation cost, you're reimbursed for

7    that.  Do you understand that?

8              MS. VAZQUEZ:  Yes.

9              THE COURT:  Put you in a hotel.  It's not a

10   lot of money that we give.  The $1.3 trillion budget

11   that just got passed a week ago had a little increase

12   for jurors, but it's still pretty small.  Do you

13   think financially and things, you could work it out?

14             MS. VAZQUEZ:  I think.  My work is working

15   with me on it, so I think it could be done.

16             THE COURT:  And familywise, you'd be able

17   to adjust things to serve?

18             MS. VAZQUEZ:  My husband works night.  I

19   have teenagers.  So as long as I have someone check

20   on them at night or stay with them at night, I feel

21   okay with being here.

22             THE COURT:  Your teenagers aren't going to

23   be like my boys?  When I was leaving town one time to

24   go up to Denver for a volleyball tournament, I told

25   my oldest son, "No parties here.  Don't bring anybody



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 572

```
 1    here."
 2              And I got to about Bernalillo and realized
 3    I had left something, and came back to the house, and
 4    he was marking off certain rooms with police tape.  I
 5    decided that we didn't need two parents in Denver
 6    after that.  So are your children a little better?
 7              MS. VAZQUEZ:  They'll probably try to play
 8    video games all night.  I've got to have somebody
 9    there.  Or we've got to take, like, the computer
10    monitors out of the room and with us.  That's what we
11    have to do.
12              THE COURT:  I can loan you some police
13    tape.  Thank you, Ms. Vasquez.  I appreciate it.
14              Let me ask a very open-ended question,
15    because you and I have -- y'all have been great about
16    answering all my questions.  But having heard the
17    questions that the Court has put to you, and you've
18    been sitting there getting close to a day and a half,
19    does any other reason suggest itself to you as to why
20    you could not sit on this jury and render a fair
21    verdict based upon the evidence that's going to be
22    presented to you and in the context of the Court's
23    instructions to you on the law?  Is there anything
24    that's going to keep you from being fair and
25    impartial in this case, just listening to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
1    evidence, just listening to my instructions, that we

2    haven't already talked about?

3           All right.  What we're going to do right

4    now, we're going to repeat something.  And it may

5    have been because I didn't tell you why we were about

6    to do it, and now I'm going to tell you why we're

7    going to do it again.

8           When we listed out all those names, both

9    the Government and the defendants, about witnesses, I

10   think I probably should have made it clear to be sure

11   and listen real carefully to these lists to see if

12   anybody knows anybody on them.  So your ears and eyes

13   may have glazed over a little bit as this list was

14   done.  So I'm going to have the Government, Mr. Beck,

15   repeat that so that you can listen to it one more

16   time and make sure that -- you know, we've already

17   talked about it.  You don't need to repeat it.  But

18   if you know somebody and you haven't brought that to

19   the attention of the Court or the parties, now is the

20   time to do it.

21          Mr. Beck.

22          MR. BECK:  The civilian witnesses that

23   we'll call in this trial may include Javier Alonso,

24   a/k/a Wino; Eddie Archuleta, a/k/a Spidey; Gerald

25   Archuleta, a/k/a Styx; Manuel Jacob Armijo, a/k/a Big
```





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

DNM 574

```
 1    Jake; Rena Blea, Kyle Bridgman, Karen Cartwright,
 2    Brandon Chavez, Linda Chavez; Benjamin Clark, a/k/a
 3    Cyclone; Billy Cordova, a/k/a Little Shadow; Richard
 4    Gallegos, a/k/a Dopey; James Garcia, a/k/a Daffy;
 5    Phillip Gonzalez, a/k/a Grumpy; Samuel Gonzalez; Jose
 6    Gomez, a/k/a Tiny; Sammy Griego, a/k/a Sammy G; Ruben
 7    Hernandez, Jeremy Kaiser, Robert Lovato, a/k/a
 8    Boo Boo; Leroy Lucero, a/k/a Smurf; Leonard Lujan,
 9    Yvonne Madrid; Eugene Martinez, a/k/a Little Guero;
10    Robert Martinez, a/k/a Baby Rob; Roy Martinez, a/k/a
11    Shadow; Timothy Martinez, a/k/a Red; Josh Mirka; Ray
12    Molina, a/k/a Boxer; John Montano, a/k/a John John;
13    Mario Montoya, a/k/a Poo Poo; Steven Morales, a/k/a
14    Cyclone; Frederico Munoz, a/k/a Playboy; Daniel
15    Orndorff, a/k/a Sleepy; Joseph Otero, Charlene
16    Parker-Johnson; Fred Quintana, a/k/a Flaco; Brian
17    Rascon, a/k/a Cokes; Raymond Rascon, a/k/a Fuzz; Paul
18    Rivera, a/k/a Oso; Mario Rodriguez, a/k/a Blue;
19    Willie Romero, a/k/a Demon; Sapphira Serrano, Amber
20    Sutton, Michael Sutton, Lawrence Torres, Jesse
21    Trujillo, Jason Van Veghel, Leroy Vallejos, Eric
22    Young, Shauna Gutierrez, Joe Martinez, Augustine
23    Saenz, Albert Sanchez.
24         We may call the custodian of records from
25    the following:  Dona Ana County Detention Center,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Hidalgo County Detention Center, Otero County Prison

2    Facility, Santa Fe Correctional Facility, Sandoval

3    County Detention Center, Cricket Communications

4    Incorporated, T-Mobile.

5           From the Dona Ana Detention Center, we may

6    call Patrick Howie; from the Federal Bureau of

7    Investigation, Bryan Acee, Tiffany Smith.  From the

8    New Mexico Corrections Department, Ruben Alvidrez,

9    Louie Baca, Chris Barela, Christopher Cupit, Eloy

10   Flores, Marcello Garcia, Noah Green, Ronald Martin,

11   Raymond Martinez, Ralph Mintz, David Morales, Richard

12   Norman, James Pedraza, Renee Perea, William Roach,

13   Jesus Sandoval, Sergio Sapien, Jerry Spiers, Roberta

14   Stellman, Lee Spooner, Rosalind Renee Williams, Jerry

15   Roark.

16          From the New Mexico Department of Public

17   Safety, Shirley Garcia, Margo Mikeska, Jennifer Otto,

18   Kristin Radecki, Tiffany Smith, Kevin Strain, Eve

19   Tokumaru, Teresa Vigil, Tracy Zehringer.

20          From the New Mexico State Police, Thomas

21   Shane Arthur, George Bernal, Patrick Bucksath, Thomas

22   Christian, Sr., Michael Davies, Robert Duncan, Felipe

23   Gonzalez, Kiersten Harzewski, Wesley Lacuesta, Marco

24   Martinez, Richard Mathews, Warren Pershall, Norman

25   Rhoades, Jeffrey Smith, Albert Venegas, Alvino Vigil,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 576

```
1   William Weisler, Richard Williamson, Paul Chavez, and
2   Clay Goret.
3           From the Office of the Medical
4   Investigator, Anne Bracey, Carolyn Lucero, Ian Paul,
5   Laura May Williams, Amy Elizabeth Wright, Cecilia Wu,
6   and Ross Zumwalt.
7           From the Socorro County Sheriff's Office,
8   Kacey McFadden and Manuel Monte.
9           State Fire Marshal Bill Farmer.
10          From the Valencia County Sheriff's Office,
11  Roque Fernandez, Otto King, Clayton Martinez, and
12  James Sanchez.
13          Some other civilian witnesses we may call.
14  Charlene Baldizan, Maxine Burns, Angela Gallegos, and
15  Matt Lucero.
16          Some other FBI agents we may call, Thomas
17  Neale, Lance Roundy, Joseph Sainato, Nancy Stemo.
18          From the New Mexico Corrections Department,
19  Adam Anaya, Eleanor Suzanne Dunn, Elizabeth Larson,
20  Jim Moore, James Mulheron, George Ochoa, Anthony
21  Romero, and Nancy Smith.
22          From the New Mexico State Police, Joe
23  Andazola, Nathan Lucero, Janice Madrid, Elizabeth
24  Martinez.
25          And from the Office of the Medical
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 577

```
 1   Investigator, Carol Shirreffs.
 2            Also we may call Michael Jaramillo, a/k/a
 3   Criminal.
 4            THE COURT:  All right.  We went through
 5   these yesterday, and if you already have come to the
 6   bench, I think we talked about anybody that knew any
 7   of the people that Mr. Beck mentioned.  We did it up
 8   here at the bench.
 9            So if you've already been up here and
10   talked, you don't need to do it again.  But did
11   anybody in the second reading identify anybody there
12   that they know or had any sort of relationship with?
13   I'm not seeing any hands.
14            Mr. Cooper, do you want to do your list
15   again?
16            MR. COOPER:  Your Honor, may we approach?
17            THE COURT:  You may.
18            (The following proceedings were held at the
19   bench.)
20            THE COURT:  You mentioned him again, but
21   you're not calling James Garcia?
22            MR. BECK:  Yes, I'm sorry.
23            THE COURT:  Is that what you're concerned
24   about?
25            MR. COOPER:  We're concerned.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  It showed up on the witness

2     list I had.  Ms. Wild and Ms. Bevel took them and

3     they refiled.

4          MR. COOPER:  I have the new list, and some

5     of the new people on the new list -- Jerry Roark, for

6     instance, Paul Chavez, Clay Goret were mentioned when

7     we read this today, but he still mentioned Daffy, and

8     so --

9          MR. BECK:  He's not being called.

10         MR. COOPER:  I think his name may be

11    mentioned, and it was probably good to mention him,

12    but he will not be called.

13         THE COURT:  Okay.

14         MR. COOPER:  2091 does not mention James

15    Daffy Garcia.

16         MR. BECK:  I did it.

17         MR. COOPER:  You did it today but you

18    cleaned up and had the people that you added to the

19    2091.  I was concerned.  You added people and picked

20    them up and you mentioned them today.

21         MR. BECK:  Mr. James Garcia will not be

22    here as a witness, and I don't think he'll show up in

23    court either.

24         MR. COOPER:  Thank you.

25         THE COURT:  Do you want to do your list?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 579

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 580

1          MR. COOPER:  I'd love to.  Let's go.  Thank

2    you, Judge.

3          (The following proceedings were held in

4    open court.)

5          THE COURT:  All right.  Mr. Cooper, do you

6    want to repeat your list for the jurors to see if, in

7    a second reading, anybody recognizes anybody?

8          MR. COOPER:  I will, Your Honor.  Thank

9    you.

10          As I informed you yesterday, the defense

11    may call some of those same names that you just

12    heard.  So as I mentioned yesterday, the defense may

13    call some of those same names that you heard Mr. Beck

14    read just now.  We have a witness list that has been

15    prepared for all defendants in this case, a joint

16    witness list and the civilian witnesses on that list,

17    ladies and gentlemen, are Irene Abney, Charles

18    Asbury, Autumn Avila, Jesse Baca, Charlene Baldizan,

19    Valerie Carrejo, Braden Chavez, Edna Chavez, Veronica

20    Chavez, Mary Crumpton, Joe Doyle, Jonathon Duran,

21    Michelle Duran, Bill Elliott, Angela Gallegos,

22    Estevan Gonzalez, Jimmie Rae Gordon, Tami Gutierrez,

23    Jason Hoster, Jennifer Lopez -- not that one -- Leroy

24    Lucero, Mark Lugo, Arlene Mendez, Geraldine Martinez,

25    Mark Myers, Shaun Myers, Jim Naranjo, Daniel

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 580

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 581

```
1    Orndorff, Dina Ortiz-Chavez, Jolene Romero, Julian
2    Romero, Chad Rutter, Michael Sanchez, Paula Sanchez,
3    Troy K. Sanchez, Sapphira Serrano, John Shanks, Paul
4    Silva, Amber Sutton, Brandon Travis, and Benjamin
5    Wood.
6            Now, some of the law enforcement officers
7    that we may call would be Andrew Armijo, Nikki Baca,
8    James Braun, D. Braun, Jack Burkhead, Sonya Chavez,
9    Lawrence Tafoya, Felipe Gonzalez, Nathan Gurule, Noah
10   Guzman, Steven Hall, Rich Lewis, James Mowduk,
11   Brenton Myers, Trent Pedersen, Robert Perry, Royleen
12   Ross-Weaver, Daniel Sedillo, Ray Soliz, Roberta
13   Stellman, Reeve Swainston, Henry Telles, James
14   Tierney, Mark Torres, Vince Torres, Janine Arvizu,
15   Tim Bryan, Karen Green, Dr. Lesli Johnson, Dan E.
16   Krane, Suzanna Ryan.
17           We also may call the custodian of records
18   at the Lovelace UNM Rehabilitation Hospital, the
19   custodian of records at UNM Hospital, the custodian
20   of records at Valencia County Detention Center,
21   perhaps other custodians of records for other
22   facilities.  Thank you.
23           THE COURT:  Thank you, Mr. Cooper.  Did
24   anyone, on second reading, recognize any name?
25           Ms. Vasquez, why don't you come up here to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 581

```
 1   the bench.  Anybody else, on second reading, think
 2   you might know somebody?
 3          All right.  Let's come up here to the
 4   bench, Ms. Vasquez.
 5          (The following proceedings were held at the
 6   bench.)
 7          THE COURT:  All right, Ms. Vazquez.  Who
 8   did you recognize off that list?
 9          MS. VAZQUEZ:  Jennifer Lopez, but there's a
10   lot of them.
11          THE COURT:  There's a lot of Jennifer
12   Lopezes.
13          MS. VAZQUEZ:  This one lives in Clovis, New
14   Mexico, so I don't know if it's the same one.
15          THE COURT:  All right, Mr. Cooper.
16   Ms. Vasquez is saying that there's a lot of Jennifer
17   Lopezes.  She knows one in Clovis.  Do you think your
18   one in Clovis -- do you think your Jennifer Lopez
19   is --
20          MR. COOPER:  I don't believe so, Your
21   Honor.
22          THE COURT:  You don't think so?  Anything
23   else about her that might be an identifier?
24          MS. VAZQUEZ:  I have her on Facebook if you
25   guys want to see her.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. COOPER:  What does she do for a living?
 2              MS. VAZQUEZ:  Right now I don't think she's
 3    working right now, but --
 4              THE COURT:  But she lives in Clovis?  How
 5    do you know this?
 6              MS. VAZQUEZ:  I went to high school and
 7    we've been friends on Facebook for years now.
 8              THE COURT:  But you don't know what she's
 9    doing?
10              MS. VAZQUEZ:  No.
11              THE COURT:  And you don't think it's your
12    Jennifer Lopez?
13              MR. COOPER:  I don't think so.  May I have
14    one moment?
15              THE COURT:  Do you have your phone with
16    you?
17              MS. VAZQUEZ:  I do.
18              THE COURT:  Why don't you run back and grab
19    it and show a picture to Mr. Cooper, and see if it
20    happens to be the same person.
21              MR. BLACKBURN:  We'll call her the real
22    Jennifer Lopez, not the fake Jennifer Lopez.
23              THE COURT:  It's like when you see these
24    television ads, they always say, these are real
25    people, not actors, and I'm always going -- I guess
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   that communicates but -- Ronald Reagan, one time, was
 2   sitting at a dinner party.  The woman turns to him
 3   and says, "I can't believe the United States elected
 4   an actor."
 5          He said, "I can't believe you can be
 6   president and not be an actor."
 7          MR. BLACKBURN:  Fast forward.
 8          THE COURT:  Fast forward.  Where did Mr.
 9   Cooper go?  Conferring.
10          MR. BECK:  It's not going to help me.  I
11   don't know if it's going to help him.
12          THE COURT:  Is anybody beside Mr. Cooper
13   likely to know her?  She's not on my lists.  Is she
14   on somebody's list?
15          MR. COOPER:  Yes, Your Honor, she's from
16   the Belen/Los Lunas area.
17          MS. VAZQUEZ:  No.
18          THE COURT:  Not the same one?
19          MS. VAZQUEZ:  No, she lives in Clovis.  The
20   other one is Jason Gurule.  Did he ever live in
21   Clovis?
22          MR. COOPER:  I doubt that.  I imagine that
23   witness is also from Los Lunas.
24          THE COURT:  Do you have any questions, Mr.
25   Beck?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  No, Your Honor.

 2              THE COURT:  How about you, Mr. Cooper?

 3              MR. COOPER:  No, Your Honor.

 4              THE COURT:  Anybody else?  Thank you,

 5    Ms. Vasquez.

 6              (The following proceedings were held in

 7    open court.)

 8              THE COURT:  All right.  Anyone else, with

 9    the rereading of the list, think you know anybody on

10    the list?

11              All right.  I'm now going to permit counsel

12    to conduct additional direct voir dire examination.

13    Again, thank you for your patience with the Court.

14              Mr. Beck, are you going to conduct it for

15    the Government?

16              MR. BECK:  I am, Your Honor.

17              THE COURT:  All right.  Mr. Beck.

18              MR. BECK:  I can speak loudly and maybe you

19    all will hear it, but Ms. Bean, the court reporter,

20    wants to take down what I'm saying also and she wants

21    to hear everything I'm saying.

22              So let me reiterate what the judge and

23    everyone has said up to this point.  Thank you for

24    being here.  Thank you for what you're doing.  It is

25    obvious that each and every one of you appreciates
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 585

1    the importance of what you're doing here today and

2    the important service that you're doing.  And I know

3    that it is not easy to be away from your jobs, your

4    friends, your family, your real lives for two days,

5    let alone for eight weeks.  But it's obvious that you

6    all appreciate the importance of what you're doing

7    here.

8            Trial by jury is an important -- as the

9    judge said, it's a United States constitutional

10   guarantee.  It is written in the Bill of Rights.  It

11   is written into our Constitution.  Is there anyone

12   here -- and before I get there, let me just say, as

13   we've been doing before, if anyone feels

14   uncomfortable answering one of my questions in front

15   of everyone, we can go up to the bench, and that's

16   fine.  If I point you out and ask you a question

17   directly, I don't want it to offend you.  I'm just

18   doing my job.  So just let me know that you prefer to

19   answer up at the bench, and we'll go do that with the

20   judge and the other attorneys as we've been doing.

21           So as I said, is there anyone here who

22   thinks that the jury trial right is a bad idea and

23   that we should not have the right to a jury trial

24   here in the United States?  Raise your hand.  All

25   right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Is there anyone here who has a problem with

 2     the constitutional right to provide to every

 3     defendant charged with a crime the right to a jury

 4     trial?  Raise your hand.  I figure those would be the

 5     easy ones, with what's gone on so far.

 6              Now, the Court will instruct -- and as

 7     we've been talking about, as you've heard that is not

 8     only the right to a jury, but it's the right to a

 9     unbiased or unprejudiced jury, and that's a very

10     important thing.  We've been talking about it for two

11     days, but I want to make sure everyone understands

12     it.

13              Let's talk about the elephant in the room.

14     I wear a bow tie.  I look different than everyone in

15     here and some people don't like bow ties, and some

16     people may hold that against me.  And that's

17     perfectly fine.  I as a lawyer don't have the right

18     to an unbiased jury pool.  But these men do, and it's

19     important for everyone in here to realize that.

20              We've talked about tattoos.  You will see

21     pictures of tattoos.  We've talked about gangs.

22     There will be mention of gangs.  It's important for

23     everyone to realize that this jury trial right

24     guaranteed by the Constitution includes the right to

25     an unbiased and unsympathetic jury.  So what we
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 587

1    talked about the last two days, I'm going to ask you

2    again:  Can everyone commit to set aside any

3    preconceived notions or biases you have, and when the

4    judge instructs you, that you must leave those things

5    outside the door and decide these men's guilt or not

6    guilty based on what's presented here in the

7    courtroom?  Can everyone in here do that?  If you

8    can't do that, raise your hand.

9              I want to talk about guilty beyond a

10   reasonable doubt.  That's something that you've heard

11   mentioned.  Many of you have sat on juries and even

12   criminal juries.  That's our burden.  It's the

13   prosecution, the United States' burden to prove to

14   you all, based on evidence and information presented

15   here in court, that these men are guilty beyond a

16   reasonable doubt.  That is the highest standard in

17   the courts, and it's something we embrace.

18             Now, Ms. Wise, I'm going to pick on you

19   over here.  Yeah, I think I know your answer to this,

20   but I'm going to ask it anyway.  Can you -- if you

21   hear evidence in this case of murder and of multiple

22   murders, can you still listen to the judge's

23   instruction and presume these men innocent until

24   proven guilty beyond a reasonable doubt?

25             MS. WISE:  Are you saying particularly

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 588



```
 1    murder?  I mean, is that the word that you're --
 2            MR. BECK:  Yeah, that's the question I'm
 3    asking you right now, is that if evidence is
 4    presented about murder, and even multiple murders,
 5    can you still heed the judge's instruction to presume
 6    these men innocent until proven guilty?
 7            THE COURT:  Mr. Sindel?
 8            MR. SINDEL:  Your Honor, I would object to
 9    the use of the phrase "murder."  I think that assumes
10    that there is a situation in which it's an
11    intentional crime.  I think it may be a homicide
12    rather than a deliberative crime.  I think murder is
13    an inappropriate question to be asking this
14    particular juror.
15            THE COURT:  Well, I'll let the Government
16    conduct it, and then you can ask the jurors what
17    their feelings are on that.
18            But Mr. Beck.  Overruled.
19            MR. BECK:  Ms. Wise, do you want me to ask
20    again?
21            MS. WISE:  Yes, please.
22            MR. BECK:  Sure.  If in the course of this
23    trial there is evidence presented about murders and
24    even multiple murders, can you still listen to the
25    judge's instruction and start this off presuming
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    these men innocent until proven guilty beyond a

 2    reasonable doubt?

 3              MS. WISE:  Yes, I can.

 4              MR. BECK:  And Ms. Duncan, can you do the

 5    same?

 6              MS. DUNCAN:  Yes, I can.

 7              MR. BECK:  Is there anyone who can't do

 8    that?  If there is evidence of murders or multiple

 9    murders, is there anyone who can't presume these men

10    innocent?

11              Ms. Dwore, heading over the other

12    direction, do you think that the United States should

13    have to prove the guilt of any one of these

14    defendants guilty beyond all or any possible doubt,

15    instead of beyond a reasonable doubt?

16              MS. DWORE:  If the law says "reasonable,"

17    then that's what it is.

18              MR. BECK:  Okay.  Fair enough.  Thank you,

19    Ms. Dwore.

20              Is there anyone who disagrees with

21    Ms. Dwore?  All right.  Not seeing anyone raise their

22    hands.

23              Mr. Skousen?  Did I pronounce that right?

24              MR. SKOUSEN:  Yes, you did.

25              MR. BECK:  So I read through the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    questionnaire, and I understand that you're an IT
 2    manager; is that right?
 3            MR. SKOUSEN:  That's correct.
 4            MR. BECK:  And do you as an IT manager --
 5    do you have people underneath you?  Do you manage
 6    other people?
 7            MR. SKOUSEN:  Yes, I manage other people.
 8            MR. BECK:  About how many?
 9            MR. SKOUSEN:  About 15.
10            MR. BECK:  In managing other people, do you
11    work at Sandia Labs?  Did I remember that right?
12            MR. SKOUSEN:  Yes, I do.  That's correct.
13            MR. BECK:  In your organization, do you
14    think that respect is an important thing in your
15    organization?
16            MR. SKOUSEN:  Absolutely.
17            MR. BECK:  And in managing other people, do
18    you think that showing them respect and receiving
19    respect back is an important management skill?
20            MR. SKOUSEN:  Yes, absolutely.
21            MR. BECK:  What are some difficulties that
22    you have found in managing your employees over the
23    years?
24            MR. SKOUSEN:  One of the biggest
25    difficulties are perceptions versus realities.  A lot
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 591

1    of times there will be perceptions of intent behind

2    behaviors when, in reality, you know there was no

3    intent.  People will misperceive quite often what's

4    in an email or something that was said, and misread

5    that, become offended or have issues with it.  So

6    that's really where I see a lot of issues.

7              MR. BECK:  So for instance, taking emails

8    out of context and misunderstanding what was written

9    in the email?

10             MR. SKOUSEN:  Right.  Or someone writes a

11   really stark email message, and they think, Oh, that

12   person is yelling at me, or whatever, but they

13   misconstrue the intent behind it.

14             MR. BECK:  And to be fair, sometimes in an

15   organization are there people who have a more

16   difficult time getting along than other people?

17             MR. SKOUSEN:  Yes, there are people who

18   tend to get offended very easily.  And also at

19   Sandia, there are those who tend to be somewhat

20   arrogant, and so you've got kind of -- you've got

21   those people who, you know, think they walk on water

22   and they won't listen to anybody, so they can be very

23   difficult to get along with.  And then again, there

24   are some who get very easily offended, so you end up

25   having to deal with those types of issues.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 592

```
 1              MR. BECK:  And that sort of goes back to
 2    what we were talking about earlier about respect,
 3    right, showing respect?
 4              MR. SKOUSEN:  Absolutely.
 5              MR. BECK:  For the people who maybe think
 6    they walk on water or a little confident or, of
 7    course, some of the other employees, do you find that
 8    sometimes you've encountered people who maybe, you
 9    know, try to skate by on their reputation or try not
10    to work as hard as the others?  Do you find that in
11    managing other employees?
12              MR. SKOUSEN:  Yes, we do run into that.
13              MR. BECK:  And in supervising those
14    employees at Sandia Labs generally, have you ever
15    heard the term, "You're only as strong as your
16    weakest link"?
17              MR. SKOUSEN:  Yes, I've heard that.
18              MR. BECK:  Do you think to a certain extent
19    that's true?
20              MR. SKOUSEN:  No, I don't.
21              MR. BECK:  Really?  So why don't you think
22    that?
23              MR. SKOUSEN:  Everybody has strengths and
24    weaknesses; right?  And so you may have a tremendous
25    amount of strengths in multiple -- the way you work
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 593

```
1    as a team member, and you may have one weak link in
2    there, a weakness somewhere in your behavior or on
3    the job.  But that I look at as an opportunity where
4    there can be strength and overcome the weaknesses.  I
5    don't think there is any reason to dismiss a person
6    on their ability to help each other.
7              MR. BECK:  I can see why you're a manager.
8    Let me press you on that a little bit further.  Do
9    you think that if someone is deliberately working
10   against the organization's purpose, if someone in
11   your IT squad -- and again, I'm confident this would
12   never happen -- but if someone in the IT squad there
13   is deliberately playing video games throughout the
14   time that you're all sitting there working on an IT
15   deliverable that's due in a couple of days, does that
16   present a problem for your organization?
17             MR. SKOUSEN:  Oh, yeah, absolutely.
18             MR. BECK:  And in that case, getting back
19   to being only as strong as your weakest link, that
20   would hold back the organization; is that right?
21             MR. SKOUSEN:  Yes, it would.  It would
22   impact the team effort that we're working on and
23   definitely impact the deliverables.
24             MR. BECK:  And if someone like that was in
25   your organization, would you want them to stay around
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

DNM 594

131595

1   even if they're not doing their job, or would you try

2   to work with your management team to see if there was

3   a better fit, or if they had to leave?

4           MR. SKOUSEN:  We would work with them and

5   their management team to see if we can identify the

6   cause of why they're doing it, and see if we can

7   resolve it to see if there is a better fit for them

8   for the organization.

9           MR. BECK:  Great.  Thank you for sharing.

10          Mr. Bunnell.  Am I saying that right?

11          MR. BUNNELL:  Bunnell.

12          MR. BECK:  So you are now or have been in

13  the Air Force?

14          MR. BUNNEL:  I was in the Air Force for

15  seven years.  I got out not quite three years ago.

16          MR. BECK:  You may need to get closer to

17  the mic.  Now you see why I grabbed the mic.  Here

18  she comes.

19          Getting back to respect, is respect

20  important in the Air Force?

21          MR. BUNNEL:  Absolutely.

22          MR. BECK:  Is it important in all military

23  organizations?

24          MR. BUNNEL:  Yes, definitely.

25          MR. BECK:  And just as I was talking about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 596

1    a minute ago with Mr. Skousen, about, you know,

2    you're only as strong as your weakest link, do you

3    think that's true in the military?

4              MR. BUNNEL:  Yeah, definitely.  I mean, you

5    may have other people covering, and if it's a weak

6    individual, you have to work around him and I guess

7    counter for that, but yeah, it's definitely

8    challenging when you have dead weight.

9              MR. BECK:  And in the military, correct me

10   if I'm wrong, one of the intentions in the military

11   is that they cultivate an environment where you, as

12   an organization, rely on your other servicemen to

13   help bring that person up; is that right?

14             MR. BUNNEL:  Yes, sir.

15             MR. BECK:  But if someone just doesn't fit

16   in, is unwilling -- and I don't know if you've

17   experienced this -- but even in the military, in that

18   organization, have you seen -- or do you think it may

19   be true that someone just doesn't fit in that

20   environment and maybe has to leave?

21             MR. BUNNEL:  Yes, sir.

22             MR. BECK:  And even if all the other

23   service members tried as hard as they could, that at

24   some point that decision just has to be made and

25   someone has to leave?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                   MR. BUNNEL:  Absolutely.  It definitely
 2     happens.
 3                   MR. BECK:  Thank you, Mr. Bunnell.
 4                   Now, I'm going to open it up to everyone.
 5     I picked on a few people.  Who here has perhaps
 6     noticed an increase in crime in their neighborhood in
 7     the last few years?  Wow, lots of names here.  We'll
 8     go up first to Ms. Nitterauer; is that right?
 9                   Tell us about that, Ms. Nitterauer.
10                   MS. NITTERAUER:  I moved to Silver City
11     from Albuquerque because of the increase in crime in
12     my neighborhood up in the North Valley.
13                   MR. BECK:  Okay.  And what type of crime
14     did you see increasing, generally?
15                   MS. NITTERAUER:  Generally, it's burglaries
16     and thefts and -- but we hear an awful lot of gun
17     shots going on, and there's been several SWAT
18     situations lately.
19                   MR. BECK:  And that's one of the reasons or
20     the reason that you moved to Silver City?
21                   MS. NITTERAUER:  Yes.
22                   MR. BECK:  I like Silver City.  I used to
23     do the bike race there.  A very good place to be.
24                   MS. NITTERAUER:  Coming up.
25                   MR. BECK:  That's right.  I'll miss it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I'll be here with all of you or whoever is lucky

2    enough to get chosen.

3           Does anyone agree with Ms. Nitterauer, has

4    experienced the same thing?  Raise your hand.

5           You are Ms. Trujillo.  Do I have -- well, I

6    didn't need to look at the sheet.

7           MS. TRUJILLO:  I live on the West Side in

8    Albuquerque, and where I live there is a park not too

9    far, and we always have police activity there.

10   There's been burned bodies found there.  There's

11   definitely drugs there, so it's rough.  I can't even

12   take my four-year-old to the park there.

13          MR. BECK:  And is that -- I mean, is that a

14   concern for you with your four-year-old that you

15   can't take him to the park?

16          MS. TRUJILLO:  Well, yeah, you have to

17   drive out of our neighborhood just to go take him to

18   a park.

19          MR. BECK:  Thank you, Ms. Trujillo.

20          Did anyone else raise their hand?

21          Oh, over here we've got Mr. Kennedy.

22          MR. KENNEDY:  Yeah, I'm currently actually

23   moving.  The apartment complex that I live in is

24   right next to a park, and we have police there every

25   single night.  I've had my dumpster lit on fire, my



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 599

```
1    tires slashed, brandishing firearms, domestic

2    violence, disputes every single night.

3              MR. BECK:  And so I guess my other question

4    is:  You've seen that increase in the last couple of

5    years or something to that effect?

6              MR. KENNEDY:  Yeah, the last five to eight

7    years I've seen a lot more of it.  When I was a kid I

8    never noticed it, or it just didn't happen as much

9    but...

10             MR. BECK:  Thank you for sharing, Mr.

11   Kennedy.

12             And we're going to stick in this

13   neighborhood.  So I want to talk to you all about

14   conspiracy.  And has everyone here heard the term

15   "conspiracy" before?  I am seeing a lot of shaking

16   heads.  The judge will tell you -- he'll give you

17   instruction on what that means at some point, but for

18   purposes of right now, we're just going to talk about

19   it as some form of legal agreement.  Okay?

20             Now, Ms. Williams.  Let's go rob a bank,

21   you and I; all right?  We're going to go rob the Bank

22   of the West here across the street.  But I want to

23   keep my distance from it, so what I'm going to do,

24   I'm going to mastermind the operation, I'm just going

25   to tell you what we're going to do, and you can go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 599

```
 1   and decide on all the details.  Does that sound all
 2   right, Ms. Williams?
 3            MS. WILLIAMS:  Okay.
 4            MR. BECK:  Mr. Kennedy, getting back to
 5   you, Ms. Williams -- she and I talked, and now she's
 6   going to ask you to wear the mask and to go into the
 7   bank to rob the teller.  Is that all right?  And
 8   don't worry, Ms. Williams -- she's got the security
 9   code.  All right?  She's going to make sure the
10   cameras are off.  She's got the bank vault code.  So
11   all you have to do is put on the mask, rob the bank;
12   is that right, Mr. Kennedy?
13            MR. KENNEDY:  No.
14            MR. BECK:  Try the other answer.
15            MR. KENNEDY:  Yes.
16            MR. BECK:  I like that answer better.
17   Doing good so far.
18            Mr. Kulpa, so you're the teller.  And
19   Ms. Williams has now gotten you involved, and you've
20   agreed to do it.  You're the one who gave her the
21   bank vault combination, and you're going to turn off
22   the security cameras.  Okay?  But Mr. Kennedy doesn't
23   know you're involved, and you don't want him to know
24   you're involved; right?
25            MR. KULPA:  Right.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 600

1          MR. BECK:  Exactly.  So Ms. Scifres -- did

2     I say that right?

3          MS. SCIFRES:  Good enough.

4          MR. BECK:  Is that not right?

5          MS. SCIFRES:  Scifres.

6          MR. BECK:  All right.  Good.  I got that

7     right.

8          Ms. Scifres, we need a getaway driver.  And

9     we want to be inconspicuous, so your 1992 neon-purple

10    Ford Fiesta is the perfect getaway car; right?

11         MS. SCIFRES:  Right.

12         MR. BECK:  So Ms. Scifres, you're going to

13    be the getaway driver.

14         Ms. Williams, she's gotten you all set up.

15    All you've got to do is drive Mr. Kennedy to the

16    bank, pick him up afterwards.

17         Now, although I've set this all up, I'm

18    very fair, okay?  We're going to go 50/50.  50 for

19    me; 50 for you all to split.  I, of course, because I

20    said I want to keep my distance, I'm going to be at

21    the Denny's across the street.  But I'm going to be

22    watching everything from there to make sure this all

23    happens right.  So we're going to go and we're going

24    to rob a bank.

25         But of course, it all goes wrong.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 602

 1    Ms. Scifres, your 1992 neon-purple Ford Fiesta

 2    doesn't start back up after you robbed the bank.

 3            Mr. Kulpa, you gave Ms. Williams the wrong

 4    bank code, and you forgot to turn off the security

 5    cameras.

 6            Mr. Kennedy, you did good, you robbed the

 7    bank, but you dropped all the cash coming outside,

 8    and you're met by the police because you didn't turn

 9    off the security cameras.

10            So Ms. Scifres, is Mr. Kulpa guilty?

11            MS. SCIFRES:  I believe so.

12            MR. BECK:  Okay.  Just based on the

13    information that we have so far --

14            MS. SCIFRES:  Yes.

15            MR. BECK:  -- Mr. Kulpa, is Ms. Williams

16    guilty?

17            MR. KULPA:  What did she do?

18            MR. BECK:  She is the one that got you

19    involved, recruited you.

20            MR. KULPA:  Yes.

21            MR. BECK:  Yes, she's guilty.

22            Ms. Williams, is Mr. Kennedy guilty?

23            MS. WILLIAMS:  Yes.

24            MR. BECK:  Is that a yes?

25            MS. WILLIAMS:  Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 603

```
 1                  MR. BECK:  Now, if you can grab the
 2      microphone, Ms. Lee --
 3                  MS. LEE:  Yes.
 4                  MR. BECK:  -- the $64,000 question.  Am I
 5      guilty?
 6                  MS. LEE:  You are.
 7                  MR. BECK:  But I was across the street at
 8      the Denny's.
 9                  MS. LEE:  You're procuring cause -- you're
10      the one who set it in motion.
11                  MR. BECK:  I'm the mastermind.  Okay.
12      Good.
13                  Now, is there anyone here who doesn't agree
14      with Ms. Lee that I'm guilty, even though I was
15      across the street at the Denny's?  Yes, and you
16      are -- hold on, let me look at it.  You are Ms.
17      Solis?
18                  MS. SOLIS:  Well, I mean, I'm assuming
19      these are adults, so they have their own mind.  They
20      can make their own decisions.
21                  MR. BECK:  Sure.
22                  MS. SOLIS:  You can tell them to do that,
23      but they can say, "No, I'm not doing it."
24                  MR. BECK:  That's right.
25                  MS. SOLIS:  So I don't think you should be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 603

```
 1    guilty of that.  They did it.  They're the ones that
 2    should be guilty of it.
 3              MR. BECK:  Okay.  If you wanted to go home
 4    for the next eight weeks, you might have just got
 5    yourself in trouble for that.  You might be staying
 6    on the jury.  But no, I'm going to press you on that
 7    a little bit.  So as I said, I kind of said for
 8    purposes of this, the definition of conspiracy is
 9    sort of a legal agreement; right?  And so did I agree
10    with Ms. Williams to make sure that the bank was
11    robbed?
12              MS. SOLIS:  I'm sorry?  Can you repeat?
13              MR. BECK:  Yeah.  In this -- just the
14    limited information you have here in this
15    hypothetical, did Ms. Williams and I agree to rob the
16    bank?
17              MS. SOLIS:  You talked about it.  I'm not
18    sure about the agreement.  She agreed to do what you
19    told her to do.
20              MR. BECK:  Okay.  So I see what you're
21    getting at.  And I agree with you, we don't have --
22    in this hypothetical there is no written contract;
23    right?  There is no written agreement, and I don't
24    think Ms. Williams and I actually said, "I agree with
25    you, you agree with me," but do you have other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 605

```
 1    evidence or information that may show that

 2    Ms. Williams and I agreed to rob the bank?

 3              MS. SOLIS:  Other evidence?  No.

 4              MR. BECK:  Does anyone else think that

 5    there is other evidence that Ms. Williams and I

 6    agreed?  Yes, Mr. Yancey?

 7              MR. YANCEY:  Because you agreed to the

 8    payment of the 50 percent, you would be culpable, I

 9    believe.  Is that not correct?

10              MR. BECK:  That's your opinion, but I think

11    that's evidence, right, that we agreed to a 50

12    percent payment?

13              MR. YANCEY:  Right, and it would be the

14    collection of that which would show your involvement

15    in the activity.

16              MR. BECK:  Sure.  Is there anything else,

17    maybe that even -- and Mr. Yancey, I'll stick with

18    you -- even that I didn't do that shows that me and

19    Ms. Williams agreed?

20              MR. YANCEY:  Nothing.

21              MR. BECK:  How about that Mr. Kennedy went

22    into the bank with a mask, and Mr. Kulpa gave

23    Ms. Williams the vault code and tried to turn off --

24    he didn't do a good job of turning off the security

25    cameras, but you tried.  Does that show that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Ms. Williams and I agreed?

 2            MR. YANCEY:  That's debatable.  It depends

 3    on the manner in which you shared your plan for this

 4    whole activity.  If there is physical evidence that

 5    you came up with the plan, and that plan was the one

 6    that was implemented as well as you received payment

 7    for the heist, then it would be showing that you were

 8    directly involved with the incident.

 9            MR. BECK:  Sure.  And so I think we're both

10    agreeing that the fact that a bank was robbed and the

11    fact that in this hypothetical Ms. Williams and I

12    talked about it, and I told her to make sure things

13    get done, and then it happens, that seems to show

14    that Ms. Williams and I had an agreement that the

15    bank would get robbed; right?

16            MR. YANCEY:  That would seem so.

17            MR. BECK:  So I'll come back to you, Ms.

18    Solis, now.  Hearing Mr. Yancey's pretty good

19    argument that there is a lot of other evidence there,

20    what are you thinking?

21            MS. SOLIS:  I still stick with my story.

22            MR. BECK:  All right.  So now I want to

23    track this.  I want to make sure that you and I are

24    on the same page.  Because I talked to Ms. Williams,

25    because I talked to Ms. Williams, she and I agreed, I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    told her to go make sure all the details were done, I

2    paid all of them 50 percent, you think that I'm not

3    guilty because everyone else from there made their

4    own decision; is that right?

5         MS. SOLIS:  Correct.

6         MR. BECK:  Now, if the judge's instruction

7    says -- and I don't know what the judge is going to

8    instruct in this case right now, because we haven't

9    gotten there.  But if the judge's instruction says

10   something different than people make up their own

11   minds and the person that put the plan in place is

12   guilty, could you follow that instruction?

13        MS. SOLIS:  Yes, I can.

14        MR. BECK:  So even if -- even though you're

15   thinking that people make their own decisions, if an

16   instruction is different from that, you, knowing as a

17   juror you take an oath to follow the instruction, you

18   could follow whatever instruction you're given; is

19   that right?

20        MS. SOLIS:  Yes, I can.

21        MR. BECK:  Fair enough.  Thank you, Ms.

22   Solis.

23        Is there anyone who can't, as Ms. Solis

24   did, follow the judge's instruction that's different

25   than that?  Raise your hand.  If you wanted to go



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 607

```
 1   home for the next eight weeks, you just missed your
 2   chance, I'll tell that you.
 3           Now we're going to move on here.  Because
 4   this plan went totally haywire -- I can understand
 5   the 1992 Ford Fiesta.  Those are untrustworthy.  But
 6   Mr. Kennedy dropping cash, not turning off the
 7   cameras -- so now we're going to trial.  And
 8   Ms. Williams, Ms. Scifres, Mr. Kulpa, all of you have
 9   lawyers who arrange for a cooperation agreement with
10   the Government, and you're going to be used as an
11   informant witness to testify at the trial against me
12   and Mr. Kennedy.  And under this agreement,
13   Ms. Williams, Mr. Kulpa, Ms. Scifres, you may be
14   provided some benefit in terms of sentencing or
15   punishment for testifying in the case against me and
16   Mr. Kennedy.  And the judge will instruct all of you
17   that these agreements are lawful and proper.  The
18   rules of the Court expressly permit these type of
19   agreements.
20           Now, Ms. Reser -- am I saying that right --
21           MS. RESER:  Yes.
22           MR. BECK:  Okay.
23           MS. RESER:  Yes.  I was just making sure.
24           MR. BECK:  Ms. Reser, will you be able to
25   follow the judge's instruction and listen to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 608

```
 1    testimony of Ms. Williams, Ms. Scifres, and Mr. Kulpa
 2    in the trial against me?
 3             MS. RESER:  Yes, I would.
 4             MR. BECK:  Ms. Griego, will you be able to
 5    follow the judge's instructions and listen?
 6             MS. GRIEGO:  Yes, I would.
 7             MR. BECK:  And now Ms. Morales -- pass it
 8    all the way down, down here at the end.  Ms. Morales,
 9    why may it be helpful for Ms. Williams and
10    Mr. Scifres and Mr. Kulpa to testify in the trial
11    against me?
12             MS. MORALES:  Because they were the only
13    ones that had a part of the conversation with you,
14    besides you.
15             MR. BECK:  Well, Ms. Williams is the only
16    one.  Ms. Williams had the conversation with them;
17    right?
18             MS. MORALES:  Yes.
19             MR. BECK:  So assuming no one else was
20    around, is it important to have their testimony in
21    the trial against me?
22             MS. MORALES:  Yes, if anything, I would put
23    a little bit more stock into theirs, because at that
24    point they know what sentence to get.
25             MR. BECK:  I think to Ms. Solis' point and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Mr. Yancey's earlier, this may help their testimony
 2    about their conversation with Ms. Williams, because I
 3    wasn't there.  It may help show that there was an
 4    agreement between me and Ms. Williams for the bank to
 5    get robbed.  Do you agree with that?
 6              MS. MORALES:  Yes.
 7              MR. BECK:  And I think, as you said before,
 8    they're really the only ones who would know that
 9    information; right?
10              MS. MORALES:  Yes.
11              MR. BECK:  Now, Mr. Doom.  So would you be
12    willing to listen to Ms. Williams, Ms. Scifres, and
13    Mr. Kulpa's testimony at trial against me?
14              MR. DOOM:  Listen to it, yes.
15              MR. BECK:  Listen to, yes.  Do you have
16    some reservation about that?
17              MR. DOOM:  Kind of a he-said-she-said sort
18    of a situation between you and Ms. Williams, isn't
19    it?
20              MR. BECK:  Seems like it is; right?  Okay.
21    But what other tools can you use to see if it's maybe
22    more than just a he-said-she-said against me and
23    Ms. Williams?
24              MR. DOOM:  The fact that she set up the
25    other portion of it.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 610

```
 1              MR. BECK:  So I'm going to use a fancy
 2    lawyer word here.  I'm sure most of you are familiar
 3    with it, but I'm sorry if I do that.  Is to
 4    corroborate the information; right?
 5              MR. DOOM:  Right.
 6              MR. BECK:  Make it more likely.
 7              MR. DOOM:  (Nods.)
 8              MR. BECK:  So it sounds to me like maybe if
 9    it was just Ms. Williams and me, you wouldn't know
10    who to believe.
11              MR. DOOM:  No, put no more stock in her
12    than you.
13              MR. BECK:  Put more stock in her than me?
14              MR. DOOM:  No more.
15              MR. BECK:  No more.  Okay.  Good.  I agree.
16    Because she may get a benefit from her testifying.
17              MR. DOOM:  Right.
18              MR. BECK:  So do you agree with me that she
19    may have -- I mean, maybe you tend to put less stock
20    in her testimony than mine.
21              MR. DOOM:  If she's looking at more jail
22    time, depends what they're trying to charge you with,
23    I suppose.
24              MR. BECK:  Fair enough.  But you think that
25    she has already been caught; right?  And as I said,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 611

```
 1    she may be provided some benefit for testifying;
 2    right?
 3              MR. DOOM:  Right.
 4              MR. BECK:  But now you've also got, I think
 5    as you said, you've got other information to look at;
 6    right?
 7              MR. DOOM:  Right.
 8              MR. BECK:  And that may include
 9    Ms. Scifres', you know, testimony that Ms. Williams
10    told her to have the car; right?
11              MR. DOOM:  Right.
12              MR. BECK:  And would it also help put the
13    story together if we heard from the police officers
14    who got to the scene and said, "Yeah, I saw
15    Ms. Scifres' 1992 purple-neon Ford Fiesta out there,
16    and I remember it because it was neon purple."  Would
17    that help?
18              MR. DOOM:  Yes.
19              MR. BECK:  Because it tends to corroborate
20    her story again; right?
21              MR. DOOM:  Right.
22              MR. BECK:  If you heard from the police
23    officers who caught Mr. Kennedy with his money all
24    over the floor, would that tend to help?
25              MR. DOOM:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1           MR. BECK:  So it sounds like even though --
2    sounds like you might have a problem with the
3    he-said-she-said.  You have other tools that you can
4    use to figure out if the pieces fit together.
5           MR. DOOM:  The more facts they have, the
6    easier it would be for you to, like you say,
7    corroborate her story.
8           MR. BECK:  Thank you, Mr. Doom.
9           Is there anyone who disagrees with Ms.
10   Morales and Mr. Doom, and just plain, flat out will
11   not listen to Ms. Williams, Ms. Scifres, and
12   Mr. Kulpa?  No offense to all of you.  Yes, and you
13   are -- I don't have my sheet with me, and I don't
14   remember.
15          MR. McKINZIE:  I have a hypothetical
16   question.
17          MR. BECK:  Sure.  And say your name first.
18          MR. McKINZIE:  Mark McKinzie.
19          MR. BECK:  All right, Mr. McKinzie.
20          MR. McKINZIE:  So if the conspirator
21   witnesses are all facing jail time, obviously they
22   have an incentive to turn on you.  When this goes to
23   trial, are the jurors told what they get for their
24   testimony against you?
25          MR. BECK:  Not in my hypothetical.  In my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 613

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 614

150

```
1   hypothetical -- I see where you're getting at.  In my
2   hypothetical, all you're left with is that they may
3   get some benefit.  And so in either of those
4   situations, we can play them out; right?  Let's say
5   that we know that they already got some benefit.
6   Would that matter to you one way or the other with
7   what I talked about with Mr. Doom?
8           MR. McKINZIE:  Yeah, because if they're all
9   getting reduced sentences to send you to prison, then
10  they have the incentive to lie and help convict you
11  for their reduced terms or whatever benefit they get
12  from it.
13          MR. BECK:  Okay.  I want to play the other
14  side of it with you now.  Let's say we don't know.
15  They may get reduced sentences if they testify, and
16  who makes that decision may be the lawyers who are
17  prosecuting me, and the judge up there on the stand.
18  Would that affect what we talked with about Mr. Doom?
19          MR. McKINZIE:  It might, because then there
20  is an inherent bias in the system one way or the
21  other.  I don't know which way the bias is going.
22          MR. BECK:  Sure.  Sure.  No, I agree with
23  you.
24          MR. McKINZIE:  Yes.
25          MR. BECK:  I think probably everyone here
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 614

```
 1    does.  And I think that's what Mr. Doom was getting
 2    at, too, that it's sort of a he-said-she-said; right?
 3    And I think you agree -- it sounds like Mr. Doom
 4    would agree with you -- that they have more of an
 5    incentive to testify against me.
 6            MR. McKINZIE:  Yes.
 7            MR. BECK:  Now, as I said, are there
 8    certain other facts that we can use to help maybe
 9    test their story?
10            MR. McKINZIE:  Well, unless Ms. Williams
11    came up with the idea herself to rob the bank and
12    everyone is pointing back up to you, obviously, in my
13    mind, I would assume you had something to do with it
14    and they just didn't pick you out on the street as
15    the mastermind.
16            MR. BECK:  Sure.  But we had pretty limited
17    information about me; right?  I mean, I know I told
18    you I was at Denny's, but we don't know that the
19    police know that; right?
20            MR. McKINZIE:  Right.
21            MR. BECK:  So let's say the police don't
22    know that.  Let's say that now we hear testimony from
23    the police officer, and the police officer says,
24    "Yeah, when I went across the street to Denny's,
25    after I finished up the arrest, and I saw Mr. Beck
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 615

```
 1    there, he looked at me and he ran out the door
 2    sprinting, jumped into his car, and drove away, 90
 3    miles an hour," because I, of course, have a nice
 4    Camaro.  I don't have the Ford Fiesta.  Would that be
 5    helpful?
 6              MR. McKINZIE:  Well, it's incriminating to
 7    you.
 8              MR. BECK:  Right.
 9              MR. McKINZIE:  But there could be another
10    reason you ran away.
11              MR. BECK:  Sure, of course.  I just like to
12    drive fast.  But it sounds like that would be
13    helpful?
14              MR. McKINZIE:  Oh, yes.
15              MR. BECK:  Okay.  So that would be helpful,
16    and then you've got the 1992 Ford Fiesta at the
17    scene, you've got Mr. Kennedy's bag of cash at the
18    scene; right?  So it sounds like, as I talked about
19    with Mr. Doom, now you've got some more corroborating
20    information for that; is that fair to say?
21              MR. McKINZIE:  Absolutely.
22              MR. BECK:  Let's say that the police also
23    testify that -- well, I'll play this differently.
24    Let's say that Mr. Kulpa testifies.  Mr. Kulpa says
25    that he actually had been a teller at a bank that was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

DNM 616

1    robbed before in Minneapolis.  He was part of the

2    bank-robbing group.  I was part of that bank robbing

3    group, and that I moved there, to Las Cruces, a week

4    before the bank robbery happened, a week before we

5    tried to rob the U.S. Bank across the street.  Is

6    that information helpful to you?

7            MR. McKINZIE:  It's suspicious, but by

8    itself it doesn't mean your involvement.

9            MR. BECK:  Sure.  By itself, it doesn't

10   mean.  But now you've got Ms. Williams saying that

11   she and I agreed.  You've got Ms. Scifres' car at the

12   scene, you've got Mr. Kennedy's bag of cash on the

13   ground, and now you've got Mr. Kulpa telling you that

14   he's done this before, he did it with me before, and

15   that I moved there right before this happened.  Does

16   that tend to corroborate that I was involved?

17           MR. McKINZIE:  It's not looking good for

18   you.

19           MR. BECK:  I agree with you, but does

20   that -- do you see what I'm saying?

21           MR. McKINZIE:  Absolutely.

22           MR. BECK:  So anyone else -- you know, and

23   I think what I'm kind of getting to you with -- I

24   think you said you had sat on a jury before.  Am I

25   right?  No, you've never sat on a jury before.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 618

```
 1              And the judge will instruct you about
 2    setting aside our biases and the presumption of
 3    guilt.  But do you see that you don't come into this
 4    room, even though this is your first time being up
 5    here on a jury panel -- you see that you don't just
 6    leave all your tools at home; that you bring some
 7    tools with you to figure this stuff out?
 8              MR. McKINZIE:  Right.
 9              MR. BECK:  Does that help maybe put you at
10    ease a little bit more about serving on this jury, to
11    see that you do have some tools to bring to the
12    table?
13              MR. McKINZIE:  Sure.
14              MR. BECK:  And does everyone see that you
15    all, when you come through that door, you don't leave
16    your common sense and your reason and your ability to
17    make inferences at the door.
18              Thank you, Mr. McKinzie.  I appreciate it.
19              Now, I've sort of gone over this, but I
20    want to talk to you all about direct and
21    circumstantial evidence.  So we've all seen movies;
22    right?  These sort of crime movies or crime TV shows,
23    and you've got the lawyer going to the guy who is
24    accused of the crime.  It may be a girl, but
25    oftentimes it's a guy.  I don't mean to exclude
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 619

1    anybody.  But usually it's a guy in the TV shows, and

2    the guy says, "I'm never going to jail.  Their case

3    against me is all circumstantial"; right?  We've all

4    seen that and heard of direct and circumstantial

5    evidence.

6            Well, I want to do another hypothetical.

7    This one will be a little bit quicker.

8            Ms. Pellegrino, sounds like you recently

9    moved to Las Cruces.

10           DR. PELLEGRINO:  Three years ago, two and a

11   half.

12           MR. BECK:  You've been here for a while.

13   In this hypothetical we're not going to do today.

14   We're going to go back, say, two months so the

15   beginning of February.  You wake up.  How long is

16   your drive to work?

17           DR. PELLEGRINO:  About 15 minutes.

18           MR. BECK:  Fifteen minutes.  Okay.  Great.

19   You wake up, you watch the news.  The news lady on

20   Channel 7 says, "It's definitely going to snow

21   today," 60 percent chance, of course, because that's

22   as much as we're ever going to have in Las Cruces.

23   For us, that's definitely going to snow; right?

24           DR. PELLEGRINO:  For us that's definitely

25   going to snow.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 619

```
 1            MR. BECK:  So you go to work knowing that
 2    it's going to snow.  You bring your umbrella.  You
 3    leave work that night.  It's dark outside, it's
 4    cloudy, it's cold, the wind is blowing a little bit.
 5    On your way home, you start to get little snowflakes
 6    dropping on your car; right?
 7            DR. PELLEGRINO:  Um-hum.
 8            MR. BECK:  You get back home.  Where did
 9    you go to dental school?
10            DR. PELLEGRINO:  University of Missouri at
11    Kansas City.
12            MR. BECK:  All right.  So you're more used
13    to the snow than I am.
14            DR. PELLEGRINO:  Yeah.
15            MR. BECK:  So now your friend from
16    University of Missouri Kansas City calls, and she
17    says, "Hey, Ms. Pellegrino, how is the weather out
18    there in Las Cruces?"
19            What are you going to say?
20            DR. PELLEGRINO:  "It's lightly snowing."
21            MR. BECK:  I'd say heavily snowing, but you
22    can say lightly snowing.
23            Let's do this again.  Same thing, two
24    months ago, February 10th, you wake up, you put on
25    the news, the news lady on Channel 7, weather lady,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   tells you it's definitely going to snow, 60 percent

 2   chance, definitely going to snow.  You drive 15

 3   minutes to work, work, drive back, it's dark outside,

 4   it's cloudy, it's windy, it's cold.  You drive home,

 5   park, you get out, you go to sleep.

 6          The next morning, you wake up and you go to

 7   the door and make your coffee, and you look outside,

 8   and it is a winter wonderland outside, which, of

 9   course, for Las Cruces means there is a dusting of

10   snow on the rocks, and none on the pavement; right?

11          DR. PELLEGRINO:  Right.

12          MR. BECK:  Now, your friend from dental

13   school in Missouri, Kansas City, calls, and she says,

14   "Ms. Pellegrino, how was the weather last night in

15   Las Cruces?"  What are you going to tell her?

16          DR. PELLEGRINO:  "Heavier than last time."

17          MR. BECK:  Okay.  Well, this is the same

18   time.

19          DR. PELLEGRINO:  Oh, is it?

20          MR. BECK:  But I see what you're saying.

21   Are you going to tell her it snowed?

22          DR. PELLEGRINO:  Yes.

23          MR. BECK:  It snowed, but you didn't see it

24   snow; right?

25          DR. PELLEGRINO:  Correct.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 621

```
 1              MR. BECK:  Now, do you understand that
 2    distinction in direct and circumstantial evidence?
 3              DR. PELLEGRINO:  Yes.
 4              MR. BECK:  Seeing it snowing versus waking
 5    up to our Las Cruces winter wonderland?
 6              DR. PELLEGRINO:  Yes.
 7              MR. BECK:  Is there anyone who doesn't see
 8    that distinction?
 9              Thank you, Ms. Pellegrino.
10              Does everyone see that circumstantial
11    evidence, a lot of the things I talked about with
12    Mr. -- I want to say McIntosh.  I feel bad.  It's
13    McKinzie.  I'm sorry, Mr. McKinzie.
14              Is there anyone who doesn't understand that
15    distinction on direct and circumstantial evidence?
16    Okay.  And if the judge instructs you that you, as
17    jurors, are to give equal weight, the same weight, to
18    direct and circumstantial evidence, can everyone
19    follow that direction?  Is there anyone who can't
20    follow that direction?  Raise your hand.
21              Sure, Ms. Griego?
22              MS. GRIEGO:  So in your hypothetical, you
23    said, "One night I saw it snow, so I know it snowed."
24    That's direct.  "The next morning I get up and it
25    snowed."  I didn't see it, so you said the news
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

DNM 622

```
 1    person said the day before it was going to be 60
 2    percent chance.  It may have snowed the day before,
 3    it may have snowed after.  My question really is:
 4    Would the judge ask us to give those the same weight?
 5    Because in the second scenario, we really don't know
 6    when it snowed.  It may have snowed the day the
 7    weather person said it did, it was supposed to.  It
 8    may have snowed the next day.  With circumstantial
 9    evidence, I just see where -- I don't see how it
10    could ever have the same weight as direct evidence.
11              MR. BECK:  Sure.
12              MS. GRIEGO:  I just didn't understand how
13    that could be.
14              MR. BECK:  And so my question with Ms.
15    Pellegrino over there -- and maybe it was a bad
16    question on my part -- but my question was:  Her
17    friend called from dental school at Missouri, Kansas
18    City, and asked her, "How was the weather last
19    night?"
20              So she said it was snowing, because --
21    right? -- she got home and it hadn't snow in the
22    second hypothetical.  And then she woke up the next
23    morning and it was the winter wonderland, dusting on
24    the rocks; right?
25              MS. GRIEGO:  She could see it had snowed.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 623

```
 1    I was just confused on circumstantial and direct
 2    given the same weight.  Maybe in that circumstance
 3    with the snow I can see it, because you obviously
 4    have snow on the ground, either way.
 5           But like in your first scenario, you said
 6    the policeman seeing the purple car outside of the
 7    bank.  In a way, wouldn't that be kind of
 8    circumstantial?  Because you could have had the
 9    person in the purple car there because they were
10    going to the bank, or they were going somewhere else
11    near the bank.
12           MR. BECK:  Yes, exactly.  And I just want
13    you to know you're finding your way onto an
14    eight-week jury here, asking these great questions.
15    But do you see how -- I agree with you, that is
16    circumstantial evidence that the car was there.
17           MS. GRIEGO:  Yeah.
18           MR. BECK:  But is that helpful to you in
19    corroborating Ms. Williams' testimony that she and I
20    talked about the plan and that she got Ms. Scifres to
21    drive the car there?  Is that helpful for you?
22           MS. GRIEGO:  It is.  But if the judge told
23    me to give it the same weight as the police officer's
24    testimony on the guy who dropped the bag of money
25    because the money is right there and he was holding
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 624

1    it and that seems to be more direct, I know for a

2    fact that that happened because it's on the camera

3    and everything; where the other evidence is, yes, the

4    car was there, but we can't -- there is no visual

5    proof or direct proof of why the car was there.

6            MR. BECK:  Sure.  And I think you're

7    getting to a distinction -- and tell me if I'm wrong;

8    this is what I'm hearing from you, but please tell me

9    if I'm wrong, because I am more often than not.  But

10   it sounds to me like you're getting to the

11   distinction in circumstantial versus direct evidence,

12   as opposed to the weight that you're going to give

13   them.  And so --

14           MS. GRIEGO:  Well, the weight is the thing

15   I'm concerned -- because to me I see direct as yeah,

16   that's heavy.  I mean, we've got a video of you doing

17   this, and that's pretty heavy.  But circumstantial is

18   not as heavy.  So if you say the judge would tell me

19   to see them as the same, and give them the same

20   amount of weight, I'm not sure I could do that,

21   because, to me, logically that doesn't make sense.

22           MR. BECK:  Sure.  What I'm saying, is I

23   think finding Mr. Kennedy trying to pick up his money

24   is way better evidence -- I'm going to agree with you

25   here -- is way better evidence he just robbed a bank

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 625

 1    than a 1992 Ford Fiesta sitting dead in the driveway,

 2    even if it's neon purple; right?

 3              MS. GRIEGO:  Yeah.

 4              MR. BECK:  So you see how those two have

 5    different -- that's why they're circumstantial and

 6    maybe direct.  It's circumstantial that he just

 7    robbed a bank.  He could have just had a pile of cash

 8    on the floor because he's really, really rich, and

 9    withdrew that money.  But you have other facts that

10    tell you different; right?

11              MS. GRIEGO:  They forgot to turn the

12    cameras off, so there must be a video of him exiting

13    with the case.

14              MR. BECK:  Right.  And that would be the

15    direct evidence.  But do you see that if the judge

16    instructs you that those two are to be given the same

17    weight, the video camera and him picking up money,

18    that they're to be given the same weight, that you

19    take them with the same weight.  But you may find

20    one -- you may find one shows you more, in reaching

21    your verdict.  Does that make sense?  That's a bad

22    way to say it.

23              MR. SINDEL:  Your Honor --

24              MS. GRIEGO:  That does make sense.

25              THE COURT:  Well, let's do this:  We need

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 626

 1    to bring this to an end.  The jury is going to

 2    determine what the weight of the evidence is.

 3             MR. SINDEL:  Exactly.

 4             THE COURT:  You can consider circumstantial

 5    evidence, you can consider direct evidence.  You can

 6    consider both of them.  But the jury is going to

 7    consider the weight.  I'm not going to tell you to

 8    weigh evidence the same.  You can give it the weight

 9    you want.  Does that make sense?

10             All right.  Are you about to wrap up, Mr.

11    Beck?

12             MR. BECK:  Yes, Your Honor.

13             And I didn't mean to confuse you.  I'm

14    sorry about that.

15             The last thing I'm going to talk about is

16    law enforcement and the CSI effect.  Has everyone

17    seen CSI or NCIS, those type of crime scene shows?  I

18    just learned they play, like, 117 times per week.

19    But it's an hour show, someone commits a crime, you

20    watch what happens, and at the end of the show, there

21    is some awesome computer forensic analysis that tells

22    us it was Colonel Mustard in the library with the

23    match stick; right?  Does anyone think that that's a

24    real depiction of crime in real life?  Raise your

25    hand.  Good.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 628

```
1              Does everyone understand that there are
2    certain things that maybe we want to put resources
3    into and don't want to put resources into?
4              And let me say this.  Mr. Montoya, do you
5    understand that maybe law enforcement, just like
6    anyone else, has to make certain choices about where
7    they put their resources?
8              MR. MONTOYA:  Right.
9              MR. BECK:  Do you understand that?
10             MR. MONTOYA:  Yes, I do.
11             MR. BECK:  So if at the end of this
12   trial -- if you're selected to be on the jury, and at
13   the end of this trial, for one reason or another, you
14   don't have every single piece of evidence that you
15   wanted to see.  For instance, for some reason, we
16   don't have the camera video of Mr. Kennedy robbing a
17   bank, even though Mr. Kulpa forgot to turn off the
18   security camera.
19             Even if we don't have that piece of
20   evidence, we don't have that video evidence, if there
21   is a question that you had wanted to ask, a piece of
22   evidence that you wanted to see, but you still
23   determined that I was guilty beyond a reasonable
24   doubt, could you, in fact, find me guilty beyond a
25   reasonable doubt, even though we don't have that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 628

```
 1   piece of evidence?

 2            MR. MONTOYA:  So I was already -- you

 3   already proved that it was beyond a reasonable doubt?

 4            MR. BECK:  Right.  According to you.

 5            MR. MONTOYA:  According to me?  Yeah.

 6            MR. BECK:  Okay.  Good.

 7            MR. MONTOYA:  Beyond a reasonable doubt.

 8            MR. BECK:  Perfect.  Thank you, Mr.

 9   Montoya.

10            Is there anyone who disagrees with Mr.

11   Montoya, that even though you all found me guilty

12   beyond a reasonable doubt, found that I was involved,

13   but you really wanted to see that security video

14   evidence, is there anyone who is saying at the end of

15   this trial if you don't have that key piece of

16   evidence, even though you found I was guilty beyond a

17   reasonable doubt, is there anyone who couldn't

18   convict me of guilty?  Raise your hand.

19            All right.  Thank you all for your

20   attention.  Thank you for your patience.

21            THE COURT:  All right.  Thank you, Mr.

22   Beck.

23            All right.  Let's go ahead and take our

24   lunch.  We'll be in recess for about an hour.  See

25   you after lunch.  When you come back, stay outside
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    the courtroom.  We'll come get you when we're ready

 2    for you.  Take your belongings with you.

 3              (The venire panel left the courtroom.)

 4              THE COURT:  All right, and after lunch

 5    you're going to pick up, Mr. Cooper?  You're going

 6    first?

 7              MR. COOPER:  Yes, Your Honor.

 8              THE COURT:  All right.  See you in about an

 9    hour.

10              (The Court stood in recess.)

11              THE COURT:  All right.  We're about to

12    bring them in.  They've had some trouble getting

13    served at the restaurant, and they're at the metal

14    detectors.  We're missing about three, so if y'all

15    want to get seated.  Ms. Wild is checking out the end

16    of the rows there, seeing if everything looks good.

17              Everybody about ready to go?

18              (The venire panel entered the courtroom.)

19              If you'll take your places, ladies and

20    gentlemen, back in the seats that you've maintained

21    over the last couple of days, I appreciate it very

22    much.  I hope everybody had a good lunch.  Everything

23    was slower than everybody would like.  My wife

24    actually packed me a lunch today.

25              I appreciate everybody being back.  I hope
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you had a good lunch.
 2            Mr. Cooper, do you have some additional
 3   voir dire examination on behalf of Mr. Billy Garcia?
 4            MR. COOPER:  I do, Your Honor.
 5            THE COURT:  Mr. Cooper.
 6            MR. COOPER:  May it please the Court.
 7            THE COURT:  Mr. Cooper.
 8            MR. COOPER:  Gentlemen, counsel, ladies and
 9   gentlemen of the jury, as the judge told you, my name
10   is Bob Cooper.  Together with Jim Castle, we
11   represent Billy Garcia.  Billy is seated here in the
12   front row.  And Billy is charged with a number of
13   offenses.  We're going to be here for the next eight
14   weeks.
15            And today what we want to do is try to
16   select a jury, a jury that can be fair and impartial,
17   a jury that can listen to all of the evidence that
18   will come from this witness stand up here.  People
19   are going to walk in.  The Government listed 150
20   witnesses.  They're going to walk in to that witness
21   chair and raise their hands and swear to tell the
22   truth.
23            And we're going to have jurors sitting up
24   in the jury box trying to determine whether or not
25   they are telling the truth.  And so what we want to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   do today -- and I'm speaking on behalf of my client,

 2   Billy Garcia, but what I say is applicable to all of

 3   the defendants, the other six individuals who are

 4   being charged with these offenses.

 5           Now, I'm going to ask you a bunch of

 6   questions, just like Judge Browning did, just like

 7   Mr. Beck did.  And I'm not trying to embarrass you,

 8   I'm not trying to offend you, but we have to find a

 9   group of jurors that can be fair and impartial.

10           Now a person's attitudes and feelings are

11   shaped by our experiences in life.  Some of us grew

12   up in Hobbs, some of us grew up in Santa Fe.  Some of

13   us grew up on the east coast.  We all live in New

14   Mexico today.  And given where we've grown up and

15   what we've done in our lives, we have different

16   feelings, we've had different experiences that make

17   us feel one way or another about certain things,

18   certain people, certain places.

19           THE REPORTER:  They're raising their hands.

20   They can't hear you.

21           MR. COOPER:  Billy told me not to start.  I

22   was walking around.  But as I walk, I'm going to take

23   my microphone.  Can you hear me now, everybody?

24           JURY PANEL MEMBER:  Yes.

25           MR. COOPER:  I shouldn't sing?  No, okay.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 632

1           So, ladies and gentlemen, again, our

2    attitudes, our feelings, our impressions are shaped

3    by our experiences.  Every one of us has a different

4    experience in life.  And that's what I think is going

5    to make for 12 really, really good jurors, is that

6    diversity in our life experiences.  Those life

7    experiences cause us all to lean one way or another.

8    You know what?  That's okay.  That's good.  There is

9    nothing wrong with leaning one way or another.

10          With apologies to Mr. DeVargas, I have to

11   make a confession.

12          MR. DeVARGAS:  Okay.

13          MR. COOPER:  When I was a young man, I

14   didn't like banks.  I didn't like them at all.

15          MR. DeVARGAS:  I get that a lot.

16          MR. COOPER:  I bet you do.  Mr. Kimmick

17   doesn't like one particular bank right now.  And it

18   seemed like when I was growing up, the banks could

19   never keep my balance right.  Do you have customers

20   that feel that way?

21          MR. DeVARGAS:  All of them feel that way.

22          MR. COOPER:  Yeah.  I mean, they were

23   always taking a little more money for those service

24   charges than I thought they should, and at the end of

25   the month, they couldn't balance my account.  So if a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  banker were on trial, I don't think that I could give

2  that bank a fair trial, because I tended to lean one

3  way or another against the banks because I didn't

4  like banks.  But that's okay.  That's who I was.

5  Those were my experiences in life.

6          You all have similar experiences.  Probably

7  not banks, although some of you may.  Not your bank.

8  But I'm okay with banks today.  My son is a

9  commercial banker.  I think he calls himself a

10 relationship manager.  That's the new term for those

11 sorts of things.  But he's a commercial banker at a

12 big bank, and he makes big loans.  So I have to like

13 at least that banker.  But I'm okay with banks now,

14 but there was a time in my life that I wasn't.

15         So today I want to explore with you what

16 causes you to lean one way or another with regard to

17 some of the issues that we're going to be dealing

18 with in this trial.  These issues, ladies and

19 gentlemen -- you've heard a little bit about them.

20 These issues revolve around gangs, a Hispanic gang

21 for one.  So I remember one of you -- and I'm going

22 to talk a little later about how somebody was

23 offended by some questions in the questionnaire,

24 about the discussion of race.  We can't avoid it.

25         In this case, this was a Hispanic gang,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 634

1    Syndicato de Nuevo Mexico.  I'm Hispanic, and I
2    didn't say that very well.  But it's out there.  We
3    have to talk about it.  This gang had problems with
4    black gangs, with white gangs, they had problems with
5    snitches, they had problems with sex offenders, they
6    had problems with homosexuals.  These guys, given who
7    they were and the experiences that they had in
8    prison, caused them to lean one way or another, just
9    like the rest of us.  No different than everybody
10   else.
11           And so I think we have to talk about race.
12   We have to talk about gangs.  We have to talk about
13   drugs.  There's going to be a lot, a lot, a lot of
14   evidence about drugs.  Ladies and gentlemen, we're
15   going to talk about four murders.  We're going to
16   talk about some photographs that are very, very
17   gruesome.  We're going to talk about some photographs
18   that I'm sure none of us want to look at.
19           We're going to see people who were
20   strangled to death with the cord still wrapped around
21   the neck.  We're going to see a burned body after a
22   gentleman was killed.  And this did not occur in the
23   prison.  It occurred outside of the prison.  But
24   after the man died, his body was burned.  And so
25   you're going to see those photographs, as well.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           So we have to talk about that.  Because if
2    you're not comfortable talking about Hispanics, if
3    you're not talking about prison gangs, if you're not
4    talking about drugs, you're not comfortable talking
5    about that, if you're not comfortable listening to
6    that sort of evidence, you're probably better suited
7    to a different jury panel.  And that's okay.  That's
8    all right.
9           Some of you have job experiences that
10   perhaps you shouldn't be sitting on this particular
11   jury.  Some of you have worked in places where you
12   have a natural bias.  But that's okay.  That's good.
13   All we want you to do is tell us about those biases.
14           We all have them.  I have others that are
15   probably more relevant to other matters, other than
16   my bank bias.  But we all do, you know.
17           Some of you may not like the fact that I
18   grew up in Santa Fe.  Maybe you don't like northern
19   New Mexico people.  I was born in Deming, though,
20   just in case.  I went to school in Portales, so I've
21   got it all covered; right?
22           But seriously, all of us have leanings one
23   way or another, and I just want to explore that with
24   you.
25           But before we get to any specific questions



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 636

```
 1    that I might have, I'd like to talk about presumption
 2    of innocence, burden of proof, and reasonable doubt.
 3    As all these guys sit here, they're presumed to be
 4    innocent.  And over the last day and a half, all of
 5    you heard a lot of questions about presumption of
 6    innocence; right, Mr. Telles?
 7              MR. TELLES:  That's correct.
 8              MR. COOPER:  And you agree that everybody
 9    accused of these crimes in this room, they're
10    presumed to be innocent; correct?
11              MR. TELLES:  That's correct.
12              MR. COOPER:  You have no problem with that?
13              MR. TELLES:  I do not.
14              MR. COOPER:  Ms. Lee, you're good with
15    that?
16              MS. LEE:  I'm good with that.
17              MR. COOPER:  Absolutely right?
18              MS. LEE:  Yes.
19              MR. COOPER:  If we lived in another
20    country, in a different part of the world, that
21    wouldn't be the rule, would it?  It wouldn't.  We're
22    lucky that we live in the United States where we are
23    presumed innocent.
24              Presumption of innocence.  What does that
25    mean, Dr. Marquardt?  I'd like for you to assume for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    a minute that your wife calls you from jail and she

 2    tells you that she's been accused of a Circle K

 3    robbery, convenience store.  I don't know if Roswell

 4    has Circle Ks.  No, they have Allsup's down in

 5    Roswell.

 6              So your wife is accused of walking into an

 7    Allsup's and robbing the Allsup's.  What's your

 8    reaction going to be?

 9              DR. MARQUARDT:  Shock.

10              MR. COOPER:  You're going to be shocked,

11    absolutely shocked.  You're going to say, "No way, no

12    how"; right?

13              DR. MARQUARDT:  Yes, sir.

14              MR. COOPER:  You're going to reject that

15    accusation.  You're going to say, "No, absolutely

16    not.  My wife could not have done that."

17              And she's going to sit in jail?  Maybe

18    there is no bond.  And you're going to continue to

19    reject that accusation, aren't you?  You're going to

20    reject?  No?  Are you going to say, "Okay, maybe she

21    did it"?

22              DR. MARQUARDT:  No, I'm going to reject the

23    accusation, but --

24              MR. COOPER:  Because she's presumed --

25              DR. MARQUARDT:  But she is still presumed
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 638

```
 1    innocent.  She is presumed innocent.
 2              MR. COOPER:  And you're going to demand
 3    that the people that sit at this table prove to you
 4    and the world beyond a reasonable doubt.  You're
 5    going to demand that they show you bit by bit, piece
 6    by piece, that your wife did that robbery; right?
 7              DR. MARQUARDT:  Yes.
 8              MR. COOPER:  And if they can't do it, then
 9    what happens?
10              DR. MARQUARDT:  She's not guilty.
11              MR. COOPER:  Absolutely.  So Dr. Marquardt,
12    do you have that same feeling today about my client
13    Billy Garcia?
14              DR. MARQUARDT:  Yes, sir, I do.
15              MR. COOPER:  And you're going to reject
16    that accusation, aren't you?  The accusation that he
17    has participated in a couple of homicides?
18              DR. MARQUARDT:  Yes, sir.
19              MR. COOPER:  And you're going to say, "No
20    way, no how," not until these people that sit at this
21    table can prove beyond a reasonable doubt that he did
22    it; right?
23              DR. MARQUARDT:  Right.
24              MR. COOPER:  And you're going to continue
25    to reject that accusation, to refuse it, until they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 639

1    can show you bit by bit, piece by piece, that he did

2    it; right?

3              DR. MARQUARDT:  Yes, sir.

4              MR. COOPER:  And you're going to hold that

5    presumption of innocence for my client, Billy, and

6    for Allen, for Andrew, Arturo and Joe, Edward and

7    Chris.  Yeah, Chris, too; right?  You're going to

8    hold that presumption -- you're going to hold that

9    presumption for them just as long and just as tight

10   and just as hard as you would for your wife; right?

11             DR. MARQUARDT:  Yes, sir.

12             MR. COOPER:  Mr. Zink, how about you?  Are

13   you going to maintain that presumption for these

14   folks as long as -- or for as long as perhaps

15   Dr. Marquardt would for his wife?

16             MR. ZINK:  Yes, I would.

17             MR. COOPER:  Is that appropriate?

18             MR. ZINK:  To assume that they're innocent

19   until proven guilty.

20             MR. COOPER:  Yes?

21             MR. ZINK:  Yes, absolutely.

22             MR. COOPER:  In fact, you have to do it,

23   don't you?

24             MR. ZINK:  Yes.  I hope she gets out of

25   jail.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 640

```
 1              MR. COOPER:  We all come into courtrooms
 2    just like this.  And we expect justice to be done;
 3    right?  Does everybody agree that in courtrooms all
 4    across the country, we hope that justice is done?
 5              JURY PANEL MEMBER:  Yes.
 6              MR. COOPER:  I see a lot of people shaking
 7    their head in the affirmative yes, okay.
 8              Now, justice can come in many forms, ladies
 9    and gentlemen.  Mr. Lopez, if the Government in some
10    case can prove beyond a reasonable doubt, beyond a
11    reasonable doubt with any -- sorry.  If the
12    Government can prove beyond a reasonable doubt that
13    somebody did what they say they did, and you return a
14    verdict of guilty, people may say that the jury has
15    done justice; right?
16              MR. LOPEZ:  Yes, that would be true.
17              MR. COOPER:  Isn't it also true that if the
18    people who sit at this table, the United States
19    Government, if they cannot prove beyond a reasonable
20    doubt that somebody did what they say they did and
21    you return a verdict of not guilty, you also have
22    done justice, haven't you?
23              MR. LOPEZ:  That would be justice also.
24              MR. COOPER:  So doing justice is not just
25    finding somebody guilty; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    MR. LOPEZ:  That is correct.

 2                    MR. COOPER:  Ms. Solis, do you agree?

 3                    MS. SOLIS:  Yes.

 4                    MR. COOPER:  So we can do justice by

 5      finding somebody not guilty if the Government hasn't

 6      met their burden.  If they haven't done what they're

 7      supposed to do, then you return a verdict of not

 8      guilty, you're doing justice; right?

 9                    MS. SOLIS:  Yes.

10                    MR. COOPER:  And you're doing what the law

11      requires you to do; right?

12                    MS. SOLIS:  That's correct.

13                    MR. COOPER:  Are you okay with that?

14                    MS. SOLIS:  I would say so, yes.

15                    MR. COOPER:  Ms. Duncan, same question.  If

16      you returned a verdict of not guilty because the

17      Government can't prove beyond a reasonable doubt that

18      my client did what they say he did, are you doing

19      justice?

20                    MS. DUNCAN:  Of course.

21                    MR. COOPER:  Are you okay with that?

22                    MS. DUNCAN:  Yes, justice swings both ways.

23                    MR. COOPER:  Exactly.  Doing justice is not

24      all about convicting somebody.

25                    The Government has filed -- the Government
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 642

```
 1   has presented the case to a grand jury, and they've
 2   indicted these individuals, but it's just a piece of
 3   paper.  It doesn't mean that they did anything.
 4             A little later, I think somebody else is
 5   going to talk about the process of coming up with
 6   this indictment.  But it's just a piece of paper.
 7   It's an allegation.  And it's an allegation that
 8   carries no more weight than the allegation that says
 9   that Ms. Marquardt committed the Allsup's robbery.
10   And you give this indictment the same weight that
11   Dr. Marquardt gives the allegation with regard to his
12   wife.  Is everybody good with that?
13             Mr. Medina, are you okay with that?
14             MR. MEDINA:  Yes, sir.
15             MR. COOPER:  Now, every day, all across
16   this country, people walk out of courtrooms after
17   having voted not guilty.  But that's okay, isn't it?
18   I mean, aren't they doing their job?
19             Ms. Pellegrino, would you agree that
20   they're doing their job?
21             DR. PELLEGRINO:  I would.
22             MR. COOPER:  And those jurors are doing
23   nothing but following the law and doing what they're
24   supposed to do; right?
25             DR. PELLEGRINO:  Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 643

1          MR. COOPER:  Just before we broke for

2    lunch, I stood up and I read a list of names of 76

3    individuals that the defense may call.  Mr. Kennedy?

4          MR. KENNEDY:  Yes.

5          MR. COOPER:  What if we don't call any of

6    those witnesses?  How are you going to feel?

7          MR. KENNEDY:  I assume you didn't need them

8    to defend the Government's accusations.

9          MR. COOPER:  You almost said "prove,"

10   didn't you?

11         MR. KENNEDY:  Almost did.

12         MR. COOPER:  Gotcha.

13         MR. KENNEDY:  Yes.

14         MR. COOPER:  Okay.  That's right.  But we

15   don't need to prove anything; right?

16         MR. KENNEDY:  Correct.

17         MR. COOPER:  Who proves?

18         MR. KENNEDY:  The Government has to prove.

19         MR. COOPER:  The people that sit at that

20   table.  Not us.

21         MR. KENNEDY:  Right.

22         MR. COOPER:  So we don't have to call a

23   single solitary witness; right?

24         MR. KENNEDY:  Absolutely.

25         MR. COOPER:  If at the end of the trial I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 644

```
 1    meet you out on the courthouse steps, you're not
 2    going to complain to me, Mr. Cooper, you should have
 3    called some witnesses?
 4              MR. KENNEDY:  Absolutely not.
 5              MR. COOPER:  Because you know we have no
 6    duty to do so; right?
 7              MR. KENNEDY:  That is correct.
 8              MR. COOPER:  We have listed 76.  We're not
 9    going to call anywhere close to those.  Some of those
10    are on the Government's witness list.  The Government
11    has 150 people on their witness list.  That's okay.
12              Why, Ms. Cardiel Griego, Ms. Cardiel
13    Griego, why do you think they have so many people on
14    their witness list?
15              MS. CARDIEL GRIEGO:  I'm not sure.
16              MR. COOPER:  Okay.  Do you think it's
17    because they have --
18              MS. CARDIEL GRIEGO:  I can't do it.
19              MR. COOPER:  You can't do it?
20              MS. CARDIEL GRIEGO:  Not in front of --
21              MR. COOPER:  Okay.  Let's pass it on to --
22    in a minute, we'll ask to approach the bench.  Okay?
23    Thank you.
24              Mr. Carrillo, can you grab the microphone,
25    please?  So the Government has the burden of proving
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    beyond a reasonable doubt that these guys did what
 2    they say that they did; right?
 3              MR. CARRILLO:  Right.
 4              MR. COOPER:  And you're good with that,
 5    yeah?
 6              MR. CARRILLO:  Yes.
 7              MR. COOPER:  Do you think that's too heavy
 8    of a burden for them?
 9              MR. CARRILLO:  I guess so.
10              MR. COOPER:  You think it's too heavy of a
11    burden for the Government?  You think that they
12    shouldn't have to prove beyond a reasonable doubt?
13              MR. CARRILLO:  No, they should show
14    reasonable doubt.
15              MR. COOPER:  They should try to prove it
16    beyond a reasonable doubt, and if they can't, what
17    happens?
18              MR. CARRILLO:  Then not guilty.
19              MR. COOPER:  Are you okay with that?
20              MR. CARRILLO:  Yeah.
21              MR. COOPER:  And they have to call
22    witnesses to try to prove that on such-and-such a
23    date Billy did this thing, and on another date Edward
24    may have done that, and Chris -- I'm not going to
25    forget Chris this time -- Chris did something on some
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 646

```
 1   other date.  They have to prove that.  We don't;
 2   right?
 3            MR. CARRILLO:  Yeah.
 4            MR. COOPER:  And would you hand it to Mr.
 5   Kimmick, please?
 6            Mr. Kimmick and Ms. Campbell, you're next.
 7   I saw you laughing.  So it's okay for the Government
 8   to have this heavy of a burden?
 9            MR. KIMMICK:  They should have that heavy
10   of a burden.
11            MR. COOPER:  Why is that?
12            MR. KIMMICK:  Because any evidence that you
13   present against anybody should be so far beyond
14   question, when you're in the law enforcement
15   profession, to where they are going to be able to do
16   their job because they legally acquired the evidence
17   and they properly used it.  It is entirely up to the
18   Government to prove without a reasonable doubt
19   whatsoever that the person they accuse of committing
20   a crime did indeed do that.
21            MR. COOPER:  And if they can't do that,
22   what happens?
23            MR. KIMMICK:  Then they don't get another
24   shot at it, because people they are accusing will be
25   found not guilty, if there is a shadow of a doubt
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 647

1    inside of somebody's mind of their guilt or innocence

2    on the crime allegedly committed.

3              MR. COOPER:  Okay.  And that happens

4    whether it's a speeding ticket or a murder charge;

5    right?

6              MR. KIMMICK:  Right.

7              MR. COOPER:  And just because the charge is

8    more serious today in this courtroom than it would be

9    across the street at municipal court matters not one

10   little bit, does it?

11             MR. KIMMICK:  Not at all.

12             MR. COOPER:  I misspoke.  It wasn't Ms.

13   Campbell.  It was Ms. McKee.  She gets the

14   microphone.

15             Do you think that their evidence needs to

16   be credible?

17             MS. McKEE:  Yes.

18             MR. COOPER:  And just because they have a

19   confidential informant that walks up to this witness

20   stand, stands here, raises his hand and says, "I

21   swear to tell the truth," do you think it's

22   necessarily the truth?

23             MS. McKEE:  Not necessarily.

24             MR. COOPER:  Okay.  So just because they

25   come into court and testify doesn't mean that the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

185

 1   Government has met their burden; right?

 2             MS. McKEE:  Correct, it does not.

 3             MR. COOPER:  Okay.  Because cooperators can

 4   lie; correct?

 5             MS. McKEE:  Right.

 6             MR. COOPER:  Cooperators are no different

 7   than anybody else.  We're all human, we can all lie;

 8   right?

 9             MS. McKEE:  Yes.

10             MR. COOPER:  Thank you.

11             Mr. Troy, I'm going to get you a

12   microphone.  I've got your questionnaire here and I'd

13   like to ask you a couple of questions.  There was a

14   series of questions about a gang member's

15   responsibility.  I'll actually hand it to you.

16   You've got to put your glasses on.

17             Both of you are younger than me.  Except

18   one guy in the courtroom, I think I'm the oldest.

19   Okay, maybe three.

20             Do you remember those questions, 66 through

21   68?

22             MR. TROY:  I believe I do.

23             MR. COOPER:  Is that your questionnaire?

24             MR. TROY:  Um-hum.

25             MR. COOPER:  May I see it for a second?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 649

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 650

```
 1              MR. TROY:  Yes.
 2              MR. COOPER:  This was one question that was
 3      asked of all of you, and it reads:  "A gang leader
 4      should be held responsible for the criminal acts
 5      committed by its gang members."  But that's not
 6      necessarily true unless that gang leader did
 7      something to help commit the act that was committed;
 8      right?  Or is that gang leader, just because he's a
 9      leader, responsible for everything?
10              MR. TROY:  Let me gather my thoughts.  I
11      don't know.  It's -- when I first read the question,
12      even now, it's kind of similar to what the other
13      example was; there was a mastermind behind it and
14      there was evidence, then --
15              MR. COOPER:  There has to be evidence --
16              MR. TROY:  Correct.
17              MR. COOPER:  -- that Mr. Beck walked over
18      here with his co-conspirators, said, "Hey, let's go
19      rob this bank.  We're going to make a lot of bank --
20      we're going to put money in my pocket.  You guys do
21      all the work, I'll get 50 percent and you get 50
22      percent."  But he did something to make that happen,
23      didn't he?
24              MR. TROY:  Correct.
25              MR. COOPER:  So if the leader doesn't do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 650

1    anything, is he still held responsible?

2              MR. TROY:  No.

3              MR. COOPER:  Doesn't make sense, does it?

4              MR. TROY:  No.

5              MR. COOPER:  So I know you're a member of

6    La Tierra Sagrada Society, and you live in

7    Albuquerque.  Let's assume for a minute that you,

8    instead of giving the medical school money, you're

9    giving the Department of Athletics money, and you

10   decide to join the Lobo Club, and eventually you

11   become the president of the Lobo Club.  You're the

12   president, and some members of that club decide

13   they're going to raise some money, they're going to

14   go out and solicit funds from a number of people

15   supposedly in support of Lobo athletics, and they

16   decide to take that money and run.  They embezzle it.

17   You're the president.  You didn't know anything about

18   it.  You're not going down for that, are you?

19             MR. TROY:  No.

20             MR. COOPER:  You're going to hire a good

21   lawyer; right?

22             MR. TROY:  Oxymoron.

23             MR. COOPER:  Seriously, you didn't have

24   anything to do with that scheme?

25             MR. TROY:  No.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 652

1           MR. COOPER:  So it doesn't make sense that

2    you should be held responsible for that; right?

3           MR. TROY:  I agree.

4           MR. COOPER:  Now, a number of you answered,

5    just like Mr. Troy, that they should be held -- gang

6    leaders should be held responsible for the actions of

7    gang members.  Does anybody -- after hearing this

8    discussion, do you still think that they should be

9    held responsible of actions of members of the gang if

10   they didn't know what was happening?

11          Yes, ma'am.  Time out.  I have to get you a

12   microphone.

13          MS. VAZQUEZ:  I think after hearing it in

14   that context, like you're putting it, I agree with

15   that.  But it comes down to the evidence.  If there

16   is evidence proving that that individual set it all

17   in motion, then maybe that's where that comes down to

18   it.  But like you were asking him, I mean, if he

19   didn't set that in motion and there is no evidence of

20   it, then he didn't do it.

21          MR. COOPER:  Mr. Beck absolutely set in

22   motion the robbery, didn't he?

23          MS. VAZQUEZ:  Um-hum.

24          MR. COOPER:  So he should face some

25   consequences.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              Mr. Troy, Ms. Griego, thank you.

 2              MS. GRIEGO:  I do agree somewhat with the

 3    concept of what you're saying, but at the same time,

 4    you're talking about him being a member of the Lobo

 5    basketball club and a gang like MS-13.  I definitely

 6    see a difference between that.  If he were accused of

 7    embezzlement or his people embezzled money from a

 8    basketball club, I would be more inclined to see that

 9    he does not need to pay for the actions of his

10    members.  But if you -- and I'm using MS-13 just off

11    the top of my head.  The leader of that particular

12    gang, I'm not so sure, because its purpose is not

13    like the Lobo basketball team's purpose.  Does that

14    make sense?

15              MR. COOPER:  It does.  Anybody else here in

16    the box?  Mr. McKinzie?

17              MR. McKINZIE:  I agree with her.  I don't

18    associate the president of the Lobo Club with the

19    head of a gang member or the gang, when the purpose

20    of the gang is to be involved in criminal activity.

21    So who would it be initiating the criminal activities

22    except for the leader of the gang?  So I do have a

23    hard time with you equating one to the other, because

24    one -- I've never seen a mission statement from a

25    gang, but I don't think it's community service on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 653

 1   Saturdays and bowling on Fridays.

 2            MR. COOPER:  Okay.  If the jury

 3   instructions tell you that the leader of the gang has

 4   to do some affirmative act to make things happen,

 5   then what's your position?

 6            MR. McKINZIE:  Well, you'll have to make

 7   the connection and prove to me that it was an issue.

 8   I do understand.  I have a built-in bias that the

 9   head of a gang probably is guilty.  But yes, in this

10   situation the Government has to prove to me the

11   evidence that leads to that conclusion.

12            MR. COOPER:  Okay.  And I appreciate you

13   sharing that built-in bias with me.  Ms. Griego, same

14   with you.  Because that's what we're looking for here

15   today.  All of the lawyers over here are looking to

16   determine whether or not we have those biases.

17            Anybody else?  Mr. Donart?

18            MR. DONART:  I guess I would say that the

19   leader has a responsibility for its organization,

20   whether it's the Lobo Club or the gang, but not

21   necessarily criminal responsibility for an act that

22   you're unaware of.  The responsibility legally would

23   come in if they did know about an act and didn't

24   report, whether it's the Lobo Club or not.

25            MR. COOPER:  Okay.  Thank you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 654

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 655

1            Mr. Troy, I saw you had a son-in-law that

2    worked at a prison or jail from 2000 to 2002?  That

3    time period?

4            MR. TROY:  It was 1998 to 2000.

5            MR. COOPER:  The question was very broad.

6            MR. TROY:  Right.

7            MR. COOPER:  I couldn't tell if it was a

8    jail or a prison facility.

9            MR. TROY:  It's the correction facility in

10    Santa Fe.

11            MR. COOPER:  Okay.  Is he still so

12    employed?

13            MR. TROY:  No.

14            MR. COOPER:  Did you ever talk with him

15    about his job and what was going on in Santa Fe in

16    1998 to 2000?

17            MR. TROY:  Nothing during the time period.

18    Just what he was trained in through the years.

19            MR. COOPER:  And what did he do there?

20            MR. TROY:  He was trained in a lot of

21    different --

22            MR. COOPER:  Was he a corrections officer?

23            MR. TROY:  Yes.

24            MR. COOPER:  Thank you.

25            Mr. Montoya, let's go back to witnesses

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 655

```
 1    that may be called in this case.  If Mr. Castle and I
 2    call three witnesses and they call 150, are you going
 3    to say their 150 beat my three?
 4              MR. MONTOYA:  No.
 5              MR. COOPER:  Why is that?
 6              MR. MONTOYA:  Everyone is equal.  It's
 7    their job to prove to me beyond a reasonable doubt.
 8    Just because they have more doesn't mean anything.
 9    It's all up to the evidence.
10              MR. COOPER:  Are you going to think I'm a
11    crummy lawyer because I don't call another hundred to
12    equal them?
13              MR. MONTOYA:  Not at all.
14              MR. COOPER:  And you know it's not a matter
15    of weight of the witnesses.  You know, at the end of
16    the day when you go back into the jury room, you're
17    not going to say, "They called this many, they called
18    this many, they outweigh."
19              MR. MONTOYA:  The numbers don't matter.
20    It's the evidence that's involved.
21              MR. COOPER:  That's right.  And they have
22    to prove beyond a reasonable doubt --
23              MR. MONTOYA:  That's absolutely correct.
24              MR. COOPER:  Okay.  Would you pass, please,
25    to Ms. Riley?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 656

1          So if, after 150 witnesses come into the

2     courtroom, they come up here and they tell their

3     story, you have to go back in the jury room, as

4     you're walking back in the jury room, they're still

5     presumed innocent; right?

6                MS. RILEY:  Yes.

7                MR. COOPER:  They're presumed innocent as

8     you walk back in.  You get back into the jury room,

9     everybody is going to sit down, probably go to the

10    bathroom first, and then come back out.  Us old guys,

11    anyway.  But you're then going to start talking about

12    the case.  You're going to start deliberating about

13    this case.  And after you get down the road with your

14    deliberations, you think that Billy -- maybe he did

15    what they say?  Is that enough?  Have they -- if

16    after -- as you're deliberating, you think, yeah,

17    maybe Billy did it, is that proof beyond a reasonable

18    doubt?

19                MS. RILEY:  No, is that a shadow of a

20    doubt?

21                MR. COOPER:  It's not proof beyond a

22    reasonable doubt, is it?  No way.  If you think --

23    and let's pass it to back to Mr. Doom, please.

24                Mr. Doom, if you think Billy might have

25    done it, is that good enough?



SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                            e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 657

```
 1              MR. DOOM:  No, sir.

 2              MR. COOPER:  Not even close, is it?

 3              MR. DOOM:  No, sir.

 4              MR. COOPER:  Let's -- if you will pass it

 5    to Ms. Reser.

 6              If you think that, if you have a feeling

 7    that Billy did it, is that enough?

 8              MS. RESER:  No.

 9              MR. COOPER:  Have they met their burden?

10    Have they proved beyond a reasonable doubt?

11              MS. RESER:  No.

12              MR. COOPER:  They haven't, have they?  And

13    if they haven't done it, what's your verdict?

14              MS. RESER:  Not guilty.

15              MR. COOPER:  Ms. Menapace, please.  If you

16    think that perhaps Billy has done it, is that enough?

17              MS. MENAPACE-CORRAL:  No, sir.

18              MR. COOPER:  It's not, is it?

19              MS. MENAPACE-CORRAL:  No.

20              MR. COOPER:  How come?

21              MS. MENAPACE-CORRAL:  Because the

22    Government has not proven that they are guilty.

23              MR. COOPER:  They have to prove to you

24    beyond a reasonable doubt.

25              MS. MENAPACE-CORRAL:  That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 658

```
 1              MR. COOPER:  In all likelihood?  It still
 2     isn't enough, is it?
 3              MS. MENAPACE-CORRAL:  No.
 4              MR. COOPER:  If you think that he possibly
 5     did it, is that enough?
 6              MS. MENAPACE-CORRAL:  It is not.
 7              MR. COOPER:  And if not -- if under any of
 8     those scenarios that's how far you get, if that's
 9     what you think, then the Government has failed to
10     prove beyond a reasonable doubt that Billy did it?
11              MS. MENAPACE-CORRAL:  Yes.
12              MR. COOPER:  And every time I mentioned
13     Billy, we can use Chris, we can use Allen, Arturo
14     Joe, Andrew.  We can use anybody's name in there;
15     right?
16              MS. MENAPACE-CORRAL:  Right.
17              MR. COOPER:  We can use Dr. Marquardt's
18     wife.
19              MS. MENAPACE-CORRAL:  Yes.
20              MR. COOPER:  Okay.  And Ms. Menapace, you
21     don't care if I don't call any witnesses, do you?
22              MS. MENAPACE-CORRAL:  I do not.
23              MR. COOPER:  And why not?
24              MS. MENAPACE-CORRAL:  Because the
25     Government should be able to prove whether they are
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 659

1   guilty or not.  You don't have to have anybody.

2          MR. COOPER:  Okay.  Would you pass it down

3   to Mr. Milne, please?

4          If I don't call 150 witnesses like the

5   Government, are you okay with that?

6          MR. MILNE:  Yes, sir.

7          MR. COOPER:  Why is that?

8          MR. MILNE:  Again, like what she was

9   saying, they're the ones that are accusing them,

10  they're the ones that have to come up with the proof

11  to prove what they're saying they did.

12         MR. COOPER:  Okay.  Thank you.  And if they

13  don't, what do you do?

14         MR. MILNE:  If they don't convince me, then

15  they're not guilty.

16         MR. COOPER:  Does it make a difference that

17  our clients are members of a prison gang when we talk

18  about presumption of innocence?

19         MR. MILNE:  Negative.

20         MR. COOPER:  I know that we ought to give

21  it to Dr. Marquardt's wife.  She ought to enjoy that

22  presumption of innocence; right?

23         MR. MILNE:  Yes, sir.

24         MR. COOPER:  Is there any difference

25  between the presumption that we give her and the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 660

```
 1    presumption we give Billy?
 2              MR. MILNE:  No, I think we should all have
 3    the same fair trial that we are convicted -- or not
 4    convicted, but being accused of something.
 5              MR. COOPER:  Billy was not in prison at the
 6    time.  Well, let me back up.  At the time he was
 7    indicted, he was not in prison.  He was out on the
 8    streets.  Would it have made any difference if he had
 9    in prison?
10              MR. MILNE:  No.
11              MR. COOPER:  He'd still be --
12              MR. MILNE:  I don't know the background of
13    a witness -- or not a witness, but --
14              MR. COOPER:  Defendant?
15              MR. MILNE:  A defendant.  So it doesn't
16    really matter to me at that point what you can
17    convince me that he did.
18              MR. COOPER:  You've got blinders on.  You
19    can't see, and you shouldn't be able to tell that he
20    was an inmate in a prison.  It shouldn't matter to
21    you in terms of the presumption of innocence and
22    whether or not the Government has to prove beyond a
23    reasonable doubt; right?
24              MR. MILNE:  Right.
25              MR. COOPER:  Okay.  Everybody is good with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 661

```
 1    that.

 2            I'd like to talk a little bit about

 3    credibility of witnesses.  How many here have heard

 4    two different stories from two different people,

 5    stories differ, and you have to try to decide who is

 6    telling the truth?  I mean, that's come across

 7    probably everybody's daily life.  So let's go back.

 8            How about Ms. Trujillo -- Ms. Garcia.  My

 9    apologies, Ms. Garcia.  And I have a chart.

10            So how do you decide who is telling the

11    truth, when you have two different stories and you

12    don't know?  What do you do?

13            MS. GARCIA:  I raised two boys, and I also

14    raised the child being "I don't know."

15            MR. COOPER:  I know him very, very well.

16            MS. GARCIA:  He's come back.

17            MR. COOPER:  It was Doug?

18            MS. GARCIA:  He's come back with my

19    granddaughters.  I just had to ask a lot of

20    questions.  I had to do a lot of listening.  And

21    sometimes I never found out who did what.  I just

22    couldn't ever get to the bottom of it.  So at that

23    point in time, you know, you just lecture, let them

24    know it wasn't appropriate; I don't know who did it,

25    but if it happens again, you're both going to die.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. COOPER:  That's fair.  So when you have
 2    two stories -- and let's assume for a minute that
 3    they're both believable stories, Bobby or Doug.  The
 4    stories -- Bobby and Doug are telling stories to my
 5    mom.  My story is reasonable.  But Doug tells his
 6    story, too, and my mom doesn't know which to believe.
 7              Sorry, Ms. Bean.  Just one arm.
 8              So I tell one story, my brother tells
 9    another story, they're both reasonable stories, my
10    mom can't figure it out.  And she probably then says
11    something much like what you told your boys, "Yeah,
12    I'll kill you both if it happens again."  But what
13    you have in that case, would you agree with me, is a
14    reasonable doubt?
15              MS. GARCIA:  It is a reasonable doubt, it
16    is.
17              MR. COOPER:  So if you have two stories and
18    you don't know which one to believe --
19              MS. GARCIA:  Reasonable doubt.
20              MR. COOPER:  -- that's a reasonable doubt.
21              Ms. Cardenas, would you agree, that if you
22    have two stories and you can't figure out -- you
23    don't know which is true, and they're both
24    reasonable?
25              MS. CARDENAS:  No, I would want to see any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    type of evidence or -- depending on what it is, like,
 2    is there proof behind one side of the story?  Because
 3    he-said-she-said or I would want to see some -- be
 4    looking for some type of evidence, or something.
 5              MR. COOPER:  And would you look for other
 6    things?  And I think that's what Ms. Garcia was
 7    saying, yeah, she would look for other things.  But
 8    at the end of the day, after you look at the other
 9    things, you make a determination that Bobby told this
10    story and these facts support what Bobby said; Doug
11    told this story and these facts support what Doug
12    said, and Dorothy says, "I don't know"?
13              MS. CARDENAS:  I think I'd have to look at
14    the whole overall picture to make a decision who was
15    telling the truth more, seeing it that way.
16              MR. COOPER:  Okay.  Mr. Johnson?
17              MR. JOHNSON:  I may be wrong about this,
18    and I agree with what you're saying, but I think it's
19    if I had questions -- I would have questions of my
20    fellow jurors maybe to clarify things.  Then if I did
21    miss something and I still wasn't able to come to a
22    decision, then I'd have to vote there is the
23    reasonable doubt.
24              MR. COOPER:  Sure.
25              MR. JOHNSON:  But I'm old, and so I may not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 664

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 665

```
 1    pick up on all the stuff, so I would want to get
 2    feedback from my peers.
 3              MR. COOPER:  And thank you for mentioning
 4    that, because I think that's really, really
 5    important.  I think that anytime there are 12 people
 6    in that jury box, I think collectively they're going
 7    to have a better recollection.  They're going to be
 8    smarter, they're going to think of things that I
 9    can't, you know.  So yes, you're probably going to
10    want to talk it over.  But at the end of the day, if
11    everybody still cannot come to a conclusion as to
12    whether Bobby was right or Doug was right, what do we
13    have, Mr. Johnson?
14              MR. JOHNSON:  You have reasonable doubt and
15    it would be not guilty.
16              MR. COOPER:  Exactly.  Thank you.
17              Anybody disagree with that?
18              Is there a difference between a biased
19    witness and a mistaken witness, Ms. Dwore?
20              MS. DWORE:  Yes, I believe there is.
21              MR. COOPER:  Can you tell me the
22    difference?
23              MS. DWORE:  I believe it's easy to make a
24    mistake.
25              MR. COOPER:  Sure.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 665

```
 1              MS. DWORE:  And a mistaken witness could
 2    misspeak or unintentionally misrepresent.  But bias
 3    is deeper, and it seems to me to indicate an
 4    inability to adequately represent the truth, or to
 5    present the truth with a definite flavor.
 6              MR. COOPER:  Okay.  Because your truth
 7    meter is a little colored, you can't really see the
 8    truth because you have that bias; right?
 9              MS. DWORE:  Right.
10              MR. COOPER:  If a confidential informant
11    agrees to testify for the Government and they are
12    told that they can avoid a life sentence and they are
13    given money and they're given other benefits, do you
14    think that might create a bias?  That's a softball, I
15    know.
16              MS. DWORE:  Did the Titanic have a
17    flotation problem?
18              MR. COOPER:  Right.  So when a witness who
19    receives those sorts of benefits comes up here and
20    promises to tell the truth, but has been told that
21    they can avoid a life sentence, has been told that
22    they can avoid other charges, has been given money
23    for this testimony, are they as believable as
24    somebody else, as the doctor who is going to come in
25    and talk about the OMI report?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 666

1          MS. DWORE:  Probably not.  But it's not a

2    decision I would make rapidly.  I'd probably weigh

3    it.

4          MR. COOPER:  Sure.  You would observe the

5    demeanor of the witness on the witness stand, you

6    would listen to the testimony that would be adduced

7    by the Government, and you would listen to the

8    testimony that was brought forth upon

9    cross-examination; right?

10          MS. DWORE:  (Nods.)

11          MR. COOPER:  And then you'd try to

12    determine, based on all of the circumstances, whether

13    you believe that person; right?

14          MS. DWORE:  Correct.

15          MR. COOPER:  Thank you.

16          Mr. Mott, how are you doing back there?

17          MR. MOTT:  Just fine, sir.

18          MR. COOPER:  What reasons do you think an

19    informant might have to perhaps tell something other

20    than the truth?

21          MR. MOTT:  Self-preservation would be one.

22          MR. COOPER:  Okay.  Tell me about that.

23          MR. MOTT:  Well, in your case, if they're

24    getting some benefits and reduced sentences and

25    possibly some type of protection, that might be one

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 667

Appellate Case: 20-2058     Document: 010110513730     Date Filed: 04/27/2021     Page: 668

1    reason for them to tell a story that might not be

2    exactly the truth.

3              MR. COOPER:  Or even a total lie; right?

4              MR. MOTT:  That's kind of like not telling

5    the truth.

6              MR. COOPER:  So how do you feel, Mr. Mott,

7    about somebody like that getting benefits in return

8    for their testimony in a courtroom here saying things

9    about my client, Billy Garcia?

10             MR. MOTT:  That's a good question.  I don't

11   like it.  I also understand that at times, in order

12   to get some additional evidence, that those types of

13   things are offered.  And it then becomes up to me to

14   try to determine whether the credibility of what the

15   person is presenting along with the rest of the

16   evidence is viable.

17             MR. COOPER:  Okay.  So if a high school

18   principal is walking into the Allsup's store, he

19   attends the same church as Mrs. Marquardt, and he

20   sees her running out of the store with a gun and bag

21   about -- well, it's probably only $20, does he have

22   the same bias, the same reason to lie, that perhaps a

23   confidential informant that's getting those sorts of

24   benefits would have?

25             MR. MOTT:  That's presuming that the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 668

1    confidential informant is going to lie.  They maybe

2    have good intentions and they have -- just like the

3    pastor would have.  They just happen to not be as

4    reputable a person as that pastor, although that

5    could be a question in some cases.

6            MR. COOPER:  I'm not going to go there.

7            MR. MOTT:  Well, but I mean, there's

8    variables with all of this.  There are confidential

9    informants, I'm sure, who are well-intentioned and

10   perfectly honest, and there's confidential informants

11   who I'm sure are doing everything just for their

12   benefit or out of spite against someone else.  The

13   same thing could be true of a police officer or any

14   one of us in this courtroom.

15           MR. COOPER:  That's exactly correct,

16   because we're all human.  Thank you.

17           Mr. Saiz, at the front row that way.  So if

18   you were to hear evidence that the system rewards

19   somebody to tell bigger and better stories in order

20   to have the benefits that we're talking about, what

21   do you think about that sort of a system?

22           MR. SAIZ:  I wouldn't agree with it, but at

23   the same time, sometimes you have to give somebody

24   some incentive so they will come out and see if they

25   would tell what they saw or give testimony, something

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 669

1    like that.

2              MR. COOPER:  So to somebody that is given

3    that incentive, do you readily agree that they are

4    telling the truth just because they promised to tell

5    the truth?

6              MR. SAIZ:  No, sir.

7              MR. COOPER:  No.  You have to listen to

8    everything, you have to listen to the

9    cross-examination, to determine whether or not there

10   is reason to believe.  Because sometimes benefits are

11   just too great, and sometimes what results without

12   those benefits is really not such a good life; right?

13             MR. SAIZ:  Right.

14             MR. COOPER:  Thank you, sir.

15             THE COURT:  Are you about to wrap up, Mr.

16   Cooper?

17             MR. COOPER:  Not really.  I have some

18   specific questions of a number of jurors.  What's the

19   Court's pleasure?

20             THE COURT:  Well, why don't we approach

21   here.

22             MR. COOPER:  Thank you.

23             (The following proceedings were held at the

24   bench.)

25             THE COURT:  I guess I mean I don't want to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 670

1   interfere with the defendants if they put something

2   together, but is somebody donating some time to you

3   to take the lead?

4              MR. GRANBERG:  I'll donate.

5              THE COURT:  I thought Ms. Harbour-Valdez.

6              MS. HARBOUR-VALDEZ:  We switched, and he's

7   going to do a little.

8              THE COURT:  How much more time do you think

9   you need?

10             MR. COOPER:  I'd like 15, 20 minutes.

11             THE COURT:  Do you donate 15, 20 minutes to

12  him, Mr. Granberg?

13             MR. GRANBERG:  Yes.

14             THE COURT:  So we'll give you 20 more

15  minutes and it will come out of Mr. Granberg's time.

16             MR. COOPER:  Thank you, Judge.

17             MR. SINDEL:  May I remind the Court, I

18  wanted to remind you, Ms. Cardiel Griego wanted to --

19  I just wanted to remind you.

20             THE COURT:  Bring her up whenever you want

21  to.

22             MR. COOPER:  Can we do it now?  Then I

23  can --

24             THE COURT:  Yes.  Let's see Ms. Cardiel

25  Griego.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 MR. COOPER:  On that side of the bench in
 2      the black.
 3                 (The following proceedings were held in
 4      open court.)
 5                 THE COURT:  Ms. Cardiel Griego.
 6                 (The following proceedings were held at the
 7      bench.)
 8                 THE COURT:  Why don't you come up right
 9      here.
10                 You may need to help me here, Mr. Cooper.
11                 But Mr. Cooper was asking you some
12      questions, and I think you said something about not
13      right now or something like that.
14                 MS. CARDIEL GRIEGO:  I'm just very nervous.
15                 THE COURT:  Is it hard talking in front of
16      a lot of people?
17                 MS. CARDIEL GRIEGO:  Yes.
18                 THE COURT:  And you tell me you don't mind
19      answering Mr. Cooper's questions; you just don't want
20      to answer them in front of everybody.  Is that where
21      you are?
22                 MS. CARDIEL GRIEGO:  It's just very
23      overwhelming for me, everything, so sometimes I don't
24      even understand what he's asking.  I'm just a novice.
25                 THE COURT:  Take a deep breath here.  We're
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   all lawyers, but we still are human beings, so we'll

 2   just take a breath.  So let's just pause.  Nobody is

 3   going to throw a bunch of questions.  Take two or

 4   three --

 5          MS. CARDIEL GRIEGO:  I know.

 6          THE COURT:  All right.  Let's see if we can

 7   do it maybe up here at the bench without being in

 8   front of everybody.  That may be a little more

 9   relaxing.

10          MS. CARDIEL GRIEGO:  That's okay.  That's

11   fine.

12          THE COURT:  Mr. Cooper, did you have some

13   questions you wanted to ask?

14          MR. COOPER:  I just wanted to talk to you a

15   little bit, ask you a couple of questions.  We talked

16   a little bit about presumption of innocence, and the

17   burden of proof being on the Government to prove

18   beyond a reasonable doubt that my client is guilty.

19          MS. CARDIEL GRIEGO:  I don't understand all

20   that.  So that's -- when you ask me in front of

21   people, I don't know what to answer.  They're

22   innocent until proven guilty.  I understand that.

23          MR. COOPER:  As I'm asking questions, did

24   you have a difficult time understanding what I was

25   asking?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492             BEAN & ASSOCIATES, Inc.      FAX (505) 843-9492
                              PROFESSIONAL COURT                1-800-669-9492
                                REPORTING SERVICE       e-mail: info@litsupport.com

```
 1              MS. CARDIEL GRIEGO:  Part of it.  Just
 2    that, and my nerves.  Just everything.  This is just
 3    very hard for me.  And it's --
 4              MR. COOPER:  And what is -- is there
 5    something you can tell me?
 6              MS. CARDIEL GRIEGO:  My husband has to go
 7    back to Santa Fe, and he has to leave me here alone,
 8    and I'm afraid.  I'm afraid to be here by myself.
 9              MR. COOPER:  May we have --
10              THE COURT:  Let's give it a minute here.
11              MS. CARDIEL GRIEGO:  My husband has to be
12    at work.  He can't take another day off, and I have
13    to be here longer, and I'm never alone.  If everybody
14    knows me -- I'm sorry.  I'm not the right person for
15    this. (Crying.)
16              MR. COOPER:  Okay.  Do you think you would
17    have a difficult time talking with other jurors about
18    this case, as well?
19              MS. CARDIEL GRIEGO:  Yes.
20              MR. COOPER:  So you wouldn't be -- when you
21    got back into the back room, you would not be able to
22    engage in those discussions with other jurors?  I
23    mean, would you have equally as hard a time talking
24    with them as you are now?
25              MS. CARDIEL GRIEGO:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. COOPER:  Because your problem was, when
 2    I asked you a question, you didn't want to talk in
 3    front of other jurors; right?
 4              MS. CARDIEL GRIEGO:  Yes.  It's all of it.
 5    It's just -- I'm just -- I'm really just having a
 6    hard time.  These two days have been really hard.
 7              MR. COOPER:  I see that, and I'm sorry.
 8              MS. CARDIEL GRIEGO:  I know.  If I wasn't
 9    afraid to go to jail, I wouldn't maybe have come, but
10    I'm afraid.
11              MR. COOPER:  Well, thank you for coming in.
12              MR. SINDEL:  Is it okay if we have a moment
13    with the Court?
14              THE COURT:  Let Mr. Cooper finish his --
15              MR. SINDEL:  I'm sorry.
16              MR. COOPER:  I'm really sorry that you've
17    had a difficult time with this.  I wish that we --
18              MS. CARDIEL GRIEGO:  I know.
19              MR. COOPER:  -- we had -- I'm glad you
20    came.  I hope that -- I mean, some day you're going
21    to --
22              MS. CARDIEL GRIEGO:  I work with seniors
23    with Alzheimer's and dementia.  That's what I love
24    doing.  You know, this is too much for me.
25              MR. COOPER:  Do you think you could be a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 675

212-676

 1    good juror for the Government, for us, if the judge

 2    says you have to stay here and deliberate for the

 3    next eight weeks?

 4           MS. CARDIEL GRIEGO:  I don't know if I can

 5    do that.  I honestly don't think I can.

 6           MR. COOPER:  Okay.

 7           MS. CARDIEL GRIEGO:  I mean, just these

 8    last two days for me has just been really hard, and I

 9    think to have -- I mean, everybody has to have a fair

10    trial, you know.  I understand.  I mean, it's too

11    much for me.  I just -- I'm having a really hard

12    time.  It's so embarrassing that I do this.

13           MR. COOPER:  You're fine.  It's fine.

14    Judge, I don't believe I have any --

15           THE COURT:  All right.  You can return to

16    your seat.  Thank you very much.

17           MS. CARDIEL GRIEGO:  Thank you.

18           MR. COOPER:  Thank you.

19           MR. BECK:  Do you want a tissue?

20           THE COURT:  All right.  Why don't you go

21    back and do your questioning.

22           (The following proceedings were held in

23    open court.)

24           THE COURT:  Mr. Cooper, do you have

25    additional voir dire examination?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. COOPER:  Mr. Johnson?
 2              MR. JOHNSON:  Yes.
 3              MR. COOPER:  I'd like to visit with you
 4    again.
 5              MR. JOHNSON:  All right.
 6              MR. COOPER:  In looking at your
 7    questionnaire, I notice that -- I got the impression
 8    that you thought this was a search for innocence.
 9              MR. JOHNSON:  Can you explain?
10              MR. COOPER:  So in this courtroom there
11    will never, ever be a determination that any of these
12    individuals are innocent.
13              MR. JOHNSON:  Okay.
14              MR. COOPER:  And I say that because the
15    burden of proof on these guys is that they prove
16    beyond a reasonable doubt that they're guilty.  So
17    it's either going to be guilty or not guilty.  But
18    there is never going to be a verdict form that says
19    innocent.
20              MR. JOHNSON:  Okay.  I understand, I think.
21              MR. COOPER:  Do you see -- is there a
22    distinction?
23              MR. JOHNSON:  Yes.  I mean, guilty or not
24    guilty, and I understand that.  I think one of the
25    things of being here the last couple of days, there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 677

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 678

1    has been a lot of clarification that I don't think I

2    totally understood that when I answered the question.

3            MR. COOPER:  Okay.  But you're okay with

4    this not being a search for innocence, aren't you?

5            MR. JOHNSON:  Yes.

6            MR. COOPER:  You're the only licensed

7    social worker in your part of the building; right?

8            MR. JOHNSON:  That is correct.

9            MR. COOPER:  How many clients do you

10   service?

11           MR. JOHNSON:  Hard to say.  Our census goes

12   up and down.  Sometimes we have up to about six or

13   seven.  When I left, we were down to three.

14           MR. COOPER:  Just three total clients?

15           MR. JOHNSON:  Correct, but that's

16   inpatient.  So I'm required to service them while

17   they're there during that time, and do the discharge

18   plan.

19           MR. COOPER:  What about outpatient?

20           MR. JOHNSON:  We don't do outpatient.  I

21   send people to outpatient services in the community.

22   But I do the discharge plan, get them hooked up with

23   doctor's appointments and appropriate services upon

24   discharge.

25           MR. COOPER:  Is there any reason to believe



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 678

```
 1   that that number may increase in the next eight
 2   weeks?
 3           MR. JOHNSON:  It's --
 4           MR. COOPER:  Who knows?
 5           MR. JOHNSON:  Yeah, last week we had a lot.
 6   This week we don't that very many.  There are two
 7   social workers on the chemical dependency side that
 8   can do what I'm doing, but not as well as I do it,
 9   though.
10           MR. COOPER:  Who does; right?
11           MR. JOHNSON:  That's what I say.  I agree
12   with you on that.
13           MR. COOPER:  Thank you, Mr. Johnson.
14           MR. JOHNSON:  You're welcome.
15           MR. COOPER:  Actually, Mr. Johnson, you
16   don't like the Fifth Amendment, do you?
17           MR. JOHNSON:  Remind me what that is.
18           MR. COOPER:  The Fifth Amendment is my
19   client's right to remain silent; he doesn't have to
20   testify.
21           MR. JOHNSON:  Again with that, I don't
22   particularly like that, but now that I have a better
23   understanding of about what means and what it's all
24   about, I don't necessarily have to like something,
25   but I think I'm still looking at the prosecution to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 679

1   do their thing and prove, you know, beyond --

2           MR. COOPER:  Reasonable doubt.

3           MR. JOHNSON:  -- thank you -- that's what

4   I'm looking for.  And as a social worker, I have to

5   struggle with a lot of that and really give people

6   the benefit of the doubt and not necessarily a lot of

7   biases that you alluded to earlier, and try to put

8   that aside.  And I think overall I've been able to do

9   that pretty well in my career.

10          MR. COOPER:  So would you give the benefit

11  of the doubt to Mrs. Marquardt?

12          MR. JOHNSON:  Yes.

13          MR. COOPER:  She's accused of an Allsup's

14  robbery.

15          MR. JOHNSON:  Yes.  I'd have to look at the

16  evidence and go from there.

17          MR. COOPER:  Does he get that same benefit?

18          MR. JOHNSON:  Yes.

19          MR. COOPER:  Okay.  And you're okay with

20  that?

21          MR. JOHNSON:  Yes, I may not like some of

22  the things that you have mentioned, but he does

23  deserve, with all within me, that he gets the benefit

24  of the doubt.

25          MR. COOPER:  He was a member of a prison

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 680

1    gang.  Does that have any impact on you?  Would you

2    say that you can't be fair and impartial in his case?

3          MR. JOHNSON:  What I can say is that I

4    don't know any of these men.  And I'm expecting the

5    defense and everybody to do a good job so I have a

6    good idea about what's going on and I can make, along

7    with my peers, a good decision.

8          MR. COOPER:  Okay.  Great.  Thank you.

9          Ms. Duncan, you also said that a gang

10   leader should be held responsible for the acts

11   committed by gang members.  We've had a big

12   discussion here for the last day and a half.  Do you

13   still feel that way?

14         MS. DUNCAN:  If the evidence warrants it,

15   just like the buck stops here.  If it's proven that

16   he had some connection to what occurred, then, yes.

17         MR. COOPER:  Okay.  A connection similar to

18   the connection that Mr. Beck had with -- you guys are

19   bad -- with all these conspirators up here?

20         MS. DUNCAN:  Yes.  Just because he's the

21   leader, if he had no connection and did not have any

22   knowledge of what was going on, then no, he would not

23   be responsible.

24         MR. COOPER:  Everybody else in this first

25   row agree with that?  Ms. Wise?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com
DNM 681

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 682

 1              MS. WISE:  Well, I keep going back to

 2    because I was a teacher, and I think about -- I know

 3    it's not the same.

 4              MR. COOPER:  Before you go there, what

 5    level?

 6              MS. WISE:  The last I taught was

 7    kindergarten.

 8              MR. COOPER:  Nice.  I was an elementary ed

 9    major and look what happened.  Sheesh.

10              MS. WISE:  Well, I think -- and I don't

11    know the particulars of how a gang is run, but

12    sometimes a classroom is kind of like a gang.  I

13    mean, I think the teacher may be considered maybe the

14    gang leader.  I don't know.  I mean, there is some

15    similarity.

16              MR. COOPER:  I think it would have been

17    Doug who would have been the gang leader.

18              MS. WISE:  I was thinking if my

19    kindergarten had a food fight in the cafeteria, I

20    would be responsible for that.  To a certain extent,

21    I would be responsible for that, even if I wasn't in

22    the room, even if I had no idea about it.  I would

23    still be responsible.  The principal would come to

24    me.  You know what I'm saying?

25              MR. COOPER:  Sure.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                                  1-800-669-9492
                                                      e-mail: info@litsupport.com

DNM 682

1          MS. WISE:  And I think like in

2     corporations, the CEOs hold that responsibility,

3     that's part of what your position is.  You take the

4     heat when there is heat, you know?  I mean, that's

5     what you get paid for, that's what you take that job

6     for.

7          MR. COOPER:  Okay.

8          MS. WISE:  So I'm not sure, I'm kind of --

9          MR. COOPER:  So if the jury instruction

10    says that that individual has to have done something

11    similar to what Mr. Beck did with his conspirators,

12    and nothing less than that, would you be good with

13    that?  Could you follow that law?

14         MS. WISE:  I didn't follow your logic

15    there.  I'm sorry.

16         MR. COOPER:  So at the end of the case

17    you're going to have some jury instruction and the

18    judge is going to tell you what the law is, and he's

19    going to say something to the effect of, if Mr. Beck

20    did some affirmative act and he participated in

21    getting this robbery done, then he's just as guilty

22    as the individuals who committed the robbery.

23         MS. WISE:  If that was the instructions I

24    was given, if that was the guidelines I was given,

25    yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                         1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                          e-mail: info@litsupport.com

DNM 683

```
 1              MR. COOPER:  You could follow the law?

 2              MS. WISE:  I could follow that.

 3              MR. COOPER:  Mr. Mott, you could, as well?

 4              MR. MOTT:  Absolutely.

 5              MR. COOPER:  Now, when I first stood up

 6     here I talked about what this case was all about, and

 7     I described the photographs that you are likely to

 8     see.  And Ms. Trujillo, yesterday, when you were

 9     asked if you could look at those photographs, there

10     was a long, very long pause before you answered that

11     question, how you paused.  You're going to have some

12     difficulty looking at those, aren't you?  Let me get

13     the microphone for you.

14              MS. TRUJILLO:  My brother was brutally

15     beaten and stabbed to death in Albuquerque, and it

16     was a hate crime.  So seeing him in the morgue with

17     footprints on his face, I can't -- I'm going to have

18     difficulty with that.

19              MR. COOPER:  Okay.  Thank you.  Before you

20     pass it, do you think you can be fair and impartial

21     to these individuals on trial when you are shown the

22     photographs that may be, although not as close,

23     obviously, but certainly as brutal, as gruesome?

24              MS. TRUJILLO:  I think I would have been

25     okay with it.  But when you gave a list of them
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

DNM 684

```
 1    against homosexuals, and you gave a list of -- and I
 2    think that's where I would have problems.
 3              MR. COOPER:  And so because of that, you
 4    would not be able to be fair and impartial to these
 5    individuals?
 6              MS. TRUJILLO:  I can't be certain.
 7              MR. COOPER:  You can't tell me that you
 8    can, can you?
 9              MS. TRUJILLO:  I can't.
10              MR. COOPER:  Okay.  Thank you very much.
11              Anybody else along those lines talking
12    about those issues or the photographs?
13              Ms. McKee, just because an informant
14    testifies doesn't mean that he's telling the truth;
15    right?
16              MS. McKEE:  Right.
17              MR. COOPER:  You said in your questionnaire
18    that -- talking about being a little skeptical of
19    informant testimony, you said, in quotes, "While they
20    are doing the right thing now, I believe they should
21    be held accountable for their actions."  You would
22    hold those individuals accountable for their actions,
23    wouldn't you?
24              MS. McKEE:  If they're guilty, yes.
25              MR. COOPER:  If they admit to committing a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 685

1    murder and take the stand and tell you that they're

2    getting some benefit and they're not having to go do

3    a life sentence or otherwise getting their sentence

4    reduced, do you think that's right?  Do you think

5    that's fair?

6              MS. McKEE:  No.

7              MR. COOPER:  Okay.  Thank you.

8              Mr. Maestas, in your questionnaire you said

9    that law enforcement is not necessarily credible but

10   then you went on to say that there are two sides to

11   every story; right?  Do you remember saying that?

12             MR. MAESTAS:  Yes.

13             MR. COOPER:  Billy is not going to tell you

14   his side.  Just saying.  What do you think?  Are you

15   going to hold that against him?

16             MR. MAESTAS:  No.

17             MR. COOPER:  Why not?

18             MR. MAESTAS:  I've just got to see all the

19   proof and evidence.

20             MR. COOPER:  You know that Billy has a

21   right to remain silent.  He doesn't have to get up

22   and take the stand.  The Constitution says that he

23   doesn't have to testify.  The Constitution is a law

24   just like the law that says you shouldn't kill

25   somebody or you shouldn't speed.  It's no less

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

DNM 686

```
 1   important than the law that says don't murder
 2   somebody, and that law says he doesn't have to
 3   testify.  Sir, are you going to be disappointed when
 4   Billy doesn't tell you his side of the story?
 5            MR. MAESTAS:  No.
 6            MR. COOPER:  Are you okay with it?
 7            MR. MAESTAS:  Yes.
 8            MR. COOPER:  Are you going to be mad at me
 9   because I tell him not to tell his side of the story?
10            MR. MAESTAS:  No.
11            MR. COOPER:  Okay.
12            THE COURT:  Are you about to wrap up now,
13   Mr. Cooper?
14            MR. COOPER:  I am, Your Honor.  I have a
15   couple more questions, then I'm done.
16            Mr. Hinson, I read your questionnaire, as
17   well, and I got the distinct message that you think
18   that snitches lie to get good deals.
19            MR. HINSON:  I suppose they do.
20            MR. COOPER:  And what do you think about
21   that?  What do you think about the Government's use
22   of snitches?
23            MR. HINSON:  Unfortunately, I think it
24   might be essential.
25            MR. COOPER:  Okay.  Do you think that an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    informant should be forced to assume the consequences

2    that otherwise would come to him?

3            MR. HINSON:  You mean, he should never be

4    given an opportunity to snitch and get a benefit?

5            MR. COOPER:  Well, should he?

6            MR. HINSON:  In cases where someone who's

7    guilty of a greater crime might be prosecuted, maybe

8    that balances out.

9            MR. COOPER:  What if it's the same crime?

10           MR. HINSON:  For the same crime, that's a

11   different story, then.

12           MR. COOPER:  Okay.  Thank you, sir.

13           Is there any reason -- anybody, is there

14   any reason that you think that you should not sit on

15   this jury?  I've asked a lot of questions, the judge

16   asked a bunch of questions, Mr. Beck did.  We

17   missed -- I didn't talk to everybody.  And before I

18   have you answer that question, I'd like to know,

19   Ms. Chavez, your husband was an STIU officer; right?

20           MS. CHAVEZ:  He still is.

21           MR. COOPER:  And he still is.  At Southern?

22           MS. CHAVEZ:  He's down here.

23           MR. COOPER:  Your husband is an STIU

24   officer at Southern New Mexico Correctional Facility?

25           MS. CHAVEZ:  No, he's a field agent.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    MR. COOPER:  A field agent?

 2                    MS. CHAVEZ:  Correct.

 3                    MR. COOPER:  And he deals with gangs?

 4                    MS. CHAVEZ:  Yes.

 5                    MR. COOPER:  Do you think you can be fair

 6      and impartial, given this case?

 7                    MS. CHAVEZ:  Honestly I don't.

 8                    MR. COOPER:  Thank you.

 9             Now I'm going to get back to that previous

10      question when I looked at her and remembered that I

11      forgot to ask that question.

12             But is there any reason why any one of you

13      feels that you should not be selected to sit on this

14      jury?  Is there any reason why, if you were sitting

15      between Mr. Castle and me, you would not want

16      somebody with your experiences, with your makeup,

17      being defended by us?  If there was somebody just

18      like you with your experiences in that box?

19                    MR. MONTOYA:  May I please approach the

20      bench?

21                    MR. COOPER:  Certainly.  Your Honor, may we

22      approach?

23                    THE COURT:  Certainly.

24             (The following proceedings were held at the

25      bench.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 689

1          THE COURT:  Go ahead, Mr. Montoya.

2          MR. MONTOYA:  Can you repeat your question

3     so I can --

4          MR. COOPER:  Is there any reason why you

5     wouldn't want somebody with your experiences sitting

6     as a juror in this case?

7          MR. MONTOYA:  Well, what I believe -- I

8     believe in the Bible.  And I believe that prison

9     systems aren't working right now.  And some of the

10    Bible teaching -- I'm learning a lot about it -- is

11    teaching an eye for an eye, a tooth for a tooth.  And

12    to me, if I feel like I was selected, maybe they're

13    not getting the right punishment; if they do prove

14    it, they're not getting the right punishment.  Do you

15    see what I'm saying?

16         MR. COOPER:  Do you think that you could

17    be -- given your experiences in life, given -- and

18    we're talking the religious part of it at this point,

19    do you think that you can be fair and impartial in

20    the --

21         MR. MONTOYA:  Of course.

22         MR. COOPER:  -- in the part of the case

23    where you have to decide whether my client is guilty

24    or not?

25         MR. MONTOYA:  Correct, yes, I could.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 690

```
1              MR. COOPER:  Do you think you can?

2              MR. MONTOYA:  I know everyone is equal,

3    everyone gets the benefit of that.  And like I said,

4    they have their job to do, and even if you guys

5    decided to do nothing, I'm okay with that, as well.

6              MR. COOPER:  But regardless of what Mr.

7    Beck and I do, we're not going to have any impact on

8    the punishment.

9              MR. MONTOYA:  Yeah, exactly.  Exactly.  And

10   you know and I understand that there are laws that I

11   don't necessarily agree with, so I know as a juror I

12   have a right to -- what's it called -- jury

13   nullification.

14             MR. COOPER:  Sure.

15             I don't have anything else.

16             THE COURT:  Thank you, Mr. Montoya.

17             MR. BECK:  Your Honor, I think there is

18   some pretty good -- I guess I have one follow-up

19   question.

20             I think that the judge will instruct you on

21   your duties as a juror.

22             MR. MONTOYA:  Correct.

23             MR. BECK:  We talked about the duty, you

24   know, nonbiased, nonsympathetic juror.

25             MR. MONTOYA:  I understand.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 691

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 692

1    MR. BECK:  When the judge instructs you

2  that -- the judge instructs you that he provides you

3  the law and that you, the juror, one of the jurors,

4  are to find the facts.

5    MR. MONTOYA:  Um-hum.

6    MR. BECK:  That you're to apply the law

7  that he gives you to the facts that are found,

8  regardless of how you may feel about that law.  You

9  said there are laws.

10    MR. MONTOYA:  Yeah.

11    MR. BECK:  He tells you that you apply to

12  the law that he gives to those facts, and if you

13  don't agree with it, would you be able to take that

14  oath and apply that?

15    MR. MONTOYA:  It's my right as a juror,

16  right, to go with that.  Like I said, I don't have

17  all the knowledge of all my laws and my duties as --

18    MR. BECK:  Sure.  So my question of you is:

19  If the judge gives you an instruction like that, it's

20  your duty --

21    MR. MONTOYA:  I guess it would depend on

22  the law, I guess, and my responsibility and my rights

23  as a juror.

24    MR. BECK:  Sure, so it sounds to me like

25  you cannot follow his instructions.  Like, if he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 692

1    gives you the instruction that the laws that he gives

2    to you, you must apply to the facts that you found --

3            MR. MONTOYA:  Yeah.

4        Q.   -- it sounds like that's an instruction

5    that you can't follow; is that right?  So it sounds

6    like you could not follow instructions from the

7    judge.

8            MR. MONTOYA:  If I don't agree with that

9    law.

10           MR. BECK:  So you cannot follow that

11   instruction?

12           MR. MONTOYA:  No, because as a human, as an

13   American, I have that right to go against it.

14           MR. BECK:  I think I've gotten the answer

15   at this point.  That's it.

16           THE COURT:  Anything else, Mr. Cooper?

17           MR. COOPER:  No, Your Honor.

18           THE COURT:  Thank you, Mr. Montoya.

19           (The following proceedings were held in

20   open court.)

21           THE COURT:  All right.  Do you have

22   anything else, Mr. Cooper?

23           MR. COOPER:  No, Your Honor.

24           Thank you, ladies and gentlemen, for your

25   time and attention this afternoon.  On behalf of

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

DNM 693

1    Billy Garcia, we really, really appreciate it.  Thank

2    you.

3              THE COURT:  Thank you, Mr. Cooper.

4              All right.  We'll be in recess for about 15

5    minutes.

6              (The venire panel left the courtroom.)

7              THE COURT:  All right.  We'll be in recess

8    for about 15 minutes.

9              (The Court stood in recess).

10             THE COURT:  Let's go on the record.  Let me

11   make a few -- it's my understanding y'all have agreed

12   that Ms. Cardiel Griego should be excused.  Is that

13   correct, from the Government?

14             MR. BECK:  Yes, Your Honor.

15             MR. COOPER:  Yes, Your Honor.

16             THE COURT:  I'm not going to excuse her

17   right at this moment.  The arrangement that she had

18   was, her husband was going to take the bus back at

19   5:45 and she was going to keep the car.  She had also

20   switched to a hotel that provided transportation.  So

21   actually, her transportation needs were taken care

22   of.  So she wasn't without transportation.

23             But nonetheless, if y'all agree, I'll let

24   her go.  But I am going to make her sit through the

25   next session.  If you want to skip her, I'll let her

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 694

231.695

```
 1   go then; at the next break we'll slip her out.  But I

 2   don't want jurors to start thinking they can do what

 3   she did and start getting out of jury duty.

 4           Patricia Garcia, juror number 40, has been

 5   sitting there and she thinks she went to school with

 6   you, Mr. Cooper.  So we need to figure out what to do

 7   with that and how to deal with it.

 8           MR. COOPER:  Patricia Garcia?

 9           THE COURT:  Yes, juror number 40.  In group

10   2, we had 26 show up.  Remember, we've got four down

11   there right now.  So we have 30 down there now.  Her

12   name is Jamie Ellen Trujillo.  She showed up with

13   ammunition in her purse.  It appears to be

14   inadvertent.  I think the marshals have checked it

15   out.  They believe her story.  She's very distraught.

16   But they believe that it was totally inadvertent.  I

17   think she goes to shooting ranges and just had it in

18   her purse.  There is no firearm, if I understand

19   things correctly.  That's the way they're handling

20   it.  They investigated, and she's a little

21   distraught.

22           But other than that, all right, everybody

23   ready to go?  All right.  Stay seated.  We'll bring

24   the jury in.

25           And Mr. Granberg, you're next.  We just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 695

```
 1   need to remember it, though.

 2           All right, they're coming in.

 3           (The venire panel entered the courtroom.)

 4           THE COURT:  All right.  Y'all come back in

 5   and be seated in the seats that you've maintained

 6   throughout the two days.  I appreciate your patience.

 7   I appreciate your working with us.

 8           All right.  I appreciate everybody coming

 9   back and in and out so easily.  I appreciate that.

10           Mr. Granberg, do you have additional voir

11   dire examination on behalf of Mr. Christopher Chavez?

12           MR. GRANBERG:  Yes, Your Honor.

13           THE COURT:  All right, Mr. Granberg.

14           MR. GRANBERG:  So ladies and gentlemen, it

15   came to our attention during the break that perhaps

16   one of you may have gone to high school with Mr.

17   Cooper.  Ms. Garcia?

18           MS. GARCIA:  Yes, sir.

19           MR. GRANBERG:  Do you recognize him from

20   high school or --

21           MS. GARCIA:  No, it was something he said.

22   And I'm not even sure it's him.  He said something

23   about Santa Fe and Portales.  Did you graduate in

24   1971, Santa Fe High?

25           MR. COOPER:  I did, Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 696

```
 1                THE COURT:  Okay.
 2                MR. SINDEL:  Barely.
 3                MR. COOPER:  May I ask for a lawyer at this
 4     point?
 5                THE COURT:  Why don't we do this,
 6     Ms. Garcia?  Why don't you come up here and let's
 7     talk about it.
 8                (The following proceedings were held at the
 9     bench.)
10                THE COURT:  Wait a minute.  All of a sudden
11     you think you knew Mr. Cooper.
12                MS. GARCIA:  Today when he was talking,
13     something about Santa Fe and going to school in
14     Portales, I thought, that's coincidental.  I went to
15     school in Santa Fe and went to school in Portales.
16     And as I thought it, I went, Oh, my God, that's Bobby
17     Cooper.  He played football with my husband.  I
18     didn't know him, I didn't run with him.  We just
19     ended up -- I only went to Santa Fe for seven months
20     my senior year, and then I went on to school in
21     Portales, and they were there.  And I didn't know
22     him, I didn't socialize with him.  My husband would
23     be more apt to know him.
24                MR. COOPER:  Who did you marry?
25                MS. GARCIA:  Ray Garcia.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Did he play football?
 2              MS. GARCIA:  I didn't go to the football
 3    games that often.
 4              THE COURT:  Let me ask you this:  He's
 5    representing Billy Garcia.  Is the fact that Mr.
 6    Cooper is representing Mr. Garcia going to make any
 7    difference to you in this trial?
 8              MS. GARCIA:  No, I don't know Mr. Cooper,
 9    but it was -- I just was scared when I realized it.
10    I thought, oh, no, if I cause trouble.
11              THE COURT:  There is no right or wrong.
12              MS. GARCIA:  I was afraid I might cause
13    problems if I didn't say something.  I would rather
14    tell you.  This was something from 47 years ago.
15              MR. COOPER:  A long time.
16              THE COURT:  Do you have any sort of
17    feelings about Mr. Cooper so that you would hold it
18    against his client or you would be in favor of his
19    client, either way?
20              MS. GARCIA:  No.
21              THE COURT:  You're neutral on Mr. Cooper?
22              MS. GARCIA:  Yes.  Like I said, I didn't
23    even know he was an attorney.  I know nothing about
24    him.
25              THE COURT:  Do you think you could be fair
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 699

235-699

```
 1    and impartial to everybody in the room?  The
 2    Government?
 3                MS. GARCIA:  Yes.
 4                THE COURT:  All the defendants and --
 5                MS. GARCIA:  That's why I came forward.  I
 6    didn't want to cause trouble.
 7                THE COURT:  Mr. Beck?
 8                MR. BECK:  No, thank you.
 9                THE COURT:  Mr. Cooper?
10                MR. COOPER:  No, Your Honor.
11                THE COURT:  Mr. Granberg?
12                MR. GRANBERG:  No, Your Honor.
13                THE COURT:  Thank you, Ms. Garcia.
14                MR. COOPER:  He was a good football player.
15    He was a center.  Tell me about your letter jacket.
16    How many patches do you have on it?
17                MS. GARCIA:  I can't even wear it, it's got
18    so many.
19                THE COURT:  I know I shouldn't be wearing
20    it, but when the Hobbs Eagles are playing, I still
21    put it on.
22                MR. COOPER:  And I can still get into mine,
23    I'm happy to say.
24                THE COURT:  I might bring mine back.
25                MR. COOPER:  Yes, I remember when Hobbs
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    came to Santa Fe.

2            THE COURT:  I remember that.

3            MR. COOPER:  And we had you for three

4    quarters of the game.  We were in the game for three

5    quarters and the guys that play two for twos finally,

6    they ran away with it, they beat us.

7            THE COURT:  They had some speed.

8            Did you have something, Mr. Blackburn?

9            MR. BLACKBURN:  I was going to say, I think

10   the record should reflect that she is probably the

11   only female that went to Santa Fe High School that he

12   didn't date.  That's why I had some questions about

13   that.

14           (The following proceedings were held in

15   open court.)

16           THE COURT:  All right, Mr. Granberg.

17           MR. GRANBERG:  So back to the -- my name is

18   John Granberg.  I represent a fellow by the name of

19   Chris Chavez.

20           Chris, if you could raise your hand to

21   everybody.

22           I'm here to ask you a bunch of questions,

23   like Mr. Cooper did.  So let me start with my first

24   one here.  Okay?  I'm sure every one of you is

25   familiar with the concept of an ideal man or an ideal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 700

1   woman, whatever your preference may be.  Okay.  Let

2   me ask you, and let me start with Ms. Dwore.

3         So Ms. Dwore, have you ever met the ideal

4   man, or your ideal man?

5         MS. DWORE:  If I say no, you have to

6   promise not to tell my husband.  But in truth, I'm

7   not sure such a beast exists.  We all have our

8   quirks.  I'm not sure there is a perfect anything out

9   there.  So that said, I came as close as humanly

10  possible when I married him.

11        MR. GRANBERG:  And indeed, your version or

12  your concept of an ideal man would be different from

13  another's woman's concept; correct?

14        MS. DWORE:  Completely.

15        MR. GRANBERG:  That brings me to the

16  concept of an ideal juror, and much like Ms. Dwore

17  said previously, there is no such person as an ideal

18  juror, because, much like Ms. Dwore said, my version

19  of an ideal juror will be different from Mr. Castle's

20  or Mr. Lahann's.  We all have different biases,

21  preconceived notions that kind of feed into that.

22        And so the reason why I bring this up is

23  that because the ideal is impossible, what I would

24  ask you to do is to, at the very least, be completely

25  truthful in your answers to these questions, because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 701

1    the ideal can never be met but we can do the best we

2    can, and indeed, justice would require that we select

3    the fairest and most impartial juror, jury possible

4    for our clients.

5          And indeed, telling the truth here in court

6    is not just symbolic.  I mean, you come into court

7    and you have all these symbols of justice.  For

8    example, you have the bench.  The bench is elevated,

9    the judge sits in the middle of it.  You have the

10   flags on either side of him, you have the state seal

11   behind the judge.  And indeed, even the robe he wears

12   is a symbol of justice.  But the symbolism alone is

13   not enough.  We really need to have substance to our

14   discussions here, and there really needs to be

15   substance to your truthfulness.

16         If you remember when this whole process

17   started yesterday, Ms. Bevel, the courtroom deputy,

18   made you swear to an oath.  And I looked it up and I

19   have the oath in front of me, and I'd like to recite

20   it for you.  It says, "You do solemnly swear or

21   affirm that you will truthfully answer all questions

22   that shall be asked of you touching your

23   qualification as a juror in this case now called for

24   trial, so help you God."  And my recollection was,

25   everybody said, "I do."  Does that sound fair?  So

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 702

```
 1    the very first sentence of that oath is, "You
 2    solemnly swear."  Mr. Milne?
 3              MR. MILNE:  Yes, sir.
 4              MR. GRANBERG:  What does that mean to you,
 5    you solemnly swear?
 6              MR. MILNE:  That I'm going to tell exactly
 7    the truth of what is asked of me.
 8              MR. GRANBERG:  It's not like a halfhearted
 9    proposal?
10              MR. MILNE:  No.
11              MR. GRANBERG:  Not even a lighthearted
12    proposal?
13              MR. MILNE:  No.
14              MR. GRANBERG:  When you say "solemn," it
15    usually means serious business.  Is that fair to say?
16              MR. MILNE:  Yes.
17              MR. GRANBERG:  And yesterday the judge
18    spoke to you about your civic duty, about serving
19    your country, coming in for jury duty, and voting.
20    And I would agree with him.  Those are fantastic
21    civic duties.  But I would propose to you that it's
22    also your civic duty not to lie in this process.  And
23    I'm not saying any of you have lied.  But I would
24    also propose to you that you not hold back anything
25    during this voir dire process.  You have a civic duty
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 703

```
 1   to be honest about your own beliefs, your own
 2   convictions.  And hand in hand with that, you have
 3   the importance of standing firm with your
 4   convictions, standing firm with your beliefs, because
 5   that is who you are.  And without revealing who you
 6   really are, it would be impossible to get a fair and
 7   impartial juror for our clients.
 8           There are no right or wrong answers.  And
 9   we spare no time in addressing matters privately when
10   you want to or when you need to, or when you feel the
11   subject matter is too sensitive to discuss in front
12   of everybody else.  So if that occurs, please let us
13   know, please let me know.  Because if you stand by
14   your convictions, Ms. Menapace, number 4?
15           MS. MENAPACE-CORRAL:  Yes.
16           MR. GRANBERG:  Does that mean you're a bad
17   person, if you stand by your convictions?
18           MS. MENAPACE-CORRAL:  No, it does not.
19           MR. GRANBERG:  No.  Does that mean you're
20   an obstructionist, for standing by your convictions?
21           MS. MENAPACE-CORRAL:  No.
22           MR. GRANBERG:  Mr. Lopez, do you agree with
23   her?
24           MR. LOPEZ:  I certainly do.
25           MR. GRANBERG:  What about -- does it mean
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page 1 705

```
 1    that you're unpatriotic by any means?

 2             MR. LOPEZ:  I think I am being patriotic by

 3    being called to this jury duty and serving.

 4             MR. GRANBERG:  So by standing firm to your

 5    convictions, your beliefs, the experiences that

 6    molded you into who you are, by revealing it, does

 7    that mean you're wanting to diminish or tarnish your

 8    civic duty here today?  Would that be fair to say,

 9    Mr. Lopez?

10             MR. LOPEZ:  Yes.

11             MR. GRANBERG:  So yesterday the judge had

12    also spoken with -- I believe it was with Ms. Duncan,

13    but I'm not 100% sure, about genealogy; am I correct?

14             MR. LOPEZ:  (Nods.)

15             MR. GRANBERG:  How many of you here have

16    Scottish roots?  Ms. Dwore, Mr. McKinzie, and Ms.

17    Bencomo?

18             FEMALE PANEL MEMBER:  (Inaudible.)

19             MR. GRANBERG:  I apologize.  And my

20    question is:  Are any of you familiar with the

21    Scottish legal system?  No?  Scottish law is kind of

22    peculiar in that in a jury trial setting, you can

23    have more than two verdicts.  You have the

24    traditional guilty, you have the traditional not

25    guilty, but in Scottish law they also have a third
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 705

```
 1   verdict form, which is not proven.
 2            Mr. Troy, what do you think about that?
 3            MR. TROY:  I'm not Scottish and don't plan
 4   to move there, so...
 5            MR. GRANBERG:  What do you think about that
 6   third verdict form, not proven?  Does that kind of
 7   tie into the discussions that Mr. Cooper had before?
 8            MR. TROY:  Ask the question again.  I'm not
 9   sure where you're going with this "not proven."
10            MR. GRANBERG:  Okay.  So before, Mr. Cooper
11   had discussed the notion that on a jury verdict form
12   it's not "guilty" or "not guilty" -- I mean,
13   "innocent" or "guilty."  It's "guilty" or "not
14   guilty."  Okay?  But in the subset of, you know,
15   American jurisprudence, not guilty can mean two
16   things.  Okay?  It can mean innocent or it can mean
17   not proven.  Okay?
18            So what do you think about that?  Do you
19   think that's fair to say?  Do you have an issue with
20   that?
21            MR. TROY:  Not, it's just what it is.
22            MR. GRANBERG:  You don't have a lot to say
23   about that?
24            MR. TROY:  No.
25            MR. GRANBERG:  How about you, Ms. Riley?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 706

243-707

```
 1    How do you feel about that?  What do you think about
 2    that?
 3              MR. RILEY:  It seems to me like they're
 4    pretty much the same thing, not guilty and not
 5    proven.
 6              MR. GRANBERG:  Not guilty and not proven,
 7    pretty much the same thing?
 8              MS. RILEY:  Pretty much, yeah.  You can't
 9    prove the guilt, so you're not guilty, because you
10    can't prove it.
11              MR. GRANBERG:  Okay.  So next I want to
12    talk to you about burden of proof.  And I know Mr.
13    Cooper spoke about burden of proof.  I'm going to
14    bring up a slightly different subset of that.  And
15    that is that the burden of proof rests solely on the
16    shoulders of the prosecution; that they must prove
17    beyond a reasonable doubt that the crime occurred.
18    Okay?  The defense has no burden whatsoever.  Okay?
19              So let me ask you, Ms. Riley, is it proper
20    to convict someone because they didn't testify?
21              MS. RILEY:  No.
22              MR. GRANBERG:  No.  Is it proper to convict
23    because they didn't stand up to defend themselves?
24              MS. RILEY:  No.
25              MR. GRANBERG:  Okay.  And is it proper --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 707

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 708

1    let me jump down the row to Ms. Morales.  Would it be

2    proper to convict someone because the Government

3    brought 20 witnesses and the defense only brought 2?

4              MS. MORALES:  No.

5              MR. GRANBERG:  So let me next talk to you

6    about something called the presumption of innocence.

7    And there is a very fine point that I want to make

8    with this.  Because I heard it referenced a couple of

9    times already and the presumption of innocence

10   attaches unless there is evidence beyond a reasonable

11   doubt.  And what I had heard spoken amongst the jury

12   panel, the venire, that the presumption of innocence

13   attaches until the person is found guilty.  And I

14   guess my point to pick in that is the difference

15   between "unless" and "until."

16             Getting back to the ideal person, okay.

17   Let's say you meet the ideal person on the street and

18   you say to yourself, or you tell the person, "You

19   know what?  You know what?  You're in love with me.

20   You just don't know it.  Okay?  You just don't know

21   it yet."

22             But would it be more accurate, more

23   pragmatic, and more fair to say that the ideal person

24   might fall in love with you or might not?  Would that

25   be fair to say, Ms. Morales?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. MORALES:  Yes.

 2              MR. GRANBERG:  And indeed, if they say No

 3      to you, then guess what?  They're not so perfect

 4      after all; right?

 5              MS. MORALES:  Or they weren't who you

 6      thought they were.

 7              MR. GRANBERG:  They weren't who you thought

 8      they were.  Exactly.  That's right.  So the burden is

 9      on the Government.  And indeed, the presumption of

10      innocence and the right not to testify, the right to

11      remain silent, kind of go hand in hand, because it's

12      the Government's burden to prove its case.  It's the

13      Government's burden to bring evidence to present to

14      you.

15              So let's next talk about credibility of

16      witnesses.  Okay?  Yesterday during the discussion

17      several of you had mentioned that you had law

18      enforcement as neighbors, law enforcement as

19      coworkers, law enforcement as friends.  Can I get a

20      raise of hands to the folks who have said something

21      along those lines?  That's a good number.

22              Let me ask you this question.  How many of

23      you have neighbors who are convicted felons?  How

24      many of you have neighbors that are good friends of

25      yours?  How many of you have positive beliefs about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 709

```
 1    those convicted felon friends or neighbors?  There's
 2    a lot less of you.  A lot less of you, a lot less
 3    hands.  So let's go to Mr. Zink.
 4              MR. ZINK:  Yes.
 5              MR. GRANBERG:  Why do you think that is?
 6              MR. ZINK:  What was the question again?
 7              MR. GRANBERG:  The question is:  There was
 8    a big difference in the number of hands here between
 9    the folks here that have neighbors, friends,
10    relatives who are law enforcement versus the friends,
11    neighbors, relatives who are convicted felons.  Now,
12    normally, it seemed to me that there was like a
13    positive sort of bias for law enforcement.  But is
14    there also an equally negative sort of bias for
15    convicted felons?
16              MR. ZINK:  I think typically there is.
17              MR. GRANBERG:  Now, why is that?
18              MR. ZINK:  I think maybe because of their
19    past actions.  But when somebody commits a crime and
20    is proven guilty and serves their time, I think that
21    they've completed their debt to society, and I also
22    think that people can change.
23              MR. GRANBERG:  Okay.  So one of the things
24    that you as a juror are going to have to do is value
25    cooperator credibility, the credibility of witnesses.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 710

247

1    And it goes for law enforcement, whether you believe

2    everything the police officer says or whether you

3    don't believe everything a convicted felon would say.

4              But let me ask you this, Mr. Telles.  Let's

5    switch it around.

6              MR. ZINK:  I would like to say, though,

7    many of us may have friends that are convicted felons

8    and you don't even know it.  So keep that in mind.

9              THE COURT:  Okay.  So Mr. Telles, when it

10   comes down to assessing the credibility of a

11   cooperator, a witness, what sort of thought process

12   goes through your mind?  What sort of things do you

13   consider?

14             MR. TELLES:  Well, of course, I'd be

15   watching the individual and to actually see if he's

16   actually presenting any facts, and to see that the

17   individual isn't fidgety and such.  I'd make sure --

18   I don't know -- make sure, I guess, that he's not

19   coached or she may be coached.

20             MR. GRANBERG:  Okay.  So you're kind of

21   referring to their demeanor?  Would that be fair to

22   say?

23             MR. TELLES:  I would say so, yes.

24             MR. GRANBERG:  What about if you believe,

25   based on your observations and what they tell you,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 711

```
 1    whether you think they're being truthful?
 2              MR. TELLES:  Well, of course, everything is
 3    going to have to be presented to you, there again,
 4    without a reasonable doubt.  So until that's proven,
 5    and each individual -- not necessarily means that
 6    they're going to be the outstanding witness, I guess
 7    you could say.
 8              MR. GRANBERG:  Let's go to Ms. Reser right
 9    next to you.
10              What sort of factors go through your mind
11    when you assess whether somebody is going to be
12    credible?
13              MS. RESER:  Body language, types of
14    responses to the questions that are being asked.  And
15    if -- well, demeanor, you know.  Is he respectful of
16    the Court and everything?  And I'm not a great judge
17    of people who are not telling the truth, but I do
18    try.
19              MR. GRANBERG:  Let's go to Ms. Doom.
20              What if the person testifying -- I'm sorry,
21    Mr. Doom.  I'm sorry.  What if the person testifying
22    tells you something that's entirely contrary to what
23    you've experienced before?
24              MR. DOOM:  Then they better be able to
25    prove what they say is true.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 712

249

```
 1              MR. GRANBERG:  Or else what?
 2              MR. DOOM:  I'm probably not going to buy
 3    into what they're saying.
 4              MR. GRANBERG:  And why is that important
 5    here in a trial?
 6              MR. DOOM:  Because along the basis of what
 7    Mr. Cooper said, if the person is giving false
 8    testimony or have been coached or they're lying about
 9    it for benefit, then saying something against what, I
10    guess, would be expected of them, they better be able
11    to prove that they're doing it for the truth and not
12    for benefit.
13              MR. GRANBERG:  Not for any sort of benefit
14    that they may gain; correct?
15              MR. DOOM:  Yes, sir.
16              MR. GRANBERG:  All right.  Let's skip to
17    Mr. Swantner.  Would you kind of agree with that
18    statement, or do you have any thoughts on that?
19              MR. SWANTNER:  What exactly?
20              MR. GRANBERG:  On whether a person needs to
21    be truthful in their testimony, and their testimony
22    needs to kind of jibe with your past experiences or
23    perceptions of the world before you think that they
24    are being truthful or credible?
25              MR. SWANTNER:  If it goes with your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 713

```
 1    perceptions of the world previously, it's easier to
 2    see it as true.
 3            MR. GRANBERG:  Okay.  So let me hearken
 4    back to an historical example of this.  Take a jump
 5    back in time to 2003.  Colin Powell was Secretary of
 6    State, and he was testifying in front of the UN
 7    Security Council, and he was trying to justify an
 8    invasion of Iraq to look for weapons of mass
 9    destruction.  Do you remember that, Mr. Swantner?
10            MR. SWANTNER:  Yes.
11            MR. GRANBERG:  What's your recollection of
12    that whole situation?
13            MR. SWANTNER:  Just that he testified they
14    existed and we later found out they didn't.
15            MR. GRANBERG:  Eventually we found out that
16    there were no weapons; right?
17            MR. SWANTNER:  Yes.
18            MR. GRANBERG:  Let's jump the microphone to
19    Ms. Beavers.
20            Ms. Beavers, do you remember that time,
21    that occasion?
22            MS. BEAVERS:  I remember that time.  I
23    don't remember that specifically or anything like
24    that.
25            MR. GRANBERG:  Let me know if you remember
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 714

```
 1   this or not.  But do you remember that there was
 2   enormous political pressure to invade Iraq at that
 3   time?
 4           MS. BEAVERS:  Yes.
 5           MR. GRANBERG:  Do you remember that there
 6   was enormous social pressure to invade Iraq at that
 7   time?  Social pressure to seek retribution for
 8   terrorist acts against the United States?  Do you
 9   remember that?
10           MS. BEAVERS:  Yeah, I don't know if it was
11   overwhelming, because there were people that were
12   against going in there, too.
13           MR. GRANBERG:  But do you remember that the
14   main argument by the Bush Administration at the time
15   was that Saddam Hussein was a very bad, bad man?
16   Does that sound about right to you?
17           MS. BEAVERS:  Yeah, and that the main
18   argument was the weapons of mass destruction.
19           MR. GRANBERG:  He's a very bad man and
20   there are weapons of mass destruction; that he had to
21   have weapons of mass destruction.  Do you remember
22   that?
23           MS. BEAVERS:  I do.
24           MR. GRANBERG:  Let's jump the microphone
25   over to Mr. Niemeier.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 715

```
 1          So Mr. Niemeier, do you think that that
 2  message, that Saddam Hussein was a really, really bad
 3  man, affected public perception on whether to invade
 4  Iraq at that time?
 5          MR. NIEMEIER:  Yes, I believe it did.
 6          MR. GRANBERG:  So the reason why I bring
 7  that up, you know, something that happened 15 years
 8  ago, was that, just as in 2003, there is going to be
 9  enormous pressure in here for you to act, as well,
10  okay.  The Government will be chanting the mantra
11  that Mr. Chavez, my client, Mr. Troup, Mr. Billy
12  Garcia, Mr. Joe Gallegos, Mr. Andrew Gallegos, Mr.
13  Patterson and Mr. Arturo Garcia are also really,
14  really bad men.  And I don't want you to go into jury
15  deliberations convicting any of these guys because of
16  that mantra.  Because what are the things that you as
17  a juror need to consider while deliberating?  Is it
18  the accusation against them or is it the evidence?
19          Ms. Solis?
20          MS. SOLIS:  That would be the evidence.
21          MR. GRANBERG:  That would be the evidence.
22  And solely the evidence; correct?
23          MS. SOLIS:  Absolutely.
24          MR. GRANBERG:  Okay.  So each of these men
25  here is accused of conspiring, one way or another, to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 716

1    commit murder.  Okay?  Now, I want you guys to freeze

2    your thoughts, I want you guys to freeze your

3    emotions, freeze your gut reactions.  Okay?  I would

4    like to pass the microphone back to Ms. Dwore, and

5    I'd like to get your initial reactions to that

6    statement.  Okay.  Five words or less, I just want

7    your initial reactions?

8              MS. DWORE:  What am I reacting to?

9              MR. GRANBERG:  You're reacting to the

10   accusation being held against them, that one way or

11   another, each and every single one of these men is

12   accused of committing murder.

13             MS. DWORE:  They're accused.

14             MR. GRANBERG:  And what is your reaction to

15   that?

16             MS. DWORE:  They're accused.  It may or may

17   not be true.

18             MR. GRANBERG:  So basically you don't have

19   a reaction?

20             MS. DWORE:  No.  It's, like, bring me the

21   evidence.  Let's go.

22             MR. GRANBERG:  Okay.  Let's pass microphone

23   down?

24             MR. MILNE:  She just said it for me.

25   That's exactly the way I feel.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 717

```
 1                   MR. GRANBERG:  And you're Mr. Milne?  Okay.
 2              Let me go ahead and let's pass the
 3     microphone down, and I'll call out everybody's names.
 4              Ms. Menapace?
 5                   MS. MENAPACE-CORRAL:  I would need to see
 6     the evidence.
 7                   MR. GRANBERG:  Mr. Lopez, what's your gut
 8     reaction?
 9                   MR. LOPEZ:  My gut reaction is, it's a very
10     serious charge, and I would have to see the evidence
11     in order to be able to make a determination.
12                   MR. GRANBERG:  All right.  Mr. Lopez,
13     what's your gut reaction?
14                   MR. LOPEZ:  Mr. Troy?
15                   MR. TROY:  I'm going with everybody is
16     innocent unless proven.
17                   MR. GRANBERG:  Everybody is innocent?
18                   MR. TROY:  Until proven otherwise.
19                   MR. GRANBERG:  Ms. Riley, how do you feel
20     about it?
21                   MS. RILEY:  Murder is a terrible thing, but
22     we need to see the evidence.
23                   MR. GRANBERG:  Ms. Morales?
24                   MS. MORALES:  My gut reaction is that I
25     am -- want justice for the deceased.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

255719

1          MR. GRANBERG:  You want justice for the

2     deceased?  Okay.

3          Let's hand the microphone back to

4     Mr. Swantner or Mr. Zink, whichever.

5          MR. ZINK:  My reaction is, they're innocent

6     until I see proof that they're guilty without a

7     reasonable doubt.

8          MR. GRANBERG:  Mr. Torres, what was your

9     gut reaction?  Mr. Telles.

10          MR. TELLES:  Telles.

11          MR. GRANBERG:  I'm sorry.

12          MR. TELLES:  It's a gut-wrenching charge,

13     but of course, the evidence would have to prove that

14     they actually did it.

15          MR. GRANBERG:  Gut-wrenching?  Why do you

16     say that?

17          MR. TELLES:  Well, I mean, just the thought

18     that, you know, there has been a murder, and you

19     know, it just kind of gives you that empty feeling

20     like, why would anybody want to do something like

21     that in the first place?  But there again, until

22     they're proven -- until the Government proves that

23     they actually committed the crime, of course, they're

24     innocent.

25          MR. GRANBERG:  Okay.  Ms. Reser?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

DNM 719

```
 1              MS. RESER:  I kind of agree with him.  It
 2   is.  It's a gut-wrenching thought that someone could
 3   be accused of something that horrendous.  I don't
 4   know of another word for it.  But you do have to look
 5   at everything.  You have to look at all the evidence.
 6   You can't -- I'm not making any judgment until I have
 7   proof.  And I'm sorry, I took more than five words.
 8              MR. GRANBERG:  That's perfectly fine.
 9              Ms. Griego, what was your gut reaction to
10   that?
11              MS. GRIEGO:  That's a very heavy thing,
12   very heavy.
13              MR. GRANBERG:  And is your perception of
14   the defendants colored by how heavy the accusation
15   is?
16              MS. GRIEGO:  I'm not sure.  I mean, I just
17   know that murder is a big deal, deciding if someone
18   is guilty or not guilty for a crime like stealing a
19   car or something like that.  But murder, that's a
20   heavy thing, because somebody died.  So I don't know
21   if it would color any bias against anybody, but I
22   would feel it as a very heavy thing to really need to
23   determine if somebody is guilty or not, and to be
24   really certain about that because somebody died.
25              MR. GRANBERG:  Okay.  Mr. Doom?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 720

```
 1                MR. DOOM:  They are innocent unless proven
 2     guilty.
 3                MR. GRANBERG:  Mr. McKinzie?
 4                MR. McKINZIE:  Now that the Government has
 5     accused them, to paraphrase, show me the money.
 6                MR. GRANBERG:  I remember an Arby's
 7     commercial, Where's the beef, or something like that?
 8                MALE PANEL MEMBER:  "Where's the beef?"
 9                MR. GRANBERG:  Okay.  Mr. Brugger?
10                MR. BRUGGER:  Yes.
11                MR. GRANBERG:  What was your reaction?
12                MR. BRUGGER:  I say they're innocent until
13     they're proven guilty beyond a reasonable doubt.
14                MR. GRANBERG:  All right.  Mr. Swantner?
15                MR. SWANTNER:  Just simply, this was very
16     serious.
17                MR. GRANBERG:  Let's pass the microphone
18     down to Ms. Beavers.
19                MS. BEAVERS:  Well, my first thought when
20     you first said that, that's what we're here for, is
21     to determine this.
22                MR. GRANBERG:  Right.  But you didn't know
23     what the accusation was; correct?
24                MS. BEAVERS:  Yeah.
25                MR. GRANBERG:  No.  So what was your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

DNM 721

```
 1    initial gut recollection toward it?

 2              MS. BEAVERS:  It is what it is.  And we

 3    were called here and you're going to present stuff

 4    and we're going to determine something.

 5              MR. GRANBERG:  Okay.  Mr. Niemeier?

 6              MR. NIEMEIER:  Yeah, it's a little bit

 7    scary to think that somebody is capable of committing

 8    murder in here.  The charge is a very serious charge,

 9    and so I would take it upon myself as being serious

10    to decide whether that was accurate or not.

11              MR. GRANBERG:  Something you first said was

12    that it was scary to think that someone would be

13    charged with that sort of charge?

14              MR. NIEMEIER:  Yes.

15              MR. GRANBERG:  Are you in any sort of fear

16    as you sit there right now, to be in the same

17    courtroom as seven guys accused of murder?

18              MR. NIEMEIER:  No.

19              MR. GRANBERG:  No?

20              MR. NIEMEIER:  Not sitting right here.

21              MR. GRANBERG:  Do you want to come on over

22    here?

23              MR. NIEMEIER:  Are you afraid?

24              MR. GRANBERG:  Never afraid.

25              Ms. Solis, how do you feel about that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 722

```
 1   What was your gut reaction?
 2            MS. SOLIS:  Pretty much they are innocent
 3   until proven guilty.
 4            MR. GRANBERG:  You didn't have any sort of
 5   fear that Mr. -- not that you were afraid, but any
 6   sort of fear concerns that Mr. Niemeier spoke about?
 7            MS. SOLIS:  No.
 8            MR. GRANBERG:  No?
 9            MS. SOLIS:  Not at all.
10            MR. GRANBERG:  Okay.  Let's pass the
11   microphone to Ms. Lee.
12            How did you feel about that?  What was your
13   gut reaction knowing the charge?
14            MS. LEE:  Well, I would hope that if I was
15   ever accused of something, that the jury in my trial
16   would presume me innocent unless the evidence was
17   overwhelming in the other direction, and --
18            MR. GRANBERG:  Overwhelming in the other
19   direction?
20            MS. LEE:  Yes.  If it was proven beyond a
21   reasonable doubt.  But obviously, but I'd like to be
22   innocent until that's proven.
23            MR. GRANBERG:  Let's pass the microphone
24   across the aisle, and I'll end at the end of the
25   aisle here.  So Ms. Nitterauer?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. NITTERAUER:  My first reaction was:
 2    How awful to be accused of that.
 3              MR. GRANBERG:  Okay.  So kind of sympathy
 4    for these fellows?  Is that fair to say?
 5              MS. NITTERAUER:  Maybe a little.  I don't
 6    know.  Just the accusation would hurt me terribly.
 7              MR. GRANBERG:  If you were accused
 8    similarly?
 9              MS. NITTERAUER:  Yes.
10              MR. GRANBERG:  Ms. Patricia Duncan, what
11    was your gut reaction?  What was the first thought
12    that flashed across your mind?
13              MS. DUNCAN:  That trying to find innocence
14    or guilt of somebody who is accused of murder is a
15    very difficult thing, and I'd like to know all the
16    information possible before making a decision.
17              MR. GRANBERG:  Okay.  Mr. Skousen?
18              MR. SKOUSEN:  I think it's very -- it puts
19    a lot of pressure on me as an individual, a
20    tremendous amount of responsibility, to make sure I
21    understand the facts of the case and to make sure
22    that I can truly say this individual is guilty beyond
23    reasonable doubt, because there are tremendous
24    consequences if someone is convicted of murder, and
25    I'd hate to have to live my life thinking I convicted
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 724

1   someone who was innocent -- or not guilty.

2          MR. GRANBERG:  Ms. Wise.  What was your gut

3   reaction?

4          MS. WISE:  That many lives are being

5   touched.  In the whole courtroom, many lives are

6   being touched.

7          MR. GRANBERG:  Okay.  Mr. Medina.

8          MR. MEDINA:  I guess in five words I'd say,

9   show me the proof first, you know.  Otherwise, if you

10  can't prove it, how are they going to get convicted

11  or not?

12         MR. GRANBERG:  Let's go to Mr. Mott.  We'll

13  end with Mr. Mott on this line of questioning.

14         What was your gut reaction?  What was your

15  first reaction?

16         MR. MOTT:  We've got a lot of work to do

17  here.

18         MR. GRANBERG:  All right.

19         Let me next talk to you about possibility

20  here; hypothetical possibility.  Okay?  Where you may

21  have ten witnesses who come up here, testify to the

22  same thing.  Hypothetically.  I'm not saying that's

23  going to happen.  But hypothetically, okay?

24         Hypothetically, if all ten witnesses say

25  the sky is green, okay, the sky is green, something

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 725

```
 1    entirely contrary to your common sense.  Does it
 2    matter to you that what they say is entirely contrary
 3    to your perception of reality, or do you agree with
 4    them?  Okay, if ten people said -- these ten guys
 5    said the sky is green, I'm going to go with it?
 6              Let's go to the next row here.  I haven't
 7    picked on anyone in the second row.
 8              Ms. Leah Nelson.  Sorry, down there at the
 9    end.  So let me repeat the question.  Let me repeat
10    the hypothetical.  Okay?  So ten witnesses come in
11    and they say the sky is green, they're all agreed on
12    that one particular point, but it is contrary to
13    common sense.  Let's put it that way.  What do you
14    do?  Do you agree with them, or do you disagree with
15    them?
16              MS. NELSON:  I would disagree with them.
17              MR. GRANBERG:  Why would you do that?
18              MS. NELSON:  Because of common sense.  I
19    would wonder if they all, like, had eye difficulties
20    or were wearing the same sunglasses.  I don't know.
21    Their perception may not be mine, but I'm not going
22    to change mine.
23              MR. GRANBERG:  Well, I'll be honest with
24    you.  I've seen a green sky once, but that's because
25    a tornado was coming down the road.  But if all ten
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 726

```
 1    people said the sky was green, would you also think
 2    that, you know what, perhaps all ten people are not
 3    being truthful, would that cross your mind?
 4            MS. NELSON:  It would.
 5            MR. GRANBERG:  Would it cross your mind
 6    that perhaps all ten men have the same sort of
 7    agenda?
 8            MS. NELSON:  It could be that they would
 9    have the same agenda, or they were seeing it in a
10    different viewpoint than myself.  I'm not sure.
11            MR. GRANBERG:  How about you, Mr. Saiz?  Do
12    you agree with Ms. Nelson?
13            MR. SAIZ:  I agree.  I feel like if you had
14    ten different people say the same thing ten different
15    times, they've probably been coached on and are
16    probably aware of the situation.
17            MR. GRANBERG:  Okay.  Would you think that
18    they were being truthful?
19            MR. SAIZ:  I guess I would have to listen
20    to them, and it would depend on what they were
21    saying.
22            MR. GRANBERG:  Okay.
23            MR. SAIZ:  If you go back to the green sky,
24    then obviously not.
25            MR. GRANBERG:  Well, you know, the green
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 727

```
 1    sky is an extreme example.
 2             But let's go to Mr. Meyer here.  Okay?
 3    Mr. Meyer, if ten jurors came up and said, "You know
 4    what, the sky is green," would you think they are
 5    being truthful, or would you think that something is
 6    going on?
 7             MR. MEYER:  If I went outside every day and
 8    I saw a blue sky and ten guys are tell me the sky is
 9    green, of course they'd be lying.
10             MR. GRANBERG:  Each and every one of them?
11             MR. MEYER:  If I saw a blue sky and they
12    went out and saw a green sky, yes.
13             MR. GRANBERG:  Because it doesn't make
14    sense; correct?
15             MR. MEYER:  It does not make sense.  That's
16    a black and white.
17             MR. GRANBERG:  That is a very
18    black-and-white example.  But I think it's a very
19    good example to give to you guys.
20             Let me talk to you next about tattoos.
21    Before I start talking about tattoos, let me loop
22    this back, this entire question, back to standing by
23    your beliefs.  So hypothetically, if you're in a jury
24    room, some people may believe those ten people and
25    you may not.  Okay.  Are you going to stand by your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 729

```
1    beliefs, your convictions, your evaluation, your
2    independent evaluation, that, you know what, the sky
3    is blue, I don't care what these ten guys are saying,
4    and I don't care what the other jurors are saying.
5    The sky is blue.
6              Is that something that you can stand by
7    Mr. Carrillo?
8              MR. CARRILLO:  Yes.
9              MR. GRANBERG:  So if it's ten people that
10   say -- that agree the sky is green, but you think the
11   witnesses are lying, are you going to be able to
12   stick with your guns, stick with your beliefs, stick
13   with your own evaluations?
14             MR. CARRILLO:  Yes, because I see the sky
15   is blue all the time, so...
16             MR. GRANBERG:  Mr. Kimmick, what's your
17   thoughts on that?
18             MR. KIMMICK:  The sky being green?
19             MR. GRANBERG:  Yes.
20             MR. KIMMICK:  If you're -- if you listen to
21   people's testimony, it doesn't mean you're going to
22   check your common sense and your sensibilities at the
23   door.  You know there's going to be something there
24   that tells you this guy might be full of bull
25   excrement.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 729

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 730

```
 1              MR. GRANBERG:  What if your fellow jurors

 2     are saying they're agreeing the sky is green?

 3              MR. KIMMICK:  I would seriously question as

 4     to how they made it onto the jury, but they could try

 5     their best to go through and convince me, but it

 6     doesn't mean it's going to happen.

 7              MR. GRANBERG:  Right.  So my question to

 8     Ms. Garcia.  Do you stick with your beliefs, or do

 9     you eventually cave in to the sky is green?

10              MS. GARCIA:  I'm going to stick with my

11     beliefs.

12              MR. GRANBERG:  Stick with your beliefs?

13     Okay.

14              Ms. Robyn Trujillo, what would you do?

15              MS. ROBYN TRUJILLO:  The same thing.  Stick

16     with what I know and what I believe.

17              MR. GRANBERG:  And Ms. Camille Trujillo,

18     what would you do?

19              DR. PELLEGRINO:  Dr. Pellegrino, Camille

20     Pellegrino.

21              MR. GRANBERG:  Yes.  I'm sorry.

22              DR. PELLEGRINO:  I would like to hear out

23     why my fellow jurors are believing that, but I would

24     stay by what my experiences have shown me to be true.

25              MR. GRANBERG:  Okay.  So let me switch
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 730

```
1   gears here and kind of talk about tattoos.  I kind of

2   jumped ahead here.  Is there any reason why one

3   person may have more tattoos than another?

4            DR. PELLEGRINO:  They might want to

5   symbolize something or show something, or they just

6   esthetically like it.

7            MR. GRANBERG:  Okay.  Let's go to

8   Dr. Marquardt.  My client here, Chris, Mr. Chavez,

9   has a lot of tattoos.  Okay?  Now, I know that the

10  rest of the panel had said that they wouldn't hold it

11  against anyone to have tattoos, but are there any

12  other reasons why one person may have more tattoos

13  than another?

14           DR. MARQUARDT:  Depends on the individual

15  and what their experience are.  It's an outward

16  expression of something for them.  It doesn't

17  necessarily mean anything to me.

18           MR. GRANBERG:  Could the person having more

19  tattoos be more of an artist than the other person?

20           DR. MARQUARDT:  Or they know an artist.

21           MR. GRANBERG:  Or they know an artist.  Are

22  they more of an afficionado of the drawing, or

23  whatever it is; correct?

24           DR. MARQUARDT:  Perhaps.

25           MR. GRANBERG:  Let's see here.  Let me just
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 731

```
 1   jump through questions here.  I probably have one
 2   more for Ms. Morales.  I think she's over there in
 3   the alternate box.
 4            So Ms. Morales, yesterday you came up to
 5   the bench and you disclosed some information to the
 6   lawyers, the attorneys, about your acquaintances,
 7   your job, your acquaintances.  Would your job or your
 8   acquaintances affect your ability to hear the
 9   evidence and testimony in any sort of fashion in this
10   particular trial?
11            MS. MORALES:  I'm afraid that it might.
12            MR. GRANBERG:  Okay.  So unfortunately, we
13   don't exactly have the luxury of, you know, possibly
14   selecting for you to be on the jury panel and then
15   having you decide later on you might not be able to
16   do it.  So if I had to pin you down to a solid
17   answer, here and now, what would your answer be?
18   Would you be able to be a fair juror?  Would you
19   consider yourself, you know, to be quite the ideal
20   juror candidate for this trial?
21            MS. MORALES:  For this particular one, I'm
22   going to say no, because I can't promise either side
23   a 100% answer.
24            MR. GRANBERG:  Okay.  So let me revisit
25   that.  You said you couldn't promise either side?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 732

```
 1              MS. MORALES:  I can't promise that, yes,
 2    I'm going to be -- I'm going to go with somebody I
 3    know; or no, I'm going to be completely, you know,
 4    unbiased towards people that I've had a previous
 5    relationship or knowledge of.
 6              MR. GRANBERG:  But would you feel that you
 7    could be fair and impartial in this trial?
 8              MS. MORALES:  Again, if you're going to pin
 9    me down to an answer, I would say no. I would say I
10    would do the very best that I can because I believe
11    that's what people deserve.  But I'm not going to say
12    100% that I could.
13              MR. GRANBERG:  Okay.  Let me skip back to
14    Mr. Steven Johnson, juror 47.
15              MR. JOHNSON:  Yes, sir.
16              MR. GRANBERG:  Now, due to the nature of
17    your work -- you are a social worker -- do you tend
18    to help people out who may not have the best life or
19    make the best decisions?  Would that be fair to say?
20              MR. JOHNSON:  Yes.
21              MR. GRANBERG:  Would it also be fair to say
22    that given your work experiences, that it would tend
23    to color how you view other troubled persons?
24              MR. JOHNSON:  When you say "color," what do
25    you mean?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 733

```
 1              MR. GRANBERG:  Not color.  Troubled.

 2     Troubled persons.

 3              MR. JOHNSON:  Do I have a bias towards

 4     that?

 5              MR. GRANBERG:  Well, I mean, what I'm

 6     saying is:  Would it color your perceptions?  Would

 7     it impact your perceptions?

 8              MR. JOHNSON:  No.

 9              MR. GRANBERG:  No.  So would you feel that

10     you would be -- notwithstanding your work, you could

11     be a fair and impartial juror in this particular

12     trial?

13              MR. JOHNSON:  Yes.  The people I work with,

14     I always try to give them the benefit of the doubt,

15     kind of the attitude of "show me," and hopefully

16     they'll be able to turn it around.  Because I'm

17     trying to get them to make better choices and have

18     better outcomes in their life.  It doesn't always

19     work out that way, but in this particular setting,

20     again, I have to have proof and make a fair decision.

21              MR. GRANBERG:  What about tattoos?  Let me

22     bring that up with Mr. Chavez again.  Do you see a

23     good amount of tattoos on the folks that you deal

24     with in work?

25              MR. JOHNSON:  Yeah, I do.  I see a lot of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 734

```
 1    them.
 2            MR. GRANBERG:  And do you have any sort of
 3    negative sort of bias for people that do have those
 4    tattoos?
 5            MR. JOHNSON:  Not really.  I sometimes
 6    think, What the heck were they thinking at the time.
 7    But it doesn't really bother me.
 8            MR. GRANBERG:  All right.  Well, ladies and
 9    gentlemen, thank you very much for putting up with my
10    questions, and asking you repeated questions over and
11    over, but it was very important that we flesh out
12    some of these ideals that you may have so that we can
13    get as -- fairest and most impartial jury possible
14    for our clients here.  And thank you for your time.
15            THE COURT:  Thank you, Mr. Granberg.
16            Ms. Harbour-Valdez, do you have additional
17    direct voir dire examination you wish to conduct on
18    behalf of Mr. Troup?
19            MS. HARBOUR-VALDEZ:  I do, Your Honor.
20    Thank you.
21            THE COURT:  Ms. Harbour-Valdez.
22            MS. HARBOUR-VALDEZ:  Good afternoon,
23    everyone.  I am Cori Harbour-Valdez, and as you heard
24    yesterday, I, along with Pat Burke, represent Edward
25    Troup.  I have the unenviable position of going at
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 735

```
 1    4:10 in the afternoon when you've heard a lot of
 2    these questions all day long and all day yesterday,
 3    so I'm going to ask you to bear with me because
 4    obviously, Mr. Troup deserves just as much of your
 5    attention and honesty and candor as everyone else in
 6    this room, and there are really important concepts
 7    that we're going to need to cover to make sure that
 8    we get the most fair and impartial jury.  And you're
 9    going to hear a lot of these terms over and over
10    again, so I'm going to apologize ahead of time, but I
11    do want to make sure that we cover our bases.
12             Since I'm going to be asking you questions
13    about yourselves and ask you to open up, just a
14    little bit about me.  And you probably can already
15    tell I'm from Texas.  That accent does tend to come
16    out.  I grew up in a small town in southeast Texas.
17    I went to UT undergraduate, I went to law school in
18    Houston, and then I moved to El Paso 21 years ago out
19    of law school.
20             I went to El Paso with the intent of
21    staying for one year as a law clerk for the chief
22    justice of the Court of Appeals there, and 21 years
23    later I'm still there.  So I'm obviously licensed in
24    New Mexico.  I do a lot of work in both states.  So
25    if you hear the Texas accent, that's where it comes
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 736

```
 1    from.

 2            I have been in private practice in my own

 3    firm for about 14 years, doing primarily criminal

 4    defense.

 5            Mr. Burke is from Denver, Colorado.  He's

 6    been doing this a lot longer than I have, but he was

 7    kind enough to let me talk to you today, so I

 8    appreciate your time ahead of time.

 9            So first, I want to talk about how many of

10    you walked in yesterday, saw all of our clients

11    sitting up here, and automatically thought, What did

12    they do?  What did they do to get here?  Show of

13    hands?  I mean, we automatically think that; right?

14    They had to have done something.  It's just the way

15    we are programmed to think.  It's just the biases

16    that we have, the presumptions that we have.

17            We've talked a lot about the biases and how

18    they come in many different forms, and that's what

19    we're here to explore today.  No one is going to ask

20    you to put aside any strongly held belief that you

21    have.  We want to talk about these.  We want to talk

22    about what may make you a good or not a good juror

23    for this case.

24            And I can relate.  I actually had the

25    opportunity to serve on a jury last year.  I never
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 737

```
 1    thought I would have that opportunity, because no one
 2    wants a lawyer on their jury; right?  No one wants me
 3    second-guessing them, how they present their case.
 4    Did they do that right?  Did they lay the foundation?
 5    They don't want any Monday-morning quarterbacking
 6    from someone like me.
 7         But I got lucky.  I got picked.  And I was
 8    thrilled, because it's something I've always wanted
 9    to do.  I've always wanted to sit over there and go
10    through that process, and I did it last year in
11    El Paso.  It was a civil case.  We sat through five
12    days of testimony, and they settled on the morning
13    that we were going to start deliberations.  So I
14    almost got to do it.
15         But it was really a great process for me.
16    I think it's the best process that we have.  I can't
17    imagine doing it any other way.  So I can relate to
18    you having to sit here and listen to us talk and talk
19    and talk, but it is so very important for us to make
20    the system work.  It's so very important for our
21    clients to learn about who can best sit in judgment,
22    because that's what we're asking you to do.  Just
23    like those attorneys in El Paso wanted me to help
24    solve their dispute before they settled, we're going
25    to ask you to sit in judgment on our clients.  So
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

275 739

```
 1    it's very important.  So again, I can relate and I
 2    appreciate your time.
 3            Mr. Cooper gave you an example of not being
 4    able to sit on a case dealing with banks due to his
 5    bias, and I've got a similar one.  It's not quite as
 6    heavy.  But my example would be if Matthew
 7    McConaughey was on trial.  I love Matthew
 8    McConaughey.  He's my favorite actor.  We were
 9    actually at UT together.  He was a bartender at a bar
10    down on Sixth Street.  I love it.  I love his work.
11    Just think he's great.  So I could obviously never
12    sit in judgment of Mr. McConaughey.  I just couldn't
13    do it.
14            I need to know those kinds of things about
15    y'all.  If you don't think you can sit in judgment of
16    Mr. Troup, whether it's because this case involves
17    murder, assault, gangs, drugs, prison, tattoos, any
18    of the uncomfortable things that we've heard about
19    today, I need to know that now.
20            And it's totally fine.  I would venture to
21    guess that most of us in here don't normally deal
22    with those kinds of things on a daily basis.  It's
23    not something that we sit around and talk about,
24    prison gangs and murders and things like that.  So
25    that's fine.  I just need to know that, and Mr. Troup
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

276

 1   needs to know that, just like all the other

 2   defendants need to know.  If it's something you're

 3   not comfortable with and you don't think you could be

 4   a good juror, absolutely fine.  You may be great on

 5   another case.

 6            So let me talk to a couple of people about

 7   that.  Ms. Scifres, did I get that right?

 8            MS. SCIFRES:  Um-hum.

 9            MS. HARBOUR-VALDEZ:  Are you okay with

10   that?  I mean, is there anything about those topics

11   that just make you think, I can't do this?

12            MS. SCIFRES:  Not off the top of my head,

13   no.

14            MS. HARBOUR-VALDEZ:  You could keep an open

15   mind?

16            MS. SCIFRES:  Yes.

17            MS. HARBOUR-VALDEZ:  Okay.  Anyone else on

18   that row just think that these topics are just not

19   for you, that you don't think you could be fair?

20   Everybody good?

21            How about the row in front of you?

22   Mr. Mott?

23            MR. MOTT:  The question?

24            MS. HARBOUR-VALDEZ:  Anything about the

25   topics we've talked about today, this type of case,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 740

1    the type of allegations, the tattoos, the gang, the

2    murder, the drugs, that you just think, Probably I'm

3    not the best person to sit in judgment?  You're okay

4    with that?

5           MR. MOTT:  Yes.

6           MS. HARBOUR-VALDEZ:  Okay.  Anyone else on

7    that row just having some issues, some doubts?

8           Mr. Skousen?  Did I say that properly?

9           MR. SKOUSEN:  You did.  No, I don't have

10   any doubts here.

11          MS. HARBOUR-VALDEZ:  And you can presume

12   all of these gentlemen not guilty right now?  They

13   are presumed innocent, actually.  No problem with

14   that?

15          MR. SKOUSEN:  No problem.

16          MS. HARBOUR-VALDEZ:  Okay.  Very good.  Let

17   me talk about the presumption of innocence because I

18   know a couple of people have said it a couple of

19   different ways.  I mean, one of the central concepts

20   of a fair trial in this country is that a person is

21   presumed innocent unless the Government proves them

22   guilty beyond a reasonable doubt.

23          And you've heard that today, you've heard

24   it yesterday, but these charges right now are just

25   allegations.  Mr. Cooper talked a little bit about an



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 741

1    indictment.  It's just an allegation.  Who in here

2    has ever gotten a speeding ticket?  Me, too,

3    unfortunately.  Got one just recently.

4           And how many of you think the officer got

5    it wrong?  Right?  I do.  I do.  I filed my notice

6    and I requested a trial, because I don't think it was

7    me.  I think it was the car next to me.  I don't

8    think it was me speeding.  I think he got the wrong

9    guy.  It was four lanes on the freeway in El Paso,

10   and I think his gun was pointing at the wrong car.

11   But I get to go challenge that allegation.

12          That's all this is.  These gentlemen are

13   charged with allegations at this point, and they're

14   all exercising that right to challenge that

15   allegation.  Everybody okay with that?  Everybody

16   thick they have that right and you're not going to

17   hold it against them just because they have an

18   allegation against them?  Okay.  Very good.

19          Let's talk about the fact -- and I know

20   I've said a little bit about this -- some of these

21   alleged crimes you've heard took place in prison.

22   Mr. Cooper also talked about the fact when Mr. Billy

23   Garcia was indicted, he wasn't in prison at the time.

24   Same for Mr. Troup.  Mr. Troup was living and working

25   in Albuquerque.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                          e-mail: info@litsupport.com

DNM 742

```
1                    Now, the fact that these allegations may

2       have happened a number of years ago and he was in

3       prison at the time -- anybody have a problem?  And

4       I'm going to talk to Dr. Pellegrino, because I know

5       you made a comment on your questionnaire, and I think

6       the judge touched on it earlier.  But before I

7       forget, University of Missouri Kansas City --

8                    DR. PELLEGRINO:  Right.

9                    MS. HARBOUR-VALDEZ:  Kangaroos; right?

10                   DR. PELLEGRINO:  Yes.

11                   MS. HARBOUR-VALDEZ:  One of the best

12      college mascots there are.  Kangaroos.

13                   DR. PELLEGRINO:  KC Kangaroos.

14                   MS. HARBOUR-VALDEZ:  You made a comment

15      about that, about how it would be difficult to ignore

16      that stigma?  But you think you could; correct?  You

17      could be fair despite those allegations?

18                   DR. PELLEGRINO:  Yes.

19                   MS. HARBOUR-VALDEZ:  Mr. Troy, I think you

20      had a similar comment on your questionnaire.  Could

21      you ignore that, that these may have happened in

22      prison and so there may be some additional thoughts

23      that you have about someone being in prison and being

24      excused of a crime?

25                   MR. TROY:  I think at the time if they were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 743

```
 1    in prison, I'd assume they'd already been convicted

 2    of something.

 3              MS. HARBOUR-VALDEZ:  That's probably a safe

 4    assumption.  We would hope we don't send too many

 5    innocent people to jail.

 6              MR. TROY:  Correct.

 7              MS. HARBOUR-VALDEZ:  The fact that they've

 8    been convicted of something, they're coming into this

 9    court right now with a clean slate; right?  Do you

10    agree with that?

11              MR. TROY:  Yes.

12              MS. HARBOUR-VALDEZ:  And you can give every

13    one of these gentlemen a clean slate?  The fact that

14    it happened in prison or out, it's still just an

15    allegation.  Do you agree with me?

16              MR. TROY:  Yes.

17              MS. HARBOUR-VALDEZ:  And you're not going

18    to hold that against them?

19              MR. TROY:  No.

20              MS. HARBOUR-VALDEZ:  That is exactly what

21    the law requires.  As he sits here today, Mr. Troup

22    is innocent, just like Mr. Garcia, Mr. Patterson, Mr.

23    Gallegos, Mr. Garcia, Mr. Chavez, and the other Mr.

24    Gallegos.  All of them are presumed innocent.  And I

25    know we've talked about that, but I just want to make
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 744

 1    sure we're all good with that.
 2              So we're not really starting on a level
 3    playing field.  Would you agree with that,
 4    Ms. Garcia?
 5              MS. GARCIA:  Yes.
 6              MS. HARBOUR-VALDEZ:  I'm not going to walk
 7    around like Mr. Cooper.  I'll end up falling down.  I
 8    start going with my hands, and I'll lose it.
 9              Ms. Garcia.  The question was whether we're
10    not starting on a level playing field right now.
11              MS. GARCIA:  Now, could you restate that?
12    We're not?
13              MS. HARBOUR-VALDEZ:  We're not starting on
14    a level playing field; right?
15              MS. GARCIA:  No, we're not.
16              MS. HARBOUR-VALDEZ:  Right.  That's right.
17    Because these gentlemen are presumed innocent.
18              MS. GARCIA:  That's right.
19              MS. HARBOUR-VALDEZ:  So you -- I'm asking
20    everyone in here to promise that you're going to sit
21    right here and you're going to presume that all of
22    these gentlemen are presumed innocent, and it has to
23    stay that way until the Government has presented
24    their side of the case, because they have the burden,
25    they're going to go first.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 745

```
 1              If the defense decides to present any
 2    evidence -- and we don't have to; right?  Everyone
 3    agrees with that.  We can sit on our hands and not do
 4    anything, and that's okay.  But until both sides have
 5    done what they're going to do and both sides have
 6    rested, these gentlemen are still presumed innocent;
 7    correct?  I see everyone shaking their heads.  That
 8    doesn't change.  Yes, ma'am?
 9              MS. GRIEGO:  I have a question.
10              MS. HARBOUR-VALDEZ:  This is Ms. Griego,
11    correct?
12              MS. GRIEGO:  I'm just trying to be honest
13    here.
14              MS. HARBOUR-VALDEZ:  That's what we want.
15              MS. GRIEGO:  Because we recognize that
16    these gentlemen are all presumed innocent right now,
17    and I would endeavor to maintain that throughout.
18    But realistically speaking throughout a trial --
19    which I have never sat on a trial before, but I'm
20    assuming that these gentlemen here are going to bring
21    in people who are going to speak, and perhaps they're
22    speaking, and you're going, okay, I believe this, you
23    know, at that particular moment I believe that.
24              So now they don't look as innocent as they
25    did.  But then, of course, you have somebody -- isn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 746

Appellate Case: 20-2058    Document: 010110513730    Date Filed: 04/27/2021    Page: 747

1    it like -- how can you help -- I mean, we're human.

2    So how can we maintain that, when we're going to be

3    hearing testimony that obviously is going to sway us

4    as we're going, and hopefully ultimately at the end,

5    you know, we're going to be able to make a decision

6    on that.

7            But that's what I don't understand, is,

8    depending on the testimony, it seems like it would be

9    difficult to maintain that throughout the trial, that

10   presumption of innocence; that it would change as

11   you're seeing -- either disregarding testimony or

12   accepting testimony as, yeah, I think that's --

13           MS. HARBOUR-VALDEZ:  That's exactly what

14   we're going to ask you to do and that's what the

15   judge is going to instruct you to do.  These

16   gentlemen are going to stay innocent until

17   everything -- both sides have closed and rested.  You

18   don't get to start talking about that until you get

19   back in the jury room and start deliberating.

20           MS. GRIEGO:  I'm not talking about talking

21   about it.

22           MS. HARBOUR-VALDEZ:  Inside your own head

23   you're going to have to be --

24           MS. GRIEGO:  We're going to have to be

25   swinging --



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                          1-800-669-9492
                                                           e-mail: info@litsupport.com

 1            MS. HARBOUR-VALDEZ:  You have to keep that

 2     presumption.  That stays on this side of the room

 3     until you get back there and start deliberating.

 4     Obviously, you're going to be processing witnesses.

 5     That's what we want you to do.  You're going to be

 6     judging the credibility of these witnesses and you're

 7     going to be weighing evidence, and you asked a

 8     question about that earlier, about circumstantial

 9     versus direct.  All of that is going to be

10     processing, obviously.  But you've got to keep that

11     presumption.  You cannot at one point say, "Well,

12     I've heard enough.  I don't have to listen to

13     anything else because that guy just did it for me."

14            MS. GRIEGO:  So what you mean by that is,

15     we keep that open mind of innocence, but we can't

16     stop our human nature of thinking, Okay, that sounds

17     pretty credible; okay, that one doesn't.  It's

18     balanced this way or that way.  And at the end,

19     you'll come out at a certain point.

20            MS. HARBOUR-VALDEZ:  Right.  After you've

21     sat down and spoken with your fellow jurors and

22     shared your opinions and weighed the testimony and

23     weighed the evidence.  But you have to keep that open

24     mind.

25            I think one thing that may help, also, is



SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    if you're selected for this jury, you're going to be

2    allowed to take notes.  So maybe taking those notes

3    along the way, and, oh, this person, check mark; or

4    this person, X.  However you want to do it.  But you

5    have to keep that open mind.  That's what the judge

6    is going to instruct you to do.  If you don't think

7    you can keep that open mind, that's something we need

8    to know right now.

9            MS. GRIEGO:  That makes sense.  I mean, the

10   way I was perceiving it is, I could not think about

11   anything other than their innocence until the very

12   end, which didn't make sense to me.

13           MS. HARBOUR-VALDEZ:  Very good.  I'm going

14   to follow up on a question that Mr. Granberg asked.

15   I think it was Mr. Mott.  When Mr. Granberg was

16   asking, what is your initial assessment or what were

17   your -- five words to describe -- and I'm sorry,

18   John, I'm probably butchering your question.  But you

19   said, "A lot of work to do."  Is that right,

20   Mr. Mott?  That's what I wrote down.

21           MR. MOTT:  That is correct.

22           MS. HARBOUR-VALDEZ:  That would be the

23   Government has a lot of work to do?

24           MR. MOTT:  No.  As jurors, we have a lot of

25   work to do, to listen to all of the evidence and to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 749

1    come to a decision regarding guilt or not guilty.

2         MS. HARBOUR-VALDEZ:  Would you agree with

3    me that the Government, though, has a lot of work to

4    do?

5         MR. MOTT:  Absolutely.  All of that has

6    been established.  I was talking about from my

7    perspective.  You asked for my gut reaction.  Whoever

8    winds up on the jury has a lot of work to do, to go

9    through this.  We've got eight weeks ahead of us.

10   These are very serious charges, and we need to be

11   very diligent in the work we do, to do what we need

12   to do properly.

13        MS. HARBOUR-VALDEZ:  Very good.  And you

14   promise you'll do that if you're selected?

15        MR. MOTT:  Absolutely.

16        MS. HARBOUR-VALDEZ:  Thank you.  I'm going

17   to move on to reasonable doubt.  You've heard a lot

18   about this, too, but I'm going to tell you that it

19   is -- the judge will give you instructions on all of

20   these things.  I know some of these things are just

21   concepts that are out in the air right now, and we've

22   tried to hone in on it and not make it seem so

23   legalese, but it is the highest burden of proof in

24   our legal system.  It is proof that is so convincing

25   that you would have to -- you would be able to rely

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 750

1    on it without any hesitation in the most important of

2    your life decisions.

3            As an example, it's a higher burden than

4    what we apply in child custody suits.  It's a higher

5    burden than we apply in multimillion dollar lawsuits.

6    The one that I sat on in El Paso, it was just

7    preponderance of the evidence, more likely than not.

8    So this one is the highest in our legal system.

9            So Mr. Cooper did a little bit of this with

10   you, but I just want to make sure we're on the same

11   page.

12           Let's start with Mr. Milne.  You would

13   agree with me that Mr. Troup cannot be found guilty

14   just because you think he probably committed some

15   type of criminal offense?

16           MR. MILNE:  I agree.

17           MS. HARBOUR-VALDEZ:  How about, he may have

18   submitted some offense.  It's not getting there;

19   right?

20           MR. MILNE:  Right.

21           MS. HARBOUR-VALDEZ:  And the same thing is

22   that if you believe it's likely he committed some

23   other crime or engaged in some criminal activity,

24   that's not enough.  That burden is so high, beyond a

25   reasonable doubt.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            All right.  Everybody is shaking their head
2    over there.  I appreciate that.
3            And I'm asking these questions -- these are
4    questions that I ask in every criminal trial.  And by
5    asking them, I certainly don't mean to imply that Mr.
6    Troup or any of these gentlemen may be guilty, or
7    even that it's possible that they're guilty, or it's
8    any kind of a close call.  These are questions that
9    we have to ask.  Because I want to know if, at the
10   close of the evidence, and for whatever reason, guilt
11   becomes a close call in your mind, that you're going
12   to be able to delineate, and you're going to be able
13   to weigh this and you're going to be able to follow
14   the law that Judge Browning is going to instruct you
15   regarding the burden of proof.  It's going to have to
16   be that very, very high standard; not, well, maybe;
17   not probably, not likely.  It's got to be beyond a
18   reasonable doubt.
19           Can everybody agree with me?  Let me ask it
20   this way.  Does anybody have a problem with that?
21   All right.  I'm not seeing any hands.
22           Let me talk a little bit about it, because
23   we've got multiple defendants, obviously, with
24   multiple charges, so there may be different
25   reasonable doubts.  Mr. Milne may have a reasonable
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 752

289

```
 1   doubt as to something that Mr. Doom doesn't.  You
 2   don't have to agree on a reasonable doubt.  You can
 3   all hold your own reasonable doubt, and that's fine.
 4   You may find something more compelling than Mr.
 5   Telles.  That's totally fine.  So each of you can
 6   have a different reasonable doubt.  And you can have
 7   a different reasonable doubt about the quality of the
 8   proof as it relates to Mr. Troup or as it relates to
 9   Mr. Patterson.  It doesn't matter.  A reasonable
10   doubt, your reasonable doubt that you hold onto, is
11   yours, and it doesn't have to be what anybody else
12   says.
13          Let me give you an example.  You can have a
14   portion of someone's testimony that you think is
15   absolutely not believable.  Do you think you could
16   have someone come on the stand, Mr. Troy, and you
17   just -- you know, "I didn't believe a thing out of
18   that guy's mouth."
19          Whereas Mr. Montoya might say, "You know
20   what?  I believed some of it, but I didn't believe
21   all of it."  It doesn't have to be the same portion
22   of that witness's testimony that you disagree on.  If
23   you found it not credible, you found it not credible.
24   Does that make sense?  Everybody agree with me on
25   that?  Anybody have a problem applying that?  Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 753

```
 1              I think I'm good on reasonable doubt.
 2              One more thing I want to say about
 3    reasonable doubt.  It can be based not only on the
 4    evidence that you hear; it can also be based on
 5    evidence that you didn't hear but that you thought
 6    you should have heard, evidence that you needed to
 7    hear.  So it doesn't necessarily all come from
 8    someone up here or some piece of evidence or some
 9    testimony.  You can get back there and when you're
10    deliberating, you can say, "Hum, that would have been
11    something good for the Government to present.  I wish
12    I would have had that."
13              That could be a reasonable doubt.  You can
14    be asking:  Why didn't that piece of evidence --
15    where was that?  That can be a reasonable doubt.  So
16    it's not everything that you hear that you're going
17    to be weighing on whether it's a reasonable doubt.
18    There may be some things missing that you go back and
19    question yourself.  Everybody okay with that concept?
20              All right.  We talked a little bit about
21    the right to remain silent.  I think we've kind of
22    gone into this a lot, so I just want to make sure
23    that everyone is good with the Fifth Amendment.
24    Everybody has got a right to remain silent.  We've
25    talked about it.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 754

```
 1          The burden never shifts to this side of the
 2   room.  These guys don't have to do anything.  They
 3   can just be quiet and not ever tell their side of the
 4   story, which is what a lot of you put on your
 5   questionnaires; you'd like to hear both sides.  We'd
 6   all like to hear both sides, but in a criminal trial
 7   under our Constitution, they don't have to do that.
 8   I think everybody -- we've gone over that today.
 9   Does anybody have any feelings that have changed
10   about that?  Sitting here, hearing about the Fifth
11   Amendment?  No?  We're all good on that.
12          Okay.  We've all heard a lot about problems
13   of crime.  Mr. Beck asked about it.  There is a lot
14   in the media about being tough on crime.  Obviously,
15   none of us like crime.  That's a given.  We talked to
16   some of you at the bench yesterday.  It's crime, of
17   course.  Nobody likes crime.
18          We've also heard comments from the media
19   about technicalities and maybe people getting off on
20   technicalities.  One thing I want to make clear.  I
21   don't know what people mean by that.  Everybody has
22   their own observations about what a technicality may
23   be, but I do want you to understand this.  The
24   presumption of innocence, the burden of proof, and
25   the requirement of proof beyond a reasonable doubt --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

DNM 755

1    those aren't technicalities.  Those are fundamental

2    constitutional rights that everyone in this country

3    enjoys.  They're just as important as our First

4    Amendment rights, our Second Amendment rights, any of

5    the other -- freedom of speech, freedom of religion.

6    That's what I'm talking about.  They're just has

7    important.  Those are fundamental rights.

8         Does anybody think of these rights as

9    anything other than that?  Any technicalities here?

10        Mr. Doom?  I have to say that in reading

11   your questionnaire, I thought you might be a

12   constitutional scholar.  You've got a good grasp on

13   some of the basic rights.  Would you agree with me

14   that these are not technicalities?  These are

15   strongly held and hard fought for?

16        MR. DOOM:  Absolutely.  They're absolutely

17   necessary, so I hold onto them dearly.

18        MS. HARBOUR-VALDEZ:  And they're necessary

19   to ensure that these gentlemen get a fair trial.

20        MR. DOOM:  Absolutely.  That's why they can

21   be presumed innocent and they have to be proven

22   guilty before we change our mind.

23        MS. HARBOUR-VALDEZ:  Very good.  Let me

24   move on to -- I touched a little bit about this.  But

25   we've talked about multiple defendants, multiple

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 756

1    charges.  So we need to talk about -- Mr. Cooper

2    touched on whether a gang leader can be held

3    responsible for other people in the gang.  I want to

4    talk about guilt by association.  That's a huge

5    elephant in the room.  Obviously, you're going to

6    hear testimony that these gentlemen were part of a

7    group, but we need to make sure that they're not just

8    going to be lumped together; they're not just going

9    to be, well, they're part of a gang, they're guilty.

10            So let me talk to you a little bit about

11   this.  Let's go with Mr. Telles.  What does that mean

12   to you, guilt by association?

13            MR. TELLES:  Well, I think that every

14   individual would have to be proven -- the evidence

15   would have to be presented that each individual

16   partook in whatever the allegation is, so -- and

17   unless that can be proven, you know, the leader,

18   whoever may have been up at the top at the time,

19   won't actually be charged.

20            MS. HARBOUR-VALDEZ:  Okay.  Do you see

21   that -- where guilt by association might be

22   inconsistent with what we have been talking about

23   today on the presumption of innocence?  Can you see

24   that conflict there?

25            MR. TELLES:  I guess I can.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 757

```
 1              MS. HARBOUR-VALDEZ:  And you would agree

 2    with me that's wrong; these gentlemen -- they're all

 3    individuals?

 4              MR. TELLES:  Very true, yes.

 5              MS. HARBOUR-VALDEZ:  And you're going to

 6    hear some evidence -- as an example, you're going to

 7    hear some evidence that may be -- evidence as to Mr.

 8    Patterson that may not have anything to do with

 9    Mr. Arturo Garcia.  What we need to ensure is that

10    you can separate that out and you wouldn't hold Mr.

11    Patterson responsible for something that came in

12    against Mr. Arturo Garcia.

13              MR. TELLES:  I understand, yes.

14              MS. HARBOUR-VALDEZ:  Okay.

15              Ms. Reser, do you have any problem

16    separating that out, seeing how it may be evidence as

17    to one defendant but not evidence as to another?

18              MS. RESER:  Not a problem, as such.  But

19    I'm definitely going to have to define, you know,

20    which accusations are against which defendant, and

21    not cross lines when it's not needed.  You know,

22    sometimes -- I'm assuming sometimes it will cross

23    over.  But I will be judging based on what I heard

24    this particular person give, not necessarily what his

25    neighbor down the road did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 MS. HARBOUR-VALDEZ:  And you can do that

 2      for us?

 3                 MS. RESER:  I fully intend to, if I get the

 4      chance.

 5                 MS. HARBOUR-VALDEZ:  Okay.  Ms. Griego?

 6      What are your thoughts on that?

 7                 MS. GRIEGO:  Why did you let me use that

 8      notebook you talked about?

 9                 MS. HARBOUR-VALDEZ:  Exactly.  Okay.  Good.

10      Very good.

11                 MS. DWORE:  I have a question.

12                 MS. HARBOUR-VALDEZ:  Okay.  Ms. Dwore.

13                 MS. DWORE:  If evidence is going to be

14      presented which applies to more than one of the

15      defendants, and the defense is not making a case, are

16      you going to in any way help us to sort this out?

17      Because it would be possible -- unintentional, of

18      course, but possible -- for the prosecution to

19      present things in such a manner that it would be

20      difficult.

21                 MS. HARBOUR-VALDEZ:  What I will say about

22      that is that the judge will be giving instructions

23      throughout the trial.  And I have no doubt those

24      instructions will guide you as to how to apply that

25      evidence, who it should be applied against, and we'll
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 759

 1    give you those instructions.  So does that answer
 2    your question?
 3              MS. DWORE:  Yes.
 4              MS. HARBOUR-VALDEZ:  Does anybody else
 5    sitting over in the jury box have an issue with the
 6    guilt by association?  Anybody have a problem, I
 7    should say, that they can't hold each individual
 8    defendant here as an individual?  You can only look
 9    at what applies to Mr. Troup and not apply that over
10    to Mr. Billy Garcia.  Anybody have a problem with
11    that?
12              How about the first row?  Ms. Beavers, any
13    problem with that?
14              Mr. Niemeier?  No issues there?
15              Ms. Duncan?  No?
16              I'm going to move on to law enforcement
17    witnesses.  We've talked a lot about it, but I know a
18    lot of you in your questionnaires told us that you
19    would give them more weight.  We've explored that.
20    The judge has explored that with you, and I think a
21    lot of you have come around and explained it.  But I
22    do need to make sure.
23              Mr. Telles, I'm sorry, I'm jumping back
24    over to you because I think you said that law
25    enforcement has no reason to lie, and -- I may have

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

DNM 760

```
 1   you run another round -- and Mr. Skousen, come back
 2   to you, because you said they have no motive to lie.
 3           So to both you gentlemen, what if you heard
 4   evidence that an officer was less than candid?  Given
 5   how you'd feel, what you told us on your
 6   questionnaire, how would you weigh that?  How would
 7   you feel?
 8           MR. TELLES:  Well, with all the discussion
 9   that's taken place these last couple of days, it's
10   definitely opened my eyes that any individual could
11   actually sit up and tell a story, and of course, the
12   evidence that would be presented would be how I make
13   my -- how I determine whether that individual was
14   actually lying or not.
15           MS. HARBOUR-VALDEZ:  But you've come around
16   to see that it can happen?
17           MR. TELLES:  It can happen, yes.
18           MS. HARBOUR-VALDEZ:  There are reasons that
19   people might lie?
20           MR. TELLES:  Yeah, very true.
21           MS. HARBOUR-VALDEZ:  And Mr. Skousen, like
22   I said, yours was no motive to lie.
23           MR. SKOUSEN:  Yeah, I think that I was
24   incorrect in that statement.  Because there could be
25   motive in order to try to make a case for something.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 761

1    There could be some motive to not tell the truth

2    entirely.  So I think it's very important to look at

3    the situation, the contents of the testimony, and all

4    the evidence around that.  That would corroborate it.

5             MS. HARBOUR-VALDEZ:  Okay.  And along those

6    lines with the law enforcement witness, what kind of

7    information would be important for you to know or

8    to -- in order to determine whether you thought that

9    officer was being untruthful or was altering his

10   testimony in some way?

11            MR. SKOUSEN:  Well, is there a possibility

12   for him to have a hidden agenda, an alternate agenda,

13   something else that that officer is trying to promote

14   that would plead to some kind of motive to not be

15   completely honest or to be dishonest in their

16   testimony.

17            MS. HARBOUR-VALDEZ:  Okay.  Mr. McKinzie,

18   same question.  What kind of information would you

19   need?  What would be important for you to hear to

20   determine if you thought an officer was being

21   untruthful or altering --

22            MR. McKINZIE:  Evidence that is presented

23   that clearly contradicted what the police officer

24   said, so if he was lying or mistaken, then yes.

25            MS. HARBOUR-VALDEZ:  How would you decide

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 762

```
 1    if a law enforcement witness was crossing the line?
 2              MR. McKINZIE:  It would have to be case by
 3    case.
 4              MS. HARBOUR-VALDEZ:  Nothing concrete?
 5    Nothing jumps out at you?
 6              Okay.  Mr. Brugger.  Do you believe that --
 7    obviously, law enforcement witnesses can make
 8    mistakes.  You would agree with that?
 9              MR. BRUGGER:  Sure.
10              MS. HARBOUR-VALDEZ:  Okay.  What do you
11    think an officer should do when they realize a
12    mistake has been made?  Anything that you would
13    expect a witness to do in that instance?
14              MR. BRUGGER:  If the law enforcement
15    witness made a mistake?  They should own up to it and
16    tell the supervisor.
17              MS. HARBOUR-VALDEZ:  All right.  Anybody
18    else have an issue?  Like I said, I don't want to
19    keep asking the same questions on law enforcement.  A
20    lot of you, I know, have changed your minds and came
21    around and thought you can keep an open mind.  Nobody
22    has varied from that position; right?  Except maybe
23    Ms. Morales.  I think you've made your feelings clear
24    at the bench.  Has anything changed from that
25    conversation?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 764

```
 1            MS. MORALES:  No.
 2            MS. HARBOUR-VALDEZ:  Mr. Granberg talked
 3   about it a little bit.  I do want to touch on the
 4   deliberations.  I said no one is going to ask you to
 5   let go of your strongly held beliefs.  No one is
 6   asking you to surrender your viewpoints or your
 7   opinions.
 8            Let's see.  Dr. Marquardt.  You would agree
 9   with me that once you get back in the jury room, none
10   of you are beholden to the others; correct?
11            DR. MARQUARDT:  Right.
12            MS. HARBOUR-VALDEZ:  You're all going in
13   there, 12 individuals who come in with all your
14   different life experiences.  What if you got back in
15   deliberations and somebody just said, "You know, I
16   can't decide.  I think we should just defer to the
17   FBI agent, and let's get this over with."
18            What would your duty be, given all the
19   legal principles that we've discussed today, these
20   important constitutional rights?  What would you have
21   to say to that fellow juror?
22            DR. MARQUARDT:  Go back through that
23   evidence and see if that evidence is believable, is
24   there anything about that evidence that doesn't ring
25   true, and see if that changes their opinion about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 765

```
 1    that testimony.  That's going to be the answer.

 2              MS. HARBOUR-VALDEZ:  Would you agree with

 3    me that you might have to have a discussion about

 4    whether the presumption of innocence might play into

 5    that?  That you can't just say, "Well, forget it,

 6    let's just rely on this one guy, he sounded the most

 7    believable"?

 8              DR. MARQUARDT:  Just the one guy, no.  The

 9    presumption of innocence is there until all the

10    evidence is discussed and worked through.  But that

11    presumption of innocence is going to be there until

12    we get to that point.

13              MS. HARBOUR-VALDEZ:  Okay.  Does anyone

14    else think differently about that?  I believe, Mr.

15    Johnson, I know that you had said something about

16    that.  Let me find your exact comment.  If other

17    jurors felt the same way, you might have to go along

18    with it.  But you're going to go in there with your

19    own beliefs, you're going to go in there with your

20    own opinions.

21              MR. JOHNSON:  Yes.

22              MS. HARBOUR-VALDEZ:  And you're going to

23    hold on to those?

24              MR. JOHNSON:  It depends on the evidence

25    and what the other jurors are saying.  I mean,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    generally I'm going to hold to what I believe, but
 2    I'm also going to keep an open mind and maybe get
 3    some good critical feedback from some of the other
 4    people, and again, with presumed innocence.
 5              MS. HARBOUR-VALDEZ:  And we're not asking
 6    you not to an open mind.  Obviously, we want you to
 7    keep an open mind.  We just don't want anybody to
 8    feel bullied or feel like they have to go along to
 9    get along.  Does that make sense?
10              MR. JOHNSON:  People don't mess with me.
11              MS. HARBOUR-VALDEZ:  I gathered that, based
12    on some of your responses.
13              MR. JOHNSON:  Thank you.
14              MS. HARBOUR-VALDEZ:  I just have a few
15    follow-ups with some individuals.
16              Mr. Troy, you had told us that your
17    son-in-law worked at the Santa Fe facility?
18              MR. TROY:  Yes.
19              MS. HARBOUR-VALDEZ:  Was it just during
20    that time period '98 to 2000?
21              MR. TROY:  Correct.
22              THE COURT:  And no other law enforcement
23    experience after that?
24              MR. TROY:  No.
25              THE COURT:  Okay.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 766

```
 1              Mr. Telles, on your questionnaire you said
 2    your ex-wife worked for the U.S. Attorney's Office?
 3              MR. TELLES:  Yes.
 4              MS. HARBOUR-VALDEZ:  When was that?
 5              MR. TELLES:  Oh, 1990 or maybe '93.
 6              MS. HARBOUR-VALDEZ:  What did she do there?
 7              MR. TELLES:  She was a paralegal, I
 8    believe, is what she was.
 9              MS. HARBOUR-VALDEZ:  But you don't know any
10    of the attorneys sitting at this table based on --
11              MR. TELLES:  No, I do not.
12              MS. HARBOUR-VALDEZ:  And no one else in the
13    U.S. Attorney's Office you know currently?
14              MR. TELLES:  No.
15              MS. HARBOUR-VALDEZ:  Was that here in Las
16    Cruces or in El Paso?
17              MR. TELLES:  Las Cruces.
18              MS. HARBOUR-VALDEZ:  Ms. Williams, I didn't
19    get to talk to you.  You said you worked at Desert
20    Springs.  That's in Hobbs or in Jal?
21              MS. WILLIAMS:  It's in Hobbs.  It's a
22    nursing home rehab center.
23              MS. HARBOUR-VALDEZ:  Do you know Rocky
24    Swain, by any chance?  Rocky and Harold Swain?
25              MS. WILLIAMS:  I do not.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com
DNM 767

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page 4 of 68

```
1              MS. HARBOUR-VALDEZ:  Okay.  I have some
2     cousins in Jal and Hobbs, and I had an elderly
3     great-uncle who was at that facility.  So that's why
4     I was asking; maybe you knew them.
5              While you've got the mic, nothing about the
6     issues that you talked about with your family members
7     on the questionnaire, being involved with maybe some
8     drugs in the past -- nothing about that situation is
9     going to affect your ability to be a fair and
10    impartial juror here?
11             MS. WILLIAMS:  No.
12             MS. HARBOUR-VALDEZ:  Ms. Scifres, you said
13    that your husband worked in some type of security?
14             MS. SCIFRES:  Yes, but he no longer works
15    there.
16             MS. HARBOUR-VALDEZ:  All right.  Thank you.
17    Before you pass it, is it your father-in-law and your
18    nephew that were in law enforcement?
19             MS. SCIFRES:  Yes.
20             MS. HARBOUR-VALDEZ:  And where were they in
21    law enforcement?
22             MS. SCIFRES:  Roswell Police Department.
23             MS. HARBOUR-VALDEZ:  Anything about that
24    experience, having law enforcement in your family,
25    that would affect your ability to be fair and
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 768

1    impartial?

2              MS. SCIFRES:  No.

3              MS. HARBOUR-VALDEZ:  Have you ever talked

4    to them about their line of work or things that they

5    do or see?

6              MS. SCIFRES:  No.

7              MS. HARBOUR-VALDEZ:  Let's see.

8    Ms. Trujillo.

9              MS. TRUJILLO:  Yes.

10             MS. HARBOUR-VALDEZ:  On your questionnaire

11   you said there was someone in your family, maybe your

12   brother, who was APD?

13             MS. TRUJILLO:  Yes, he was a stater for

14   about two and a half years and he's currently APD.

15             MS. HARBOUR-VALDEZ:  Anything about his

16   line of work that causes you any concern of being

17   fair and impartial in this case?

18             MS. TRUJILLO:  No.

19             MS. HARBOUR-VALDEZ:  Do you talk to him

20   about his work?

21             MS. TRUJILLO:  Sometimes he'll bring home

22   stories, but...

23             MS. HARBOUR-VALDEZ:  Nothing that you've

24   heard so far over these last two days that rings a

25   bell?  You don't have any recollections of any of



SANTA FE OFFICE                                                                  MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

DNM 769

```
 1   these defendants or these charges?

 2           MS. TRUJILLO:  No, ma'am.

 3           MS. HARBOUR-VALDEZ:  Okay.

 4           Mr. Kimmick, you said that your fiance does

 5   health care at the detention center.  Which detention

 6   center was that?

 7           MR. KIMMICK:  She was for a time before we

 8   were involved working at Hidalgo County.  Also at

 9   Grant County.  And she finished up in Sterling,

10   Colorado, in Logan County, and she no longer works

11   for them.

12           MS. HARBOUR-VALDEZ:  Anything about her

13   experiences at those facilities, specifically in New

14   Mexico?  You never heard any stories or discussed

15   any --

16           MR. KIMMICK:  No, ma'am.  She wasn't

17   willing to go through and lose her job by disclosing

18   anything about any of the inmates.

19           MS. HARBOUR-VALDEZ:  You also said that you

20   had an uncle who was undercover state police;

21   correct?

22           MR. KIMMICK:  Yes.

23           MS. HARBOUR-VALDEZ:  Nothing about that

24   experience, no stories, war stories?

25           MR. KIMMICK:  Not allowed to tell any of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 771

```
 1    them, and I would have been too young to hear them.

 2    He passed away in the early 2000s.

 3              MS. HARBOUR-VALDEZ:  Sorry about that.

 4    Thank you, though, for answering those questions.

 5              Mr. Carrillo, you said that you had prior

 6    jury service, and it looked like it was over several

 7    months.  Can you shed some light on that?

 8              MR. CARRILLO:  Well, you have to do jury

 9    duty for six months, so you get called.

10              MS. HARBOUR-VALDEZ:  Was it grand jury or

11    was it just like the rotating jury in the state

12    courts?

13              MR. CARRILLO:  In Silver City, the county,

14    I guess.

15              MS. HARBOUR-VALDEZ:  And were you ever

16    selected to serve?

17              MR. CARRILLO:  I got selected, and then

18    they had a mistrial.

19              MS. HARBOUR-VALDEZ:  Okay.  You may have

20    told us that, and I apologize.  I didn't write that

21    down.  Thank you.

22              Mr. Meyer, several times on your

23    questionnaire you mentioned that you were a special

24    agent, I believe, for the New Mexico Human Services

25    Department?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                 MR. MEYER:  Yes, I was.
 2                 MS. HARBOUR-VALDEZ:  I know welfare fraud,
 3      but what other law enforcement type duties would you
 4      say you had?
 5                 MR. MEYER:  Mostly welfare fraud.  A couple
 6      criminal cases I investigated, but it was mostly
 7      welfare fraud.  We went to administrative hearings
 8      and I presented criminal cases to grand juries once
 9      in a while.
10                 MS. HARBOUR-VALDEZ:  So you testified
11      before a grand jury?
12                 MR. MEYER:  Yes.
13                 MS. HARBOUR-VALDEZ:  I know Mr. Sindel is
14      going to talk about grand jury, so I'm not going to
15      step on his toes.  I'm sure he'll follow up with you
16      about that.  But anything about your experience as an
17      agent in law enforcement that would cause you
18      concern?
19                 MR. MEYER:  No, nothing at all.
20                 MS. HARBOUR-VALDEZ:  You can be fair and
21      impartial to these seven gentlemen sitting here?
22                 MR. MEYER:  Yes, I can.
23                 MS. HARBOUR-VALDEZ:  And they're presumed
24      innocent right now in your eyes?
25                 MR. MEYER:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 772

```
 1              MS. HARBOUR-VALDEZ:  If we were going to
 2    take a vote right now, what would the vote be?
 3              MR. MEYER:  The vote -- you mean with
 4    everybody here?
 5              MS. HARBOUR-VALDEZ:  No, guilty or not
 6    guilty.
 7              MR. MEYER:  It's an open slate right now.
 8              MS. HARBOUR-VALDEZ:  Well, no, it's not
 9    guilty right now.
10              MR. MEYER:  No, it's not guilty.
11              MS. HARBOUR-VALDEZ:  Remember, I talked
12    about that.  We're not on a level playing field.  We
13    are not guilty, not guilty, not guilty until you all
14    get back in that jury room and start deliberations.
15    I can't stress that enough.  Everybody agree with me?
16              Okay.  Is there anything that I haven't
17    asked you about?  I know all the lawyers have asked
18    you this, but is there anything I haven't asked or
19    that wasn't covered in that 20-page questionnaire or
20    hasn't been covered over the last two days that you
21    think we might need to know about?  Any reason why
22    you couldn't be fair and impartial to Mr. Troup or
23    any of these other gentlemen?
24              Well, I do want to thank you.  I tried to
25    make it quick.  I don't know how successful I was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 773

```
1    But jury service obviously -- I said it once at the
2    beginning -- it's the cornerstone of our government.
3    Your participation is what makes it possible.  I
4    appreciate that, and I'm going to thank you in
5    advance for those of you who are selected to serve
6    with us and get to work over the next eight weeks.
7    We do appreciate your time and we appreciate your
8    attention, and we look forward to working with you.
9              THE COURT:  Thank you, Ms. Harbour-Valdez.
10             Why don't we take about a 15-minute break,
11   and let's try to keep it right at 15.  Then we'll get
12   maybe another 25, 30 minutes of work in before we
13   call it a day.
14             All right.  We'll be in recess for about 15
15   minutes.
16             (The venire panel left the courtroom.)
17             THE COURT:  All right.  Before we take our
18   break, I'm in agreement -- the Court is in agreement
19   with the parties that Ms. Chavez, number 3, should be
20   excused.  So we'll excuse her for cause.  Is that
21   what everybody has agreed on, Mr. Beck?
22             MR. BECK:  Yes, Your Honor.
23             THE COURT:  The defendants are all in
24   agreement.  The Court's also in agreement that
25   Ms. Trujillo should be excused.  Right, Mr. Beck?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 774

```
 1              MR. BECK:  Yes, Your Honor.

 2              THE COURT:  The defendants are?

 3              MS. HARBOUR-VALDEZ:  Yes, Your Honor.

 4              THE COURT:  So I'm going to have them

 5    brought back in, and we'll let them go at the end of

 6    the day.  So I don't want anybody to start thinking

 7    anything.

 8              Now, as far as Ms. Griego, we've agreed

 9    that she's going to go, and I'm going to let her go

10    now so her husband doesn't have to catch a bus.  And

11    we're going to go ahead and tell the people that are

12    waiting downstairs they can leave for the day.

13    Everybody in agreement with that?

14              MR. BECK:  Yes.

15              MR. COOPER:  Yes, Your Honor.

16              THE COURT:  Let's take a quick break and

17    see if we can get more done this afternoon.

18              You're up next, Mr. Sindel?

19              MR. SINDEL:  Yes.

20              (The Court stood in recess.)

21              THE COURT:  All right.  Let's get in our

22    seats so we can try to get the jury in.  All right.

23    Everybody ready?  Okay.  We'll bring the jury in.

24              (The venire panel entered the courtroom.)

25              THE COURT:  All right.  If y'all would take
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 775

1    your seats in the seats that you've had the last two

2    days, we'll try to get about another 20 minutes'

3    worth of work in before we break for the day.  I

4    appreciate everybody's patience and working with us.

5           All right.  Appreciate everybody coming

6    back in.  We'll work about another 20 minutes and

7    shut down for the day.

8           Mr. Sindel, do you have additional voir

9    dire on behalf Joe Lawrence Gallegos?

10          MR. SINDEL:  Yes, I do, Your Honor.

11          THE COURT:  Mr. Sindel.

12          MR. SINDEL:  Well, I've got good news and I

13   have bad news.  The good news is:  This day is

14   finally drawing to a close.  The bad news is:  You're

15   going to hear from me again tomorrow.  So you know,

16   bear with me.  You've got 15 or 20 minutes to cover.

17   I can tell you're all just, like, fried and your

18   brains are a little bit like the white noise you hear

19   when you're sitting in here and we're up at the

20   bench.  Can we all agree on one thing, that that

21   sound is horrible?  And may I see some hands?  Okay.

22          That may be the last thing you agree with

23   me about, but we'll hang onto that and I want to tell

24   you how much we (inaudible).

25          The other thing is:  I think you need to



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

DNM 776

313

1    know a little bit about me.  I don't know why, but it

2    will kill some time.  So here it is.  I'm not from

3    Texas.  I'm not from New Mexico.  I'm not from

4    Colorado.  All of these people that come from all

5    these exotic places.  I come from Missouri.  I come

6    from St. Louis, Missouri.  UMKC right there; right?

7    How long -- where did you live?  Did you live in

8    Kansas City, Ms. Pellegrino?

9              THE REPORTER:  I'm sorry, I can't hear.

10   Where's the mic?

11             MR. SINDEL:  These guys are on Fitbit.

12             DR. PELLEGRINO:  I grew up in St. Charles.

13             MR. SINDEL:  So you went from St. Charles,

14   which is not a suburb but it is close to St. Louis;

15   correct?

16             DR. PELLEGRINO:  Correct.

17             MR. SINDEL:  And then you went to UMKC for

18   a four-year degree?

19             DR. PELLEGRINO:  Yes.

20             MR. SINDEL:  And you said what that degree

21   is, but I'm fried.

22             DR. PELLEGRINO:  Dentistry.  General

23   dentistry.

24             MR. SINDEL:  And was there a particular

25   reason you went to Kansas City instead of --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 777

```
 1                DR. PELLEGRINO:  In-state tuition.  Oh, for
 2     dental school?  In-state tuition.  There was a dental
 3     school there.  Well, not anymore.
 4                MR. SINDEL:  So I'm from St. Louis,
 5     Missouri.  Okay?  That's where I'm from.  And I have
 6     been practicing law there for about 50, 60, 70 years.
 7     So if I start to quiver up here, you kind of know
 8     why.  Coming to this part of the country, did you
 9     find kind of a culture shock?
10                DR. PELLEGRINO:  So I was actually born in
11     Albuquerque, so I'm a New Mexican, so no.
12                MR. SINDEL:  So you moved around a little
13     more than I did.
14                Well, the reason I come from Missouri is
15     because some of the judges in Missouri have told
16     judges in other states that I might be a reasonably
17     good prospect to try complicated cases.  So I
18     thought, what a compliment that is.  I felt great and
19     then I discovered they just wanted to kick me out of
20     Missouri.
21                So here I am.  Bear with me.  Now, there's
22     a couple others.  I don't speak Spanish, and I don't
23     always do so well with the names.  So in fact, I'm
24     learning Spanish here, but I've only learned it by
25     way of proper names, so if I mispronounce a name, I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 778

```
 1    apologize right at this moment, because I will
 2    probably do that.  I was in court once, and I called
 3    my client Mr. "gal-LAY-goes."  And a marshal came up
 4    to me and said, "You don't do that.  It's
 5    "gah-YAY-goes."  I had to apologize to him in open
 6    court.  He still has not forgiven me.
 7           The other person I'm with here is Brock
 8    Benjamin.  We call him Cowboy Brock.  You'll hear
 9    from him later on this week because he's a terrific
10    lawyer and he's going to help present the case that
11    we have for Mr. Gallegos.
12           Do you want to hear some truth?  Our job is
13    Mr. Gallegos.  That's who we're going to be fighting
14    for.  That's the truth.  The judge will never
15    instruct you on what weight to give any piece of
16    evidence.  You will never hear from the judge how you
17    are supposed to weigh the evidence.  That's your job.
18    That's your job as individuals, that's your job as a
19    collective jury.  That's the truth.
20           The other thing that I will never suggest
21    to you, because I think it just totally is opposite
22    to my own beliefs.  In St. Louis, where I live, I
23    have been picked to sit on a venire panel.  So I know
24    somewhat what it's like.  I know when the benches
25    start to feel hard, I know when your brain starts to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 779

```
 1   fuzz out.  I know what it's like.
 2            My daughter, who is a young lawyer
 3   practicing in Chicago -- she has also sat in, when
 4   she was in St. Louis, on a jury panel.  I've never
 5   been picked.  She has.  I think that tells you
 6   something.  But I know what it is like to do that.
 7            And people come to me, my friends, other
 8   people I know, and they said, "I've just got a
 9   summons for jury duty.  Can you get me out of it?"
10            And I say, "No.  I'm going to do it, my
11   daughter is going to do it, it is our sacred
12   obligation, and I will never tell you what answers
13   you can give to help you get out of jury duty,
14   because that shouldn't happen."  You should be proud
15   to be here and part of this process, despite how
16   difficult it is, despite --
17            This process is called voir dire.  Okay?
18   It's a French term.  Really good lawyers call it
19   "vwah deer."  It means to tell the truth.  I think it
20   means to bore to death.  But that's what has to
21   happen, because without this process, without these
22   questions, without this probing, we don't know.  Look
23   at how many of you have taken this opportunity and
24   learned something.  I hear it almost in every single
25   answer in this room.  I walked in here with one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 780

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 781

```
 1    belief, I was carrying one set of beliefs; they were
 2    powerful, they were strong, and I have rethought
 3    those beliefs, and I have given some credence to what
 4    I have learned from what the prosecutor has said,
 5    from what the defense lawyers have said, and in
 6    particular, from what the judge has said.
 7              So this entire process, I believe you.
 8    You've got to know, you're telling me under oath that
 9    you now have a different perspective on how the
10    system works.
11              Now, I want to see over here the hands of
12    those people who, when they answered the
13    questionnaire, said, "Well, they must have some
14    evidence, so there must be some reason or they
15    wouldn't have brought the charges."  Because I know
16    you did.  There you go.  Yes, sir.  Anyone else over
17    here had written that in their questionnaire, "They
18    can't be here for nothing; something had to be done."
19              Mr. Telles, did you put that in yours?
20              MR. TELLES:  Actually --
21              MR. SINDEL:  There we go, the St. Louis
22    dude.  Sorry.
23              MR. TELLES:  Yes, I guess when I did answer
24    the questionnaire, that was one of my answers.  But
25    there again, I've learned a lot in the last two days
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that I've been here.

 2           MR. SINDEL:  Almost everybody did, you

 3   know, because it's a natural thing.  You know, over

 4   on this side, on the right side, similar.  You came

 5   into this courtroom on Monday, you answered those

 6   questions, and you said, They must have done

 7   something; correct.  True?

 8           On the left side, same thing?

 9           Now, the court reporter up here, she takes

10   down all the words, and there are things that I ask

11   as a group.  And sometimes, you know, I don't want to

12   go and get "yes" answers from everyone, so sometimes

13   I'll answer for you.  But I have to see that you're

14   with me.  So, for example, I'll say over here to the

15   jury box, "Is that true?"  If you nod your heads, I

16   know you're with me, and I can say, "I assume from

17   your responses that the answer is yes."

18           Same thing over here.  If you shake your

19   head, nod your head, I just need to know you're with

20   me so that the record is clear.

21           So the right side, pretty true?  Left side,

22   pretty true?

23           And there was a question, I think, about

24   the grand jury, and the grand jury heard this case.

25   Now, I think it was Mr. Krohn in between various
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 782

Appellate Case: 20-2058   Document: 010110513730   Date Filed: 04/27/2021   Page: 783

1    jousting matches he said, "We heard that -- the old

2    maxim, a grand jury can indict a ham sandwich."

3              MR. KROHN:  Yes, I said that.

4              MR. SINDEL:  And that's because the concept

5    is:  The grand jury is under the almost complete

6    control of the prosecution, state or federal; right?

7              MR. KROHN:  That's what I understand.

8              MR. SINDEL:  Now, there aren't any ham

9    sandwiches here.  These are all men, and these are

10   all men whose lives will be forever affected by what

11   occurs in this courtroom.  So let's talk a little

12   bit, if you will, about a grand jury.

13             Grand jury is selected from the community.

14   They usually sit for a long period of time, maybe six

15   months.  And those grand jurors here -- and there's

16   more than 12; there's a number of them -- will hear

17   an incredible number of cases.  And I think we have

18   one grand juror sitting right there, don't we?

19   Ms. Beavers?

20             MS. BEAVERS:  Um-hum.

21             MR. SINDEL:  And you were on a grand jury.

22   I'll wait for you to get the microphone.  When did

23   you serve on a grand jury?

24             MS. BEAVERS:  I don't remember the exact

25   year, but it's probably at least 15 years ago.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 783

1          MR. SINDEL:  Do you know what happened or

2    how you happened to get selected?  What was your

3    lucky star?

4          MS. BEAVERS:  Because I seem to have a

5    lucky star to be selected on juries.

6          MR. SINDEL:  I think that any jury should

7    have your statute there because you've sat on more

8    juries.

9          MS. BEAVERS:  I began to think that, too.

10          MR. SINDEL:  So when you were on the grand

11    jury, did you ever see a time when they were

12    presenting the evidence to you where a police officer

13    generally presented it as if, this was what Bob,

14    John, or Bill told me?

15          MS. BEAVERS:  Yes.  Like I say, it's been

16    quite a while.  I remember some things being

17    presented in evidence.  But as you said, it was

18    pretty one-sided.

19          MR. SINDEL:  But they don't bring in all

20    the witnesses?

21          MS. BEAVERS:  No.

22          MR. SINDEL:  You didn't hear from 150

23    people, like are listed here; right?

24          MS. BEAVERS:  No.

25          MR. SINDEL:  They bring in somebody to give



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    a summary of what -- the evidence they thought;

2    correct?

3              MS. BEAVERS:  They presented some evidence

4    from -- they did do some things.

5              MR. SINDEL:  And most of the times that was

6    a police officer or some combination --

7              MS. BEAVERS:  Or the district attorney.

8              MR. SINDEL:  Is that correct?

9              MS. BEAVERS:  Yes.

10             MR. SINDEL:  How many times, if you can

11   recall, during the grand jury process did a lawyer

12   represent the defense view.  Would that be never?

13             MS. BEAVERS:  I don't remember for sure,

14   offhand.  I'm thinking no, but I'm thinking there

15   might have been a possibility.

16             MR. SINDEL:  So it may have been as much as

17   one time out of all?

18             MS. BEAVERS:  Really, it was a while ago.

19             MR. SINDEL:  Okay.  This is not a test.

20   Let me ask you, do you remember approximately how

21   long you performed, had to serve on the grand jury?

22             MS. BEAVERS:  It was the county grand jury,

23   and I think it was a year service, I remember.

24             MR. SINDEL:  So you were on for a whole

25   year, and you would go in and you would hear cases?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 785

```
 1                MS. BEAVERS:  It was consistent, you know,
 2     once a month or --
 3                MR. SINDEL:  And the lawyer who was there
 4     in the grand jury room was the prosecutor; correct?
 5                MS. BEAVERS:  Yes.
 6                MR. SINDEL:  How many times did the
 7     prosecutor call any witnesses on behalf of the
 8     defendant that you can recall?  Would it be fair to
 9     say very similar to the number of times you recall a
10     defense lawyer being there to advocate for the
11     defendant?  One, maybe zero?
12                MS. BEAVERS:  Honestly I can't recall.
13                MR. SINDEL:  Well, the grand jury process
14     is not a process that has a lawyer to advocate for
15     the defendant.  It is not a process where the
16     defendant has any choice about whether to present
17     evidence or argument or testimony.  The grand jury is
18     a tool for the prosecutor to begin to bring the cases
19     forward, and that's what a grand jury does.
20                And that's why you have to wonder and
21     believe that perhaps the grand jury didn't receive
22     all the evidence, all the argument, and all the
23     necessities that go into the making of the
24     determination as to whether or not someone should be
25     charged with a crime and to whether -- most
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    importantly, whether they could have been convicted.

2              So you understand that that process that

3    some of you relied on in making a determination about

4    whether or not something happened and these men did

5    something was skewed entirely against them and in the

6    favor of the Government.  You're all understanding

7    that over here on the right?  Do you understand on

8    the left, and here in the jury box?

9              I'm going to do one little thing, and then

10   I think we're pretty close to the end.  You know, Mr.

11   Kimmick, I listened to your statements the other day

12   about your pretty bizarre experiences as a college

13   security guard.  Do you recall that?  I know you

14   recall it.  Does everyone else recall when he found

15   himself on the working end of something like a

16   faucet?

17             MR. KIMMICK:  Yeah, I have very fond, warm

18   memories of that.

19             MR. SINDEL:  I'm sure warm is more

20   appropriate.

21             MR. KIMMICK:  More appropriate.

22             MR. SINDEL:  So I thought to myself, you

23   know, what is there in this gentlemen's questionnaire

24   that would give me a clue as to how that occurred?

25   And one of the questions that you were asked was:  In

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    what ways, if at all, might your religious or
 2    philosophical beliefs affect your service as a juror?
 3    And your answer, and I quote, "I have an ability to
 4    look past a person's image, personality, to find out
 5    the truth about someone in a situation."
 6              So my question to you is this.  Can you
 7    teach me how to do that?
 8              And my second question is:  If you have
 9    that ability, why didn't you move your leg?
10              MR. KIMMICK:  Because I'm Episcopalian.
11              MR. SINDEL:  Stole my thunder.
12              MR. KIMMICK:  I've seen this movie before.
13    I know how it ends.
14              MR. SINDEL:  Your Honor, I think I'd like
15    to end on a high note, if I may.
16              THE COURT:  See y'all tomorrow.  8:30.
17    I'll come get you out front.
18              (The venire panel left the courtroom.)
19              THE COURT:  All right.  Y'all have a good
20    evening.  See you at 8:30 in the morning.
21              MR. TROUP:  You too, Judge.  Thank you.
22
23
24
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                   C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages constitute

8   a true transcript of proceedings had before the said

9   Court, held in the District of New Mexico, in the

10  matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 16th day of July, 2018.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:          (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DNM 789